# Exhibit 1

TRANSCRIPT OF THE AUDIO RECORDING OF:

FOX BUSINESS, LOU DOBBS TONIGHT

NOVEMBER 12, 2020

TRANSCRIBED BY: THOMPSON COURT REPORTERS INC.

1         MR. DOBBS:  They have you back with us.

2    Let's talk about just for a moment, an update on

3    Dominion and how important do you believe the

4    concerns that are being expressed in a number of states

5    about the ability of these machines not to be hacked.

6         MR. GIULIANI:  Well, first of all, the

7    machines can be hacked.  There's no question about

8    that.  Their machines can be hacked, but it's far worse

9    than that.  Dominion, Dominion is a company that's

10   owned by another company called Smartmatic, through its

11   intermediary company named Indra.  Smartmatic is a

12   company that was formed way back in about 2004, 2003,

13   2004.  You're gonna be astonished when I tell you how

14   it was formed.  It was formed really by three

15   Venezuelans, who were very close to, very close to, the

16   dictator, Chavez, of Venezuela.  And it was formed in

17   order to fix elections.  That's the, that's the company

18   that owns Dominion.  Dominion is a Canadian company,

19   but all of its software is Smartmatic software.  So the

20   votes actually go to Barcelona, Spain. So we're using

21   a foreign company that is owned by Venezuelans who are

22   close to, were  close to Chavez, are now close to Maduro,

23   have a history, they were founded as a company to fix

24   elections.  They have a terrible record and they are

Page 3

1    extremely hackable.  So Texas made the right decision.

2    What the heck was Georgia doing hiring this company?

3    I'll tell you what they were doing.  The lobbyist for,

4    for Dominion was the former chief of staff of the

5    governor.

6          MR. DOBBS:  The former chief of staff

7          MR. GIULIANI:  Why are we using a foreign company

8    with...

9          MR. DOBBS:  Of Dominion

10         MR. GIULIANI:  Connections to Venezuela.

11   I'll give you another connection.  Smartmatic, the company

12   that owns Dominion.  Well, the guy who was running it

13   was one of the, one of the people who was number two

14   or three in Soros's change the world organization.

15   Open Society, right?  We got a, we got a very funny

16   company here.  We got a really strange company.  Very

17   frightening.

18         MR. DOBBS:  We've got a.

19         MR. GIULIANI:  And yes, they can be hacked

20   and yes, they can change votes.

21         MR. DOBBS:  And now we have to find out

22   whether they did.  And with those servers, whether

23   they're in Canada, whether they're in Barcelona or

24   Spain, or Germany.  We know a number of companies.  All of

1   them are private.  Five of them, five of the top voting

2   companies in this country - at least if they're not in

3   this country, they're processing our votes in this

4   country. They,they comprise 90% of all of the

5   election voting market in this country.  It's stunning

6   and they're private firms and very little is known

7   about their ownership.  Beyond what you're saying about

8   Dominion, it's very difficult to get a handle on just

9   who owns what and how they're being operated.  And by

10   the way, the states, as you well know now, they have no

11   ability to audit meaningfully the votes that are cast

12   because the servers are somewhere else and are

13   considered proprietary and they won't touch them.  It

14   won't permit them being touched. So it's really, so how

15   do you proceed now?

16           MR. GIULIANI:  Well, I mean, I'm I'm I'm

17   working on the part of the case which is demonstrating

18   how many illegal votes were cast.  And I'm way beyond

19   the margin that I need in Pennsylvania or Michigan to

20   overturn the vote there.   We're up to about 623

21   thousand unlawful ballots in Pennsylvania and about 320

22   unlawful ballots in Michigan.  And in Michigan, of

23   course, we have a couple of extraordinary witnesses.

24   One of whom was a Democrat, who worked for 30 years for

1   the City of Detroit, who will explain that she

2   started getting trained in how to cheat in September

3   of 2020.  They will also testify to a 100 thousand

4   ballots being shipped in about four in the morning

5   after they had stopped counting.  And they got into a

6   panic because they thought they had made up the lead,

7   and Trump was still ahead by a 120 thousand votes.  So

8   they brought these ballots in,in cars and trucks that

9   had out-of-state license plates.  They piled them on

10  the tables.  From the witnesses that were there, from

11  whom we have affidavits, every single vote was for

12  Biden.  And the ballots looked totally fraudulent-

13  only one person voted for, rest of the ballot empty.

14  Nobody bothered to look or check whether or not the

15  envelope was valid, they just threw it away

16  immediately.  There was no Republican observer, as the

17  law of Michigan requires, and it's a misdemeanor not to

18  do it.  So I can't see these 100 thousand votes

19  standing, plus about a 140 thousand more that were kept

20  counted deliberately out of the sight of any Republican

21  who could check the validity of the ballet.  I think

22  that number will go up, when we began in Pennsylvania,

23  we only had like about a hundred and thirty and now we

24  are at six hundred and thirty two thousand. This was, this

Page 6

```
1   was
2   a stolen election. I know, I know the phony elites don't
3   want to hear it, but this was a stolen election the same
4   pattern exists in Nevada, Arizona, Georgia, Wisconsin.
5           MR. DOBBS:  And I think, I think Rudy, I
6   think that Rudy the fact of the matter is, this is, this
7   looks to me like it may be, and I say may be, I'm not
8   suggesting it is..
9           MR. GIULIANI:  Sure
10          MR. DOBBS:  Following the operation as when
11  President Trump was a candidate to block his
12  presidency.   To follow..
13          MR. GIULIANI:  Yeah, this is.
14          MR. DOBBS:  a special counsel first 11 months
15  of investigation, then the special council
16  investigation, which went nowhere except to exonerate
17  him.  And then the phony impeachment process.  This
18  looks to me like it is the end of what has been a four
19  and a half, the end game to a four and a half effort,
20  four and a half year long effort, to overthrow the President
21  of the United States.  It looks like it's exactly that, that
22  there is a, these are all parts of a piece here.
23          MR. GIULIANI:  Lou, it's impossible that in
24  ten different crooked Democratic cities, on the
```

1    morning of the election, every single one of those

2    Democratic leaders woke up and said, we're going to

3    block the Republicans from seeing any of the mail

4    ballots.  Since whenever we count absentee ballots, we,

5    we know that we have to have a Republican and a

6    Democratic representative.  The only reason they did

7    that is because they knew they were going to need that

8    room to make up for his margins. And here's where they

9    got screwed up. The margins were much bigger than they

10   anticipated.  They were figuring they had to make up a

11   couple of 100 thousand votes in, in Pennsylvania, maybe

12   a 100 thousand in Michigan, maybe 80 or 90 thousand in

13   Wisconsin.  Now they're looking at numbers like

14   eight hundred thousand, three hundred thousand, four

15   hundred thousand. They had to do plenty of cheating in

16   the middle of the night in order to catch up. And

17   that's why they kept the Republicans out. No reason

18   not to let the Republicans look at these ballots if

19   they're legitimate.  Why do you want this issue?  And

20   if you know the history of absentee balloting, we never,

21   we never exclude the other side when we look at

22   absentee ballots, never ever, this is the first time

23   that ever happened.

24        MR. DOBBS:  Well no one would.  It's, it's

Page 8

1  extraordinary, that this, this election, this election

2  has got more firsts than any I can think of.  And Rudy

3  we're glad you're on the case and, and pursuing what is

4  thetruth and straightening out what is a very complicated

5  and difficult story. And by the way, it's not only

6  difficult, it has the feeling of a cover up in certain

7  places, you know, putting the servers in foreign

8  countries, private companies, we don't have

9  transparency with those servers. This is, this is an

10  election nightmare, as well as a battle.

11

12

13                CERTIFICATE OF TRANSCRIPTIONIST

14

15       I certify that the foregoing is a true and accurate

16  transcript of the digitally-recorded proceedings provided

17  to me in this matter.

18

19       I do further certify that I am neither a relative, nor

20  employee, nor attorney of any of the parties to this

21  action, and that I am not financially interested in the

22  action.

23

24

_____
NATHAN KAYLO
Production Manager
THOMPSON COURT REPORTERS INC.

**A**

a 2:2,4,9,11,18,21
  2:23,23,24 3:7,15
  3:15,16,18,24 4:8
  4:23,24 5:3,5,7,17
  5:19,23 6:2,3,11
  6:14,18,19,19,19
  6:20,22,22 7:5,5
  7:10,12 8:4,6,10
  8:15,19
ability 2:5 4:11
about 2:2,5,7,12 4:7
  4:7,20,21 5:4,19
  5:23
absentee 7:4,20,22
accurate 8:15
action 8:21,22
actually 2:20
affidavits 5:11
after 5:5
ahead 5:7
all 2:6,19 3:24 4:4
  6:22
also 5:3
am 8:19,21
an 2:2 8:9
and 2:3,16,24 3:19
  3:20,21,22 4:6,6,9
  4:9,12,13,18,21
  4:22 5:5,7,8,12,17
  5:23,23,24 6:5,7
  6:17,19,19,20 7:2
  7:5,8,16,19 8:2,3
  8:3,4,5,5,15,21
another 2:10 3:11
anticipated 7:10
any 5:20 7:3 8:2,20
are 2:4,21,22,24 3:7
  4:1,11,12,12 5:24
  6:22
Arizona 6:4
as 2:23 4:10 5:16
  6:10 8:10,10
astonished 2:13
at 4:2 5:24 7:13,18
  7:21
attorney 8:20
AUDIO 1:1
audit 4:11
away 5:15

**B**

back 2:1,12
ballet 5:21
ballot 5:13
balloting 7:20

ballots 4:21,22 5:4,8
  5:12 7:4,4,18,22
Barcelona 2:20 3:23
battle 8:10
be 2:5,7,8,13 3:19
  6:7,7
because 4:12 5:6 7:7
been 6:18
began 5:22
being 2:4 4:9,14 5:4
believe 2:3
beyond 4:7,18
Biden 5:21
bigger 7:9
block 6:11 7:3
bothered 5:14
brought 5:8
BUSINESS 1:4
but 2:8,19 6:3
by 1:24 2:10,14,21
  4:9 5:7 8:5

**C**

called 2:10
can 2:7,8 3:19,20
  8:2
can't 5:18
Canada 3:23
Canadian 2:18
candidate 6:11
cars 5:8
case 4:17 8:3
cast 4:11,18
catch 7:16
certain 8:6
CERTIFICATE
  8:13
certify 8:15,19
change 3:14,20
Chavez 2:16,22
cheat 5:2
cheating 7:15
check 5:14,21
chief 3:4,6
cities 6:24
City 5:1
close 2:15,15,22,22
  2:22
companies 3:24 4:2
  8:8
company 2:9,10,11
  2:12,17,18,21,23
  3:2,7,11,16,16
complicated 8:4
comprise 4:4
concerns 2:4

connection 3:11
Connections 3:10
considered 4:13
could 5:21
council 6:15
counsel 6:14
count 7:4
counted 5:20
counting 5:5
countries 8:8
country 4:2,3,4,5
couple 4:23 7:11
course 4:23
COURT 1:24
cover 8:6
crooked 6:24

**D**

decision 3:1
deliberately 5:20
Democrat 4:24
Democratic 6:24
  7:2,6
demonstrating 4:17
Detroit 5:1
dictator 2:16
did 3:22 7:6
different 6:24
difficult 4:8 8:5,6
digitally-recorded
  8:16
do 2:3 4:15 5:18
  7:15,19 8:19
DOBBS 1:4 2:1 3:6
  3:9,18,21 6:5,10
  6:14 7:24
doing 3:2,3
Dominion 2:3,9,9
  2:18,18 3:4,9,12
  4:8
don't 6:2 8:8

**E**

effort 6:19,20
eight 7:14
election 4:5 6:2,3
  7:1 8:1,1,10
elections 2:17,24
elites 6:2
else 4:12
employee 8:20
empty 5:13
end 6:18,19
envelope 5:15
ever 7:22,23
every 5:11 7:1

exactly 6:21
except 6:16
exclude 7:21
exists 6:4
exonerate 6:16
explain 5:1
expressed 2:4
extraordinary 4:23
  8:1
extremely 3:1

**F**

fact 6:6
far 2:8
feeling 8:6
figuring 7:10
financially 8:21
find 3:21
firms 4:6
first 2:6 6:14 7:22
firsts 8:2
five 4:1,1
fix 2:17,23
follow 6:12
Following 6:10
for 2:2 3:3,4 4:24,24
  5:11,13 7:8
foregoing 8:15
foreign 2:21 3:7 8:7
formed 2:12,14,14
  2:16
former 3:4,6
founded 2:23
four 5:4 6:18,19,20
  7:14
FOX 1:4
fraudulent- 5:12
frightening 3:17
from 5:10,10 7:3
funny 3:15
further 8:19

**G**

game 6:19
Georgia 3:2 6:4
Germany 3:24
get 4:8
getting 5:2
GIULIANI 2:6 3:7
  3:10,19 4:16 6:9
  6:13,23
give 3:11
glad 8:3
go 2:20 5:22
going 7:2,7
gonna 2:13

got 3:15,15,16,18
  5:5 7:9 8:2
governor 3:5
guy 3:12

**H**

hackable 3:1
hacked 2:5,7,8 3:19
had 5:5,6,9,23 7:10
  7:15
half 6:19,19,20
handle 4:8
happened 7:23
has 6:18 8:2,6
have 2:1,23,24 3:21
  4:10,23 5:11 7:5,5
  8:8
hear 6:3
heck 3:2
here 3:16 6:22
here's 7:8
him 6:17
hiring 3:2
his 6:11 7:8
history 2:23 7:20
how 2:3,13 4:9,14
  4:18 5:2
hundred 5:23,24
  7:14,14,15

**I**

I 2:13 4:16,19 5:18
  5:21 6:2,2,5,5,5,7
  8:2,15,19,19,21
I'll 3:3,11
I'm 4:16,16,16,18
  6:17
if 4:2 7:18,20
illegal 4:18
immediately 5:16
impeachment 6:17
important 2:3
impossible 6:23
in 2:4,12,16 3:14,23
  3:23 4:2,2,3,5,19
  4:21,22,22 5:2,2,4
  5:4,22 6:4,23 7:11
  7:11,12,12,15,16
  8:6,7,17,21
in,in 5:8
INC 1:24
Indra 2:11
interested 8:21
intermediary 2:11
into 5:5
investigation 6:15

6:16
**is** 2:9,11,18,19,21
4:6,17 6:6,6,8,13
6:18,22 7:7,22 8:3
8:4,9,9,15
**issue** 7:19
**it** 2:14,14,16 3:12
4:13 5:15,18 6:3,7
6:8,18,21 8:6
**it's** 2:8 4:5,8,14 5:17
6:21,23 7:24,24
8:5
**its** 2:10,19

**J**

**just** 2:2 4:8 5:15

**K**

**kept** 5:19 7:17
**knew** 7:7
**know** 3:24 4:10 6:2
6:2 7:5,20 8:7
**known** 4:6

**L**

**law** 5:17
**lead** 5:6
**leaders** 7:2
**least** 4:2
**legitimate** 7:19
**let** 7:18
**Let's** 2:2
**license** 5:9
**like** 5:23 6:7,18,21
7:13
**little** 4:6
**lobbyist** 3:3
**long** 6:20
**look** 5:14 7:18,21
**looked** 5:12
**looking** 7:13
**looks** 6:7,18,21
**Lou** 1:4 6:23

**M**

**machines** 2:5,7,8
**made** 3:1 5:6
**Maduro** 2:22
**mail** 7:3
**make** 7:8,10
**many** 4:18
**margin** 4:19
**margins** 7:8,9
**market** 4:5
**matter** 6:6 8:17
**may** 6:7,7

**maybe** 7:11,12
**me** 6:7,18 8:17
**mean** 4:16
**meaningfully** 4:11
**Michigan** 4:19,22
4:22 5:17 7:12
**middle** 7:16
**misdemeanor** 5:17
**moment** 2:2
**months** 6:14
**more** 5:19 8:2
**morning** 5:4 7:1
**MR** 2:1,6 3:6,7,9,10
3:18,19,21 4:16
6:5,9,10,13,14,23
7:24
**much** 7:9

**N**

**named** 2:11
**need** 4:19 7:7
**neither** 8:19
**Nevada** 6:4
**never** 7:20,21,22
**night** 7:16
**nightmare** 8:10
**no** 2:7 4:10 5:16
7:17,24
**Nobody** 5:14
**nor** 8:19,20
**not** 2:5 4:2 5:14,17
6:7 7:18 8:5,21
**NOVEMBER** 1:6
**now** 2:22 3:21 4:10
4:15 5:23 7:13
**nowhere** 6:16
**number** 2:4 3:13,24
5:22
**numbers** 7:13

**O**

**observer** 5:16
**of** 1:1,1 2:4,5,6,16
2:19 3:4,4,6,9,13
3:13,24,24 4:1,1,4
4:4,17,22,23,24
5:1,3,13,17,20,20
5:21 6:6,15,18,21
6:22 7:1,1,3,11,15
7:16,20 8:2,6,13
8:16,20,20
**on** 2:2 4:8,17 5:9
6:24 8:3
**one** 3:13,13 4:24
5:13 7:1,24
**only** 5:13,23 7:6 8:5

**Open** 3:15
**operated** 4:9
**operation** 6:10
**or** 3:14,23,24 4:19
5:14,14 7:12
**order** 2:17 7:16
**organization** 3:14
**other** 7:21
**our** 4:3
**out** 3:21 5:20 7:17
8:4
**out-of-state** 5:9
**overthrow** 6:20
**overturn** 4:20
**owned** 2:10,21
**ownership** 4:7
**owns** 2:18 3:12 4:9

**P**

**panic** 5:6
**part** 4:17
**parties** 8:20
**parts** 6:22
**pattern** 6:4
**Pennsylvania** 4:19
4:21 5:22 7:11
**people** 3:13
**permit** 4:14
**person** 5:13
**phony** 6:2,17
**piece** 6:22
**piled** 5:9
**places** 8:7
**plates** 5:9
**plenty** 7:15
**plus** 5:19
**presidency** 6:12
**President** 6:11,20
**private** 4:1,6 8:8
**proceed** 4:15
**proceedings** 8:16
**process** 6:17
**processing** 4:3
**proprietary** 4:13
**provided** 8:16
**pursuing** 8:3
**putting** 8:7

**Q**

**question** 2:7

**R**

**really** 2:14 3:16
4:14
**reason** 7:6,17
**record** 2:24

**RECORDING** 1:1
**relative** 8:19
**REPORTERS** 1:24
**representative** 7:6
**Republican** 5:16,20
7:5
**Republicans** 7:3,17
7:18
**requires** 5:17
**rest** 5:13
**right** 3:1,15
**room** 7:8
**Rudy** 6:5,6 8:2
**running** 3:12

**S**

**said** 7:2
**same** 6:3
**say** 6:7
**saying** 4:7
**screwed** 7:9
**see** 5:18
**seeing** 7:3
**September** 5:2
**servers** 3:22 4:12
8:7,9
**she** 5:1
**shipped** 5:4
**side** 7:21
**sight** 5:20
**Since** 7:4
**single** 5:11 7:1
**six** 5:24
**Smartmatic** 2:10,11
2:19 3:11
**so** 2:19,20 3:1 4:14
4:14 5:7,18
**Society** 3:15
**software** 2:19,19
**somewhere** 4:12
**Soros's** 3:14
**Spain** 2:20 3:24
**special** 6:14,15
**staff** 3:4,6
**standing** 5:19
**started** 5:2
**states** 2:4 4:10 6:21
**still** 5:7
**stolen** 6:2,3
**stopped** 5:5
**story** 8:5
**straightening** 8:4
**strange** 3:16
**stunning** 4:5
**suggesting** 6:8
**Sure** 6:9

**T**

**tables** 5:10
**talk** 2:2
**tell** 2:13 3:3
**ten** 6:24
**terrible** 2:24
**testify** 5:3
**Texas** 3:1
**than** 2:9 7:9 8:2
**that** 2:4,8,9,12,18
2:21 3:12 4:11,19
5:1,8,10,19,22 6:6
6:21,21,23 7:5,7,7
7:23 8:1,15,19,21
**that's** 2:9,17,17
7:17
**the** 1:1 2:3,5,6,15,17
2:17,19 3:1,2,3,4
3:4,6,11,12,13,13
3:14 4:1,4,10,10
4:11,12,17,17,19
4:20 5:1,4,6,10,10
5:12,13,14,16,20
5:21,21 6:2,3,6,6
6:10,15,17,18,19
6:20,21,24 7:1,3,3
7:6,9,16,16,17,18
7:20,21,22 8:3,5,6
8:7,15,16,20,21
**their** 2:8 4:7
**them** 4:1,1,13,14
5:9
**then** 6:15,17
**there** 4:20 5:10,16
6:22
**There's** 2:7
**these** 2:5 5:8,18
6:22 7:18
**thetruth** 8:4
**they** 2:1,23,24,24
3:3,19,20,22 4:10
4:13 5:3,5,5,6,6,8
5:9,15 7:6,7,7,8,9
7:10,10,15,17
**they're** 3:23,23 4:2
4:3,6,9 7:13,19
**They,they** 4:4
**think** 5:21 6:5,5,6
8:2
**thirty** 5:23,24
**this** 3:2 4:2,3,3,5
5:24,24 6:3,6,6,13
6:17 7:19,22 8:1,1
8:1,9,9,17,20
**THOMPSON** 1:24
**those** 3:22 7:1 8:9

thought 5:6
thousand 4:21 5:3,7
 5:18,19,24 7:11
 7:12,12,14,14,15
three 2:14 3:14 7:14
threw 5:15
through 2:10
time 7:22
to 2:5,15,15,17,20
 2:22,22,22,23
 3:10,21 4:8,11,19
 4:20 5:2,3,14,17
 6:3,7,11,12,16,18
 6:19,20 7:2,5,7,8
 7:10,15,16,18
 8:17,20
TONIGHT 1:4
top 4:1
totally 5:12
touch 4:13
touched 4:14
trained 5:2
TRANSCRIBED
 1:24
transcript 1:1 8:16
TRANSCRIPTIO...
 8:13
transparency 8:9
trucks 5:8
true 8:15
Trump 5:7 6:11
two 3:13 5:24

U
United 6:21
unlawful 4:21,22
up 4:20 5:6,22 7:2,8
 7:9,10,16 8:6
update 2:2
us 2:1
using 2:20 3:7

V
valid 5:15
validity 5:21
Venezuela 2:16
 3:10
Venezuelans 2:15
 2:21
very 2:15,15 3:15
 3:16 4:6,8 8:4
vote 4:20 5:11
voted 5:13
votes 2:20 3:20 4:3
 4:11,18 5:7,18
 7:11

voting 4:1,5

W
want 6:3 7:19
was 2:12,14,14,16
 3:2,4,12,13,13
 4:24 5:7,11,15,16
 5:24 6:1,3,11
way 2:12 4:10,18
 8:5
we 3:7,15,15,16,21
 3:24 4:23 5:11,22
 5:23,23 7:4,4,5,5
 7:20,21,21 8:8
we're 2:20 4:20 7:2
 8:3
We've 3:18
well 2:6 3:12 4:10
 4:16 7:24 8:10
went 6:16
were 2:15,22,23 3:3
 4:18 5:10,19 7:7,9
 7:10
what 3:2,3 4:7,9
 6:18 8:3,4
when 2:13 5:22 6:10
 7:21
whenever 7:4
where 7:8
whether 3:22,22,23
 5:14
which 4:17 6:16
who 2:15,21 3:12,13
 4:9,24 5:1,21
whom 4:24 5:11
why 3:7 7:17,19
will 5:1,3,22
Wisconsin 6:4 7:13
with 2:1 3:8,22 8:9
witnesses 4:23 5:10
woke 7:2
won't 4:13,14
worked 4:24
working 4:17
world 3:14
worse 2:8
would 7:24

X

Y
Yeah 6:13
year 6:20
years 4:24
yes 3:19,20
you 2:1,3,13 3:3,11

4:10,15 7:19,20
 8:7
you're 2:13 4:7 8:3

Z

0

1
100 5:3,18 7:11,12
11 6:14
12 1:6
120 5:7
140 5:19

2
2003 2:12
2004 2:12,13
2020 1:6 5:3

3
30 4:24
320 4:21

4

5

6
623 4:20

7

8
80 7:12

9
90 7:12
90% 4:4