# Exhibit 2



**Tweet**

**Lou Dobbs** ✓
@LouDobbs

Read all about Dominion and Smartmatic voting companies and you'll soon understand how pervasive this Democrat electoral fraud is, and why there's no way in the world the 2020 Presidential election was either free or fair. #MAGA @realDonaldTrump #AmericaFirst #Dobbs

> **Rudy W. Giuliani** ✓ @RudyGiuliani · Nov 14, 2020
> Did you know a foreign company,DOMINION,was counting our vote in Michigan, Arizona and Georgia and other states.
>
> But it was a front for SMARTMATIC, who was really doing the computing.
>
> Look up SMARTMATIC and tweet me what you think?
>
> It will all come out.
>
> ⓘ This claim about election fraud is disputed

4:27 PM · Nov 14, 2020 · Twitter for iPhone

**9.5K** Retweets   **842** Quote Tweets   **19.5K** Likes

**CC** @mycoriclaire · Nov 14, 2020
Replying to @LouDobbs and @realDonaldTrump
THEY'LL DO whatever they can to make sure President Trump will not get his second term.  Even, making a deal with the devil 😈 SAD!!!
💬 3   🔁 1   ♡ 12

**Trevor** @ViperThunder · Nov 14, 2020
Replying to @LouDobbs and @realDonaldTrump
Time to retire, Lou.
💬 1   🔁 1   ♡ 2

**David Marks** @DavidMa13495396 · Nov 14, 2020
Replying to @LouDobbs and @realDonaldTrump
You are the most in-American of all.  45's own DHS reports this election "was the most secure in American history". The only question I have is if Lou will visit 45 when he is doing time at Ryker's Island
💬 2   🔁   ♡ 2

ADC @advisory a thread Nov 14, 2020

Document title: (20) Lou Dobbs on Twitter: &quot;Read all about Dominion and Smartmatic voting companies and you'll soon understand how pervasive this Democrat…
Capture URL: https://twitter.com/LouDobbs/status/1327649331789385728
Capture timestamp (UTC): Mon, 01 Feb 2021 20:51:05 GMT

Tweet



You are the most in-American of all. 45's own DHS reports this election "was the most secure in American history". The only question I have is if Lou will visit 45 when he is doing time at Ryker's Island

〇 2          ⇄          ♡ 2          ⬆

**ADC** @aduignancabrera · Nov 14, 2020          ···
Replying to @LouDobbs and @realDonaldTrump
The five stages of grief are:
denial.
anger.
bargaining.
depression.
acceptance.

〇 1          ⇄ 2          ♡ 5          ⬆

**Doriano Paisano Carta** @Paisano · Nov 14, 2020          ···
Replying to @LouDobbs and @realDonaldTrump
Every decision maker (and grifter) from both sides of the aisle need to be investigated for allowing these known nefarious devices into their states! This includes Georgia governor @GovKemp!

Why didn't the @TexasGOP sound the alarms 🚨 when it rejected it & saw others accept it?

〇 3          ⇄ 13          ♡ 41          ⬆

**Therese Schultz** @SchultzTherese · Nov 14, 2020          ···
Replying to @LouDobbs and @realDonaldTrump
Sad day in America when a life-long respected journalist becomes a loyalist to Trump and turns his back in our Country's decision.

〇 43          ⇄ 4          ♡ 20          ⬆

This Tweet is from an account that no longer exists. Learn more

**Justin DeRosa** @justin_derosa · Nov 14, 2020          ···
Replying to @LouDobbs and @realDonaldTrump
Ahhh. See no "systemic fraud...." Just SMARTMATIC fraud. Get em' @RudyGiuliani @SidneyPowell1 🇺🇸 is counting on you.

〇 1          ⇄ 6          ♡ 40          ⬆

**NEO-EXPOSINGTRUTH** @higginsgggg · Nov 14, 2020          ···
Replying to @LouDobbs and @realDonaldTrump
A Electronic Copu de ta with massive massive Conspiracy

〇 1          ⇄          ♡ 2          ⬆

**Michael Hogg** @Hoggie4 · Nov 14, 2020          ···
Replying to @LouDobbs and @realDonaldTrump
Ok when is everybody going to fess up and say that there isn't no Fraud for the election. And if there was why is it then that Trump's Attorneys are no longer pursuing legal action?

Document title: (20) Lou Dobbs on Twitter: &quot;Read all about Dominion and Smartmatic voting companies and you'll soon understand how pervasive this Democrat…
Capture URL: https://twitter.com/LouDobbs/status/1327649331789385728
Capture timestamp (UTC): Mon, 01 Feb 2021 20:51:05 GMT

**Tweet**



**Michael Hogg** @Hoggie4 · Nov 14, 2020
Replying to @LouDobbs and @realDonaldTrump
Ok when is everybody going to fess up and say that there isn't no Fraud for the election. And if there was why is it then that Trump's Attorneys are no longer pursuing legal action?

💬 6          ♺ 2          ♡ 7                    ⬆

**joeynm** 🏳️‍🌈 🇺🇸 🐍 @joeynm · Nov 14, 2020
Replying to @LouDobbs and @realDonaldTrump
Nothing will ever be done about it. I'm tired of the rants with zero results. I guess it makes good TV

💬 2          ♺          ♡ 6                    ⬆

**The Swampthing** 🐸 @EddieRay3 · Nov 14, 2020
Replying to @LouDobbs @Cmdr10HenryRet and @realDonaldTrump
Give it a break! 🧏

💬 1          ♺          ♡                    ⬆

**the only Beijing Barry** @BeijingBarry8 · Nov 14, 2020
Replying to @LouDobbs and @realDonaldTrump
Lou never got his wall and Rudy will soon star in a Barat movie, what can I say?

💬 1          ♺          ♡                    ⬆

**Patrick Patel** @HotRodBlago30 · Nov 14, 2020
Replying to @LouDobbs @cold666pack and @realDonaldTrump
I'll read about dominion and smartmatic after I read the steele dossier

💬 1          ♺          ♡                    ⬆

**Dan, voted by mail and it was legal.** @DanGauper · Nov 14, 2020
Replying to @LouDobbs and @realDonaldTrump
Aaaaaaaaaaaand Biden still wins the election!!!!!!!!!

💬 1          ♺          ♡                    ⬆

**Tomas Agee** @tomas_agee · Nov 14, 2020
Replying to @LouDobbs @the_sodbuster and @realDonaldTrump
Why did DHS call this the most secure election in history?

💬 1          ♺          ♡ 1                    ⬆

**Relieved.Biden.Is.President** @SuburbanHouse11 · Nov 14, 2020
Replying to @LouDobbs and @realDonaldTrump
How does Lou Dobbs still have a job after spreading disinformation??? @foxnews

💬 12          ♺ 2          ♡ 10                    ⬆

**Alpha** 🇺🇸 @Gshu1tz · Nov 14, 2020
Replying to @LouDobbs @Lrihendry and @realDonaldTrump
1000% agree @LouDobbs. Looking forward to what @SidneyPowell1 was explaining. Sounds pretty damning to the corrupt establishment

Document title: (20) Lou Dobbs on Twitter: &quot;Read all about Dominion and Smartmatic voting companies and you'll soon understand how pervasive this Democrat…
Capture URL: https://twitter.com/LouDobbs/status/1327649331789385728
Capture timestamp (UTC): Mon, 01 Feb 2021 20:51:05 GMT



💬 12          �retweet 2          ♡ 10          ⬆️

**Alpha** 🇺🇸 @Gshu1tz · Nov 14, 2020          ...
Replying to @LouDobbs @Lrihendry and @realDonaldTrump
1000% agree @LouDobbs. Looking forward to what @SidneyPowell1 was
explaining. Sounds pretty damning to the corrupt establishment

💬 1          ↩          ♡ 1          ⬆️

**Sardonic Tonic** @SardonicTonic42 · Nov 14, 2020          ...
Replying to @LouDobbs and @realDonaldTrump
I guess the Republicans shouldn't have been blocking all those election
security bills 🤦

💬 1          ↩          ♡ 2          ⬆️

**Pieter Van Niekerk** @PieterVanNiek11 · Nov 14, 2020          ...
Replying to @LouDobbs and @realDonaldTrump
Ridiculous thought!! ❌ ❗

💬          ↩          ♡          ⬆️

**Ashley** @ashleykaycromer · Nov 14, 2020          ...
Replying to @LouDobbs and @realDonaldTrump
Sad day in America when an American don't care if the election was fair. It's
not winning, when you cheat

💬          ↩          ♡ 2          ⬆️

**Joe** @BKDMER · Nov 14, 2020          ...
Replying to @LouDobbs and @realDonaldTrump

💬 1          ↩          ♡ 3          ⬆️

**Obi Gromek** @obigromek · Nov 15, 2020          ...
Don't be stupid. Open your eyes. Election Fraud eliminates your vote too!

💬 1          ↩          ♡ 1          ⬆️

**Joe** @BKDMER · Nov 15, 2020          ...
I stand for evidence yet to be presented..I'm still waiting for that check from
~~Mexico for the Wall. I'm patient but not gullible~~

Document title: (20) Lou Dobbs on Twitter: &quot;Read all about Dominion and Smartmatic voting companies and you'll soon understand how pervasive this Democrat…
Capture URL: https://twitter.com/LouDobbs/status/1327649331789385728
Capture timestamp (UTC): Mon, 01 Feb 2021 20:51:05 GMT

Page 4 of 37



Tweet

Don't be stupid. Open your eyes. Election Fraud eliminates your vote too!

💬 1          ⟲          ♡ 1          ⬆

**Joe** @BKDMER · Nov 15, 2020
I stand for evidence yet to be presented..I'm still waiting for that check from Mexico for the Wall. I'm patient but not gullible.

💬          ⟲          ♡          ⬆

**Gabriel** @Gabriel_73 · Nov 14, 2020
Replying to @LouDobbs and @realDonaldTrump
So the story go's that the servers where in Germany. The Trump team has possession of them now and they'll see everything. The hammer will be dropping soon!

💬 1          ⟲          ♡          ⬆

**Roberta kruse** @roberta_kruse · Nov 14, 2020
Lol

💬          ⟲          ♡          ⬆

**Annie Sands** @AnnieSands5 · Nov 14, 2020
Replying to @LouDobbs and @realDonaldTrump
Did anyone know about "Dominion" going j to the election? If not, why wasn't this a concern at that time?

💬 2          ⟲          ♡          ⬆

This Tweet is from an account that no longer exists. Learn more

**Paul Jones** @PaulJon15301529 · Nov 15, 2020
If the Democrats pulled the massive fraud as others say then why didn't flip enough senate seats? It doesn't make sense. I think Trump lost fair and square.

💬 1          ⟲          ♡          ⬆

This Tweet is from an account that no longer exists. Learn more

**Paul Jones** @PaulJon15301529 · Nov 15, 2020
Texas? Trump won Texas.

💬 1          ⟲          ♡          ⬆

This Tweet is from an account that no longer exists. Learn more

**Paul Jones** @PaulJon15301529 · Nov 16, 2020
No, fraud is not ok. But in this case if it did occur it did not matter.

💬          ⟲          ♡          ⬆

**Pierre Vallee,** @pierrejvallee · Nov 14, 2020
Replying to @LouDobbs and @realDonaldTrump

← Tweet

**Paul Jones** @PaulJon15301529 · Nov 16, 2020  ···
No, fraud is not ok. But in this case if it did occur it did not matter.

**Pierre Vallee,** @pierrejvallee · Nov 14, 2020  ···
Replying to @LouDobbs and @realDonaldTrump
Bear Scat Lou.... they call him

♡ 1

**pony** @pony_778 · Nov 14, 2020  ···
Replying to @LouDobbs and @realDonaldTrump
If the mass criminal behaviors are not punished, the hell door will be open for all American and even world people! Pray for justice and fairness!

♡ 6

**Brent Ventura** @Skiffer09 · Nov 14, 2020  ···
Replying to @LouDobbs and @realDonaldTrump
Founded in 2000.  About the time Dems lost a close one to recounts... 🤔

♡ 2

**Aurora N.O.R.E.alis** @travishastweets · Nov 14, 2020  ···
Replying to @LouDobbs and @realDonaldTrump



**Donald Trump's Ass** @DonaldTrumpsAs5 · Nov 14, 2020  ···
Replying to @LouDobbs and @realDonaldTrump

Document title: (20) Lou Dobbs on Twitter: &quot;Read all about Dominion and Smartmatic voting companies and you'll soon understand how pervasive this Democrat…
Capture URL: https://twitter.com/LouDobbs/status/1327649331789385728
Capture timestamp (UTC): Mon, 01 Feb 2021 20:51:05 GMT

**Tweet**



**Bourbon_Professor** @stn022 · Nov 14, 2020
Replying to @LouDobbs and @realDonaldTrump
These same machines were used in 2016. Did they flip votes then, too? Y'all are flimsy.

**JDL** @lfod12345 · Nov 14, 2020
Replying to @LouDobbs and @realDonaldTrump
Better late than never Lou

**Sharon Toscano** @shar1766 · Nov 14, 2020
Replying to @LouDobbs and @realDonaldTrump
Sad day in America when every citizen and political leader isn't horrified by this possibility.
♡ 5

**Biden Ballot Sniffer** @Richard75162402 · Nov 14, 2020
Replying to @LouDobbs and @realDonaldTrump
Treason. Time for military to act against attempt to overthrow our nation.

**Greg Turpen** @GregTurpen · Nov 14, 2020
Replying to @LouDobbs and @realDonaldTrump
Wow.. the same system was used 4 years ago, but now it's rigged???

**Drew D. Hall** @drewdhall · Nov 14, 2020
Replying to @LouDobbs and @realDonaldTrump
Why are you telling us this AFTER the election Sherlock? Just another example of gutless Republicans crying after the fact! Dems set it up and they will get away with it. Where is the Durham report? Need I say more!

Tweet



**Drew D. Hall** @drewdhall · Nov 14, 2020
Replying to @LouDobbs and @realDonaldTrump
Why are you telling us this AFTER the election Sherlock? Just another example of gutless Republicans crying after the fact! Dems set it up and they will get away with it. Where is the Durham report? Need I say more!

💬          ⟲ 2                    ♡ 1                    ⬆

**Dan Cavuoto** @fatherofthepook · Nov 14, 2020
Replying to @LouDobbs and @realDonaldTrump
Its the same machines that elected your savior...give it a rest.

💬          ⟲                    ♡                    ⬆

**A Good Book** @Judy28324228 · Nov 14, 2020
Replying to @LouDobbs and @realDonaldTrump
So the whole country was in on this massive fraud? I think Trump was so disliked , by most Americans and I say most cause a lot don't vote, that there was so many and we won! Goddamn it we won!

💬          ⟲                    ♡                    ⬆

**John Siracusa** @john_siracusa · Nov 14, 2020
Replying to @LouDobbs and @realDonaldTrump
Easy cheating. Such a disgrace.

💬          ⟲                    ♡                    ⬆

**B.Wallace** @Stevieray2013 · Nov 14, 2020
Replying to @LouDobbs and @realDonaldTrump
Crooks!

💬          ⟲                    ♡                    ⬆

**Ned James** @Ned_James2 · Nov 14, 2020
Replying to @LouDobbs and @realDonaldTrump
Whaaaaaaaaa

💬          ⟲                    ♡                    ⬆

**AmericanPatriot** @ricardarod1 · Nov 14, 2020
Replying to @LouDobbs and @realDonaldTrump
Dominion and Dem financiers are now exposed.  Time to audit CA and end their corruption and violating the voters of CA. We now understand why Repubican Counties went dem in 2018.  The software algorytms. Who would have thought they are that corrupt. Audit!

💬          ⟲                    ♡ 1                    ⬆

**donna henderson** @donnahe40222636 · Nov 15, 2020
Replying to @LouDobbs and @realDonaldTrump
Isn't that foreign interference

💬          ⟲                    ♡                    ⬆

**Mike Rose** @Spongebob331 · Nov 15, 2020
Replying to @LouDobbs and @realDonaldTrump

Replying to @LouDobbs and @realDonaldTrump
Isn't that foreign interference

**Mike Rose** @Spongebob331 · Nov 15, 2020

Replying to @LouDobbs and @realDonaldTrump

Can we assume Tom Tillis really lost them, too. How about Mitch and Lindsey?

**Eleanor M. Campbell** @_emc777 · Nov 15, 2020

Replying to @LouDobbs and @realDonaldTrump

Is that the same as the Dems accused Trump of having  Russian influence on our voting system.. like they accused Trump of in 2016??

♡ 1

**Roy Glenn Martin Jr** @roygm82 · Nov 15, 2020

Replying to @LouDobbs and @realDonaldTrump

That should disqualify the results and cause an automatic recount.

♡ 1

**Gabriel | ❤️🇺🇸💙👍** @PsychAnswer · Nov 15, 2020

Replying to @LouDobbs @larriemoss and @realDonaldTrump

No way this was a fair election.



Why US Election Votes Were Counted By Bankrupted Spanish Company ...
GreatGameIndia has found that votes cast by Americans in 2020 US Election were counted by a bankrupted Spanish company Scytl in Spain.
🔗 greatgameindia.com

**Gary Vandervest** @wmerlot66 · Nov 15, 2020

Replying to @LouDobbs and @realDonaldTrump

Another Rudy Giuliani conspiracy theory. Smartmatic's response to misinformation.....11/14/2020

Smartmatic does not own Dominion Voting Systems and has never provided Dominion with any technology.

Document title: (20) Lou Dobbs on Twitter: &quot;Read all about Dominion and Smartmatic voting companies and you'll soon understand how pervasive this Democrat…
Capture URL: https://twitter.com/LouDobbs/status/1327649331789385728
Capture timestamp (UTC): Mon, 01 Feb 2021 20:51:05 GMT

**Tweet**



**Gary Vandervest** @wmenotoo · Nov 15, 2020

Replying to @LouDobbs and @realDonaldTrump

Another Rudy Giuliani conspiracy theory. Smartmatic's response to misinformation.....11/14/2020

Smartmatic does not own Dominion Voting Systems and has never provided Dominion with any technology.

💬     ⟲     ♡     ⬆

**ppierodds** @ppierodds · Nov 18, 2020

Replying to @LouDobbs @thebreesgal and @realDonaldTrump

Ok lou  you too can  say bye to everyone

💬     ⟲     ♡     ⬆

**Ted** @REILLED · Nov 18, 2020

Replying to @LouDobbs @OzwaldBozwald and @realDonaldTrump

Why did the GA GOP want these machines?

New Georgia voting machines near final approval after passing Senate

A bill to buy new Georgia voting machines with paper ballot print-outs passed the state Senate on Wednesday.

🔗 ajc.com

💬     ⟲     ♡     ⬆

**Saint** @sainttrain · Nov 14, 2020

Replying to @LouDobbs and @realDonaldTrump

Partially owned by Feinstein husband with funding by soros

💬 2     ⟲ 5     ♡ 27     ⬆

🇺🇸 **Michael Bulla** 🇺🇸 @TCUFrog61 · Nov 14, 2020

Replying to @LouDobbs @Cuee80 and @realDonaldTrump

The end is on the horizon

Document title: (20) Lou Dobbs on Twitter: &quot;Read all about Dominion and Smartmatic voting companies and you'll soon understand how pervasive this Democrat…

Capture URL: https://twitter.com/LouDobbs/status/1327649331789385728

Capture timestamp (UTC): Mon, 01 Feb 2021 20:51:05 GMT



**Scytl Company Website Crashes - Company Reportedly Released State...**
On Friday Rep. Louie Gohmert told Chris Salcedo on Newsmax that people on the ground in Germany report that Scytl, which hosted ...
🔗 thegatewaypundit.com

💬 1          ↻ 15          ♡ 22          ⬆️

**Jen Rose** @JenFerFer78 · Nov 14, 2020          ···
Replying to @LouDobbs and @realDonaldTrump
Makes me wonder if Obama really won either time. 🤔

💬 2          ↻          ♡ 13          ⬆️

**America First // Pink Donut** @pinkkdonut · Nov 14, 2020          ···
Replying to @LouDobbs and @realDonaldTrump
Now do E.S & S

💬          ↻          ♡          ⬆️

**Sunshine** @FrancTalk · Nov 14, 2020          ···
Replying to @LouDobbs and @realDonaldTrump
Thank you! Why hasn't @SidneyPowell1 been on @TuckerCarlson @seanhannity @IngrahamAngle to discuss her findings? Why is it that I've only seen her on your show?

💬 1          ↻ 1          ♡          ⬆️

**RealLukas**🇩🇪🇺🇸 @reallukas3 · Nov 14, 2020          ···
Replying to @LouDobbs and @realDonaldTrump
Can someone explain what the connection is? I cant find anything

💬          ↻          ♡          ⬆️

**BK Ramos** @SquiggleBK · Nov 14, 2020          ···
Replying to @LouDobbs @ProfTimNoakes and @realDonaldTrump
Please tell me you're not believing this dribble Mr Noakes

💬 6          ↻ 1          ♡ 6          ⬆️

This Tweet is from an account that no longer exists. Learn more





Tweet

Please tell me you're not believing this dribble Mr Noakes

6 1 6

This Tweet is from an account that no longer exists. Learn more

**BK Ramos** @SquiggleBK · Nov 14, 2020
Every vote IS being counted. We only have some military votes outstanding. Trump is just doing everything in his miserable mind to convince folks he was cheated, when he was not.

2

**Donald J Trump Redneck Landlord** @jimbothehame... · Nov 14, 2020
Replying to @LouDobbs and @realDonaldTrump
hammer and scorecard

5

**loulou** @loulou31337824 · Nov 14, 2020
Replying to @LouDobbs and @realDonaldTrump
Thank you alou Dobbs!

5

**Lucien** @ingber30 · Nov 14, 2020
Replying to @LouDobbs and @realDonaldTrump
He is thé CEO, of Smartmatic, histoire name Antonio Mugica.
He has organized 15 elections during the mandate of Hugo Chavez
And Nicolas Maduro

6 15

**Tired of being nice** @whoutalkingbout · Nov 14, 2020
Replying to @LouDobbs and @realDonaldTrump
Thank you Lou.. finish out your contract with fox and go out with a bang!

4

**Tweetero9000** @tweetero9000 · Nov 14, 2020
Replying to @LouDobbs and @realDonaldTrump
Smartmatic was born in Boca Raton 20 years ago financed by Chavez in order to win his referendum... that software is 100% a joke.. I knew these people very close.. I caught them several times meeting with Venezuelan officials to design the software..

1

**Mouse on my head** @debbielexington · Nov 14, 2020
Replying to @LouDobbs and @realDonaldTrump
Lou @LouDobbs
Thank you for you passion in investigating fraud in the 2020 election. Thank you for holding , even republicans, feet to the fire to do something about it!!! @DevinNunes never quite understand that you wanted to know WHAT was being done.

Lou @LouDobbs
Thank you for you passion in investigating fraud in the 2020 election. Thank you for holding , even republicans,  feet to the fire to do something about it!!! @DevinNunes never quite understand that you wanted to know WHAT was being done.

💬          ↇ          ♡ 4          ⬆

**Debra Day** @DebraDa10724166 · Nov 14, 2020          ...
Replying to @LouDobbs and @realDonaldTrump
This is OUTRAGEOUS!

💬          ↇ          ♡ 2          ⬆

**Scott** @F_ScottinTexas · Nov 14, 2020          ...
Replying to @LouDobbs and @realDonaldTrump
@MikayesFiona • •

💬          ↇ          ♡          ⬆

**Kostas Vlachos** @KostasVlachos2 · Nov 14, 2020          ...
Replying to @LouDobbs and @realDonaldTrump
Oh come on. Enough.

💬          ↇ          ♡          ⬆

**AGF** 🇺🇸🇻🇪🇪🇸 @SCUBANERDMiami · Nov 14, 2020          ...
Replying to @LouDobbs and @realDonaldTrump
⚠️ Would you like to know where the US' voting machines came out from...watch! 👆😑⚠️
youtu.be/JCjUuoZBG8c

💬          ↇ 3          ♡ 1          ⬆

**Tony Wilks** @ControirMedia · Nov 14, 2020          ...
Replying to @LouDobbs and @realDonaldTrump
Somebody in our government was probably handsomely rewarded for that contract with Dominion. That's the way our government officials work. Somebody's always stuffing money in their pockets

💬 1          ↇ          ♡ 8          ⬆

**Cherie Golding** @cherie_golding · Nov 14, 2020          ...
Replying to @LouDobbs and @realDonaldTrump
Thank you for sharing honesty! We need more honest media people!

💬          ↇ 2          ♡ 1          ⬆

**Free enterprise** @Spiritwalker35 · Nov 14, 2020          ...
Replying to @LouDobbs and @realDonaldTrump
coming out is one thing doing something about it is another thing

💬          ↇ          ♡ 1          ⬆

**Conde de l@ Ond@** @CondedelaOnda · Nov 14, 2020          ...
Replying to @LouDobbs and @realDonaldTrump





Tweet

coming out is one thing doing something about it is another thing

1

**Conde de l@ Ond@** @CondedelaOnda · Nov 14, 2020
Replying to @LouDobbs and @realDonaldTrump
As a Venezuelan I can say that Smartmatic did all the frauds for Chávez in Venezuela.

1 6

**CHRiS ATOMS** @PURE_N2WiSHiN · Nov 14, 2020
Replying to @LouDobbs and @realDonaldTrump
Thank YOU Lou 😇🙏

**Cc** @Cc69263838 · Nov 14, 2020
Replying to @LouDobbs and @realDonaldTrump
How is that even possible,

**Rafael Acosta T** @Rafael_AcostaT · Nov 14, 2020
Replying to @LouDobbs and @realDonaldTrump
@LouDobbs just check the role of Smartmatic in Venezuela, after they got involved the government have never lost any election. It is always 60-40!!

2 7

**abel ada musa** @Musaabel · Nov 14, 2020
Replying to @LouDobbs @drmikemurdock and @realDonaldTrump
Trump had lost...let him concede.

1

**MakeItStop** @LogicCritical · Nov 14, 2020
Replying to @LouDobbs and @realDonaldTrump
Now we know why his parents named him Lou.

2

**ZUH-HER!**

💬   🔁   ♡ 2   ⬆️

**Mark Davies** @Mark_G_Davies · Nov 14, 2020
Replying to @LouDobbs and @realDonaldTrump
Are vote tallies compared manually by people between:
🗳️ Polling place
✉️ County central location
📊 State central location

If those 3 locations are just checked electronically it allows for "Man-in-the-Middle" attacks.

## Ballot Counting Data Flow

**1. Vote Counting Machines**
Location of Vote Counting Machines:
* In-person voting: Polling place
* Mail-in voting: County central location

**2. Transfer Software**
Polling place → County central location
&
County central location → State central location

**3. Central Database**

💬   🔁   ♡ 2   ⬆️

**Andre Fisher** @andrefisher5931 · Nov 14, 2020
Replying to @LouDobbs and @realDonaldTrump
This election needs to be overturned and redone

💬   🔁   ♡   ⬆️

**Lynda Scaggs** @LyndaScaggs · Nov 14, 2020
Replying to @LouDobbs and @realDonaldTrump
and sending the results to Germany.😬

💬   🔁   ♡   ⬆️

**kimye** @kinye13 · Nov 14, 2020
Replying to @LouDobbs and @realDonaldTrump
Revote

💬   🔁   ♡   ⬆️

**Juan Jacobo Sulbaran M** @JacoboSulbaran · Nov 14, 2020
Replying to @LouDobbs and @realDonaldTrump
SMARMATIC

💬   🔁   ♡   ⬆️

Tweet



**Juan Jacobo Sulbaran M** @JacoboSulbaran · Nov 14, 2020
Replying to @LouDobbs and @realDonaldTrump
SMARMATIC

**Gloria R. Spielman** @GloriaRSpielman · Nov 14, 2020
Replying to @LouDobbs and @realDonaldTrump
Look into Hammer and Scorecard. Ask about it!

**Caspian72** @Caspian722 · Nov 14, 2020
Replying to @LouDobbs @Lrihendry and @realDonaldTrump
At least there a few good ones left at @FoxNews. Thank you @LouDobbs

**Avery Bullard** @averybullard · Nov 14, 2020
Replying to @LouDobbs @EldonStrom and @realDonaldTrump
Let me get this straight: Dominion and Smartmatic were companies
associated with Burismo located in Benghazi, facilitated by a broken laptop
at the Four Seasons Landscaping company run by Seth Rich near a pizza
parlor in New York?

♡ 1

**才女** @Judyzha43456789 · Nov 14, 2020
Replying to @LouDobbs and @realDonaldTrump
thanks you  are always stand  the justice。

**John G. Prosser II** @JPROSSER2 · Nov 14, 2020
Replying to @LouDobbs @cleary_clearly and @realDonaldTrump
You are one of the last real journalists Lou, Bravo! I love your coverage.

**Mindless Robots** @MindlessRobots · Nov 14, 2020
Replying to @LouDobbs and @realDonaldTrump
Thin. GET THE EVIDENCE!

**Matthew J Myers** @JatthewMordan · Nov 15, 2020
Replying to @LouDobbs @LegendaryEnergy and @realDonaldTrump
Even if it's true, they do not care. ANYTHING to get Trump out

♡ 1

**Preston Dunn** @Itsecondummy · Nov 15, 2020
Replying to @LouDobbs and @realDonaldTrump
Can I vote from Iraq or Afghanistan?  I think their count would be more
reliable.  Purple ink!

Document title: (20) Lou Dobbs on Twitter: &quot;Read all about Dominion and Smartmatic voting companies and you'll soon understand how pervasive this Democrat…
Capture URL: https://twitter.com/LouDobbs/status/1327649331789385728
Capture timestamp (UTC): Mon, 01 Feb 2021 20:51:05 GMT

Tweet



**Preston Dunn** @Itsecondummy · Nov 15, 2020
Replying to @LouDobbs and @realDonaldTrump
Can I vote from Iraq or Afghanistan?  I think their count would be more reliable.  Purple ink!

**Susan Rivera** @susanr22y · Nov 15, 2020
Replying to @LouDobbs and @realDonaldTrump
At least 30 states.

**Bradley Hayden, Ph. D.** @EffectiveInter2 · Nov 15, 2020
Replying to @LouDobbs and @realDonaldTrump
It's the end of the republic.

**Yaya Yoda** @Eventaholic · Nov 15, 2020
Replying to @LouDobbs and @realDonaldTrump
This is great news!

**Darryl Reeves** @EMPIREBOY55 · Nov 15, 2020
Replying to @LouDobbs and @realDonaldTrump
Good to know there was no election interference!

**#WeDidIt4TehLULz** @ElenaFu83394622 · Nov 15, 2020
Replying to @LouDobbs and @realDonaldTrump
Panama papers? Leaks via intercept

**G Barnes** @G0GMANGO · Nov 15, 2020
Replying to @LouDobbs and @realDonaldTrump
This exposes just how easy it was

> Kill Chain: The Cyber War on America's Elections (202...
> Kill Chain premieres March 26 at 9PM on HBO. #HBO #HBODocs #KillChainDocIn advance of the 2020 ...
> 🔗 youtube.com

tↄ 1

**Karen Landry** @MissKVL1970 · Nov 15, 2020
Replying to @LouDobbs and @realDonaldTrump
SO WRONG!

Document title: (20) Lou Dobbs on Twitter: &quot;Read all about Dominion and Smartmatic voting companies and you'll soon understand how pervasive this Democrat…
Capture URL: https://twitter.com/LouDobbs/status/1327649331789385728
Capture timestamp (UTC): Mon, 01 Feb 2021 20:51:05 GMT

**Tweet**

**Karen Landry** @MissKVL1970 · Nov 15, 2020
Replying to @LouDobbs and @realDonaldTrump
SO WRONG!

**Elsa Canelon-Karg** @CanelonDeMiel · Nov 15, 2020
Replying to @LouDobbs @gracesmilegive and @realDonaldTrump
Smartmatic also used by Hugo Chavez in Venezuela

**SpkDon** @spk_don · Nov 15, 2020
Replying to @LouDobbs and @realDonaldTrump
How could the greatest country on earth allow this to happen. What can American do to make sure this can never happen again.

**Dr. Rob Myers** @pastorrobmyers · Nov 16, 2020
Replying to @LouDobbs @dariaanne and @realDonaldTrump
This is Canada, maybe we need a Northern wall?? Listen to Trudeaus' reset message. Is there a connection? Valid questions...

♡ 1

**barbara long** @babsinsc · Nov 18, 2020
Replying to @LouDobbs and @realDonaldTrump
That's foreign interference and none of those votes should be allowed

**Gio T** @IngGiovi · Nov 14, 2020
Replying to @LouDobbs and @realDonaldTrump
Smartmatic Lou? The same company has been offering the hardware and software to vote in Venezuela? That same smartmatic that made the fraud possible during 20 years in Venezuela? OMG

♡ 1    ♡ 7

🇺🇸**American Esther**🇺🇸 @AmericanEsther · Nov 14, 2020
Weren't they admitting/boasting years ago they had changed election results in many nations?
There is an intentional worldwide effort to manipulate and control nations by any means necessary. They use propaganda, education, covid, regulation, to keep us unaware we r pow's.
🙏🇺🇸🙏

♡ 2

This Tweet is from a suspended account. Learn more

This Tweet is from an account that no longer exists. Learn more

Document title: (20) Lou Dobbs on Twitter: &quot;Read all about Dominion and Smartmatic voting companies and you'll soon understand how pervasive this Democrat…
Capture URL: https://twitter.com/LouDobbs/status/1327649331789385728
Capture timestamp (UTC): Mon, 01 Feb 2021 20:51:05 GMT



This Tweet is from a suspended account. Learn more

This Tweet is from an account that no longer exists. Learn more

This Tweet is from a suspended account. Learn more

**STUFF YOUR GREAT RESET SIDEWAYS** 🇨🇦🏴󠁧󠁢󠁳󠁣󠁴󠁿🇺🇸 @7... · Nov 14, 2020  ···
fellow Canadian what are WE going to do? @joe_warmington has tweeted
about Dominion Voting System and Soros Tides being in the SAME building
in Spadina Ave in Toronto. This is so suspicious beyond belief. We must have
a review of the last election in Canada. @MikeBarrettON

This Tweet was deleted by the Tweet author. Learn more

**Jamal Al-Shalabi** @JamalAlShalabi1 · Nov 14, 2020  ···
Replying to @LouDobbs and @realDonaldTrump
Igonrance yeilds Stupidty and Denial yields Lies

Trump Lost.... accept the fact

ⓘ          ⟲ 1          ♡ 1

**AbdulAziz AhmedAltheeb** عبدالعزيز أحمد الذيب @Azi... · Nov 14, 2020  ···
Replying to @LouDobbs and @realDonaldTrump
I think @jack hasn't seen this tweet yet.
Otherwise it would be fact-checked under democrats regulation.

**Thank You, Mask Man.** @GJackKing1 · Nov 14, 2020  ···
Replying to @LouDobbs @dotpark and @realDonaldTrump
There's plenty of stuff on the internets, but this is all anybody needs.

Watch Out for This Misinformation on Election Day
Here are six common false election-related rumors that voters might see
today.

Document title: (20) Lou Dobbs on Twitter: &quot;Read all about Dominion and Smartmatic voting companies and you'll soon understand how pervasive this Democrat…
Capture URL: https://twitter.com/LouDobbs/status/1327649331789385728
Capture timestamp (UTC): Mon, 01 Feb 2021 20:51:05 GMT





Tweet

Watch Out for This Misinformation on Election Day
Here are six common false election-related rumors that voters might see today.
🔗 nytimes.com

**GarciaTP**😷👩‍🔬🕴🌈🧐🔍💡 @GarciaTP2 · Nov 14, 2020 ···
Replying to @LouDobbs and @realDonaldTrump

**Diane L King** @DianeLKing · Nov 15, 2020 ···
Replying to @LouDobbs and @realDonaldTrump
I could cry. 😢

## More replies

**Clay Clark** @TheClayClark · Nov 14, 2020 ···
Replying to @LouDobbs and @realDonaldTrump
Documented Wide-Spread Election / Ballot Fraud:

I have uncovered 17 pages of documented examples of mass-scale voter fraud including over 650,000 votes that were illegally counted in Pennsylvania alone.

NEWSMAX - Vision 2020
Vision 2020 Clearly Seeing Voter, Scientific and Medical Fraud Point 1 - What Kind of News ...
🔗 docs.google.com

1 1 4

Tweet

Vision 2020 Clearly Seeing Voter, Scientific and Medical Fraud Point 1 - What Kind of News ...
docs.google.com

1 1 4

**Cheryl LaPorte** @CherylLaPorte3 · Nov 14, 2020
You have to give permission to access doc.

**WriteinROCK** @WriteinRock · Nov 15, 2020
Replying to @LouDobbs and @realDonaldTrump
Proof?

1

**Douglas Bryson** @DouglasBryson5 · Nov 15, 2020
He has no proof, just an old has-been spouting bile

**Leila Prelec** @LeilaPrelec · Nov 14, 2020
Replying to @LouDobbs and @realDonaldTrump
This needs to go to the Supreme Court. The Democrats have turned our country into the laughing stock of the world. How can we ever have fair elections again?! Laws are needed. No more computer software. No more mail-in votes. In-person votes with signatures and authentication.

1 2

**Somebody01** @him_michele · Nov 18, 2020
True

**Joseph McVeigh** @crazyjoe86 · Nov 14, 2020
Replying to @LouDobbs and @realDonaldTrump
#fixmesomethingtoeat #weshightower #StillYourPresident #MAGAMillionMarch

Tweet



**mark courtney** @markcou71887319 · Nov 14, 2020 ···
Replying to @LouDobbs and @realDonaldTrump
It's over Lou he lost. You must have acceptance in your grief over a political figure lol

♡ 1

**Marty** @MartyMartinson0 · Nov 14, 2020 ···
Replying to @LouDobbs and @realDonaldTrump
Keep up the good work Lou!

Respect.

♡ 4

**Boatswainsm8** @deckape09 · Nov 14, 2020 ···
Replying to @LouDobbs and @realDonaldTrump
Democratic party talking heads and Liberals will say it's a conspiracy theory
🙄. I don't necessarily believe in conspiracy theories but I don't believe in coincidences either.

**J** @GetYourGEDBro · Nov 14, 2020 ···
Replying to @LouDobbs and @realDonaldTrump
No one believes this garbage

♡ 1

**Janet Collins** @JanetCo36876478 · Nov 14, 2020 ···
Replying to @LouDobbs and @realDonaldTrump
Thank you Mr Dobbs for helping to uncover the truth about this election..by allowing the truth to be spoken on your show. 🇺🇸🇺🇸🇺🇸🇺🇸🇺🇸🇺🇸🇺🇸

♡ 5

**JALS2010** @jals2010 · Nov 14, 2020 ···
Replying to @LouDobbs and @realDonaldTrump

Document title: (20) Lou Dobbs on Twitter: &quot;Read all about Dominion and Smartmatic voting companies and you'll soon understand how pervasive this Democrat…
Capture URL: https://twitter.com/LouDobbs/status/1327649331789385728
Capture timestamp (UTC): Mon, 01 Feb 2021 20:51:05 GMT

Tweet



Replying to @LouDobbs and @realDonaldTrump

**Thomas J Mathew** @podimala · Nov 14, 2020

Replying to @LouDobbs and @realDonaldTrump

SORE LOSERS......SOUR GRAPES

**North Texas By Day, Caribbean by Night** @jamesrp... · Nov 14, 2020

Replying to @LouDobbs and @realDonaldTrump

GIF

**Susan Smith** @hallidayNH · Nov 14, 2020

Replying to @LouDobbs and @realDonaldTrump

Release the Kraken!!!

5

**HumptyDumptyTrumpty** @HumptyDumptyTr3 · Nov 14, 2020

Replying to @LouDobbs and @realDonaldTrump

Lou Dobbs = serial liar/child molester

**Tweet**

**HumptyDumptyTrumpty** @HumptyDumptyTr3 · Nov 14, 2020
Replying to @LouDobbs and @realDonaldTrump
Lou Dobbs = serial liar/child molester

**#MAGAMONSTER** @MAGAMONSTER2020 · Nov 14, 2020
Replying to @LouDobbs and @realDonaldTrump
SMARTMATIC, the Company in charge of the HUGE Fraudulent Voting
System in #Venezuela
Smartmantics - Dominion manufactured voting machines used in Michigan,
Georgia/33 U.S. states is Mark Malloch Brown, serves on the Open Societies
Foundation Board (founded by George Soros- Mallo

            ⟲ 1        ♡ 5

**Torbjorn Peterson** @TorbjornPeters1 · Nov 14, 2020
Replying to @LouDobbs and @realDonaldTrump
This was debunked, Lou.
What has happened to you? You have thrown your integrity to the wolves.
Stop spreading disinformation. Listen to the experts who were in charge of
protecting this vote. They said it was the most secure yet. Trump did lose.
People don't have to like it.

   1

**Tacocat2019** @tacocat2019 · Nov 14, 2020
Replying to @LouDobbs and @realDonaldTrump
Can you remind us how many court cases team Trump has lost so far? I've
lost count

**E** @notdemorrepp · Nov 14, 2020
Replying to @LouDobbs and @realDonaldTrump
Be careful of your false statements.   You will get punched 10 times harder.

**bill beccio** @billbeccio · Nov 14, 2020
Replying to @LouDobbs and @realDonaldTrump



Document title: (20) Lou Dobbs on Twitter: &quot;Read all about Dominion and Smartmatic voting companies and you'll soon understand how pervasive this Democrat…
Capture URL: https://twitter.com/LouDobbs/status/1327649331789385728
Capture timestamp (UTC): Mon, 01 Feb 2021 20:51:05 GMT

Tweet



**Jonny Ringo** 💯🇺🇸 @ogbubba410 · Nov 14, 2020

Replying to @LouDobbs and @realDonaldTrump

If the Georgia hand recount provides a significant change vs the Dominion count then we're in for a hell of story.

If not, the communists win...again 😒

♡ 1

**Patrick G Tuohy** @PatrickGTuohy1 · Nov 14, 2020

Replying to @LouDobbs and @realDonaldTrump

Well Lou and Guiliani

Says alot about what you were doing since 2016.

If voting machines are a problem who purchased & authorised them.

You guys lost 306 v 237.
Get over it and stop annoying us all with your Fake Fox Lying News and Stupid tweets.
Smell the coffee.

**Uncrowned King** @YFC94373222 · Nov 14, 2020

Replying to @LouDobbs @SolomonYue and @realDonaldTrump

Why voting fraud is not considered as an act of terrorism?

♡ 2

**Susan Petrillo** @etrnalife · Nov 14, 2020

Replying to @LouDobbs and @realDonaldTrump

Document title: (20) Lou Dobbs on Twitter: &quot;Read all about Dominion and Smartmatic voting companies and you'll soon understand how pervasive this Democrat…
Capture URL: https://twitter.com/LouDobbs/status/1327649331789385728
Capture timestamp (UTC): Mon, 01 Feb 2021 20:51:05 GMT



Tweet

Replying to @LouDobbs @SolomonYue and @realDonaldTrump
Why voting fraud is not considered as an act of terrorism?

♡ 2

**Susan Petrillo** @etrnalife · Nov 14, 2020
Replying to @LouDobbs and @realDonaldTrump
Thank you Lou!❤️

**Valerie** @ValerieEyram · Nov 14, 2020
Replying to @LouDobbs @Reagan_Girl and @realDonaldTrump
The 2020 election is illegitimate. Let the Supreme Court pick a president.

**Damn it Mike🟦😳😜😀🅒🅒🟦** @MikeD2K24 · Nov 14, 2020
Replying to @LouDobbs and @realDonaldTrump
This has nothing to do with free or fair. This is a temper tantrum because you can't accept that Trump lost.

**Mary Lange** @PatsBrat66 · Nov 14, 2020
Replying to @LouDobbs and @realDonaldTrump
You've really lost all of your credibility as a journalist. It's shameful really. I remember when my parents watched you. Sad really.

♡ 1

**Thomas Beardsley** @NebTom · Nov 14, 2020
Replying to @LouDobbs and @realDonaldTrump
everything always comes out and then....nothing happens.

**Lagbaja** @RythmOla · Nov 14, 2020
Replying to @LouDobbs and @realDonaldTrump

**Charly Boy Area Fada 1** ✓ @AreaFada1 · Nov 13, 2020
😋Trump

0:58   721 views

Document title: (20) Lou Dobbs on Twitter: &quot;Read all about Dominion and Smartmatic voting companies and you'll soon understand how pervasive this Democrat…
Capture URL: https://twitter.com/LouDobbs/status/1327649331789385728
Capture timestamp (UTC): Mon, 01 Feb 2021 20:51:05 GMT



0:56   721 views

**realBob** @Fanfool2 · Nov 14, 2020
Replying to @LouDobbs and @realDonaldTrump
tell me how your ramblings are not treason?

**Rule Boy** @RuleBoy11 · Nov 14, 2020
Replying to @LouDobbs and @realDonaldTrump
Nothing to see here! The New York Times tells me so!...it's a safe bet, that the exact opposite of what the Times spews, is actually the truth. Article not aging well Sheera! 🤡✋

Vote
Votar

Watch Out for This Misinformation on Election Day
Here are six common false election-related rumors that voters might see today.
🔗 nytimes.com

**Jason** @meep1972 · Nov 14, 2020
Replying to @LouDobbs and @realDonaldTrump
I remember when you used to be a legit journalist. Seems like a LONG time ago.

**blindgeekpoet** @homer_bulos · Nov 14, 2020
Replying to @LouDobbs @adamgarriereal and @realDonaldTrump
We've had Smartmatic in the Philippines since 2010. We've had questions about electoral fraud since.
♡ 2

Document title: (20) Lou Dobbs on Twitter: &quot;Read all about Dominion and Smartmatic voting companies and you'll soon understand how pervasive this Democrat…
Capture URL: https://twitter.com/LouDobbs/status/1327649331789385728
Capture timestamp (UTC): Mon, 01 Feb 2021 20:51:05 GMT



**blindgeekpoet** @homer_bulos · Nov 14, 2020
Replying to @LouDobbs @adamgarriereal and @realDonaldTrump
We've had Smartmatic in the Philippines since 2010. We've had questions about electoral fraud since.

♡ 2

**dwoj** @dwojcik78 · Nov 14, 2020
Replying to @LouDobbs and @realDonaldTrump
Another day, another conspiracy

**康桑阿米达6** @Scxhxhxh6 · Nov 14, 2020
Replying to @LouDobbs and @realDonaldTrump
我们不停的说:今日香港就是明日美国！
记住CCP是如何渗透侵略世界的！
颠覆美国是共匪第一目标任务！

**Sardonic Cynic** @cynic_sardonic · Nov 14, 2020
Replying to @LouDobbs and @realDonaldTrump
Trump's DHS says you're lying.

**Joint Statement from Elections Infrastructure Government Coordinating Council & the Election Infrastructure Sector Coordinating Executive Committees**

November 12, 2020

WASHINGTON – The members of Election Infrastructure Government Coordinating Council (GCC) Executive Committee – Cybersecurity and Infrastructure Security Agency (CISA) Assistant Director Bob Kolasky, U.S. Election Assistance Commission Chair Benjamin Hovland, National Association of Secretaries of State (NASS) President Maggie Toulouse Oliver, National Association of State Election Directors (NASED) President Lori Augino, and Escambia County (Florida) Supervisor of Elections David Stafford - and the members of the Election Infrastructure Sector Coordinating Council (SCC) – Chair Brian Hancock (Unisyn Voting Solutions), Vice Chair Sam Derheimer (Hart InterCivic), Chris Wlaschin (Election Systems & Software), Ericka Haas (Electronic Registration Information Center), and Maria Bianchi

**SE Borrelli - 😊 🐿** @BorrelliGerlach · Nov 14, 2020
Replying to @LouDobbs and @realDonaldTrump

# Is He Gone Yet?

Document title: (20) Lou Dobbs on Twitter: &quot;Read all about Dominion and Smartmatic voting companies and you'll soon understand how pervasive this Democrat…
Capture URL: https://twitter.com/LouDobbs/status/1327649331789385728
Capture timestamp (UTC): Mon, 01 Feb 2021 20:51:05 GMT
Page 28 of 37



**SE Borrelli -** 😂 🦇 @BorrelliGerlach · Nov 14, 2020
Replying to @LouDobbs and @realDonaldTrump

**310** @VeniceCA · Nov 14, 2020
Replying to @LouDobbs and @realDonaldTrump
Lou Dobbs = UnAmerican

**1956TheMick** @1956The · Nov 14, 2020
Replying to @LouDobbs and @realDonaldTrump

Biden lost 165 more counties than
Obama in 2012, but gained 9
million more votes?

In 2012 Obama won 689 of the 3,141 counties in
the U.S. That is 22% of the counties for a total of
66 million votes.

In 2020 Biden won 524 of the 3,141 counties

Document title: (20) Lou Dobbs on Twitter: "Read all about Dominion and Smartmatic voting companies and you'll soon understand how pervasive this Democrat…
Capture URL: https://twitter.com/LouDobbs/status/1327649331789385728
Capture timestamp (UTC): Mon, 01 Feb 2021 20:51:05 GMT



In 2012 Obama won 689 of the 3,141 counties in
the U.S. That is 22% of the counties for a total of
66 million votes.

In 2020 Biden won 524 of the 3,141 counties

⟳  1

**lisa onkst** @Ironkst · Nov 14, 2020
Replying to @LouDobbs and @realDonaldTrump
WE THE PEOPLE WILL NEVER ACCEPT A RIGGED ELECTION

**Frugalicity.com** @frugalicity · Nov 14, 2020
Replying to @LouDobbs and @realDonaldTrump
There's ZERO evidence of any voter fraud. All the radical right-wing
manufactured click-bait propaganda is designed to gin up extremist nutjobs
like @LouDobbs. But, I'd not be surprised if all the mailed in paper ballots
actually thwarted Republicans' cheating via voting machines

**James Feitlin** @Jfeitlin · Nov 14, 2020
Replying to @LouDobbs @mikeski1974 and @realDonaldTrump
MAGA march today

♫ **TikTok**
👤 @jjfeit

Million man MAGA march
11/14/20

0:57   12 views

Document title: (20) Lou Dobbs on Twitter: &quot;Read all about Dominion and Smartmatic voting companies and you'll soon understand how pervasive this Democrat…
Capture URL: https://twitter.com/LouDobbs/status/1327649331789385728
Capture timestamp (UTC): Mon, 01 Feb 2021 20:51:05 GMT



► 12 views                    0:03 / 0:59  ◁×  ↗

Terk1 ✪ @Terk1 · Nov 14, 2020                              ···
Replying to @LouDobbs and @realDonaldTrump
Republicans advocating to overthrow our democracy in order to be in power
(FASCISM), need to be called out on their actions and EVERY person,
company, and organization that participates in or perpetuates this treachery
need to be held accountable. 🇺🇸

The RISE & FALL of AMERICAN FASCISM!
GIF #TrumpFailedAmerica

💬        ♻ 1        ♡        ⬆

Raven Wheelhouse @RavenWheelhouse · Nov 14, 2020          ···
Replying to @LouDobbs and @realDonaldTrump
Now what, most Americans don't trust the election process anymore..

💬        ♻         ♡        ⬆

Kdot @kdom123 · Nov 14, 2020                              ···
Replying to @LouDobbs and @realDonaldTrump
Then how did Mitch and Graham win???? Come on think!

💬        ♻         ♡        ⬆

Tony Rosa @TonyRosa_really · Nov 14, 2020                 ···
Replying to @LouDobbs and @realDonaldTrump
#StopTheSqueal

Joe Biden                    Donald Trump
🔵 290        270 to win        214 🔴

Document title: (20) Lou Dobbs on Twitter: &quot;Read all about Dominion and Smartmatic voting companies and you'll soon understand how pervasive this Democrat…
Capture URL: https://twitter.com/LouDobbs/status/1327649331789385728
Capture timestamp (UTC): Mon, 01 Feb 2021 20:51:05 GMT



**soheil** @soheil4IRAN · Nov 14, 2020
Replying to @LouDobbs and @realDonaldTrump
Do that please!

**Yasser Said** @ys_said · Nov 14, 2020
Replying to @LouDobbs and @realDonaldTrump
What a #disgrace Can't wait to see you go off the air #BoycottFoxNews #fakenews

**FullofTrump** @TrumpFullof · Nov 14, 2020
Replying to @LouDobbs and @realDonaldTrump
Waaaaahhh waaaah

**Shanna Robinson** @Robinso20Shanna · Nov 14, 2020
Replying to @LouDobbs and @realDonaldTrump

The following media includes potentially sensitive content.
Change settings                                        View

Document title: (20) Lou Dobbs on Twitter: &quot;Read all about Dominion and Smartmatic voting companies and you'll soon understand how pervasive this Democrat…
Capture URL: https://twitter.com/LouDobbs/status/1327649331789385728
Capture timestamp (UTC): Mon, 01 Feb 2021 20:51:05 GMT
Page 32 of 37

Tweet

The following media includes potentially sensitive content.
Change settings

View

**Vanir** @Vanir85 · Nov 14, 2020
Replying to @LouDobbs and @realDonaldTrump
Biden won.  Legally and democratically.

You will not steal the election with your lies.

The Fascist Trump-regime is over.

**Kryptonite** @Krypton60428040 · Nov 14, 2020
Replying to @LouDobbs and @realDonaldTrump
The cheating is done and wrapped in a way that proving it is prob impossible. Pelosi dropped hint after hint.

**joel r. connelly** @joelconnelly · Nov 14, 2020
Replying to @LouDobbs and @realDonaldTrump
Unpatriotic Americans, right-wing pundits who spread misinformation, nourish conspiracy theories, fool gullible people, and pour acid into a nation's social wounds.

♡ 1          ♡ 1

**whoabruhdudebruh** @dudebruhwhoa · Nov 14, 2020
Replying to @LouDobbs and @realDonaldTrump
Fake news, lying politicians, out of control spending, trying to steal our votes and democracy by disenfranchising voters?

Yup... Fox News and the Republican Party.

Fire Lou Dobbs.

Bring back the Fairness Doctrine of 1949.

♡ 2

**Jim Scott@Jim Scott 54** @jimscott54 · Nov 14, 2020
Replying to @LouDobbs and @realDonaldTrump
The book ( Bible ) of Revelation chapter 21:8
.... And all liars shall their part in the lake which burneth with fire and brimstone.
You know you are lying to the American people, and you even have a preacher on the program telling Americans the same.

**Blessed@50** @Blessed5012 · Nov 14, 2020
Replying to @LouDobbs and @realDonaldTrump



You know you are lying to the American people, and you even have a preacher on the program telling Americans the same.

**Blessed@50** @Blessed5012 · Nov 14, 2020
Replying to @LouDobbs and @realDonaldTrump
You really want Americans and @FoxNews Viewers to listen to anything @RudyGiuliani has to say how did your 100 segments on Hunter Biden work for you & Rudy Colludy !! Seriously 😂😂😂

WASHINGTON, DC      NEW YORK

**TRUTH ISN'T TRUTH**
GIF

**NotSchumi** @NotSchumi · Nov 14, 2020
Replying to @LouDobbs and @realDonaldTrump
#LOSERS. 😂

**OLD MAN YELLS AT CLOUD**
GIF

**Thom** @ohhithom · Nov 14, 2020

Document title: (20) Lou Dobbs on Twitter: &quot;Read all about Dominion and Smartmatic voting companies and you'll soon understand how pervasive this Democrat…
Capture URL: https://twitter.com/LouDobbs/status/1327649331789385728
Capture timestamp (UTC): Mon, 01 Feb 2021 20:51:05 GMT

Tweet

**Thom** @ohhithom · Nov 14, 2020
Replying to @LouDobbs and @realDonaldTrump
You and Rudy should go under oath then and present your evidence

**chris felger** @chrisfelger2 · Nov 14, 2020
Replying to @LouDobbs and @realDonaldTrump
So, is this your holistic viewpoint. I highly doubt that voting machines can determine Democrats from Republicans in an ink dot. Stop spreading propaganda and please retire before you believe the BS your are spreading.

**ms america** @mybigamerica · Nov 14, 2020
Replying to @LouDobbs and @realDonaldTrump
Dobbs is a loser like Trump.

**marion johnson** @marionj52585709 · Nov 14, 2020
Replying to @LouDobbs and @realDonaldTrump

**GregSmithOC** @OCgregSmith · Nov 14, 2020
Replying to @LouDobbs and @realDonaldTrump
So sad. 3-D. Disgusting, Disgraceful & Dispicable!

**John H. Wilharm III** @JohnWilharm3 · Nov 14, 2020
Replying to @LouDobbs and @realDonaldTrump
You're running out of time. Hurry up!

1





**John H. Wilharm III** @JohnWilharm3 · Nov 14, 2020
Replying to @LouDobbs and @realDonaldTrump
You're running out of time.  Hurry up!

Document title: (20) Lou Dobbs on Twitter: &quot;Read all about Dominion and Smartmatic voting companies and you'll soon understand how pervasive this Democrat…
Capture URL: https://twitter.com/LouDobbs/status/1327649331789385728
Capture timestamp (UTC): Mon, 01 Feb 2021 20:51:05 GMT

Tweet



**John H. Wilharm III** @JohnWilharm3 · Nov 14, 2020

Replying to @LouDobbs and @realDonaldTrump

You're running out of time.  Hurry up!

♡ 1

Document title: (20) Lou Dobbs on Twitter: &quot;Read all about Dominion and Smartmatic voting companies and you'll soon understand how pervasive this Democrat…
Capture URL: https://twitter.com/LouDobbs/status/1327649331789385728
Capture timestamp (UTC): Mon, 01 Feb 2021 20:51:05 GMT