# Exhibit 3

TRANSCRIPT OF THE AUDIO RECORDING OF:


FOX NEWS, JUSTICE WITH JUDGE JENNINE


NOVEMBER 14, 2020


TRANSCRIBED BY: THOMPSON COURT REPORTERS INC.

1      JUDGE JEANINE:  Welcome back.  The election

2   results in several battleground states continue to be

3   under intense focus as allegations of voter fraud are

4   being investigated.  Trump campaign attorney and former

5   federal prosecutor Sidney Powell joins me now with

6   more.  All right good evening, Sidney, thank you so much

7   for joining us.  I'm - -I'm sure you're very busy now.

8   Can you give me some idea of what you're working on now

9   and what exactly you are doing on the Trump in his

10  effort to identify problems with the election?

11     SIDNEY POWELL:  I am working on the massive

12  aspect of system wide election fraud, definitely

13  impacting the swing states and likely going far beyond

14  that.  We're talking about the alteration and changes

15  in millions of votes, some being dumped that were for

16  President Trump, some being flipped that were for

17  President Trump.  Computers being overwritten to

18  ignore signatures.  All kinds of different means of

19  manipulating the Dominion and Smartmatic software,

20  that of course, we would not expect Dominion or

21  Smartmatic to admit.

22     JUDGE JEANINE:  Well, and now that you

23  mention it, that they've denied that they have done

24  anything improper and they denied that this claim that

1   there's six thousand votes that went from - - from

2   President Trump to Biden had anything to do with their

3   software.  And but, but at the same time as you put

4   together your case, Sidney, I assume that you are

5   getting to the bottom of exactly what Dominion is, who

6   started Dominion, how it can be manipulated, if it is

7   manipulated at all, and what evidence do you have to

8   prove this?

9          SIDNEY POWELL:  Oh yes, we are collecting evidence

10  through a fire hose as hundreds of American patriots

11  across the country are stepping forward with what they

12  know about this issue.  Including some, well, including

13  some people that are taken great risk to do it.

14         JUDGE JEANINE:  And as you do so what, what

15  is your, what is your intent here?  If you could

16  establish that there is corruption in the use of this

17  software, this Dominion software as you allege and you

18  say you have evidence, how do you put that together and

19  prove that on election night, or immediately after, that

20  at the time that the votes were being either tabulated

21  or put in, that we can prove that they were flipped?

22         SIDNEY POWELL:  There are - - there is statistical

23  evidence.  There's all kinds of mathematical evidence,

24  essentially forensic evidence, math that cannot be

1  disputed.  We have eyewitnesses to different features

2  of the machine.  We have eyewitnesses to different

3  aspects of the machine being uploaded with data when it

4  was not supposed to be and never being certified.  No

5  state that had anything done to the machine prior to

6  the - - right prior to the election

7  without a new certification is going to have to invalidate

8  it's votes.  It's going to have to go to the state legislatures

9  to be decided, Jeanine.And there's another thing, Democratic officer

10  -- office holders have been raising issues with the Dominion

11  machines for a long time and the government has turned a blind

12  eye to those.  So there's also - -

13          JUDGE JEANINE:  You know

14          SIDNEY POWELL: - - it's substantial reason for

15  them.

16          JUDGE JEANINE:  Let me just add something

17  there.

18          SIDNEY POWELL:  To keep the government people to

19  keep defending themselves.

20          JUDGE JEANINE:  Hang on Sidney.   Sidney, I

21  believe that it's Elizabeth Warren, Amy Klobuchar I was

22  reading and another senator that I don't remember all

23  had objections to Dominion because it was capable of

24  being manipulated.  Those are just two and I know I

Page 5

1    read about three.  Go ahead.

2            SIDNEY POWELL:  Yes.  Carolyn Maloney, I think

3    was the first one and she commissioned a report on it,

4    which we happen to have a copy of.  Notably, all the

5    articles that she cited in the letter that she wrote,

6    and I don't remember right now which government

7    official she wrote it to, but all the articles she

8    cited had been wiped from the Internet in the last few

9    days.  And also Mr. Lord Malloch-Brown's name has been

10   taken off the website for the company that he runs

11   through the UK in Canada that has a role in this.

12   It's either Symantec or Smartmatic or the two, there

13   one is a subsidiary of the other.  It's all

14   inextricably intertwined.  The money creating it came

15   out of Venezuela and Cuba.  It was created for the

16   express purpose of being able to alter votes and secure

17   the re-election of Hugo Chavez.  And then Maduro.

18   They've used it in Argentina.  There was an American

19   citizen who has exported it to other countries.  And it

20   is one huge, huge criminal conspiracy that should be

21   investigated by military intelligence for its national

22   security implications.

23           JUDGE JEANINE:  Yes, and hopefully the

24   Department of Justice.  But who knows anymore?  Sidney

Page 6

1   Powell.  Good luck on your on your mission.  Thank you

2   so much for being with us tonight.

3          SIDNEY POWELL:  Thank you, Judge Jeanine, and

4   people who want to help can contribute to this defense

5   at.

6          JUDGE JEANINE:  Go ahead

7          SIDNEY POWELL:  WWW. Defending the republic .org

8          JUDGE JEANINE:  All right.  Thank you, Sidney.

9

10

11          CERTIFICATE OF TRANSCRIPTIONIST

12

13      I certify that the foregoing is a true and accurate

14   transcript of the digitally-recorded proceedings provided

15   to me in this matter.

16

17      I do further certify that I am neither a relative, nor

18   employee, nor attorney of any of the parties to this

19   action, and that I am not financially interested in the

20   action.

21

22

23

24

          _____
                NATHAN KAYLO
             Production Manager
          THOMPSON COURT REPORTERS INC.

**A**

a 3:10 4:7,11,11 5:3
5:4,11,13 6:13,17
able 5:16
about 2:14 3:12 5:1
accurate 6:13
across 3:11
action 6:19,20
add 4:16
admit 2:21
after 3:19
ahead 5:1 6:6
all 2:6,18 3:7,23
4:22 5:4,7,13 6:8
allegations 2:3
allege 3:17
also 4:12 5:9
alter 5:16
alteration 2:14
am 2:11 6:17,19
American 3:10 5:18
Amy 4:21
an 5:18
and 2:4,9,13,14,19
2:22,24 3:3,7,14
3:17,18 4:4,11,22
4:24 5:3,6,9,15,16
5:17,19,23 6:3,13
6:19
another 4:9,22
any 6:18
anymore 5:24
anything 2:24 3:2
4:5
are 2:3,9 3:4,9,11
3:13,22 4:24
Argentina 5:18
articles 5:5,7
as 2:3 3:3,10,14,17
aspect 2:12
aspects 4:3
assume 3:4
at 3:3,7,20 6:5
attorney 2:4 6:18
AUDIO 1:1

**B**

back 2:1
battleground 2:2
be 2:2 3:6,24 4:4,9
5:20
because 4:23
been 4:10 5:8,9
being 2:4,15,16,17
3:20 4:3,4,24 5:16
6:2

believe 4:21
beyond 2:13
Biden 3:2
blind 4:11
bottom 3:5
busy 2:7
but 3:3,3 5:7,24
by 1:24 5:21

**C**

came 5:14
campaign 2:4
can 2:8 3:6,21 6:4
Canada 5:11
cannot 3:24
capable 4:23
Carolyn 5:2
case 3:4
CERTIFICATE
6:11
certification 4:7
certified 4:4
certify 6:13,17
changes 2:14
Chavez 5:17
cited 5:5,8
citizen 5:19
claim 2:24
collecting 3:9
commissioned 5:3
company 5:10
Computers 2:17
conspiracy 5:20
continue 2:2
contribute 6:4
copy 5:4
corruption 3:16
could 3:15
countries 5:19
country 3:11
course 2:20
COURT 1:24
created 5:15
creating 5:14
criminal 5:20
Cuba 5:15

**D**

data 4:3
days 5:9
decided 4:9
defending 4:19 6:7
defense 6:4
definitely 2:12
Democratic 4:9
denied 2:23,24

Department 5:24
different 2:18 4:1,2
digitally-recorded
6:14
disputed 4:1
do 3:2,7,13,14,18
6:17
doing 2:9
Dominion 2:19,20
3:5,6,17 4:10,23
don't 4:22 5:6
done 2:23 4:5
dumped 2:15

**E**

effort 2:10
either 3:20 5:12
election 2:1,10,12
3:19 4:6
Elizabeth 4:21
employee 6:18
essentially 3:24
establish 3:16
evening 2:6
evidence 3:7,9,18
3:23,23,24
exactly 2:9 3:5
expect 2:20
exported 5:19
express 5:16
eye 4:12
eyewitnesses 4:1,2

**F**

far 2:13
features 4:1
federal 2:5
few 5:8
financially 6:19
fire 3:10
first 5:3
flipped 2:16 3:21
focus 2:3
for 2:7,15,16 4:11
4:14 5:10,15,21
6:2
foregoing 6:13
forensic 3:24
former 2:4
forward 3:11
FOX 1:4
fraud 2:3,12
from 3:1,1 5:8
further 6:17

**G**

getting 3:5
give 2:8
go 4:8 5:1 6:6
going 2:13 4:7,8
good 2:6 6:1
government 4:11,18
5:6
great 3:13

**H**

had 3:2 4:5,23 5:8
Hang 4:20
happen 5:4
has 4:11 5:9,11,19
have 2:23 3:7,18 4:1
4:2,7,8,10 5:4
he 5:10
help 6:4
here 3:15
his 2:9
holders 4:10
hopefully 5:23
hose 3:10
how 3:6,18
huge 5:20,20
Hugo 5:17
hundreds 3:10

**I**

I 2:11 3:4 4:20,21
4:22,24,24 5:2,6
6:13,17,17,19
I'm 2:7,7
idea 2:8
identify 2:10
if 3:6,15
ignore 2:18
immediately 3:19
impacting 2:13
implications 5:22
improper 2:24
in 2:2,9,15 3:16,21
5:5,8,11,11,18
6:15,19
INC 1:24
including 3:12,12
inextricably 5:14
intelligence 5:21
intense 2:3
intent 3:15
interested 6:19
Internet 5:8
intertwined 5:14
invalidate 4:7
investigated 2:4
5:21

is 3:5,6,15,15,16,22
4:7 5:13,20 6:13
issue 3:12
issues 4:10
it 2:23 3:6,6,13 4:3
4:23 5:3,7,14,15
5:18,19,19
it's 4:8,8,14,21 5:12
5:13
its 5:21

**J**

Jeanine 2:1,22 3:14
4:13,16,20 5:23
6:3,6,8
Jeanine.And 4:9
JENNINE 1:4
joining 2:7
joins 2:5
Judge 1:4 2:1,22
3:14 4:13,16,20
5:23 6:3,6,8
just 4:16,24
Justice 1:4 5:24

**K**

keep 4:18,19
kinds 2:18 3:23
Klobuchar 4:21
know 3:12 4:13,24
knows 5:24

**L**

last 5:8
legislatures 4:8
Let 4:16
letter 5:5
likely 2:13
long 4:11
Lord 5:9
luck 6:1

**M**

machine 4:2,3,5
machines 4:11
Maduro 5:17
Malloch-Brown's
5:9
Maloney 5:2
manipulated 3:6,7
4:24
manipulating 2:19
massive 2:11
math 3:24
mathematical 3:23
matter 6:15

me 2:5,8 4:16 6:15
means 2:18
mention 2:23
military 5:21
millions 2:15
mission 6:1
money 5:14
more 2:6
Mr 5:9
much 2:6 6:2

**N**

name 5:9
national 5:21
neither 6:17
never 4:4
new 4:7
NEWS 1:4
night 3:19
No 4:4
nor 6:17,18
not 2:20 4:4 6:19
Notably 5:4
NOVEMBER 1:6
now 2:5,7,8,22 5:6

**O**

objections 4:23
of 1:1,1 2:3,8,12,15
   2:18,18,20 3:5,10
   3:16,23 4:2,3,23
   5:4,13,15,16,17
   5:24 6:11,14,18
   6:18
off 5:10
office 4:10
officer 4:9
official 5:7
Oh 3:9
on 2:8,9,11 3:19
   4:20 5:3 6:1,1
one 5:3,13,20
or 2:20 3:19,21 5:12
   5:12
org 6:7
other 5:13,19
out 5:15
overwritten 2:17

**P**

parties 6:18
patriots 3:10
people 3:13 4:18 6:4
Powell 2:5,11 3:9,22
   4:14,18 5:2 6:1,3
   6:7

President 2:16,17
   3:2
prior 4:5,6
problems 2:10
proceedings 6:14
prosecutor 2:5
prove 3:8,19,21
provided 6:14
purpose 5:16
put 3:3,18,21

**Q**

**R**

raising 4:10
re-election 5:17
read 5:1
reading 4:22
reason 4:14
RECORDING 1:1
relative 6:17
remember 4:22 5:6
report 5:3
REPORTERS 1:24
republic 6:7
results 2:2
right 2:6 4:6 5:6 6:8
risk 3:13
role 5:11
runs 5:10

**S**

same 3:3
say 3:18
secure 5:16
security 5:22
senator 4:22
several 2:2
she 5:3,5,5,7,7
should 5:20
Sidney 2:5,6,11 3:4
   3:9,22 4:14,18,20
   4:20 5:2,24 6:3,7
   6:8
signatures 2:18
six 3:1
Smartmatic 2:19,21
   5:12
so 2:6 3:14 4:12 6:2
software 2:19 3:3,17
   3:17
some 2:8,15,16 3:12
   3:13
something 4:16
started 3:6
state 4:5,8

states 2:2,13
statistical 3:22
stepping 3:11
subsidiary 5:13
substantial 4:14
supposed 4:4
sure 2:7
swing 2:13
Symantec 5:12
system 2:12

**T**

tabulated 3:20
taken 3:13 5:10
talking 2:14
thank 2:6 6:1,3,8
that 2:14,15,16,20
   2:22,23,23,24,24
   3:1,4,13,16,18,19
   3:19,20,21,21,24
   4:5,21,22 5:5,5,10
   5:11,20 6:13,17
   6:19
the 1:1 2:1,9,10,11
   2:13,14,19 3:3,5
   3:11,16,20,20 4:2
   4:3,5,6,6,8,10,11
   4:18 5:3,4,5,7,8,8
   5:10,10,11,12,13
   5:14,15,17,23 6:7
   6:13,14,18,19
their 3:2
them 4:15
themselves 4:19
then 5:17
there 3:16,22,22
   4:17 5:12,18
there's 3:1,23 4:9
   4:12
they 2:23,24 3:11
   3:21
they've 2:23 5:18
thing 4:9
think 5:2
this 2:24 3:8,12,16
   3:17 5:11 6:4,15
   6:18
THOMPSON 1:24
those 4:12,24
thousand 3:1
three 5:1
through 3:10 5:11
time 3:3,20 4:11
to 2:2,10,17,21 3:2,2
   3:5,7,13 4:1,2,4,5
   4:5,6,7,7,8,8,8,9

   4:12,18,18,23 5:4
   5:7,16,19 6:4,4,15
   6:18
together 3:4,18
tonight 6:2
TRANSCRIBED
   1:24
transcript 1:1 6:14
TRANSCRIPTIO...
   6:11
true 6:13
Trump 2:4,9,16,17
   3:2
turned 4:11
two 4:24 5:12

**U**

UK 5:11
under 2:3
uploaded 4:3
us 2:7 6:2
use 3:16
used 5:18

**V**

Venezuela 5:15
very 2:7
voter 2:3
votes 2:15 3:1,20
   4:8 5:16

**W**

want 6:4
Warren 4:21
was 4:4,21,23 5:3,15
   5:18
we 2:20 3:9,21 4:1,2
   5:4
We're 2:14
website 5:10
Welcome 2:1
well 2:22 3:12
went 3:1
were 2:15,16 3:20
   3:21
what 2:8,9 3:5,7,11
   3:14,14,15
when 4:3
which 5:4,6
who 3:5 5:19,24 6:4
wide 2:12
wiped 5:8
with 1:4 2:5,10 3:2
   3:11 4:3,10 6:2
without 4:7
working 2:8,11

would 2:20
wrote 5:5,7
WWW 6:7

**X**

**Y**

yes 3:9 5:2,23
you 2:6,8,9,22 3:3,4
   3:7,14,15,17,17
   3:18,18 4:13 6:1,3
   6:8
you're 2:7,8
your 3:4,15,15 6:1,1

**Z**

**0**

**1**

14 1:6

**2**

2020 1:6