# Exhibit 4

Login　　Watch TV

**TRANSCRIPT** · **Published** November 14 · **Last Update** November 18

# The media does not call an election

**Fox News**



**The media does not call an election**

There is both an ethical and a legal obligation to all of Trump's voters to ensure them every vote is counted and not diluted in any way; Judge Jeanine. 

Nov. 14, 2020 – *This is a rush transcript from "Justice with Judge Jeanine" November 14, 2020. This copy may not be in its final form and may be updated.*

JEANINE PIRRO, FOX NEWS HOST:  Hello, and welcome to JUSTICE. I'm Judge Jeanine Pirro. Thanks so much for being with us tonight.

Trump supporters flooded the Nation's Capital, as the Commander-in-Chief himself drives by and says hello to the crowds rallying in Washington.

We'll talk about that and more tonight. But first, my open.

The most important part of democracy is to do it correctly. Most important question tonight is, did we in 2020? There is no magic in electing a President. Americans do it every four years, just as our Founding Fathers planned. Yet, this is a life changing moment in American history.

America will either go one way or the other. And so it not only requires but demands all due diligence be exercised in this highly contested presidential election.

There is both an ethical and the legal obligation to the 73 million Americans, the highest number ever to vote for a sitting President to assure them that every legal vote is counted and not diluted in any way.

Wouldn't that be something we'd all want? Our democratic system is the path and the process used to achieve the fundamental right of one man, one vote.

There are however, several steps before this election can be called. The media does not call an election.

No one state has yet even certified its vote. Certification, in fact, has not even begun. In fact, the electors do not vote until December 14th. We have one President at a time and until there are certifications or the electors vote on December 14th, the democratic process must be allowed to play out.

But many questions remain. On election night around midnight, President Trump was ahead in Pennsylvania, Michigan and Wisconsin. And then one by one, the complaints now in the form of affidavits and lawsuits started coming in.

Now an affidavit is a sworn statement. It is signed under the penalty of perjury. It is a factual allegation that is generally part of a complaint seeking relief. In this case, the affidavits of individuals that are the basis of many of the complaints around the country, now a part of official lawsuits are as follows.

As a judge, these affidavits are fundamental in our justice system. In fact, most causes of action cannot even begin without a factual basis contained in affidavits, people promising that their statement is true, and that they are ready to be charged with perjury if they lie.

Now the affidavits are as follows. G.O.P. poll watchers were cursed and were not allowed in the room. We heard complaints that 6,000 votes from Trump to Biden were switched. Repeated complaints of people not asking for ballots, but receiving many have been sworn to and affidavits.

The Secretary of State in Georgia and a Supreme Court Judge in Pennsylvania, altered the process for handling ballots with absolutely no power to unilaterally change the Constitution. Article 1 Section 4.

The Dominion Software System has been tagged as one allegedly capable of flipping votes. Now, you'll hear from Sidney Powell in a few minutes, who will explain what she has unearthed in the creation of Dominion. And yet, we are criticized because we're asking questions.



I even saw myself on CNN this week.

(BEGIN VIDEO CLIP)

PIRRO:  We believe in free speech. We believe in accepting winners and not being sore losers.

(END VIDEO CLIP)

PIRRO:  That still holds true. But anyone who says this election doesn't deserve a closer look is a hypocrite.

If you want a free and fair election, there must be a resolution of the issues that so many people are swearing to in affidavits.



A primmer by the way, in the 2000 presidential race, the Democrats took their case in their candidate to the United States Supreme Court. The presidency then wasn't resolved until December 13th of that year, a month from where we are now.

In 2016, Hillary may have conceded, but there were recount efforts in Wisconsin, and efforts in Pennsylvania and Michigan where Democrats challenged the votes. Certifications were not filed until December 13th, a month from now.

Look, folks, under the cover of COVID, rules were changed, providing opportunities for wrongdoers. COVID cannot be used to run heard on our Constitution. COVID is not a prophylactic that prevents us from exercising our constitutional fundamental right to vote.



And Joe Biden, well, he had his own view of the opportunity it presented.

(BEGIN VIDEO CLIP)

JOE BIDEN (D), PRESIDENT ELECT OF THE UNITED STATES:  We have put together I think, the most extensive and inclusive voter fraud organization in the history of American politics.



(END VIDEO CLIP)

PIRRO:  So I ask, why were rules and procedures changed just before the election in Pennsylvania and Georgia because of COVID? There are affidavits and e-mails that prove that voters in Democrat counties are treated differently than voters in Republican counties.

Whether the poll watchers who have a legal right to view were forced out, pushed back as far as 60 feet or not even allowed in to do what they have a legal right to do.

Why would the Democrats want to ban election observers as they count the ballots? Do they not think they could win honestly? Why were there so many unsolicited ballots without verification signatures? Ballots without postmarks?

Why did a judge in Pennsylvania go outside his power to extend the deadline to receive mail-in ballots after the legislature? The only constitutional body permitted to do so refused to do so?

And why did a Trump-hating Secretary of State in Georgia agree with Stacey Abrams? And there is a lawsuit by Lin Wood in the United States District Court in Georgia contesting those decisions.

Why were signature requirements loosened and mail-in valid signatures not required to match voter registration rolls? Pray tell.

Now I believe in the resurrection, but dead people voting? I don't think so. Like the mother who swore that her dead son was indeed dead, but that he voted twice. I don't think so and neither did she.

And those voting machines created by Dominion, stay tuned. The best is yet to come.

Now, the left talks about bringing the country together after they created four years of chaos, accusing Trump of sowing doubt in our democracy, saying that his questioning of this election is a danger to America as if the election process being changed in the middle of an election is no big deal, as if a little fraud is okay.

And they lash out on any voting challenge, casting it as a temper tantrum by us. Really? We are the ones having the temper tantrum?

The question ultimately is, will any of these allegations affect the sufficient number of votes to change the result of the election? Maybe yes, maybe no.

If the answer is President Trump did not win, then on January 20th, Joe Biden will be my President. But until then, President Trump is my President because America has only one President at a time.

And in the meantime, please don't tell me that we cannot examine the ballots. Please do not tell me that we cannot pursue these irregularities.

That's laughable.

The left didn't stop on Election Day in 2016. And with all due respect, the left boycotted President Trump's inauguration. They marched in Washington in their pussy hats and had a hissy fit for four years.

In fact, the left spied on Trump before he was even President. For three years, we heard he was an illegitimate President, that Russia tipped the scales in his favor, that he was a Putin puppet, and that he was a fascist.

We were spit at, refuse serviced, cursed at, maligned, screamed at, boycotted and canceled. Businesses were burnt, looted and destroyed by the left.

Chaos, defund the police.

President Trump was not given a moment's peace. He was impeached over a legitimate phone call. It was nothing more than a political move. The group that brought us resist, impeach and burn down cities extorted us with their chaos.

Oh no. We will pursue all legal avenues where there are irregularities, anomalies, illegalities and corruption. And until the certification and the electors vote, that is not a lot to ask.

So don't you dare ask us to just accept it and move on. And don't you dare tell me I'm being un-American by questioning what even a Supreme Court Justice has put a hold on. And don't you dare ask us to go quietly into the night.

That's my open. Let me know what you think on my Facebook and Twitter #JudgeJeanine.

And if you like my opens, you'll like my new book, "Don't Lie to Me"

because I'm tired of the lying. Pick it up. It's available everywhere.

Joining me now with reaction to my open and much more, House Minority Leader, Congressman Kevin McCarthy. Good evening, Congressman, thanks for being here.

You know, the Democrats are criticizing us for questioning things that are very much a part of lawsuits, affidavits, where people are swearing that they're telling the truth. What are your thoughts on all of this?

REP. KEVIN MCCARTHY (R-CA):  I don't think it matters whether you're Republican or a Democrat, you should want every legal vote to count. You should want every recount to be finished and you should want every legal challenge to be heard.

Because we believe our elections should be fair, honest and accurate. That is the only way you get it. I'll give you one small example.

In New Jersey's seventh congressional district, of course, the AP called it. What are we finding out now as they begin to count the ballots? Lo and behold, that may not be the case. The Republican may end up winning.

Every pollster told us from the President down 17 points in Wisconsin to we are losing the Senate, to we losing the state legislatures to Republicans would lose 15 to 20 seats in the House. Not one Republican incumbent in the House lost, but 12 Democrats did.

We didn't lose one state legislature. We actually gained three, and we're holding the Senate.

So yes, let's make sure every legal vote is counted. Let them finish any recount and let every legal challenge be heard to make sure especially in this year, when we had ballots just mailed statewide

with people, even if people didn't request it.

PIRRO: Well, you know, what's interesting is that, you know, they claim there was going to be a blue wave and not a single Republican incumbent was defeated. That is amazing.

But let's talk about what you have said, and that is that you say that this is a mandate against socialism. What do you mean by that?

MCCARTHY: It's definitely -- it's a mandate against socialism because that's what the Democrats want.

Take, for instance, Donna Shalala, the former Secretary of Health and Human Service, the Congresswoman down in Miami, a very Democrat seat. She was defeated. She called herself a socialist.

You listen to defund the cops. We won from Miami to New York, to Minnesota, to Oklahoma to California. Just last night, they called another seat in California for Young Kim. And the uniqueness is, how much stronger President Trump has made this party.

Do you realize that every Democrat that has lost to date has been defeated by a Republican woman, a Republican minority, or a Republican veteran? We are more diverse and stronger because of what President Trump has done.

Two seats in Miami, two seats right now; probably, four in California. We are going to be somewhere in a very close perspective of almost winning the majority. It will be the smallest majority the Democrats have had since World War II.

PIRRO: And you know, what's interesting is that you've got Nancy Pelosi and she is certainly taking some push back, you know, starting with the, you know, the ice cream in front of the $25,000.00 freezer or whatever it was, and all of the claims that she has made during the pandemic, you know, as she walks around without a mask and -- but now she is confronted with a question as to whether or not she will continue to be Speaker.

Two things I want to ask and number one, your thoughts on that and number two, with fewer Democrats, does she have a higher risk of losing her speakership purely because she didn't win by as big a margin as she should have or might have?

MCCARTHY: Well, we'll have leadership races next week and you'll hear that she will win the leadership race, but that does not make her Speaker. You have to have 218 votes on the floor.

Last Congress, 15 Democrats voted against her. Ten of those Democrats are coming back to Congress. If 10 democrats vote against her, she will not be Speaker. We will end up somewhere about 210 or further for the number of Republicans.

So you know what could happen, she could lose as Speaker. But if she wins as Speaker, you have AOC and the progressive socialist actually grow. They are fighting among themselves, tweeting at one another, picture staring at one another saying it's a dumpster fire, screaming on their conference calls.

I believe at the end of the day, the Republicans will run the floor because it will be our ideas that are stronger, that the American public have rejected defunding the police, dismantling America.

We believe we can rebuild and restore the American way.

PIRRO: Congressman Kevin McCarthy, thanks so much for joining us tonight.

MCCARTHY: Thank you, Judge.

PIRRO: All right. And Congressman Jim Jordan is next to continue this important conversation, and later the woman at the forefront of the fight to uncover the truth, a key member of the Trump Campaign's legal team, Sidney Powell is here. Stay with JUSTICE.

(COMMERCIAL BREAK)

PIRRO: Welcome back to JUSTICE. Joining me now to continue the conversation on President Trump's election and the legal battle, Congressman Jim Jordan.

All right. Good evening, Congressman. I just had Congressman McCarthy on.

And he talked about the fact that you guys made some pretty terrific gains in the House. What do you attribute that to?

REP. JIM JORDAN (R-OH): Good candidates. I mean, Kevin talked about the number of women candidates we ran, conservative candidates we ran, veterans

-- I mean, just good candidates, running and running on the principles that President Trump has laid out fighting for the American people.

So it was a good night for us. And frankly, if someone would have told the American people a week before the election that we're going to keep the Senate, we're going to pick up 10 or 12 seats in the House, we're going to maintain all the state legislators, in fact, pick up state legislators, and President Trump will get nine million, 10 million more votes than he got last time, but still come up short. No one would have believed that.

And that's why you've got 73 million people who think something doesn't feel right here and that's why they want it investigated.

PIRRO:  Well, you know, it is interesting. When you think about the fact that 73 million people voted for the President, what is that? Nine million more than last time when he ran for President and yet, and everybody is winning in the lower down ballot. It really doesn't make sense.

But you know, in my open, I referenced some of the affidavits that are part of the lawsuits going on and the most recent lawsuit was filed yesterday by Lin Wood in Georgia where the Secretary of State in Georgia actually entered into some kind of an agreement with Stacey Abrams, who kept suing Georgia and, you know, made a decision basically, you know, to change the way the ballots were assessed.

We're seeing that under the guise of COVID and through other people, other judges and Secretaries of State, in a rush to do this. How do you think this is all going to end up, Jim?

JORDAN:  Well, I mean, we need to investigate. I mean, look, the Democrats spent four years investigating the Russian hoax, but they don't want to take four weeks to investigate the integrity of this election when you had all these affidavits, you have all these concerns? You had the situation where 6,000 votes in Michigan went for Biden, but they were actually supposed to go for President Trump.

So we need to investigate.

And I loved your opening, Judge because you asked so many why questions?

Anytime you're doing an investigation -- I'm involved in lots of investigations in the Congress, you always ask the why questions because that gets to motive. Why didn't Democrats want Republicans to observe the count? Why did it seem like on Election Night that all the important swing states that kept counting, the President one, but all the important swing states that took a several hour pause in the count, the President ended up losing? Why did that happen?

Why don't the Democrats want to know? And frankly, in the State of Pennsylvania, which I spent five days in right after the election, why were some counties allowed to cure their ballots, but voters in those counties could cure their ballots, but other counties they couldn't.

Why did some counties allow a pre-canvass of ballots, but other counties didn't? And why did some counties set up satellite -- temporary satellite voting places, but other counties didn't? You can imagine which counties did those things and which ones didn't.

PIRRO:  Exactly.

JORDAN:  And there are all those important why questions and the most important one is, why don't Democrats want to know? Again, they spent four years investigating this fake Russia thing, but they can't even spend four weeks to get at the integrity of the American election system and figure out what exactly took place? So that's why Americans want this to continue and want to get the truth.

PIRRO:  Well, the amazing part is even when they had to actually put truth to the allegation and facts to the allegation of Russia collusion with their own team of you know, all the pitfalls, and their own choice, they still couldn't come up with anything.

And yet they tore us apart. And now they're saying, you know, I got an e- mail from a friend yesterday, one of my doctors, probably isn't anymore.

But he said to me, you know, Jeanine, you have to tell him to just move on.

I'm like, oh, my gosh, you people for four years said he was illegitimate.

You made up everything you could think of. You burnt down the cities, and we can't even follow a legitimate legal process to determine whether or not there was some kind of irregularity or illegality.

JORDAN:  Yes, these same Democrats who are telling us to trust the vote, to trust the integrity of this election, were the same ones who told us you could trust the Steele dossier. They were the same ones who said you can trust the anonymous impeachment whistleblower that we never got to cross examine. Frankly, we don't even know his name.

So, they are the same people telling us now, oh, everything is fine. I think we should be able to find out for ourselves and as I said before, I think 73 million Americans want to find out for themselves, particularly when you, as you said, in your opening, we called this this past summer, we put out a report, where we said for the first time --

PIRRO:  That's just where I was going.

JORDAN:  You had a major political party -- you had a major political party say that we are going to -- we are going to try to win this election after the election with all the chaos and confusion around mail-in balloting, and that's exactly what they did.

PIRRO:  And that report that you put out in September came to the conclusion that this is ripe for fraud, that it's teed up for corruption.

That COVID -- you know what I don't understand, if we were able to stand in line to go to Costco, to go to Home Depot six months ago, why all of a sudden are people not being allowed or being told it's dangerous for you to go?

I mean, I don't know. Maybe there's something that I'm not getting. But, you know, the issue for all of us is whether or not we're going to be able to establish and legally establish that there was some corruption when there are so many successes on the bottom of the ballot -- down ballot races, I question the decision at the top.

Last word. Go ahead.

JORDAN: Yes. Yes, well, I will just tell you this. We do need to move away from this mail-in balloting and get to in-person voting as you said. We had one of our staff persons who works for the committee, who works for our office, who had her apartment in D.C.

She got her ballot, four other ballots arrived to her apartment for people who did not live there. That is a recipe for disaster. But Democrats knew it. That's why it was part of their House Bill One, the very first bill, they introduced this past Congress. They want this mail-in voting because they know they can exploit it and they knew that it was a recipe for disaster. That's why we got to get to the bottom of it and make sure the American people can have faith in our election process as we move forward.

PIRRO: Absolutely, Congressman, Jim Jordan. Thanks so much.

And Corey Lewandowski is still ahead tonight. And next, Sidney Powell, who is leading the fight for transparency in this historic election joins me next.

(COMMERCIAL BREAK)

ASHLEY STROHMIER, FOX NEWS CHANNEL CORRESPONDENT: Live from "America's News Headquarters," I'm Ashley Strohmier.

Tens of thousands of President Trump supporters gathering in cities around the country today urging the Commander-in-Chief not to concede to President-elect Joe Biden. The Trump supporters in city after city echoing claims of voter fraud. Demonstrators in Washington getting a surprise when the President and his motorcade drove past them. The President giving them a thumbs up.

And residents of Mexico and parts of Central America are getting ready for another Tropical Storm. Iota is strengthening in the Caribbean Sea and is expected to reach hurricane status sometime tomorrow.

Parts of Nicaragua and Honduras are already under hurricane watches. That region is still grappling with the aftermath of Hurricane Eta, which killed at least 120 people.

I'm Ashley Strohmier. Now back to JUSTICE WITH JUDGE JEANINE.

For all of your headlines, log on to http://foxnews.com. You're watching the most powerful name of news, FOX News Channel.

PIRRO: Welcome back. The election results in several battleground states continue to be under intense focus as allegations of voter fraud are being investigated.

Trump campaign attorney and former federal prosecutor, Sidney Powell joins me now with more.

All right, good evening, Sidney. Thank you so much for joining us. I'm sure you're very busy now. Can you give me some idea of what you're working on now and what exactly you are doing on the Trump Campaign, in this effort to identify problems with the election?

SIDNEY POWELL, TRUMP CAMPAIGN ATTORNEY:  I am working on the massive aspect of system-wide election fraud definitely impacting the swing states and likely going far beyond that.

We're talking about the alteration and changes and millions of votes, some being dumped that were for President Trump, some being flipped that were for President Trump. Computers being overwritten to ignore signatures, all kinds of different means of manipulating the Dominion and Smartmatic software, that of course, we would not expect Dominion or Smartmatic to admit.

PIRRO:  Well, and now that you mentioned that, they've denied that they have done anything improper and they deny that this claim that there's

6,000 votes that went from President Trump to Biden had anything to do with their software.

But at the same time, as you put together your case, Sidney, I assume that you are getting to the bottom of exactly what Dominion is, who started Dominion, how it can be manipulated, if it is manipulated at all and what evidence do you have to prove this?

POWELL:  Oh, yes, we are collecting evidence through a firehose, as hundreds of American patriots across the country are stepping forward with what they know about this issue, including some -- well, including some people that are taking great risks to do it.

PIRRO:  And as you do so, what is your intent here? If you can establish that there is corruption in the use of this software, this Dominion software, as you allege, and you say you have evidence, how do you put that together and prove that on Election Night or immediately after that at the time that the votes were being either tabulated or put in, that we can prove that they were flipped?

POWELL:  There is statistical evidence. There's all kinds of mathematical evidence, essentially forensic evidence, math that cannot be disputed. We have eyewitnesses to different features of the machine.

We have eyewitnesses to different aspects of the machine being uploaded with data when it was not supposed to be and never being certified. No state that had anything done to the machine prior to the election without a new certification is going to have to invalidate its votes.

It's going to have to go to the state legislatures to be decided, Jeanine.

And there's another thing, Democratic officeholders have been raising issues with the Dominion machines for a long time and the government has turned a blind eye to those. So there's also, you know, substantial reason for them, the government people who keep defending themselves.

PIRRO: Hang on, Sidney, I believe that it's Elizabeth Warren, Amy Klobuchar. I was reading and another senator that I don't remember -- all had objections to Dominion because it was capable of being manipulated.

Those are just two, and I know I read about three. Go ahead.

POWELL: Yes. Carolyn Maloney, I think was the first one and she commissioned a report on it, which we happen to have a copy of, notably all the articles that she cited in the letter that she wrote, and I don't remember right now which government official she wrote it to, but all the articles she cited have been wiped from the internet in the last few days.

And also Mr. Lord Malloch Brown's name has been taken off the website for the company that he runs through the U.K. and Canada that has a role in this. It's either Symantec or Smartmatic, or the two. One is a subsidiary of the other. It's all inextricably intertwined.

The money creating it came out of Venezuela and Cuba. It was created for the expressed purpose of being able to alter votes and secure the re- election of Hugo Chavez and then Maduro. They've used it in Argentina.

There is an American citizen who has exported it to other countries, and it is one huge, huge criminal conspiracy that should be investigated by military intelligence for its national security implications.

PIRRO: Yes, and hopefully, the Department of Justice but who knows anymore.

Sidney Powell, good luck on your mission. Thank you so much for being with us tonight.

POWELL: Thank you, Judge Jeanine and people who want to help can contribute to this defense at defendingthepublic.org.

PIRRO: All right, thank you, Sidney. All right, Corey Lewandowski is still ahead, but next, we check in with Congressman Doug Collins who has been leading the Trump Team recount effort in Georgia. He has got a lot to say.

(COMMERCIAL BREAK)

PIRRO: My next guest is leading the Trump Team recount effort in Georgia.

So will the state go red despite officials there fighting every step? And what may be the outcome of the two runoff battles that could determine who controls the Senate?

Georgia Congressman Doug Collins joins me now to discuss it all.

All right, good evening, Congressman, thanks so much for being with us tonight. All right. So you're wearing two hats tonight. On the one hand, you are in charge of coordinating resources for the recount for the presidential team in Georgia. How's that going?

REP. DOUG COLLINS (R-GA): Well, it's going -- right now, we're having the recount being done and that is counting every paper ballot, comparing it back to the machines.

But I think there is also something we need to talk about here, though, as well. This is just one part of this effort because we do have a problem down here and you've mentioned briefly before and that is this Consent Decree down here that basically gutted our signature verification process, and basically opened the door for potential fraud to be conducted.

And this is something that we're still fighting to get answers on at the same point as we're continuing to fight on the recount to make sure that every legal vote was counted, and every illegal vote was thrown out and we're continuing to do that.

So it's a long process and we're still fighting for the President to make sure every legal vote counts.

PIRRO: Okay, so that is in fact the subject of a lawsuit where the Secretary of State Brad Raffensperger is sued in his capacity as Secretary of State by Lin Wood.

And it's a very interesting lawsuit that was filed yesterday, as I understand it, saying that that Raffensperger, who's an avowed anti-Trump has agreed with Stacey Abrams to interfere with the ballots and how they are counted. That's my understanding. Maybe you could explain it more -- when he didn't have that right as Secretary of State and under the Constitution, Article 1 Section 4. Only the legislature can change that.

What exactly did he do?

COLLINS: What exactly happened was there was several lawsuits that have been brought after the 2018 election and this was done this year in March, when he signed this Consent Decree to dismiss those suits getting ready for this next election cycle.

Two things actually happened. Number one is it made it basically a self -- they limited it now to where you had to verify the signatures. But under the Consent Decree, it actually outlined the fact that if any signature would do, meaning that the same person who would send in a ballot, a request for a ballot could actually have that signature matched to the ballot that they received.

That's actually not a verification that is actually useful in the long term, because if it doesn't match the original person's signature on the original registration to vote, then you've got a problem. But with this, it's just a problem. You go back to the whole thing.

So this is the problem it has and then also we sent out for the first time ever in Georgia, we sent out a request for a ballot to every registered voter. There were some people who got more than one

request. This was a problem that developed over time, but it also was one that is hampering efforts right now to make sure that those who requested the ballots were actually the people that needed to have it.

We've asked for that from the Secretary of State and we're still waiting for that.

PIRRO: Well, you know what's amazing is that if I say that I want a ballot and a ballot is sent to me, they don't compare my signature with what's on the voter registration roll. So as long as the signature on the outside matches the inside, then it's okay having nothing to do if you're fraudulent, the real voter's signature, and then the inside is separated from the outside. So are they on the inside even signed? Is it valid if you didn't sign the one on the inside?

COLLINS: No judge. That's what makes it even worse, because here in Georgia, we don't have a voter ID attached to a ballot. So once they are taken out of the envelope, then go into the stack with everybody else.

So yes, we've got a problem down here. Legislature is going to have to address it. The courts are going to have to address it. You said -- you talked about the lawsuit that was filed, that'll be something that is going to have to be dealt with as well. But in the meantime, we're still down here fighting to make sure that we have every legal vote counted.

PIRRO: Wow. And what about the Senate races? You know, the talk that people are going to move in and that, you know, they're going to pay for people to move, which of course is illegal. You can't pay people to vote in an election. I hope they understand that's criminal. What is going on down there?

COLLINS: Well, they do. Well, the leadership down here, the Attorney General and others have put out notice that you cannot just move in here, that the intent basis in Georgia of moving here has to be permanent intent.

In other words, you have to move down here with intent to be permanently resided in the State of Georgia.

Look, this is just Democrats being Democrats. They know that this two Senate seats are the catch in this election. Schumer has already made it very clear, but I will tell you right now, Perdue and Loeffler need to be elected. Republicans need to keep these two seats because the alternative, Ossoff and Warnock are ridiculous when you look at their views.

Georgians are going to see through this. We're just going to have to fight through the Democratic clutter that is coming into the State of Georgia right now.

PIRRO: All right, Congressman Doug Collins, thanks so much for being with us tonight. And up next, Corey Lewandowski on the latest craziness in Pennsylvania and more. Back in a moment.

(COMMERCIAL BREAK)

PIRRO: Pennsylvania's Secretary of State saying she will not order a recount in her state. This, as the Trump Campaign continues to fight there.

Trump Campaign senior advisor, Corey Lewandowski joins me now.

All right, Corey. First thing I want to ask you is how do you feel? You had COVID.

COREY LEWANDOWSKI, SENIOR ADVISER 2020 TRUMP CAMPAIGN: You know, Judge, I feel good. I feel strong. I have a little bit of a headache. But I think I'm on the other side of this thing. You know, I just took a couple of vitamins, over the counter stuff, and I feel great.

PIRRO: I have a feeling there's not much that keeps you down. Anyway, today. There was a huge rally in Washington for the President and a lot of people out there with their Trump signs and we can see it on the screen there and rallying for the President.

I know the bikers are there. I just spoke to Chris Cox and Bikers for Trump. And it is a pretty special day. What say you about that?

LEWANDOWSKI: Well, Judge, the great part was President Trump actually drove through that rally if you saw. They took the motorcade through it and then he, you know, just wanted to show everybody how thankful he was that they came out to support him.

And look, when the Trump people come and rally, what happens at the end is, the city will be cleaner than when it was when they got there. So the people of D.C. should be very thankful that the Trump supporters are there because they are there cleaning up that filthy city.

PIRRO: All right, Corey, let's talk about the fact that I believe the day after the election, you were dispatched to Pennsylvania. I don't know if it was Philly?> Pittsburgh? Where did you go? What did you see?

LEWANDOWSKI: No Judge, I went with Pam Bondi to Philadelphia to the large counting facility at the Convention Center, where we attempted to enter the Convention Center so we could watch the counting of the ballots that was going on at that time, 24 hours a day.

We were summarily told we couldn't come in there. They had an armed guard that stopped us first. They had magnetometers, and they had uniformed police officers who threatened to arrest us if we went in, so we stopped.

We went and we got a court order. The Commonwealth Court of Pennsylvania issued us an order that allowed us to enter the facility and stay within six feet of all of the activities taking place inside there.

I presented that order to both the Chairman of the Board of Elections in the City of Pennsylvania -- in the City of Philadelphia. I presented it to

-- I called the Sheriff to enforce the order, the duly-elected Sheriff of Philadelphia County, he wouldn't even respond to our calls that he wasn't coming.

And I also presented that same order that the Judge issued to the Deputy Superintendent of the Police Department in the City of Philadelphia, and they said you have no enforcement mechanism, and if you cross this line, we'll put you in jail.

Judge, never in my life have I had a judge's order in my hand that was duly authorized by the judge and said I had the opportunity to do something and have the police still threaten to arrest me. As a former police officer, never would I ever have said to somebody who had a valid Judge's order, I'm not going to enforce that order.

And it was something that tells me there was clearly some shenanigans going on, or else they would have let us in, per the Judge's order, not threatened to arrest us. But they did everything possible to keep us away from the ballots that were counting. And only once they stopped counting ballots on Friday morning of last week did they then say, Mr. Lewandowski, you're welcome to enter and sit here and see nothing going on.

PIRRO:  That is an incredible statement. And I believe that. What is going on in Philadelphia as it relates to Pennsylvania and the lawsuits? I mean, is there -- did you sign an affidavit?

LEWANDOWSKI:  You know, Judge, what we know is that the courts ruled that the valid that were coming in after eight o'clock on election night, the close of the polls have to be segregated out. This is the same statement that Judge Samuel Alito, the U.S. Supreme Court made. Now, they say that they're going to segregate those out, but we have no way to know.

Judge, the room that they're counting in in Philadelphia is literally the size of a football field or bigger. It's a massive Convention Center.

They had bike racks setups, so the closest we could get was about 12 feet away from the closest table and literally 60 to 80 yards away from the tables in the back of the room where they were counting.

I approached the man who was in charge, one Mr. Bluestein and I asked him why he wasn't following the Judge's order that gave us permission to be anywhere we want. And he said, well, you know, I'll take that under advisement.

All of a sudden, Mr. Bluestein was going to take the judge's order under advisement, to see if you had to comply with it. And what did they do? They summarily -- they then turned around and they appealed it to the State Supreme Court who overruled the Commonwealth's Judge and stayed the order, so they got their way, Judge, but they completely disregarded the law.

PIRRO:  Amazing. Corey Lewandowski, thanks so much.

We'll be right back.

(COMMERCIAL BREAK)

PIRRO:  Finally, I can't believe it, but the Holidays are almost here and my new book, "Don't Lie to Me" makes the perfect gift. Just order it on Amazon tonight.

And by the way, I want to thank you for your support and all that you do for me. I love you back.

Anyway, I'm Jeanine Pirro advocating for truth, justice and the American way. Greg Gutfeld is next. See you next Saturday night. Stay well.

*Content and Programming Copyright 2020 Fox News Network, LLC. ALL RIGHTS RESERVED. Copyright 2020 ASC Services II Media, LLC.  All materials herein are protected by United States copyright law and may not be reproduced, distributed, transmitted, displayed, published or broadcast without the prior written permission of ASC Services II Media, LLC. You may not alter or remove any trademark, copyright or other notice from copies of the content.*

## Sponsored Stories

Ads by Verizon Media

**Jen Psaki slammed for 'homophobic' tweet about Sen. Lindsey Graham**

Fox News

**Paulina Porizkova shares nude photo inspired by Elizabeth Hurley: 'Sexy has no expiration date'**

Fox News

**Democrats outraged as anti-Cuomo troll uses Maxine Waters quote that had targeted Trump aides**

Fox News

**Man buys hoarder's old house, discovering cash, silver dollars and valuables**

Fox News

**Lisa Marie Presley poses with daughters in 53rd birthday post: 'I couldn't have made it through without' them**

Fox News

**Cases of 'COVID arm' following vaccination being documented by dermatologists**

Fox News

**How the 'Python Cowboy' plans to solve Florida's snake problem**

Fox News

## Coronavirus

## U.S.

Crime

Military

Education

Terror

Immigration

Economy

Personal Freedoms

Fox News Investigates

## World

U.N.

Conflicts

Terrorism

Disasters

Global Economy

Environment

Religion

Scandals

## Opinion

## Politics

Executive

Senate

House

Judiciary

Foreign Policy

Polls

Elections

## Business

Personal Finance

Economy

Markets

Watchlist

Lifestyle

Real Estate

Tech

## Science

Archaeology

Air & Space

Planet Earth

Wild Nature

Natural Science

Dinosaurs

## Entertainment

Celebrity News

Movies

TV News

Music News

Style News

Entertainment Video

## Lifestyle

Food + Drink

Cars + Trucks

Travel + Outdoors

House + Home

Fitness + Well-being

Style + Beauty

Family

Faith

## Tech

Security

Innovation

Drones

Computers

Video Games

Military Tech

## Health

Coronavirus

Healthy Living

Medical Research

Mental Health

Cancer

Heart Health

Children's Health

## TV

Shows

Personalities

Watch Live

Full Episodes

Show Clips

News Clips

## About

Contact Us

Careers

Fox Around the World

Advertise With Us

Media Relations

Corporate Information

Compliance

Supplier Diversity

## Other

Fox Nation

Fox News Shop

Fox News Go

Fox News Radio

Newsletters

Alerts

Podcasts

Apps & Products

New Terms of Use    Updated Privacy Policy    Do Not Sell my Personal Information    Closed Captioning Policy    Help

Contact Us    Accessibility Statement

This material may not be published, broadcast, rewritten, or redistributed. ©2021 FOX News Network, LLC. All rights

reserved. Quotes displayed in real-time or delayed by at least 15 minutes. Market data provided by Factset. Powered and

implemented by FactSet Digital Solutions. Legal Statement. Mutual Fund and ETF data provided by Refinitiv Lipper.