# Exhibit 5

TRANSCRIPT OF THE AUDIO RECORDING OF:


FOX NEWS, SUNDAY MORNING FUTURES WITH MARIA BARTIROMO


NOVEMBER 15, 2020


TRANSCRIBED BY: THOMPSON COURT REPORTERS INC

1          SPEAKER 1:  Thank you [inaudible].

2          SPEAKER 2:  All right.  More Fox and friends

3   coming up just moments away.

4          MARIA BARTIROMO:  Good Sunday morning,

5   everyone.  Welcome to Sunday Morning Futures.  I'm

6   Maria Bartiromo. Breaking news this morning on the

7   software that President Trump says was weaponized

8   against him.  Coming up: President Trump's legal team

9   with new evidence this morning of backdoors on voting

10  machines, ballot tampering and election interference.

11  Rudy Giuliani with new affidavits and lawsuits charging

12  fraud.  Why the swings states delayed or stopped

13  counting ballots on election night.  Plus, Sidney Powell

14  on the Venezuela connection and whether kickbacks were

15  involved for those taking on Dominion voting machines

16  as a hand recount of nearly 5 million ballots is

17  underway in Georgia.  Plus David Perdue's new mantra,

18  "Win Georgia, Save America." The Georgia Senator on the

19  race that may decide your fate, one of two GOP Senators

20  fighting to keep the Senate in Republican control. In

21  his first interview on the critical contest and why the

22  entire country hangs in the balance.  Plus, the balance

23  keeps tipping toward Republicans in the house with more

24  victories. The GOP flipping at least 11 House seats.

1   Jim Jordan, the ranking member on the House Judiciary

2   Committee, on the road ahead.  All that and a lot more

3   as we look ahead right here, right now, on Sunday

4   Morning Futures.

5          But first this morning, President Trump's legal team

6   has exactly one month to produce enough evidence to overturn

7   the 2020 election. With a slew of lawsuits pending in

8   multiple states, it's a tall task, but one that Senator

9   Ted Cruz told us on this program last week, is realistic.

10          TED CRUZ:  We could easily see, I believe

11   President Trump still has a path to victory, and that

12   path is to count every single legal vote that was cast,

13   but also not to cast any votes that were fraudulently

14   cast or illegally cast, and we have a legal process to

15   determine what's legal and what isn't.

16          MARIA BARTIROMO:  Former New York City Mayor

17   and President Trump's personal attorney, Rudy Giuliani

18   is working to establish how many legal votes were

19   actually cast and he joins me right now.  Rudy, it's

20   good to see this morning.  Thanks so much for being

21   here.

22          RUDY GIULIANI:  Good morning, Maria.

23          MARIA BARTIROMO:  So I want to start off, I

24   know that you just spoke with President Trump and I

Page 4

1   want to -- I saw you on the phone, but I want to

2   start off with this tweet that President Trump put out

3   because it's gone viral on - - online.  And a lot of

4   people are saying that he is conceding, and here's what

5   the President wrote on Twitter: "He won because the

6   election was rigged.  No vote watchers or observers

7   allowed, vote tabulated by a radical left privately

8   owned company Dominion, with a bad reputation and bum

9   equipment that couldn't even qualify for Texas, which I

10  won by a lot, the fake and silent media and more."

11  Rudy, he says he won.   Is the President right now in

12  this tweet conceding this election?

13          RUDY GIULIANI:  No, no, no, far from it.

14  What he's -- what he's saying is more, I guess, you'd

15  call it sarcastic or a comment on the terrible times in

16  which we live, in which the media has said he won.  But

17  by going on to point out that it was illegal,

18  obviously, he's contesting it vigorously in the courts.

19  The media has tried to call the election, and they

20  don't have a legal right to call the election.  It

21  only, it gets decided by our electors, not by NBC, CBS,

22  MSNBC, CNN, and even Fox.  You - - you - - you don't get

23  the right to call it.  I don't get the right to call it.

24  So he is contesting it vigorously.  As he's gotten more

Page 5

1  evidence of the rigging that went on, he's really

2  outraged. And I am, too.  I mean, it's way beyond what

3  people think, including a very, very dangerous foreign

4  company that did the votes in twenty-seven states.  A

5  company that's not American, a company that foreign, a

6  company that has close, close ties with Venezuela and

7  therefore China.  And uses Venezuelan's -- a company's

8  software that's been used to steal elections in other

9  countries.  I mean, I don't think people have any idea

10  of the dimension of the national security problem that

11  Dominion creates.  This Dominion company is a radical

12  left company.  One of the people there is a big

13  supporter of ANTIFA and has written horrible things

14  about the President for the last three or four years.

15  And the software that they use is done by a company

16  called Smartmatic.  It's a company that was founded by

17  Chavez.  And by Chavez's two -- two allies, who still

18  own -- own it.  It's been used to cheat in elections in

19  South America.  It was, it was banned by the United

20  States several, about a decade ago.  It's come back now

21  as a subcontractor to other companies who sorta hides

22  in the weeds.  But Dominion sends everything to

23  Smartmatic.  Can you believe it?  Our votes are sent

24  overseas.  Sent to someplace else, some other country.

Page 6

1   Why do they leave our country?

2          MARIA BARTIROMO:  Yeah.

3          RUDY GIULIANI:  And this company had, and

4   this company has tried and true methods for fixing

5   elections by calling a halt to the voting when you're

6   running too far behind.  They've done that in prior

7   elections.  Now, what happened on election night?  He

8   was ahead by 800,000 votes in Pennsylvania.  Impossible

9   to catch up, unless you're cheating. And same thing in

10  Michigan, Wisconsin; he was ahead in all those states

11  by numbers that in prior times, and I can show this to

12  you, networks would've called for him. But they didn't

13  call it for him. I mean we were ahead in those states,

14  and there was so little to -- to like, for example,

15  800,000 ahead in Pennsylvania, 64% of the vote cast.

16  He was out polling every projection possible.  So right

17  down to the rigged poles before, this is another

18  attempt to try to defeat him by illegal means.  It's no

19  different than the impeachment.  It's done by largely

20  the same people who are involved in it.  One of the,

21  the chairman of Smartmatic is a close business

22  associate of George Soros.  I have to tell you more?

23  Finally, you want to get down to the votes.  Let's just

24  pick Pennsylvania.  We have identified 632,000 illegal

1  votes.  632,000.  It's enough to have the President win

2  the state by 300,000, which is actually what he won it

3  by, right?  If you get that Smartmatic machine out and

4  you -- .

5           MARIA BARTIROMO:  Yeah.

6           RUDY GIULIANI:  -- allow us -- I mean, this

7  is unprecedented.  They are counting mail-in ballots.

8           MARIA BARTIROMO:  So should we --

9           RUDY GIULIANI:  [OVERLAPPING] And they don't

10  allow any Republican to inspect; that is illegal,

11  unlawful, against the law.  I don't know how else to

12  put it.  Never happened.  I've done many absentee

13  ballot elections as a Republican on one side, a

14  Democrat on the other, no, no, no.  The Republican was

15  out, outside getting pushed around by goons.  When

16  they finally get in they're 20 feet away and they're

17  told to use binoculars.  Binoculars.  The only way you

18  can tell whether a mail-in ballot is valid is by

19  examining the outer envelope.

20           MARIA BARTIROMO:  Yeah.

21           RUDY GIULIANI:  The minute you removed the

22  outer envelope, it's gone, you can no longer validate

23  it.  And that's why under the law of every state, if

24  you don't inspect it, the law is, the vote is invalid.

1   There are cases, including in Pennsylvania that have

2   been overturned for just a few ballots that were

3   handled that way.  We can prove that 632,000 ballots

4   were handled that way, particularly in Philadelphia.

5   And if you tell me that Philadelphia doesn't cheat in

6   elections, I will tell you, you're living on Mars.  I

7   mean, and there is a Mars in Pennsylvania, by the way.

8   But I mean, the reality is, the reality is, the reality

9   is that I would be surprised if Philadelphia didn't

10  cheat in this election.

11          MARIA BARTIROMO:  Yeah.

12          RUDY GIULIANI:  They've done it in the last

13  -- .

14          MARIA BARTIROMO:  So let me --

15          RUDY GIULIANI:  -- the last 60 years.  Now we

16  move on to Detroit.  In Detroit, we have evidence that

17  a 100,000 ballots were brought in at 4:30 in the

18  morning, and counted.  And to the extent that our

19  witnesses, and there were four of them saw it, and one

20  of them is a ex-employee of Dominion.  According to

21  them, every single ballot was for Biden.  And not only

22  that, but whatever ballots they could see because these

23  weren't Republicans, so they could get closer.  Every

24  ballot they could see it just had Biden's name on it.

1  Nobody else, not even another Democrat.  Now why does

2  that happen?  It happens because you know you're

3  behind, Dominion notifies you, you call off the

4  counting and then you start doing ballots like this:

5  [ONOMONAPIA].  You can't, you can't do the down ticket.

6  That's why you have Biden and no down ticket because

7  they just had enough time to get Biden's name in.

8          MARIA BARTIROMO:  Really.

9          RUDY GIULIANI:  We never got a chance to

10  inspect a single one of those.  Okay.  I got my piece

11  out.

12          MARIA BARTIROMO:  Okay.  Will you be able,

13  will you be able, will you be able to prove this Rudy?

14  Look, I want to show this graphic of the swing states

15  --

16          RUDY GIULIANI:  [OVERLAPPING] Yeah, I can

17  prove it.

18          MARIA BARTIROMO:  that were using Dominion

19  and this, this software, this Smartmatic software.  I

20  mean, you just said it all.  This is a Smartmatic, a

21  Delaware entity registered in Boca Raton, Florida,

22  activities in Caracas, Venezuela.  The voting machines

23  were used, Dominion voting machines were used in

24  Arizona, Georgia, Michigan, Nevada, Pennsylvania, and

1    Wisconsin.  And I have a graphic showing the states

2    where they stopped counting, which I thought was also

3    strange to stop counting in the middle of election

4    night.  One source says that the key point to

5    understand is that the Smartmatic system has a back

6    door that allows it to be -- .

7              RUDY GIULIANI:  Yeah.

8              MARIA BARTIROMO:  -- or that allows the votes

9    to be mirrored and monitored, allowing an intervening

10   party a real-time understanding of how many votes will

11   be needed to gain an electoral advantage.  Are you

12   saying the states that used that software did that?

13             RUDY GIULIANI:  Well, I know I can prove that

14   they did it in Michigan.  I can prove it with

15   witnesses.  We're investigating the rest.  And every

16   one of those states, though, we have more than enough

17   illegal ballots already documented to overturn the

18   result in that state.  Because not only did they use a

19   Venezuelan company to count our ballots, which almost

20   should be illegal per se.  Number two, they didn't

21   allow Republicans in key places to observe the, the

22   mail vote.  That makes the mail vote completely

23   invalid.  Now, they didn't do it everywhere.  They did

24   it in big cities where they have corrupt machines that

1    will protect them. Meaning, in Pennsylvania,

2    Philadelphia, in Pittsburgh, in Detroit. They didn't

3    have to do it in Chicago, in New York or Boston. They

4    could have, they have corrupt machines there.  They,

5    they did it absolutely in Phoenix, Arizona.  They did

6    it absolutely in Milwaukee, Wisconsin. Republicans were

7    shut out from enough of the count so they could

8    accomplish what Smartmatic wanted to do and what you --

9    and that pattern that you have there, we have evidence

10   that that's the same pattern Smartmatic used in other

11   elections in which they were disqualified. In other

12   words, this is their pattern of activity and yes, there

13   is a backdoor -- .

14            MARIA BARTIROMO:  Right.

15            RUDY GIULIANI:  -- and we actually have proof

16   of some of the connections to it.  Right now, our cases

17   are the most developed in Pennsylvania and in Michigan.

18   But we already have enough affidavits from people who

19   were pushed out of being able to observe.  So in each

20   one of the states that he lost narrowly, he won those

21   states --

22            MARIA BARTIROMO:  Yeah.

23            RUDY GIULIANI:  -- probably by two or three

24   percent.  I mean, it's a terrible, terrible thing that

Page 12

1    happened to us.

2          MARIA BARTIROMO: [OVERLAPPING] So Rudy, two

3    questions really quick before we go: do you have the

4    Dominion hardware in your possession?  Do you, do you need

5    tohave that hardware in your possession to prove it? Can

6    you prove the case without the hardware or the

7    software?

8          RUDY GIULIANI:  We have people that I can't

9    really disclose that can describe the hardware in great

10   detail.  We have some of the people, former government

11   employees; our government employees and others that

12   were there at the creation of Smartmatic.  They can

13   describe it -- .

14         MARIA BARTIROMO:  Okay.

15         RUDY GIULIANI:  -- they can draw it, they can

16   show it.  And then we have proof that I can't disclose

17   yet, but I'm -- .

18         MARIA BARTIROMO:  And -- and final question

19   --

20         RUDY GIULIANI:  [OVERLAPPING] I'm confident

21   that I'm confident that -- .

22         MARIA BARTIROMO: Yeah.  Go ahead.

23         RUDY GIULIANI: And this has to be examined,

24   Maria, beyond this election, which I believe will get

1  overturned.  But beyond this election, this whole thing

2  has to be investigated as a national security matter.

3  And the governors who gave contracts to this company

4  never bothered to do any due diligence. I mean, I

5  can't imagine you would give a contract to a company if

6  you went one step further and found out it's really

7  being run by people that are close to Maduro and

8  Chavez.  I can't imagine you would do that unless you

9  were out of your mind.

10          MARIA BARTIROMO: So you only have a few

11  weeks, Rudy, because they want to certify the state

12  elections early December. Do you believe you will be

13  --

14          RUDY GIULIANI:[OVERLAPPING]I can't see how you can.

15          MARIA BARTIROMO: -- able to prosecute and be

16  heard within this time frame?

17          RUDY GIULIANI: Of course.  And I can't

18  imagine how a state legislature can certify based upon

19  ballots where we had no opportunity to inspect and it

20  was done deliberately. I mean, the fact that it

21  happened in all those states, right, tells you it was a

22  plan. The crooked Democratic leaders in those ten or

23  twelve places where we were shut out, didn't all

24  develop that idea by themselves, right?  They didn't

1  have the same dream that night. This is a plan.  This

2  is, this is maybe the plan Joe Biden was talking about.

3  He's got the best voter fraud plan in the, in the

4  world.  Well, he has a really good one, but lucky we

5  caught it.

6         MARIA BARTIROMO:  Wow. All right, Rudy.

7  We're going to be following your investigation.  Thank

8  you very much for breaking all of this news on this

9  program this morning.

10        RUDY GIULIANI:  Thank you, thank you.

11  Please,  you may you may be the only one following it

12  -- .

13        MARIA BARTIROMO:  [OVERLAPPING] We will keep

14  catching up.

15        RUDY GIULIANI:  Because we're, we're also

16  enduring a lot of censorship.  A lot, almost complete

17  like we're not in America.

18        MARIA BARTIROMO:  Unbelievable.  Rudy

19  Giuliani, we'll keep on it, I promise you.  Thank you

20  so much, Sir.

21        RUDY GIULIANI: [OVERLAPPING] Yeah it is. Tragic.

22  Okay. Thank you, thank you.

23        MARIA BARTIROMO: We will see you soon.  Rudy

24  Giuliani.  Coming up, we continue to dig into this

Page 15

1    story with Sidney Powell. She's got the latest on her

2    investigation into these voting systems, the bombshell

3    evidence she says, she believes will overturn the 2020

4    election in President Trump's favor.  We will take a

5    break and come right back as we look ahead on Sunday

6    Morning futures.

7           Welcome back. According to public records, Dominion

8    voting machines are used in 2,000 jurisdictions in 30 states.

9    According to experts, if one site has a flaw, other sites are

10   likely to as well, which is why Texas rejected using Dominion

11   software three times, raising concerns that the system was not

12   safe from fraudulent or unauthorized manipulation. That's

13   troubling given we already know that at least two software

14   glitches, in Georgia and Michigan, occurred on election night.

15   Attorney Sidney Powell is leading the charge against Dominion,

16   and she said she hasenough evidence of fraud to launch a massive

17   criminal investigation. Sidney, thanks very much for being

18   here.  We appreciate your time this morning.  I want to

19   get right into it. We just heard about the software

20   made by Smartmatic from Rudy.  And I want to get your

21   take on what you  -- what you and I spoke about

22   just a few minutes ago and that is a gentleman named

23   Peter Neffenger.  Tell me how he fits into all of this.

24           SIDNEY POWELL:  Yes. Well he is listed as

1    it's former Admiral Peter Neffenger or retired Admiral

2    Peter Neffenger.  He is President and on the board of

3    directors of Smartmatic, and it just so happens, he's

4    on Mr. Biden's presidential transition team that's

5    gonna be non-existent because we're fixing to overturn

6    the results of the election in multiple states. And

7    President Trump won by not just hundreds of thousands

8    of votes, but by millions of votes that were shifted by

9    this software that was designed expressly for that

10    purpose. We have sworn witness testimony of why the

11    software was designed.  It was designed to rig

12    elections. He was fully briefed on it.  He saw it

13    happen in other countries. It was exported

14    internationally for profit by the people that are

15    behind Smartmatic and Dominion.  They did this on

16    purpose, it was calculated, they've done it before.  We

17    have evidence from 2016 in California.  We have so much

18    evidence, I feel like it's coming in through a fire

19    hose.

20          MARIA BARTIROMO:  Wow. So Sidney, you feel

21    that you will be able to prove this. Do you have the

22    software in your possession? Do you have the hardware

23    in your possession?  How will you prove this Sidney?

24          SIDNEY POWELL:  Well, I've got lots of ways

1  to prove it, Maria, but I'm not going to tell on

2  national TV what all we have.  I just can't do that.

3          MARIA BARTIROMO:  Okay, but you have a very

4  time -- a small time frame here.  The elections are

5  supposed to be certified in early December.  Do you

6  believe that you can present this to the courts and be

7  successful within this just couple of weeks?

8          SIDNEY POWELL:  Well, let me put it this way.

9  First of all, I never say anything I can't prove.

10  Secondly, the evidence is coming in so fast, I can't

11  even process it all.  Millions of Americans have

12  written, I would say by now, definitely hundreds of

13  thousands have stepped forward with their different

14  experiences of voter fraud.  But this is a massive

15  election fraud.  And I'm very concerned it involved not

16  only Dominion and its Smartmatic software, but that

17  the software essentially was used by other election

18  machines also.  It's the software that was the problem.

19  Even their own manual explains how votes can be wiped

20  away.  They can put, it's like drag and drop Trump

21  votes to a separate folder and then delete that folder.

22  It's absolutely brazen how people bought the system and

23  why they bought this system.  In fact, every state that

24  bought Dominion, for sure, should have a criminal

Page 18

1   investigation or at least a serious investigation of

2   the federal -- of the officers in the States who bought

3   the software. We've even got evidence of some

4   kickbacks, essentially.

5           MARIA BARTIROMO:  Kickbacks. I want to take

6   a short break and come back on that.  And I want to ask

7   you about the kickbacks and who took kickbacks in which

8   states.  Sidney, stay with us. Quick break and we've

9   got more breaking news this morning from Sidney Powell.

10  Stay with us.

11          Welcome back.  We are back with attorney Sidney Powell

12  who's part of President Trump's legal team. Sidney, before we

13  went to the break, we talked about, you said that there may

14  have been kickbacks to some people who accepted the Dominion

15  software. Tell me what you mean.

16          SIDNEY POWELL:  Well, I mean, we are

17  collecting evidence now from various whistleblowers

18  that are aware of substantial sums of money being given

19  to family members of state officials who bought the

20  software. I mean, we're talking about $100 million

21  packages for new voting machines suddenly in multiple

22  states.  And benefits ranging from financial benefits

23  for family members to sort of what I would call

24  election insurance because they know that they can win

Page 19

1  the election if they are using that software.  It's
2  really an insidious, corrupt system and I can't tell
3  you how livid I am with our government for not paying
4  attention to complaints even brought by Democrats.
5  Carolyn Maloney, Elizabeth Warren, Amy Klobuchar, over
6  the last several years in written letters with expert
7  reports and some documentation of how corrupt this
8  software is. And nobody in our government has paid any
9  attention to it, which makes me wonder how much the CIA
10 has used it for its own benefit in different places and
11 why Gina Haspel is still there in the CIA is beyond my
12 comprehension, she should be fired immediately.
13         MARIA BARTIROMO:  Which governor or which
14 government official accepted hundreds of millions of
15 dollars in benefits for their family as they took on
16 this software?
17         SIDNEY POWELL:  If I said hundreds of
18 millions of dollars there, I misspoke. I don't know
19 the exact amount of money yet.  We're still collecting
20 the evidence on that, but it's more than one.
21         MARIA BARTIROMO: Okay. So you can't say who
22 you believe took kickbacks.  What is the CIA's role?
23 Why do you think Gina Haspel should be fired
24 immediately?  You're saying that the CIA is behind the

Page 20

1    Dominion or Smartmatic voting software as well?

2              SIDNEY POWELL: Well, the CIA and the FBI and

3    other government organizations have received multiple

4    reports of wrongdoing and failures and vulnerabilities

5    in this company's product. Their own manual, if you

6    sat down and read it, would explain how and why no

7    honest person would use this system. And it's not just

8    Dominion.  There are other companies in the voting

9    machine business in this country too that may very well

10   and are likely using the same software. We've detected

11   voting irregularities that are inexplicable and aligned

12   with these problems in other states that think they

13   have valid systems. But the people who bought the

14   Dominion system for sure knew exactly what they were

15   getting.  It should never have been installed anywhere,

16   and we are going to show the public exactly how rotten

17   the entire state is.

18             MARIA BARTIROMO:  Now, I have spoken with a

19   few whistleblowers myself this weekend.  And one source

20   who is an IT specialist, told me that he knows the

21   software and specifically advised people in Texas,

22   officials in Texas, not to use it. And yet, he was

23   overruled. He said that there was a an unusual patch

24   that was put into the software while it was live, and

1  it's highly unusual to put a patch in there. Is that

2  what you're referring to?  Tell me how it's done and

3  how these backdoors work.

4       SIDNEY POWELL:  Okay. That's part of it.

5  They can stick a thumb drive in the machine or upload

6  software to it, even from the Internet.  They can do it

7  from Germany or Venezuela, even.  They can remote

8  access anything.  They can watch votes in real time.

9  They can shift votes in real time. We've identified

10 mathematically the exact algorithm they used and plan

11 to use from the beginning to modify the votes in this

12 case to make sure Biden won. That's why he said he

13 didn't need your votes now, he would need you later.

14 He was right. I mean, in his demented state, he had no

15 filter and he was speaking the truth more than once,

16 including when he said he had the largest voter fraud

17 organization ever.  Well, it's massive election fraud.

18 It's going to undo the entire election. And they can

19 do anything they want with the votes. They can have

20 the machines not read the signature. They can have the

21 machines not read the down ballot. They can make the

22 machines read and catalog only the Biden votes.  It's

23 like drag and drop whatever you want, wherever you

24 want, upload votes.

Page 22

1        MARIA BARTIROMO:  Yeah.

2        SIDNEY POWELL:  In fact, we've gotten math in

3   Michigan and Pennsylvania I think it is, that all of a

4   sudden, hundreds of thousands of votes at a 67% ratio for

5   Biden, 23% for Trump--.

6        MARIA BARTIROMO: Yep.

7        SIDNEY POWELL:  -- were uploaded multiple

8   times into the system.

9        MARIA BARTIROMO:  And Sidney you say you have

10  an affidavit from someone who who knows how this system

11  works and was there with the planning of it.  You

12  believe you can prove this in court?

13       SIDNEY POWELL:  Yes. Oh, yes. We have a

14  sworn -- essentially a sworn statement from a witness

15  who knew exactly how it worked from the beginning, why

16  it was designed to work that way. And saw when things

17  started shutting down and they started, you know,

18  stopped counting the votes here. That was the same

19  play that had worked in other countries.

20       MARIA BARTIROMO: Wow, this, this is

21  explosive and we certainly will continue to follow it.

22  Sidney, thank you so much for your work. We will be

23  catching up with you soon. Thank you so much. We'll

24  be watching.

Page  23

1          SIDNEY POWELL:  Thank you, Maria.

2          MARIA BARTIROMO: Sidney Powell.

3          SIDNEY POWELL: You can be assured, Rudy and

4     I will stay on it.

5          MARIA BARTIROMO: Okay. Thank you. Coming

6     up: it is the most important race that will likely

7     dictate policy for years to come. Georgia Senator

8     David Purdue on his razor tight runoff race that will

9     decide the balance of power in the Senate. He joined

10    me live next, exclusive.

11

12              CERTIFICATE OF TRANSCRIPTIONIST

13

14        I certify that the foregoing is a true and accurate

15        transcript of the digitally-recorded proceedings provided

16        to me in this matter.

17

18        I do further certify that I am neither a relative, nor

19        employee, nor attorney of any of the parties to this

20        action, and that I am not financially interested in the

21        action.

22

23

24

                          _____
                               NATHAN KAYLO
                             Production Manager
                        THOMPSON COURT REPORTERS INC.

**A**

a 2:16 3:2,7,8,11,14
  4:3,7,8,10,15,20
  5:3,4,5,5,7,11,12
  5:15,16,20,21 6:5
  6:21 7:13,13,18
  8:2,7,17,20 9:9,10
  9:20,20 10:1,5,10
  10:18 11:13,24
  13:2,5,5,10,18,21
  14:1,4,16,16 15:4
  15:9,16,22,22
  16:18 17:3,4,14
  17:21,24 18:1,6
  20:18,23 21:1,5
  22:3,4,13,14,14
  23:14,18
able 9:12,13,13
  11:19 13:15 16:21
about 5:14,20 14:2
  15:19,21 18:7,13
  18:20
absentee 7:12
absolutely 11:5,6
  17:22
accepted 18:14
  19:14
access 21:8
accomplish 11:8
According 8:20
  15:7,9
accurate 23:14
action 23:20,21
activities 9:22
activity 11:12
actually 3:19 7:2
  11:15
Admiral 16:1,1
advantage 10:11
advised 20:21
affidavit 22:10
affidavits 2:11
  11:18
against 2:8 7:11
  15:15
ago 5:20 15:22
ahead 3:2,3 6:8,10
  6:13,15 12:22
  15:5
algorithm 21:10
aligned 20:11
all 2:2 3:2 6:10 9:20
  13:21,23 14:6,8
  15:23 17:2,9,11
  22:3
allies 5:17

allow 7:6,10 10:21
allowed 4:7
allowing 10:9
allows 10:6,8
almost 10:19 14:16
already 10:17 11:18
  15:13
also 3:13 10:2 14:15
  17:18
am 5:2 19:3 23:18
  23:20
America 2:18 5:19
  14:17
American 5:5
Americans 17:11
amount 19:19
Amy 19:5
an 10:9,11 19:2
  20:20,23 22:10
and 2:2,10,11,14,21
  3:2,11,14,15,17
  3:19,24 4:3,4,8,10
  4:10,19,22 5:2,6,7
  5:13,15,17 6:3,3,4
  6:9,11,14 7:3,9,16
  7:23 8:5,7,18,18
  8:19,19,21 9:4,6
  9:19,24 10:1,9,15
  11:8,9,12,15,17
  12:11,16,18,18,23
  13:3,6,7,15,17,19
  15:5,14,16,20,21
  15:22 16:2,3,6,15
  17:6,15,16,20,21
  17:22 18:6,6,7,8
  18:22 19:2,7,8,10
  20:2,2,4,4,6,6,7
  20:10,11,16,19,21
  20:22,24 21:2,10
  21:15,18,22,23
  22:3,9,11,16,17
  22:21 23:3,14,20
another 6:17 9:1
ANTIFA 5:13
any 3:13 5:9 7:10
  13:4 19:8 23:19
anything 17:9 21:8
  21:19
anywhere 20:15
appreciate 15:18
are 4:4 5:23 6:20
  7:7 8:1 10:11
  11:17 13:7 15:8,9
  16:14 17:4 18:11
  18:16,18 19:1
  20:8,10,11,16

Arizona 9:24 11:5
around 7:15
as 2:16 3:3 4:24
  5:21 7:13 13:2
  15:5,10,24 19:15
  20:1
ask 18:6
associate 6:22
assured 23:3
at 2:24 8:17 12:12
  15:13 18:1 22:4
attempt 6:18
attention 19:4,9
attorney 3:17 15:15
  18:11 23:19
AUDIO 1:1
aware 18:18
away 2:3 7:16 17:20

**B**

back 5:20 10:5 15:5
  15:7 18:6,11,11
backdoor 11:13
backdoors 2:9 21:3
bad 4:8
balance 2:22,22
  23:9
ballot 2:10 7:13,18
  8:21,24 21:21
ballots 2:13,16 7:7
  8:2,3,17,22 9:4
  10:17,19 13:19
banned 5:19
Bartiromo 1:3 2:4,6
  3:16,23 6:2 7:5,8
  7:20 8:11,14 9:8
  9:12,18 10:8
  11:14,22 12:2,14
  12:18,22 13:10,15
  14:6,13,18,23
  16:20 17:3 18:5
  19:13,21 20:18
  22:1,6,9,20 23:2,5
based 13:18
be 8:9 9:12,13,13
  10:6,9,11,20
  12:23 13:2,12,15
  14:7,11 16:5,21
  17:5,6,19 19:12
  19:23 22:22,24
  23:3
because 4:3,5 8:22
  9:2,6 10:18 13:11
  14:15 16:5 18:24
been 5:8,18 8:2
  18:14 20:15

before 6:17 12:3
  16:16 18:12
beginning 21:11
  22:15
behind 6:6 9:3
  16:15 19:24
being 3:20 11:19
  13:7 15:17 18:18
believe 3:10 5:23
  12:24 13:12 17:6
  19:22 22:12
believes 15:3
benefit 19:10
benefits 18:22,22
  19:15
best 14:3
beyond 5:2 12:24
  13:1 19:11
Biden 8:21 9:6 14:2
  21:12,22 22:5
Biden's 8:24 9:7
  16:4
big 5:12 10:24
binoculars 7:17,17
board 16:2
Boca 9:21
bombshell 15:2
Boston 11:3
bothered 13:4
bought 17:22,23,24
  18:2,19 20:13
brazen 17:22
break 15:5 18:6,8
  18:13
breaking 2:6 14:8
  18:9
briefed 16:12
brought 8:17 19:4
bum 4:8
business 6:21 20:9
but 3:5,8,13 4:1,16
  5:22 6:12 8:8,22
  11:18 12:17 13:1
  14:4 16:8 17:1,3
  17:14,16 19:20
  20:13
by 1:24 4:7,10,17,21
  4:21 5:15,16,17
  5:19 6:5,8,11,18
  6:19 7:2,3,15,18
  8:7 11:23 13:7,24
  15:20 16:7,8,8,14
  17:12,17 19:4

**C**

calculated 16:16

California 16:17
call 4:15,19,20,23
  4:23 6:13 9:3
  18:23
called 5:16 6:12
calling 6:5
can 5:23 6:11 7:18
  7:22 8:3 9:6
  10:13,14 12:5,9
  12:12,15,15 13:14
  13:18 17:6,19,20
  18:24 21:5,6,7,8,9
  21:18,19,20,21
  22:12 23:3
can't 9:5,5 12:8,16
  13:5,8,14,17 17:2
  17:9,10 19:2,21
Caracas 9:22
Carolyn 19:5
case 12:6 21:12
cases 8:1 11:16
cast 3:12,13,14,14
  3:19 6:15
catalog 21:10
catch 6:9
catching 14:14
  22:23
caught 14:5
CBS 4:21
censorship 14:16
certainly 22:21
CERTIFICATE
  23:12
certified 17:5
certify 13:11,18
  23:14,18
chairman 6:21
chance 9:9
charge 15:15
charging 2:11
Chavez 5:17 13:8
Chavez's 5:17
cheat 5:18 8:5,10
cheating 6:9
Chicago 11:3
China 5:7
CIA 19:9,11,24
  20:2
CIA's 19:22
cities 10:24
City 3:16
close 5:6,6 6:21 13:7
closer 8:23
CNN 4:22
collecting 18:17
  19:19

**D**

**come** 5:20 15:5 18:6 23:7
**coming** 2:3,8 14:24 16:18 17:10 23:5
**comment** 4:15
**Committee** 3:2
**companies** 5:21 20:8
**company** 4:8 5:4,5 5:5,6,11,12,15,16 6:3,4 10:19 13:3,5
**company's** 5:7 20:5
**complaints** 19:4
**complete** 14:16
**completely** 10:22
**comprehension** 19:12
**conceding** 4:4,12
**concerned** 17:15
**concerns** 15:11
**confident** 12:20,21
**connection** 2:14
**connections** 11:16
**contest** 2:21
**contesting** 4:18,24
**continue** 14:24 22:21
**contract** 13:5
**contracts** 13:3
**control** 2:20
**corrupt** 10:24 11:4 19:2,7
**could** 3:10 8:22,23 8:24 11:4,7
**couldn't** 4:9
**count** 3:12 10:19 11:7
**counted** 8:18
**counting** 2:13 7:7 9:4 10:2,3 22:18
**countries** 5:9 16:13 22:19
**country** 2:22 5:24 6:1 20:9
**couple** 17:7
**course** 13:17
**court** 1:24 22:12
**courts** 4:18 17:6
**creates** 5:11
**creation** 12:12
**criminal** 15:17 17:24
**critical** 2:21
**crooked** 13:22
**Cruz** 3:9,10

**dangerous** 5:3
**David** 2:17 23:8
**decade** 5:20
**December** 13:12 17:5
**decide** 2:19 23:9
**decided** 4:21
**defeat** 6:18
**definitely** 17:12
**Delaware** 9:21
**delayed** 2:12
**delete** 17:21
**deliberately** 13:20
**demented** 21:14
**Democrat** 7:14 9:1
**Democratic** 13:22
**Democrats** 19:4
**describe** 12:9,13
**designed** 16:9,11,11 22:16
**detail** 12:10
**detected** 20:10
**determine** 3:15
**Detroit** 8:16,16 11:2
**develop** 13:24
**developed** 11:17
**dictate** 23:7
**did** 5:4 10:12,14,18 10:23 11:5,5 16:15
**didn't** 6:12 8:9 10:20,23 11:2 13:23,24 21:13
**different** 6:19 17:13 19:10
**dig** 14:24
**digitally-recorded** 23:15
**diligence** 13:4
**dimension** 5:10
**directors** 16:3
**disclose** 12:9,16
**disqualified** 11:11 21:18
**do** 6:1 9:5 10:23 11:3,8 12:3,4,4 13:4,8,12 16:21 16:22 17:2,5 19:23 21:6,19 23:18
**documentation** 19:7
**documented** 10:17
**does** 9:1
**doesn't** 8:5
**doing** 9:4
**dollars** 19:15,18

**Dominion** 2:15 4:8 5:11,11,22 8:20 9:3,18,23 12:4 15:7,10,15 16:15 17:16,24 18:14 20:1,8,14
**don't** 4:20,22,23 5:9 7:9,11,24 19:18
**done** 5:15 6:6,19 7:12 8:12 13:20 16:16 21:2
**door** 10:6
**down** 6:17,23 9:5,6 20:6 21:21 22:17
**drag** 17:20 21:23
**draw** 12:15
**dream** 14:1
**drive** 21:5
**drop** 17:20 21:23
**due** 13:4

**E**

**each** 11:19
**early** 13:12 17:5
**easily** 3:10
**election** 2:10,13 3:7 4:6,12,19,20 6:7 8:10 10:3 12:24 13:1 15:4,14 16:6 17:15,17 18:24 19:1 21:17,18
**elections** 5:8,18 6:5 6:7 7:13 8:6 11:11 13:12 16:12 17:4
**electoral** 10:11
**electors** 4:21
**Elizabeth** 19:5
**else** 5:24 7:11 9:1
**employee** 23:19
**employees** 12:11,11
**enduring** 14:16
**enough** 3:6 7:1 9:7 10:16 11:7,18
**entire** 2:22 20:17 21:18
**entity** 9:21
**envelope** 7:19,22
**equipment** 4:9
**essentially** 17:17 18:4 22:14
**establish** 3:18
**even** 4:9,22 9:1 17:11,19 18:3 19:4 21:6,7
**ever** 21:17
**every** 3:12 6:16

**7**:23 8:21,23 10:15 17:23
**everyone** 2:5
**everything** 5:22
**everywhere** 10:23
**evidence** 2:9 3:6 5:1 8:16 11:9 15:3,16 16:17,18 17:10 18:3,17 19:20
**ex-employee** 8:20
**exact** 19:19 21:10
**exactly** 3:6 20:14,16 22:15
**examined** 12:23
**examining** 7:19
**example** 6:14
**exclusive** 23:10
**experiences** 17:14
**expert** 19:6
**experts** 15:9
**explain** 20:6
**explains** 17:19
**explosive** 22:21
**exported** 16:13
**expressly** 16:9
**extent** 8:18

**F**

**fact** 13:20 17:23 22:2
**failures** 20:4
**fake** 4:10
**family** 18:19,23 19:15
**far** 4:13 6:6
**fast** 17:10
**fate** 2:19
**favor** 15:4
**FBI** 20:2
**federal** 18:2
**feel** 16:18,20
**feet** 7:16
**few** 8:2 13:10 15:22 20:19
**fighting** 2:20
**filter** 21:15
**final** 12:18
**finally** 6:23 7:16
**financial** 18:22
**financially** 23:20
**fire** 16:18
**fired** 19:12,23
**first** 2:21 3:5 17:9
**fits** 15:23
**fixing** 6:4 16:5
**flaw** 15:9

**flipping** 2:24
**Florida** 9:21
**folder** 17:21,21
**follow** 22:21
**following** 14:7,11
**for** 2:15 3:20 4:9 5:14 6:4,12,13,14 8:2,21 14:8 15:17 16:9,14 17:24 18:21,23 19:3,10 19:15 20:14 22:4 22:5,22 23:7
**foregoing** 23:14
**foreign** 5:3,5
**former** 3:16 12:10 16:1
**forward** 17:13
**found** 13:6
**founded** 5:16
**four** 5:14 8:19
**Fox** 1:3 2:2 4:22
**frame** 13:16 17:4
**fraud** 2:12 14:3 15:16 17:14,15 21:16,17
**fraudulent** 15:12
**fraudulently** 3:13
**friends** 2:2
**from** 4:13 11:7,18 15:12,20 16:17 18:9,17,22 21:6,7 21:11 22:10,14,15
**fully** 16:12
**further** 13:6 23:18
**futures** 1:3 2:5 3:4 15:6

**G**

**gain** 10:11
**gave** 13:3
**gentleman** 15:22
**George** 6:22
**Georgia** 2:17,18,18 9:24 15:14 23:7
**Germany** 21:7
**get** 4:22,23 6:23 7:3 7:16 8:23 9:7 12:24 15:19,20 20:4
**gets** 4:21
**getting** 7:15 20:15
**Gina** 19:11,23
**Giuliani** 2:11 3:17 3:22 4:13 6:3 7:6 7:9,21 8:12,15 9:9 9:16 10:7,13 11:15,23 12:8,15

12:20,23 13:14,17
  14:10,15,19,21,24
**give** 13:5
**given** 15:13 18:18
**glitches** 15:14
**go** 12:3,22
**going** 4:17 14:7
  17:1 20:16 21:18
**gone** 4:3 7:22
**gonna** 16:5
**good** 2:4 3:20,22
  14:4
**goons** 7:15
**GOP** 2:19,24
**got** 9:9,10 14:3 15:1
  16:24 18:3,9
**gotten** 4:24 22:2
**government** 12:10
  12:11 19:3,8,14
  20:3
**governor** 19:13
**governors** 13:3
**graphic** 9:14 10:1
**great** 12:9
**guess** 4:14

—————————
**H**
**had** 6:3 8:24 9:7
  13:19 21:14,16
  22:19
**halt** 6:5
**hand** 2:16
**handled** 8:3,4
**hangs** 2:22
**happen** 9:2 16:13
**happened** 6:7 7:12
  12:1 13:21
**happens** 9:2 16:3
**hardware** 12:4,5,6,9
  16:22
**has** 3:6,11 4:16,19
  5:6,13 6:4 10:5
  12:23 13:2 14:4
  15:9 19:8,10
**hasenough** 15:16
**Haspel** 19:11,23
**have** 3:14 4:20 5:9
  6:22,24 7:1 8:1,16
  9:6 10:1,16,24
  11:3,4,4,9,9,15,18
  12:3,8,10,16
  13:10 14:1 16:10
  16:17,17,21,22
  17:2,3,11,13,24
  18:14 20:3,13,15
  20:18 21:19,20

22:9,13
**he** 3:19 4:4,5,11,11
  4:16,24 6:7,10,16
  7:2 11:20,20 14:4
  15:23,24 16:2,12
  16:12 20:20,22,23
  21:12,12,13,14,14
  21:15,16,16 23:9
**he's** 4:14,14,18,24
  5:1 14:3 16:3
**heard** 13:16 15:19
**her** 15:1
**here** 3:3,21 15:18
  17:4 22:18
**here's** 4:4
**hides** 5:21
**highly** 21:1
**him** 2:8 6:12,13,18
**his** 2:21 21:14 23:8
**honest** 20:7
**horrible** 5:13
**hose** 16:19
**house** 2:23,24 3:1
**how** 3:18 7:11 10:10
  13:14,18 15:23
  16:23 17:19,22
  19:3,7,9 20:6,16
  21:2,3 22:10,15
**hundreds** 16:7
  17:12 19:14,17
  22:4

—————————
**I**
**I** 3:10,23,23,24 4:1
  4:1,9,14,23 5:2,2
  5:9,9 6:11,13,22
  7:6,11 8:6,6,8,9
  9:10,14,16,19
  10:1,2,13,13,14
  11:24 12:8,16,24
  13:4,4,8,17,20
  14:19 15:18,20,21
  16:18 17:2,9,9,10
  17:12 18:5,6,16
  18:20,23 19:2,3
  19:17,18,18 20:18
  21:14 22:3 23:4
  23:14,18,18,20
**I'm** 2:5 12:17,20,21
  17:1,15
**I've** 7:12 16:24
**idea** 5:9 13:24
**identified** 6:24 21:9
**if** 7:3,23 8:5,9 13:5
  15:9 19:1,17 20:5
**illegal** 4:17 6:18,24

7:10 10:17,20
**illegally** 3:14
**imagine** 13:5,8,18
**immediately** 19:12
  19:24
**impeachment** 6:19
**important** 23:6
**Impossible** 6:8
**in** 2:17,20,20,22,23
  3:7 4:11,15,16,18
  5:4,8,18,18,22 6:6
  6:8,9,10,11,13,15
  6:20 7:16 8:1,4,5
  8:7,10,12,16,17
  8:17 9:7,21,22,23
  10:3,14,18,21,24
  11:1,2,2,3,3,5,6
  11:10,11,11,17,17
  11:19 12:4,5,9
  13:21,22 14:3,3
  14:17 15:4,8,8,14
  16:6,13,17,18,22
  16:23 17:5,10,23
  18:2,7,21 19:6,8
  19:10,11,15 20:5
  20:8,9,12,21,22
  21:1,5,8,9,11,14
  22:2,2,12,19 23:9
  23:16,20
**inaudible** 2:1
**INC** 1:24
**including** 5:3 8:1
  21:16
**inexplicable** 20:11
**insidious** 19:2
**inspect** 7:10,24 9:10
  13:19
**installed** 20:15
**insurance** 18:24
**interested** 23:20
**interference** 2:10
**internationally**
  16:14
**Internet** 21:6
**intervening** 10:9
**interview** 2:21
**into** 14:24 15:2,19
  15:23 20:24 22:8
**invalid** 7:24 10:23
**investigated** 13:2
**investigating** 10:15
**investigation** 14:7
  15:2,17 18:1,1
**involved** 2:15 6:20
  17:15
**irregularities** 20:11

**is** 2:16 3:9,12,18 4:4
  4:11,14,24 5:11
  5:12,15 6:17,21
  7:2,7,10,18,18,24
  7:24 8:7,8,8,9,20
  9:20 10:5 11:12
  11:13 14:1,2,2,21
  15:10,15,22,24
  16:2 17:10,14
  19:8,11,11,22,24
  20:17,20 21:1
  22:3,20 23:6,14
**isn't** 3:15
**it** 4:13,15,17,18,20
  4:21,23,23,24
  5:18,19,19,23
  6:13,20 7:2,12,23
  7:24 8:12,19,24
  8:24 9:2,17,20
  10:6,14,14,23,24
  11:3,5,6,16 12:5
  12:13,15,16 13:19
  13:20,21 14:5,11
  14:19,21 15:19
  16:3,11,12,12,13
  16:16,16 17:1,8
  17:11,15 19:9,10
  20:6,15,20,22,24
  21:4,6,6 22:3,11
  22:15,16,21 23:4
  23:6
**it's** 3:8,19 4:3 5:2,16
  5:18,20 6:18,19
  7:1,22 11:24 13:6
  16:1,18 17:18,20
  17:22 19:1,20
  20:7 21:1,2,17,18
  21:22
**its** 17:16 19:10

—————————
**J**
**Jim** 3:1
**Joe** 14:2
**joined** 23:9
**joins** 3:19
**Jordan** 3:1
**Judiciary** 3:1
**jurisdictions** 15:8
**just** 2:3 3:24 6:23
  8:2,24 9:7,20
  15:19,22 16:3,7
  17:2,7 20:7

—————————
**K**
**keep** 2:20 14:13,19
**keeps** 2:23

**key** 10:4,21
**kickbacks** 2:14 18:4
  18:5,7,7,14 19:22
**Klobuchar** 19:5
**knew** 20:14 22:15
**know** 3:24 7:11 9:2
  10:13 15:13 18:24
  19:18 22:17
**knows** 20:20 22:10

—————————
**L**
**largely** 6:19
**largest** 21:16
**last** 3:9 5:14 8:12,15
  19:6
**later** 21:13
**latest** 15:1
**launch** 15:16
**law** 7:11,23,24
**lawsuits** 2:11 3:7
**leaders** 13:22
**leading** 15:15
**least** 2:24 15:13
  18:1
**leave** 6:1
**left** 4:7 5:12
**legal** 2:8 3:5,12,14
  3:15,18 4:20
  18:12
**legislature** 13:18
**let** 8:14 17:8
**Let's** 6:23
**letters** 19:6
**like** 6:14 9:4 14:17
  16:18 17:20 21:23
**likely** 15:10 20:10
  23:6
**listed** 15:24
**little** 6:14
**live** 4:16 20:24
  23:10
**livid** 19:3
**living** 8:6
**longer** 7:22
**look** 3:3 9:14 15:5
**lost** 11:20
**lot** 3:2 4:3,10 14:16
  14:16
**lots** 16:24
**lucky** 14:4

—————————
**M**
**machine** 7:3 20:9
  21:5
**machines** 2:10,15
  9:22,23 10:24

11:4 15:8 17:18
18:21 21:20,21,22
made 15:20
Maduro 13:7
mail 10:22,22
mail-in 7:7,18
make 21:12,21
makes 10:22 19:9
Maloney 19:5
manipulation 15:12
mantra 2:17
manual 17:19 20:5
many 3:18 7:12
10:10
Maria 1:3 2:4,6
3:16,22,23 6:2 7:5
7:8,20 8:11,14 9:8
9:12,18 10:8
11:14,22 12:2,14
12:18,22,24 13:10
13:15 14:6,13,18
14:23 16:20 17:1
17:3 18:5 19:13
19:21 20:18 22:1
22:6,9,20 23:1,2,5
Mars 8:6,7
massive 15:16 17:14
21:17
math 22:2
mathematically
21:10
matter 13:2 23:16
may 2:19 14:11,11
18:13 20:9
maybe 14:2
Mayor 3:16
me 3:19 8:5,14
15:23 17:8 18:15
19:9 20:20 21:2
23:10,16
mean 5:2,9 6:13 7:6
8:7,8 9:20 11:24
13:4,20 18:15,16
18:20 21:14
Meaning 11:1
means 6:18
media 4:10,16,19
member 3:1
members 18:19,23
methods 6:4
Michigan 6:10 9:24
10:14 11:17 15:14
22:3
middle 10:3
million 2:16 18:20
millions 16:8 17:11

19:14,18
Milwaukee 11:6
mind 13:9
minute 7:21
minutes 15:22
mirrored 10:9
misspoke 19:18
modify 21:11
moments 2:3
money 18:18 19:19
monitored 10:9
month 3:6
more 2:2,23 3:2
4:10,14,24 6:22
10:16 18:9 19:20
21:15
morning 1:3 2:4,5,6
2:9 3:4,5,20,22
8:18 14:9 15:6,18
18:9
most 11:17 23:6
move 8:16
Mr 16:4
MSNBC 4:22
much 3:20 14:8,20
15:17 16:17 19:9
22:22,23
multiple 3:8 16:6
18:21 20:3 22:7
my 9:10 19:11
myself 20:19

N
name 8:24 9:7
named 15:22
narrowly 11:20
national 5:10 13:2
17:2
NBC 4:21
nearly 2:16
need 12:4 21:13,13
needed 10:11
Neffenger 15:23
16:1,2
neither 23:18
networks 6:12
Nevada 9:24
never 7:12 9:9 13:4
17:9 20:15
new 2:9,11,17 3:16
11:3 18:21
news 1:3 2:6 14:8
18:9
next 23:10
night 2:13 6:7 10:4
14:1 15:14

no 4:6,13,13,13 6:18
7:14,14,14,22 9:6
13:19 20:6 21:14
nobody 9:1 19:8
non-existent 16:5
nor 23:18,19
not 3:13 4:21 5:5
8:21 9:1 10:18
14:17 15:11 16:7
17:1,15 19:3 20:7
20:22 21:20,21
23:20
notifies 9:3
NOVEMBER 1:5
now 3:3,19 4:11
5:20 6:7 8:15 9:1
10:23 11:16 17:12
18:17 20:18 21:13
Number 10:20
numbers 6:11

O
observe 10:21 11:19
observers 4:6
obviously 4:18
occurred 15:14
of 1:1,1 2:9,16,19
3:7 4:3 5:1,10,10
5:12,13 6:15,20
6:21,22 7:23 8:19
8:20,20 9:10,14
10:3,10,16 11:7
11:12,16,16,19,20
12:10,12 13:9,17
14:8,16 15:16,23
16:2,3,6,7,8,8,10
16:24 17:7,9,11
17:12,14 18:1,2,3
18:12,18,18,19,23
19:7,14,14,17,18
19:19 20:4 21:4
22:3,4,4,11 23:9
23:12,15,19,19
off 3:23 4:2 9:3
officers 18:2
official 19:14
officials 18:19 20:22
Oh 22:13
Okay 9:10,12 12:14
14:22 17:3 19:21
21:4 23:5
on 2:6,9,13,14,15,18
2:21 3:1,2,3,9 4:1
4:3,5,15,17 5:1
6:7 7:13,14 8:6,16
8:24 14:8,19 15:1

15:5,14,21 16:2,4
16:12,15 17:1
18:6 19:15,20
23:4,8
once 21:15
one 2:19 3:6,8 5:12
6:20 7:13 8:19
9:10 10:4,16
11:20 13:6 14:4
14:11 15:9 19:20
20:19
online 4:3
only 4:21 7:17 8:21
10:18 13:10 14:11
17:16 21:22
ONOMONAPIA
9:5
opportunity 13:19
or 2:12 3:14 4:6,15
5:14 10:8 11:3,23
12:6 13:22 15:12
16:1 18:1 19:13
20:1 21:5,7
organization 21:17
organizations 20:3
other 5:8,21,24 7:14
11:10,11 15:9
16:13 17:17 20:3
20:8,12 22:19
others 12:11
our 4:21 5:23 6:1
8:18 10:19 11:16
12:11 19:3,8
out 4:2,17 6:16 7:3
7:15 9:11 11:7,19
13:6,9,23
outer 7:19,22
outraged 5:2
outside 7:15
over 19:5
OVERLAPPING
7:9 9:16 12:2,20
14:13,21
OVERLAPPING]I
13:14
overruled 20:23
overseas 5:24
overturn 3:6 10:17
15:3 16:5
overturned 8:2 13:1
own 5:18,18 17:19
19:10 20:5
owned 4:8

P
packages 18:21

paid 19:8
part 18:12 21:4
particularly 8:4
parties 23:19
party 10:10
patch 20:23 21:1
path 3:11,12
pattern 11:9,10,12
paying 19:3
pending 3:7
Pennsylvania 6:8
6:15,24 8:1,7 9:24
11:1,17 22:3
people 4:4 5:3,9,12
6:20 11:18 12:8
12:10 13:7 16:14
17:22 18:14 20:13
20:21
per 10:20
percent 11:24
Perdue's 2:17
person 20:7
personal 3:17
Peter 15:23 16:1,2
Philadelphia 8:4,5,9
11:2
Phoenix 11:5
phone 4:1
pick 6:24
piece 9:10
Pittsburgh 11:2
places 10:21 13:23
19:10
plan 13:22 14:1,2,3
21:10
planning 22:11
play 22:19
Please 14:11
Plus 2:13,17,22
point 4:17 10:4
poles 6:17
policy 23:7
polling 6:16
possession 12:4,5
16:22,23
possible 6:16
Powell 2:13 15:1,15
15:24 16:24 17:8
18:9,11,16 19:17
20:2 21:4 22:2,7
22:13 23:1,2,3
power 23:9
present 17:6
President 2:7,8 3:5
3:11,17,24 4:2,5
4:11 5:14 7:1 15:4

16:2,7 18:12
**presidential** 16:4
**prior** 6:6,11
**privately** 4:7
**probably** 11:23
**problem** 5:10 17:18
**problems** 20:12
**proceedings** 23:15
**process** 3:14 17:11
**produce** 3:6
**product** 20:5
**profit** 16:14
**program** 3:9 14:9
**projection** 6:16
**promise** 14:19
**proof** 11:15 12:16
**prosecute** 13:15
**protect** 11:1
**prove** 8:3 9:13,17
  10:13,14 12:5,6
  16:21,23 17:1,9
  22:12
**provided** 23:15
**public** 15:7 20:16
**Purdue** 23:8
**purpose** 16:10,16
**pushed** 7:15 11:19
**put** 4:2 7:12 17:8,20
  20:24 21:1

_____
**Q**
**qualify** 4:9
**question** 12:18
**questions** 12:3
**quick** 12:3 18:8

_____
**R**
**race** 2:19 23:6,8
**radical** 4:7 5:11
**raising** 15:11
**ranging** 18:22
**ranking** 3:1
**ratio** 22:4
**Raton** 9:21
**razor** 23:8
**read** 20:6 21:20,21
  21:22
**real** 21:8,9
**real-time** 10:10
**realistic** 3:9
**reality** 8:8,8,8
**really** 5:1 9:8 12:3,9
  13:6 14:4 19:2
**received** 20:3
**RECORDING** 1:1
**records** 15:7

**recount** 2:16
**referring** 21:2
**registered** 9:21
**rejected** 15:10
**relative** 23:18
**remote** 21:7
**removed** 7:21
**REPORTERS** 1:24
**reports** 19:7 20:4
**Republican** 2:20
  7:10,13,14
**Republicans** 2:23
  8:23 10:21 11:6
**reputation** 4:8
**rest** 10:15
**result** 10:18
**results** 16:6
**retired** 16:1
**rig** 16:11
**rigged** 4:6 6:17
**rigging** 5:1
**right** 2:2 3:3,3,19
  4:11,20,23,23
  6:16 7:3 11:14,16
  13:21,24 14:6
  15:5,19 21:14
**road** 3:2
**role** 19:22
**rotten** 20:16
**Rudy** 2:11 3:17,19
  3:22 4:11,13 6:3
  7:6,9,21 8:12,15
  9:9,13,16 10:7,13
  11:15,23 12:2,8
  12:15,20,23 13:11
  13:14,17 14:6,10
  14:15,18,21,23
  15:20 23:3
**run** 13:7
**running** 6:6
**runoff** 23:8

_____
**S**
**safe** 15:12
**said** 4:16 9:20 15:16
  18:13 19:17 20:23
  21:12,16
**same** 6:9,20 11:10
  14:1 20:10 22:18
**sarcastic** 4:15
**sat** 20:6
**Save** 2:18
**saw** 4:1 8:19 16:12
  22:16
**say** 17:9,12 19:21
  22:9

**saying** 4:4,14 10:12
  19:24
**says** 2:7 4:11 10:4
  15:3
**se** 10:20
**seats** 2:24
**Secondly** 17:10
**security** 5:10 13:2
**see** 3:10,20 8:22,24
  13:14 14:23
**Senate** 2:20 23:9
**Senator** 2:18 3:8
  23:7
**Senators** 2:19
**sends** 5:22
**sent** 5:23,24
**separate** 17:21
**serious** 18:1
**several** 5:20 19:6
**she** 15:3,3,16,16
  19:12
**She's** 15:1
**shift** 21:9
**shifted** 16:8
**short** 18:6
**should** 7:8 10:20
  17:24 19:12,23
  20:15
**show** 6:11 9:14
  12:16 20:16
**showing** 10:1
**shut** 11:7 13:23
**shutting** 22:17
**side** 7:13
**Sidney** 2:13 15:1,15
  15:17,24 16:20,23
  16:24 17:8 18:8,9
  18:11,12,16 19:17
  20:2 21:4 22:2,7,9
  22:13,22 23:1,2,3
**signature** 21:20
**silent** 4:10
**single** 3:12 8:21
  9:10
**Sir** 14:20
**site** 15:9
**sites** 15:9
**slew** 3:7
**small** 17:4
**Smartmatic** 5:16,23
  6:21 7:3 9:19,20
  10:5 11:8,10
  12:12 15:20 16:3
  16:15 17:16 20:1
**so** 3:20,23 4:24 6:14
  6:16 7:8 8:14,23

11:7,19 12:2
  13:10 14:20 16:3
  16:17,20 17:10
  19:21 22:22,23
**software** 2:7 5:8,15
  9:19,19 10:12
  12:7 15:11,13,19
  16:9,11,22 17:16
  17:17,18 18:3,15
  18:20 19:1,8,16
  20:1,10,21,24
  21:6
**some** 5:24 11:16
  12:10 18:3,14
  19:7
**someone** 22:10
**someplace** 5:24
**soon** 14:23 22:23
**Soros** 6:22
**sort** 18:23
**sorta** 5:21
**source** 10:4 20:19
**South** 5:19
**SPEAKER** 2:1,2
**speaking** 21:15
**specialist** 20:20
**specifically** 20:21
**spoke** 3:24 15:21
**spoken** 20:18
**start** 3:23 4:2 9:4
**started** 22:17,17
**state** 7:2,23 10:18
  13:11,18 17:23
  18:19 20:17 21:14
**statement** 22:14
**states** 2:12 3:8 5:4
  5:20 6:10,13 9:14
  10:1,12,16 11:20
  11:21 13:21 15:8
  16:6 18:2,8,22
  20:12
**stay** 18:8,10 23:4
**steal** 5:8
**step** 13:6
**stepped** 17:13
**stick** 21:5
**still** 3:11 5:17 19:11
  19:19
**stop** 10:3
**stopped** 2:12 10:2
  22:18
**story** 15:1
**strange** 10:3
**subcontractor** 5:21
**substantial** 18:18
**successful** 17:7

**sudden** 22:4
**suddenly** 18:21
**sums** 18:18
**Sunday** 1:3 2:4,5
  3:3 15:5
**supporter** 5:13
**supposed** 17:5
**sure** 17:24 20:14
  21:12
**surprised** 8:9
**swing** 9:14
**swings** 2:12
**sworn** 16:10 22:14
  22:14
**system** 10:5 15:11
  17:22,23 19:2
  20:7,14 22:8,10
**systems** 15:2 20:13

_____
**T**
**tabulated** 4:7
**take** 15:4,21 18:5
**taking** 2:15
**talked** 18:13
**talking** 14:2 18:20
**tall** 3:8
**tampering** 2:10
**task** 3:8
**team** 2:8 3:5 16:4
  18:12
**Ted** 3:9,10
**tell** 6:22 7:18 8:5,6
  15:23 17:1 18:15
  19:2 21:2
**tells** 13:21
**ten** 13:22
**terrible** 4:15 11:24
  11:24
**testimony** 16:10
**Texas** 4:9 15:10
  20:21,22
**than** 6:19 10:16
  19:20 21:15
**thank** 2:1 14:7,10
  14:10,19,22,22
  22:22,23 23:1,5
**thanks** 3:20 15:17
**that** 2:7,19 3:2,8,11
  3:12,13,24 4:2,4,9
  4:17 5:1,4,5,6,10
  5:15,16 6:6,11 7:3
  7:10 8:1,2,3,3,4,5
  8:9,16,18,22 9:2
  9:18 10:4,5,6,8,12
  10:12,12,13,18,22
  10:24 11:9,9,10

11:20,24 12:5,8,9
12:11,16,21,21
13:7,8,20,24 14:1
15:11,13,22 16:8
16:9,9,14,21 17:2
17:6,16,18,21,23
18:6,13,18,24
19:1,20,24 20:9
20:11,12,20,23,24
21:1 22:3,16,18
22:19 23:6,8,14
23:18,20
**that's** 5:5,8 7:23 9:6
11:10 15:12 16:4
21:4,12
**the** 1:1 2:6,12,14,18
2:18,20,21,21,22
2:22,23,24 3:1,1,2
3:7 4:1,5,5,10,11
4:15,16,18,19,19
4:20,23,23 5:1,4
5:10,10,12,14,14
5:15,19,22 6:5,15
6:17,19,20,20,21
6:23 7:1,2,11,14
7:14,17,19,21,21
7:23,24,24 8:7,8,8
8:8,12,15,17,18
9:3,5,14,22 10:1,3
10:4,5,8,12,15,17
10:21,21,22 11:7
11:10,16,17,20
12:3,6,6,6,9,10,12
13:3,11,20,22
14:1,2,3,3,3,11
15:1,2,3,11,15,19
16:2,6,6,10,14,21
16:22 17:4,6,10
17:17,18,18,22
18:2,2,2,3,7,13,14
18:19 19:1,6,9,11
19:19,20,22,24,24
20:2,2,8,10,13,13
20:16,17,20,24
21:5,6,10,11,11
21:15,16,18,19,20
21:20,20,21,21,22
22:8,11,15,18,18
23:6,9,9,14,15,19
23:20
**their** 11:12 17:13,19
19:15 20:5
**them** 8:19,20,21
11:1
**themselves** 13:24
**then** 9:4 12:16

17:21
**there** 5:12 6:14 8:1
8:7,19 11:4,9,12
12:12 18:13 19:11
19:18 20:8,23
21:1 22:11
**therefore** 5:7
**these** 8:22 15:2
20:12 21:3
**they** 4:19 5:15 6:1
6:12 7:7,9,16 8:22
8:23,24 9:7 10:2
10:14,18,20,23,23
10:24 11:2,3,4,4,5
11:5,7,11 12:12
12:15,15 13:11,24
16:15 17:20,23
18:24,24 19:1,15
20:12,14 21:5,6,7
21:8,9,10,18,19
21:19,20,21 22:17
**they're** 7:16,16
**they've** 6:6 8:12
16:16
**thing** 6:9 11:24 13:1
**things** 5:13 22:16
**think** 5:3,9 19:23
20:12 22:3
**this** 2:6,9 3:5,9,20
4:2,12,12 5:11 6:3
6:4,11,17 7:6 8:10
9:4,13,14,19,19
9:19,20 11:12
12:23,24 13:1,1,3
13:16 14:1,1,2,8,8
14:9,24 15:18,23
16:9,15,21,23
17:6,7,8,14,23
18:9 19:7,16 20:5
20:7,9,19 21:11
22:10,12,20,20
23:16,19
**THOMPSON** 1:24
**those** 2:15 6:10,13
9:10 10:16 11:20
13:21,22
**though** 10:16
**thought** 10:2
**thousands** 16:7
17:13 22:4
**three** 5:14 11:23
15:11
**through** 16:18
**thumb** 21:5
**ticket** 9:5,6
**ties** 5:6

**tight** 23:8
**time** 9:7 13:16
15:18 17:4,4 21:8
21:9
**times** 4:15 6:11
15:11 22:8
**tipping** 2:23
**to** 2:5,20 3:6,6,11,12
3:13,14,18,20,23
4:1,1,17,19,20,23
4:23 5:8,18,21,22
5:24 6:5,9,11,14
6:14,17,18,18,22
6:23,23 7:1,10,11
7:17 8:16,18,20
9:7,9,13,14 10:3,4
10:6,9,11,17,19
10:21 11:3,8,16
11:19 12:1,5,23
13:2,3,4,5,7,11,15
13:19 14:7,24
15:7,9,10,16,18
15:20 16:5,11,21
17:1,1,5,6,21 18:5
18:6,13,14,19,23
19:4,9 20:16,22
21:1,2,6,11,11,12
21:18 22:16,21
23:7,16,19
**tohave** 12:5
**told** 3:9 7:17 20:20
**too** 5:2 6:6 20:9
**took** 18:7 19:15,22
**toward** 2:23
**Tragic** 14:21
**TRANSCRIBED**
1:24
**transcript** 1:1 23:15
**TRANSCRIPTIO...**
23:12
**transition** 16:4
**tried** 4:19 6:4
**troubling** 15:13
**true** 6:4 23:14
**Trump** 2:7 3:11,24
4:2 16:7 17:20
**Trump's** 2:8 3:5,17
15:4 18:12
**Trump--** 22:5
**truth** 21:15
**try** 6:18
**TV** 17:2
**tweet** 4:2,12
**twelve** 13:23
**twenty-seven** 5:4
**Twitter** 4:5

**two** 2:19 5:17,17
10:20 11:23 12:2
15:13

_____
**U**

**unauthorized** 15:12
**Unbelievable** 14:18
**under** 7:23
**understand** 10:5
**understanding**
10:10
**underway** 2:17
**undo** 21:18
**United** 5:19
**unlawful** 7:11
**unless** 6:9 13:8
**unprecedented** 7:7
**unusual** 20:23 21:1
**up** 2:3,8 6:9 14:14
14:24 22:23 23:6
**upload** 21:5,6
**uploaded** 22:7
**upon** 13:18
**us** 3:9 7:6 12:1 18:8
18:10
**use** 5:15 7:17 10:18
20:7,22 21:11
**used** 5:8,18 9:23,23
10:12 11:10 15:8
17:17 19:10 21:10
**uses** 5:7
**using** 9:18 15:10
19:1 20:10

_____
**V**

**valid** 7:18 20:13
**validate** 7:22
**various** 18:17
**Venezuela** 2:14 5:6
9:22 21:7
**Venezuelan** 10:19
**Venezuelan's** 5:7
**very** 5:3,3 14:8
15:17 17:3,15
20:9
**victories** 2:24
**victory** 3:11
**vigorously** 4:18,24
**viral** 4:3
**vote** 3:12 4:6,7 6:15
7:24 10:22,22
**voter** 14:3 17:14
21:16
**votes** 3:13,18 5:4,23
6:8,23 7:1 10:8,10
16:8,8 17:19,21

21:8,9,11,13,19
21:22,24 22:4,18
**voting** 2:9,15 6:5
9:22,23 15:2,8
18:21 20:1,8,11
**vulnerabilities** 20:4

_____
**W**

**want** 3:23 4:1,1
6:23 9:14 13:11
15:18,20 18:5,6
21:19,23,24
**wanted** 11:8
**Warren** 19:5
**was** 2:7 3:12 4:6,17
5:16,19,19 6:8,10
6:14,16 7:14 8:21
10:2 13:20,21
14:2 15:11 16:9
16:11,11,12,13,16
17:17,18 20:22,23
20:24,24 21:14,15
22:11,16,18
**watch** 21:8
**watchers** 4:6
**watching** 22:24
**way** 5:2 7:17 8:3,4,7
17:8 22:16
**ways** 16:24
**we** 3:3,10,14 4:16
6:13,24 7:8 8:3,15
8:16 9:9 10:16
11:9,15,18 12:3,8
12:10,16 13:19,23
14:4,13,23,24
15:4,5,13,18,19
16:10,16,17 17:2
18:11,12,13,16
20:16 22:13,21,22
**we'll** 14:19 22:23
**we're** 10:15 14:7,15
14:15,17 16:5
18:20 19:19
**we've** 18:3,8 20:10
21:9 22:2
**weaponized** 2:7
**weeds** 5:22
**week** 3:9
**weekend** 20:19
**weeks** 13:11 17:7
**Welcome** 2:5 15:7
18:11
**well** 10:13 14:4
15:10,24 16:24
17:8 18:16 20:1,2
20:9 21:17

**went** 5:1 13:6 18:13
**were** 2:14 3:13,18
    6:13 8:2,4,17,19
    9:18,23,23 11:6
    11:11,19 12:12
    13:9,23 16:8
    20:14 22:7
**weren't** 8:23
**what** 3:15 4:4,14,14
    5:2 6:7 7:2 11:8,8
    15:21,21 17:2
    18:15,23 19:22
    20:14 21:2
**what's** 3:15
**whatever** 8:22
    21:23
**when** 6:5 7:15 21:16
    22:16
**where** 10:2,24 13:19
    13:23
**wherever** 21:23
**whether** 2:14 7:18
**which** 4:9,16,16 7:2
    10:2,19 11:11
    12:24 15:10 18:7
    19:9,13,13
**while** 20:24
**whistleblowers**
    18:17 20:19
**who** 5:17,21 6:20
    11:18 13:3 18:2,7
    18:14,19 19:21
    20:13,20 22:10,10
    22:15
**who's** 18:12
**whole** 13:1
**why** 2:12,21 6:1
    7:23 9:1,6 15:10
    16:10 17:23 19:11
    19:23 20:6 21:12
    22:15
**will** 8:6 9:12,13,13
    10:10 11:1 12:24
    13:12 14:13,23
    15:3,4 16:21,23
    22:21,22 23:4,6,8
**win** 2:18 7:1 18:24
**wiped** 17:19
**Wisconsin** 6:10 10:1
    11:6
**with** 1:3 2:9,11,23
    3:7,24 4:2,8 5:6
    10:14 15:1 17:13
    18:8,10,11 19:3,6
    20:12,18 21:19
    22:11,23

**within** 13:16 17:7
**without** 12:6
**witness** 16:10 22:14
**witnesses** 8:19
    10:15
**won** 4:5,10,11,16
    7:2 11:20 16:7
    21:12
**wonder** 19:9
**words** 11:12
**work** 21:3 22:16,22
**worked** 22:15,19
**working** 3:18
**works** 22:11
**world** 14:4
**would** 8:9 13:5,8
    17:12 18:23 20:6
    20:7 21:13
**would've** 6:12
**Wow** 14:6 16:20
    22:20
**written** 5:13 17:12
    19:6
**wrongdoing** 20:4
**wrote** 4:5

_____
**X**
_____

_____
**Y**
_____

**Yeah** 6:2 7:5,20
    8:11 9:16 10:7
    11:22 12:22 14:21
    22:1
**years** 5:14 8:15 19:6
    23:7
**Yep** 22:6
**yes** 11:12 15:24
    22:13,13
**yet** 12:17 19:19
    20:22
**York** 3:16 11:3
**you** 2:1 3:24 4:1,22
    4:22,22 5:23 6:12
    6:22,23 7:3,4,17
    7:21,22,24 8:5,6
    9:2,3,3,4,5,5,6,12
    9:13,13,20 10:11
    11:8,9 12:3,4,4,6
    13:5,6,8,8,10,12
    13:12,14,21 14:8
    14:10,10,11,11,19
    14:19,22,22,23
    15:21,21 16:20,21
    16:21,22,23 17:3
    17:5,6 18:7,13,15
    19:3,21,22,23

    20:5 21:13,23,23
    22:9,9,11,12,17
    22:22,23,23 23:1
    23:3,5
**you'd** 4:14
**you're** 6:5,9 8:6 9:2
    19:24 21:2
**your** 2:19 12:4,5
    13:9 14:7 15:18
    15:20 16:22,23
    21:13 22:22

_____
**Z**
_____

_____
**0**
_____

_____
**1**
_____
**1** 2:1
**100** 18:20
**100,000** 8:17
**11** 2:24
**15** 1:5

_____
**2**
_____
**2** 2:2
**2,000** 15:8
**20** 7:16
**2016** 16:17
**2020** 1:5 3:7 15:3
**23%** 22:5

_____
**3**
_____
**30** 15:8
**300,000** 7:2

_____
**4**
_____
**4:30** 8:17

_____
**5**
_____
**5** 2:16

_____
**6**
_____
**60** 8:15
**632,000** 6:24 7:1 8:3
**64%** 6:15
**67%** 22:4

_____
**7**
_____

_____
**8**
_____
**800,000** 6:8,15