# Exhibit 6

Page 1

TRANSCRIPT OF THE AUDIO RECORDING OF:

FOX NEWS, SUNDAY MORNING FUTURES

NOVEMBER 15, 2020

TRANSCRIBED BY: THOMPSON COURT REPORTERS INC

Page 2

1  JIM JORDAN:  If someone would have told us
2  before the election all those facts you just recited,
3  that we would pick up 10, 12, 13 seats in the House.
4  We'd keep control of the Senate. Every state
5  legislature that we would control would stay in
6  Republican control and we pick up more, and President
7  Trump would get 9 to 10 million more votes than he
8  got in 2016, but still come up short, you'd have said
9  no way that's going to happen. No way that's going to happen.
10 But that in fact is exactly what happened.
11 And so that's why so many Americans, 73 million, have
12 concerns about what took place in the presidential
13 election and why it's important we get to the bottom of
14 exactly what happened in Pennsylvania, Michigan,
15 Wisconsin, Georgia, all these key swing states.
16        MARIA BARTIROMO:  Yeah, I mean, you heard
17 what Rudy Giuliani said earlier in the program, he and
18 Sidney Powell are investigating the Smartmatic software
19 and the Dominion voting machines because they do
20 believe, and they say they have evidence, that there
21 were back doors and the votes were manipulated to turn
22 Trump votes into Biden votes.  Where are we on that,
23 and what do you see in terms of the outcome here of
24 this investigation into voter fraud?

1  JIM JORDAN: Let the process play out. We
2  have a law, as you said, the electoral college doesn't
3  meet until four weeks from tomorrow. So let this play
4  out. Remember, the Democrats spent four years on the
5  Russian hoax, it seems to me we can spend four weeks on
6  getting to the bottom of this election where so many
7  Americans have concerns about what took place and what
8  happened. So let the process play out. We got a
9  recount in Georgia, we got court actions in Michigan
10 and Pennsylvania. Let those play out and ask the key
11 questions. I always say, I've been involved in all
12 kinds of investigations in the Congress and the
13 Oversight Committee on the Judiciary Committee.
14 One of the key questions you always ask is the why
15 question. Why did certain things happen?
16 Because that gets to motive. So why, for example, in
17 Pennsylvania where some counties, voters in some counties
18 allowed to cure their ballots, but other voters in other
19 counties weren't? Why did they allow precanvass in some
20 counties, but other counties they did't. Why were certain
21 satellite, temporary satellite offices set up for
22 early voting in some counties, but not in others?
23 And you can imagine which counties allowed this, it
24 were the Democrat run counties.

1  So why did all that, why as you pointed out, on
2  election night it seemed like every state that kept
3  counting, President Trump won. But all the states
4  that halted counting for awhile, he wound up losing.
5  Why did that happen? And then maybe the most important
6  question, why don't Joe Biden and the Democrats want to
7  find out? Why did they keep observers out from seeing
8  what was, what was going on in these counts, which
9  they're permitted to be there by law. So those are the
10 fundamental questions. We should never forget it was
11 Joe Biden who said, "We want independent verification."
12 So let's let the process play out so Americans can be
13 confident, as we move forward, in our election system.
14 We're not going to go get that through until
15 Republicans take back the House. I mean, it's plain and
16 simple, you think Jerry Nadler wants tech companies to
17 treat everyone fairly and not since they're
18 conservatives, not since they're the President?
19 So look we introduced the bill,12 Republicans on the
20 House Judiciary Committee introduced legislation two months
21 ago, complete overhaul of Section 230, which has to happen.
22 That of course -- that's the section that gives the big social
23 media platforms the liability protection that they have. So
24 we need to overhaul that section, our legislation does

Page 5

1  that, but frankly, we're not going to get it done until
2  Republicans take back the House so.
3  We're close, we're close. We're not quite there, but
4  we're close and hopefully we'll get there soon.
5            MARIA BARTIROMO:  Well, we all want to see
6  honesty and accountability. We saw Andrew McCabe
7  testify last week, Congressman, the former decade
8  Director, Deputy Director, rather, of the FBI.  Your
9  reaction to him saying he would not have served and
10 spied on Carter Page if he knew then what he knows now.
11            JIM JORDAN:  Well, I mean, you know big deal.
12 You know, for four years you misled the American
13 people.  You went on TV. You launched the
14 investigation back when it was candidate Trump in 2016.
15 Then you took the Steele Dossier to the FISA court to
16 get a warrant to spy on the Trump campaign. I mean,
17 it's amazing to me, the same people who are now saying
18 you can trust big tech, you can trust Andy McCabe, you
19 can trust the vote, are the same people who also told
20 us, you can trust the Steele Dossier. They're the
21 same people who also told us, oh, you can trust the
22 anonymous impeachment whistleblower. The guy that
23 none of us got to see, I didn't get to cross-examine,
24 the American people didn't get to evaluate.

Page 6

1  But now they tell us you can trust all these other
2  things.
3  So I don't put a whole lot of stock in what Andy McCabe
4  is saying now about the investigation he launched four
5  years ago.
6  　　　　　MARIA BARTIROMO:  Congressman do you think
7  John Durham feels this way?   Where is John Durham?
8  Where is Bill Barr?
9  　　　　　JIM JORDAN: I've had numerous talks with the
10 Justice Department.Mr. Durham is doing his work. I expect
11 that some kind of report, some kind of investigation here
12 real soon. Like you I'm frustrated that it didn't happen
13 sooner. But look, you and I can't put anyone in, we can't
14 prosecute anyone, we can't indict anyone. All we can do is
15 get the facts out to the American people. The Justice
16 Department has to do that. I'm hopeful they're going to
17 have something real soon for the American people.
18
19
20
21
22
23
24

1 CERTIFICATE OF TRANSCRIPTIONIST

2

3

4 I certify that the foregoing is a true and accurate
5 transcript of the digitally-recorded proceedings provided
6 to me in this matter.

7

8 I do further certify that I am neither a relative, nor
9 employee, nor attorney of any of the parties to this
10 action, and that I am not financially interested in the
11 action.

12

13

14

15

16 _____
17 NATHAN KAYLO
Production Manager
THOMPSON COURT REPORTERS INC.
18

19

20

21

22

23

24

## A
**a** 3:2,8 5:16 6:3 7:4, 7:8
**about** 2:12 3:7 6:4
**accountability** 5:6
**accurate** 7:4
**action** 7:10,11
**actions** 3:9
**ago** 4:21 6:5
**all** 2:2,15 3:11 4:1,3 5:5 6:1,14
**allow** 3:19
**allowed** 3:18,23
**also** 5:19,21
**always** 3:11,14
**am** 7:8,10
**amazing** 5:17
**American** 5:12,24 6:15,17
**Americans** 2:11 3:7 4:12
**and** 2:6,6,11,13,17 2:19,20,21,23 3:7 3:10,10,12,23 4:5 4:6,15,17 5:4,6,9 6:13 7:4,10
**Andrew** 5:6
**Andy** 5:18 6:3
**anonymous** 5:22
**any** 7:9
**anyone** 6:13,14,14
**are** 2:18,22 4:9 5:17 5:19
**as** 3:2 4:1,13
**ask** 3:10,14
**attorney** 7:9
**AUDIO** 1:1
**awhile** 4:4

## B
**back** 2:21 4:15 5:2, 5:14
**ballots** 3:18
**Barr** 6:8
**BARTIROMO** 2:16 5:5 6:6
**be** 4:9,12
**because** 2:19 3:16
**been** 3:11
**before** 2:2
**believe** 2:20
**Biden** 2:22 4:6,11
**big** 4:22 5:11,18
**Bill** 6:8
**bill,12** 4:19
**bottom** 2:13 3:6

**but** 2:8,10 3:18,20 3:22 4:3 5:1,3 6:1 6:13
**by** 1:24 4:9

## C
**campaign** 5:16
**can** 3:5,23 4:12 5:18 5:18,19,20,21 6:1 6:14
**can't** 6:13,13,14
**candidate** 5:14
**Carter** 5:10
**certain** 3:15,20
**CERTIFICATE** 7:1
**certify** 7:4,8
**close** 5:3,3,4
**college** 3:2
**come** 2:8
**Committee** 3:13,13 4:20
**companies** 4:16
**complete** 4:21
**concerns** 2:12 3:7
**confident** 4:13
**Congress** 3:12
**Congressman** 5:7 6:6
**conservatives** 4:18
**control** 2:4,5,6
**counties** 3:17,17,19 3:20,20,22,23,24
**counting** 4:3,4
**counts** 4:8
**course** 4:22
**court** 1:24 3:9 5:15
**cross-examine** 5:23
**cure** 3:18

## D
**deal** 5:11
**decade** 5:7
**Democrat** 3:24
**Democrats** 3:4 4:6
**Department** 6:16
**Department.Mr** 6:10
**Deputy** 5:8
**did** 3:15,19 4:1,5,7
**did't** 3:20
**didn't** 5:23,24 6:12
**digitally-recorded** 7:5
**Director** 5:8,8
**do** 2:19,23 6:6,14,16

7:8
**does** 4:24
**doesn't** 3:2
**doing** 6:10
**Dominion** 2:19
**don't** 4:6 6:3
**done** 5:1
**doors** 2:21
**Dossier** 5:15,20
**Durham** 6:7,7,10

## E
**earlier** 2:17
**early** 3:22
**election** 2:2,13 3:6 4:2,13
**electoral** 3:2
**employee** 7:9
**evaluate** 5:24
**every** 2:4 4:2
**everyone** 4:17
**evidence** 2:20
**exactly** 2:10,14
**example** 3:16
**expect** 6:10

## F
**fact** 2:10
**facts** 2:2 6:15
**fairly** 4:17
**FBI** 5:8
**feels** 6:7
**financially** 7:10
**find** 4:7
**FISA** 5:15
**for** 3:16,21 4:4 5:12 6:17
**foregoing** 7:4
**forget** 4:10
**former** 5:7
**forward** 4:13
**four** 3:3,4,5 5:12 6:4
**FOX** 1:3
**frankly** 5:1
**fraud** 2:24
**from** 3:3 4:7
**frustrated** 6:12
**fundamental** 4:10
**further** 7:8
**FUTURES** 1:3

## G
**Georgia** 2:15 3:9
**get** 2:7,13 4:14 5:1,4 5:16,23,24 6:15
**gets** 3:16

**getting** 3:6
**Giuliani** 2:17
**gives** 4:22
**go** 4:14
**going** 2:9,9 4:8,14 5:1 6:16
**got** 2:8 3:8,9 5:23
**guy** 5:22

## H
**had** 6:9
**halted** 4:4
**happen** 2:9,9 3:15 4:5,21 6:12
**happened** 2:10,14 3:8
**has** 4:21 6:16
**have** 2:1,8,11,20 3:2 3:7 4:23 5:9 6:17
**he** 2:7,17 4:4 5:9,10 5:10 6:4
**heard** 2:16
**here** 2:23 6:11
**him** 5:9
**his** 6:10
**hoax** 3:5
**honesty** 5:6
**hopeful** 6:16
**hopefully** 5:4
**House** 2:3 4:15,20 5:2

## I
**I** 2:16 3:11 4:15 5:11,16,23 6:3,10 6:13 7:4,8,8,10
**I'm** 6:12,16
**I've** 3:11 6:9
**if** 2:1 5:10
**imagine** 3:23
**impeachment** 5:22
**important** 2:13 4:5
**in** 2:3,5,8,10,12,14 2:17,23 3:9,9,11 3:12,16,17,18,19 3:22,22 4:8,13 5:14 6:3,13 7:6,10
**INC** 1:24
**independent** 4:11
**indict** 6:14
**interested** 7:10
**into** 2:22,24
**introduced** 4:19,20
**investigating** 2:18
**investigation** 2:24 5:14 6:4,11

**investigations** 3:12
**involved** 3:11
**is** 2:10 3:14 6:4,7,8 6:10,14 7:4
**it** 3:5,23 4:2,10 5:1 5:14 6:12
**it's** 2:13 4:15 5:17

## J
**Jerry** 4:16
**JIM** 2:1 3:1 5:11 6:9
**Joe** 4:6,11
**John** 6:7,7
**JORDAN** 2:1 3:1 5:11 6:9
**Judiciary** 3:13 4:20
**just** 2:2
**Justice** 6:10,15

## K
**keep** 2:4 4:7
**kept** 4:2
**key** 2:15 3:10,14
**kind** 6:11,11
**kinds** 3:12
**knew** 5:10
**know** 5:11,12
**knows** 5:10

## L
**last** 5:7
**launched** 5:13 6:4
**law** 3:2 4:9
**legislation** 4:20,24
**legislature** 2:5
**let** 3:1,3,8,10 4:12
**let's** 4:12
**liability** 4:23
**like** 4:2 6:12
**look** 4:19 6:13
**losing** 4:4
**lot** 6:3

## M
**machines** 2:19
**manipulated** 2:21
**many** 2:11 3:6
**MARIA** 2:16 5:5 6:6
**matter** 7:6
**maybe** 4:5
**McCabe** 5:6,18 6:3
**me** 3:5 5:17 7:6
**mean** 2:16 4:15 5:11,16

**media** 4:23
**meet** 3:3
**Michigan** 2:14 3:9
**million** 2:7,11
**misled** 5:12
**months** 4:20
**more** 2:6,7
**MORNING** 1:3
**most** 4:5
**motive** 3:16
**move** 4:13

**N**

**Nadler** 4:16
**need** 4:24
**neither** 7:8
**never** 4:10
**NEWS** 1:3
**night** 4:2
**no** 2:9,9
**none** 5:23
**nor** 7:8,9
**not** 3:22 4:14,17,18
　5:1,3,9 7:10
**NOVEMBER** 1:6
**now** 5:10,17 6:1,4
**numerous** 6:9

**O**

**observers** 4:7
**of** 1:1,1 2:4,13,23,23
　3:6,12,14 4:21,22
　5:8,23 6:3,11,11
　7:1,5,9,9
**offices** 3:21
**oh** 5:21
**on** 2:22 3:4,5,13 4:1
　4:8,19 5:10,13,16
**One** 3:14
**other** 3:18,18,20 6:1
**others** 3:22
**our** 4:13,24
**out** 3:1,4,8,10 4:1,7
　4:7,12 6:15
**outcome** 2:23
**overhaul** 4:21,24
**Oversight** 3:13

**P**

**Page** 5:10
**parties** 7:9
**Pennsylvania** 2:14
　3:10,17
**people** 5:13,17,19
　5:21,24 6:15,17
**permitted** 4:9

**pick** 2:3,6
**place** 2:12 3:7
**plain** 4:15
**platforms** 4:23
**play** 3:1,3,8,10 4:12
**pointed** 4:1
**Powell** 2:18
**precanvass** 3:19
**President** 2:6 4:3,18
**presidential** 2:12
**proceedings** 7:5
**process** 3:1,8 4:12
**program** 2:17
**prosecute** 6:14
**protection** 4:23
**provided** 7:5
**put** 6:3,13

**Q**

**question** 3:15 4:6
**questions** 3:11,14
　4:10
**quite** 5:3

**R**

**rather** 5:8
**reaction** 5:9
**real** 6:12,17
**recited** 2:2
**RECORDING** 1:1
**recount** 3:9
**relative** 7:8
**Remember** 3:4
**report** 6:11
**REPORTERS** 1:24
**Republican** 2:6
**Republicans** 4:15
　4:19 5:2
**Rudy** 2:17
**run** 3:24
**Russian** 3:5

**S**

**said** 2:8,17 3:2 4:11
**same** 5:17,19,21
**satellite** 3:21,21
**saw** 5:6
**say** 2:20 3:11
**saying** 5:9,17 6:4
**seats** 2:3
**section** 4:21,22,24
**see** 2:23 5:5,23
**seeing** 4:7
**seemed** 4:2
**seems** 3:5
**Senate** 2:4

**served** 5:9
**set** 3:21
**short** 2:8
**should** 4:10
**Sidney** 2:18
**simple** 4:16
**since** 4:17,18
**Smartmatic** 2:18
**so** 2:11,11 3:3,6,8
　3:16 4:1,9,12,12
　4:19,23 5:2 6:3
**social** 4:22
**software** 2:18
**some** 3:17,17,19,22
　6:11,11
**someone** 2:1
**something** 6:17
**soon** 5:4 6:12,17
**sooner** 6:13
**spend** 3:5
**spent** 3:4
**spied** 5:10
**spy** 5:16
**state** 2:4 4:2
**states** 2:15 4:3
**stay** 2:5
**Steele** 5:15,20
**still** 2:8
**stock** 6:3
**SUNDAY** 1:3
**swing** 2:15
**system** 4:13

**T**

**take** 4:15 5:2
**talks** 6:9
**tech** 4:16 5:18
**tell** 6:1
**temporary** 3:21
**terms** 2:23
**testify** 5:7
**than** 2:7
**that** 2:3,5,10,20,22
　3:16 4:1,2,4,5,14
　4:22,22,23,24 5:1
　5:22 6:11,12,16
　7:4,8,10
**that's** 2:9,9,11 4:22
**the** 1:1 2:2,3,4,12,13
　2:17,18,19,21,23
　3:1,2,4,4,6,8,10
　3:12,12,13,14,14
　3:24 4:3,5,6,9,12
　4:15,18,19,19,22
　4:22,23 5:2,7,8,12
　5:13,15,15,16,17

　5:19,19,20,20,21
　5:22,24 6:4,9,15
　6:15,15,17 7:4,5,9
　7:10
**their** 3:18
**then** 4:5 5:10,15
**there** 2:20 4:9 5:3,4
**these** 2:15 4:8 6:1
**they** 2:19,20,20
　3:19,20 4:7,23 6:1
**they're** 4:9,17,18
　5:20 6:16
**things** 3:15 6:2
**think** 4:16 6:6
**this** 2:24 3:3,6,23
　6:7 7:6,9
**THOMPSON** 1:24
**those** 2:2 3:10 4:9
**through** 4:14
**to** 2:7,9,9,13,21 3:5
　3:6,16,18 4:6,9,14
　4:16,21,24 5:1,5,9
　5:15,15,16,17,23
　5:23,24 6:15,16
　6:16 7:6,9
**told** 2:1 5:19,21
**tomorrow** 3:3
**took** 2:12 3:7 5:15
**TRANSCRIBED**
　1:24
**transcript** 1:1 7:5
**TRANSCRIPTIO...**
　7:1
**treat** 4:17
**true** 7:4
**Trump** 2:7,22 4:3
　5:14,16
**trust** 5:18,18,19,20
　5:21 6:1
**turn** 2:21
**TV** 5:13
**two** 4:20

**U**

**until** 3:3 4:14 5:1
**up** 2:3,6,8 3:21 4:4
**us** 2:1 5:20,21,23
　6:1

**V**

**verification** 4:11
**vote** 5:19
**voter** 2:24
**voters** 3:17,18
**votes** 2:7,21,22,22
**voting** 2:19 3:22

**W**

**want** 4:6,11 5:5
**wants** 4:16
**warrant** 5:16
**was** 4:8,8,10 5:14
**way** 2:9,9 6:7
**we** 2:3,5,6,13,22 3:1
　3:5,8,9 4:10,11,13
　4:19,24 5:5,6 6:13
　6:14,14
**We'd** 2:4
**we'll** 5:4
**we're** 4:14 5:1,3,3,3
　5:4
**week** 5:7
**weeks** 3:3,5
**Well** 5:5,11
**went** 5:13
**were** 2:21,21 3:20
　3:24
**weren't** 3:19
**what** 2:10,12,14,17
　2:23 3:7,7 4:8,8
　5:10 6:3
**when** 5:14
**where** 2:22 3:6,17
　6:7,8
**which** 3:23 4:8,21
**whistleblower** 5:22
**who** 4:11 5:17,19,21
**whole** 6:3
**why** 2:11,13 3:14,15
　3:16,19,20 4:1,1,5
　4:6,7
**Wisconsin** 2:15
**with** 6:9
**won** 4:3
**work** 6:10
**would** 2:1,3,5,5,7
　5:9
**wound** 4:4

**X**

**Y**

**Yeah** 2:16
**years** 3:4 5:12 6:5
**you** 2:2,16,23 3:2,14
　3:23 4:1,16 5:11
　5:12,12,13,13,15
　5:18,18,18,20,21
　6:1,6,12,13
**you'd** 2:8
**Your** 5:8

**Z**

| 0 |
|---|

| 1 |
|---|

**10** 2:3,7
**12** 2:3
**13** 2:3
**15** 1:6

| 2 |
|---|

**2016** 2:8 5:14
**2020** 1:6
**230** 4:21

| 3 |
|---|

| 4 |
|---|

| 5 |
|---|

| 6 |
|---|

| 7 |
|---|

**73** 2:11

| 8 |
|---|

| 9 |
|---|

**9** 2:7