# Exhibit 7





# Giuliani: Trump is contesting the election 'vigorously' in the courts

Nov. 15, 2020 - 12:05 - President Trump's personal attorney Rudy Giuliani tells 'Sunday Morning Futures' that 'right now our cases are the most developed in Pennsylvania and in Michigan.'

 

For video troubleshooting and help *click here.*

  

**SUNDAY MORNING FUTURES WITH MARIA BARTIROMO**

   

| PLAYING 12:05 | UP NEXT 5:37 | 4:32 | 8:53 |
|---|---|---|---|
| Giuliani: Trump is contesting the election 'vigorously' in the courts | Trump legal team to file new ballot lawsuits | McCarthy: Republicans close enough to control House floor | Sen. Cruz on election lawsuits: 'Allow the legal process to move forward' |

You are viewing ...

Featured

---

Document title: Giuliani: Trump is contesting the election &#39;vigorously&#39; in the courts | Fox News Video
Capture URL: https://video.foxnews.com/v/6209933935001?playlist_id=3386055101001#sp=show-clips
Capture timestamp (UTC): Mon, 01 Feb 2021 20:20:51 GMT

Page 1 of 4

You are viewing ...

Featured

## What to Watch


**Trump impeachment trial is a 'political proceeding,' not a legal proceeding: Andy McCarthy**


**Big Tech censorship, blacklisting of Trump supporters, conservatives is 'very dangerous': Hugo Gurdon**


**Sen. Cotton slams Biden's job-killing executive orders on immigration, Keystone pipeline**


**Brother of 9/11 victim on Biden's plan to vaccinate Gitmo detainees**


**Fox Business Flash top headlines for February 1**


**Republican senators to make counteroffer to Biden's $1.9T COVID-19 plan**


**Ex-Keystone Pipeline worker: Radical energy policies made me lose my job**


**Biden faces scrutiny over reliance on executive orders**

Load more clips ↓                                   See all What to Watch clips →

## Most Recent Episodes


**The Next Revolution w/ Steve Hilton - Sunday, January 31**


**Life, Liberty & Levin - Sunday, January 31**


**Fox News Sunday - Sunday, January 31**


**#MediaBuzz - Sunday, January 31**


**Sunday Morning Futures w/ Maria Bartiromo - Sunday, January 31**


**The Greg Gutfeld Show - Saturday, January 30**


**Justice with Judge Jeanine - Saturday, January 30**


**Watters' World - Saturday, January 30**

 **Sunday Morning Futures w/ Maria Bartiromo - Sunday, January 31**

 **The Greg Gutfeld Show - Saturday, January 30**

 **Justice with Judge Jeanine - Saturday, January 30**

 **Watters' World - Saturday, January 30**

Load more clips ↓                                                  See all Most Recent Episodes clips →

## Latest News

 **Trump's second impeachment trial will be 'grand political theater': Howard Kurtz**

 **Chicago mother of 3 shares frustration of mayor amid in-person learning battle**

 **Fox News Flash top headlines for February 1**

 **Kudlow lays out what troubles him in Biden's $1.9T coronavirus relief proposal**

 **Laura Ingraham says goodbye to departing staffers**

 **Powerful storm blankets the Northeast in snow**

 **Guantanamo Bay detainees being prioritized for COVID-19 vaccine 'lacks all common sense': Pete Hegseth**

 **SNL avoids President Biden in new episode**

Load more clips ↓                                                  See all Latest News clips →

### Watch Live
- The Story with Martha MacCallum
- The Claman Countdown

### Show Clips
- America Reports
- America's News HQ
- America's Newsroom
- Cavuto
- Cavuto Live
- Fox Files
- Fox News @ Night
- Fox News Sunday
- FOX News Primetime
- Fox News Reporting

- OBJECTified
- Outnumbered
- Special Report
- Specials
- Sunday Morning Futures w/ Maria Bartiromo
- The Faulkner Focus
- The Five
- The Greg Gutfeld Show
- The Ingraham Angle

### News Clips
- Featured
- Politics
- US
- Opinion
- Entertainment
- Tech
- Science
- Health
- Travel
- Lifestyle






Laura Ingraham says goodbye to departing staffers

Powerful storm blankets the Northeast in snow

Guantanamo Bay detainees being prioritized for COVID-19 vaccine 'lacks all common sense': Pete Hegseth

SNL avoids President Biden in new episode

Load more clips ↓

See all Latest News clips →

## Watch Live

The Story with Martha MacCallum

The Claman Countdown

## Show Clips

America Reports
America's News HQ
America's Newsroom
Cavuto
Cavuto Live
Fox Files
Fox News @ Night
Fox News Sunday
FOX News Primetime
Fox News Reporting
Fox & Friends First
Fox & Friends
Fox Report Weekend
Geraldo Rivera Reports
Hannity
Justice w/ Judge Jeanine
Life, Liberty & Levin
MediaBuzz

OBJECTified
Outnumbered
Special Report
Specials
Sunday Morning Futures w/ Maria Bartiromo
The Faulkner Focus
The Five
The Greg Gutfeld Show
The Ingraham Angle
The Journal Editorial Report
The Next Revolution with Steve Hilton
The Property Man
The Story with Martha MacCallum
Tucker Carlson Tonight
War Stories
Watters' World

## News Clips

Featured
Politics
US
Opinion
Entertainment
Tech
Science
Health
Travel
Lifestyle
World
Sports




©2021 FOX News Network, LLC. All rights reserved. This material may not be published, broadcast, rewritten, or redistributed. All market data delayed 20 minutes. New Privacy Policy - New Terms of Use (What's New) - FAQ - Do Not Sell my Personal Information

---