# Exhibit 8



Tweet

**Maria Bartiromo**
@MariaBartiromo

Giuliani: Trump is contesting the election 'vigorously' in the courts ow.ly/B8xq30rk7Gb @FoxNews @SundayFutures || on Parler @mariabartiromotv

Giuliani: Trump is contesting the election 'vigorously' in the co...
President Trump's personal attorney Rudy Giuliani tells 'Sunday Morning Futures' that 'right now our cases are the most ...
video.foxnews.com

4:13 PM · Nov 15, 2020 · Hootsuite Inc.

**3.8K** Retweets **340** Quote Tweets **15.2K** Likes

**Gunnar Bengtsson** @GBInternet · Nov 15
Replying to @MariaBartiromo @FoxNews and @SundayFutures
If Giuliani is his best bet, he should have just thrown in the towel already.

9 2 44

**Patricia - One Cat Shy of Crazy Cat Lady** @pgail61 · Nov 15
Replying to @MariaBartiromo @FoxNews and @SundayFutures
And "vigorously" getting them tossed out every single time!

No evidence of voter fraud or manipulation of results.

Biden is your President-Elect!

#GiveItUpRudyColludy

← Tweet

No evidence of voter fraud or manipulation of results.

Biden is your President-Elect!

#GiveItUpRudyColludy

💬 26   🔁 1   ♡ 58   ⬆️

**mark whittlesey** @markwhittlesey · Nov 15
Replying to @MariaBartiromo @FoxNews and @SundayFutures
Ummmm.. yea... and the judges are dismissing the lawsuits just as "vigorously".. and the lawyers are resigning and backing off just as "vigorously".. because they dont want to be disbarred or sanctioned.

💬 2   🔁   ♡ 14   ⬆️

**scotty** @scottydozntknow · Nov 15
Replying to @MariaBartiromo @FoxNews and @SundayFutures
I'm no lawyer, but if I were @dominionvoting I would be suing their asses off for the damage @foxnews is causing to their company.

💬 5   🔁   ♡ 14   ⬆️

**Tree** @tree_kettle · Nov 15
Replying to @MariaBartiromo @FoxNews and @SundayFutures
So many lies.  All debunked.

"He was behind, impossible to catch up"
Wrong, expected actually.

"No republican observers"
Wrong, went to court where republicans admitted this wasn't true.

💬 3   🔁   ♡ 4   ⬆️

**Terrie Thorpe** @TerrieThorpe · Nov 15
Replying to @MariaBartiromo @FoxNews and @SundayFutures
Thank you Maria for your integrity - a breath of fresh air

💬 2   🔁   ♡ 6   ⬆️

**Marie Space** @LuckyBedford · Nov 15
Replying to @MariaBartiromo @FoxNews and @SundayFutures
You are going to have to live through the next 4 years as we did the past 4







Tweet

3 · 10

**Robert B.** @Liebefacts · Nov 15
Replying to @MariaBartiromo @FoxNews and @SundayFutures
Give it up!!!! Biden W O N !!!!!!!!! Just like Trump won in 2015. See how that works!!!!!! One side wins, the other is upset. It's called DEMOCRACY.

9 · 2 · 7

😷 **Not_Exonerated** 😷 @Not_Exonerated · Nov 15
Replying to @MariaBartiromo @FoxNews and @SundayFutures
THERE IS NO CONTEST

11 · 2 · 23

**TradeOrFade** @or_fade · Nov 15
Replying to @MariaBartiromo @FoxNews and @SundayFutures
With zero evidence

I'll take the word of the FBI and Homeland Security Head,

Tweet

**TradeOrFade** @or_fade · Nov 15
Replying to @MariaBartiromo @FoxNews and @SundayFutures
With zero evidence

I'll take the word of the FBI and Homeland Security Head,
not Rubbin' Rudy

Soros? Venezuela? You can't make this stuff up

12 2 32

**Evan Wucher** @moviedude89 · Nov 15
Replying to @MariaBartiromo @FoxNews and @SundayFutures
I think we're all dumber for listening to him. Face real facts Trump lost it's over. Those votes will be deemed legal and that is all! Trump and Giuliani will escape into obscurity

1 1

**Chris B** @c_d_burt · Nov 15
Replying to @MariaBartiromo @FoxNews and @SundayFutures
You let him spout off accusations about Dominion software, unchallenged, 1500+ jurisdictions used that software in 2016 to elect Trump, so if it's not trustworthy, he wasn't elected legally either?

1 6

**JD Wear a mask! Ossoff and Warnock for Georgia!** @JDJ... · Nov 15
Replying to @MariaBartiromo @FoxNews and @SundayFutures
He lost. We're in the middle of a pandemic and need a smooth transition. Trump has given up on COVID. For the safety of the American people: STOP!

He has lost in court every step of the way. Joe Biden is our President elect.

6 19

**Thatguyreally?** @Thatguyreally1 · Nov 15
Replying to @MariaBartiromo @TeamTrump and 2 others
Maria - YOU know better. Don't do this for just ratings. Democracy is more important than this. Don't act like a communist - act like a true American. If you want to be taking seriously in the future - interview properly.

← Tweet

**Thatguyreally?** @Thatguyreally1 · Nov 15
Replying to @MariaBartiromo @TeamTrump and 2 others
Maria - YOU know better. Don't do this for just ratings. Democracy is more important than this. Don't act like a communist - act like a true American. If you want to be taking seriously in the future - interview properly.

💬 1    🔁    ♡ 2    ↗

**dwick** @Dwick05343104 · Nov 15
Replying to @MariaBartiromo @FoxNews and @SundayFutures
wtf?
Don the Con.
He's NOT looking forward to coming out from under his presidential shield.

💬    🔁    ♡    ↗

**Alphonse Lavallée** @ALavellee · Nov 15
Replying to @MariaBartiromo @FoxNews and @SundayFutures
A lawyer's duties include being truthful with the court. This prohibits a lawyer from making false statements, offering evidence the lawyer knows is false, etc.

It's why Trump's lawyers are admitting in court his cases are bogus.

And why only @RudyGiuliani will take him now.

💬    🔁    ♡ 13    ↗

**D ump T rump** @DuMpTrUmPs2020 · Nov 15
Replying to @MariaBartiromo @FoxNews and @SundayFutures
0 for 20

💬    🔁    ♡    ↗

🇺🇸🇫🇷**fed421**🇺🇸🇫🇷⚓ @fed421 · Nov 15
Replying to @MariaBartiromo @TeamTrump and 2 others
UNBELIEVABLE !!!!!!!!!!!

💬    🔁    ♡    ↗

🦋**The Balance** 🌀🌀🦋🦋🇺🇸🇫🇷 @75Smtk · Nov 15
Replying to @MariaBartiromo @FoxNews and @SundayFutures
I contest Rudy Giuliani vigorously. All of him.

💬    🔁    ♡    ↗

**Strongertogether (@🏠)** @2Trumplethinski · Nov 15
Replying to @MariaBartiromo @TeamTrump and 2 others
And lost 20 cases. Yawn.

The following media includes potentially sensitive content.
Change settings                                      **View**

💬    🔁    ♡    ↗

🎄🎅🏼*°•Dev•°*🤶🏼🎄 **Merry Christmas** 🤗 @IslandgirlDev · Nov 15

# Tweet

The following media includes potentially sensitive content. Change settings    **View**

---

🐕 🎅 *°•Dev•°* 🎅 🎄 **Merry Christmas** 🤗  @IslandgirlDev · Nov 15
Replying to @MariaBartiromo @FoxNews and @SundayFutures
😂🤣😂🤣😂 Rudy, what a joke!

♡ 2

---

**Mj Johnson** 🌍 @tweetsie26 · Nov 15
Replying to @MariaBartiromo @FoxNews and @SundayFutures
I recommend #MuteMaria

---

**Winter is Coming** @Longerthan1char · Nov 15
Replying to @MariaBartiromo @FoxNews and @SundayFutures
I thought you were leaving Twitter forever for your little Parlour games.

---

**Biden/Harris to restore decency 2020** @halojinx · Nov 15
Replying to @MariaBartiromo @FoxNews and @SundayFutures
Bigly and Hugely? Oh Oh. Well just as long as he doesn't go to tremendously and powerfully because then we'd be in trouble. #TrumpConcede

How is the covid response going?

♡ 1

---

**Jonathan Drake** @SassSquish · Nov 15
Replying to @MariaBartiromo @FoxNews and @SundayFutures
Uh oh, he's contesting it "vigorously".
I just hope he doesn't contest it "adamantly".
Or... even (gasp) "strongly"!  *shudder*

---

**Bailey Cooper** 🐾🐱🐶💐🕯️🕯️🗽🇺🇸🕯️🕯️ @adamspva · Nov 15
Replying to @MariaBartiromo @FoxNews and @SundayFutures
Good one...the only thing trump does "vigorously" is play golf and he uses a cart and cheats there too!





Tweet

**Joe Marino** @JoeMari06017501 · Nov 15
Replying to @MariaBartiromo @JennaEllisEsq and 2 others
Judge after hearing evidence.

**Joe Marino** @JoeMari06017501 · Nov 15
Replying to @MariaBartiromo @JennaEllisEsq and 2 others
Followed the judge filing the paperwork.

← Tweet

[GIF]

♡ 1

**Joe Marino** @JoeMari06017501 · Nov 15
Replying to @MariaBartiromo @JennaEllisEsq and 2 others
Rudy leaving the courthouse.



**Joe Marino** @JoeMari06017501 · Nov 15
Replying to @MariaBartiromo @JennaEllisEsq and 2 others
I hear it's going great.

**Beth** @MemoirScribe · Nov 16
Replying to @MariaBartiromo @TrumpWarRoom and 2 others
We're hearing all our cases but 1 were dismissed in the courts. Tell us what happened Friday the 13th!

**LondonGal** 🌴🍸 @londongal_28 · Nov 16
Replying to @MariaBartiromo @FoxNews and @SundayFutures