# Exhibit 9



Tweet

**Maria Bartiromo** @MariaBartiromo

Why doesn't Biden camp want to know truth about voting irregularities? ow.ly/fhxx30rk7MB @Jim_Jordan @FoxNews @SundayFutures

Why doesn't Biden camp want to know truth about voting irre...
House Judiciary Committee ranking member Rep. Jim Jordan, R-Ohio, addresses investigations into alleged election voter ...
video.foxnews.com

4:35 PM · Nov 15, 2020 · Hootsuite Inc.

**6.4K** Retweets **818** Quote Tweets **28.2K** Likes

**Sue Smothers** @tnmtnlake · Nov 15
Replying to @MariaBartiromo @Jim_Jordan and 2 others
Because they already know!
1 17

**Haiyan** @freebirddlhytt · Nov 15
Replying to @MariaBartiromo @Jim_Jordan and 2 others
They did I it. Of course they don't want to hear anything people talking about it.
1

**Christine Doerr** @gardenlady302 · Nov 15
Replying to @MariaBartiromo @Jim_Jordan and 2 others
Because they already know; how do you think they "won" (even though they did not) - time will tell ... carry on Rudy and Sydney Powell ... the truth will set us free!!
5 4 19

**Mr. Jackpots** @WtConsigliere · Nov 15
Replying to @MariaBartiromo @Jim_Jordan and 2 others
Why don't you want to recognize the results of an election call by your own network

Neal Cavouto did

Stop hurting America
6 20

**The D-Train** @TheDTrain3 · Nov 15





Tweet

Stop hurting America

6 20

**The D-Train** @TheDTrain3 · Nov 15
Replying to @MariaBartiromo @Jim_Jordan and 2 others
Maria - great job. Will be super interesting to see if Republicans can back up their allegations. EXPLOSIVE stuff if true.

2 2

**John Larkin** @jlark8 · Nov 15
Replying to @MariaBartiromo @Jim_Jordan and 2 others
They already know the truth. It was a fair and secure election. Stop being part of the problem.

8 2 27

**Stephen Herrod** @dasramas · Nov 15
Replying to @MariaBartiromo @Jim_Jordan and 2 others
There is a pandemic going on. People this year opted for legal mail in voting and it is being used as an excuse for Trump getting his ass kicked. He did everything to prevent mail in votes not because they are fraudulent. He did it because he hoped for lower voter turnout.

16 31

**Shirley Bianchi** 🇺🇸🇺🇸⭐⭐🏔🏔 @shirleybianchi2 · Nov 15
Replying to @MariaBartiromo @Jim_Jordan and 2 others
EXCEPTIONAL BROADCASTING JOURNALISM TODAY WITH @SidneyPowell1 @RudyGiuliani @Jim_Jordan

RARE THESE DAYS!

🙏🛡💪🏔🇺🇸

1 1

**Scott Moore** @ScottMoore__ · Nov 15
Replying to @MariaBartiromo @Jim_Jordan and 2 others
Why doesn't the trump camp want to see if their was voter fraud in the states trump 'allegedly' won? Maybe Texas, Florida, Ohio etc. had voter fraud? trump should send his lawyers to those states as well.

22 2 65

**whammerkid** ✊✊🏻✊🏼✊🏽✊🏾✊🏿🇺🇸 @whammerkid · Nov 15
Replying to @MariaBartiromo @Jim_Jordan and 2 others
Now do trump in 2016

1 1

**David Namkung** @dnamkung · Nov 15
Replying to @MariaBartiromo @Jim_Jordan and 2 others
investigate Texas, NC and Florida! Rife with fraud!

1

Tweet

**David Namkung** @dnamkung · Nov 15
Replying to @MariaBartiromo @Jim_Jordan and 2 others
investigate Texas, NC and Florida! Rife with fraud!
1

**J'aime Velo** @JaimeVelo · Nov 15
Replying to @MariaBartiromo @Jim_Jordan and 2 others
Ha! The DNC was BEHIND the voting irregularities.
1 1

**Not Your Enemy** @nikkikessler · Nov 15
Replying to @MariaBartiromo @JudiciaryGOP and 3 others
Biden won.
3 1 2

**Gloria R. Spielman** @GloriaRSpielman · Nov 15
Replying to @MariaBartiromo @Jim_Jordan and 2 others
New Communust overtake has Communust rule: opponents din't count and they'll silence us.
6 3

**Brian Smith #Georgia #SenateRunoff** @Quicklitning · Nov 15
Replying to @MariaBartiromo @icare4america16 and 3 others
Because he has a country to run, with Covid19 pandemic and a Trump Virus economy in crisis.
1 6

**Joe Jane** @JoeJane13 · Nov 15
Replying to @MariaBartiromo @Jim_Jordan and 2 others
Why are you still on Twitter?
2 14

**Allan Renz** @allanrenz · Nov 15
Replying to @MariaBartiromo @Jim_Jordan and 2 others
Cause they don't effect outcome of the election. Biden has been elected in a landslide.
1 5

**richard saxton** @nolodie · Nov 15
Replying to @MariaBartiromo @Jim_Jordan and 2 others
Who agrees with him? Even his attorneys quit. And you know attorneys: for a buck, they ... well ... you know.
1 8

**I Came; I Saw; I Got Over Macho Grande** @smitty_one_each · Nov 15
Replying to @MariaBartiromo @TheBeaSmith and 3 others
Maybe it already knows, having planned and inserted those irregularities.
1 9



Tweet

1 8

**I Came; I Saw; I Got Over Macho Grande** @smitty_one_each · Nov 15
Replying to @MariaBartiromo @TheBeaSmith and 3 others
Maybe it already knows, having planned and inserted those irregularities.
1 9

**Alfred Southerland** @TexasEEOLaw · Nov 15
Replying to @MariaBartiromo @Jim_Jordan and 2 others
The courts have been reviewing the claims asserted by Trump and his supporters. They have not been validated. Anyone can assert a claim of fraud. Without proof, the claims are not going anywhere.
1 2

**Grow up, shut up & mask up.** @dgoulet77 · Nov 15
Replying to @MariaBartiromo @Jim_Jordan and 2 others
The irregularities are are McConnell, Graham and Collins got re-elected. Let's do a forensic review there shall we.
2 5

**Gaetano Lardieri** @NewarkGuy · Nov 15
Replying to @MariaBartiromo @Jim_Jordan and 2 others
DJT going to the Epstein Suite. Melania and Ivanka to Cell Block H
1 1

**Suneil Malhotra** @SuneilSMalhotra · Nov 15
Replying to @MariaBartiromo @Jim_Jordan and 2 others
Go back to @parler_app
1 2

**mark whittlesey** @markwhittlesey · Nov 15
Replying to @MariaBartiromo @Jim_Jordan and 2 others
Uhhhh... they aren't the arbiter here.. It's the judges who are laughing the Trump lawyers out of courts.. because they have NO PROOF... of any "voting irregularities"... Newsflash: Saying it on Twitter is NOT proof.. Do it under oath or dont bother us...
1 2

**Mark Schachter** @ccbexpres · Nov 15
Replying to @MariaBartiromo @Jim_Jordan and 2 others
Elementary my dear Watson cause there was none or so the courts say but what do they know
1

**gibson135** @JimVaughan73 · Nov 15
Replying to @MariaBartiromo @Jim_Jordan and 2 others
As soon as there is some proof it exists... as soon as we start seeing some actual proof...

"This evidence will be shortly forthcoming" - Trumps lawyer when asked for it by a judge.



Tweet

Replying to @MariaBartiromo @Jim_Jordan and 2 others
As soon as there is some proof it exists... as soon as we start seeing some actual proof...

"This evidence will be shortly forthcoming" - Trumps lawyer when asked for it by a judge.

In other words, they don't have any.

2 1

**Brian Smith #Georgia #SenateRunoff** @Quicklitning · Nov 15
Replying to @MariaBartiromo @icare4america16 and 3 others
Trump's own officials say 2020 was America's most secure election in history. Homeland Security put out a statement WITH state and local officials that countered the president's fraud claims.

Trump's own officials say 2020 was America's most secure election in his...
Homeland Security put out a statement with state and local officials that countered the president's fraud claims.
vox.com

5 2 10

**Jeremy Stamper** @jeremymstamper · Nov 15
Replying to @MariaBartiromo @Jim_Jordan and 2 others
"Irregularities" are only relevantly they would decisively change the outcome of the election.

7 4

**Dawn is not so tolerant anymore** 👌😷👌 @OliveHymSo... · Nov 15
Replying to @MariaBartiromo @Jim_Jordan and 2 others
Why can't the Trump camp face reality?

15 1 36

**Jody Vance** @jodyvance · Nov 15
Replying to @MariaBartiromo @Jim_Jordan and 2 others
Questioning tabulation of votes in the US sounds so ........ Putin of you. It's so wild to watch from abroad.

6 42



Tweet

**Jody Vance** @jodyvance · Nov 15
Replying to @MariaBartiromo @Jim_Jordan and 2 others
Questioning tabulation of votes in the US sounds so ........ Putin of you. It's so wild to watch from abroad.
6 42

**Dealmaker Emeritus** @IntlMergers · Nov 15
Replying to @MariaBartiromo @JudiciaryGOP and 3 others
Why don't you remember what it was like to be a bonafide journalist?
7 59

**Tracey Schwartz** @phillygirl11 · Nov 15
Replying to @MariaBartiromo @Jim_Jordan and 2 others
Sad sad Maria .... every lawsuit Trump layers have brought has been tossed out. Every time a lawyer has to put hand on bible with penalty of jail they have said
"We are not here to claim fraud" you will never get your reputation back ... he has conned you all
11 1 67

**AngelS3333** @S3333Angel · Nov 15
Replying to @MariaBartiromo @History6 and 3 others
Because there are none. That's been proven. Just another pointless conspiracy theory because losing made Trumpian cry.
4 27

**Salty Nuts** @SaltyNuts10 · Nov 15
Replying to @MariaBartiromo @Jim_Jordan and 2 others
Ask yourself. How and why do the Dems rig ballots for Biden but leave other votes for Republicans. Specifically US senators. Answer that.
11 2 27

**Ross Trevelyan** @JumpintraxJack · Nov 15
Replying to @MariaBartiromo @Jim_Jordan and 2 others
They do. They just want to see evidence supporting the claims of fraud. So far, there has been ZERO. Lead the charge! Let's make this fun. Present hard evidence.
8 2 53

**Sista Simp** @SistaSimp · Nov 15
Replying to @MariaBartiromo @lthomps54 and 3 others
They know the TRUTH and the TRUTH has set @realDonaldTrump FREE! #ConcedeAlready
1 1

**goodpasture** @goodpasture · Nov 15
Replying to @MariaBartiromo @Jim_Jordan and 2 others
Because he cheated and he knows it and real soon won't be 'president-elect" but hopefully with any luck inmate 30330 YAH!