# Exhibit 10



Tweet

**Maria Bartiromo**
@MariaBartiromo

Attorney Powell on election legal challenges that remain active in several states ow.ly/9pz930rk7Nv @SundayFutures @FoxNews @SidneyPowell1

Attorney Powell on election legal challenges that remain activ...
Sidney Powell, of President Trump's legal team, tells 'Sunday Morning Futures' that 'the evidence is coming in so fast' she ...
video.foxnews.com

4:39 PM · Nov 15, 2020 · Hootsuite Inc.

**5.9K** Retweets **805** Quote Tweets **18.3K** Likes

**GOP silence pushing America's next Civil War.** @whitebr... · Nov 15
Replying to @MariaBartiromo @SundayFutures and 2 others
JAN 20 Trump will be removed from office.
25 11

**Anita Kaelin😷#AmericaStrongerWithBiden** @AnitaKaeli... · Nov 15
Replying to @MariaBartiromo @SundayFutures and 2 others
PROPAGANDA PROMOTER
19 1 14

**Leigh38UF** @Leigh29UF · Nov 15
Replying to @MariaBartiromo @SundayFutures and 2 others
All false info. Good try lawyers.
32 2 9

**Lisa says** @brunofan2012 · Nov 15
Replying to @MariaBartiromo @SundayFutures and 2 others
If they had evidence, they would be screaming it from the rooftops. Please.
74 2 43

**Dr. Richieb** @rburke789 · Nov 15
Replying to @MariaBartiromo @SundayFutures and 2 others
what I dont understand is why they wouldn't take the senate at the same time. Im sure there is a an explanation
13 11

**Ed W. Jones** 💙 @Ed_W_Jones · Nov 15
Replying to @MariaBartiromo @SundayFutures and 2 others



Tweet

time. Im sure there is a an explanation

13 11

**Ed W. Jones** @Ed_W_Jones · Nov 15
Replying to @MariaBartiromo @SundayFutures and 2 others
These are all outlandish claims & baseless conspiracy theories that will be thrown out in court right away!

Just Watch:)

No, Dominion voting machines did not cause widespread problems!

No, Dominion voting machines did not cause widespread problems
Dominion software was used in only two of the five counties that had problems in Michigan and Georgia, and there are detailed explanations.
chicagotribune.com

8 4

**Jeannieology** @jeanniology · Nov 15
Replying to @MariaBartiromo @toby1995 and 3 others
After this revolution is over, and we resurrect destroyed monuments and historic statues, can we commission a new one of 'Sidney Powell the Magnificent' riding atop a Kracken to victory? @SidneyPowell1

8 34 149

**Fi.lo.zof** @Phi_lo_sopher · Nov 15
Replying to @MariaBartiromo @SundayFutures and 2 others
What legal challenges? Trump's baseless accusations because he wants to milk Americans a bit more failing one by one?

4 3

**MikeBates** @MikeBates · Nov 15
Replying to @MariaBartiromo @SundayFutures and 2 others
With an ace legal team like Rudy and Sidney Powell, it's difficult to understand how, almost two weeks after the election, Trump's not overturning votes by the millions. Or thousands. Or hundreds. Or dozens. Or. . .

22 7 39





Tweet

Replying to @MariaBartiromo @SundayFutures and 2 others

With an ace legal team like Rudy and Sidney Powell, it's difficult to understand how, almost two weeks after the election, Trump's not overturning votes by the millions. Or thousands. Or hundreds. Or dozens. Or. . .

22 7 39

**My Spectre** @Dwell_at_Night · Nov 15

Replying to @MariaBartiromo @SundayFutures and 2 others

Let's go ahead and assume that this software can be used in the way described here. If that is proven to be true, that does not evidence that the software was used in that way (which is the claim). This is anomaly hunting toward a preconceived conclusion. AKA conspiracy Theory.

3 2

**Sue** @savvsus · Nov 15

Replying to @MariaBartiromo @SundayFutures and 2 others

I am wiping tears as I listen to this. It is beyond horrible that our government has become so corrupt. I knew it I could feel it in my bones. For decades, corruption has escalated. But I denied my own gut. Now it has become real. Like having a nightmare come true.

15 25 208

**Mark** @Mark_Kalet · Nov 15

Replying to @MariaBartiromo @SundayFutures and 2 others

I pray for her safety, I no longer trust our government to protect people like this. Not that I have for decades.

5 2 61

**#ThePersistence** @ScottPresler · Nov 15

Replying to @MariaBartiromo @SidneyPowell1 and 2 others

Thank you for the work you're doing, @SidneyPowell1.

It doesn't go unnoticed.

48 614 4K

**Charlie and Lucys mom** @tishiecabrey · Nov 15

Replying to @MariaBartiromo @SundayFutures and 2 others

I'd like to know what happened to you? I used to watch you on CNBC back in the day and you seemed normal, not so much these days....crazy

10 13

**Rob Tessier** @bobtessier · Nov 15

Replying to @MariaBartiromo @SidneyPowell1 and 2 others

The Soap Opera keep going on... ;)

1 2

**Ann Mitchell** @amitchelley · Nov 15

Replying to @MariaBartiromo @SundayFutures and 2 others

Cannot except Biden! He is not the people's choice! Why did our country turn into a third world country!!

Tweet

1 | 2

**Ann Mitchell** @amitchelley · Nov 15
Replying to @MariaBartiromo @SundayFutures and 2 others
Cannot except Biden! He is not the people's choice! Why did our country turn into a third world country!!
1 | 1 | 4

**mark whittlesey** @markwhittlesey · Nov 15
Replying to @MariaBartiromo @SundayFutures and 2 others
What is the score so far??? 1-12??? I know that there have been significant losses in PA and NV.. The legal team flat out quit in AZ...
1 | 1

**NPD Analysis** @NpdAnalysis · Nov 15
Replying to @MariaBartiromo @SundayFutures and 2 others
They keep getting embarrassed and thrown out of court. Where's the actual evidence?
11 | 2 | 22

**Diana Ray** @HazelEyesD · Nov 15
Replying to @MariaBartiromo @SundayFutures and 2 others
the kraken is mythical and does not exist, just like Sidney Powell's "evidence" #ReleaseTheKraken
2 | 1 | 1

**Wyckoff Mode** @ModeWyckoff · Nov 15
Replying to @MariaBartiromo @SundayFutures and 2 others
twitter.com/clif_high/stat...

This Tweet is unavailable.

1 | 7 | 25

**R.E. Thompson - Author (DREAMS - "coming soon")** @R... · Nov 15
Replying to @MariaBartiromo @carrieksada and 3 others
You will always find hundreds when dealing with millions, that is normal and has always been normal, the irregularities expose weaknesses and make us better. But you need tens of thousands, that has never and will still not even be close to happening.

#TermLimits - the only fix
2 | 1 | 2

**Johnny** @silberj · Nov 15
Replying to @MariaBartiromo @SidneyPowell1 and 2 others
Not watching of course, maybe you can just post what she said. I'll start watching when/if you leave @FoxNews
6 | 1

**Her❌on Ja❌es** @RealHermonJames · Nov 15

← Tweet

> Replying to @MariaBartiromo @SidneyPowell1 and 2 others
> Not watching of course, maybe you can just post what she said. I'll start watching when/if you leave @FoxNews

6   1

**Her❌on Ja❌es** @RealHermonJames · Nov 15
Replying to @MariaBartiromo @SundayFutures and 2 others
Trump lost get over it.

2   1

**Marie — 2️⃣8️⃣ days Biden/Harris 🇺🇸 — 🤖☕🍑** @AuCaD... · Nov 15
Replying to @MariaBartiromo @SundayFutures and 2 others
Michael Flynn hack attorney.  How is it that Sidney Powell has not been disbarred yet?

> **Renato Mariotti** ✓ @renato_mariotti · Nov 15
> "In the course of representing a client a lawyer shall not knowingly make a false statement of material fact or law to a third person."
>
> Texas Rule of Professional Responsibility 4.01
>
> Paging @SidneyPowell1 twitter.com/atrupar/status...

10   1   2

**Sepek** @Sarkitor · Nov 15
Replying to @MariaBartiromo @SundayFutures and 2 others
So if the dominion is the problem so the hand recount will solve your problem right lets see how georgia turns out

9   1   6

**AfjView** @AfjView · Nov 15
Replying to @MariaBartiromo @SundayFutures and 2 others
If there are large scale of election fraud, should these be investigate by Justice department/FBI?

3   1

**DR. KRUPALI** @krupali · Nov 15
Replying to @MariaBartiromo @SundayFutures and 2 others
You're a box of birds





Tweet

Pompeo bringing back 'Madison Dinners' mid-pandemic
The dinners, which are being investigated by congressional Democrats, are resuming this week.
nbcnews.com

1

**Elise** @Imagine_1111 · Nov 15
Replying to @MariaBartiromo @SundayFutures and 2 others
"...we're fixin' to..." is she even a real lawyer? 😂

3

**Sunday Phillips, Realtor— Founder & CEO** @SUNDAYPHI... · Nov 15
Replying to @MariaBartiromo @SundayFutures and 2 others
🇺🇸(IF)the GOP cared about America's working class — they would have never allowed the CARES ACT to expire during a global pandemic. GOP was warned by the Fed's that more stimulus will be needed for households. Still GOP REFUSE—to provide economic relief ‼️

From **Sunday Phillips, Realtor— Founder & CEO**

1

**Arjun Sampath** @Arjunior84 · Nov 15
Replying to @MariaBartiromo @SundayFutures and 2 others
Trump is the first president in 90 years, since Herbert Hoover to have a net loss in jobs and the deficit is at an all time high. He's a failed 1 term president...

1

**Max Guelpa** 🇮🇹 🇺🇸 @GuelpaMax · Nov 15
Replying to @MariaBartiromo @SidneyPowell1 and 2 others

Tweet

loss in jobs and the deficit is at an all time high. He's a failed 1 term president...

1

**Max Guelpa** 🇮🇹 🇺🇸 @GuelpaMax · Nov 15
Replying to @MariaBartiromo @SidneyPowell1 and 2 others
CIA 👉GTMO!

1 2 20

**Bridget Powell** @B2coolBridget · Nov 15
Replying to @MariaBartiromo @SundayFutures and 2 others
Excellent interview. Would love to have heard more from @SidneyPowell1 ...#thejigisup.

3 18

**Angelique Bartfield** @Mykonos72 · Nov 15
Replying to @MariaBartiromo @SundayFutures and 2 others
MUST CHANGE THE VOTING SYSTEM.

**COVIDA LOCA** @mcbs_usa · Nov 15
Replying to @MariaBartiromo @SidneyPowell1 and 2 others
"In the course of representing a client a lawyer shall not knowingly make a false statement of material fact or law to a third person."

Texas Rule of Professional Responsibility 4.01

Paging @SidneyPowell1

5

🇺🇸 ***Dr* Mind Your America** 🇺🇸 @MindYourAmerica · Nov 16
Replying to @MariaBartiromo @SundayFutures and 2 others
Thank you. Thank you so much!

1

**WeRockThePlanet** @werocktheplanet · Nov 15
Replying to @MariaBartiromo @SidneyPowell1 and 2 others
WOOO!🔥🔥🔥😁I'm an old school Dem and I THANK YOU for all your courage for We the People - and Team Human worldwide, @SidneyPowell1 and @mariabartiromo We got this, LET'S GOOO!! ✊❤️✊⚖️📜🇺🇸 #2ndAmRev #HumanRevolution #ResistTheFascistReset

2 9 83

**Mary Bermel** @mary_bermel · Nov 16
It's over!!!!

**AP** @Ap1385peace · Nov 15
Replying to @MariaBartiromo @SundayFutures and 2 others
😳

