# Exhibit 11



Tweet

**Maria Bartiromo** @MariaBartiromo

. #BreakingNews the show will repeat @FoxBusiness 6pm et today

> **BlueSkyReport** @BlueSky_Report · Nov 15
> Outrageous: Peter Neffenger is on the Board of Smartmatic and is on Biden's transition team. @MariaBartiromo w/@SidneyPowell1 exposing massive Foreign Election Fraud.
> Show this thread

6:58 PM · Nov 15, 2020 · Twitter for iPhone

**5.3K** Retweets **529** Quote Tweets **13K** Likes

---

**I'm tired..** @Phil_Armatas · Nov 15
Replying to @MariaBartiromo and @FoxBusiness
Maria one of the few left with any courage 💪
5 6 83

---

**DRed1994** 🇨🇦🇺🇸 @Red1994D · Nov 15
Replying to @MariaBartiromo and @FoxBusiness
Should Biden have hired Hunter instead??
1

---

**Jeffrey Todd Schroeder** @JeffreyToddSch1 · Nov 15
Replying to @MariaBartiromo and @FoxBusiness
This doesn't sound very believable. I think the courts might not have tossed out these suits as frivolous had any of these allegations been proven.
13 2 34

Tweet

**Jeffrey Todd Schroeder** @JeffreyToddSch1 · Nov 15
Replying to @MariaBartiromo and @FoxBusiness
This doesn't sound very believable. I think the courts might not have tossed out these suits as frivolous had any of these allegations been proven.

💬 13    🔁 2    ♡ 34

**jose** @jose38823850 · Nov 15
Replying to @MariaBartiromo and @FoxBusiness
There are those that keep saying "there is no evidence" partisan rhetoric!

💬 2    🔁 1    ♡ 5

**Bill** @BillStaubJr · Nov 15
Replying to @MariaBartiromo and @FoxBusiness
Thank you for being a real journalist Maria! Unfortunately, I am only watching your show from clips on Twitter and Parler because I refuse to watch Fox News or any others New outlet! Keep up the good work!

💬 16    🔁 23    ♡ 129

**Golfin' Bum** @GolfinBum · Nov 15
Replying to @MariaBartiromo and @FoxBusiness
I really wish you would report news and not fringe conspiracy theories. Seriously. Every journalist should say they have to show proof or gtfo.

I really enjoyed watching morning futures years ago but this is turning into UFO, Lochness Monster, Big Foot chasing.

💬 2    🔁 1    ♡ 19

**Joe Ogiba** @JoeOgiba · Nov 15
Replying to @MariaBartiromo and @FoxBusiness
Lunch time for MAGA heads.



💬 1    🔁    ♡ 8

**Gregory G. Sarno** @DiogenesQuest · Nov 15
Replying to @MariaBartiromo and @FoxBusiness
"THE LORD'S PRAYER"

← Tweet

♡ 1        ↻        ♡ 8        ⬆

**Gregory G. Sarno** @DiogenesQuest · Nov 15
Replying to @MariaBartiromo and @FoxBusiness
"THE LORD'S PRAYER"

Our Father, who art in heaven, hallowed be thy name; thy kingdom come; thy will be done on earth as it is in heaven. Give us this day our daily bread; and forgive us our trespasses as we forgive those who trespass against us; and lead us not into . . .

♡ 1        ↻ 4        ♡ 22        ⬆

**Sunday Phillips, Realtor— Founder & CEO** @SUNDAYPHI... · Nov 15
Replying to @MariaBartiromo and @FoxBusiness
🇺🇸(IF)the GOP cared about America's working class — they would have never allowed the CARES ACT to expire during a global pandemic. GOP was warned by the Fed's that more stimulus will be needed for households. Still GOP REFUSE—to provide economic relief‼️



From **Sunday Phillips, Realtor— Founder & CEO**

♡ 2        ↻        ♡ 3        ⬆

**Amy Jo Shafer** @AmyJoShafer · Nov 15
Replying to @MariaBartiromo and @FoxBusiness
Hmmm...if they rigged the 2016 election why didn't Hillary win? 🤷‍♀️

♡ 5        ↻        ♡ 5        ⬆

**Nicholas** @Nicholas8645113 · Nov 16
Replying to @MariaBartiromo and @FoxBusiness
From now on, R's and D's will never concede.  They will litigate, claim mass fraud, refuse smooth transitions for Americans, endanger our security, spout conspiracy theories and try to overrule the American voter.

Because the @GOP made it that way.  It is now precedent.

♡ 4        ↻        ♡ 8        ⬆

**RJDO** @Anthroartifact · Nov 16
Replying to @MariaBartiromo and @FoxBusiness



Tweet

Because the @GOP made it that way. It is now precedent.

4 8

**RJDO** @Anthroartifact · Nov 16
Replying to @MariaBartiromo and @FoxBusiness
Here's an easy to follow video on the rise of fascism in Europe.

Must watch for some GOP members of Congress and right wing extremists.

Rick Steves' The Story of Fascism
In this one-hour special, Rick travels back a century to learn how fascism rose and then fell in Europe — ...
youtube.com

1

**mark whittlesey** @markwhittlesey · Nov 15
Replying to @MariaBartiromo and @FoxBusiness
So when does she think she will actually WIN a case.. that matters... one that would change enough votes in AT LEAST 2 states... to switch them from Biden to Trump???

3 3

**viewfinder** @viewfinder007 · Nov 15
Replying to @MariaBartiromo and @FoxBusiness
Please give us a break and leAve Twitter!

2 2

**Jeffrey Levy** @jeffreymlevy · Nov 15
Replying to @MariaBartiromo and @FoxBusiness
Go look at ES&S which has voting equipment in 42 states and has donated to the Republican State Leadership Committee. Their machines have had many issues including vanishing black votes, flipping votes, and other major security issues.

2 2 6

**Elizabeth Rose** @erose001 · Nov 15
Replying to @MariaBartiromo @CDwayneHarris and @FoxBusiness
Maria. What the hell happened to you?

1

**Yonathan Seleshi** @yonathanseleshi · Nov 15
Replying to @MariaBartiromo and @FoxBusiness

> **Justin Baragona** @justinbaragona · Nov 15
> Must watch!
>
> After Maria Bartiromo devoted her entire show this morning to promoting Trump's Dominion conspiracy, Fox News anchor Eric Shawn debunks it and other voter fraud claims, declaring that "such baseless



**Tweet**

**Justin Baragona** @justinbaragona · Nov 15
Must watch!

After Maria Bartiromo devoted her entire show this morning to promoting Trump's Dominion conspiracy, Fox News anchor Eric Shawn debunks it and other voter fraud claims, declaring that "such baseless and false claims are an insult" to election officials and workers.

2 · 3 · 10

**KS@happyplace** @KrisStellick · Nov 15
Replying to @MariaBartiromo and @FoxBusiness
Maria what happened to you? You use to be so honest. Will pray for your soul!

1

**Alexander Williams** @I_Love_Pi_73 · Nov 15
Replying to @MariaBartiromo and @FoxBusiness
Summary.

Q: Do you have evidence of fraud?

A: Yes but I won't show you.

If you buy that, despite the fact that every time they get in front of a judge they admit they have no evidence, you're the mark they are trying to continue gritting.

6 · 2 · 27

**John** @JohnValkyrie240 · Nov 15
Replying to @MariaBartiromo and @FoxBusiness
Unfortunately, all this evidence will be ignored by the courts and swept under the rug.

1

**LD 1961** @1961Ld · Nov 15
Replying to @MariaBartiromo and @FoxBusiness
Maria, u are the Four Seasons Landscaping of journalism



Tweet

under the rug.

1

LD 1961 @1961Ld · Nov 15
Replying to @MariaBartiromo and @FoxBusiness
Maria, u are the Four Seasons Landscaping of journalism

1 16

Jeffrey Todd Schroeder @JeffreyToddSch1 · Nov 15
Replying to @vlynpowell @MariaBartiromo and @FoxBusiness
They don't have enough "proof" to even compel a court to listen to them. Since none of them are prosecutors or DA's, they had better come up with something fast lest they continue to be laughed out of court.

3 1

The Madness Of St. Christopher @PugDaddy25 · Nov 16
Replying to @MariaBartiromo and @FoxBusiness
I may not agree with you politically but I do respect you as a journalist. That said, pushing this garbage is fathoms below you. You're way smarter than that.

1 1

cwalsh3232 @cwalsh3232 · Nov 15
Replying to @MariaBartiromo and @FoxBusiness
Thank you! Can watch it over and over!!

1 12

Sonic 🌍illegal votes➡️foreign wars🌍 @elerizolibre · Nov 15
Replying to @MariaBartiromo and @FoxBusiness
Unless #BeijingBiden makes a Jeep announcement at that time and Murdock has to transmit it.

1

mwren @mwren2 · Nov 15
Replying to @MariaBartiromo and @FoxBusiness
Thank you!

W-Guy(Take Down CCP!) @WonderfulGuy11 · Nov 15
Replying to @MariaBartiromo and @FoxBusiness
Thank you! Thank you very much!
💙💙💙💙💙💙💙💙💙💙💙💙
👍👍👍👍👍👍👍👍👍👍👍👍
🙏🙏🙏🙏🙏🙏🙏🙏🙏🙏🙏🙏

2

MetsFanTommy86 @TJC310 · Nov 15
Replying to @MariaBartiromo and @FoxBusiness
Explosive........diarrhea !!

← Tweet

**MetsFanTommy86** @TJC310 · Nov 15
Replying to @MariaBartiromo and @FoxBusiness
Explosive........diarrhea !!

**MAGA Richi "the Marine"** @Richi75692671 · Nov 16
Replying to @MariaBartiromo and @FoxBusiness
@MariaBartiromo we love you! From one Sicilian to another ❤

**Roy D** @RoyD27112543 · Nov 16
Replying to @MariaBartiromo and @FoxBusiness
Fraud at it's top level

**helene greenberg** @hmiggreen · 42m
Replying to @MariaBartiromo and @FoxBusiness
I loved Maria Bartiroma on CNBC. Now I can never watch her again. I waved at her at a restaurant where she was eating in time warner bldg. now she seems to just be out for money. Those of us who know Trump know she is wrong to support him

**Mr T** @tonyml232 · Nov 15
Replying to @MariaBartiromo and @FoxBusiness
Cheap @FoxNews hedging their bets with some puts!

> The Star-Spangled Banner (version 4.0)
> Remember to Like, Comment, Share, and check out my other videos!Presentation of the national anthem of ...
> 🔗 youtube.com

**Mr T** @tonyml232 · Nov 15
Replying to @MariaBartiromo and @FoxBusiness

> The Star-Spangled Banner (version 4.0)
> Remember to Like, Comment, Share, and check out my other videos!Presentation of the national anthem of ...
> 🔗 youtube.com

**MrKeepDigging** @DiggingMr · Nov 15
Replying to @MariaBartiromo and @FoxBusiness
Yay for transparency! :)

← Tweet

**MrKeepDigging** @DiggingMr · Nov 15
Replying to @MariaBartiromo and @FoxBusiness
Yay for transparency! :)

♡ 1    ♥ 5

**201Cuban** @201Cuban · Nov 15
Replying to @MariaBartiromo and @FoxBusiness
Thanks Maria!

♥ 10

**Leanne K** @kristinkgl · Nov 15
Replying to @MariaBartiromo and @FoxBusiness
🇺🇸🇺🇸🇺🇸❤️❤️❤️❤️❤️

♥ 7

**Clay (hexakosioihexekontahexaphobia)** @MockClay · Nov 15
Replying to @MariaBartiromo and @FoxBusiness
Hack



♡ 1    ♥ 5

**Parisharis** @s2DBopp · Nov 15
Replying to @MariaBartiromo and @FoxBusiness
OMG😮

**John Smith** @Wood_Maya_8 · Nov 15
Replying to @MariaBartiromo and @FoxBusiness
Bring the damn evidences to the court

♥ 5

**AfjView** @AfjView · Nov 15