# Exhibit 12

Login   Watch TV

**TRANSCRIPT** · **Published** November 15 · **Last Update** November 18

# Why doesn't Biden camp want to know truth about voting irregularities?

Fox News



**Why doesn't Biden camp want to know truth about voting irregularities?**

House Judiciary Committee ranking member Rep. Jim Jordan, R-Ohio, addresses investigations into alleged election voter fraud on 'Sunday Morning Futures.'

Nov. 15, 2020 – *This is a rush transcript from "Sunday Morning Futures" November 15, 2020. This copy may not be in its final form and may be updated.*

MARIA BARTIROMO, FOX NEWS ANCHOR:  Good Sunday morning, everyone. Welcome to "Sunday Morning Futures." I'm Maria Bartiromo.

Breaking news this morning on the software that President Trump says was weaponized against him.

Coming up, President Trump's legal team with new evidence this morning of backdoors on voting machines, ballot tampering, and election interference, Rudy Giuliani with new affidavits and lawsuits charging fraud, why the swing states delayed or stopped counting ballots on election night.

Plus, Sidney Powell on the Venezuela connection and whether kickbacks were involved for those taking on Dominion voting machines, as a hand recount of nearly five million ballots is under way in Georgia.

Plus, David Perdue's new mantra, win Georgia, save America. The Georgia senator on the race that may decide your fate, one of two GOP senators fighting to keep the Senate in Republican control, in his first interview on the critical contest and why the entire country hangs in the balance.

Plus, the balance keeps tipping towards Republicans in the House, with more victories, the GOP flipping at least 11 House seats. Jim Jordan, the ranking member on the House Judiciary Committee, on the road ahead.

All that and a lot more, as we look ahead right here, right now on "Sunday Morning Futures."

But first this morning: President Trump's legal team has exactly one month to produce enough evidence to overturn the 2020 election.

With a slew of lawsuits pending in multiple states, it's a tall task, but one that Senator Ted Cruz told us on this program last week is realistic.

(BEGIN VIDEO CLIP)

SEN. TED CRUZ (R-TX): We could easily see -- I believe President Trump still has a path to victory. And that path is to count every single legal vote that was cast, but also not to cast any votes that were fraudulently cast or illegally cast. And we have a legal process to determine what's legal and what isn't.

(END VIDEO CLIP)

BARTIROMO:  Former New York City Mayor and President Trump's personal attorney Rudy Giuliani is working to establish how many legal votes were actually cast. And he joins me right now.

Rudy, it's good to see you this morning. Thanks so much for being here.

RUDY GIULIANI, ATTORNEY FOR PRESIDENT DONALD TRUMP:  Good morning, Maria.

BARTIROMO:  So, I want to start off.

I know that you just spoke with President Trump. And I want to -- I saw you on the phone, but I want to start off with this tweet that President Trump put out, because it's gone viral online, and a lot of people are saying that he is conceding.

And here is what the president wrote on Twitter: "He won because the election was rigged, no vote-watchers or observers allowed, vote tabulated by a radical left privately-owned company, Dominion, with a bad reputation and bum equipment that couldn't qualify for Texas, which I won by a lot, the fake and silent media and more."

Rudy, he says he won. Is the president right now in this tweet conceding this election?

GIULIANI:  No, no, no, far from it.

What he's saying is more, I guess, you would call it sarcastic, or a comment on the terrible times in which we live, in which the media has said he won, but by going on to point out that it was illegal. Obviously, he's contesting it vigorously in the courts.

The media has tried to call the election. And they don't have a legal right to call the election. It only -- it gets decided by our electors, not by NBC, CBS, MSNBC, CNN, and even FOX. You don't get the right to call it. I don't get the right to call it. So he's contesting it vigorously.

As he's gotten more evidence of the rigging that went on, he's really outraged. And I am too. It's way beyond what people think, including a very, very dangerous foreign company that did the votes in 27 states, a company that's not American, a company that's foreign, a company that has close, close ties with Venezuela and therefore China, and uses a Venezuelan company software that's been used to steal elections in other countries.

I mean, I don't think people have any idea of the dimension of the national security problem that Dominion creates. This Dominion company is a radical left company. One of the people there is a big supporter of Antifa and has written horrible things about the president for the last three or four years.

And the software that they use is done by a company called Smartmatic, a company that was founded by Chavez and by Chavez's two allies, who still own it. And it's been used to cheat in elections in South America. It was banned by the United States several -- about a decade ago. It's come back now as a subcontractor to other companies. It sort of hides in the weeds.

But Dominion sends everything to Smartmatic. Can you believe it? Our votes are sent overseas. They are sent to someplace else, some other country. Why do they leave our country?

BARTIROMO:  Yes.

GIULIANI:  And this company had -- and this company has tried-and-true methods for fixing elections by calling a halt to the voting when you're running too far behind. They have done that in prior elections.

Now, what happened on election night? He was ahead by 800,000 votes in Pennsylvania. Impossible to catch up, unless you're cheating, and same thing in Michigan, Wisconsin. He was ahead in all those states by numbers that, in prior times -- and I can show this to you -- networks would have called for him. But they didn't call it for him.

We were ahead in those states. And there was so little to -- like, for example, 800,000 ahead in Pennsylvania, 64 percent of the vote cast. He was outpolling every projection possible. So, right down to the rigged polls before, this is another attempt to try to defeat him by illegal means.

It's no different than the impeachment. It's done by largely the same people who were involved in it. One of the -- the chairman of Smartmatic is a close business associate of George Soros. I have to tell you more?

Finally, you want to get down to the votes, let's just pick Pennsylvania.

We have identified 632,000 illegal votes, 632,000. It's enough to have the president win the state by 300,000, which is actually what he won it by, right, if you get that Smartmatic machine out, and you allow us...

BARTIROMO:  Yes.

GIULIANI:  I mean, this is unprecedented. They're counting mail-in ballots, and they don't allow any Republican to inspect.

BARTIROMO:  So, should we...

GIULIANI:  That is illegal, unlawful, against the law. I don't know how else to put it. Never happened.

I have done many absentee ballot elections. There's a Republican on one side, a Democrat on the other. No, no, no, the Republican was out -- outside, getting pushed around by goons. When they finally get in, they're

20 feet away, and they're told to use binoculars, binoculars.

The only way you can tell whether a mail-in ballot is valid is by examining the outer envelope. The minute you remove the outer envelope, it's gone.

You can no longer validate it. And that's why, under the law of every state, if you don't inspect it, the law -- vote is invalid.

There are cases, including in Pennsylvania, that have been overturned for just a few ballots that were handled that way. We can prove that 632,000 ballots were handled that way, particularly in Philadelphia. And if you tell me that Philadelphia doesn't cheat in elections, I will tell you're living on Mars.

And there is a Mars in Pennsylvania, by the way.

(LAUGHTER)

GIULIANI:  But, I mean, the reality is -- the reality is -- the reality is that I would be surprised if Philadelphia didn't cheat in this election.

BARTIROMO:  Yes.

GIULIANI:  They have done it in the last -- for the last 60 years.

BARTIROMO:  So, let me...

GIULIANI:  Now we move on to Detroit.

BARTIROMO:  I'm...

GIULIANI:  In Detroit...

BARTIROMO:  Yes.

GIULIANI:  ... we have evidence that 100,000 ballots were brought in at

4:30 in the morning and counted.

And to the extent that our witnesses -- and there are four of them -- saw it, and one of them is an ex-employee of Dominion. According to them, every single ballot was for Biden, and not only that, but whatever ballots they could see -- because they weren't Republicans, so they could get closer.

Every ballot they could see, it just had Biden's name on it, nobody else, not even another Democrat. And why does that happen? It happens because, you know you're behind.

BARTIROMO:  Yes.

GIULIANI:  Dominion notifies you. You call off the county. And then you start doing ballots, like this. You can't -- you can't do the down-ticket.

That's why you have Biden and no down-ticket, because they just had enough time to get Biden's name in.

We never got a chance to inspect a single one of those.

OK, I got my....

BARTIROMO:  Will you be able...

(CROSSTALK)

GIULIANI:  ... out.

(LAUGHTER)

BARTIROMO:  Will you be able to prove this, Rudy?

GIULIANI:  Yes, I can prove it.

BARTIROMO:  Look, I want to show this graphic of the swing states that were using Dominion and this software, the Smartmatic software.

You just said it all. This is a Smartmatic, a Delaware entity registered in Boca Raton, Florida, activities in Caracas, Venezuela. The voting machines were used, Dominion voting machines were used in Arizona, Georgia, Michigan, Nevada, Pennsylvania, and Wisconsin.

And I have a graphic showing the states where they stopped counting, which I thought was also strange, to stop counting in the middle of election night.

(LAUGHTER)

BARTIROMO:  One source says that the key point to understand is that the Smartmatic system has a backdoor that allows it to be...

GIULIANI:  Yes.

BARTIROMO:  ... or that allows the votes to be mirrored and monitored, allowing an intervening party a real-time understanding of how many votes will be needed to gain an electoral advantage.

Are you saying the states that use that software did that?

GIULIANI:  Well, I know for -- I can prove that they did it in Michigan. I can prove it with witnesses. We're investigating the rest.

In every one of those states, though, we have more than enough ballots already documented to overturn the result in that state, because not only did they use a Venezuelan company to count our ballots, which almost should be illegal, per se.

Number two, they didn't allow Republicans in key places to observe the mail vote. That makes the mail vote completely invalid.

Now, they didn't do it everywhere. They did it in big cities, where they have corrupt machines that will protect them, meaning in Pennsylvania, Philadelphia and Pittsburgh, in Detroit. They didn't have to do it in Chicago and New York or Boston. They could have. They have corrupt machines there.

They did it absolutely in Phoenix, Arizona. They did it absolutely in Milwaukee, Wisconsin. Republicans were shut out from enough of the count so they could accomplish what Smartmatic wanted to do.

And what you -- and that pattern that you have there, we have evidence that that's the same pattern Smartmatic used in other elections in which they were disqualified. In other words, this is their pattern of activity.

And, yes, there is a backdoor.

BARTIROMO:  Right.

GIULIANI:  And we actually have proof of some of the connections to it.

Right now, our cases are the most developed in Pennsylvania and in Michigan. But we already have enough affidavits from people who were pushed out of being able to observe. So, in each one of the states that he lost narrowly, he won those states probably by 2 or 3 percent.

BARTIROMO:  Yes.

GIULIANI:  I mean, it's a terrible, terrible thing that happened to him.

BARTIROMO:  So, Rudy, two questions real quick before we go.

Do you have the Dominion hardware in your possession?

(LAUGHTER)

BARTIROMO:  Do you need to have that hardware in your possession to prove it? Can you prove the case without the hardware or the software?

GIULIANI:  We have people that I can't really disclose that can describe the hardware in great detail.

We have some of the people, former government employees, our government employees and others, that were there at the creation of Smartmatic. They can describe it. They can draw it. They can show it.

BARTIROMO:  OK.

GIULIANI:  And then we have proof that I can't disclose yet.

BARTIROMO:  And final question.

GIULIANI:  But I'm confident -- I'm confident that...

BARTIROMO:  Yes.

GIULIANI:  Go ahead.

BARTIROMO:  Go ahead.

GIULIANI:  And this has to be examined, Maria.

Beyond this election, which I believe will get overturned -- but, beyond this election, this whole thing has to be investigated as a national security matter. And the governors who gave contracts to this company never bothered to do any due diligence. I mean, I can't imagine you would give a contract to a company if you went one step further and found out it's really being run by people that are close to Maduro and Chavez.

I can't imagine you would do that, unless you're out of your mind.

BARTIROMO:  So, you only have a few weeks, Rudy, because they want to certify the state elections early December.

GIULIANI:  I can't see how you can.

BARTIROMO:  Do you believe you will be able to be prosecute and be heard within this time frame?

GIULIANI:  Of course.

And I can't imagine how a state legislature can certify based upon ballots where we had no opportunity to inspect. And it was done deliberately.

I mean, the fact that it happened in all those states, right, tells you it was a plan. The crooked Democratic leaders in those 10 or 12 places where we were shut out didn't all develop that idea by themselves, right? They didn't have the same dream that night. This is a plan. This is maybe the plan Joe Biden was talking about.

He's got the best voter fraud plan in the world. Well, he has a really good one, but lucky we caught it.

BARTIROMO:  Wow.

All right, Rudy, we're going to be following your investigation. Thank you very much for breaking all of this news on this program this morning.

GIULIANI:  Well, thank you. Thank you.

BARTIROMO:  We will keep catching up.

GIULIANI:  Please. You may be the only one following me, because we're also enduring a lot of censorship, a lot, almost complete, like we're not in America.

BARTIROMO:  Unbelievable.

GIULIANI:  Yes, it is. Tragic.

BARTIROMO:  Rudy Giuliani, we will keep on it. Promise you that.

Thank you so much, sir.

GIULIANI:  OK. Thank you. Thank you.

BARTIROMO:  We will see you soon, Rudy Giuliani.

Coming up, we continue to dig into this story with Sidney Powell. She's got the latest on her investigation into these voting systems, the bombshell evidence she says she believes will overturn the 2020 election in President Trump's favor.

We will take a break and come right back, as we look ahead on "Sunday Morning Futures."

(COMMERCIAL BREAK)

BARTIROMO:  Welcome back.

According to public records, Dominion voting machines are used in 2,000 jurisdictions in 30 states.

According to experts, if one site has a flaw, other sites are likely to as well, which is why Texas rejected using Dominion software three times, raising concerns that the system was not safe from fraudulent or unauthorized manipulation. That's troubling, given we already know that at least two software glitches in Georgia and Michigan occurred on election night.

Attorney Sidney Powell is leading the charge against Dominion. And she says she has enough evidence of fraud to launch a massive criminal investigation.

Sidney, thanks very much for being here. We appreciate your time this morning.

I want to get right into it. We just heard about the software made by Smartmatic from Rudy. And I want to get your take on what you -- what you and I spoke about just a few minutes ago. And that is a gentleman named Peter Neffenger.

Tell me how he fits into all of this.

SIDNEY POWELL, MEMBER OF PRESIDENT TRUMP'S LEGAL TEAM:  Yes, well he's listed as -- it's former Admiral Peter Neffenger or retired Admiral Peter Neffenger.

He is president and on the board of directors of Smartmatic. And it just so happens he's on Mr. Biden's presidential transition team that's going to be nonexistent, because we're fixing to overturn the results of the election in multiple states.

And President Trump won by not just hundreds of thousands of votes, but by millions of votes, that were shifted by this software that was designed expressly for that purpose. We have sworn witness testimony of why the software was designed. It was designed to rig elections. He was fully briefed on it. He saw it happen in other countries.

It was exported internationally for profit by the people that are behind Smartmatic and Dominion. They did this on purpose. It was calculated. They have done it before. We have evidence from 2016 in California. We have so much evidence, I feel like it's coming in through a fire hose.

BARTIROMO:  Wow, so, Sidney, you feel that you will be able to prove this?

Do you have the software in your possession? Do you have the hardware in your possession? How will you prove this, Sidney?

POWELL:  Well, I have got lots of ways to prove it, Maria, but I'm not going to tell on national TV what all we have. I just can't do that.

BARTIROMO:  OK, but you have a very time -- a small time frame here. The elections are supposed to be certified in early December.

Do you believe that you can present this to the courts and be successful within this just couple weeks?

POWELL:  Well, let me put it this way.

First of all, I never say anything I can't prove. Secondly, the evidence is coming in so fast, I can't even process it all. Millions of Americans have written, I would say, by now. Definitely, hundreds of thousands have stepped forward with their different experiences of voter fraud.

But this is a massive election fraud, and I'm very concerned it involved not only Dominion and its Smartmatic software, but that the software essentially was used by other election machines also. It's the software that was the problem.

Even their own manual explains how votes can be wiped away. They can put -- it's like drag-and-drop -- Trump votes to a separate folder and then delete that folder. It's absolutely brazen how people

bought this system and why they bought this system.

In fact, every state that bought Dominion, for sure, should have a criminal investigation or at least a serious investigation of the federal -- of the officers in the states who bought the software. We have even got evidence of some kickbacks, essentially.

BARTIROMO:  Kickbacks.

I want to take a short break and come back on that. And I want to ask you about the kickbacks and who took kickbacks in which states.

Sidney, stay with us.

Quick break, and we have got more breaking news from Sidney Powell. Stay with us.

(COMMERCIAL BREAK)

BARTIROMO:  Welcome back.

We're back with attorney Sidney Powell, who is part of President Trump's legal team.

Sidney, before we went to the break, we talked about -- you said that there may have been kickbacks to some people who accepted the Dominion software.

Tell me what you mean.

POWELL:  Well, I mean we're collecting evidence now from various whistle- blowers that are aware of substantial sums of money being given to family members of state officials who bought this software.

I mean, we're talking about $100 million packages for new voting machines suddenly in multiple states, and benefits ranging from financial benefits for family members to sort of what I would call election insurance, because they know that they can win the election if they are using that software.

It's really an insidious, corrupt system. And I can't tell you how livid I am with our government for not paying attention to complaints even brought by Democrats, Carolyn Maloney, Elizabeth Warren, Amy Klobuchar, over the last several years in written letters, with expert reports and some documentation of how corrupt this software is.

And nobody in our government has paid any attention to it, which makes me wonder how much the CIA has used it for its own benefit in different places. And why Gina Haspel is still there in the CIA is beyond my comprehension. She should be fired immediately.

BARTIROMO:  Which governor or which government official accepted hundreds of millions of dollars in benefits for their family as they took on this software?

POWELL:  If I said hundreds of millions of dollars there, I misspoke.

I don't know the exact amount of money yet. We're still collecting the evidence on that, but it's more than one.

BARTIROMO:  OK. So, you can't say who you believe took kickbacks.

What is the CIA's role? Why do you think Gina Haspel should be fired immediately? You're saying that the CIA is behind the Dominion or Smartmatic voting software as well?

POWELL:  Well, the CIA and the FBI and other government organizations have received multiple reports of wrongdoing and failures and vulnerabilities in this company's product.

Their own manual, if you sat down and read it, would explain how and why no honest person would use this system. And it's not just Dominion. There are other companies in the voting machine business in this country too that may very well and are likely using the same software.

We have detected voting irregularities that are inexplicable and aligned with these problems in other states that think they have valid systems. But the people who bought the Dominion system, for sure, knew exactly what they were getting. It should never have been installed anywhere.

And we are going to show the public exactly how rotten the entire state is.

BARTIROMO:  Now, I have spoken with a few whistle-blowers myself this weekend.

And one source whose is an I.T. specialist told me that he knows the software and specifically advised people in Texas, officials in Texas, not to use it, and yet he was overruled. He said that there was an unusual patch that was put into the software while it was live. And it's highly unusual to put a patch in there.

Is that what you're referring to? Tell me how it's done and how these backdoors work?

POWELL:  OK, that's part of it.

They can stick a thumb drive in the machine or upload software to it, even from the Internet. They can do it from Germany or Venezuela even. They can remote-access anything. They can watch votes in real time. They can shift votes in real time. We have identified mathematically the exact algorithm they used and planned to use from the beginning to modify the votes, in this case, to make sure Biden won.

That's why, he said he didn't need your votes now. He would need you later.

He was right. I mean, in his demented state, he had no filter, and he was speaking the truth more than once, including when he said he had the largest voter fraud organization ever.

Well, it's massive election fraud. It's going to undo the entire election.

And they can do anything they want with the votes. They can have the machines not read the signature. They can have the machines not read the down-ballot. They can make the machines read and catalog only the Biden vote.

It's like drag-and-drop whatever you want, wherever you want, upload votes.

BARTIROMO:  Yes.

POWELL:  In fact, we have got math in Michigan and Pennsylvania, I think it is, that, all of a sudden, hundreds of thousands of votes at a 67 percent ratio for Biden, 23 percent for Trump were uploaded multiple times into the system.

BARTIROMO:  And, Sidney, you say you have an affidavit from someone who knows how this system works and was there with the planning of it. You believe you can prove this in court?

POWELL:  Yes.

Oh, yes. We have a sworn -- essentially, a sworn statement from a witness who knew exactly how it worked from the beginning, why it was designed to work that way, and saw when things started shutting down, and they started

-- stopped counting the votes here.

That was the same play that had worked in other countries.

BARTIROMO:  Wow. This is explosive. And we certainly will continue to follow it.

Sidney, thank you so much for your work. We will be catching up with you soon. Thank you so much. We will be watching, Sidney Powell.

POWELL:  Thank you, Maria.

You can be assured Rudy and I will stay on it.

BARTIROMO:  OK, thank you.

Coming up:  It is the most important race that will likely dictate policy for years to come.

Georgia Senator David Perdue on his razor-tight run-off race that will decide the balance of power in the Senate. He joins me live next, exclusive.

(COMMERCIAL BREAK)

(BEGIN VIDEO CLIP)

SEN. LINDSEY GRAHAM (R-SC): If we pick up these two Republican seats in Georgia, we have the ability to stop the most radical agenda in the history of the United States.

Kevin McCarthy can slow it down. Mitch McConnell and Lindsey Graham and others can stop it, only if we win Georgia. We have to win these two seats in Georgia. I'm confident that we will.

(END VIDEO CLIP)

BARTIROMO: And that was Senator Lindsey Graham on this program last week explaining why Republicans must maintain their Senate majority in a tooth- and-nail battle that will be decided by two Georgia run-off races on January 5.

Senator David Perdue is one of the GOP incumbents running for reelection there, along with Senator Kelly Loeffler, who will join us exclusively on this program next Sunday.

But, right now, we're joined by Senator Perdue. He sits on the Senate Armed Services, Budget, and Foreign Relations committees.

And, Senator, it's always a pleasure. Thanks very much for being here in your first interview on this contest.

SEN. DAVID PERDUE (R-GA): Good morning, Maria.

BARTIROMO: Tell me what's at stake, Senator.

PERDUE: Well, these two seats, as Lindsey well-noted, are the last line of defense against this liberal, socialist agenda the Democrats will perpetrate.

We heard Schumer just last week say that, if we take Georgia, we change America. We heard AOC say, we -- they have to have these two seats because they don't want to negotiate. They want total control.

And so what's at stake is this, is that Schumer will change the rules in the Senate, so they can do anything they want with 50 votes, plus the vice president's vote as a tie-breaker. They will pack the court. They want to add four new Democrat seats by adding two new states.

Why doesn't Biden camp want to know truth about voting irregularities? | Fox News

And they eventually want to do away with the Electoral College. And that will allow them, Maria, to perpetrate this agenda that they have been espousing now through the presidential primary all year. And that is the Green New Deal. They want to defund the police, open borders. They want to have sanctuary cities.

They want to cut the military spending, after we have just begun rebuilding it after Obama's decimation of it. And then they want to take our private health insurance away; 180 million people, they want to take their private health insurance away. And, again, the Green New Deal, which is the most exasperating part of this agenda, They are dead serious about it.

So, that's what's at stake, is that we're the last line of defense, Maria.

BARTIROMO:  There are so many things that a Republican Senate -- controlled Senate can do to stop some of the programs we're talking about.

Alexandria Ocasio-Cortez had a line -- and I saw it the other day -- she

said: "We need the two seats, so that we do not have to negotiate."

She doesn't want any negotiating on things like, for example, should Joe Biden become president, his Cabinet. We could very well see people like Bernie Sanders or Elizabeth Warren want to be in that Cabinet. Is that right?

PERDUE:  Well, of course.

You can imagine that Elizabeth Warren wants to be secretary of Treasury.

It's already given that Bernie Sanders will be chairman of the Budget Committee, Sherrod Brown will be chairman of the Banking Committee, and Ron Wyden will be chairman of the Finance Committee.

These are people who really do not believe in our free market system. They want to change how we form capital in America.

But, again this is something that they really have avoided dealing with in any of these Senate races. They have tried to hide it now lately. And if you look at what they are really espousing, this would never be done, their agenda could never be done with a bipartisan Congress.

And so what we can do in the Senate is this. We can actually protect the gains and the accomplishments of the last four years. I mean, President Trump gave us an agenda that gave us the best economic turnaround in U.S.

history.

Six-and-a-half million Americans have pulled themselves out of poverty.

That will all get undone if we lose both of these seats in Georgia. So, that's why we know we're the last line of defense. And we're fighting hard here to make sure that it's done legally and we get this done appropriately.

BARTIROMO: The other policy that has been talked about on the left is the Green New Deal.

But you said something to me this weekend when I spoke with you. You said only 20 percent of that package has anything to do with climate change. Can you walk us through, what is the Green New Deal then? It's $100 trillion.

PERDUE: Well, actually, yes, it is over 10 years.

And what -- the way I look at this, let me give you a caveat first. It's $9 trillion per year. They can't finance that with income tax. There's no way.

The adjusted gross income, in aggregate, for all the working people in America is about $9 trillion.

And so what they have done is, they have hidden inside this the Medicare for all cost, the stipend, the $30,000-a-year stipend for people who are unable or unwilling to work, free college education. All of these things have nothing to do with climate change, but they're hiding it in there to make sure that we don't get a chance to debate it.

And so only about 20 percent of the Green New Deal has anything to do with climate change.

BARTIROMO: Unbelievable.

Look, I want to ask you about your opponents and how they are trying to mobilize Georgians to get out and vote Democrat. Andrew Yang, Tom Friedman from The New York Times have all called on friends, supporters to go move to Georgia.

The other day, Andrew Yang said that he and his wife are moving to Georgia, because he wants to help Joe Biden and Kamala Harris. Is that even legal, to go and move somewhere just to vote? I mean, are -- how does that happen?

PERDUE: No, it's illegal. And it shows how desperate they are.

They know they can't win straight up. We proved that in our election in my seat. I won by two points. The Libertarian got over two points. And so we have proven to the Democrats that Georgia is not a blue state. We beat their agenda by four points in total.

And so they know, to win in this run-off, they have got to do something illegal, immoral. And we're not going to let it happen.

I mean, what they're encouraging people to do is to use artificial addresses or move in temporarily. Our law says they have to be here permanently. But it just shows that they're willing to do anything, lie, steal, cheat, to win this election, because it goes back to what they want, what AOC has said.

They do not want to negotiate. They want total power to perpetrate this agenda, because they know, in a -- in a split government, there's no way that they can get this implemented.

BARTIROMO: Senator, I want to get your take on what your opponent, Jon Ossoff, is saying this morning.

He is on another Sunday morning program. And he says this: "What we are feeling for the first time in four years is hope. It's the recognition that we trumped the party. We have the opportunity to define the next chapter in American history, to lead out of this crisis, but also win the Senate seats," he told this morning another interviewer.

There's also a China connection with Jon Ossoff. Tell me about your opponent and your reaction to what he said this morning.

PERDUE: Well, first of all, he has no real world experience.

And what he says are just really idle words. He's not talking about defending their agenda. They can't do that. They're not willing to do that.

They know they can't finance their agenda. They know their agenda has already been proven, under the Obama administration, to give us eight years of the lowest economic output in U.S. history.

They caused 800,000 people to fall into poverty. They can't defend their economic policy or their political policy or their foreign policy.

His China connection is very real. It's documented that he worked for a communist Chinese news agency that's owned by the communist Chinese government. He denied it twice in public, and yet there's an official document filed with the government that says, yes, he indeed did work with them.

And so that, in combination with the fact he worked with Al-Jazeera for over nine years, just tells us that he will never hold China accountable or deal with our foreign policy with a straight-up perspective.

BARTIROMO: So, he worked for media company China Unicom when it was based in Hong Kong.

The Chinese Communist Party continues to overreach in Hong Kong with new rules that they just unveiled to put anybody in prison who says anything bad about the Communist Party. And he worked for China Unicom.

PERDUE:  Well, he worked for PCCW, which is a media -- a news media company that actually perpetrates Chinese communist propaganda about the freedom fighters in Hong Kong.

And so how objective could Jon Ossoff ever be about defending democracy in Hong Kong? He can't.

BARTIROMO:  All right.

PERDUE:  And PCCW is owned -- is owned by China Unicom, which is a state- owned enterprise, Maria.

BARTIROMO:  Yes.

PERDUE:  And we know how they are integrate -- they're integrated over there vertically. We know they control that.

BARTIROMO:  It's really...

PERDUE:  And so he lied about that in public documents. And that's what we called out.

BARTIROMO:  Yes.

All right, we will follow that. We certainly have done a lot on China and its ambitions.

Senator, we will be watching the race. Please come back soon. Thank you, sir.

PERDUE:  Thanks, Maria.

BARTIROMO:  Senator David Perdue.

Coming up, Congressman Jim Jordan is here on why Congress could end up deciding the winner of the 2020 presidential election. The candidate who would benefit might surprise you.

That's coming up straight ahead right here with Jim Jordan on "Sunday Morning Futures."

(COMMERCIAL BREAK)

BARTIROMO:  Welcome back.

The GOP keeps clocking in big victories.

In fact, President Trump received nine million more votes than in 2016 this year, the Senate likely holding onto its majority, and the House has already flipped at least 11 seats.

This has many wondering how it's even possible for Joe Biden to win the presidential election, let alone get any more votes than any other presidential candidate in history, including President Barack Obama.

Congressman Jim Jordan is with me. And he's trying to answer that question.

He's the ranking member of the House Judiciary Committee. He issued a report in September warning about widespread voter fraud. And he joins me now.

Congressman, thanks very much for being here.

REP. JIM JORDAN (R-OH):  You bet. Good to be with you, Maria.

BARTIROMO:  Tell me about the congressional races. We continue to see the GOP flipping seats. What's your reaction to that? And how do you assess the most recent election?

JORDAN:  Well, I mean, we had good candidates.

We had a number of good conservative women candidates all across the country, Yvette Herrell in New Mexico, Young Kim in California, Salazar in Florida, just good candidates. When you run good candidates who campaign on the Trump agenda, on the Trump record, you get good results in the House.

But I go back to what you said, Maria. If someone would have told us before the election all those facts you just recited, that we would pick up 10, 12, 13 seats in the House, we'd keep control of the Senate, every state legislature that we would control would stay in Republican control, and we'd pick-up more, and President Trump would get nine to 10 million more votes than he got in 2016, but still come up short, you would have said no way that's going to happen. No way that's going to happen.

But that, in fact, is exactly what happened. And so that's why so many Americans, 73 million, have concerns about what took place in the presidential election, and why it's important we get to the bottom of exactly what happened in Pennsylvania, Michigan, Wisconsin, Georgia, all these key swing states.

BARTIROMO:  Yes.

I mean, you heard what Rudy Giuliani said earlier in the program. He and Sidney Powell are investigating the Smartmatic software and the Dominion voting machines, because they do believe and they say they have evidence that there were backdoors and the votes were manipulated to turn Trump votes into Biden votes.

Where are we on that? And what do you see in terms of the outcome here of this investigation into voter fraud?

JORDAN:  Let the process play out. We have a law.

As you said, the Electoral College doesn't meet until four weeks from tomorrow, so let this play out. Remember, the Democrats spent four years on the Russian hoax. It seems to me we can spend four weeks on getting to the bottom of this election, where so many Americans have concerns about what took place and what happened.

So, let the process play out. We have got a recount in Georgia. We have got court actions in Michigan and Pennsylvania. Let those play out and ask the key questions.

I always say, we -- I'm involved in all kinds of investigations in the Congress in the Oversight Committee, on the Judiciary Committee. One of the key questions you always ask is the why question. Why did certain things happen? Because that gets to motive.

So, why, for example, in Pennsylvania were some counties -- voters in some counties allowed to cure their ballots, but other voters in other counties weren't? Why did they allow pre-canvass in some counties, but, other counties, they didn't?

Why were certain satellite -- temporary satellite offices set up for early voting in some counties, but not in others? And you can imagine which counties allowed this. They were the Democrat-run counties.

So, why did all that happen? So, why -- as you pointed out, on election night, it seemed like every state that kept counting, President Trump won.

But all the states that halted counting for a while, he wound up losing.

Why did that happen?

And then maybe the most important question, why don't Joe Biden and the Democrats want to find out? Why did they keep observers out from seeing what was going on in these counts, which they are permitted to be there by law?

So, those are the fundamental questions. And we should never forget it was Joe Biden who said, we want independent verification. So, let's let the process play out, so Americans can be confident as we move forward in our election system.

BARTIROMO:  Yes.

Well, I have said many times on this program and on "Mornings With Maria"

on FOX Business that knowing what I know about what took place in 2016 makes it very difficult to just give them the benefit of the doubt.

Now we have to go through the investigatory process, because...

JORDAN: Yes.

BARTIROMO: ... after all of my reporting and investigating how they tried to take down a sitting president, it's impossible to follow what the media says...

JORDAN: Yes.

BARTIROMO: ... after they have taken us through all of these rabbit holes, collusion with Russia, an impeachment trial that had no crime, as well as this Democrat wave.

JORDAN: Yes.

BARTIROMO: So, hold on. Let's take a short break.

I have got to get your take on former Deputy FBI Director Andrew McCabe and his testimony.

JORDAN: Yes.

BARTIROMO: I also want to get your take on your legislation about Section

230 and telecom.

Stay with us, Congressman Jim Jordan.

We will be right back.

(COMMERCIAL BREAK)

BARTIROMO: Welcome back.

I'm back with Ohio Congressman Jim Jordan, who was in Pennsylvania last week fighting for election transparency.

And you have been fighting for transparency, as many are getting censored.

You have legislation, Congressman, to remove Section 230 from media companies. Do you think you will be able to get that through?

What are your thoughts on the censorship we're seeing?

JORDAN: We're not going to be able to get that through until the Republicans take back the House. I mean, it's plain and simple.

You think Jerry Nadler wants tech companies to treat everyone fairly and not censor conservatives, not censor the president?

So, look, we introduced a bill. Twelve Republicans on the House Judiciary Committee introduced legislation two months ago, complete overhaul of Section 230, which has to happen.

And, of course, that's the section that gives the big social media platforms the liability protection that they have. So, we need to overhaul that section. Our legislation does that.

But, frankly, we're not going to get it done until Republicans take back the House. So, we're close. We're close. We're not quite there. But we're close. And, hopefully, we will get there soon.

BARTIROMO: Well, we all want to see honesty and accountability.

We saw Andrew McCabe testify last week, Congressman, the former director -- deputy director, rather, of the FBI.

Your reaction to him saying he would not have served and spied on Carter Page if he knew then what he knows now?

(LAUGHTER)

JORDAN: Well -- well, I mean, you know, big deal.

For four years, you misled the American people. You went on TV. You launched the investigation back when it was candidate Trump in 2016. Then you took the Steele dossier to the FISA court to get a warrant to spy on the Trump campaign.

I mean, it's amazing to me. The same people who are now saying you can trust big tech, you can trust Andy McCabe, you can trust the vote are the same people who also told us, you can trust the Steele dossier. They're the same people who also told us, oh, you can trust the anonymous impeachment whistle-blower, the guy that none of us got to see, I didn't get to cross- examine, the American people didn't get to evaluate.

But now they tell us you can trust all these other things.

So, I don't put a whole lot of stock in what Andy McCabe is saying now about the investigation he launched four years ago.

BARTIROMO: Congressman, do you think John Durham feels this way? Where is John Durham? Where is Bill Barr?

JORDAN: I have had numerous talks with the Justice Department. Mr. Durham is doing his work.

I expect some kind of report, some kind of investigation here real soon.

Like you, I'm frustrated that it didn't happen sooner. But, look, you and I can't put anyone in -- we can't prosecute anyone. We can't indict anyone.

All we can do is get the facts out to the American people.

The Justice Department has to do that. I'm hopeful they're going to have something real soon for the American people.

BARTIROMO:  All right, Congressman, it's great to see you this morning.

Thank you so much, Congressman Jim Jordan in Ohio this morning.

Have a great Sunday, everybody. That will do it for us.

I will see you tomorrow on "Mornings With Maria" on FOX Business.

*Content and Programming Copyright 2020 Fox News Network, LLC. ALL RIGHTS RESERVED. Copyright 2020 ASC Services II Media, LLC.  All materials herein are protected by United States copyright law and may not be reproduced, distributed, transmitted, displayed, published or broadcast without the prior written permission of ASC Services II Media, LLC. You may not alter or remove any trademark, copyright or other notice from copies of the content.*

## Sponsored Stories                                              Ads by Verizon Media

**Jen Psaki slammed for 'homophobic' tweet about Sen. Lindsey Graham**
Fox News

**Paulina Porizkova shares nude photo inspired by Elizabeth Hurley: 'Sexy has no expiration date'**
Fox News

**Man buys hoarder's old house, discovering cash, silver dollars and valuables**
Fox News

**Lisa Marie Presley poses with daughters in 53rd birthday post: 'I couldn't have made it through without' them**
Fox News

**Why the Trump impeachment fizzled and acquittal is now a foregone conclusion**

Fox News

**How the 'Python Cowboy' plans to solve Florida's snake problem**

Fox News

**New York's Tenney increases lead over Dem in country's only undecided House race**

Fox News

### Coronavirus

### U.S.

Crime

Military

Education

Terror

Immigration

Economy

Personal Freedoms

Fox News Investigates

### World

U.N.

Conflicts

Terrorism

Disasters

Global Economy

Environment

Religion

Scandals

### Opinion

## Politics

Executive

Senate

House

Judiciary

Foreign Policy

Polls

Elections

## Business

Personal Finance

Economy

Markets

Watchlist

Lifestyle

Real Estate

Tech

## Science

Archaeology

Air & Space

Planet Earth

Wild Nature

Natural Science

Dinosaurs

## Entertainment

Celebrity News

Movies

TV News

Music News

Style News

Entertainment Video

## Lifestyle

Food + Drink

Cars + Trucks

Travel + Outdoors

House + Home

Fitness + Well-being

Style + Beauty

Family

Faith

## Tech

Security

Innovation

Drones

Computers

Video Games

Military Tech

Case 1:21-cv-02885-GLR   Document 1-13   Filed 11/12/21   Page 32 of 33

## Health

Coronavirus

Healthy Living

Medical Research

Mental Health

Cancer

Heart Health

Children's Health

## TV

Shows

Personalities

Watch Live

Full Episodes

Show Clips

News Clips

## About

Contact Us

Careers

Fox Around the World

Advertise With Us

Media Relations

Corporate Information

Compliance

Supplier Diversity

## Other

Fox Nation

Fox News Shop

Fox News Go

Fox News Radio

Newsletters

Alerts

Podcasts

Apps & Products

New Terms of Use   Updated Privacy Policy   Do Not Sell my Personal Information   Closed Captioning Policy   Help
Contact Us   Accessibility Statement

This material may not be published, broadcast, rewritten, or redistributed. ©2021 FOX News Network, LLC. All rights reserved. Quotes displayed in real-time or delayed by at least 15 minutes. Market data provided by Factset. Powered and implemented by FactSet Digital Solutions. Legal Statement. Mutual Fund and ETF data provided by Refinitiv Lipper.