# Exhibit 13



Tweet

**Maria Bartiromo** @MariaBartiromo

Attorney for President Trump explains the strategy for election lawsuits ow.ly/H59830rkfs6 @MorningsMaria @FoxBusiness || On Parler @Mariabartiromotv

Attorney for President Trump explains the strategy for election...
Constitutional law attorney Jenna Ellis argues there is enough evidence 'in at least six states to change the outcome of this ...
video.foxbusiness.com

2:51 PM · Nov 16, 2020 · Hootsuite Inc.

**874** Retweets **47** Quote Tweets **3.5K** Likes

**Ditton on Thames** @bdpsingapore · Nov 16
Replying to @MariaBartiromo @MorningsMaria and @FoxBusiness
Air your junk to Parler Maria. We're all tired of the gaslighting.
1 18

**Miranda Mirror** @mirror_miranda · Nov 16
Replying to @MariaBartiromo @MorningsMaria and @FoxBusiness
What evidence?
Cases have been thrown out of Court left and right.
2 16

**Donald's Pandemic** @MustweSuffer · Nov 16
Replying to @MariaBartiromo @MorningsMaria and @FoxBusiness
"Democrats actually got their ass kicked 306 to 223, that's a pretty good shellacking."

"Remember 306 to 223, that's a slaughter. That's a slaughter."

"We had a massive landslide victory, as you know, in the Electoral College. I guess the final numbers are now at 306"
1 3 23

**Andrew Roslak** @beavis617 · Nov 16
Replying to @MariaBartiromo @MorningsMaria and @FoxBusiness
There is no strategy...
Trump's flunkies are going through the motions knowing they have nothing....

Can they reverse...
Michigan