# Exhibit 14

TRANSCRIPT OF THE AUDIO RECORDING OF:

FOX BUSINESS, LOU DOBBS TONIGHT

NOVEMBER 16, 2020

TRANSCRIBED BY: THOMPSON COURT REPORTERS INC

1          LOU DOBBS:  President Trump's legal team says

2     potentially rig voting machines demand a national

3     security investigation.  They are pointing to Dominion

4     Voting Systems' widely used ballot scanning machines

5     whose software is suspected of inflating vote totals

6     for Joe Biden.  Dominion's systems used in more than

7     two dozen states.  Dominion, also one of three

8     companies accounting for almost 90% of the voting

9     equipment in the US elections.  The radical Dems, the

10    RINOs, corporate left wing national media, of course,

11    quick to dismiss any concern about Dominion voting

12    machines being manipulated as a quote, unquote

13    conspiracy theory.  But just last year, Democrats were

14    suffering from the same conspiracy theory.  Democrats,

15    Elizabeth Warren, Ron Wyden, Amy Klobuchar, and Mark

16    Pocan admitted that Dominion Voting Systems were prone

17    to security issues.  Dominion has connections to UK

18    based Smartmatic, a voting technology company

19    established in 2000 that had ties to Venezuela's Hugo

20    Chavez.  Smartmatic, once the subject of a Treasury

21    Department investigation into its connections with the

22    Venezuelan government.  Three of their employees were

23    also charged in 2016 with illegally altering code on an

24    election server in the Philippines' national election.

1   Peter Neffenger sits as the Chairman of Smartmatic's
2   Board. Neffenger has also been added to Joe Biden's
3   presumptuous transition team. Smartmatic says the
4   majority of their shares are owned by SGO Corporation.
5   The Chairman of that organization's board is none other
6   than Lord Mark Malloch-Brown. He's a member of the UK
7   House of Lords. He also sits on the global board of
8   George Soros' Open Society Foundation.  And in a 2015
9   interview on Filipino television, Malloch-Brown said
10  part of their technology is licensed from Dominion
11  Voting Systems. Smartmatic now says that isn't true.
12  Smartmatic also told us today they only provided
13  technology and software in Los Angeles County during
14  this year's presidential election. A Politico article
15  from March, in fact, documents that numerous security
16  flaws were discovered in Smartmatic's software by
17  California's Secretary of State and outside computer
18  experts. Politico reporting quote -- "Those security
19  gaps if left unfixed, can provide a gateway for a
20  rogue election staffer or someone else with physical
21  access to alter software on the voting machines or
22  their back end computer system, possibly changing
23  votes or otherwise disrupting the presidential race".
24  Well joining us now, Republican National Committee Chair

1   Ronna McDaniel. Ronna, great to have you with us.

2   This is an extraordinary situation. I don't know if

3   you knew the extent of the complaints about all of the

4   various voting companies that counties all over the

5   country, some 3100 of them, do business with, and that

6   run our electoral system in effect. Your reaction to

7   what the Trump legal team and others are discovering

8   about Dominion, Smartmatic and many of the other voting

9   companies, which almost seems like a, at least a very,

10  very much in election terms, probable cause for a

11  complete and thorough investigation.

12          RONNA McDANIEL: Well, I, I listened to Sidney

13  Powell yesterday, who I know is going to be on your show

14  and Rudy Giuliani. And they are pursuing this and they

15  are taking every lead seriously. And they have

16  affidavits and people talking about this software. It

17  is deeply concerning. We had a situation in Michigan

18  where one county had a six thousand vote flip from

19  Biden to Trump because of this Dominion voting machine.

20  So we have to pursue this. And it's interesting how

21  everybody wants us to sweep everything under the rug.

22  Let's, let's just move on, let's unite, let's be done.

23  They didn't do that for President Trump with an

24  investigation into Russia collusion that showed

1   nothing, millions of taxpayer dollars, FISA warrants

2   based on a fake dossier.  This is a president who has

3   more head winds than anyone and voters want to know

4   what happened with this election. And thankfully, we

5   have a legal team that's being very aggressive and

6   pursuing every lead.

7          LOU DOBBS:  And the Republican Party itself,

8   I know that there, there are lots of, you have lots of

9   elements and your, and your very busy schedule and

10  agenda. But right now, we are seeing all, to me a

11  disturbing quiet from many Republicans rather than the

12  aggressive. Some Republicans are being very aggressive

13  as you very well, know, but they're primarily in the

14  House of Representatives, very little from the Senate.

15  That's disturbing. There's, this is a President. This

16  is a nation that has just been wronged mightily.

17  Only an idiot would try to claim that there were no

18  irregularities, that there were no anomalies, that

19  there were insufficient evidence and documents

20  suggesting fraud and inexplicable mathematical ratios

21  that tell us very quickly, there's something terrible

22  afoot here. How is it possible that there are

23  Republicans that are lining up with Democrats and

24  saying, move on, and let's just forget the last four

Page 6

1   years of persecution by the Democrat Party against a

2   sitting President in an effort to besmirch him, to deny

3   him the presidency, then once in that presidency, as

4   you said, trying to overthrow it. This is simply a

5   continuation of their conduct, their behavior, and

6   there has to be accountability here. It should be

7   demanded by every single American, let alone every

8   Republican.

9           RONNA McDANIEL:  Well, let's look at

10  Republicans who benefited. The whole party has

11  benefited from the Trump movement.  He has expanded our

12  Party, gains in the House, keeping the Senate, state

13  legislators. This has been a massive Trump wave that

14  we saw this election.  And this is a President who's

15  been fighting every day to expand our Party, and he

16  did.  And so when I see people not willing to listen to

17  these stories, and I've heard them personally Lou.

18  I've talked to these people who were at the TCF Center

19  in Detroit who say, this was the most, you know,

20  undemocratic election I've ever seen.  They were hiding

21  ballots.  We weren't able to meaningfully observe.

22  When you have 15,000 -- [OVERLAPPING]

23          LOU DOBBS:  It's the worst in our country's

24  history Ronna, we don't have to talk about lifetime

1   experience. This is the worst in our country's

2   history. There is no election in our presidential

3   history, our nation's history in which there were so

4   many anomalies, so many irregularities and so much

5   clear evidence of fraud.

6          RONNA McDANIEL: And laws changed and laws

7   changed because of Covid. They used Covid to rig the

8   laws, to get all these ballots out, to make a porous

9   system.  And you know what, voters are mad and

10  Republicans are mad.  And we are going to pursue this

11  and we are not just going to lay down. We have got to

12  figure out what happened and we've got to make sure

13  that we have faith in our election process and we need

14  Republicans and Democrats with us. Everyone should be

15  doing this right now because what we're seeing across

16  the country is really frightening in all these states

17  were Republicans were  disenfranchised and unable to

18  observe.

19          LOU DOBBS:  So what's the next step for the

20  Republican Party, for the RNC?  I can remember an

21  autopsy report from 2012. And what I see as a

22  reporting, party that is trying to move at least a good

23  part of it back toward the same demeanor and attitude

24  as existed before that 2012 report, after the defeat of

1  Mitt Romney and Paul Ryan. Tell me that that isn't

2  going to happen and that we're going to hear this Party

3  stand up for this President. Because in my opinion--my

4  opinion, this remains and will for some time, years and

5  years, be the party of Trump. Your reaction.

6          RONNA McDANIEL: Oh, a hundred percent I mean,

7  this--this President has expanded our Party.  Look at

8  the, the growth with Hispanics, with African-Americans,

9  with--with union blue collar workers. This is a new

10 Party and he got 73 million votes, more than any other

11 president in history. And we want to make sure we keep

12 those voters in the fold. And that's what we need to

13 do with this President. We're going to continue to

14 fight for him. We're not laying down and then we're

15 going to make sure we keep the Senate seats in Georgia

16 and we're going to keep pushing forward, but we need to

17 get to the bottom of these election issues and pursue

18 every single one. And that's what the Trump legal

19 team's doing, in conjunction with the RNC.

20         LOU DOBBS: Right. Ronna, we appreciate it

21 as always, great to see you, Ronna McDaniel, Chair of

22 the RNC.  Up next, more on the President's battle to

23 uncover fraud and manipulation in the vote of 2020.

24 High power attorney Sidney Powell on the President's

1  team.  She joins us here in just a few moments, stay

2  with us, we'll be right back.

3

4

5

6

7

8                  CERTIFICATE OF TRANSCRIPTIONIST

9

10      I certify that the foregoing is a true and accurate

11  transcript of the digitally-recorded proceedings provided

12  to me in this matter.

13

14      I do further certify that I am neither a relative, nor

15  employee, nor attorney of any of the parties to this

16  action, and that I am not financially interested in the

17  action.

18

19

20

21

22

23

24      _____

                NATHAN KAYLO
              Production Manager
        THOMPSON COURT REPORTERS INC.

## A

a 2:2,12,18,20 3:6,8
3:14,19,19 4:9,9
4:10,17,18 5:2,2,5
5:10,15,16 6:1,4
6:13,14 7:8,21,22
8:6,9 9:1,10,14
able 6:21
about 2:11 4:3,8,16
6:24
access 3:21
accountability 6:6
accounting 2:8
accurate 9:10
across 7:15
action 9:16,17
added 3:2
admitted 2:16
affidavits 4:16
afoot 5:22
African-Americans
8:8
after 7:24
against 6:1
agenda 5:10
aggressive 5:5,12
5:12
all 4:3,4 5:10 7:8,16
almost 2:8 4:9
alone 6:7
also 2:7,23 3:2,7,12
alter 3:21
altering 2:23
always 8:21
am 9:14,16
American 6:7
Amy 2:15
an 2:23 4:2,23 5:17
6:2 7:20
and 2:15 3:8,13,17
4:5,7,8,11,14,14
4:14,15,16,20 5:3
5:4,5,7,9,9,9,19
5:20,23,24 6:5,14
6:15,16,17 7:4,6,6
7:9,9,10,11,12,13
7:14,17,21,23 8:1
8:2,4,4,10,11,12
8:14,16,17,18,23
9:10,16
Angeles 3:13
anomalies 5:18 7:4
any 2:11 8:10 9:15
anyone 5:3
appreciate 8:20
are 2:3 3:4 4:7,14

4:15 5:8,10,12,22
5:23 7:9,10,10,11
article 3:14
as 2:12 3:1 5:13 6:3
7:21,24 8:21
at 4:9 6:9,18 7:22
8:7
attitude 7:23
attorney 8:24 9:15
AUDIO 1:1
autopsy 7:21

## B

back 3:22 7:23 9:2
ballot 2:4
ballots 6:21 7:8
based 2:18 5:2
battle 8:22
be 4:13,22 6:6,6
7:14 8:5 9:2
because 4:19 7:7,15
8:3
been 3:2 5:16 6:13
6:15
before 7:24
behavior 6:5
being 2:12 5:5,12
benefited 6:10,11
besmirch 6:2
Biden 2:6 4:19
Biden's 3:2
blue 8:9
board 3:2,5,7
bottom 8:17
business 1:4 4:5
busy 5:9
but 2:13 5:10,13
8:16
by 1:24 3:4,16 6:1,7

## C

California's 3:17
can 3:19 7:20
cause 4:10
Center 6:18
CERTIFICATE
9:8
certify 9:10,14
Chair 3:24 8:21
Chairman 3:1,5
changed 7:6,7
changing 3:22
charged 2:23
Chavez 2:20
claim 5:17
clear 7:5

code 2:23
collar 8:9
collusion 4:24
Committee 3:24
companies 2:8 4:4,9
company 2:18
complaints 4:3
complete 4:11
computer 3:17,22
concern 2:11
concerning 4:17
conduct 6:5
conjunction 5:19
connections 2:17,21
conspiracy 2:13,14
continuation 6:5
continue 8:13
corporate 2:10
Corporation 3:4
counties 4:4
country 4:5 7:16
country's 6:23 7:1
county 3:13 4:18
course 2:10
COURT 1:24
Covid 7:7,7

## D

day 6:15
deeply 4:17
defeat 7:24
demand 2:2
demanded 6:7
demeanor 7:23
Democrat 6:1
Democrats 2:13,14
5:23 7:14
Dems 2:9
deny 6:2
Department 2:21
Detroit 6:19
did 6:16
didn't 4:23
digitally-recorded
9:11
discovered 3:16
discovering 4:7
disenfranchised
7:17
dismiss 2:11
disrupting 3:23
disturbing 5:11,15
do 4:5,23 8:13 9:14
DOBBS 1:4 2:1 5:7
6:23 7:19 8:20
documents 3:15

5:19
doing 7:15 8:19
dollars 5:1
Dominion 2:3,7,11
2:16,17 3:10 4:8
4:19
Dominion's 2:6
don't 4:2 6:24
done 4:22
dossier 5:2
down 7:11 8:14
dozen 2:7
during 3:13

## E

effect 4:6
effort 6:2
election 2:24,24
3:14,20 4:10 5:4
6:14,20 7:2,13
8:17
elections 2:9
electoral 4:6
elements 5:9
Elizabeth 2:15
else 3:20
employee 9:15
employees 2:22
end 3:22
equipment 2:9
established 2:19
ever 6:20
every 4:15 5:6 6:7,7
6:15 8:18
everybody 4:21
Everyone 7:14
everything 4:21
evidence 5:19 7:5
existed 7:24
expand 6:15
expanded 6:11 8:7
experience 7:1
experts 3:18
extent 4:3
extraordinary 4:2

## F

fact 3:15
faith 7:13
fake 5:2
few 9:1
fight 8:14
fighting 6:15
figure 7:12
Filipino 3:9
financially 9:16

FISA 5:1
flaws 3:16
flip 4:18
fold 8:12
for 2:6,8 3:19 4:10
4:23 7:19,20 8:3,4
8:14
foregoing 9:10
forget 5:24
forward 8:16
Foundation 3:8
four 5:24
FOX 1:4
fraud 5:20 7:5 8:23
frightening 7:16
from 2:14 3:10,15
4:18 5:11,14 6:11
7:21
further 9:14

## G

gains 6:12
gaps 3:19
gateway 3:19
George 3:8
Georgia 8:15
get 7:8 8:17
Giuliani 4:14
global 3:7
going 4:13 7:10,11
8:2,2,13,15,16
good 7:22
got 7:11,12 8:10
government 2:22
great 4:1 8:21
growth 8:8

## H

had 2:19 4:17,18
happen 8:2
happened 5:4 7:12
has 2:17 3:2 5:2,16
6:6,10,11,13 8:7
have 4:1,15,20 5:5,8
6:22,24 7:11,13
he 3:7 6:11,15 8:10
He's 3:6
head 5:3
hear 8:2
heard 6:17
here 5:22 6:6 9:1
hiding 6:20
High 8:24
him 6:2,3 8:14
Hispanics 8:8
history 6:24 7:2,3,3

8:11
**House** 3:7 5:14 6:12
**how** 4:20 5:22
**Hugo** 2:19
**hundred** 8:6

**I**

**I** 4:2,12,12,13 5:8
6:16 7:20,21 8:6
9:10,14,14,16
**I've** 6:17,18,20
**idiot** 5:17
**if** 3:19 4:2
**illegally** 2:23
**in** 2:6,9,19,23,24 3:8
3:13,15,16 4:6,10
4:17 5:13 6:2,3,12
6:19,23 7:1,2,3,13
7:16 8:3,11,12,15
8:19,23 9:1,12,16
**INC** 1:24
**inexplicable** 5:20
**inflating** 2:5
**insufficient** 5:19
**interested** 9:16
**interesting** 4:20
**interview** 3:9
**into** 2:21 4:24
**investigation** 2:3,21
4:11,24
**irregularities** 5:18
7:4
**is** 2:5 3:5,10 4:2,13
4:17 5:2,15,16,22
6:4,14 7:1,2,16,22
8:9 9:10
**isn't** 3:11 8:1
**issues** 2:17 8:17
**it** 4:16 5:22 6:4,6
7:23 8:20
**it's** 4:20 6:23
**its** 2:21
**itself** 5:7

**J**

**Joe** 2:6 3:2
**joining** 3:24
**joins** 9:1
**just** 2:13 4:22 5:16
5:24 7:11 9:1

**K**

**keep** 8:11,15,16
**keeping** 6:12
**Klobuchar** 2:15
**knew** 4:3

**know** 4:2,13 5:3,8
5:13 6:19 7:9

**L**

**last** 2:13 5:24
**laws** 7:6,6,8
**lay** 7:11
**laying** 8:14
**lead** 4:15 5:6
**least** 4:9 7:22
**left** 2:10 3:19
**legal** 2:1 4:7 5:5
8:18
**legislators** 6:13
**let** 6:7
**let's** 4:22,22,22,22
5:24 6:9
**licensed** 3:10
**lifetime** 6:24
**like** 4:9
**lining** 5:23
**listen** 6:16
**listened** 4:12
**little** 5:14
**look** 6:9 8:7
**Lord** 3:6
**Lords** 3:7
**Los** 3:13
**lots** 5:8,8
**Lou** 1:4 2:1 5:7 6:17
6:23 7:19 8:20

**M**

**machine** 4:19
**machines** 2:2,4,12
3:21
**mad** 7:9,10
**majority** 3:4
**make** 7:8,12 8:11,15
**Malloch-Brown** 3:6
3:9
**manipulated** 2:12
**manipulation** 8:23
**many** 4:8 5:11 7:4,4
**March** 3:15
**Mark** 2:15 3:6
**massive** 6:13
**mathematical** 5:20
**matter** 9:12
**McDaniel** 4:1,12
6:9 7:6 8:6,21
**me** 5:10 8:1 9:12
**mean** 8:6
**meaningfully** 6:21
**media** 2:10
**member** 3:6

**Michigan** 4:17
**mightily** 5:16
**million** 8:10
**millions** 5:1
**Mitt** 8:1
**moments** 9:1
**more** 2:6 5:3 8:10
8:22
**most** 6:19
**move** 4:22 5:24 7:22
**movement** 6:11
**much** 4:10 7:4
**my** 8:3

**N**

**nation** 5:16
**nation's** 7:3
**national** 2:2,10,24
3:24
**need** 7:13 8:12,16
**Neffenger** 3:1,2
**neither** 9:14
**new** 8:9
**next** 7:19 8:22
**no** 5:17,18 7:2
**none** 3:5
**nor** 9:14,15
**not** 6:16 7:11 8:14
9:16
**nothing** 5:1
**NOVEMBER** 1:6
**now** 3:11,24 5:10
7:15
**numerous** 3:15

**O**

**observe** 6:21 7:18
**of** 1:1,1 2:5,7,8,10
2:20,22 3:1,4,5,6
3:7,7,10,17 4:3,3
4:5,8,19 5:1,8,8
5:14 6:1,5 7:5,7
7:23,24 8:5,17,21
8:23 9:8,11,15,15
**Oh** 8:6
**on** 2:23 3:7,9,21
4:13,22 5:2,24
8:22,24
**once** 2:20 6:3
**one** 2:7 4:18 8:18
**only** 3:12 5:17
**Open** 3:8
**opinion** 8:4
**opinion--my** 8:3
**or** 3:20,21,23
**organization's** 3:5

**other** 3:5 4:8 8:10
**others** 4:7
**otherwise** 3:23
**our** 4:6 6:11,15,23
7:1,2,3,13 8:7
**out** 7:8,12
**outside** 3:17
**over** 4:4
**OVERLAPPING**
6:22
**overthrow** 6:4
**owned** 3:4

**P**

**part** 3:10 7:23
**parties** 9:15
**party** 5:7 6:1,10,12
6:15 7:20,22 8:2,5
8:7,10
**Paul** 8:1
**people** 4:16 6:16,18
**percent** 8:6
**persecution** 6:1
**personally** 6:17
**Peter** 3:1
**Philippines'** 2:24
**physical** 3:20
**Pocan** 2:16
**pointing** 2:3
**Politico** 3:14,18
**porous** 7:8
**possible** 5:22
**possibly** 3:22
**potentially** 2:2
**Powell** 4:13 8:24
**power** 8:24
**presidency** 6:3,3
**president** 2:1 4:23
5:2,15 6:2,14 8:3
8:7,11,13
**President's** 8:22,24
**presidential** 3:14,23
7:2
**presumptuous** 3:3
**primarily** 5:13
**probable** 4:10
**proceedings** 9:11
**process** 7:13
**prone** 2:16
**provide** 3:19
**provided** 3:12 9:11
**pursue** 4:20 7:10
8:17
**pursuing** 4:14 5:6
**pushing** 8:16

**Q**

**quick** 2:11
**quickly** 5:21
**quiet** 5:11
**quote** 2:12 3:18

**R**

**race** 3:23
**radical** 2:9
**rather** 5:11
**ratios** 5:20
**reaction** 4:6 8:5
**really** 7:16
**RECORDING** 1:1
**relative** 9:14
**remains** 8:4
**remember** 7:20
**report** 7:21,24
**REPORTERS** 1:24
**reporting** 3:18 7:22
**Representatives**
5:14
**Republican** 3:24
5:7 6:8 7:20
**Republicans** 5:11
5:12,23 6:10 7:10
7:14,17
**rig** 2:2 7:7
**right** 5:10 7:15 8:20
9:2
**RINOs** 2:10
**RNC** 7:20 8:19,22
**rogue** 3:20
**Romney** 8:1
**Ron** 2:15
**Ronna** 4:1,1,12 6:9
6:24 7:6 8:6,20,21
**Rudy** 4:14
**rug** 4:21
**run** 4:6
**Russia** 4:24
**Ryan** 8:1

**S**

**said** 3:9 6:4
**same** 2:14 7:23
**saw** 6:14
**say** 6:19
**saying** 5:24
**says** 2:1 3:3,11
**scanning** 2:4
**schedule** 5:9
**seats** 8:15
**Secretary** 3:17
**security** 2:3,17 3:15
3:18

see 6:16 7:21 8:21
seeing 5:10 7:15
seems 4:9
seen 6:20
Senate 5:14 6:12
  8:15
seriously 4:15
server 2:24
SGO 3:4
shares 3:4
She 9:1
should 6:6 7:14
show 4:13
showed 4:24
Sidney 4:12 8:24
simply 6:4
single 6:7 8:18
sits 3:1,7
sitting 6:2
situation 4:2,17
six 4:18
Smartmatic 2:18,20
  3:3,11,12 4:8
Smartmatic's 3:1
  3:16
so 4:20 6:16 7:3,4,4
  7:19
Society 3:8
software 2:5 3:13,16
  3:21 4:16
some 4:5 5:12 8:4
someone 3:20
something 5:21
Soros' 3:8
staffer 3:20
stand 8:3
state 3:17 6:12
states 2:7 7:16
stay 9:1
step 7:19
stories 6:17
subject 2:20
suffering 2:14
suggesting 5:20
sure 7:12 8:11,15
suspected 2:5
sweep 4:21
system 3:22 4:6 7:9
systems 2:6,16 3:11
Systems' 2:4

        T
taking 4:15
talk 6:24
talked 6:18
talking 4:16

taxpayer 5:1
TCF 6:18
team 2:1 3:3 4:7 5:5
  9:1
team's 8:19
technology 2:18
  3:10,13
television 3:9
tell 5:21 8:1
terms 4:10
terrible 5:21
than 2:6 3:6 5:3,11
  8:10
thankfully 5:4
that 2:16,19 3:5,11
  3:15 4:4,5,23,24
  5:8,16,17,18,18
  5:21,22,23 6:3,13
  7:13,22,24 8:1,1,2
  9:10,14,16
that's 5:5,15 8:12
  8:18
the 1:1 2:8,9,9,9,14
  2:20,21,24 3:1,3,5
  3:6,7,21,23 4:3,3
  4:3,4,7,8,21 5:7
  5:11,13,14,24 6:1
  6:3,10,11,12,12
  6:18,19,23 7:1,7
  7:16,19,19,20,23
  7:24 8:5,8,8,12,15
  8:17,18,19,22,22
  8:23,24 9:10,11
  9:15,16
their 2:22 3:4,10,22
  6:5,5
them 4:5 6:17
then 6:3 8:14
theory 2:13,14
there 5:8,8,17,18,19
  5:22 6:6 7:2,3
there's 5:15,21
these 6:17,18 7:8,16
  8:17
they 2:3 3:12 4:14
  4:14,15,23 6:20
  7:7
they're 5:13
this 3:14 4:2,14,16
  4:19,20 5:2,4,15
  5:15 6:4,13,14,14
  6:19 7:1,10,15 8:2
  8:3,4,9,13 9:12,15
this--this 8:7
THOMPSON 1:24
thorough 4:11

those 3:18 8:12
thousand 4:18
three 2:7,22
ties 2:19
time 8:4
to 2:3,11,17,17,19
  3:2,21 4:1,6,12,13
  4:19,20,21 5:3,10
  5:17 6:2,2,4,6,15
  6:16,16,18,21,24
  7:7,8,8,10,11,11
  7:12,17,22 8:2,2
  8:11,12,13,13,15
  8:16,16,17,21,22
  9:12,15
today 3:12
told 3:12
TONIGHT 1:4
totals 2:5
toward 7:23
TRANSCRIBED
  1:24
transcript 1:1 9:11
TRANSCRIPTIO...
  9:8
transition 3:3
Treasury 2:20
true 3:11 9:10
Trump 4:7,19,23
  6:11,13 8:5,18
Trump's 2:1
try 5:17
trying 6:4 7:22
two 2:7

        U
UK 2:17 3:6
unable 7:17
uncover 8:23
undemocratic 6:20
under 4:21
unfixed 3:19
union 8:9
unite 4:22
unquote 2:12
up 5:23 8:3,22
us 2:9 3:12,24 4:1
  4:21 5:21 7:14 9:1
  9:2
used 2:4,6 7:7

        V
various 4:4
Venezuela's 2:19
Venezuelan 2:22
very 4:9,10 5:5,9,12

  5:13,14,21
vote 2:5 4:18 8:23
voters 5:3 7:9 8:12
votes 3:23 8:10
voting 2:2,4,8,11,16
  2:18 3:11,21 4:4,8
  4:19

        W
want 5:3 8:11
wants 4:21
warrants 5:1
Warren 2:15
was 6:19
wave 6:13
we 4:17,20 5:4,10
  6:14,21,24 7:10
  7:11,11,13,13
  8:11,11,12,15,16
  8:20
we'll 9:2
we're 7:15 8:2,13,14
  8:14,16
we've 7:12
well 3:24 4:12 5:13
  6:9
were 2:13,16,22
  3:16 5:17,18,19
  6:18,20 7:3,17,17
weren't 6:21
what 4:7 5:4 7:9,12
  7:15,21 8:12,18
what's 7:19
when 6:16,22
where 4:18
which 4:9 7:3
who 4:13 5:2 6:10
  6:18,19
who's 6:14
whole 6:10
whose 2:5
widely 2:4
will 8:4
willing 6:16
winds 5:3
wing 2:10
with 2:21,23 3:20
  4:1,5,23 5:4,23
  7:14 8:8,8,13,19
  9:2
with--with 8:9
workers 8:9
worst 6:23 7:1
would 5:17
wronged 5:16
Wyden 2:15

        X

        Y
year 2:13
year's 3:14
years 6:1 8:4,5
yesterday 4:13
you 4:1,3 5:8,13 6:4
  6:19,22 7:9 8:21
your 4:6,13 5:9,9
  8:5

        Z

        0

        1
15,000 6:22
16 1:6

        2
2000 2:19
2012 7:21,24
2015 3:8
2016 2:23
2020 1:6 8:23

        3
3100 4:5

        4

        5

        6

        7
73 8:10

        8

        9
90% 2:8