# Exhibit 15

TRANSCRIPT OF THE AUDIO RECORDING OF:

FOX BUSINESS, LOU DOBBS TONIGHT

NOVEMBER 16, 2020

TRANSCRIBED BY: THOMPSON COURT REPORTERS INC.

Page 2

1         LOU DOBBS:  Joining us now by phone, Sidney
2 Powell, a member of President Trump's legal team. She
3 is also General Michael Flynn's attorney, former
4 federal prosecutor, best selling author, one of the
5 country's most prominent appellate attorneys. Sidney,
6 good to have you with us. Dominion Voting System seems
7 to be figuring larger and larger in the interest of
8 your -- your legal team. And what is the latest?
9         SIDNEY POWELL: Oh definitely, Lou, I've just
10 gotten some stunning evidence from a firsthand witness,
11 a high ranking military officer who was present when
12 Smartmatic was designed in a way that -- - and I'm
13 going to just read you some of these statements if you
14 don't mind so I get them exactly right --.
15         LOU DOBBS:  Sure. [OVERLAPPING]
16        SIDNEY POWELL: -- from the affidavit. Designed in
17 a way that the system could change the vote of each voter
18 without being detected.  He wanted the software itself to
19 function in such a manner that if the voter were to
20 place their thumbprint or fingerprint on a scanner,
21 then the thumbprint would be tied to a record of the
22 voters name and identity of having voted, but that
23 voter would not be tracked to the changed vote.
24 He made it clear that the system would have to be set

1  up but not leave any evidence of the changed vote for a
2  specific voter and that there would be no evidence to
3  show and nothing to contradict that the name or the
4  fingerprint or thumbprint was going with a changed
5  vote. Smartmatic agreed to create such a system and
6  produce the software and hardware that accomplished the
7  result for President Chavez.
8  After the Smartmatic electrical manage -- - electoral
9  management system was put in place, he closely observed
10 several elections where the results were manipulated
11 using the Smartmatic software. One such election was
12 December 2006, when Chavez was running against Rosales.
13 Chavez won with a landslide over Rosales, a margin of
14 nearly 6 million votes for Chavez versus 3.7 million
15 for Rosales.In 2013, he witnessed another Venezuelan
16 national election where the Smartmatic management system
17 was used to manipulate and change the results for Chavez.
18 And it it goes on and on, he was in the control room
19 where multiple digital display screens were shown for
20 results and voting. The actual voting results were
21 fed into that room and onto the displays over an
22 Internet feed, which was connected to a sophisticated
23 computer system created by Smartmatic. People in that
24 room were able to see in real-time whether the votes

Page 4

1  that came through the electronic voting system was in
2  their favor or against them. If one looked at any
3  particular screen they could determine that the vote
4  from any specific area or as a national total was going
5  to be against either candidate. Persons controlling the
6  vote tabulation computer had the ability to change the
7  reporting of votes by moving votes from one candidate
8  to another by using the Smartmatic software.
9          LOU DOBBS:  And Smartmatic, the relation --
10         SIDNEY POWELL:  Smartmatic  [OVERLAPPING]
11         LOU DOBBS:  -- Sidney I  [OVERLAPPING]
12 -- Yes. And Smartmatic, the Chairman is Admiral Pete
13 Neffenger, who is also on the President -- the Vice
14 President's transition team, his presidential,
15 presumptuous presidential transition team. That's an
16 extraordinary situation as well, isn't it?
17         SIDNEY POWELL:  Yes, it is.
18 So here's the other kicker, when the Smartmatic
19 machines are -- when somebody's losing, like for
20 example when Maduro and his supporters realized the
21 size of the other guys lead, they were worried that
22 they were in crisis mode and would lose the election,
23 the Smartmatic machines used for voting in each state
24 were connected to the Internet, reported their

Page 5

1  information over the Internet to the Caracas control
2  center real-time because the decision was made to reset
3  the entire system. Maduro and his supporters ordered
4  the network controllers to take the Internet itself
5  offline in practically all parts in Venezuela to change
6  the result. It took the voting operators approximately
7  two hours to make the adjustments in the vote from
8  Radonski to Maduro. Then when they turned the Internet
9  back on and the online reporting was up and running
10 again, they checked each screen state-by-state to be
11 certain they could see each vote was changed in favor
12 of Maduro.
13          LOU DOBBS: Sidney, you tweeted earlier today about
14 CIA and its association. What have you discovered
15 there?
16          SIDNEY POWELL: Well, other than the fact
17 there's no way all this was happening over and around
18 the world without the CIA knowing about it. I mean
19 that's just logic. It's been, this affidavit also
20 explains, has been used to change election results all
21 over the world. And it's all Venezuelan and Cuban and
22 essentially communist money that's been doing this.
23 It's a foreign owned company, as you mentioned earlier,
24 the president of it is Mr. Neffenger, who is on Biden's

Page 6

1   very presumptuous and immediately failing transition
2   team. And people have been reporting this to our
3   government for, for several years, including Democrats
4   and nobody has done a damn thing about it, Lou. I can't
5   even express how furious I am over this.
6           LOU DOBBS:  Well I share your -- your fury
7   and frustration, but I do have some news to break here
8   at this moment. I have now received word from a highly
9   reliable source that the FBI does have an investigative
10  team that is now looking into this election. Now what
11  that means beyond that, but at least it's confirmation
12  that they are investigating and we'll see what moves
13  because there had been no indication that indeed
14  publicly that they were involved; they are now. And
15  to that point, I'd just like to show, if we could put up
16  the full screen, under what their authorities are when
17  we talked about these state run elections, even though
18  they're federal elections for at least the, a sizable
19  number of the candidates. As you see there, the ballot
20  includes one or more federal candidates, an election, a
21  polling place, official abuses of their office, the
22  conduct involving false voter registration. The crime
23  intentionally targets minority protected classes. The
24  activity violates federal campaign finance laws. All

1  of this laid out on the FBI website for anyone to look
2  at. And it appears, Sidney, that at least the FBI has
3  finally looked at that website.  I'm not sure it was
4  Christopher Wray, but someone at the FBI, and took
5  action, your thoughts?
6          SIDNEY POWELL:  Well, my other thought is
7  that as soon as the Smartmatic system changed the votes
8  that they wanted for their desired candidate, by the
9  time they finished, they achieve a convincing but
10 narrow victory of the certain number of votes they want
11 for their candidate.  This person saw --
12         LOU DOBBS:  Yeah. [OVERLAPPING]
13         SIDNEY POWELL: -- by what is his known experience
14 exactly what was happening there, was happening here.
15         LOU DOBBS:  It's a, it is a deeply, deeply
16 troubling election. As I said earlier, the worst in
17 this country's history bar none. And we have seen
18 official -- official investigative and Justice Department
19 officials slow to move, and it is infuriating to
20 everyone. The President -- [OVERLAPPING]
21         SIDNEY POWELL: Now we've seen willful
22 blindness.They have adopted a position --
23         LOU DOBBS:  Yeah.
24         SIDNEY POWELL:  -- of willful blindness to

Page 8

1  this massive corruption across the country. And the
2  Smartmatic software is in the DNA of every vote
3  tabulating company's software and systems.
4  　　　　　LOU DOBBS:  Yeah, Sid it is--it is more than
5  just a willful blindness. This is people trying to
6  blind us to what is going on. We don't even know who
7  the hell really owns these companies, at least most of
8  them. That's got to change and we've got to find out
9  exactly what's going on. And thank God we've got a
10 President who will stay in the fight all the way
11 through until we get those answers.  Sidney Powell,
12 thanks so much. We appreciate it as always.
13
14 　　　　　　　　CERTIFICATE OF TRANSCRIPTIONIST
15
16 　　I certify that the foregoing is a true and accurate
17 　transcript of the digitally-recorded proceedings provided
18 　to me in this matter.
19
20 　　I do further certify that I am neither a relative, nor
21 　employee, nor attorney of any of the parties to this
22 　action, and that I am not financially interested in the
23 　action.
24

_____
NATHAN KAYLO
Production Manager
THOMPSON COURT REPORTERS INC.

## A

**a** 2:2,10,11,12,17,19 2:20,21 3:1,4,5,13 3:13,22 4:4 5:23 6:4,8,18,20 7:9,15 7:15,22 8:5,9,16 8:20
**ability** 4:6
**able** 3:24
**about** 5:13,18 6:4 6:17
**abuses** 6:21
**accomplished** 3:6
**accurate** 8:16
**achieve** 7:9
**across** 8:1
**action** 7:5 8:22,23
**activity** 6:24
**actual** 3:20
**adjustments** 5:7
**Admiral** 4:12
**adopted** 7:22
**affidavit** 2:16 5:19
**After** 3:8
**again** 5:10
**against** 3:12 4:2,5
**agreed** 3:5
**all** 5:5,17,20,21 6:24 8:10
**also** 2:3 4:13 5:19
**always** 8:12
**am** 6:5 8:20,22
**an** 3:21 4:15 6:9,20
**and** 2:7,8,12,22 3:2 3:3,5,6,17,18,18 3:20,21 4:9,12,20 4:22 5:3,9,9,14,17 5:21,21,21 6:1,2,4 6:7,12,14 7:2,4,17 7:18,19 8:1,3,8,9 8:16,22
**another** 3:15 4:8
**answers** 8:11
**any** 3:1 4:2,4 8:21
**anyone** 7:1
**appears** 7:2
**appellate** 2:5
**appreciate** 8:12
**approximately** 5:6
**are** 4:19 6:12,14,16
**area** 4:4
**around** 5:17
**as** 4:4,16 5:23 6:19 7:7,7,16 8:12
**association** 5:14
**at** 4:2 6:8,11,18 7:2
7:2,3,4 8:7
**attorney** 2:3 8:21
**attorneys** 2:5
**AUDIO** 1:1
**author** 2:4
**authorities** 6:16

## B

**back** 5:9
**ballot** 6:19
**bar** 7:17
**be** 2:7,21,23,24 3:2 4:5 5:10
**because** 5:2 6:13
**been** 5:19,20,22 6:2 6:13
**being** 2:18
**best** 2:4
**beyond** 6:11
**Biden's** 5:24
**blind** 8:6
**blindness** 7:24 8:5
**blindness.They** 7:22
**break** 6:7
**BUSINESS** 1:4
**but** 2:22 3:1 6:7,11 7:4,9
**by** 1:24 2:1 3:23 4:7 4:8 7:8,13

## C

**came** 4:1
**campaign** 6:24
**can't** 6:4
**candidate** 4:5,7 7:8 7:11
**candidates** 6:19,20
**Caracas** 5:1
**center** 5:2
**certain** 5:11 7:10
**CERTIFICATE** 8:14
**certify** 8:16,20
**Chairman** 4:12
**change** 2:17 3:17 4:6 5:5,20 8:8
**changed** 2:23 3:1,4 5:11 7:7
**Chavez** 3:7,12,13 3:14,17
**checked** 5:10
**Christopher** 7:4
**CIA** 5:14,18
**classes** 6:23
**clear** 2:24
**closely** 3:9

**communist** 5:22
**companies** 8:7
**company** 5:23
**company's** 8:3
**computer** 3:23 4:6
**conduct** 6:22
**confirmation** 6:11
**connected** 3:22 4:24
**contradict** 3:3
**control** 3:18 5:1
**controllers** 5:4
**controlling** 4:5
**convincing** 7:9
**corruption** 8:1
**could** 2:17 4:3 5:11 6:15
**country** 8:1
**country's** 2:5 7:17
**COURT** 1:24
**create** 3:5
**created** 3:23
**crime** 6:22
**crisis** 4:22
**Cuban** 5:21

## D

**damn** 6:4
**December** 3:12
**decision** 5:2
**deeply** 7:15,15
**definitely** 2:9
**Democrats** 6:3
**Department** 7:18
**designed** 2:12,16
**desired** 7:8
**detected** 2:18
**determine** 4:3
**digital** 3:19
**digitally-recorded** 8:17
**discovered** 5:14
**display** 3:19
**displays** 3:21
**DNA** 8:2
**do** 6:7 8:20
**DOBBS** 1:4 2:1,15 4:9,11 5:13 6:6 7:12,15,23 8:4
**does** 6:9
**doing** 5:22
**Dominion** 2:6
**don't** 2:14 8:6
**done** 6:4

## E

**each** 2:17 4:23 5:10

5:11
**earlier** 5:13,23 7:16
**either** 4:5
**election** 3:11,16 4:22 5:20 6:10,20 7:16
**elections** 3:10 6:17 6:18
**electoral** 3:8
**electrical** 3:8
**electronic** 4:1
**employee** 8:21
**entire** 5:3
**essentially** 5:22
**even** 6:5,17 8:6
**every** 8:2
**everyone** 7:20
**evidence** 2:10 3:1,2
**exactly** 2:14 7:14 8:9
**example** 4:20
**experience** 7:13
**explains** 5:20
**express** 6:5
**extraordinary** 4:16

## F

**fact** 5:16
**failing** 6:1
**false** 6:22
**favor** 4:2 5:11
**FBI** 6:9 7:1,2,4
**fed** 3:21
**federal** 2:4 6:18,20 6:24
**feed** 3:22
**fight** 8:10
**figuring** 2:7
**finally** 7:3
**finance** 6:24
**financially** 8:22
**find** 8:8
**fingerprint** 2:20 3:4
**finished** 7:9
**firsthand** 2:10
**Flynn's** 2:3
**for** 3:1,7,14,15,17 3:19 4:19,23 6:3,3 6:18 7:1,8,11
**foregoing** 8:16
**foreign** 5:23
**former** 2:3
**FOX** 1:4
**from** 2:10,16 4:4,7 5:7 6:8
**frustration** 6:7

**full** 6:16
**function** 2:19
**furious** 6:5
**further** 8:20
**fury** 6:6

## G

**General** 2:3
**get** 2:14 8:11
**God** 8:9
**goes** 3:18
**going** 2:13 3:4 4:4 8:6,9
**good** 2:6
**got** 8:8,8,9
**gotten** 2:10
**government** 6:3
**guys** 4:21

## H

**had** 4:6 6:13
**happening** 5:17 7:14,14
**hardware** 3:6
**has** 5:20 6:4 7:2
**have** 2:6,24 5:14 6:2 6:7,8,9 7:17,22
**having** 2:22
**he** 2:18,24 3:9,15,18
**hell** 8:7
**here** 6:7 7:14
**here's** 4:18
**high** 2:11
**highly** 6:8
**his** 4:14,20 5:3 7:13
**history** 7:17
**hours** 5:7
**how** 6:5

## I

**I** 2:14 4:11 5:18 6:4 6:5,6,7,8 7:16 8:16,20,20,22
**I'd** 6:15
**I'm** 2:12 7:3
**I've** 2:9
**identity** 2:22
**if** 2:13,19 4:2 6:15
**immediately** 6:1
**in** 2:7,12,16,19 3:9 3:18,23,24 4:1,22 4:23 5:5,5,7,11 7:16 8:2,10,18,22
**INC** 1:24
**includes** 6:20
**including** 6:3

**indeed** 6:13
**indication** 6:13
**information** 5:1
**infuriating** 7:19
**intentionally** 6:23
**interest** 2:7
**interested** 8:22
**Internet** 3:22 4:24 5:1,4,8
**into** 3:21 6:10
**investigating** 6:12
**investigative** 6:9 7:18
**involved** 6:14
**involving** 6:22
**is** 2:3,8 4:12,13,17 5:24,24 6:10 7:6 7:13,15,19 8:2,4,5 8:6,16
**is--it** 8:4
**isn't** 4:16
**it** 2:24 3:18,18 4:16 4:17 5:6,18,24 6:4 7:2,3,15,19 8:4,12
**it's** 5:19,21,23 6:11 7:15
**its** 5:14
**itself** 2:18 5:4

_____
**J**
**Joining** 2:1
**just** 2:9,13 5:19 6:15 8:5
**Justice** 7:18
_____
**K**
**kicker** 4:18
**know** 8:6
**knowing** 5:18
**known** 7:13
_____
**L**
**laid** 7:1
**landslide** 3:13
**larger** 2:7,7
**latest** 2:8
**laws** 6:24
**lead** 4:21
**least** 6:11,18 7:2 8:7
**leave** 3:1
**legal** 2:2,8
**like** 4:19 6:15
**logic** 5:19
**look** 7:1
**looked** 4:2 7:3
**looking** 6:10

**lose** 4:22
**losing** 4:19
**Lou** 1:4 2:1,9,15 4:9 4:11 5:13 6:4,6 7:12,15,23 8:4
_____
**M**
**machines** 4:19,23
**made** 2:24 5:2
**Maduro** 4:20 5:3,8 5:12
**make** 5:7
**manage** 3:8
**management** 3:9,16
**manipulate** 3:17
**manipulated** 3:10
**manner** 2:19
**margin** 3:13
**massive** 8:1
**matter** 8:18
**me** 8:18
**mean** 5:18
**means** 6:11
**member** 2:2
**mentioned** 5:23
**Michael** 2:3
**military** 2:11
**million** 3:14,14
**mind** 2:14
**minority** 6:23
**mode** 4:22
**moment** 6:8
**money** 5:22
**more** 6:20 8:4
**most** 2:5 8:7
**move** 7:19
**moves** 6:12
**moving** 4:7
**Mr** 5:24
**much** 8:12
**multiple** 3:19
**my** 7:6
_____
**N**
**name** 2:22 3:3
**narrow** 7:10
**national** 3:16 4:4
**nearly** 3:14
**Neffenger** 4:13 5:24
**neither** 8:20
**network** 5:4
**news** 6:7
**no** 3:2 5:17 6:13
**nobody** 6:4
**none** 7:17
**nor** 8:20,21

**not** 2:23 3:1 7:3 8:22
**nothing** 3:3
**NOVEMBER** 1:6
**now** 2:1 6:8,10,10 6:14 7:21
**number** 6:19 7:10
_____
**O**
**observed** 3:9
**of** 1:1,1 2:2,4,7,13 2:17,21,22 3:1,13 4:7,21 5:12,24 6:19,21 7:1,10,10 7:24 8:2,7,14,17 8:21,21
**office** 6:21
**officer** 2:11
**official** 6:21 7:18,18
**officials** 7:19
**offline** 5:5
**Oh** 2:9
**on** 2:20 3:18,18 4:13 5:9,24 7:1 8:6,9
**one** 2:4 3:11 4:2,7 6:20
**online** 5:9
**onto** 3:21
**operators** 5:6
**or** 2:20 3:3,4 4:2,4 6:20
**ordered** 5:3
**other** 4:18,21 5:16 7:6
**our** 6:2
**out** 7:1 8:8
**over** 3:13,21 5:1,17 5:21 6:5
**OVERLAPPING** 2:15 4:10,11 7:12 7:20
**owned** 5:23
**owns** 8:7
_____
**P**
**particular** 4:3
**parties** 8:21
**parts** 5:5
**people** 3:23 6:2 8:5
**person** 7:11
**Persons** 4:5
**Pete** 4:12
**phone** 2:1
**place** 2:20 3:9 6:21
**point** 6:15
**polling** 6:21

**position** 7:22
**Powell** 2:2,9,16 4:10 4:17 5:16 7:6,13 7:21,24 8:11
**practically** 5:5
**present** 2:11
**president** 2:2 3:7 4:13 5:24 7:20 8:10
**President's** 4:14
**presidential** 4:14,15
**presumptuous** 4:15 6:1
**proceedings** 8:17
**produce** 3:6
**prominent** 2:5
**prosecutor** 2:4
**protected** 6:23
**provided** 8:17
**publicly** 6:14
**put** 3:9 6:15
_____
**Q**
_____
**R**
**Radonski** 5:8
**ranking** 2:11
**read** 2:13
**real-time** 3:24 5:2
**realized** 4:20
**really** 8:7
**received** 6:8
**record** 2:21
**RECORDING** 1:1
**registration** 6:22
**relation** 4:9
**relative** 8:20
**reliable** 6:9
**reported** 4:24
**REPORTERS** 1:24
**reporting** 4:7 5:9 6:2
**reset** 5:2
**result** 3:7 5:6
**results** 3:10,17,20 3:20 5:20
**right** 2:14
**room** 3:18,21,24
**Rosales** 3:12,13
**Rosales.In** 3:15
**run** 6:17
**running** 3:12 5:9
_____
**S**
**said** 7:16
**saw** 7:11

**scanner** 2:20
**screen** 4:3 5:10 6:16
**screens** 3:19
**see** 3:24 5:11 6:12 6:19
**seems** 2:6
**seen** 7:17,21
**selling** 2:4
**set** 2:24
**several** 3:10 6:3
**share** 6:6
**She** 2:2
**show** 3:3 6:15
**shown** 3:19
**Sid** 8:4
**Sidney** 2:1,5,9,16 4:10,11,17 5:13 5:16 7:2,6,13,21 7:24 8:11
**situation** 4:16
**sizable** 6:18
**size** 4:21
**slow** 7:19
**Smartmatic** 2:12 3:5,8,11,16,23 4:8 4:9,10,12,18,23 7:7 8:2
**so** 2:14 4:18 8:12
**software** 2:18 3:6,11 4:8 8:2,3
**some** 2:10,13 6:7
**somebody's** 4:19
**someone** 7:4
**soon** 7:7
**sophisticated** 3:22
**source** 6:9
**specific** 3:2 4:4
**state** 4:23 6:17
**state-by-state** 5:10
**statements** 2:13
**stay** 8:10
**stunning** 2:10
**such** 2:19 3:5,11
**supporters** 4:20 5:3
**sure** 2:15 7:3
**system** 2:6,17,24 3:5,9,16,23 4:1 5:3 7:7
**systems** 8:3
_____
**T**
**tabulating** 8:3
**tabulation** 4:6
**take** 5:4
**talked** 6:17
**targets** 6:23

| | | | |
|---|---|---|---|
| team 2:2,8 4:14,15 6:2,10 | 3:22,24 4:5,6,8,24 5:1,2,4,5,7,8,10 5:20 6:2,7,15,15 7:1,19,19,24 8:5,6 8:8,8,18,21 | was 2:11,12 3:4,9,11 3:12,17,18,22 4:1 4:4 5:2,9,11,17 7:3,14,14 | **1** |
| than 5:16 8:4 | | | 16 1:6 |
| thank 8:9 | | | |
| thanks 8:12 | | | **2** |
| that 2:12,17,19,22 2:24 3:2,3,6,21,23 4:1,3,21 6:9,10,11 6:11,12,13,14,15 7:2,3,7,8 8:16,20 8:22 | today 5:13 | way 2:12,17 5:17 8:10 | 2006 3:12 |
| | TONIGHT 1:4 | we 6:15,17 7:17 8:6 8:11,12 | 2013 3:15 |
| | took 5:6 7:4 | | 2020 1:6 |
| | total 4:4 | we'll 6:12 | |
| | tracked 2:23 | we've 7:21 8:8,9 | **3** |
| | TRANSCRIBED 1:24 | website 7:1,3 | 3.7 3:14 |
| that's 4:15 5:19,22 8:8 | transcript 1:1 8:17 | well 4:16 5:16 6:6 7:6 | |
| the 1:1 2:4,7,8,16,17 2:17,18,19,21,21 2:23,24 3:1,3,3,6 3:6,8,10,11,16,17 3:18,20,21,24 4:1 4:3,5,6,6,8,9,12 4:13,13,18,18,20 4:21,22,23,24 5:1 5:1,2,3,4,4,6,6,7,7 5:8,9,16,18,18,21 5:24 6:9,16,18,19 6:19,21,22,23 7:1 7:2,4,7,7,8,10,16 7:20 8:1,1,2,7,10 8:10,16,17,21,22 | TRANSCRIPTIO... 8:14 | were 2:19 3:10,19 3:20,24 4:21,22 4:24 6:14 | **4** |
| | transition 4:14,15 6:1 | | |
| | troubling 7:16 | what 2:8 5:14 6:10 6:12,16 7:13,14 8:6 | **5** |
| | true 8:16 | | |
| | Trump's 2:2 | | **6** |
| | trying 8:5 | | 6 3:14 |
| | turned 5:8 | what's 8:9 | |
| | tweeted 5:13 | when 2:11 3:12 4:18 4:19,20 5:8 6:16 | |
| | two 5:7 | where 3:10,16,19 | |
| | | whether 3:24 | |
| | **U** | which 3:22 | |
| | under 6:16 | who 2:11 4:13 5:24 8:6,10 | |
| | until 8:11 | | |
| their 2:20 4:2,24 6:16,21 7:8,11 | up 3:1 5:9 6:15 | will 8:10 | |
| | us 2:1,6 8:6 | willful 7:21,24 8:5 | |
| them 2:14 4:2 8:8 | used 3:17 4:23 5:20 | with 2:6 3:4,13 | |
| then 2:21 5:8 | using 3:11 4:8 | without 2:18 5:18 | |
| there 3:2 5:15 6:13 6:19 7:14 | | witness 2:10 | |
| | **V** | witnessed 3:15 | |
| there's 5:17 | Venezuela 5:5 | won 3:13 | |
| these 2:13 6:17 8:7 | Venezuelan 3:15 5:21 | word 6:8 | |
| they 4:3,21,22 5:8 5:10,11 6:12,14 6:14 7:8,9,9,10 | | world 5:18,21 | |
| | versus 3:14 | worried 4:21 | |
| | very 6:1 | worst 7:16 | |
| they're 6:18 | Vice 4:13 | would 2:21,23,24 3:2 4:22 | |
| thing 6:4 | victory 7:10 | | |
| this 5:17,19,22 6:2,5 6:8,10 7:1,11,17 8:1,5,18,21 | violates 6:24 | Wray 7:4 | |
| | vote 2:17,23 3:1,5 4:3,6 5:7,11 8:2 | | |
| | | **X** | |
| THOMPSON 1:24 | voted 2:22 | | |
| those 8:11 | voter 2:17,19,23 3:2 6:22 | **Y** | |
| though 6:17 | | Yeah 7:12,23 8:4 | |
| thought 7:6 | voters 2:22 | years 6:3 | |
| thoughts 7:5 | votes 3:14,24 4:7,7 7:7,10 | Yes 4:12,17 | |
| through 4:1 8:11 | | you 2:6,13,13 5:13 5:14,23 6:19 | |
| thumbprint 2:20,21 3:4 | voting 2:6 3:20,20 4:1,23 5:6 | your 2:8,8 6:6,6 7:5 | |
| tied 2:21 | | | |
| time 7:9 | **W** | **Z** | |
| to 2:6,7,13,18,19,21 2:23,24 3:2,3,5,17 | want 7:10 | **0** | |
| | wanted 2:18 7:8 | | |