# Exhibit 16

| Tweets | Following | Followers | Likes | Lists |
|---|---|---|---|---|
| 36.2K | 2,101 | 2.29M | 18K | 2 |

Follow

**Lou Dobbs**
@LouDobbs

Lou Dobbs Tonight, Fox Business Network, 5, 7 & 10 PM/ET

New York, NY
LouDobbsShop.com
Joined March 2009

Photos and videos

## New to Twitter?

Sign up now to get your own personalized timeline!

Sign up

**You may also like** · Refresh

**Sean Hannity** @seanhannity
**Laura Ingraham** @IngrahamAngle
**Tucker Carlson** @TuckerCarlson

**Tweets** Tweets & replies Media

**Lou Dobbs** @LouDobbs · 4m
There's never been a national election with this many widespread irregularities, anomalies, screw ups, disruption and plain cheating in American history! We must investigate and fix it all if we're to remain a constitutional Republic.

> **Donald J. Trump** @realDonaldTrump
> The Radical Left Democrats, working with their partner, the Fake News Media, are trying to STEAL this Election. We won't let them!

14 92 234

**Lou Dobbs** @LouDobbs · 3h
Sidney Powell: Smartmatic Voting Machine's Chairman of the Board Peter Neffenger Named to Joe Biden's 'Transition Team'
thegatewaypundit.com/2020/11/sidney... via @gatewaypundit

502 4.9K 9.4K

**Lou Dobbs** @LouDobbs · 3h
Do you feel America's return to space accelerating? Again, @realDonaldTrump driving USA space program!

> **NASA** @NASA
> Resilience rises. 🚀
>
> The Crew-1 mission has lifted off on a Falcon 9 rocket from @NASAKennedy at 7:27pm ET and is en route to the ...

63 381 1.8K

**Lou Dobbs** @LouDobbs · 3h
Not good. More of the same

**Lou Dobbs** @LouDobbs

| Tweets | Following | Followers | Likes | Lists |
|---|---|---|---|---|
| 36.2K | 2,101 | 2.29M | 18K | 2 |

Follow

**Jeanine Pirro** @JudgeJeanine

**Mark R. Levin** @marklevinshow

## Worldwide trends

**Friday the 13th**
297K Tweets

**#WorldKindnessDay**
88.3K Tweets

**harry styles**
429K Tweets

**#TheMandalorian**
25.6K Tweets

**Navarro**
20K Tweets

**#WeThankYouTaehyung**
119K Tweets

**Chainz**
13K Tweets

**#6DaysBEforeBE**
87.5K Tweets

**Aunt Viv**
1,368 Tweets

**SNKRS**
10.5K Tweets

© 2020 Twitter About Help Center Terms
Privacy policy Cookies Ads info

The chief executive of Google's parent company Alphabet has apologised to Thierry Breton after an internal document laid out a plan to attack the EU commissioner, and promised that such tactics were "not the way we operate". ft.com/content/5528ea...

22 227 728

Lou Dobbs Retweeted

**Amichai Stein** @AmichaiStein1 · 12h

Scoop: After CNN's senior presenter Christiane Amanpour compares Kristallnacht to the 4 years of Trump admin, the Israeli MFA has sent a letter to CNN demanding an apology: "The comparison between Kristallnacht and Trump's actions are unacceptable and an apology is required."

92 1.4K 5.2K

**Lou Dobbs** @LouDobbs · 3h

Trump coronavirus adviser tells Michigan to 'rise up' against new shutdown orders

99 710 2.6K

Lou Dobbs Retweeted

**Donald J. Trump** @realDonaldTrump · 15h

Why does the Fake News Media continuously assume that Joe Biden will ascend to the Presidency, not even allowing our side to show, which we are just getting ready to do, how badly shattered and violated our great Constitution has been in the 2020 Election. It was attacked,...

56K 70K 323K

Show this thread

Lou Dobbs Retweeted

**Donald J. Trump** @realDonaldTrump · 15h

....perhaps like never before! From large numbers of Poll Watchers that were thrown out of vote counting rooms in many of our States, to millions of ballots that have been altered by Democrats, only for Democrats, to voting after the Election was over, to using Radical Left

10K 30K 169K

Show this thread

Lou Dobbs Retweeted

**Donald J. Trump** @realDonaldTrump · 15h

....owned Dominion Voting Systems, turned down by Texas and many others because it was not good or secure, those responsible for the safeguarding of our Constitution cannot allow the Fake results of the 2020 Mail-In Election to stand. The World is watching!

22K 33K 179K

Show this thread

Lou Dobbs Retweeted

**Kyle Becker** @kylenabecker · 15h

Any thoughts on this @va_shiva? It might be a trend to keep an eye on as more

https://twitter.com/LouDobbs Go OCT NOV DEC
1,921 captures 16
6 Oct 2008 - 26 Jan 2021 2019 2020 2021
About this capture

Home About Search Twitter Have an account? Log in

**Lou Dobbs**
@LouDobbs

Tweets 36.2K Following 2,101 Followers 2.29M Likes 18K Lists 2

Follow

**Kyle Becker** @kylenabecker
MICHIGAN.🚨

*Explosive* evidence of Trump-to-Biden vote-switching: 138K VOTES....

Show this thread

98 890 2.4K

Show this thread

Lou Dobbs Retweeted

**Kevin Sorbo** @ksorbs · Nov 14

More than 1 million people marched the streets in an ACTUALLY PEACEFUL demonstration in support of @realDonaldTrump

And somehow the left expects us to believe the guy who couldn't fill a highschool auditorium got more votes? Sure

494 4.5K 18K

Lou Dobbs Retweeted

**Ronna McDaniel** @GOPChairwoman · Nov 14

Thank you to all the patriots who came out to show your support for @realDonaldTrump and election integrity!

3.9K 12K 59K

https://twitter.com/LouDobbs Go OCT NOV DEC
1,921 captures 16
6 Oct 2008 - 26 Jan 2021 2019 2020 2021
About this capture

Home About Search Twitter Have an account? Log in

**Lou Dobbs** @LouDobbs

| Tweets | Following | Followers | Likes | Lists |
|---|---|---|---|---|
| 36.2K | 2,101 | 2.29M | 18K | 2 |

Follow

**Dan Crenshaw** @DanCrenshawTX · Nov 14
The left uses violence. The right uses their voice. The difference matters.

And all the DC businesses that boarded up their windows know exactly what the difference is.

**Andy Ngô** @MrAndyNgo
Young couple in DC followed by crowd of BLM-antifa thugs who hit them and throw liquid on them. #MillionMAGAMarch

23K 18K 60K

Lou Dobbs Retweeted
**Paul Gosar** @DrPaulGosar · Nov 14
Beautiful people saving their beautiful country.

**Katrina Pierson** @KatrinaPierson
Reminds me of the #TeaParty 😏#MarchForTrump 🇺🇸

529 9.1K 40K

Lou Dobbs Retweeted
**Jason Miller** @JasonMillerinDC · Nov 14
You won't be safe in Joe Biden's America.

**Henry Rodgers** @henryrodgersdc
Countless assaults in DC. This is out of control.

3.1K 15K 41K

Lou Dobbs Retweeted
**Dave Rubin** @RubinReport · Nov 14
I'm sharing this because there are dozens of videos like this on Twitter and the mainstream media will ignore them because they don't fit the narrative.

Trump supporters are behind hunted down. They are not the ones causing violence. Make sure everyone you know knows the truth.
twitter.com/mrandyngo/stat...

This Tweet is unavailable.

1.8K 11K 23K

Lou Dobbs Retweeted
**Mollie** @MZHemingway · Nov 14

**Lou Dobbs** @LouDobbs

| Tweets | Following | Followers | Likes | Lists |
|---|---|---|---|---|
| 36.2K | 2,101 | 2.29M | 18K | 2 |

Follow

#MAGAMarchDC

56 1.3K 5.0K

Show this thread

Lou Dobbs Retweeted

**John Solomon** @jsolomonReports · Nov 14

In 2019, Democrats warned that election companies like Dominion were 'prone to security problems' | Just The News

129 2.1K 5.2K

Lou Dobbs Retweeted

**Rudy W. Giuliani** @RudyGiuliani · Nov 14

682K mail-in ballots in Philidelphia and Allegheny County were counted WITHOUT observers present.

A direct violation of a Court Order.

UNCONSTITUTIONAL and irredeemably compromised.

2.5K 28K 79K

Lou Dobbs Retweeted

**Donald J. Trump** @realDonaldTrump · Nov 14

People are not going to stand for having this Election stolen from them by a privately owned Radical Left company, Dominion, and many other reasons!

**Dan Scavino** @DanScavino

32K 67K 280K

**Lou Dobbs** @LouDobbs

| Tweets | Following | Followers | Likes | Lists |
|---|---|---|---|---|
| 36.2K | 2,101 | 2.29M | 18K | 2 |

Follow

56 1.3K 5.0K

Show this thread

Lou Dobbs Retweeted

**John Solomon** @jsolomonReports · Nov 14

In 2019, Democrats warned that election companies like Dominion were 'prone to security problems' | Just The News

129 2.1K 5.2K

Lou Dobbs Retweeted

**Rudy W. Giuliani** @RudyGiuliani · Nov 14

682K mail-in ballots in Philidelphia and Allegheny County were counted WITHOUT observers present.

A direct violation of a Court Order.

UNCONSTITUTIONAL and irredeemably compromised.

2.5K 28K 79K

Lou Dobbs Retweeted

**Donald J. Trump** @realDonaldTrump · Nov 14

People are not going to stand for having this Election stolen from them by a privately owned Radical Left company, Dominion, and many other reasons!

**Dan Scavino** @DanScavino

32K 67K 280K

Loading seems to be taking a while.

Twitter may be over capacity or experiencing a momentary hiccup. Try again or visit Twitter Status for more information.











