# Exhibit 17



**Laura Ingraham** ✓
@IngrahamAngle

Sidney Powell says that 'the evidence on use of 'Dominion System' is coming in so fast she 'can't even process it all.'

Attorney Powell on election legal challenges that remain activ...
Sidney Powell, of President Trump's legal team, tells 'Sunday Morning Futures' that 'the evidence is coming in so fast' she ...
🔗 video.foxnews.com

6:20 PM · Nov 16, 2020 · TweetDeck

**4.4K** Retweets   **486** Quote Tweets   **20.4K** Likes

**Soul Owner** @DavidDusseau1 · Nov 16, 2020
Replying to @IngrahamAngle
This has been so thoroughly debunked its embarrassing that you would even re post it. What a Fraud !
💬 23   ⟲ 2   ♡ 94

**Troy Carline** 🇺🇸 @TroyCarline · Nov 16, 2020
Replying to @IngrahamAngle
Will the lying ever stop?
💬 1   ⟲ 1   ♡ 11

**SDQ** @PtotheQ · Nov 16, 2020
Replying to @IngrahamAngle
She doesn't sound very bright. A lot of speculation but still sitting on the sidelines. She should probably be in court instead of making TV appearances and, without evidence, accusing the intelligence community of illegal activity. She should prepare to be sued herself.
💬 13   ⟲ 3   ♡ 34

**Jake** @stumbalinaa · Nov 16, 2020
Replying to @IngrahamAngle
LOL and she has yet to present any in court. certification is a week away in pennsylvania.
💬 5   ⟲ 3   ♡ 62

**Danny Gothelf** @dgothelf · Nov 16, 2020
Replying to @IngrahamAngle
Can't wait for this all to come out in two weeks when Trump will release his tax returns, roll out his healthcare plan, and when COVID will be gone.
💬 1   ⟲   ♡ 3

**Jamal Al-Shalabi** @JamalAlShalabi1 · Nov 16, 2020
Replying to @IngrahamAngle
Where is Hunter?
Hunter laptop!

**Relevant people**

Laura Ingr... ✓
@IngrahamAn...   Follow
Mom, author, host, The Ingraham Angle, 10p ET @FoxNews. Retweets do not = Endorsements

**What's happening**

In memoriam · 39 minutes ago
**Wednesday marks International Holocaust Remembrance Day**
Trending with #NeverAgain, #NeverForget

**#BehindTheScreens** 📺
Join us Wednesdays at 10 PM ET.
Promoted by XPS

Trending in United States
**Ray Rice**
3,645 Tweets

Politics · Trending
**Parkland**
Activist Fred Guttenberg, whose daughter was killed in the Parkland school shooting, shares a video of Rep. Marjorie Taylor Greene appearing to harass Parkland survivor David Hogg on his way to meet with lawmakers over gun legislation
Trending with David Hogg, Marjorie Taylor Greene

The ... ✓ · 51 minutes ago
**Why is Wall Street obsessed with GameStop?**
Trending with Game Stop

Show more

Terms of Service   Privacy Policy
Cookie Policy   Ads info   More ···
© 2021 Twitter, Inc.



Tweet

♡ 1         ↑↓         ♡ 3         ⬆

**Jamal Al-Shalabi** @JamalAlShalabi1 · Nov 16, 2020
Replying to @IngrahamAngle
Where is Hunter?
Hunter laptop!
Tucker Carlson Flash Drive!
Dead people voted!
And now Dominion!

All of this is BS disnt and will not change the outcome of the election

Trump lost

💬 16        ↑↓ 4        ♡ 81        ⬆

**angela b** @angelabdreaming · Nov 16, 2020
Replying to @IngrahamAngle
Dominion put out a statement that they are non-partisan. They have no
affiliation with Democrats.
DHS said there's no evidence of votes changing or being messed with.
So...stop

💬 20        ↑↓ 1        ♡ 8        ⬆

**Mark Freeman** @compstan · Nov 16, 2020
Replying to @IngrahamAngle
if there is so much evidence perhaps they should share some. Right now all
these fraud claims are frauds.

Time to stop saying there was a fraud and show that there was a fraud.

Right now this sounds very much like Trumps Birther lie.

💬 2        ↑↓         ♡ 1        ⬆

**Bobby Varnadore** @RobertVarnadore · Nov 16, 2020
Replying to @IngrahamAngle
Wow..... if this is true what would be that end game?? Biden is preparing his
transition team, picking cabinet members and talking to foreign leaders.
Gonna be a fight to say the least

💬 2        ↑↓         ♡ 2        ⬆

**South Philly Phil** @philly_south · Nov 16, 2020
The end game?  It'll be irrational Trump supporters having to come to grips
with reality.  He lost, he's using this fight to siphon more money from you
marks and he's going to leave.

💬         ↑↓         ♡ 3        ⬆

**gibson135** @JimVaughan73 · Nov 16, 2020
Replying to @IngrahamAngle
It's actually a little funny  point how many people like @IngrahamAngle
are making themselves look stupid trying to cover up up Trump loss

💬 2        ↑↓ 1        ♡ 7        ⬆

**100 Proof Bar Service** @bar_proof · Nov 17, 2020
Why do you follow her then?

💬 1        ↑↓         ♡        ⬆

**gibson135** @JimVaughan73 · Nov 17, 2020
Entertainment, to get an idea where people get some twisted perspectives of
things, being reminded that what some people feel as reality is based on the

**Relevant people**

Laura Ingr... ✓          **Follow**
@IngrahamAn...
Mom, author, host, The
Ingraham Angle, 10p ET
@FoxNews. Retweets do not
= Endorsements

**What's happening**

In memoriam · 39 minutes ago
**Wednesday marks
International Holocaust
Remembrance Day**
Trending with  #NeverAgain,
#NeverForget

**#BehindTheScreens** 🎬
Join us Wednesdays at 10 PM ET.
🗹 Promoted by XPS

Trending in United States          ⋯
**Ray Rice**
3,645 Tweets

Politics · Trending          ⋯
**Parkland**
Activist Fred Guttenberg, whose
daughter was killed in the Parkland
school shooting, shares a video of Rep.
Marjorie Taylor Greene appearing to
harass Parkland survivor David Hogg
on his way to meet with lawmakers
over gun legislation
Trending with  David Hogg, Marjorie Taylor
Greene

Ⓔ The ... ✓ · 51 minutes ago
**Why is Wall Street
obsessed with
GameStop?**
Trending with  Game Stop

**Show more**

Terms of Service   Privacy Policy
Cookie Policy   Ads info   More ⋯
© 2021 Twitter, inc.



Why do you follow her then?

**gibson135** @JimVaughan73 · Nov 17, 2020
Entertainment, to get an idea where people get some twisted perspectives of things, being reminded that what some people feel as reality is based on the lies a woman like her tells.. an interest where news reporters such as herself may stand when things like this happen

**gibson135** @JimVaughan73 · Nov 18, 2020
As always.. this woman so ridiculous it's entertaining. She twists things so far it's messed up people

🇺🇸 **Professor Gran Pops** 🇺🇸 @ProfGranPops · Nov 16, 2020
Replying to @IngrahamAngle

**andrew kaczynski** ✔ @KFILE · Nov 10, 2020
This is so good.
Show this thread

REFUSING TO ACCEPT
HE AGONY OF DEFEAT
SEEM TO HAVE A PROBLEM CONCEDING DEFEAT.
FOX  DEMS REFUSING TO ACCEPT AGONY OF DEFEAT
1:11  10M views                          The ANGLE

💬 2      ⟲ 1      ♡ 5

**Mary Bell #NoMoreWhitePrivilege** @MaryFBell79 · Nov 16, 2020
Fox Liars is the new name for Fox News

**Emmie Starrz** @EmmieStarrz · Nov 16, 2020
Replying to @IngrahamAngle
That makes sense. We're all having trouble processing your endless list of excuses for losing the election.

💬 6      ⟲      ♡ 60

**Mikail** @Robert96430869 · Nov 16, 2020
We all expect Trump to recover his stolen victory. BTW what is your real last name, junior?

Never mind I was able to find that out - you're on certain list. 💃

💬 1      ⟲      ♡ 1

**Emmie Starrz** @EmmieStarrz · Nov 18, 2020
Did you get my real first name too? 😉 and nobody with any sense expects

## Relevant people

**Laura Ingr...** ✔
@IngrahamAn...                    Follow
Mom, author, host, The Ingraham Angle, 10p ET @FoxNews. Retweets do not = Endorsements

## What's happening

In memoriam · 39 minutes ago
**Wednesday marks International Holocaust Remembrance Day**
Trending with #NeverAgain, #NeverForget

**#BehindTheScreens** 📽
Join us Wednesdays at 10 PM ET.
▶ Promoted by XPS

Trending in United States
**Ray Rice**
3,645 Tweets

Politics · Trending
**Parkland**
Activist Fred Guttenberg, whose daughter was killed in the Parkland school shooting, shares a video of Rep. Marjorie Taylor Greene appearing to harass Parkland survivor David Hogg on his way to meet with lawmakers over gun legislation
Trending with David Hogg, Marjorie Taylor Greene

Ⓔ **The ...** ✔ · 51 minutes ago
**Why is Wall Street obsessed with GameStop?**
Trending with Game Stop

Show more

Terms of Service   Privacy Policy
Cookie Policy   Ads info   More …
© 2021 Twitter, inc.



Tweet

Never mind I was able to find that out - you're on certain list. 🤬

💬 1          ⟲          ♡ 1          ⬆

**Emmie Starrz** @EmmieStarrz · Nov 18, 2020                    ···
Did you get my real first name too? 😉 and nobody with any sense expects
the spoiled billionaire baby to get his way this time. He just needs to hope
and pray Biden will take the high road and pardon him. Or maybe he'll
resign and have Pence do it?

💬 1          ⟲          ♡          ⬆

**Mikail** @Robert96430869 · Nov 18, 2020                    ···
Biden's the billionaire and will never see the White House; a prison cell
possibly....and you cheaters know it.

Got Caught and their useful Idiots are spilling all the beans.
Nothing says lovin' like something from the ...Pillsbury ad.

💬          ⟲          ♡          ⬆

**David** @David20283000 · Nov 16, 2020                    ···
Replying to @IngrahamAngle
can't even process it all BC is all fake and and crook @RudyGiuliani is in
charge I  Karen i mean Laura.

💬 1          ⟲          ♡ 10          ⬆

**🖤Ella Disenchanted🖤** @sidney_ella · Nov 16, 2020                    ···
They are clowns

💬          ⟲          ♡          ⬆

**jimmyofflagstaf** @jimmyofflagstaf · Nov 16, 2020                    ···
Replying to @IngrahamAngle

**TRUMP STEERED $1.2 MILLION FROM A 'KIDS' CANCER CHARITY INTO HIS OWN POCKET**
SOURCE: FORBES MAGAZINE, JUNE 2017

💬 1          ⟲          ♡ 2          ⬆

**kelly bianaca** @KBianaca · Nov 16, 2020                    ···
Biden cancer charity, check it out

💬          ⟲          ♡          ⬆

**Albert Redstone** @Albert_Redstone · Nov 16, 2020                    ···
Replying to @IngrahamAngle
If this story is real, why hasn't she gone to the Department of Justice? Barr
has expressed willingness to look into 'substantial allegations' of voter fraud.
Is she claiming he's part of the plot too?

💬 1          ⟲          ♡ 7          ⬆

## Relevant people

**Laura Ingr...** ✔          [ Follow ]
@IngrahamAn...
Mom, author, host, The
Ingraham Angle, 10p ET
@FoxNews. Retweets do not
= Endorsements

## What's happening

In memoriam · 39 minutes ago
**Wednesday marks
International Holocaust
Remembrance Day**

Trending with #NeverAgain,
#NeverForget

**#BehindTheScreens** 📱
Join us Wednesdays at 10 PM ET.

📷 Promoted by XPS

Trending in United States                    ···
**Ray Rice**
3,645 Tweets

Politics · Trending                    ···
**Parkland**
Activist Fred Guttenberg, whose
daughter was killed in the Parkland
school shooting, shares a video of Rep.
Marjorie Taylor Greene appearing to
harass Parkland survivor David Hogg
on his way to meet with lawmakers
over gun legislation

Trending with David Hogg, Marjorie Taylor
Greene

🅱 The ... ✔ · 51 minutes ago
**Why is Wall Street
obsessed with
GameStop?**

Trending with Game Stop

Show more

Terms of Service   Privacy Policy
Cookie Policy   Ads info   More ···
© 2021 Twitter, Inc.



**Albert Redstone** @Albert_Redstone · Nov 16, 2020
Replying to @IngrahamAngle
If this story is real, why hasn't she gone to the Department of Justice? Barr has expressed willingness to look into 'substantial allegations' of voter fraud. Is she claiming he's part of the plot too?

💬 1          🔁          ♡ 7          ⬆️

**Cheryl** @Cheryl73204654 · Nov 16, 2020
Because it bbn is not true and she has no evidence. Trump just wants to stay in the White House long enough to fuck the american people over before he leaves

💬          🔁          ♡          ⬆️

**Marshall Power Locke** @MarshallLocke · Nov 16, 2020
Replying to @IngrahamAngle
For Trump & his water carriers, the promised policy is always two weeks away; the check's in the mail; the evidence is, like the Great Pumpkin, coming soon!

Shame on Trump and those in Right Wing Infotainment who take advantage of unsophisticated people for click$ and ca$h.

💬 1          🔁 2          ♡ 11          ⬆️

**entallergy** @entallergy1 · Nov 16, 2020
Replying to @IngrahamAngle
Well unfortunately time is not on trumps side:the frauds are winning the narrative

💬 1          🔁          ♡          ⬆️

**gibson135** @JimVaughan73 · Nov 16, 2020
Replying to @IngrahamAngle
Which means there should be no problem at all taking it to court. If there is, are you going to admit this is total BS?

💬 1          🔁          ♡ 1          ⬆️

**Debi Christenhusz** @dcsdirt · Nov 16, 2020
Replying to @IngrahamAngle
I'm not a lawyer, but I've read about it as well.  Initiated by OBAMA!!!

💬 1          🔁          ♡          ⬆️

**Harvey B** @HarvyB3 · Nov 16, 2020
Replying to @IngrahamAngle
You know what else is coming so fast she can't process it all? State certifications of elections. We have 8 so far, with Georgia set to certify its election on Friday and PA next Monday. Team Trump is 1-23 in court and the time to turn that losing streak around is running out.

💬 1          🔁          ♡ 1          ⬆️

**Mattie Ross** @writerunplay · Nov 16, 2020
Replying to @IngrahamAngle
Oh, like homeland security saying, most secure election ever??? You're hilarious

💬 1          🔁          ♡          ⬆️

**Shelley Cruz** @Shelley98553253 · Nov 16, 2020
Replying to @IngrahamAngle
This is a ridiculous conspiracy.  Maybe aliens from Mars came in a spaceship

**Relevant people**

Laura Ingr... ✓
@IngrahamAn...          Follow
Mom, author, host, The Ingraham Angle, 10p ET @FoxNews. Retweets do not = Endorsements

**What's happening**

In memoriam · 39 minutes ago
**Wednesday marks International Holocaust Remembrance Day**
Trending with #NeverAgain, #NeverForget

**#BehindTheScreens** 📺
Join us Wednesdays at 10 PM ET.
📺 Promoted by XPS

Trending in United States          ···
**Ray Rice**
3,645 Tweets

Politics · Trending          ···
**Parkland**
Activist Fred Guttenberg, whose daughter was killed in the Parkland school shooting, shares a video of Rep. Marjorie Taylor Greene appearing to harass Parkland survivor David Hogg on his way to meet with lawmakers over gun legislation
Trending with David Hogg, Marjorie Taylor Greene

Ⓔ The ... ✓ · 51 minutes ago
**Why is Wall Street obsessed with GameStop?**
Trending with Game Stop

Show more

Terms of Service  Privacy Policy
Cookie Policy  Ads info  More ···
© 2021 Twitter, inc.





Tweet

Search Twitter

1

**Shelley Cruz** @Shelley98553253 · Nov 16, 2020
Replying to @IngrahamAngle
This is a ridiculous conspiracy. Maybe aliens from Mars came in a spaceship and swapped out the voting machines..
1 2

**PTSDoffDaChains** @TriggeringU247 · Nov 16, 2020
Replying to @IngrahamAngle
RUMOR ALERT: Dominion Voting Systems Fraud Claims
Isolated incidents that were quickly rectified were used to imply widespread voter fraud was occurring in 2020.
5 11

**Sharlene Butler** @sharlenembutler · Nov 16, 2020
You swallowed the parrot for sure.
2 3

**Jimmy Napkins** @NapkinsJimmy · Nov 16, 2020
Still waiting on that proof though.... got any?
1

**Raef** @RaefDLF · Nov 16, 2020
Replying to @IngrahamAngle
And yet none of her evidence has been presented in a court of law. How telling.
4 1 29

**Cindy Niblick** @CynthiaNiblick · Nov 16, 2020
What's the rush? Better to gather all the facts and evidence before you run to a courtroom.
8 6

**Ben Dover** @BenDoverUCP · Nov 16, 2020
Tick tock... certification is coming soon!

**Karen (the Care'n kind)** @KarenBReal · Nov 16, 2020
Replying to @IngrahamAngle
Sidney is a warrior for the truth 👏
1

**Eduardo Osorio** @malingenie · Nov 16, 2020
She also believes in Q Anon

**Relevant people**

**Laura Ingr...** @IngrahamAn... Follow
Mom, author, host, The Ingraham Angle, 10p ET @FoxNews. Retweets do not = Endorsements

**What's happening**

In memoriam · 39 minutes ago
**Wednesday marks International Holocaust Remembrance Day**
Trending with #NeverAgain, #NeverForget

**#BehindTheScreens**
Join us Wednesdays at 10 PM ET.
Promoted by XPS

Trending in United States
**Ray Rice**
3,645 Tweets

Politics · Trending
**Parkland**
Activist Fred Guttenberg, whose daughter was killed in the Parkland school shooting, shares a video of Rep. Marjorie Taylor Greene appearing to harass Parkland survivor David Hogg on his way to meet with lawmakers over gun legislation
Trending with David Hogg, Marjorie Taylor Greene

The ... · 51 minutes ago
**Why is Wall Street obsessed with GameStop?**
Trending with Game Stop

Show more

Terms of Service Privacy Policy Cookie Policy Ads info More ···
© 2021 Twitter, Inc.

**PARLER**

20/20 has been brutal so far. Covid, civil unrest & a fraudulent Presidential election not yet finalized.

20/20 will end & we will emerge a

💬 1          ⟲          ♡ 6          ⬆

**Cloud** @cloud18822 · Nov 16, 2020                                    •••

SHUT UP, MEG!

GIF

💬          ⟲          ♡          ⬆

**Justintime** @AloiaJustin · Nov 16, 2020                              •••
Replying to @IngrahamAngle
Notice MSM is staying away from her. Because shes credible atty that they cant call a conspiracy theorist.

💬 2          ⟲          ♡          ⬆

**Jimmy Napkins** @NapkinsJimmy · Nov 16, 2020                    •••
That's the opposite of what's happening. Read the room, for god sakes.

💬 1          ⟲          ♡          ⬆

**Justintime** @AloiaJustin · Nov 17, 2020                              •••
What room?

💬          ⟲          ♡          ⬆

**Correct Question** 💧 @Correct_Q · Nov 16, 2020                  •••
Replying to @IngrahamAngle
"that the evidence on *use* of Dominion System is coming in so fast"

Um, no one disputes that dominion systems were "used" in the election. Probably copious evidence they were "used"

Might start thinking about your conspiracy off-ramp for when this story fizzles like the rest.

💬 1          ⟲          ♡          ⬆

---

**Relevant people**

**Laura Ingr...** ✓
@IngrahamAn...                    **Follow**

Mom, author, host, The Ingraham Angle, 10p ET @FoxNews. Retweets do not = Endorsements

**What's happening**

In memoriam · 39 minutes ago
**Wednesday marks International Holocaust Remembrance Day**

Trending with #NeverAgain, #NeverForget

**#BehindTheScreens** 📺
Join us Wednesdays at 10 PM ET.
📺 Promoted by XPS

Trending in United States                    •••
**Ray Rice**
3,645 Tweets

Politics · Trending                              •••
**Parkland**
Activist Fred Guttenberg, whose daughter was killed in the Parkland school shooting, shares a video of Rep. Marjorie Taylor Greene appearing to harass Parkland survivor David Hogg on his way to meet with lawmakers over gun legislation

Trending with David Hogg, Marjorie Taylor Greene

🅱 **The ...** ✓ · 51 minutes ago
**Why is Wall Street obsessed with GameStop?**

Trending with Game Stop

**Show more**

Terms of Service   Privacy Policy
Cookie Policy   Ads info   More ···
© 2021 Twitter, Inc.



Um, no one disputes that dominion systems were "used" in the election. Probably copious evidence they were "used"

Might start thinking about your conspiracy off-ramp for when this story fizzles like the rest.

💬 1          ⟲          ♡          ⬆

**HumanCapitalStock** @Dwilco3 · Nov 16, 2020
It has fizzled. It's a twisted corpse lying on the roadside.

💬          ⟲          ♡ 1          ⬆

**Joel** @joellogic90pt · Nov 16, 2020
Replying to @IngrahamAngle
Fraud is the new "Hope"

📄          Biden "Hope" Parody Poster T-Shirt
The 100% cotton men's heavyweight tee will help you
land a more structured look. It sits nicely, maintains ...
🔗 redwaveclothing.com

💬 2          ⟲          ♡ 2          ⬆

**Cloud** @cloud18822 · Nov 16, 2020

SHUT UP, MEG!

GIF

💬          ⟲          ♡          ⬆

**Cher47 🇺🇸 🟢 Grandma Who Carries-306Biden to 2...** · Nov 16, 2020
Replying to @IngrahamAngle
Then why are they dropping suits left and right?

💬 1          ⟲ 1          ♡ 4          ⬆

**Lisa.Marie.M** @LisaCBFanMarie · Nov 16, 2020
Who is telling you that- THEY'RE LYING....have you not heard Rudy,
Sidney,Lin yesterday/ The media even said the man at USPS recanted his
story also/NO HE HAS NOT...HE HAS DONE HIS OWN VIDEOS.....HE DID NOT
RACANY HIS TESTIMONY! Stop letting the media fool you/TURN OFF MSM..
READ

💬 3          ⟲          ♡ 6          ⬆

---

**Relevant people**

**Laura Ingr... ✓**
@IngrahamAn...          **Follow**
Mom, author, host, The
Ingraham Angle, 10p ET
@FoxNews. Retweets do not
= Endorsements

**What's happening**

In memoriam · 39 minutes ago
**Wednesday marks
International Holocaust
Remembrance Day**

Trending with #NeverAgain,
#NeverForget

**#BehindTheScenes** 🎬
Join us Wednesdays at 10 PM ET.

📺 Promoted by XPS

Trending in United States
**Ray Rice**
3,645 Tweets

Politics · Trending
**Parkland**
Activist Fred Guttenberg, whose
daughter was killed in the Parkland
school shooting, shares a video of Rep.
Marjorie Taylor Greene appearing to
harass Parkland survivor David Hogg
on his way to meet with lawmakers
over gun legislation

Trending with David Hogg, Marjorie Taylor
Greene

🟢 The ... ✓ · 51 minutes ago
**Why is Wall Street
obsessed with
GameStop?**

Trending with Game Stop

**Show more**

Terms of Service   Privacy Policy
Cookie Policy   Ads info   More ···
© 2021 Twitter, Inc.



# Tweet

Sidney,I,m yesterday? The media even said the man at USPS recanted his story also/NO HE HAS NOT...HE HAS DONE HIS OWN VIDEOS.....HE DID NOT RACANY HIS TESTIMONY! Stop letting the media fool you/TURN OFF MSM.. READ

💬 3          🔁          ♡ 6          ⬆️

**Jimmy Napkins** @NapkinsJimmy · Nov 16, 2020          ...
The courts are saying that, right after they toss out these absurd cases.

💬          🔁          ♡          ⬆️

**Onni Oksanpoika** @OnniSifis · Nov 16, 2020          ...
Replying to @IngrahamAngle
USA is recovering! We did it together. Joe & Kamala will work for the people. Sanity returns to the WH. World leaders are cheering. Hope & hard work will prevail, the American dream is there again. Cherish your loved ones, prosper in unity! NEXT GEORGIA!

💬 3          🔁 2          ♡ 12          ⬆️

**ST** @sthompsafc · Nov 16, 2020          ...
Replying to @IngrahamAngle
No the media are telling us it's all lies 👀

💬 1          🔁          ♡          ⬆️

**Jayni** @jayni67 · Nov 16, 2020          ...
Replying to @IngrahamAngle
When will the show it? I'm so anxious about this whole thing my stomach hurts. Trump has to win. 🇺🇸🙏

💬 18          🔁          ♡ 30          ⬆️

**Laura Sprance** @lalasprancey · Nov 16, 2020          ...
Replying to @IngrahamAngle
God is using her and a lot of hard working people to expose the lies and catch the cheaters!! Yeay!! Thank you!!

💬 1          🔁          ♡          ⬆️

This Tweet is from an account that no longer exists. Learn more

**Cloud** @cloud18822 · Nov 16, 2020          ...

## Relevant people

**Laura Ingr...** ✓          Follow
@IngrahamAn...
Mom, author, host, The Ingraham Angle, 10p ET. @FoxNews. Retweets do not = Endorsements

## What's happening

In memoriam · 39 minutes ago
**Wednesday marks International Holocaust Remembrance Day**
Trending with #NeverAgain, #NeverForget

**#BehindTheScreens** 🎬
Join us Wednesdays at 10 PM ET.
📺 Promoted by XPS

Trending in United States
**Ray Rice**
3,645 Tweets

Politics · Trending
**Parkland**
Activist Fred Guttenberg, whose daughter was killed in the Parkland school shooting, shares a video of Rep. Marjorie Taylor Greene appearing to harass Parkland survivor David Hogg on his way to meet with lawmakers over gun legislation
Trending with David Hogg, Marjorie Taylor Greene

Ⓔ The ... ✓ · 51 minutes ago
**Why is Wall Street obsessed with GameStop?**
Trending with Game Stop

Show more

Terms of Service   Privacy Policy
Cookie Policy   Ads info   More ...
© 2021 Twitter, Inc.





Tweet

Search Twitter

**Cloud** @cloud18822 · Nov 16, 2020

**Mountain Poet** @mtnpoet · Nov 16, 2020
Replying to @IngrahamAngle
Picked up on this problem with Dominion immediately before I knew it was much worse than I realized. Do we know which states use it?
4 1

**Penny Leeson** @leeson_penny · Nov 16, 2020
Replying to @IngrahamAngle
Now do something about it!

Drain the swamp!!
🇺🇸🇺🇸🇺🇸🇺🇸🇺🇸🇺🇸🇺🇸🇺🇸🇺🇸🇺🇸🇺🇸
1

**Glenn Payette** @glenn_payette · Nov 16, 2020
Replying to @IngrahamAngle
Stop spreading misinformation:

Fact check: Dominion voting machines didn't delete votes from Trump, ...
Some news sources claimed vote counting software from Dominion Voting Systems deleted votes for Trump or switched votes to Biden. ...
usatoday.com

## Relevant people

**Laura Ingr...** @IngrahamAn... Follow
Mom, author, host, The Ingraham Angle, 10p ET @FoxNews. Retweets do not = Endorsements

## What's happening

In memoriam · 39 minutes ago
**Wednesday marks International Holocaust Remembrance Day**
Trending with #NeverAgain, #NeverForget

**#BehindTheScreens**
Join us Wednesdays at 10 PM ET.
Promoted by XPS

Trending in United States
**Ray Rice**
3,645 Tweets

Politics · Trending
**Parkland**
Activist Fred Guttenberg, whose daughter was killed in the Parkland school shooting, shares a video of Rep. Marjorie Taylor Greene appearing to harass Parkland survivor David Hogg on his way to meet with lawmakers over gun legislation
Trending with David Hogg, Marjorie Taylor Greene

The ... · 51 minutes ago
**Why is Wall Street obsessed with GameStop?**
Trending with Game Stop

Show more

Terms of Service Privacy Policy Cookie Policy Ads info More ···
© 2021 Twitter, Inc.

Tweet

Fact check: Dominion voting machines didn't delete votes from Trump, ...
Some news sources claimed vote counting software from Dominion Voting Systems deleted votes for Trump or switched votes to Biden. ...
usatoday.com

2 1

**Sharon Venters** @st_venters · Nov 16, 2020
Replying to @IngrahamAngle
I think only 3 states used Dominion.

1

**Standing Mars** @StandingMars · Nov 16, 2020
Replying to @IngrahamAngle
Trump loves the way you are so obedient towards him. There is no way you cannot be his next wife after Melania leaves him. Keep up the good work, you will soon be rewarded by being his next wife. Mars is pulling for you, you can do this!

1 3

**Bright Day** @brightday2016 · Nov 16, 2020
Replying to @IngrahamAngle
With all that evidence, shouldn't she be preparing something for the courts rather than Maria? OF course, Maria backs Trump

2

**John J Harris** @prospectorjohn7 · Nov 16, 2020
Replying to @IngrahamAngle
Something always coming but nothing ever happens.

1

**𝓔𝓵𝓵𝓮 Radical Leftist** @resistelle · Nov 16, 2020
See the pattern?

😀

1

This Tweet is from an account that no longer exists. Learn more

**𝓔𝓵𝓵𝓮 Radical Leftist** @resistelle · Nov 16, 2020
"I just don't understand why no one has any evidence!" 🙄

## Relevant people

**Laura Ingr...** @IngrahamAn... Follow
Mom, author, host, The Ingraham Angle, 10p ET @FoxNews. Retweets do not = Endorsements

## What's happening

In memoriam · 39 minutes ago
**Wednesday marks International Holocaust Remembrance Day**
Trending with #NeverAgain, #NeverForget

**#BehindTheScreens**
Join us Wednesdays at 10 PM ET.
Promoted by XPS

Trending in United States
**Ray Rice**
3,645 Tweets

Politics · Trending
**Parkland**
Activist Fred Guttenberg, whose daughter was killed in the Parkland school shooting, shares a video of Rep. Marjorie Taylor Greene appearing to harass Parkland survivor David Hogg on his way to meet with lawmakers over gun legislation
Trending with David Hogg, Marjorie Taylor Greene

The ... · 51 minutes ago
**Why is Wall Street obsessed with GameStop?**
Trending with Game Stop

Show more

Terms of Service Privacy Policy Cookie Policy Ads info More ...
© 2021 Twitter, Inc.







Tweet

Search Twitter

This Tweet is from an account that no longer exists. Learn more

**Elle 🇺🇸🇮🇹🇵🇹🇪🇺 Radical Leftist** @resistelle · Nov 16, 2020
"I just don't understand why no one has any evidence!" 🙄

1

**R** @happycan123 · Nov 16, 2020
Replying to @IngrahamAngle
Still lying for Trump? Deplorable!

1 9

@PLUTO_M00N · Nov 16, 2020
Replying to @IngrahamAngle
Trump had 4 years to look at election security, Ivanka even owns an election voting machine company. That's enough proof for me to be confident that the results are real

1 1

**DD** @Silvergt · Nov 16, 2020
Replying to @IngrahamAngle
This attorney should be disbarred

1 9

This Tweet is from an account that no longer exists. Learn more

**Robert E. Carter** @carterentinc · Nov 16, 2020
Replying to @IngrahamAngle
Well, maybe if she gets off TV she can actually go file a complaint in a court and stop doing interviews about it. That isn't going to do anything. Why doesn't she give the evidence coming in so fast to a court just as fast. It's getting old.

1

🤓 @ifitistobesaid · Nov 16, 2020
Bruh 😂😂😂

1

🤓 @ifitistobesaid · Nov 16, 2020
The first sentence has me dead.

## Relevant people

**Laura Ingr...** @IngrahamAn... Follow
Mom, author, host, The Ingraham Angle, 10p ET @FoxNews. Retweets do not = Endorsements

## What's happening

In memoriam · 39 minutes ago
**Wednesday marks International Holocaust Remembrance Day**
Trending with #NeverAgain, #NeverForget

**#BehindTheScreens**
Join us Wednesdays at 10 PM ET.
Promoted by XPS

Trending in United States
**Ray Rice**
3,645 Tweets

Politics · Trending
**Parkland**
Activist Fred Guttenberg, whose daughter was killed in the Parkland school shooting, shares a video of Rep. Marjorie Taylor Greene appearing to harass Parkland survivor David Hogg on his way to meet with lawmakers over gun legislation
Trending with David Hogg, Marjorie Taylor Greene

The ... · 51 minutes ago
**Why is Wall Street obsessed with GameStop?**
Trending with Game Stop

Show more

Terms of Service Privacy Policy Cookie Policy Ads info More ···
© 2021 Twitter, Inc.

Tweet

Search Twitter

bruh 😂😂😂

1

@ifitistobesaid · Nov 16, 2020
The first sentence has me dead.

**Melhus skatepark** @skateparken · Nov 16, 2020
Replying to @IngrahamAngle
Is she ever going to include it in her briefs and motions though? Otherwise it's just cheap talk.

2 20

This Tweet was deleted by the Tweet author. Learn more

**Melhus skatepark** @skateparken · Nov 16, 2020
These cases are time-critical and expedited already. There's no time for an extensive discovery phase where the other side will be blind to what you have. The court will want you to show your case pretty quickly or throw the case out.

**More Patriot Than You** @selfish_fishead · Nov 16, 2020
Replying to @IngrahamAngle
You will see all evidence "In two weeks"...

1 8

**𝓔𝓵𝓵𝓮 Radical Leftist** @resistelle · Nov 16, 2020
Lol! Like Trump's healthcare plan...😂

1 5

**HannsDrumpf** @DrumpfHanns · Nov 16, 2020
😂😂😂😂

1

**Doriano Paisano Carta** @Paisano · Nov 16, 2020
Replying to @IngrahamAngle
Being in IT, I can tell you that there should've been a record of everyone who had access to these machines especially with flash drives they inserted into these devices in order to change votes. Every change can be identified.

4 7 31

**SlurpyCoke** @slurpycoke · Nov 16, 2020
But logic doesn't apply to these people.All the lawyers are doing is milking it until Jan 20th and who pays these fees. Yes the uneducated Trump base who will refi there homes or sell their trailers just to donate

8 1 21

**Zullo** @ZulloWarrior · Nov 16, 2020
Replying to @IngrahamAngle
So Sidney is contradicting the Department of Homeland Security's Cybersecurity and Infrastructure Security Agency and the National Association of State Election Directors — statement that the election as "the most secure in American history."

3 7 26

## Relevant people

**Laura Ingr...** @IngrahamAn... Follow
Mom, author, host, The Ingraham Angle, 10p ET @FoxNews. Retweets do not = Endorsements

## What's happening

In memoriam · 39 minutes ago
**Wednesday marks International Holocaust Remembrance Day**
Trending with #NeverAgain, #NeverForget

**#BehindTheScreens**
Join us Wednesdays at 10 PM ET.
Promoted by XPS

Trending in United States
**Ray Rice**
3,645 Tweets

Politics · Trending
**Parkland**
Activist Fred Guttenberg, whose daughter was killed in the Parkland school shooting, shares a video of Rep. Marjorie Taylor Greene appearing to harass Parkland survivor David Hogg on his way to meet with lawmakers over gun legislation
Trending with David Hogg, Marjorie Taylor Greene

The ... · 51 minutes ago
**Why is Wall Street obsessed with GameStop?**
Trending with Game Stop

Show more

Terms of Service Privacy Policy Cookie Policy Ads info More ···
© 2021 Twitter, Inc.

So Sidney is contradicting the Department of Homeland Security's Cybersecurity and Infrastructure Security Agency and the National Association of State Election Directors — statement that the election as "the most secure in American history."

💬 3        🔁 7        ♡ 26

**46 not my President** @billdotson85 · Nov 16, 2020
Yea, they're always so truthful.

💬 1        🔁        ♡ 4

**G Cole** @gcole63 · Nov 16, 2020
It's Trumps own administration saying this.

💬 1        🔁        ♡ 3

**G Cole** @gcole63 · Nov 16, 2020
cisa.gov/news/2020/11/1...

💬 1        🔁        ♡

**Zullo** @ZulloWarrior · Nov 16, 2020
👏👏👏👏 Exactly- Knowledge is power

💬        🔁        ♡ 1

**Penny** 🇺🇸🇺🇸🇺🇸 @pennesfrmheaven · Nov 16, 2020
Replying to @IngrahamAngle
Isn't she the same person that gave falsified documents to Congress??

💬 1        🔁        ♡ 18

**🖤Ella Disenchanted🖤** @sidney_ella · Nov 16, 2020
Among other things.

💬        🔁        ♡

This Tweet is from an account that no longer exists. Learn more

This Tweet is from an account that no longer exists. Learn more

This Tweet is from an account that no longer exists. Learn more

**billo** @BilloFixNews · Nov 17, 2020
Moreschi is a dope. Just another one of these MAGA sickos who can't admit that the government should be involved with every aspect of bringing this horrible plague to an end.

💬        🔁        ♡

**Donald Twump** 🇺🇸 @WittleTwump · Nov 16, 2020
Replying to @IngrahamAngle
It's not the speed that things are coming in, it's the lack of speed at which it's being processed.

💬        🔁        ♡ 4

**Bryan Martin** @windsor2121 · Nov 16, 2020
Replying to @IngrahamAngle
Make sure ur paycheck clears sweetie

💬        🔁        ♡ 12

---

**Relevant people**

Laura Ingr... ✓
@IngrahamAn...      **Follow**
Mom, author, host, The Ingraham Angle, 10p ET @FoxNews. Retweets do not = Endorsements

**What's happening**

In memoriam · 39 minutes ago
**Wednesday marks International Holocaust Remembrance Day**
Trending with #NeverAgain, #NeverForget

**#BehindTheScreens** 📺
Join us Wednesdays at 10 PM ET.
📷 Promoted by XPS

Trending in United States
**Ray Rice**
3,645 Tweets

Politics · Trending
**Parkland**
Activist Fred Guttenberg, whose daughter was killed in the Parkland school shooting, shares a video of Rep. Marjorie Taylor Greene appearing to harass Parkland survivor David Hogg on his way to meet with lawmakers over gun legislation
Trending with David Hogg, Marjorie Taylor Greene

🌎 The ... ✓ · 51 minutes ago
**Why is Wall Street obsessed with GameStop?**
Trending with Game Stop

Show more

Terms of Service   Privacy Policy
Cookie Policy   Ads info   More ···
© 2021 Twitter, inc.

Document title: (2) Laura Ingraham on Twitter: &quot;Sidney Powell says that and#39;the evidence on use of and#39;Dominion System&#39; is coming in so fast she…
Capture URL: https://twitter.com/IngrahamAngle/status/1328402630121562120
Capture timestamp (UTC): Wed, 27 Jan 2021 16:39:13 GMT

← **Tweet**

**Bryan Martin** @windsor2121 · Nov 16, 2020
Replying to @IngrahamAngle
Make sure ur paycheck clears sweetie

♡ 12

**Patricia** @Trisheck3 · Nov 16, 2020
Replying to @IngrahamAngle
She said it on @MariaBartiromo show- not yours. Why don't you have her on?

**alan nicholls** @alannicholls4 · Nov 16, 2020
Replying to @IngrahamAngle
ya so fast but I can't tell you yet because I don't want to.

**Eye On Sparrows** @EyeOnSparrows · Nov 16, 2020
Replying to @IngrahamAngle
Who is Sidney Powell? Why should I care what she thinks?

♡ 1

**ellen walsh moorman** @hanumama · Nov 16, 2020
Replying to @IngrahamAngle
then why the eff is she taking time to appear on television? just sayin

**MAGAs R Terrorists** @mirojangi · Nov 16, 2020
Replying to @IngrahamAngle
really? LOL.

**George** @georgegrippo · Nov 16, 2020
Replying to @IngrahamAngle
There is no evidence and you know it. Must secure election ever.

**Brian** @Been_Wondering · Nov 16, 2020
Replying to @IngrahamAngle
In addition, I believe these likely culprits have been changing #Trump votes into #Frogs

@RudyGiuliani Do your stuff!



## Relevant people

Laura Ingr... ✔
@IngrahamAn...                     Follow
Mom, author, host, The
Ingraham Angle, 10p ET
@FoxNews. Retweets do not
= Endorsements

## What's happening

In memoriam · 39 minutes ago
**Wednesday marks
International Holocaust
Remembrance Day**
Trending with #NeverAgain,
#NeverForget

**#BehindTheScreens** 📰
Join us Wednesdays at 10 PM ET.
📺 Promoted by XPS

Trending in United States
**Ray Rice**
3,645 Tweets

Politics · Trending
**Parkland**
Activist Fred Guttenberg, whose
daughter was killed in the Parkland
school shooting, shares a video of Rep.
Marjorie Taylor Greene appearing to
harass Parkland survivor David Hogg
on his way to meet with lawmakers
over gun legislation
Trending with David Hogg, Marjorie Taylor
Greene

🅑 The ... ✔ · 51 minutes ago
**Why is Wall Street
obsessed with
GameStop?**
Trending with Game Stop

Show more

Terms of Service   Privacy Policy
Cookie Policy   Ads info   More ···
© 2021 Twitter, inc.



Tweet

Search Twitter

1

🤘 pArTY (🎉) JARED 🤘 @CardiffGiants · Nov 16, 2020
Replying to @IngrahamAngle
HAHA Riiiiiiiiiiight

Jamie-TheGrimTweeter-Yaar @JamieYaar · Nov 16, 2020
Replying to @IngrahamAngle
Yawn time at looserville.

Homer Moore @HomerMoore18 · Nov 16, 2020
Replying to @IngrahamAngle
But I guess Dominion was ok to use in Kentucky and Ohio right? No fraud there.

1

ken green @kengree93883966 · Nov 16, 2020
Replying to @IngrahamAngle
Zero. Zilch. Nada.

Truthful Hyperbole 🇺🇸 @jackson00799 · Nov 16, 2020
Replying to @IngrahamAngle
Lol

jimmyofflagstaf @jimmyofflagstaf · Nov 16, 2020
Replying to @IngrahamAngle

2

pi lewis @pi7750 · Nov 16, 2020
Replying to @IngrahamAngle
Lol

## Relevant people

Laura Ingr... @IngrahamAn... Follow
Mom, author, host, The Ingraham Angle, 10p ET @FoxNews. Retweets do not = Endorsements

## What's happening

In memoriam · 39 minutes ago
**Wednesday marks International Holocaust Remembrance Day**

Trending with #NeverAgain, #NeverForget

**#BehindTheScreens**
Join us Wednesdays at 10 PM ET.
Promoted by XPS

Trending in United States
**Ray Rice**
3,645 Tweets

Politics · Trending
**Parkland**
Activist Fred Guttenberg, whose daughter was killed in the Parkland school shooting, shares a video of Rep. Marjorie Taylor Greene appearing to harass Parkland survivor David Hogg on his way to meet with lawmakers over gun legislation
Trending with David Hogg, Marjorie Taylor Greene

The ... · 51 minutes ago
**Why is Wall Street obsessed with GameStop?**

Trending with Game Stop

Show more

Terms of Service Privacy Policy Cookie Policy Ads info More ···
© 2021 Twitter, Inc.



**SO MUCH NEEDLESS SUFFERING IN THE USA**

**pi lewis** @pi7750 · Nov 16, 2020
Replying to @IngrahamAngle
Lol

**Mary Carroll** @MaryCarr1111 · Nov 16, 2020
Replying to @IngrahamAngle
Sure,
Maybe it's Because she's on rush Limbaugh talk show.

**Michael Sanford** @msanford60 · Nov 16, 2020
Replying to @IngrahamAngle
Company officials referred to a Joint Statement by the Department of
Homeland Security's Cybersecurity & Infrastructure Security Agency (CISA):
"There is no evidence that any voting system deleted or lost votes, changed
votes, or was in any way compromised."
1

**cruisersyachts_96** @Cruisersyachts9 · Nov 16, 2020
Replying to @IngrahamAngle
This had better fly.

**Janaslama** @janaslama · Nov 16, 2020
Replying to @IngrahamAngle
🙏

**Mark Schachter** @ccbexpres · Nov 16, 2020
Replying to @IngrahamAngle
Ya it's flowing in like the bullshit it is

**mack** @macbx183 · Nov 16, 2020
Replying to @IngrahamAngle
😂😂😂 it's over lady.

**MASKHARA マスクハラ** @70_AD · Nov 16, 2020
Replying to @IngrahamAngle
is that a good thing or a bad thing?

**Sondra6012** @Sondra60121 · Nov 16, 2020
Replying to @IngrahamAngle
I do not know this for fact...but I just heard that Nancy P and Feinstein"s
husbands have stock in this ...hummmm
1

**BeachLover** @beachlover101 · Nov 16, 2020
Replying to @IngrahamAngle
Debunked lies! Have you no pride @IngrahamAngle

**Relevant people**

**Laura Ingr...** ✓
@IngrahamAn...    [Follow]
Mom, author, host, The
Ingraham Angle, 10p ET
@FoxNews. Retweets do not
= Endorsements

**What's happening**

In memoriam · 39 minutes ago
**Wednesday marks
International Holocaust
Remembrance Day**
Trending with #NeverAgain,
#NeverForget

**#BehindTheScreens** 📸
Join us Wednesdays at 10 PM ET.
◻ Promoted by XPS

Trending in United States
**Ray Rice**
3,645 Tweets

Politics · Trending
**Parkland**
Activist Fred Guttenberg, whose
daughter was killed in the Parkland
school shooting, shares a video of Rep.
Marjorie Taylor Greene appearing to
harass Parkland survivor David Hogg
on his way to meet with lawmakers
over gun legislation
Trending with David Hogg, Marjorie Taylor
Greene

Ⓔ The ... ✓ · 51 minutes ago
**Why is Wall Street
obsessed with
GameStop?**
Trending with Game Stop

Show more

Terms of Service   Privacy Policy
Cookie Policy   Ads info   More ···
© 2021 Twitter, inc.

husbands have stock in this ...hummmm

💬 1        ⟲        ♡        ⬆

**BeachLover** @beachlover101 · Nov 16, 2020
Replying to @IngrahamAngle
Debunked lies! Have you no pride @IngrahamAngle

💬        ⟲        ♡        ⬆

🤝🎂🍰 @CheeseCakeWiz35 · Nov 16, 2020
Replying to @IngrahamAngle
She says is far from she can prove

💬        ⟲        ♡        ⬆

**MarkPJaramillo: Dev** @ubilliards · Nov 16, 2020
Replying to @IngrahamAngle



💬        ⟲        ♡        ⬆

md @xena35debray · Nov 16, 2020
Replying to @IngrahamAngle
Nothing but 💩

💬        ⟲        ♡        ⬆

**Red Waldrop** @redwaldrop · Nov 16, 2020
Replying to @IngrahamAngle
If this is true,..... somebody's gonna start singing like a canary. Let's sit back and see who it is first. Who doesn't want to be the girlfriend of the guy with the most cigarettes (prison pun)?

💬        ⟲        ♡        ⬆

**Bryan Thomas** @BryanThomas2020 · Nov 16, 2020
Replying to @IngrahamAngle

---

## Relevant people

Laura Ingr... ✔
@IngrahamAn...     [Follow]
Mom, author, host, The
Ingraham Angle, 10p ET
@FoxNews. Retweets do not
= Endorsements

## What's happening

In memoriam · 39 minutes ago
**Wednesday marks
International Holocaust
Remembrance Day**
Trending with #NeverAgain,
#NeverForget

**#BehindTheScreens** 📓
Join us Wednesdays at 10 PM ET.
📺 Promoted by XPS

Trending in United States        •••
**Ray Rice**
3,645 Tweets

Politics · Trending        •••
**Parkland**
Activist Fred Guttenberg, whose
daughter was killed in the Parkland
school shooting, shares a video of Rep.
Marjorie Taylor Greene appearing to
harass Parkland survivor David Hogg
on his way to meet with lawmakers
over gun legislation
Trending with David Hogg, Marjorie Taylor
Greene

Ⓔ The ... ✔ · 51 minutes ago
**Why is Wall Street
obsessed with
GameStop?**
Trending with Game Stop

Show more

Terms of Service   Privacy Policy
Cookie Policy   Ads info   More ...
© 2021 Twitter, Inc.



**Relevant people**

Laura Ingr... ✓
@IngrahamAn...  **Follow**

Mom, author, host, The Ingraham Angle, 10p ET @FoxNews. Retweets do not = Endorsements

**What's happening**

In memoriam · 39 minutes ago
**Wednesday marks International Holocaust Remembrance Day**
Trending with #NeverAgain, #NeverForget

**#BehindTheScreens** 📔
Join us Wednesdays at 10 PM ET.
📺 Promoted by XPS

Trending in United States
**Ray Rice**
3,645 Tweets

Politics · Trending
**Parkland**
Activist Fred Guttenberg, whose daughter was killed in the Parkland school shooting, shares a video of Rep. Marjorie Taylor Greene appearing to harass Parkland survivor David Hogg on his way to meet with lawmakers over gun legislation
Trending with David Hogg, Marjorie Taylor Greene

🅱 The ... ✓ · 51 minutes ago
**Why is Wall Street obsessed with GameStop?**
Trending with Game Stop

Show more

Terms of Service  Privacy Policy
Cookie Policy  Ads info  More ···
© 2021 Twitter, inc.

**Jack Dieringer** @dieringer_jack · Nov 16, 2020
Replying to @IngrahamAngle

IS TRUMPISM BECOMING A RIGHT-WING CULT, BUILT ON DECEPTION AND DIVISION, WITH THE INTENT OF A POWER GRAB?

**mary12345@msn.com** @lizvale3836539 · Nov 16, 2020
Replying to @IngrahamAngle
THIS IS ANOTHER BS STORY FROM LAURA!!!!

**Brookingslib** @zick61 · Nov 16, 2020
Replying to @IngrahamAngle
First you peddle snake oil, now this B.S. Jesus Dr. Ingraham
♡ 1

**John L Painter** @johnlpainter · Nov 16, 2020
Replying to @IngrahamAngle
You're so lost without Roger, it would be so cliche if it wasn't factual.

**Emran Rashid** @EmranRashid3 · Nov 16, 2020
Replying to @IngrahamAngle
Per Michigan judge: inadmissible hearsay within hearsay.

Document title: (2) Laura Ingraham on Twitter: &quot;Sidney Powell says that and&#39;the evidence on use of &#39;Dominion System&#39; is coming in so fast she…
Capture URL: https://twitter.com/IngrahamAngle/status/1328402630121562120
Capture timestamp (UTC): Wed, 27 Jan 2021 16:39:13 GMT



Emran Rashid @EmranRashid3 · Nov 16, 2020
Replying to @IngrahamAngle
Per Michigan judge: inadmissible hearsay within hearsay.

Kevin Wallace @78colospgs · Nov 16, 2020
Replying to @IngrahamAngle
Let's believe her cause Laura and Trump says it's so.
♡ 1

🦋 CoolBreeze 🦋 @BreezeMountains · Nov 16, 2020
Replying to @IngrahamAngle
Biden kicked Trump. #SoreLosers

GIF
SORE LOSER

Robbie V @varonrobert · Nov 17, 2020
Replying to @IngrahamAngle
Nothing will happen... unfortunately

James Brown @JamesBrown1420 · Nov 17, 2020
Replying to @IngrahamAngle
One would think a small example would help clear the clouds of doubt.

rijoma @richard80452059 · Nov 17, 2020
Replying to @IngrahamAngle
This is Laura Ingraham coming to you live from Earth 2.

**Relevant people**

Laura Ingr... ✓
@IngrahamAn...          Follow
Mom, author, host, The
Ingraham Angle, 10p ET
@FoxNews. Retweets do not
= Endorsements

**What's happening**

In memoriam · 39 minutes ago
**Wednesday marks
International Holocaust
Remembrance Day**
Trending with #NeverAgain,
#NeverForget

**#BehindTheScreens** 📽️
Join us Wednesdays at 10 PM ET.
📽️ Promoted by XPS

Trending in United States
**Ray Rice**
3,645 Tweets

Politics · Trending
**Parkland**
Activist Fred Guttenberg, whose
daughter was killed in the Parkland
school shooting, shares a video of Rep.
Marjorie Taylor Greene appearing to
harass Parkland survivor David Hogg
on his way to meet with lawmakers
over gun legislation
Trending with David Hogg, Marjorie Taylor
Greene

Ⓔ The ... ✓ · 51 minutes ago   GameStop
**Why is Wall Street
obsessed with
GameStop?**
Trending with Game Stop

Show more

Terms of Service  Privacy Policy
Cookie Policy  Ads info  More ···
© 2021 Twitter, Inc.

Tweet



**Relevant people**

Laura Ingr... ✔
@IngrahamAn...     Follow

Mom, author, host, The Ingraham Angle, 10p ET @FoxNews. Retweets do not = Endorsements

**What's happening**

In memoriam · 39 minutes ago
**Wednesday marks International Holocaust Remembrance Day**
Trending with #NeverAgain, #NeverForget

**#BehindTheScreens** 🎬
Join us Wednesdays at 10 PM ET.
▣ Promoted by XPS

Trending in United States
**Ray Rice**
3,645 Tweets

Politics · Trending
**Parkland**
Activist Fred Guttenberg, whose daughter was killed in the Parkland school shooting, shares a video of Rep. Marjorie Taylor Greene appearing to harass Parkland survivor David Hogg on his way to meet with lawmakers over gun legislation
Trending with David Hogg, Marjorie Taylor Greene

Ⓔ The ... ✔ · 51 minutes ago
**Why is Wall Street obsessed with GameStop?**
Trending with Game Stop

Show more

Terms of Service   Privacy Policy
Cookie Policy   Ads info   More ...
© 2021 Twitter, Inc.

---

robert a. boehm @cordova10ac · Nov 17, 2020
Replying to @IngrahamAngle

**Break the habit**

**"Trump is not the news anymore. He's a ridiculous figure who will go down in history as America's biggest**

---

jay @jay48125568 · Nov 17, 2020
Replying to @IngrahamAngle
😂

---

TheDemonRatz @Demon_Ratz · Nov 17, 2020
Replying to @IngrahamAngle
#misinformation #disinformation #propaganda

---

100 Proof Bar Service @bar_proof · Nov 17, 2020
Replying to @IngrahamAngle
Laura - yelp the president to join MeWe the people on here are truly disgraceful and so disrespectful - you go too! Pretty please?
♡ 1

---

guitaristforelife @guitaristforeal · Nov 17, 2020
Replying to @IngrahamAngle
AND ITS ALL BULLSHIT

Document title: (2) Laura Ingraham on Twitter: &quot;Sidney Powell says that and&#39;the evidence on use of &#39;Dominion System&#39; is coming in so fast she…
Capture URL: https://twitter.com/IngrahamAngle/status/1328402630121562120
Capture timestamp (UTC): Wed, 27 Jan 2021 16:39:13 GMT



← Tweet

**guitaristforlife** @guitaristforeal · Nov 17, 2020
Replying to @IngrahamAngle
AND ITS ALL BULLSHIT

**jimmyofflagstaf** @jimmyofflagstaf · Nov 17, 2020
Replying to @IngrahamAngle
Melania said you can trust my husband ?? The same guy thats had 3 wives and cheated on all 3 of them including her ! !
Wonder if is she realizes how stupid that sounds ??
1     2

**Lisa Anne** @LisaAnneMenuto · Nov 17, 2020
Replying to @IngrahamAngle
You guys sound thirsty af

**Melissa Roberts** @notsurg · Nov 17, 2020
Replying to @IngrahamAngle
OH WOW Laura!! 😂

**Christin Berger** @Lastout2020 · Nov 17, 2020
Replying to @IngrahamAngle
Sidney Powell, really?  Sidney Powell can't process that's it Monday!

**Amanda Mills** @AmandaM22177427 · Nov 17, 2020
Replying to @IngrahamAngle
I have watched this post, crooked software, and part of Biden campaign, how convenient.  Uh oh, BUSTED!

GIF

**Norris Morgan** @NorrisRMMorgan · Nov 17, 2020
Replying to @IngrahamAngle
Too bad for Trump she is not the judge! Have to have evidence before a judge. Not Fox News.

**Bruce Nieves** @BruceNieves6 · Nov 17, 2020
Replying to @IngrahamAngle
#WhiteHouseKarenpundit

**Relevant people**

**Laura Ingr...** ✓
@IngrahamAn...      [Follow]
Mom, author, host, The Ingraham Angle, 10p ET @FoxNews. Retweets do not = Endorsements

**What's happening**

In memoriam · 39 minutes ago
**Wednesday marks International Holocaust Remembrance Day**
Trending with #NeverAgain, #NeverForget

**#BehindTheScreens** 📋
Join us Wednesdays at 10 PM ET.
📷 Promoted by XPS

Trending in United States
**Ray Rice**
3,645 Tweets

Politics · Trending
**Parkland**
Activist Fred Guttenberg, whose daughter was killed in the Parkland school shooting, shares a video of Rep. Marjorie Taylor Greene appearing to harass Parkland survivor David Hogg on his way to meet with lawmakers over gun legislation
Trending with David Hogg, Marjorie Taylor Greene

The ... ✓ · 51 minutes ago
**Why is Wall Street obsessed with GameStop?**
Trending with Game Stop

Show more

Terms of Service   Privacy Policy
Cookie Policy   Ads info   More ···
© 2021 Twitter, Inc.



Tweet

**Bruce Nieves** @BruceNieves6 · Nov 17, 2020
Replying to @IngrahamAngle
#WhiteHouseKarenpundit

**Brenda Kuntzelman** @bkuntzelman · Nov 17, 2020
Replying to @IngrahamAngle
Can you help her Laura? I hear V Toensing say they are intimidating lawyers to not help Trump!

**IMJustice Marketing** @IMJMarketing · Nov 17, 2020
Replying to @IngrahamAngle
Did anyone notice all of the media coverage on this?

**Lyn Ander** @lyn_ander · Nov 17, 2020
Replying to @IngrahamAngle
Lots evidence

**Arash PhD** @Arash8118 · Nov 17, 2020
Replying to @IngrahamAngle
Use them and win the next 4 years. Talk is cheap

**james winnas** @JWinnas · Nov 17, 2020
Replying to @IngrahamAngle
All I can say is I hope that a damn judge will look at this if not the Supreme Court takes this up on all the damn states we need a fair election

**Greg Accolla** @AccollaGreg · Nov 17, 2020
Replying to @IngrahamAngle
Keeping this information Quiet seems to be on purpose.
Some might think that the guilty could flip as cases start to build momentum. Because no one wants to go to jail, everyone wants to make a deal. Watch how fast they flip.
Congrats Mr. President on your next 4 years.

**Ramy saad** @Ramysaa42535280 · Nov 17, 2020
Replying to @IngrahamAngle
😌😊

**Armando Lopez Tristani** @LopezTristani · Nov 17, 2020
Replying to @IngrahamAngle
She can't process it because it doesn't exist                    ♡ 1

**Houston** 🇺🇸💙🤍💙🤍😒🤖 @H0ustonPa · Nov 16, 2020
Replying to @IngrahamAngle
We're waiting to see it 😂

**Relevant people**

Laura Ingr... ✓
@IngrahamAn...                    [ Follow ]
Mom, author, host, The Ingraham Angle, 10p ET @FoxNews. Retweets do not = Endorsements

**What's happening**

In memoriam · 39 minutes ago
**Wednesday marks International Holocaust Remembrance Day**
Trending with #NeverAgain, #NeverForget

**#BehindTheScreens** 📺
Join us Wednesdays at 10 PM ET.
📺 Promoted by XPS

Trending in United States
**Ray Rice**
3,645 Tweets

Politics · Trending
**Parkland**
Activist Fred Guttenberg, whose daughter was killed in the Parkland school shooting, shares a video of Rep. Marjorie Taylor Greene appearing to harass Parkland survivor David Hogg on his way to meet with lawmakers over gun legislation
Trending with David Hogg, Marjorie Taylor Greene

The ... ✓ · 51 minutes ago
**Why is Wall Street obsessed with GameStop?**
Trending with Game Stop

Show more

Terms of Service  Privacy Policy
Cookie Policy  Ads info  More ···
© 2021 Twitter, inc.





Tweet

She can't process it because it doesn't exist

1

**Houston** 🇺🇸💙🇺🇸💙🇺🇸 @H0ustonPa · Nov 16, 2020
Replying to @IngrahamAngle
We're waiting to see it 😂

6

**Zizza** 🇧🇷🇺🇸 @DaisyOl01772393 · Nov 16, 2020
Replying to @IngrahamAngle
🙏🙏

1

**Bertrand** @BertrandFranci8 · Nov 16, 2020
Replying to @IngrahamAngle
🤣🤣🤣🤣🤣

**Brian langille** @brian_langille · Nov 16, 2020
Replying to @IngrahamAngle
The recount in Georgia will let us know.

**FAAFO** @PersianKiss · Nov 16, 2020
Replying to @IngrahamAngle
Yet your network is scoffing at it all

**Frankie the Chihuahua** @SabreKatt · Nov 16, 2020
Replying to @IngrahamAngle
I WON!

**RepubGrammarCheck** 🇺🇸 @RepubGrammar · Nov 16, 2020
Replying to @IngrahamAngle

Search Twitter

**Relevant people**

**Laura Ingr...** @IngrahamAn... Follow
Mom, author, host, The Ingraham Angle, 10p ET @FoxNews. Retweets do not = Endorsements

**What's happening**

In memoriam · 39 minutes ago
**Wednesday marks International Holocaust Remembrance Day**
Trending with #NeverAgain, #NeverForget

**#BehindTheScreens**
Join us Wednesdays at 10 PM ET.
Promoted by XPS

Trending in United States
**Ray Rice**
3,645 Tweets

Politics · Trending
**Parkland**
Activist Fred Guttenberg, whose daughter was killed in the Parkland school shooting, shares a video of Rep. Marjorie Taylor Greene appearing to harass Parkland survivor David Hogg on his way to meet with lawmakers over gun legislation
Trending with David Hogg, Marjorie Taylor Greene

The ... · 51 minutes ago
**Why is Wall Street obsessed with GameStop?**
Trending with Game Stop

Show more

Terms of Service Privacy Policy Cookie Policy Ads info More ···
© 2021 Twitter, Inc.

When you're broke, but have to pay your lawyer!

**Charlie Firefly** @CtheFirefly · Nov 16, 2020
Replying to @IngrahamAngle
And in reality.

cisa.gov/news/2020/11/1...

**JJCoors** @coors_jj · Nov 16, 2020
Replying to @IngrahamAngle
Get Kraken!

**Dilbert Scale** @dilbertscale · Nov 16, 2020
Replying to @IngrahamAngle
Well you better.  And you better hurry.

**Arnold** @Arnold90613094 · Nov 16, 2020
Replying to @IngrahamAngle
watch twitter delete this, hahahaha!!!

**Gisela Flick** @flickgisela1 · Nov 16, 2020
Replying to @IngrahamAngle
Sure thing.

**Paul** @Paul24584261 · Nov 16, 2020
Replying to @IngrahamAngle
I keep hearing that - like the boy who cried wolf. Has diminishing returns.   4

**VanniVo** @vannievo · Nov 16, 2020
Replying to @IngrahamAngle
Release....

---

**Relevant people**

Laura Ingr...   ✓   Follow
@IngrahamAn...
Mom, author, host, The
Ingraham Angle, 10p ET
@FoxNews. Retweets do not
= Endorsements

**What's happening**

In memoriam · 39 minutes ago
**Wednesday marks
International Holocaust
Remembrance Day**
Trending with  #NeverAgain,
#NeverForget

**#BehindTheScreens** 🎬
Join us Wednesdays at 10 PM ET.
📺 Promoted by XPS

Trending in United States
**Ray Rice**
3,645 Tweets

Politics · Trending
**Parkland**
Activist Fred Guttenberg, whose
daughter was killed in the Parkland
school shooting, shares a video of Rep.
Marjorie Taylor Greene appearing to
harass Parkland survivor David Hogg
on his way to meet with lawmakers
over gun legislation
Trending with  David Hogg, Marjorie Taylor
Greene

🅑 The ...  ✓ · 51 minutes ago
**Why is Wall Street
obsessed with
GameStop?**
Trending with  Game Stop

Show more

Terms of Service   Privacy Policy
Cookie Policy   Ads info   More ···
© 2021 Twitter, Inc.

← Tweet



💬 1          ⟲          ♡ 1          ⬆

**MaSt** @paenchenlama · Nov 16, 2020
Replying to @IngrahamAngle
The hope dies last, @IngrahamAngle 😂😂😂

💬          ⟲          ♡ 1          ⬆

**Kevin McMahon** @KRMCMAHON · Nov 16, 2020
Replying to @IngrahamAngle and @MCM0NA007
Well she needs to get it out there

💬          ⟲          ♡          ⬆

**shank_kris** @shank_kris · Nov 16, 2020
Replying to @IngrahamAngle
Now FNC quotes OANN???LOL...

💬          ⟲          ♡ 1          ⬆

**SlurpyCoke** @slurpycoke · Nov 16, 2020
Replying to @IngrahamAngle
Another day with empty threats

💬          ⟲          ♡          ⬆

**Gene Joseph** @GeneJoseph6 · Nov 17, 2020
Replying to @IngrahamAngle
Yes but will it make a difference?

💬          ⟲          ♡          ⬆

**Joe Shelby** @JoeShelby17 · Nov 16, 2020
Replying to @IngrahamAngle
Release the Kraken!

💬 1          ⟲          ♡ 2          ⬆

**me** @podypody4uokay · Nov 16, 2020
Replying to @IngrahamAngle
Come on !!!!

💬          ⟲          ♡          ⬆

**Kito-Ovsky (Vasco)** @Ovskyto · Nov 16, 2020
Replying to @IngrahamAngle
@politvidchannel

💬          ⟲          ♡          ⬆

---

## Relevant people

**Laura Ingr...** ✓
@IngrahamAn...          **Follow**
Mom, author, host, The
Ingraham Angle, 10p ET
@FoxNews. Retweets do not
= Endorsements

## What's happening

In memoriam · 39 minutes ago
**Wednesday marks
International Holocaust
Remembrance Day**
Trending with #NeverAgain,
#NeverForget

**#BehindTheScreens** 🎬
Join us Wednesdays at 10 PM ET.
📺 Promoted by XPS

Trending in United States
**Ray Rice**
3,645 Tweets

Politics · Trending
**Parkland**
Activist Fred Guttenberg, whose
daughter was killed in the Parkland
school shooting, shares a video of Rep.
Marjorie Taylor Greene appearing to
harass Parkland survivor David Hogg
on his way to meet with lawmakers
over gun legislation
Trending with David Hogg, Marjorie Taylor
Greene

Ⓔ The ... ✓ · 51 minutes ago
**Why is Wall Street
obsessed with
GameStop?**
Trending with Game Stop

**Show more**

Terms of Service   Privacy Policy
Cookie Policy   Ads info   More ···
© 2021 Twitter, Inc.





Tweet

**Kito-Ovsky (Vasco)** @Ovskyto · Nov 16, 2020
Replying to @IngrahamAngle @politvidchannel

**Professor Gran Pops** @ProfGranPops · Nov 16, 2020
Replying to @IngrahamAngle
Tell her not to panic......she doesn't have to wait for all of it, she can show us what she has, we're ok with that.

Tell her to take whatever she has (since it's coming in so fast) to a judge....you know, since she has so much of it!

1 1 12

**Blaumeise** @Bohmuckl · Nov 16, 2020
Replying to @IngrahamAngle

1

**steve postlethwait** @tazmoe_steve · Nov 16, 2020
Replying to @IngrahamAngle
GOD I love that women🎩

1

**Jakob Hunter** @JacobHunt3r · Nov 16, 2020
Replying to @IngrahamAngle

**Reuters** @Reuters · Nov 16, 2020
President Trump's campaign dropped a major part of a lawsuit it brought seeking to halt Pennsylvania from certifying its results, narrowing the case to a small number of ballots reut.rs/3lADdta

1

**Relevant people**

**Laura Ingr...** @IngrahamAn... Follow
Mom, author, host, The Ingraham Angle, 10p ET @FoxNews. Retweets do not = Endorsements

**What's happening**

In memoriam · 39 minutes ago
**Wednesday marks International Holocaust Remembrance Day**
Trending with #NeverAgain, #NeverForget

**#BehindTheScreens**
Join us Wednesdays at 10 PM ET.
Promoted by XPS

Trending in United States
**Ray Rice**
3,645 Tweets

Politics · Trending
**Parkland**
Activist Fred Guttenberg, whose daughter was killed in the Parkland school shooting, shares a video of Rep. Marjorie Taylor Greene appearing to harass Parkland survivor David Hogg on his way to meet with lawmakers over gun legislation
Trending with David Hogg, Marjorie Taylor Greene

The ... · 51 minutes ago
**Why is Wall Street obsessed with GameStop?**
Trending with Game Stop

Show more

Terms of Service Privacy Policy Cookie Policy Ads info More ···
© 2021 Twitter, Inc.

← Tweet

1:16  543K views

♡  ⟲ 1  ♡  ⬆

**Chad Stockman** @cs49er_chad · Nov 16, 2020
Replying to @IngrahamAngle
Would love to hear from experts on how Dominion actually works.

♡  ⟲ 2  ♡ 4  ⬆

**Tugs Tinger** @Tugstinger · Nov 16, 2020
Replying to @IngrahamAngle
Maybe she should get some help. Rudy would be great. So witty and efficient. That should move things along.

♡  ⟲  ♡ 2  ⬆

**Brian langille** @brian_langille · Nov 16, 2020
Replying to @IngrahamAngle
Bet everything g is fine.

♡  ⟲  ♡  ⬆

**Ball Boy** 🌐🏆 @solidair_ · Nov 16, 2020
Replying to @IngrahamAngle
I've just processed it and it's all made up garbage. Catch a grip of yourself, Liera.

♡  ⟲  ♡ 3  ⬆

**sam sughroue** @sughroue_g · Nov 16, 2020
Replying to @IngrahamAngle
LETS SEE IT THEN, WE NEED ACTION NOW

♡  ⟲  ♡  ⬆

**Coffee Manic**☕ @coffeemanic88 · Nov 16, 2020
Replying to @IngrahamAngle
We can't even process how bad your angle is Laura☕👨🤡

♡  ⟲  ♡ 5  ⬆

**Wait_** @Wait_tiaW · Nov 16, 2020
Replying to @IngrahamAngle
she should hire a helper

♡  ⟲  ♡  ⬆

**Teddy Wiley** @Toadeci · Nov 16, 2020
Replying to @IngrahamAngle
So she goes to you instead of the FBI, cool story bro!

♡  ⟲  ♡  ⬆

**George Catstanza** 🌹🌐↗ LLC @Catstanza · Nov 16, 2020
Replying to @IngrahamAngle
So take it to court and prove it

♡  ⟲  ♡  ⬆

**Penny** 🇺🇸🇺🇸🇺🇸 @pennesfrmheaven · Nov 16, 2020
Replying to @IngrahamAngle

### Relevant people

Laura Ingr... ✔
@IngrahamAn...
[Follow]
Mom, author, host, The Ingraham Angle, 10p ET
@FoxNews. Retweets do not = Endorsements

### What's happening

In memoriam · 39 minutes ago
**Wednesday marks International Holocaust Remembrance Day**
Trending with #NeverAgain, #NeverForget

**#BehindTheScreens** 🎬
Join us Wednesdays at 10 PM ET.
📺 Promoted by XPS

Trending in United States
**Ray Rice**
3,645 Tweets

Politics · Trending
**Parkland**
Activist Fred Guttenberg, whose daughter was killed in the Parkland school shooting, shares a video of Rep. Marjorie Taylor Greene appearing to harass Parkland survivor David Hogg on his way to meet with lawmakers over gun legislation
Trending with David Hogg, Marjorie Taylor Greene

🅴 The ... ✔ · 51 minutes ago
**Why is Wall Street obsessed with GameStop?**
Trending with Game Stop

Show more

Terms of Service  Privacy Policy
Cookie Policy  Ads info  More ···
© 2021 Twitter, inc.

Document title: (2) Laura Ingraham on Twitter: &quot;Sidney Powell says that and&#39;the evidence on use of &#39;Dominion System&#39; is coming in so fast she…
Capture URL: https://twitter.com/IngrahamAngle/status/1328402630121562120
Capture timestamp (UTC): Wed, 27 Jan 2021 16:39:13 GMT



← **Tweet**

So take it to court and prove it

**Penny** 🇺🇸🇺🇸🇺🇸 @pennesfrmheaven · Nov 16, 2020
Replying to @IngrahamAngle
I heard this from Fox... rol.st/2K10tTd

DISPELLING BASELESS CLAIMS ABOUT THE 2020 ELECTION
FOX NEWS HQ
2:41 | 333K views

From Peter Wade ✓

♡ 2

**Hassan Mohamed** @hnasir84 · Nov 16, 2020
Replying to @IngrahamAngle
Did she check all 24 sates where the system has been used?

**Derek Favretto** @Favretto · Nov 16, 2020
Replying to @IngrahamAngle
If she was a pro ball player she'd be demoted to little league by now. 😂😂
😂

**Benett** @SaltLifeGA · Nov 16, 2020
Replying to @IngrahamAngle
You can't process anything that isn't there. Again, it's nothing but sworn affidavits. All hearsay.

♡ 3

**Phil** @OldnBoldAllTold · Nov 16, 2020
Replying to @IngrahamAngle
Mmm hmm. Seems like a female Rudy.

♡ 1

**Maria-RosaMistica** @Celia42614069 · Nov 16, 2020
Replying to @IngrahamAngle
So when will there be legal filings? It sounded it would be today in her interviews!?

**G Policy** @policy_g · Nov 16, 2020
Replying to @IngrahamAngle
That's a novel excuse for not filing anything in court.

### Relevant people

**Laura Ingr...** ✓
@IngrahamAn...                    Follow
Mom, author, host, The Ingraham Angle, 10p ET @FoxNews. Retweets do not = Endorsements

### What's happening

In memoriam · 39 minutes ago
**Wednesday marks International Holocaust Remembrance Day**
Trending with #NeverAgain, #NeverForget

**#BehindTheScreens** 📺
Join us Wednesdays at 10 PM ET.
☑ Promoted by XPS

Trending in United States
**Ray Rice**
3,645 Tweets

Politics · Trending
**Parkland**
Activist Fred Guttenberg, whose daughter was killed in the Parkland school shooting, shares a video of Rep. Marjorie Taylor Greene appearing to harass Parkland survivor David Hogg on his way to meet with lawmakers over gun legislation
Trending with David Hogg, Marjorie Taylor Greene

🅖 The ... ✓ · 51 minutes ago
**Why is Wall Street obsessed with GameStop?**
Trending with Game Stop

Show more

Terms of Service   Privacy Policy
Cookie Policy   Ads info   More ···
© 2021 Twitter, Inc.

Document title: (2) Laura Ingraham on Twitter: &quot;Sidney Powell says that and&#39;the evidence on use of and&#39;Dominion System&#39; is coming in so fast she…
Capture URL: https://twitter.com/IngrahamAngle/status/1328402630121562120
Capture timestamp (UTC): Wed, 27 Jan 2021 16:39:13 GMT



← Tweet

**G Policy** @policy_g · Nov 16, 2020
Replying to @IngrahamAngle
That's a novel excuse for not filing anything in court.

**askingforafriend** @askingf13614063 · Nov 16, 2020
Replying to @IngrahamAngle
I'm sure....Rudy needs to get on it. Is he sober today?

**David** @D79071332 · Nov 16, 2020
Replying to @IngrahamAngle
#ConspiracyTheories.. sad hat you keep pushing this narrative @IngrahamAngle

**Uncle Frank** @UncleFrank72 · Nov 16, 2020
Replying to @IngrahamAngle
The clock is ticking...

**ButtaPecanRican** @MizPathChanger · Nov 16, 2020
Replying to @IngrahamAngle
So that also means the Republican Senate race was rigged? Laura you crack me up 🤣 I on a daily basis.
♡ 3

**Lynda Foster** @Lynnie_poos · Nov 16, 2020
Replying to @IngrahamAngle
I hope they hurry

**Vox Populi** 🇺🇸 @lexferenda · Nov 16, 2020
Replying to @IngrahamAngle
Let's see the complaints. She's been yapping about this all weekend. "The evidence is coming in so fast" won't fly in court.
♡ 1

**James Thompson** @thompjptoot · Nov 16, 2020
Replying to @IngrahamAngle
She better get to showing it because we've heard these kind of statements before.
💬 2          ♡ 2

**ROCKET** @ROCKET61445371 · Nov 16, 2020
Replying to @IngrahamAngle
RELEASE THE KRACKEN!

### Relevant people

**Laura Ingr...** ✓
@IngrahamAn...        [ Follow ]
Mom, author, host, The Ingraham Angle, 10p ET @FoxNews. Retweets do not = Endorsements

### What's happening

In memoriam · 39 minutes ago
**Wednesday marks International Holocaust Remembrance Day**
Trending with #NeverAgain, #NeverForget

**#BehindTheScreens** 🎬
Join us Wednesdays at 10 PM ET.
📺 Promoted by XPS

Trending in United States
**Ray Rice**
3,645 Tweets

Politics · Trending
**Parkland**
Activist Fred Guttenberg, whose daughter was killed in the Parkland school shooting, shares a video of Rep. Marjorie Taylor Greene appearing to harass Parkland survivor David Hogg on his way to meet with lawmakers over gun legislation
Trending with David Hogg, Marjorie Taylor Greene

🅔 The ... ✓ · 51 minutes ago
**Why is Wall Street obsessed with GameStop?**
Trending with Game Stop

Show more

Terms of Service   Privacy Policy
Cookie Policy   Ads info   More ...
© 2021 Twitter, inc.



← Tweet

**David Nelson** @davidnelsonORL · Nov 16, 2020
Replying to @IngrahamAngle
I'm pretty sure that says more about her than it does about the evidence.

**Psmith** @Billamonster1 · Nov 16, 2020
Replying to @IngrahamAngle
I have no trouble believing that.

**Pebbles** @cambell_karen · Nov 16, 2020
Replying to @IngrahamAngle
Dominion the same people that donated to Mitch McConnell's campaign?

**Emily** @EliTheAverage · Nov 16, 2020
Replying to @IngrahamAngle
Are you proposing that we revote in all 26 states that use the Dominion machines?
♡ 2

**(((William Boulet)))** @wgboulet · Nov 16, 2020
Replying to @IngrahamAngle
"evidence"

**BENSADOUN** @sousse1000 · Nov 16, 2020
Replying to @IngrahamAngle
❤️❤️

**roberto Diaz de Villegas** @robertoDiazdeV1 · Nov 16, 2020
Replying to @IngrahamAngle
I am frustrated, is anyone paying attention?

**Marc Putney** @dmputney1 · Nov 16, 2020
Replying to @IngrahamAngle
Maybe Powell can investigate trump's votes in florida, graham's votes in SC and mcconnell's votes in Kentucky.

---

### Relevant people

**Laura Ingr...** ✓  @IngrahamAn...   Follow
Mom, author, host, The Ingraham Angle, 10p ET @FoxNews. Retweets do not = Endorsements

### What's happening

In memoriam · 39 minutes ago
**Wednesday marks International Holocaust Remembrance Day**
Trending with #NeverAgain, #NeverForget

**#BehindTheScreens** 📽️
Join us Wednesdays at 10 PM ET.
◻ Promoted by XPS

Trending in United States
**Ray Rice**
3,645 Tweets

Politics · Trending
**Parkland**
Activist Fred Guttenberg, whose daughter was killed in the Parkland school shooting, shares a video of Rep. Marjorie Taylor Greene appearing to harass Parkland survivor David Hogg on his way to meet with lawmakers over gun legislation
Trending with David Hogg, Marjorie Taylor Greene

The ... ✓ · 51 minutes ago
**Why is Wall Street obsessed with GameStop?**
Trending with Game Stop

Show more

Terms of Service   Privacy Policy
Cookie Policy   Ads info   More ···
© 2021 Twitter, Inc.



Tweet

**Marc Putney** @dmputney1 · Nov 16, 2020
Replying to @IngrahamAngle
Maybe Powell can investigate trump's votes in florida, graham's votes in SC and mcconnell's votes in Kentucky.

**whoareyou** @andy_moony · Nov 16, 2020
Replying to @IngrahamAngle
This is so embarrassing at this point.

**The Retweeter** @TheRetweeeter · Nov 16, 2020
Replying to @IngrahamAngle
Can't process it because there's nothing to process...

♡ 1

**hendrike de haan** @hennyh53 · Nov 16, 2020
Replying to @IngrahamAngle
Laura, Laura wake up!

**Gretchen R. Hammond** @GretchRHammond · Nov 16, 2020
Replying to @IngrahamAngle
I heard that she's going to file proof showing conclusively that every US election (except 2016) was a Dominion-assisted fraud all tied to Hunter Biden who is tied to Hugo Chavez, Idi Amin, the Khmer Rouge and Russian oligarchs Pete Tchaikovsky and Serg "The Violin" Rachmaninoff

**Chuck Troutman** @ChuckTroutman1 · Nov 16, 2020
Replying to @IngrahamAngle
I hope she has bumped up her life insurance!!!

**Ryan Wenger** @RyanWenger · Nov 16, 2020
Replying to @IngrahamAngle
#StopTheSteal

**Oliver P. Archibald,MD,DTM&H** @oarchibald · Nov 16, 2020
Replying to @IngrahamAngle
But What about Benghazi? 😂

**john m** @jmbk210 · Nov 16, 2020
Replying to @IngrahamAngle
Better make it fast

**YamYam** @T89770504 · Nov 16, 2020
Replying to @IngrahamAngle
Yeh right!

## Relevant people

**Laura Ingr...** ✓
@IngrahamAn...       [Follow]
Mom, author, host, The Ingraham Angle, 10p ET @FoxNews. Retweets do not = Endorsements

## What's happening

In memoriam · 39 minutes ago
**Wednesday marks International Holocaust Remembrance Day**
Trending with #NeverAgain, #NeverForget

**#BehindTheScreens** 🎬
Join us Wednesdays at 10 PM ET.
🎬 Promoted by XPS

Trending in United States
**Ray Rice**
3,645 Tweets

Politics · Trending
**Parkland**
Activist Fred Guttenberg, whose daughter was killed in the Parkland school shooting, shares a video of Rep. Marjorie Taylor Greene appearing to harass Parkland survivor David Hogg on his way to meet with lawmakers over gun legislation
Trending with David Hogg, Marjorie Taylor Greene

🅔 The ... ✓ · 51 minutes ago
**Why is Wall Street obsessed with GameStop?**
Trending with Game Stop

Show more

Terms of Service   Privacy Policy
Cookie Policy   Ads info   More ···
© 2021 Twitter, inc.

Document title: (2) Laura Ingraham on Twitter: &quot;Sidney Powell says that and#39;the evidence on use of and#39;Dominion System and#39; is coming in so fast she...
Capture URL: https://twitter.com/IngrahamAngle/status/1328402630121562120
Capture timestamp (UTC): Wed, 27 Jan 2021 16:39:13 GMT

Tweet

Search Twitter

Replying to @IngrahamAngle

Yeh right!

**Sparky1998** @Sparky19981 · Nov 16, 2020

Replying to @IngrahamAngle

Hopefully it will help in court to turn this election back to @realDonaldTrump

**Kimberly King-Burns** @coconutH2O · Nov 16, 2020

Replying to @IngrahamAngle

... i think you meant DIEBOLD, dear.

**Norm** @norspex · Nov 16, 2020

Replying to @IngrahamAngle

Why is she not in court right now?

## Relevant people

**Laura Ingr...** @IngrahamAn...

Follow

Mom, author, host, The Ingraham Angle, 10p ET @FoxNews. Retweets do not = Endorsements

## What's happening

In memoriam · 39 minutes ago

**Wednesday marks International Holocaust Remembrance Day**

Trending with #NeverAgain, #NeverForget

**#BehindTheScreens**

Join us Wednesdays at 10 PM ET.

Promoted by XPS

Trending in United States

**Ray Rice**

3,645 Tweets

Politics · Trending

**Parkland**

Activist Fred Guttenberg, whose daughter was killed in the Parkland school shooting, shares a video of Rep. Marjorie Taylor Greene appearing to harass Parkland survivor David Hogg on his way to meet with lawmakers over gun legislation

Trending with David Hogg, Marjorie Taylor Greene

The ... · 51 minutes ago

**Why is Wall Street obsessed with GameStop?**

Trending with Game Stop

Show more

Terms of Service Privacy Policy Cookie Policy Ads info More ···

© 2021 Twitter, Inc.

Tweet

Search Twitter

**Norm** @norspex · Nov 16, 2020
Replying to @IngrahamAngle
Why is she not in court right now?

## Relevant people

**Laura Ingr...** @IngrahamAn... Follow
Mom, author, host, The Ingraham Angle, 10p ET @FoxNews. Retweets do not = Endorsements

## What's happening

In memoriam · 39 minutes ago
**Wednesday marks International Holocaust Remembrance Day**
Trending with #NeverAgain, #NeverForget

**#BehindTheScreens**
Join us Wednesdays at 10 PM ET.
Promoted by XPS

Trending in United States
**Ray Rice**
3,645 Tweets

Politics · Trending
**Parkland**
Activist Fred Guttenberg, whose daughter was killed in the Parkland school shooting, shares a video of Rep. Marjorie Taylor Greene appearing to harass Parkland survivor David Hogg on his way to meet with lawmakers over gun legislation
Trending with David Hogg, Marjorie Taylor Greene

The ... · 51 minutes ago
**Why is Wall Street obsessed with GameStop?**
Trending with Game Stop

Show more

Terms of Service Privacy Policy Cookie Policy Ads info More ···
© 2021 Twitter, Inc.



