# Exhibit 18

Tweet

Search Twitter

Home

Explore

10 Notifications

Messages

Bookmarks

Lists

Profile

More

Tweet

**Lou Dobbs** @LouDobbs

Electoral Fraud: @SidneyPowell1 says she has firsthand evidence that Smartmatic voting software was designed in a way to change the vote of a voter without being detected #MAGA #AmericaFirst #Dobbs

10:45 PM · Nov 16, 2020 · Twitter Media Studio

**10.3K** Retweets **1.7K** Quote Tweets **22.1K** Likes

**David Knopfler** @DavidKnopfler · Nov 16, 2020
Replying to @LouDobbs and @SidneyPowell1
Have you no shame sir? You used to be a journalist but what are you now?
24 15

**Professor Fax** @FaxProfessor · Nov 16, 2020
Replying to @LouDobbs and @SidneyPowell1
Make her testify under oath then
1

**Vinnie Falco** @FalcoVinnie · Nov 16, 2020
Replying to @LouDobbs and @SidneyPowell1
ENOUGH FUCKING TALK!!!
2 1

**IamCdn** @Iamcdn204 · Nov 16, 2020
Replying to @LouDobbs and @SidneyPowell1
That has to be the only way possible for Trump to win in 2016. #IligitimatePresident
19 3

**RealAZPatriot** @SonoranHobo · Nov 17, 2020
Replying to @LouDobbs and @SidneyPowell1
Watching Trump lose isnt just a hobby, it's a lifestyle, a reason to breathe, an escape from this cruel world filled with thieves. it's art, the first gift u open on christmas, a hug from a loved one, it's everything u ever wanted, it's everything u need.
7

**Lil Semicolon** @PETEKEELEY · Nov 16, 2020
Replying to @LouDobbs and @SidneyPowell1
I thought you already left for Parler.
1 9

**Sardonic Cynic** @cynic_sardonic · Nov 16, 2020
Replying to @LouDobbs and @SidneyPowell1
Prove. It. In. Court.
4 4

**Tricky** @Tricky93563241 · Nov 16, 2020
Replying to @LouDobbs and @SidneyPowell1
The FBI are now looking into rectifying there involvement in the fraud, trust them (the FBI) they know how to clean their fingerprints from any association to the FBI fraud!!!!! REALLY!!!!! All trust of FBI gone.....
9 4 38

**Dawn Smith** @DawnSmi35429356 · Nov 16, 2020
Replying to @LouDobbs and @SidneyPowell1
If she can get this election over turned. She will be our new national hero. Go

**Page-Vault** @page_vault

## Relevant people

**Lou Dobbs** @LouDobbs Follow
Lou Dobbs Tonight, Fox Business Network, 5, 7 & 10 PM/ET

## What's happening

US politics · 3 hours ago
**Impeachment trial: Pelosi to transmit Trump impeachment article on Monday**
Trending with Erection, McConnell

Hip hop · Trending
**Throat Baby**
13.9K Tweets

Trending in United States
**GameStop**
11.5K Tweets

In memoriam · 3 hours ago
**Baseball legend Hank Aaron has died at the age of 86**
Trending with Hank Aaron, Babe Ruth

Politics · January 20, 2021
**Cozy and casual: Bernie Sanders makes a fashion statement on Inauguration Day**
Trending with #Berniememes

Show more

Terms of Service Privacy Policy Cookie Policy Ads info More ··· © 2021 Twitter, Inc.

