# Exhibit 19





# Maria Bartiromo ✓
@MariaBartiromo · Journalist

Follow

Home | Videos | Photos | About | More ▼         👍 Like   🔍   •••



**Maria Bartiromo** ✓
November 16, 2020

Attorney for President Trump explains the strategy for election lawsuits http://ow.ly/H59830rkfs6 ||Mornings with Maria 6-9 AM et M-F on Fox Business || On Parler @Mariabartiromotv

VIDEO.FOXBUSINESS.COM
**Attorney for President Trump explains the strategy for election lawsuits**
Constitutional law attorney Jenna Ellis argues there is enough evidence 'in at least six states to

Document title: Maria Bartiromo - Posts | Facebook
Capture URL: https://www.facebook.com/MariaBartiromo/posts/3891807794163061
Capture timestamp (UTC): Wed, 27 Jan 2021 21:53:15 GMT

Page 1 of 18





Case 1:21-cv-02995-CJN   Document 1-20   Filed 11/12/21   Page 5 of 19



Document title: Maria Bartiromo - Posts | Facebook
Capture URL: https://www.facebook.com/MariaBartiromo/posts/3891807794163061
Capture timestamp (UTC): Wed, 27 Jan 2021 21:53:15 GMT

Page 4 of 18





















**Maria Bartiromo**

**Barb Nicolai**
No one has fought harder than Maria B for our President.... & So have Stewart V, Charles P, Mellisa, Dave, on & on. Fox has always tried to deliver both sides, & I have always loved that
Like · Reply · 10w

**Linda Posten**
Switched to Newsmax
Like · Reply · 9w

**Margarita Fotiadis**
I wonder how careless these so-called attorneys can be. She must be aware of the fact that she might lose her license by making false claims.
Like · Reply · 10w    3

**Christian M S**
Maria--thanks for being legit!!
Grateful for you.
Like · Reply · 10w    16

**Tom Parkinson**
Democratic Party

nothing to see here , move along

as the smash memory sticks
and evidence of voter fraud from a machine made
in venezuela

thanks Hillary for the idea , got any of that bleach bit left over
Like · Reply · 10w · Edited    9

**Cliff Love**
Time to drop the hammer, tired of hearing its coming.
Like · Reply · 10w

**Doug Sweaney**
I need to find a case for Jenna Ellis to defend me with.
Like · Reply · 10w    1

**Bong Na Mous**
we gonna see leftwing judges lie; guaranteed
Like · Reply · 10w    2

**Corey Strode**
**Maria Bartiromo** keep fighting the fight! We the viewers appreciate you standing for us and asking these questions we demand answers too! God bless! 💕🇺🇸
Like · Reply · 10w    3

**Glenn York**
Turn to the real news at #Newsmax: On Channels 1115 on Infinity & Comcast cable, 216 Dish, 349 Direct T/V, 308 Orby T/V. Americans are PO'd & Voter Fraud is real! Plus SHAME on 'ALL' MSM that wild not air the amazing WH briefing on HUGE success of China Virus vaccine. Voter Fraud is indeed very real, dems cheat & are corrupt, PERIOD! Fact: The inept corrupt DC Swamp Fed gov't sent out over 1.1 million stimulus checks to DEAD PEOPLE, HENCE the WORLD WONDERS how many of those dead people voted w/mail in ballots & JUST ONLY FOR Biden, NOT 1 for Trump? "REPORT: DOMINION DELETED 2.7 MILLION TRUMP VOTES NATIONWIDE.

Document title: Maria Bartiromo - Posts | Facebook
Capture URL: https://www.facebook.com/MariaBartiromo/posts/3891807794163061
Capture timestamp (UTC): Wed, 27 Jan 2021 21:53:15 GMT
Page 15 of 18





