# Exhibit 20

Page 1

TRANSCRIPT OF THE AUDIO RECORDING OF:

FOX BUSINESS, MORNINGS WITH MARIA

NOVEMBER 17, 2020

TRANSCRIBED BY: THOMPSON COURT REPORTERS INC

Page 2

1         MARIA BARTIROMO: With me right now is the
2 former Mayor of New York City, personal attorney for
3 President Trump, Rudy Giuliani. Rudy, it's great to
4 see you once again. Just want to thank you so much for
5 being with me.
6         RUDY GIULIANI: Very nice to be with you
7 Maria. Yes, we're going to argue the case in
8 Pennsylvania today.
9         MARIA BARTIROMO: Go ahead. Yep, tell me
10 about that.
11         RUDY GIULIANI: I said we're going to
12 argue the case in Pennsylvania today. It's really a
13 preliminary motion. It's a motion to dismiss the case
14 on technical legal grounds. That case is a case that,
15 you know, it's connected to the other eight or nine.
16 And the case shows, and we're prepared to call
17 witnesses to demonstrate, that somewhere around 700,000
18 ballots were counted surreptitiously . They were
19 counted in secret. The Republican Watchers, which is
20 what they're called in Pennsylvania, were literally
21 kept in corrals. They were then locked out. Some of
22 them were actually roughed up a little bit in the
23 Philadelphia part, not the Pittsburgh part. But the
24 total number now is the exact number 688,770. We'll

1  probably get to 700,000 by the time we finish the
2  hearing.  That'll be on Thursday. But today is to
3  really argue the legal part of the case. And frankly,
4  this is a case that we would like to see get to the
5  Supreme Court. So, you know, we're prepared in some of
6  these cases to lose and to appeal and to get it to the
7  Supreme Court. You might remember in Bush v. Gore,
8  it was the Bush campaign lost in the State of Florida
9  because it was a Democratic court 5 -- 2, if I recall
10 correctly. So you're not going to win every one of
11 these. I don't want to say it's because it's a
12 Democrat judge or whatever. Some of them are just as
13 fair as anybody. But in some cases, you win and in
14 some cases you lose. Most important thing is, this
15 will be now our first established vehicle on our way to
16 the Supreme Court. Or I should say exactly a second.
17 The one in Michigan, even though that the certification
18 went ahead, that case is also another vehicle to go to
19 the Supreme Court. So now we have two. Shortly, we'll
20 have Wisconsin and soon Georgia. And then we'll have
21 three more right after the ones I just mentioned to
22 you. Already drafted and ready to go.
23             MARIA BARTIROMO:  And what are you finding so
24 far?  What do you think went on here?  Because when we

```
                                                          Page 4
 1   spoke on Sunday, we talked about the software made by
 2   Smartmatic that was changing -- .
 3            RUDY GIULIANI:  Yeah, that's part of it.
 4            MARIA BARTIROMO: votes from Trump to Biden.
 5            RUDY GIULIANI:  Yeah, but the core of the
 6   case, let's call it the meat of the case, and the one
 7   that's common, really in ten cities, of which we're
 8   probably going to sue at least eight or nine of them,
 9   is that they stopped Republican Watchers, inspectors,
10   observers, they have different names in different
11   states, to perform the actually vital function of
12   observing the opening of the mail ballot. If you don't
13   observe the opening of the mail ballot, it is lost
14   forever. Because the only thing that identifies it, is
15   a signature on the outer envelope. When you certify
16   that signature, you separate the outer envelope from
17   the ballot. The ballot's anonymous. You can never
18   connect them again. So even if we go back and we find
19   the, some of the signatures that are wrong or phony
20   ones or whatever, we won't be able to link it to a
21   ballot. So the only remedy the court has is to just
22   cancel out those votes, which they've done in
23   Pennsylvania in the -- in the Ross case. So Pennsylvania
24   has in fact reversed an election based on absentee
```

Page 5

1  irregularities.  There's no bigger absentee
2  irregularity than failure to observe the ballot. Never
3  happened before. I never remember, and I've been an
4  absentee lawsuits, I never remember one side excluding
5  the other and thinking they get away with it. It's
6  totally absurd.  People probably don't understand these
7  ballot countings well enough to realize what a
8  tremendous deprivation of rights this is. We have no
9  idea if those 670,000 ballots were put in by Mickey
10 Mouse, or Biden's cousin, or by a Democratic office
11 holder, or by some criminal who got paid money that to
12 produce 10,000. There are machines that can get you
13 signatures on a 100,000 ballots in a half-hour. And
14 that's possibly what happened in Michigan when they
15 brought the 100,000 ballots in the middle of the
16 night. This is a horrendous fraud.  It spans the
17 country. It is isolated to Democrat cities. They were
18 very smart to do it in cities -- it's like the old west --
19 cities they control, where they control the workers.
20 We have a worker testifying for us in Detroit that says
21 she was taught by the City how to cheat. They control
22 the workers. They control to some extent law
23 enforcement. We have people being threatened if they
24 got any closer with arrest, even though they had a

Page 6

1  court order. Corey Lewandowski was one of them. And
2  they control unfortunately, the courts. So we got to
3  get up out of that into the Supreme Court realm.
4        MARIA BARTIROMO: Well, I mean, who's to stop
5  this from -- from happening again? I mean, if you've got
6  Democrats in charge from here on out, they're in charge
7  of the machines, you'll never see a Republican in the
8  White House again. I mean, do you, are you saying that
9  this is systemic, that this was happening specifically
10 in Democrat cities and who was directing it, Rudy?
11        RUDY GIULIANI: Well, somebody had to be
12 directing and it wasn't happening in all Democrat
13 cities.  So first of all, let me say to Democrats,
14 you're just as good Americans and you're just as honest
15 and just as decent as any Republican or Independent. It's
16 not -- you know morality is not based on political party or
17 affiliation. Unfortunately, this can happen to our
18 party too. You have at the very top a bunch of crooks!
19 I mean, you got to realize that by now, it began with
20 Clinton and he corrupted your party. He showed them a
21 way to cheat. And the cheating, this cheating this
22 year is on a grand scale. They picked ten cities they
23 can control. If they tried to do this in an honest
24 Democratic city, they tell them to go stuff it.  I

Page 7

1  mean, some of these ballots were hidden from the
2  Democratic inspectors because they were so bad. They
3  didn't allow a Democrat or Republican to inspect it.
4  Imagine that, a couple 100,000. So those must have
5  been the one, you know, they bought from the mob or
6  something. I'm kidding. I'm kidding.
7              MARIA BARTIROMO:  But Rudy.
8              RUDY GIULIANI:  Although there is an
9  allegation of a mobster involved, but I think it's a
10 far-fetched one.
11             MARIA BARTIROMO:  Okay. So you are a
12 prosecutor. You were a prosecutor for years. You put
13 the Gambino family in jail. I'm talking about mobs.
14 You have to prove it.
15             RUDY GIULIANI:  Yeah yeah sure.
16             MARIA BARTIROMO:  Can you prove this?
17             RUDY GIULIANI:  I can prove what I just told
18 you. I can prove that there are 700,000 ballots in the
19 state of Pennsylvania in two cities, Pittsburgh and
20 Philadelphia, that were put in to vote and no
21 Republican got to see it. They were deliberately
22 excluded. It isn't an accident.It was done on purpose.
23 We were being pushed away. Never happened before,
24 ever. I don't remember ever anybody being excluded

Page 8

1  from a little absentee ballot count. This is absentee
2  ballot count that determined that very strange change
3  in the state of Pennsylvania. We were ahead 800,000
4  votes here Maria.  The night we went to bed as a
5  professional politician, if I am or been involved in it
6  all my life one way or another and watching these
7  things, we won the state of Pennsylvania.  Legitimate --
8  legitimate networks would've called that for us, in
9  a prior era. I can go back and show you even four and
10 eight years ago where you call states that was much
11 further off than that.  800,000 votes.
12         MARIA BARTIROMO:  Unbelievable.
13         RUDY GIULIANI:  How can we have been leading
14 in five, -- how can we be leading in all five of these
15 states by big margins, and then this voter count, that
16 we can't watch, turns the election against us? We're
17 not being allowed to see the identifying data on these
18 very strange ballots that took an 800,000 vote lead
19 from us. So we are very, very concerned about it.
20 We're not talking about Dominion now, which is a
21 national security problem. A serious one and it's
22 getting worse.
23         MARIA BARTIROMO:  All right, real quick
24 before we go two questions. Number one, where is the

Page 9

1  Department of Justice? If this is happening, shouldn't
2  the FBI or the DOJ be looking at this?  Where is that?
3  And secondly, do you feel you have enough evidence to
4  overturn the results of this election?
5              RUDY GIULIANI:  I believe we have amassed
6  more than enough evidence in Pennsylvania, Michigan,
7  and Wisconsin, and Georgia. I believe we're very close
8  in Nevada. Yesterday, we won a big victory in Nevada
9  that nobody bothers to point out. The Clark County,
10 which is Las Vegas, board, which is all Democrat,
11 reversed an election of a Democrat in favor of
12 Republican based on the irregularities in Clark County
13 voting. The irregularities they're talking about are
14 the same, were in the same election. It's the same
15 irregularities except we have more of them.  So they --
16 they got it reversed on our evidence. So somebody should
17 take a good look at that.
18             MARIA BARTIROMO:  Okay.
19             RUDY GIULIANI:  Unless they find some strange
20 distinction, they have to reverse ours.
21             MARIA BARTIROMO:  Real quick DOJ, where is
22 it?
23             RUDY GIULIANI:  You tell me, Maria.   I think --
24 I think -- I think they had seized some computers in Europe.

1  I do believe that, I hope.
2         MARIA BARTIROMO:  Okay.  Rudy Giuliani,
3  thanks very much for the update.  We'll keep following
4  it.  Thank you, sir.  Rudy Giuliani.  We'll be right
5  back.
6
7
8
9              CERTIFICATE OF TRANSCRIPTIONIST
10
11     I certify that the foregoing is a true and accurate
12  transcript of the digitally-recorded proceedings provided
13  to me in this matter.
14
15
16     I do further certify that I am neither a relative, nor
17  employee, nor attorney of any of the parties to this
18  action, and that I am not financially interested in the
19  action.
20
21
22
23
24                        _____
                                  NATHAN KAYLO
                                Production Manager
                         THOMPSON COURT REPORTERS INC.

Case 1:21-cv-02995-CJN   Document 1-21   Filed 11/12/21   Page 12 of 15

Page 11

**A**

a 2:12,13,14,22 3:4 3:9,11,16 4:15,20 5:7,10,13,13,16 5:20,24 6:7,18,20 6:22 7:3,4,9,9,11 7:12 8:1,4,9,20,21 9:8,11,17 10:11 10:16
able 4:20
about 2:10 4:1 7:13 8:19,20 9:13
absentee 4:24 5:1,4 8:1,1
absurd 5:6
accident.It 7:22
accurate 10:11
action 10:18,19
actually 2:22 4:11
affiliation 6:17
after 3:21
again 2:4 4:18 6:5,8
against 8:16
ago 8:10
ahead 2:9 3:18 8:3
all 6:12,13 8:6,14,23 9:10
allegation 7:9
allow 7:3
allowed 8:17
Already 3:22
also 3:18
Although 7:8
am 8:5 10:16,18
amassed 9:5
Americans 6:14
an 4:24 5:3 6:23 7:8 7:22 8:18 9:11
and 2:16,16 3:3,6,6 3:13,20,20,22,23 4:6,18 5:3,5,13 6:1,10,12,14,15 6:20,21 7:19,20 8:6,9,9,15,21 9:3 9:7,7 10:11,18
anonymous 4:17
another 3:18 8:6
any 5:24 6:15 10:17
anybody 3:13 7:24
appeal 3:6
are 3:12,23 4:19 5:12 6:8 7:11,18 8:19 9:13
argue 2:7,12 3:3
around 2:17
arrest 5:24
as 3:12,13 6:14,14 6:15,15 8:4
at 4:8 6:18 9:2,17
attorney 2:2 10:17
AUDIO 1:1
away 5:5 7:23

**B**

back 4:18 8:9 10:5
bad 7:2
ballot 4:12,13,17,21 5:2,7 8:1,2
ballot's 4:17
ballots 2:18 5:9,13 5:15 7:1,18 8:18
BARTIROMO 2:1 2:9 3:23 4:4 6:4 7:7,11,16 8:12,23 9:18,21 10:2
based 4:24 6:16 9:12
be 2:6 3:2,15 4:20 6:11 8:14 9:2 10:4
because 3:9,11,24 4:14 7:2
bed 8:4
been 5:3 7:5 8:5,13
before 5:3 7:23 8:24
began 6:19
being 2:5 5:23 7:23 7:24 8:17
believe 9:5,7 10:1
Biden 4:4
Biden's 5:10
big 8:15 9:8
bigger 5:1
bit 2:22
board 9:10
bothers 9:9
bought 7:5
brought 5:15
bunch 6:18
Bush 3:7,8
BUSINESS 1:4
but 2:23 3:2,13 4:5 7:7,9
by 1:24 3:1 4:1 5:9 5:10,11,21 6:19 8:15

**C**

call 2:16 4:6 8:10
called 2:20 8:8
campaign 3:8
can 4:17 5:12 6:17 6:23 7:16,17,18
8:9,13,14
can't 8:16
cancel 4:22
case 2:7,12,13,14 2:16 3:3,4,18 4:6 4:6,23
cases 3:6,13,14
CERTIFICATE 10:9
certification 3:17
certify 4:15 10:11 10:16
change 8:2
changing 4:2
charge 6:6,6
cheat 5:21 6:21
cheating 6:21,21
cities 4:7 5:17,18,19 6:10,13,22 7:19
city 2:2 5:21 6:24
Clark 9:9,12
Clinton 6:20
close 9:7
closer 5:24
common 4:7
computers 9:24
concerned 8:19
connect 4:18
connected 2:15
control 5:19,19,21 5:22 6:2,23
core 4:5
Corey 6:1
corrals 2:21
correctly 3:10
corrupted 6:20
count 8:1,2,15
counted 2:18,19
countings 5:7
country 5:17
County 9:9,12
couple 7:4
court 1:24 3:5,7,9 3:16,19 4:21 6:1,3
courts 6:2
cousin 5:10
criminal 5:11
crooks 6:18

**D**

data 8:17
decent 6:15
deliberately 7:21
Democrat 3:12 5:17 6:10,12 7:3 9:10 9:11
Democratic 3:9 5:10 6:24 7:2
Democrats 6:6,13
demonstrate 2:17
Department 9:1
deprivation 5:8
determined 8:2
Detroit 5:20
didn't 7:3
different 4:10,10
digitally-recorded 10:12
directing 6:10,12
dismiss 2:13
distinction 9:20
do 3:24 5:18 6:8,23 9:3 10:1,16
DOJ 9:2,21
Dominion 8:20
don't 3:11 4:12 5:6 7:24
done 4:22 7:22
drafted 3:22

**E**

eight 2:15 4:8 8:10
election 4:24 8:16 9:4,11,14
employee 10:17
enforcement 5:23
enough 5:7 9:3,6
envelope 4:15,16
era 8:9
established 3:15
Europe 9:24
even 3:17 4:18 5:24 8:9
ever 7:24,24
every 3:10
evidence 9:3,6,16
exact 2:24
exactly 3:16
except 9:15
excluded 7:22,24
excluding 5:4
extent 5:22

**F**

fact 4:24
failure 5:2
fair 3:13
family 7:13
far 3:24
far-fetched 7:10
favor 9:11
FBI 9:2
feel 9:3
financially 10:18
find 4:18 9:19
finding 3:23
finish 3:1
first 3:15 6:13
five 8:14,14
Florida 3:8
following 10:3
for 2:2,4 5:20 7:12 8:8 10:3
foregoing 10:11
forever 4:14
former 2:2
four 8:9
FOX 1:4
frankly 3:3
fraud 5:16
from 4:4,16 6:5,5,6 7:1,5 8:1,19
function 4:11
further 8:11 10:16

**G**

Gambino 7:13
Georgia 3:20 9:7
get 3:1,4,6 5:5,12 6:3
getting 8:22
Giuliani 2:3,6,11 4:3,5 6:11 7:8,15 7:17 8:13 9:5,19 9:23 10:2,4
go 2:9 3:18,22 4:18 6:24 8:9,24
going 2:7,11 3:10 4:8
good 6:14 9:17
Gore 3:7
got 5:11,24 6:2,5,19 7:21 9:16
grand 6:22
great 2:3
grounds 2:14

**H**

had 5:24 6:11 9:24
half-hour 5:13
happen 6:17
happened 5:3,14 7:23
happening 6:5,9,12 9:1
has 4:21,24
have 3:19,20,20 4:10 5:8,20,23

Thompson Court Reporters, Inc
thompsonreporters.com

Case 1:21-cv-02995-CJN   Document 1-21   Filed 11/12/21   Page 13 of 15

Page 12

6:18 7:4,14 8:13
 9:3,5,15,20
he 6:20,20
hearing 3:2
here 3:24 6:6 8:4
hidden 7:1
holder 5:11
honest 6:14,23
hope 10:1
horrendous 5:16
House 6:8
how 5:21 8:13,14

─────────
      I
─────────
I 2:11 3:9,11,16,21
 5:3,4 6:4,5,8,19
 6:24 7:9,17,17,18
 7:24 8:5,9 9:5,7
 9:23,24,24 10:1,1
 10:11,16,16,18
I'm 7:6,6,13
I've 5:3
idea 5:9
identifies 4:14
identifying 8:17
if 3:9 4:12,18 5:9,23
 6:5,23 8:5 9:1
Imagine 7:4
important 3:14
in 2:7,12,19,20,21
 2:22 3:5,7,8,13,13
 3:17 4:7,10,22,23
 4:23,24 5:9,13,14
 5:15,18,20 6:6,6,7
 6:10,12,23 7:13
 7:18,19,20 8:3,5,8
 8:14,14 9:6,8,8,11
 9:12,14,24 10:13
 10:18
INC 1:24
Independent 6:15
inspect 7:3
inspectors 4:9 7:2
interested 10:18
into 6:3
involved 7:9 8:5
irregularities 5:1
 9:12,13,15
irregularity 5:2
is 2:1,14,19,24 3:2,4
 3:14,18 4:9,13,14
 4:21 5:8,16,17 6:9
 6:16,22 7:8 8:1,20
 8:24 9:1,2,10,10
 9:21 10:11
isn't 7:22

isolated 5:17
it 3:6,8,9 4:3,6,13
 4:14,20 5:5,16,17
 5:18 6:10,12,19
 6:24 7:3,14,21,22
 8:5,19 9:16,22
 10:4
it's 2:3,12,13,15
 3:11,11 5:5,18
 6:15 7:9 8:21 9:14

─────────
      J
─────────
jail 7:13
judge 3:12
just 2:4 3:12,21
 4:21 6:14,14,15
 7:17
Justice 9:1

─────────
      K
─────────
keep 10:3
kept 2:21
kidding 7:6,6
know 2:15 3:5 6:16
 7:5

─────────
      L
─────────
Las 9:10
law 5:22
lawsuits 5:4
lead 8:18
leading 8:13,14
least 4:8
legal 2:14 3:3
legitimate 8:7,8
let 6:13
let's 4:6
Lewandowski 6:1
life 8:6
like 3:4 5:18
link 4:20
literally 2:20
little 2:22 8:1
locked 2:21
look 9:17
looking 9:2
lose 3:6,14
lost 3:8 4:13

─────────
      M
─────────
machines 5:12 6:7
made 4:1
mail 4:12,13
margins 8:15
Maria 1:4 2:1,7,9
 3:23 4:4 6:4 7:7

7:11,16 8:4,12,23
 9:18,21,23 10:2
matter 10:13
Mayor 2:2
me 2:1,5,9 6:13 9:23
 10:13
mean 6:4,5,8,19 7:1
meat 4:6
mentioned 3:21
Michigan 3:17 5:14
 9:6
Mickey 5:9
middle 5:15
might 3:7
mob 7:5
mobs 7:13
mobster 7:9
money 5:11
morality 6:16
more 3:21 9:6,15
MORNINGS 1:4
Most 3:14
motion 2:13,13
Mouse 5:10
much 2:4 8:10 10:3
must 7:4
my 8:6

─────────
      N
─────────
names 4:10
national 8:21
neither 10:16
networks 8:8
Nevada 9:8,8
never 4:17 5:2,3,4
 6:7 7:23
New 2:2
nice 2:6
night 5:16 8:4
nine 2:15 4:8
no 5:1,8 7:20
nobody 9:9
nor 10:16,17
not 2:23 3:10 6:16
 6:16 8:17,20
 10:18
NOVEMBER 1:6
now 2:1,24 3:15,19
 6:19 8:20
number 2:24,24
 8:24

─────────
      O
─────────
observe 4:13 5:2
observers 4:10
observing 4:12

of 1:1,1 2:2,21 3:3,5
 3:8,10,12 4:3,5,6
 4:7,8,11,12,13,19
 5:8,15 6:1,3,7,13
 6:18 7:1,9,19 8:3
 8:7,14 9:1,4,11,11
 9:15 10:9,12,17
 10:17
off 8:11
office 5:10
Okay 7:11 9:18
 10:2
old 5:18
on 2:14 3:2,15,24
 4:1,15,24 5:13 6:6
 6:16,22 7:22 8:17
 9:12,16
once 2:4
one 3:10,17 4:6 5:4
 6:1 7:5,10 8:6,21
 8:24
ones 3:21 4:20
only 4:14,21
opening 4:12,13
or 2:15 3:12,16 4:8
 4:19,20 5:10,10
 5:11 6:15,16 7:3,5
 8:5,6 9:2
order 6:1
other 2:15 5:5
our 3:15,15 6:17
 9:16
ours 9:20
out 2:21 4:22 6:3,6
 9:9
outer 4:15,16
overturn 9:4

─────────
      P
─────────
paid 5:11
part 2:23,23 3:3 4:3
parties 10:17
party 6:16,18,20
Pennsylvania 2:8
 2:12,20 4:23,23
 7:19 8:3,7 9:6
people 5:6,23
perform 4:11
personal 2:2
Philadelphia 2:23
 7:20
phony 4:19
picked 6:22
Pittsburgh 2:23
 7:19
point 9:9

political 6:16
politician 8:5
possibly 5:14
preliminary 2:13
prepared 2:16 3:5
President 2:3
prior 8:9
probably 3:1 4:8
 5:6
problem 8:21
proceedings 10:12
produce 5:12
professional 8:5
prosecutor 7:12,12
prove 7:14,16,17,18
provided 10:12
purpose 7:22
pushed 7:23
put 5:9 7:12,20

─────────
      Q
─────────
questions 8:24
quick 8:23 9:21

─────────
      R
─────────
ready 3:22
real 8:23 9:21
realize 5:7 6:19
really 2:12 3:3 4:7
realm 6:3
recall 3:9
RECORDING 1:1
relative 10:16
remedy 4:21
remember 3:7 5:3,4
 7:24
REPORTERS 1:24
Republican 2:19
 4:9 6:7,15 7:3,21
 9:12
results 9:4
reverse 9:20
reversed 4:24 9:11
 9:16
right 2:1 3:21 8:23
 10:4
rights 5:8
Ross 4:23
roughed 2:22
Rudy 2:3,3,6,11 4:3
 4:5 6:10,11 7:7,8
 7:15,17 8:13 9:5
 9:19,23 10:2,4

─────────
      S
─────────
said 2:11

Thompson Court Reporters, Inc
thompsonreporters.com

same 9:14,14,14
say 3:11,16 6:13
saying 6:8
says 5:20
scale 6:22
second 3:16
secondly 9:3
secret 2:19
security 8:21
see 2:4 3:4 6:7 7:21
　8:17
seized 9:24
separate 4:16
serious 8:21
she 5:21
Shortly 3:19
should 3:16 9:16
shouldn't 9:1
show 8:9
showed 6:20
shows 2:16
side 5:4
signature 4:15,16
signatures 4:19
　5:13
sir 10:4
smart 5:18
Smartmatic 4:2
so 2:4 3:5,10,19,23
　4:18,21,23 6:2,13
　7:2,4,11 8:19 9:15
　9:16
software 4:1
some 2:21 3:5,12,13
　3:14 4:19 5:11,22
　7:1 9:19,24
somebody 6:11 9:16
something 7:6
somewhere 2:17
soon 3:20
spans 5:16
specifically 6:9
spoke 4:1
state 3:8 7:19 8:3,7
states 4:11 8:10,15
stop 6:4
stopped 4:9
strange 8:2,18 9:19
stuff 6:24
sue 4:8
Sunday 4:1
Supreme 3:5,7,16
　3:19 6:3
sure 7:15
surreptitiously 2:18
systemic 6:9

　　　　T
take 9:17
talked 4:1
talking 7:13 8:20
　9:13
taught 5:21
technical 2:14
tell 2:9 6:24 9:23
ten 4:7 6:22
testifying 5:20
than 5:2 8:11 9:6
thank 2:4 10:4
thanks 10:3
that 2:10,14,14,17
　3:4,17,18 4:2,9,14
　4:16,19 5:11,12
　5:20 6:3,8,9,19
　7:4,18,20 8:2,2,8
　8:10,11,15,18 9:2
　9:9,17 10:1,11,16
　10:18
That'll 3:2
that's 4:3,7 5:14
the 1:1 2:1,7,12,13
　2:15,16,19,22,23
　2:23,24 3:1,1,3,3
　3:4,6,8,8,16,17,17
　3:19,21 4:1,5,5,6
　4:6,6,11,12,12,13
　4:13,14,15,16,17
　4:17,19,19,21,21
　4:23,23 5:2,5,15
　5:15,15,16,18,19
　5:21,22 6:2,3,7,7
　6:18,21 7:1,5,5,13
　7:18 8:3,4,7,16,17
　8:24 9:2,2,4,9,12
　9:13,14,14,14
　10:3,11,12,17,18
them 2:22 3:12 4:8
　4:18 6:1,20,24
　9:15
then 2:21 3:20 8:15
there 5:12 7:8,18
There's 5:1
these 3:6,11 5:6 7:1
　8:6,14,17
they 2:18,21 4:9,10
　5:5,14,17,19,19
　5:21,22,23,24 6:2
　6:22,22,23,24 7:2
　7:2,5,21 9:15,16
　9:19,20,24
they're 2:20 6:6
　9:13
they've 4:22

thing 3:14 4:14
things 8:7
think 3:24 7:9 9:23
　9:24,24
thinking 5:5
this 3:4,14 5:8,16
　6:5,9,9,17,21,21
　6:23 7:16 8:1,15
　9:1,2,4 10:13,17
THOMPSON 1:24
those 4:22 5:9 7:4
though 3:17 5:24
threatened 5:23
three 3:21
Thursday 3:2
time 3:1
to 2:3,4,6,7,11,13,15
　2:16,17 3:1,2,4,4
　3:6,6,6,6,10,11,15
　3:18,18,21,22 4:4
　4:8,11,20,20,21
　5:2,7,11,17,18,21
　5:22 6:2,4,11,13
　6:17,19,21,23,24
　7:3,14,20,21 8:4
　8:17 9:3,9,20
　10:13,17
today 2:8,12 3:2
told 7:17
too 6:18
took 8:18
top 6:18
total 2:24
totally 5:6
TRANSCRIBED
　1:24
transcript 1:1 10:12
TRANSCRIPTIO...
　10:9
tremendous 5:8
tried 6:23
true 10:11
Trump 2:3 4:4
turns 8:16
two 3:19 7:19 8:24

　　　　U
Unbelievable 8:12
understand 5:6
unfortunately 6:2
　6:17
Unless 9:19
up 2:22 6:3
update 10:3
us 5:20 8:8,16,19

　　　　V
v 3:7
Vegas 9:10
vehicle 3:15,18
very 2:6 5:18 6:18
　8:2,18,19,19 9:7
　10:3
victory 9:8
vital 4:11
vote 7:20 8:18
voter 8:15
votes 4:4,22 8:4,11
voting 9:13

　　　　W
want 2:4 3:11
was 3:8,9 4:2 5:21
　6:1,9,10 7:22 8:10
wasn't 6:12
watch 8:16
Watchers 2:19 4:9
watching 8:6
way 3:15 6:21 8:6
we 3:1,4,19,24 4:1
　4:18,18,20 5:8,20
　5:23 6:2 7:23 8:3
　8:4,7,13,14,16,19
　8:24 9:5,8,15
we'll 2:24 3:19,20
　10:3,4
we're 2:7,11,16 3:5
　4:7 8:16,20 9:7
well 5:7 6:4,11
went 3:18,24 8:4
were 2:18,18,20,21
　2:22 5:9,17 7:1,2
　7:12,20,21,23 8:3
　9:14
west 5:18
what 2:20 3:23,24
　5:7,14 7:17
whatever 3:12 4:20
when 3:24 4:15 5:14
where 5:19 8:10,24
　9:2,21
which 2:19 4:7,22
　8:20 9:10,10
White 6:8
who 5:11 6:10
who's 6:4
will 3:15
win 3:10,13
Wisconsin 3:20 9:7
with 1:4 2:1,5,6 5:5
　5:24 6:19
witnesses 2:17

won 8:7 9:8
won't 4:20
worker 5:20
workers 5:19,22
worse 8:22
would 3:4
would've 8:8
wrong 4:19

　　　　X

　　　　Y
yeah 4:3,5 7:15,15
year 6:22
years 7:12 8:10
Yep 2:9
Yes 2:7
Yesterday 9:8
York 2:2
you 2:4,4,6,15 3:5,7
　3:13,14,22,23,24
　4:12,15,16,17
　5:12 6:8,8,16,18
　6:19 7:5,11,12,12
　7:14,16,18 8:9,10
　9:3,3,23 10:4
you'll 6:7
you're 3:10 6:14,14
you've 6:5
your 6:20

　　　　Z

　　　　0

　　　　1
10,000 5:12
100,000 5:13,15 7:4
17 1:6

　　　　2
2 3:9
2020 1:6

　　　　3

　　　　4

　　　　5
5 3:9

　　　　6
670,000 5:9
688,770 2:24

　　　　7

**700,000** 2:17 3:1
  7:18

**8**

**800,000** 8:3,11,18