# Exhibit 21

**Tweet**

↻ Laura Ingraham Retweeted

**Sara A. Carter** ✓
@SaraCarterDC

#NEW Trump's attorneys battle for 'legitimate votes' as concern mounts over Dominion Voting Systems & Smartmatic

Based on the affidavits given to Powell and concern over the election system's integrity there needs to be investigations.

⚠ This claim about election fraud is disputed



Trump's attorneys battle for 'legitimate votes' as concern mounts over Dominion...
In 2010 and 2015 concerns grew over the use of Smartmatic voting machines in the Philippine general elections. Those concerns were well publicized in news ...
🔗 saraacarter.com

7:07 PM · Nov 17, 2020 · TweetDeck

**1.7K** Retweets   **141** Quote Tweets   **6.3K** Likes

---

**Relevant people**

**Laura Ingr...** ✓
@IngrahamAn...   [Follow]
Mom, author, host, The Ingraham Angle, 10p ET @FoxNews. Retweets do not = Endorsements

**Sara A. Ca...** ✓
@SaraCarterDC   [Follow]
@FoxNews Contributor, Award-winning correspondent. Host, The Sara Carter Show. @DarkWireReports. Taking back the story. IG: ScarterDC, FB: Sara A. Carter

**What's happening**

In memoriam · 13 minutes ago
**Wednesday marks International Holocaust Remembrance Day**
Trending with #NeverAgain, #NeverForget

**#BehindTheScreens** 🎬
Join us Wednesdays at 10 PM ET.
📢 Promoted by XPS

Trending in United States
**Game Stop**
237K Tweets

Politics · Trending
**Parkland**
Activist Fred Guttenberg, whose daughter was killed in the Parkland school shooting, shares a video of Rep. Marjorie Taylor Greene appearing to harass Parkland survivor David Hogg on his way to meet with lawmakers over gun legislation
Trending with David Hogg, Marjorie Taylor Greene

ET C... · 41 minutes ago
**First look at Kristen Stewart as Princess Diana in 'Spencer'**
Trending with Kristen Stewart, Princess Diana

Show more

---


← Tweet

concern mounts over Dominion Voting Systems & Smartmatic

Based on the affidavits given to Powell and concern over the election system's integrity there needs to be investigations.

⚠ This claim about election fraud is disputed



**Trump's attorneys battle for 'legitimate votes' as concern mounts over Dominion...**
In 2010 and 2015 concerns grew over the use of Smartmatic voting machines in the Philippine general elections. Those concerns were well publicized in news ...
🔗 saraacarter.com

7:07 PM · Nov 17, 2020 · TweetDeck

**1.7K** Retweets   **141** Quote Tweets   **6.3K** Likes

💬   🔁   ♡   ↑

---

@FoxNews. Retweets do not = Endorsements

**Sara A. Ca...** ✓ | Follow
@SaraCarterDC

@FoxNews Contributor, Award-winning correspondent. Host, The Sara Carter Show. @DarkWireReports. Taking back the story. IG: ScarterDC, FB: Sara A. Carter

### What's happening

In memoriam · 13 minutes ago
**Wednesday marks International Holocaust Remembrance Day**
Trending with #NeverAgain, #NeverForget

**#BehindTheScreens** 📺
Join us Wednesdays at 10 PM ET.
📢 Promoted by XPS

Trending in United States
**Game Stop**
237K Tweets

Politics · Trending
**Parkland**
Activist Fred Guttenberg, whose daughter was killed in the Parkland school shooting, shares a video of Rep. Marjorie Taylor Greene appearing to harass Parkland survivor David Hogg on his way to meet with lawmakers over gun legislation
Trending with David Hogg, Marjorie Taylor Greene

ET C... ✓ · 41 minutes ago
**First look at Kristen Stewart as Princess Diana in 'Spencer'**
Trending with Kristen Stewart, Princess Diana

Show more

Terms of Service   Privacy Policy
Cookie Policy   Ads info   More···
© 2021 Twitter, Inc.

Document title: (2) Laura Ingraham on Twitter: &quot;RT @SaraCarterDC: #NEW Trump's attorneys battle for 'legitimate votes' as concern mounts over Dominion Voting...
Capture URL: https://twitter.com/IngrahamAngle/status/1328796477892726786
Capture timestamp (UTC): Wed, 27 Jan 2021 16:11:19 GMT
Page 2 of 2