# Exhibit 22



### Giuliani: Two established vehicles 'ready to go' to the Supreme Court

Nov. 17, 2020 - 10:28 - Personal Attorney for President Trump Rudy Giuliani discusses the Trump campaign's lawsuits regarding potential irregularities in the presidential election.

For video troubleshooting and help click here.

**Featured** | Full Episodes | Primetime | Daytime | All Shows

## Editor's Picks
From breaking news to interviews with key newsmakers, watch must-see video highlights from Fox Business Network

 What does a Biden admin mean for the future of small businesses?

 Billionaire: Biden will address income inequality 'once and for all'

 How to save for retirement

 Biden can be as good as Clinton on economy: Art Laffer

 Trump will be remembered as an 'unpredictable president': Karl Rove

 How will markets react to Joe Biden presidency?

 Capitol security on high alert for Biden inauguration

 Trump's farewell address: Elements of economy set to 'rocket ship up'

 Staying home to watch Biden inauguration is safest: Ex-NYPD commissioner

 Netflix reports better-than-expected earnings

 Gensler's SEC agenda likely to put heavy emphasis on corporate governance: Gasparino

 Making sure Americans aren't unknowingly financing China is 'long overdue': Krach

 Paycheck Protection Program seeing 'strong demand' for loans in many industries: Texas Frost Bank CEO

 Smart investors 'begin with the end in mind': Expert

 Trump's impact on markets, economy

 US surgeon general discusses new report on understanding health disadvantages

See all Editor's Picks clips →

## Most Recent Episodes

  

See all Editor's Picks clips →

## Most Recent Episodes


Kennedy - Wednesday, January 20


Lou Dobbs Tonight - Wednesday, January 20


Kennedy - Tuesday, January 19


Lou Dobbs Tonight - Tuesday, January 19


Kennedy - Monday, January 18


Lou Dobbs Tonight - Monday, January 18


Maria Bartiromo's Wall Street - Friday, January 15


Lou Dobbs Tonight - Friday, January 15


Kennedy - Thursday, January 14


Lou Dobbs Tonight - Thursday, January 14

See all Most Recent Episodes clips →

## Strange Inheritance Season 3


Strange Inheritance - Puppet Opera - 301


Strange inheritance - Toy Soldier Story 2 - 302


Strange Inheritance - Beauty And The Babes - 303


Strange Inheritance - Basketball's Magna Carta - 304


Strange Inheritance - Civil War Model Ships - 305


Strange Inheritance - Bead Dazzled - 306


Strange Inheritance - Gorillas In Their Midst - 307


Strange Inheritance - Million Dollar Beggar - 308


Strange Inheritance - Ancient Indian Cliff Painting - 309


Strange Inheritance - Celebrity Art - 310


Strange Inheritance - First Fashion Cop - 311


Strange Inheritance - Missing Masterpiece - 312


Strange Inheritance - Lincoln Rail


Strange Inheritance - Industrial-


Strange Inheritance - Pretty Penny -


Strange Inheritance - Dino Park -

*See all Most Recent Episodes clips →*

## Strange Inheritance Season 3


Strange Inheritance - Puppet Opera - 301


Strange inheritance - Toy Soldier Story 2 - 302


Strange Inheritance - Beauty And The Babes - 303


Strange Inheritance - Basketball's Magna Carta - 304


Strange Inheritance - Civil War Model Ships - 305


Strange Inheritance - Bead Dazzled - 306


Strange Inheritance - Gorillas In Their Midst - 307


Strange Inheritance - Million Dollar Beggar - 308


Strange Inheritance - Ancient Indian Cliff Painting - 309


Strange Inheritance - Celebrity Art - 310


Strange Inheritance - First Fashion Cop - 311


Strange Inheritance - Missing Masterpiece - 312


Strange Inheritance - Lincoln Rail Splitter - 313


Strange Inheritance - Industrial-Scale Hoarder - 314


Strange Inheritance - Pretty Penny - 315


Strange Inheritance - Dino Park - 316

*See all Strange Inheritance Season 3 clips →*

### Watch Live
- Fox & Friends
- Mornings with Maria

### Show Clips
- After the Bell
- Cavuto: Coast to Coast
- FBN:am
- Kennedy
- Lou Dobbs Tonight
- Making Money with Charles Payne
- Mornings with Maria

- Strange Inheritance®
- The Claman Countdown
- The Evening Edit
- The Property Man
- Varney & Company
- Wall Street Week

### News Clips
- Latest
- Shows
- Hot Topics
- Markets
- Economy & Policy
- Investing
- Technology
- Personal Finance
- Business Leaders
- Small Business




©2021 FOX News Network, LLC. All rights reserved. This material may not be published, broadcast, rewritten, or redistributed. All market data delayed 20 minutes. New Privacy Policy - New Terms of Use (What's New) - FAQ - Do Not Sell my Personal Information