# Exhibit 23

TRANSCRIPT OF THE AUDIO RECORDING OF:

FOX BUSINESS, LOU DOBBS TONIGHT

NOVEMBER 18, 2020

TRANSCRIBED BY: THOMPSON COURT REPORTERS INC

1          LOU DOBBS:  Good evening everybody.  More

2    positive developments today in the fight against the

3    China virus pandemic. Results from Pfizer's late stage

4    trials show their vaccine is also 95% effective and

5    produces no serious side effects.  Pfizer has plans to

6    apply for an emergency use authorization with the FDA

7    within days. Also, the battle for the White House

8    taking turns toward President Trump. There have been

9    positive legal developments, recounts called for, and

10   the discovery of thousands of previously uncounted

11   votes that move in the President's favor, that support

12   President Trump's legal challenges.  The Trump campaign

13   today alleged a pattern of problems in nearly all of

14   the key battle grounds states.

15          KAYLEIGH McENANY:  There were three tranches of

16   ballots uncounted that were found in Georgia, amounting

17   to nearly 6,000 votes. You have 234 pages of sworn

18   affidavits in Michigan, in one county alone, alleging

19   egregious misconduct by poll workers pushing back

20   observers, and even allegations of fraud. There are

21   real questions that need to be asked because we need

22   integrity in our election system.

23          LOU DOBBS:  All of our guests on this

24   evening's broadcast will be taking up President Trump's

1   fight for a free and fair election. President Trump's

2   attorney, Rudy Giuliani, among our guests, he joins us

3   with the latest from Pennsylvania. And the President's

4   challenges against voter fraud in key battle ground

5   states.  As does attorney Jesse Binnall, who just filed

6   a lawsuit on behalf of the Trump campaign to overturn

7   Nevada's election results. Two of our guests tonight

8   have filed sworn affidavits charging election fraud in

9   swing state elections. Garland Favorito says invalid

10  ballots were counted all across Georgia. And Patrick

11  Colbeck alleges Michigan Democrats were able to access

12  a digital backdoor in the Dominion voting software,

13  that is the focus of so many allegations and charges

14  across the country. All of that, much more coming up

15  this hour.

16        LOU DOBBS:  We begin with a win for the Trump

17  campaign in Pennsylvania. The President's attorneys

18  preparing to have one of their 11 legal challenges in

19  Pennsylvania heard by the State Supreme Court. The

20  court today announced they will take up the campaign's

21  challenge to more than 8,000 absentee and mail-in

22  ballots from Philadelphia. All of those ballots have a

23  signature on their outer envelope, but are not

24  accompanied by a handwritten name, an address, or date,

1   all of which are required by law. President Trump also

2   making gains on Joe Biden in Georgia. The state's hand

3   count is scheduled to wrap up at midnight tonight.

4   It's produced at least three batches of previously

5   missing ballots, which have added to the President's

6   vote tally. But the President and other Republicans of

7   the state are now turning their wrath on Republican

8   Secretary of State, Brad Raffensperger, for the way in

9   which he's conducted the recount.  Fox News

10  correspondent, Matt Finn, is in Atlanta and has more

11  for us, Matt.

12          MATT FINN:  Lou, Georgia Secretary of State's

13  office insists that all 159 counties here in the state

14  are on track to submit their newly recounted numbers by

15  the 11:59 PM deadline tonight as a part of the

16  statewide audit. Nearly every ballot here has been

17  looked over again by an audit team according to the

18  Secretary of State's office. And once the state

19  certifies its vote, which it's set to do on Friday, the

20  Trump campaign can then ask for a recount here in this

21  state. Now, Joe Biden's lead here in Georgia dropped

22  from about 15,000 votes to 12,000 votes after thousands

23  of uncounted ballots were discovered during the ongoing

24  audit. Four counties had failed to count more than

1  5,000 votes. Biden's lead shrink, but not enough to

2  change the outcome of the race. Georgia's Secretary of

3  State's office says the discrepancies were human error.

4  In Floyd County the Secretary of State asked for the

5  resignation of the election's director. The uncounted

6  ballots fueled more allegations of misconduct, even

7  from the President tweeting earlier today -- "The

8  Georgia recount is a joke and is being done under

9  protest. Even though thousands of fraudulent votes have

10  been found, the real number is in matching signatures.

11  Governor must open up the unconstitutional Consent

12  Decree and call in the Legislature."  Georgia Secretary

13  of State says the state has a multi-step signature

14  validation system and the Georgia audit actually

15  helped the President's number here in this state.

16  Here's Secretary of State's office responding to the

17  President's tweet.

18        BRAD RAFFENSPERGER:  We going to continue to

19  follow the law and continue to follow our processes.

20  And the irony of this thing, fraudulent votes have been

21  found that he has gained in the finding of those votes.

22  So the system's working the way it's intended.

23        MATT FINN:  Earlier today there was a tweet

24  online that got a lot of attention saying that there

1  were 9,000 votes in Dekalb County that were erroneously

2  given to Joe Biden. A short while ago, the CEO of that

3  county said that tweet is unsubstantiated.  Lou.

4        LOU DOBBS:  So much is at this point. Matt,

5  thank you very much. Matt Finn reporting. Well, the

6  Trump campaign today filing for a partial recount in

7  another battleground state, Michigan. The recount will

8  be conducted in two main counties. Here to explain all

9  of this is Fox News correspondent, Mike Tobin, Mike.

10        MIKE TOBIN:  And talking about Wisconsin, the

11  two counties where the recount will take place are both

12  dense with population, both Democratic strong holds.

13  Dane County is a home to the University of Wisconsin at

14  Madison and home to the capital. The urban areas of

15  Milwaukee County were expected to favor Joe Biden and

16  they did. Now the Trump campaign is accusing these

17  clerks there, claiming that absentee ballots in those

18  counties were illegally altered when poll workers

19  filled in missing information themselves. The campaign

20  also claims that ballots were issued without voters

21  requesting an application, which they claim is a

22  violation of voting safeguards. And the campaign

23  claims that clerks advised voters to say they were

24  indefinitely confined to their homes due to Coronavirus

1    and that got them around voter ID requirements.

2    The Milwaukee County Clerk responded, accusing the

3    Trump campaign of two separate things. One, throwing

4    enough paint at the wall to see what sticks. And two,

5    choosing these population centers to bully the minority

6    vote. There was, Nate Evans a Wisconsin communication

7    director for the Biden Harris campaign released his

8    statement reading in part -- "The official canvass

9    results reaffirmed Joe Biden's clear and resounding win

10   in Wisconsin. A cherry-picked and selective

11   recounting in Milwaukee and Dane counties will not

12   change these results." The split between Biden and

13   Trump in Wisconsin is just over 20,000 votes less than

14   1%. The Trump campaign wired $3 million for an

15   estimated $2.8 million tab for the recount. There are

16   947,000 registered voters in these counties, so the

17   recount ends up just shy of $3 per voters. Canvassing

18   swayed the vote a little less than 200 votes in favor

19   of the Biden campaign. The recount is scheduled to get

20   underway Friday morning and needs to be completed by

21   December the 1st, Lou.

22           LOU DOBBS:  Thank you very much. Mike Tobin

23   reporting from not Michigan, as I suggested, but

24   Wisconsin. In Michigan, two Republican canvass board

1  members initially refused to certify results in Wayne
2  County. But they were intimidated, they were harassed,
3  they were threatened and called racist by radical Dems.
4  While a live video stream of all of the process of the
5  canvas board meeting was carrying much of the event,
6  suddenly it broke down. And while that video was no
7  longer operating, the Republican canvassers flipped,
8  voted with the Democrats and unanimously certified the
9  Wayne County vote without further explanation. But we
10 will take that up. We have an eyewitness to the
11 proceedings, and we will tell you what happened, still
12 ahead here tonight.President Trump makes a move to clear
13 out the resistance within his administration.
14 We take that up and more with Rudy Giuliani, among others.
15 Stay with us, we'll be right back.
16 Our first guest tonight has been fighting for a free
17 and fair election in Pennsylvania and indeed around the
18 country.  He was in a courtroom in Williamsport,
19 Pennsylvania, about an hour north of Harrisburg,
20 yesterday. And joining us this evening is Rudy
21 Giuliani, the President's attorney, former Mayor of New
22 York City, federal prosecutor, and now leading the
23 fight for a free and fair election. Rudy great to
24 have you with us.  Let's, let's start with -- .

1          RUDY GIULIANI:  Good to be with you.

2          LOU DOBBS:  -- where are you now?   Where is

3    the campaign in Pennsylvania?

4          RUDY GIULIANI:  Well, I'm in Washington now.

5    The campaign in Pennsylvania, the judge is considering

6    all the papers that he's been given.  So he'll take a

7    few days to decide on what the next step is.  Today we

8    had some significant victories.  We had a significant

9    victory yesterday in Nevada where a five member county

10   board of elections in Clark County, which covers Las

11   Vegas, decertified as the winner a Democrat, replaced

12   with a Republican based on irregularities.   So those

13   are the same irregularities that we have.  Except only

14   maybe 1/5 of them because he only was running in about

15   one fifth of the district.  And the irregularities

16   there have to do with the signatures being improperly

17   identified.  Many, many signatures that were improperly

18   identified to the point that it would easily, if the

19   same criteria is applied to the Trump campaign as the

20   five Democrats applied to that campaign, it would

21   pretty easily overturn-- overturn the election.

22          LOU DOBBS:  Well in Pennsylvania -- .

23          RUDY GIULIANI:  I know you've talked about

24   Michigan.

Page 10

1        LOU DOBBS:  -- you also had another positive

2   development as well, in which what was it, about 8,000

3   illegal ballots, you wanted to toss them out.  The

4   Supreme Court is going to hear that case.  That's very

5   positive. The issue of also observers in Pennsylvania,

6   the suggestion that observers don't have to watch, they

7   just simply have to be present.  That seemed to be the

8   conclusion of the court. What was, is that, was that

9   your take away?

10       RUDY GIULIANI:  Lou of all the political

11  decisions and the kind of awful things judges have to

12  do when they act like political hacks, this may be the

13  worst. The law of Pennsylvania says that when you're

14  counting these ballots, you must have both Republicans

15  and Democrats present. So when we were thrown out en

16  masse, we went to court. And the first judge, a

17  Democrat appointed in Philadelphia said, well, you're

18  present, you don't have to see. Well  cause that's

19  ridiculous.  What's the point of being there?  We're

20  not there for fun. We're not there to, you know, play

21  video games. So then it went up on appeal. And to her

22  credit, or their credit, that panel, which is also

23  Democratic, said, well present has to have meaning.

24  They have to be able to see, observe like in all the

1    other 49 states.  And finally we went to the Supreme

2    Court.  And the Supreme Court, five to two, voted that

3    all they have to do is let you in the room. And you

4    can be a thousand feet away it doesn't matter, as long

5    as you were in the same room. Making, making --

6         LOU DOBBS:  Which is quite a different

7    decision.

8         RUDY GIULIANI:  -- the statute and the law

9    absurd, ridiculous, irrational, stupid, dumb. And

10   Pennsylvania is now the only state in the country, and

11   in fact, even contrary to the law of Tanzania, it

12   doesn't allow inspection of mail in ballots.  So this

13   is a ridiculous decision. I want you to guess Lou, if

14   it was five to two, how many were Democrats and how

15   many were Republicans? Just guess.

16        LOU DOBBS: Unfortunately, that has been the

17   pattern we've seen in courts after court.

18        RUDY GIULIANI:  And it's terrible.  It's

19   terrible.

20        LOU DOBBS:  And it's also -- .

21        RUDY GIULIANI: It's terrible.

22        LOU DOBBS:  It's made a laughing stock out of

23   the Chief Justice of the US Supreme Court who said

24   there's no such thing as a Bush Justice and a --

Page 12

1          RUDY GIULIANI:  Oh please.

2          LOU DOBBS:  Obama Justice.

3          RUDY GIULIANI:  Oh please, you got to be -- .

4          LOU DOBBS:  Exactly.

5          RUDY GIULIANI:  You know.

6          LOU DOBBS:  They, you know --

7          RUDY GIULIANI:  Being disingenuous doesn't

8    work for anybody.

9          LOU DOBBS:  The American people are getting a

10   little tired of being treated like slow witted

11   children.  It's nonsensical, it's an insult and indeed

12   this whole fraud is an insult against this country.  I

13   want to share with the audience one of the affidavits

14   that has been given to us by an unidentified

15   whistleblower.  And it pertains to Dominion.  A

16   whistleblower who also -- .

17         RUDY GIULIANI:  Ah, Dominion.

18         LOU DOBBS:-- saw what happened in Venezuela.

19   And the very similar events that took place in the United

20   States on November 3rd. If we could put this up please to

21   share with the audience, because it is indeed alarming.

22   The whistleblower says this, if we ever get it up. "I am

23   alarmed because of what is occurring in plain sight

24   during this 2020 election for President of the United

Page 13

1  States. The circumstances and events are eerily

2  reminiscent of what happened with Smartmatic software

3  electronically changing votes in the 2013 presidential

4  election in Venezuela. What happened in the United States

5  was that the vote counting was abruptly stopped in five states

6  using Dominion software. At the time that vote counting was

7  stopped, Donald Trump was significantly ahead in the votes.

8  Then during the wee hours of the morning, when there

9  was no voting occurring and the vote count reporting

10  was off-line, something significantly changed. When the

11  vote reporting resumed the very next morning, there was

12  a very pronounced change in voting in favor of the

13  opposing candidate, Joe Biden." That whistleblower who

14  was present, both in Venezuela in 2013 and in this

15  country as we were counting votes overnight on November

16  3rd, your thoughts?

17       RUDY GIULIANI:  Well, Lou, I don't know if

18  people can appreciate this, but I think when they do,

19  they're gonna be outraged.  Our votes in 27, 28 states

20  that had counted by Dominion and calculated and

21  analyzed.  They're sent outside the United States.  And

22  they're not sent to Canada, they're sent to Germany and

23  Spain.  And the company counting it is not Dominion.

24  It's Smartmatic, which is a company that was founded in

Page 14

1  2005 in Venezuela for the specific purpose of fixing

2  elections. That's their expertise.  How to fix

3  elections. They did it a number of times in

4  Venezuela. They did it in Argentina. And they messed

5  up an election to a fare-thee-well in Chicago.  And

6  there's a whole congressional record that you can go

7  look at about what a terrible company this is. Well

8  that's the company that was counting and calculating on

9  election night and they did all their old tricks.

10         LOU DOBBS:  Well we --

11         RUDY GIULIANI:  They stopped it. They also

12  switched votes around, subtly, maybe ten per district,

13  so you don't notice it. They got caught in Antrim

14  County, which is how we found out about them. And we

15  are in the process now of investigating this in great,

16  great detail. But I mean just the mere fact that we

17  have a foreign country, we have this in a foreign

18  country done by friends of an enemy of the United

19  States, Maduro, is outrageous and has to stop

20  immediately.

21         LOU DOBBS:  It's outrageous, and it's all the

22  more outrageous because Dominion and Smartmatic were

23  denied use in the State of Texas, which called them out

24  for what they are. They have a clear record.

Page 15

1  Democratic Senators sending letters in 2019 joining

2  with Republicans now --

3          RUDY GIULIANI:  You're right, you're right.

4          LOU DOBBS:  -- in decrying the reliability

5  and the ability of that system to avoid manipulation

6  and fraud without any one of the Secretaries of State

7  in various states responding and shutting them down.

8          RUDY GIULIANI:  Well Lou, the amazing thing

9  is Carolyn Maloney, Congresswoman from Manhattan -- .

10         LOU DOBBS: Right, New York.

11         RUDY GIULIANI:-- wrote a letter in 2006, 2007

12  explaining everything I just said. We shouldn't be using

13  this company that was founded by Chavez to call votes in

14  America because their specialty in Venezuela is cheating.

15  Well, apparently the governor signed them up and never

16  bothered to do any due diligence of any kind. Also the

17  company Dominion, is a far-left radical company. Some

18  of their people have written and tweeted the worst

19  things about Trump and Republicans that you can

20  possibly imagine. They've since taken it down. But we

21  have it. So we've got a very radical far-left company

22  with an, with some of their high-level people

23  supportive of Antifa. Can you believe that? And

24  they're using a Venezuelan company as the vote counter,

Page 16

1   which is known for changing votes. And also known to

2   have --

3          LOU DOBBS:  Rudy.

4          RUDY GIULIANI:  -- the most insecure

5   computers in this business.  I think you'd only pick

6   them --

7          LOU DOBBS:  Rudy we're going to have to --

8          RUDY GIULIANI:  -- because they want to

9   cheat.

10          LOU DOBBS:  We going to have to wrap here.

11   You get the last quick word here.

12          RUDY GIULIANI:  I was going to say, you know

13   the conclusion you have to come to is you either

14   picked them because you're grossly negligent or you

15   don't mind if you're cheating. And they're only going

16   to cheat in one direction. After all, the Chairman of

17   Smartmatic is very, very close to none other than Mr.

18   Soros. So how do you think they're gonna cheat?

19   They're gonna cheat Democratic. They gonna cheat left

20   wing, they're going to cheat radical. That's what they

21   are, left wing radicals.

22          LOU DOBBS:  Rudy Giuliani, we thank you very

23   much.  Rudy Giuliani, attorney for the President.  And

24   picking up some favorable wind at his back legally over

Page 17

1  the last 24 hours.  Thanks for being with us Rudy.

2  Up next a witness to voter fraud in Georgia, says Joe

3  Biden's vote tally in that state is artificially

4  inflated.  His name is Garland Favorito. He joins us

5  right after the break with more on the battle for the

6  White House.  Stay with us please. Georgia's Secretary

7  of State,investigating a vote count delay in suburban

8  Atlanta. Fulton County election officials initially

9  claimed that it was a burst pipe to blame for an

10 election night delay in counting at the State Farm Arena.

11 Then according to text exchanges released last week,the

12 leak was described as highly exaggerated by those officials.

13 Now we know just exactly how exaggerated it was. They

14 shut down voting because of a leaky toilet that was not

15 in any way related to the area in which they were

16 working. That's highly exaggerated. The question

17 becomes, why did they do that? Well, speaking of why,

18 Georgia's Secretary of State Brad Raffensperger, also

19 complaining about President Trump's charges of

20 electrical fraud in his state. Telling the Hill, "It's

21 really the spinners that should be ashamed for playing

22 with people's emotions. It's one thing to motivate

23 people, I get that. But to spin people up and play

24 with their emotions, it's emotional abuse and they

1  ought to grow up and start acting with integrity." And

2  I would say to the Secretary of State, you're playing

3  with votes, and you had better quit. Because that is

4  well, very troubling to people, citizens for whom you

5  work. Well joining us now is Garland Favorito. He's

6  co-founder of Voter Georgia, an election integrity

7  watchdog organization that's been closely watching this

8  vote count. Garland has said for months that the

9  Dominion machines used all across Georgia, new

10 machines, couldn't be trusted because they can be

11 hacked. And I want to point out that Garland and I

12 have talked on this broadcast, well, 14 years ago about

13 election integrity across this country. Garland, give

14 us, first, it's great to see you, and give us your sense

15 of what is going on with Dominion and the state of

16 Georgia, and what role it's playing in all of the

17 irregularities in Georgia.

18          GARLAND FAVORITO:  Well, let me first of all,

19 thanks for having me back. That was 14 years ago, you

20 were on the other network. So it's a great honor to be

21 back on your show. Admire all you've done for election

22 integrity over the last 15 years. So in regards to

23 Dominion, we actually have not been arguing against

24 these machines for months Lou. We've actually been

Page 19

1   arguing against these machines for years.  And in fact,
2   we've been arguing against, and for verifiable, auditable,
3   and recount capable voting for 18 years. So this is not a
4   new thing that we just discovered that was gonna be bad.
5   We warned the Secretary of State and
6   multiple Secretaries of State, even his predecessors,
7   that something had to be done, and he did the wrong
8   thing.  One of the things that are wrong with these
9   machines, of the Dominion machines, is they have votes
10  that are encapsulated in barcodes, QR codes that you
11  as the voter cannot verify. So when you go in and you
12  fill your touch screen out and then you click the
13  button, you get your paper trail out.  The system
14  accumulates the votes and, that are in bar codes, not
15  what you actually read because you and I cannot read
16  barcode nor can anybody else in America for the state
17  of Georgia. So that's just the --
18          LOU DOBBS:  The barcode is so, what is
19  referred to in some, and I appreciate your calling it a
20  barcode. It is that, it's hard to read. Almost
21  impossible for an individual to read. It's called a QR
22  code. And it's a piece of paper that you're given as
23  your momento for having voted. So this recount, give
24  us your judgment about this. This recount, the

Page 20

1  so-called hand recount.  How effective is it then in

2  establishing, verifying the vote?

3            GARLAND FAVORITO:  So that's a great question

4  Lou and I'm glad you asked me. So as you mentioned

5  earlier, there is some concern about the Dominion

6  software and malware that may or may not be in it. So

7  in ordering the hand count we were elated with being

8  election integrity advocates, because we believed that

9  we would finally get to see whether or not these

10  machines are counting accurately or not. However, what

11  happened was when the Secretary of State Raffensberger

12  ordered the hand count, which was a good thing to do,

13  he then told the counties that will put all of their

14  results into his system, which is a system called Arlo

15  made by a company called VotingWorks.  And then that

16  system, that process is fundamentally flawed because

17  he's going to tell the counties now what their results

18  are. You know in elections, as you know Lou, the

19  precincts tell the counties what their results are.

20  The counties report the state what the results are.

21  The elections are from the bottom up. The results come

22  from the bottom up. Well now he is, reversed it with

23  this, what I feel a fatally flawed Arlo program, which,

24  and he's going to tell the counties what their

Page 21

1  results are.  So that compromises this audit that we

2  spent three or four days on.  So we we're very, very

3  disappointed about the mechanism behind the audit.

4        LOU DOBBS:  Garland, we've got about 30

5  seconds.  So what, what should be done to get things

6  straightened out in Georgia?  30 seconds, please?

7        GARLAND FAVORITO:  Multiple things, Lou.

8  There's going to be some challenges.  I think they're

9  gonna be looking at the Dominion software, but the

10 other issue is invalid ballots.  That's, you're going

11 to see that to be a huge issue down here as well as

12 possible Trump votes that were thrown in the trash can

13 by certain politically motivated elections people.  But

14 the big issue is ballots during the audit.  Did count,

15 did counters that looked at these ballots that they

16 were counting and said these don't look like real

17 ballots.  They don't have the correct characteristics.

18 And that's what we're going to be looking at shortly I

19 believe.  Once the audit is certified then the

20 challenges will come.

21       LOU DOBBS:  Garland, thank you so much.  We

22 appreciate your time.  Great to see you.  Garland

23 Favorito, thanks for all you're doing.  We'll have more

24 charges of election fraud later here in this broadcast.

1   We'll be joined by Patrick Colbeck.  He has a lot to

2   say about those Dominion voting machines used in

3   Detroit.  And he's got some insight for us on what

4   happened in that canvas in Detroit.  That's up next.

5   The Trump campaign files a new lawsuit in Nevada.  One

6   of the attorneys behind the case, Jesse Binnall, joins

7   us.  And a reminder, my new book, The Trump Century.

8   It's available at Loudobbsshop.com, Loudobbsshop.com,

9   and of course Amazon.com.  Stay with us, we'll be right

10  back. Breaking news now, the Trump campaign has filed a new

11  lawsuit in Nevada, charging 15,000 Nevada voters with

12  voting in multiple states.  The campaign also saying

13  that Nevada voting machines are inherently unreliable

14  and susceptible to being electronically compromised by

15  malicious parties due to a shocking lack of physical

16  security and overall security.  And 40,000 ballots they

17  say could be tainted.  Joining us tonight is Jesse

18  Binnall who is the filer of that lawsuit in Nevada for

19  the Trump campaign, also a member of General Michael

20  Flynn's legal defense team.   Great to have you with

21  us.  And let's start with these votes and the lawsuit.

22  You basically want the results halted.  No

23  certification of the votes because of all of these

24  irregularities and what looks to be fraud.  It seems

1   like it's pretty much clearly fraud if you have 500

2   dead people who are voting.

3           JESSE BINNALL:  Yeah, Lou, That's absolutely

4   right.  We have identified thousands of instances of

5   fraud and other irregularities, that make it very

6   clear, that the result that we got out of Nevada, that

7   the media has been so quick to report, are simply

8   inaccurate.  Inaccurate to the point that we now

9   believe that Donald Trump won Nevada, once you take out

10  the fraud and the irregularities.  And these are

11  instances of, like you pointed out, dead people voting,

12  people voting in multiple jurisdictions.  We have

13  specific instances of fraud that we've identified from

14  whistleblowers.   And had very brave whistleblowers

15  that have come forward.  People that have worked for

16  Clark County, Nevada, where Las Vegas is, to really

17  show that this race cannot properly be called for

18  anyone other than Donald Trump.  And one of the really

19  amazing things is the Clark County Commission the other

20  day, threw out one of the races.  And based on admitted

21  instances of irregularities.  If this election wasn't

22  good enough to show that you had an election of a

23  county commissioner, it certainly wasn't good enough to

24  show an election for President of the United States.

1          LOU DOBBS:  What were the irregularities in

2    the instance of the local race?  And I understand that

3    amounted to just about a fifth of the total votes as

4    compared to the presidential.  Give us a sense of what

5    those irregularities were and how they pertained to the

6    presidential.

7          JESSE BINNALL:  Yeah, that's a great

8    question.  It's a lot of the same instances that we

9    have pointed out, such as people voting twice, such as

10   signatures not properly being authenticated.  Big

11   problems with their authentication process.  A lot of

12   instances like that, ones that they've identified are

13   over 900.  But in reality, the total number of

14   irregularities are far, far more than right now the

15   county officials are willing to admit.

16          LOU DOBBS:  And what, so what remedy is

17   available to you?  What can you do to move this

18   forward?

19          JESSE BINNALL:  Well we think the most

20   appropriate thing, because we know that President Trump

21   supporters are out there and have voted so strongly for

22   him, the appropriate thing to do is to have a court

23   here in Nevada recognize that President Trump's

24   electors are the ones that will represent Nevada in the

Page 25

1   electoral college.  And the court certainly should not

2   set the electors that have pledged to support Joe

3   Biden.

4            LOU DOBBS:  So straight forwardly reversing

5   the outcome given the count of the votes that are so

6   irregular, invalid, including 500 dead people's votes.

7            JESSE BINNALL:  Absolutely.  It's -- the

8   court, of course, it can come up with a remedy that it

9   thinks is appropriate, but that's the remedy that we

10  think is most appropriate in this case.  It's recognize

11  the truth that Donald Trump won Nevada.

12           LOU DOBBS:  Jesse Binall, thank you very

13  much.  We appreciate it and we will be following the

14  lawsuits and all of the developments in Clark County

15  and indeed the entire state of Nevada.  Thank you so

16  much for being with us.

17  Up next here, Dominion voting machines in Detroit.

18  Were they connected to the internet?  Who connected

19  them?  And what did they send over that connection?

20  We'll take that up with our next guest, Patrick

21  Colbeck, a poll watcher in Detroit.  He's filed an

22  affidavit detailing what he's seen.  We'll be right

23  back.  Stay with us.

24           SPEAKER 1:  I'm a Verizon engineer.

Page 26

1          LOU DOBBS: On Wall Street today stocks moved

2      lower, the Dow down 345 points, most of that loss in the

3      final minutes of trading. The S&P down 42, the NASDAQ

4      down 98. Volume on the big board, 5.3 billion shares.

5      And the FAA today cleared the grounded Boeing 737 Max jet

6      liner to fly again. The plane had been grounded since last

7      year. Two crashes killed 346 people before that

8      grounding. The FAA says changes in design software and

9      training have made the plane safe.   And listen to my

10     reports three times a day on the Salem radio network.

11     Election officials in Detroit say 42% of voting

12     precincts there were unable to match the number of

13     ballots cast, and the number of voters signed up at the

14     polls.  Michigan's radical Dem Secretary of State,

15     Jocelyn Benson, went on AT&T CNN last night to dismiss

16     those irregularities.

17          CHIRS CUOMO:  The number of precincts that have

18     a mismatch, as you said now, is 42%.

19          JOCELYN BENSON:  Yes, it was nearly twice

20     that.   80% of precincts were out of balance in 2016.

21     And yet, the Board of Canvassers had no problem

22     certifying then and indeed they shouldn't.  It's again

23     a bookkeeping issue that often times occurs if a voter

24     shows up and and leaves perhaps without voting or if

1    there's a spoiled ballot or something like that.

2              LOU DOBBS:  Well, joining us now is Patrick

3    Colbeck an election challenger in Wayne County,

4    Michigan.  He signed a sworn affidavit charging

5    Dominion voting machines were connected to the

6    internet.  Colbeck is also a former Michigan State

7    Senator and joins us tonight.  Good to have you with

8    us.  Let's turn Patrick first to the canvassing of the

9    vote.  You were there watching the physical votes, the

10   initial, I take it, dead lock between the two

11   Republicans and Democrats on the board.  What happened?

12             PATRICK COLBECK:  That's a good question.

13   Lou.  Thank you very much for having having me on

14   today.  The Board of Canvassers is actually split.

15   We've got two Republicans, we've got two Democrats that

16   sit on that Board of Canvasser.  And the Chairman of

17   that board is Monica Palmer.  And what she was doing

18   was highlighting that, you know, unlike that 42% number

19   that they're starting to pitch out there right now.

20   She was highlighting that there was a 71% of the

21   absentee voter precincts that just didn't reconcile.

22   And why is this important?  Because if a precinct does

23   not reconcile, you can't recount them.  That's an

24   invitation to voter fraud.  And so if you can stuff the

Page 28

1   ballots, if you can stuff the tabulator with those

2   ballots, there's no way to go back and take those

3   ballots --

4           LOU DOBBS:  Understood.

5           PATRICK COLBECK:  -- off the table, they're

6   going to be in there for the public record.

7           LOU DOBBS:  Our audience, I'm sure, will be

8   interested to know that that two to two split Democrat

9   to Republican on the Board of Canvassers, it was

10  resolved as the video stream of the proceedings went

11  down.   A decision was taken, the impasse was overcome,

12  and the Republicans acceded to the Democrats in moving

13  ahead to certify the vote.  Despite all of those

14  discrepancies, and the reports are that it was, they

15  were simply intimidated and threatened.  What can you

16  tell us about the veracity of those reports?

17          PATRICK COLBECK:  Well, I've talked with both

18  of the canvassers after the fact. Obviously, I was

19  there to show support for them while they were there.

20  I can tell you there was significant intimidation.

21  There were threats to their lives, There's threats to

22  their livelihood to this day. There's still threats to

23  their lives and their livelihood that I would take very

24  seriously. During the meeting, I was a little upset

Page  29

1    when I heard comments from Democrat canvassers to

2    accusing them of racism for holding accountable,

3    Detroit accountable for that 71% number. And it was

4    very intimidating if you're not used to that.  And what

5    I can say happened is that the chair person, that's

6    Monica Palmer, was very concerned about finding an

7    arrangement that, first of all, fulfilled her duty as a

8    canvasser, which is to make sure that all the reports

9    are in order and that they can validate them.  When you

10   got 71% of the precincts that are invalid, in contrast

11   to what one of the Democratic canvassers said, said,

12   hey, you know, 71%, that's okay, that's normal for us.

13   It shouldn't be a big deal. No, no, it's a big deal.

14   It's about time we make it a big deal. I was happy

15   that they rejected it the first time. But Monica was

16   seeking to have something that could address

17   everybody's concerns. So she proposed to have an audit

18   of the system. Now we know that if a really true

19   audit, a real audit, not a fake audit where they just

20   rubber stamp it at the end of it, but one that goes

21   through both the paper trail and the electronic trail,

22   we're going to find out that there was a direct

23   via--there is consistent violation of the chain of

24   custody around the election results, and there's no way

1   they should ever be certified.  That's what Monica was

2   pointing out.  And if we actually did that full audit

3   as proposed on it.   They would be fully justified not

4   certifying that election.   Matter of fact, the

5   Democrats shouldn't be certifying it either.  If they

6   weren't playing politics, they wouldn't either.

7          LOU DOBBS:  You know, this is, it's no longer

8   playing politics.  I mean, this is deadly stuff that

9   we're watching --

10          PATRICK COLBECK:  It is.

11          LOU DOBBS:  -- because of the threats, the

12  intimidation nationwide.  It began, I think in earnest

13  with of course, attempting to block the election of

14  Donald Trump.  Then an investigation, the special

15  counsel, an effort to intimidate him, to overthrow him

16  and it's being carried out across the nation.  I want

17  to put up the, your Secretary of State there in

18  Michigan, and what she said specifically on this issue.

19  Jocelyn Benson.  May we have that, please?  Okay.

20  "Well, it appears that the truth won in this scenario.

21  Basically the evidence is clear, there were no

22  irregularities, there was no evidence of widespread

23  fraud, and in fact, they were simply minor clerical

24  errors then we were discussing, actually less clerical

1   errors than in past elections."  Seventy-one percent is

2   fewer than what they had in previous elections?

3               PATRICK COLBECK:  Yet technically it was 72%

4   in the August 4th primary. So I guess that's factually

5   correct.  Still unacceptable for me as a voter.  I

6   have, in my old Senate district, I had clerks that were

7   present there that they would not rest until all of

8   their precincts were balanced. So it would be 0% were

9   unbalanced.  For Detroit, for some reason, they have a

10   different set of rules. And it's about time that they

11   are held accountable to it, because it impacts all of

12   us.  It disenfranchises all voters. And here's one

13   bright spot in all this, is that I've seen in the wake

14   of what's happened in this outrageous subversion of

15   election integrity. I'm seeing Bernie supporters

16   getting together with us, because if anybody knows

17   about election integrity subversion, it's a Bernie

18   supporter. Because they've had elections stolen from

19   them repeatedly. It's people from Libertarian strife.

20   It's our establishment Republicans that are getting

21   together with our grassroots Republicans. Everybody's

22   rolling in the same direction for the first time, the

23   key is to see it through all the way through these

24   court challenges.

Page 32

1          LOU DOBBS:  Patrick, we thank you for being

2     with us. Patrick Colbeck. He has filed a sworn

3     affidavit on the fraud and irregularities that have

4     taken place there in Wayne County.  Patrick Colbeck,

5     thank you for being with us and thank you for standing

6     up for what's right. Stay with us. We'll be right

7     back.

8

9

10                 CERTIFICATE OF TRANSCRIPTIONIST

11

12       I certify that the foregoing is a true and accurate

13     transcript of the digitally-recorded proceedings provided

14     to me in this matter.

15

16       I do further certify that I am neither a relative, nor

17     employee, nor attorney of any of the parties to this

18     action, and that I am not financially interested in the

19     action.

20

21

22

23

24                 _____

                         NATHAN KAYLO
                       Production Manager
                  THOMPSON COURT REPORTERS INC.

**A**

**a** 2:13 3:1,6,12,16
  3:22,24 4:15,20
  5:8,13,23,24 6:2,6
  6:13,21 7:6,10,18
  8:4,12,16,18,23
  9:6,8,9,11,12
  10:16 11:4,6,13
  11:22,24,24 12:9
  12:15 13:12,24
  14:3,5,6,7,17,17
  14:24 15:11,17,21
  15:24 17:2,7,9,14
  18:20 19:3,19,21
  19:22 20:3,12,14
  20:15,23 21:11
  22:1,5,7,10,15,19
  23:22 24:3,4,7,8
  24:11,22 25:8,21
  25:24 26:10,18,23
  26:23 27:1,4,6,12
  27:20,22 28:11,24
  29:7,13,13,14,18
  29:19,19,22 31:5
  31:9,17 32:2,11,20
  32:16
**ability** 15:5
**able** 3:11 10:24
**about** 4:22 6:10
  8:19 9:14,23 10:2
  14:7,14 15:19
  17:19 18:12 19:24
  20:5 21:3,4 22:2
  24:3 28:16 29:6
  29:14 31:10,17
**abruptly** 13:5
**absentee** 3:21 6:17
  27:21
**absolutely** 23:3 25:7
**absurd** 11:9
**abuse** 17:24
**acceded** 28:12
**access** 3:11
**accompanied** 3:24
**according** 4:17
  17:11
**accountable** 29:2,3
  31:11
**accumulates** 19:14
**accurate** 32:12
**accurately** 20:10
**accusing** 6:16 7:2
  29:2
**across** 3:10,14 18:9
  18:13 30:16
**act** 10:12

**acting** 18:1
**action** 32:18,19
**actually** 5:14 18:23
  18:24 19:15 27:14
  30:2,24
**added** 4:5
**address** 3:24 29:16
**administration** 8:13
**Admire** 18:21
**admit** 24:15
**admitted** 23:20
**advised** 6:23
**advocates** 20:8
**affidavit** 25:22 27:4
  32:3
**affidavits** 2:18 3:8
  12:13
**after** 4:22 11:17
  16:16 17:5 28:18
**again** 4:17 26:6,22
**against** 2:2 3:4
  12:12 18:23 19:1
  19:2
**ago** 6:2 18:12,19
**Ah** 12:17
**ahead** 8:12 13:7
  28:13
**alarmed** 12:23
**alarming** 12:21
**all** 2:13,23 3:10,14
  3:22 4:1,13 6:8
  8:4 9:6 10:10,24
  11:3 14:9,21
  16:16 18:9,16,18
  18:21 20:13 21:23
  22:23 25:14 28:13
  29:7,8 31:7,11,12
  31:13,23
**allegations** 2:20
  3:13 5:6
**alleged** 2:13
**alleges** 3:11
**alleging** 2:18
**allow** 11:12
**Almost** 19:20
**alone** 2:18
**also** 2:4,7 4:1 6:20
  10:1,5,22 11:20
  12:16 14:11 15:16
  16:1 17:18 22:12
  22:19 27:6
**altered** 6:18
**am** 12:22 32:16,18
**amazing** 15:8 23:19
**Amazon.com** 22:9
**America** 15:14

  19:16
**American** 12:9
**among** 3:2 8:14
**amounted** 24:3
**amounting** 2:16
**an** 2:6 3:24 4:17
  6:21 7:14 8:10,19
  12:11,12,14 14:5
  14:18 15:22 17:9
  18:6 19:21 23:22
  23:24 25:21 27:3
  27:23 29:6,17
  30:14,15
**analyzed** 13:21
**and** 2:4,9,20 3:1,3
  3:10,13,21 4:6,10
  4:18 5:8,12,14,19
  5:20 6:10,14,15
  6:22 7:1,4,9,10,11
  7:12,20 8:3,6,8,11
  8:14,17,17,20,22
  8:23 9:15 10:11
  10:15,16,21 11:1
  11:2,3,8,9,10,14
  11:18,20,24 12:11
  12:15,19 13:1,9
  13:14,20,20,21,22
  13:23 14:4,5,8,9
  14:14,19,21,22
  15:5,6,7,15,18,19
  15:23 16:1,15,23
  17:23,24 18:1,1,3
  18:11,11,14,15,16
  19:1,2,3,5,7,11,12
  19:14,15,19,22
  20:4,6,15,24
  21:16,18 22:3,7,9
  22:14,16,16,21,21
  22:24 23:5,10,10
  23:14,18,20 24:2
  24:5,16,21 25:1
  25:13,14,15,19
  26:5,8,9,13,21,22
  26:24,24 27:7,11
  27:16,17,22,24
  28:2,12,14,15,23
  29:3,4,9,21,24
  30:2,16,18,23
  31:10,12 32:3,5
  32:12,18
**announced** 3:20
**another** 6:7 10:1
**Antifa** 15:23
**Antrim** 14:13
**any** 15:6,16,16
  17:15 32:17

**anybody** 12:8 19:16
  31:16
**anyone** 23:18
**apparently** 15:15
**appeal** 10:21
**appears** 30:20
**application** 6:21
**applied** 9:19,20
**apply** 2:6
**appointed** 10:17
**appreciate** 13:18
  19:19 21:22 25:13
**appropriate** 24:20
  24:22 25:9,10
**are** 2:20 3:23 4:1,7
  4:14 6:11 7:15 9:2
  9:13 12:9 13:1
  14:15,24 16:21
  19:8,10,14 20:10
  20:18,19,20,21
  21:1 22:13 23:2,7
  23:10 24:12,14,15
  24:21,24 25:5
  28:14 29:9,10
  31:11,20
**area** 17:15
**areas** 6:14
**Arena** 17:10
**Argentina** 14:4
**arguing** 18:23 19:1
  19:2
**Arlo** 20:14,23
**around** 7:1 8:17
  14:12 29:24
**arrangement** 29:7
**artificially** 17:3
**as** 3:5 4:15 7:23
  9:11,19 10:2 11:4
  11:5,24 13:15
  15:24 17:12 19:11
  19:22 20:4,18
  21:11,11 24:3,9,9
  26:18 28:10 29:7
  30:3 31:5
**ashamed** 17:21
**ask** 4:20
**asked** 2:21 5:4 20:4
**at** 4:3,4 6:4,13 7:4
  13:6 14:7 16:24
  17:10 21:9,15,18
  22:8 26:13 29:20
**AT&T** 26:15
**Atlanta** 4:10 17:8
**attempting** 30:13
**attention** 5:24
**attorney** 3:2,5 8:21

  16:23 32:17
**attorneys** 3:17 22:6
**audience** 12:13,21
  28:7
**AUDIO** 1:1
**audit** 4:16,17,24
  5:14 21:1,3,14,19
  29:17,19,19,19
  30:2
**auditable** 19:2
**August** 31:4
**authenticated** 24:10
**authentication**
  24:11
**authorization** 2:6
**available** 28:24 17
**avoid** 15:5
**away** 10:9 11:4
**awful** 10:11

**B**

**back** 2:19 8:15
  16:24 18:19,21
  22:10 25:23 28:2
  32:7
**backdoor** 3:12
**bad** 19:4
**balance** 26:20
**balanced** 31:8
**ballot** 4:16 27:1
**ballots** 2:16 3:10,22
  3:22 4:5,23 5:6
  6:17,20 10:3,14
  11:12 21:10,14,15
  21:17 22:16 26:13
  28:1,2,3
**bar** 19:11
**barcode** 19:16,18
  19:20
**barcodes** 19:10
**based** 9:12 23:20
**basically** 22:22
  30:21
**batches** 4:4
**battle** 2:7,14 3:4
  17:5
**battleground** 6:7
**be** 2:21,24 6:8 7:20
  8:15 9:1 10:7,7,12
  10:24 11:4 12:3
  13:19 15:12 17:21
  18:10,10,20 19:4
  19:7 20:6 21:5,8,9
  21:11,18 22:1,9
  22:17,24 23:17
  25:13,22 28:6,7

29:13 30:1,3,5
31:8 32:6
**because** 2:21 9:14
12:21,23 14:22
15:14 16:8,14
17:14 18:3,10
19:15 20:8,16
22:23 24:20 27:22
30:11 31:11,16,18
**becomes** 17:17
**been** 2:8 4:16 5:10
5:20 8:16 9:6
11:16 12:14 18:7
18:23,24 19:2
23:7 26:6
**before** 26:7
**began** 30:12
**begin** 3:16
**behalf** 3:6
**behind** 21:3 22:6
**being** 5:8 9:16
10:19 12:7,16
17:1 20:7 22:14
24:10 25:16 30:16
32:1,5
**believe** 15:23 21:19
23:9
**believed** 20:8
**Benson** 26:15,19
30:19
**Bernie** 31:15,17
**better** 18:3
**between** 7:12 27:10
**Biden** 4:2 6:2,15 7:7
7:12,19 13:13
25:3
**Biden's** 4:21 5:1 7:9
17:3
**big** 21:14 24:10
26:4 29:13,13,14
**billion** 26:4
**Binall** 25:12
**Binnall** 3:5 22:6,18
23:3 24:7,19 25:7
**blame** 17:9
**block** 30:13
**board** 7:24 8:5 9:10
26:4,21 27:11,14
27:16,17 28:9
**Boeing** 26:5
**book** 22:7
**bookkeeping** 26:23
**both** 6:11,12 10:14
13:14 28:17 29:21
**bothered** 15:16
**bottom** 20:21,22

**Brad** 4:8 5:18 17:18
**brave** 23:14
**break** 17:5
**Breaking** 22:10
**bright** 31:13
**broadcast** 2:24
18:12 21:24
**broke** 8:6
**bully** 7:5
**burst** 17:9
**Bush** 11:24
**business** 1:4 16:5
**but** 3:23 4:6 5:1
7:23 8:2,9 13:18
14:16 15:20 17:23
21:9,13 24:13
25:9 29:15,20
**button** 19:13
**by** 1:24 2:19 3:19
3:24 4:1,14,17
7:20 8:3 12:14
13:20 14:18 15:13
17:12 20:15 21:13
22:1,14

**C**

**calculated** 13:20
**calculating** 14:8
**call** 5:12 15:13
**called** 2:9 8:3 14:23
19:21 20:14,15
23:17
**calling** 19:19
**campaign** 2:12 3:6
3:17 4:20 6:6,16
6:19,22 7:3,7,14
7:19 9:3,5,19,20
22:5,10,12,19
**campaign's** 3:20
**can** 4:20 11:4 13:18
14:6 15:19,23
18:10 19:16 21:12
24:17 25:8 27:24
28:1,15,20 29:5,9
**can't** 27:23
**Canada** 13:22
**candidate** 13:13
**cannot** 19:11,15
23:17
**canvas** 8:5 22:4
**canvass** 7:8,24
**canvasser** 27:16
29:8
**canvassers** 8:7
26:21 27:14 28:9
28:18 29:1,11

**canvassing** 7:17
27:8
**capable** 19:3
**capital** 6:14
**Carolyn** 15:9
**carried** 30:16
**carrying** 8:5
**case** 10:4 22:6 25:10
**cast** 26:13
**caught** 14:13
**cause** 10:18
**centers** 7:5
**Century** 22:7
**CEO** 6:2
**certain** 21:13
**certainly** 23:23 25:1
**CERTIFICATE**
32:10
**certification** 22:23
**certified** 8:8 21:19
30:1
**certifies** 4:19
**certify** 8:1 28:13
32:12,16
**certifying** 26:22
30:4,5
**chain** 29:23
**chair** 29:5
**Chairman** 16:16
27:16
**challenge** 3:21
**challenger** 27:3
**challenges** 2:12 3:4
3:18 21:8,20
31:24
**change** 5:2 7:12
13:12
**changed** 13:10
**changes** 26:8
**changing** 13:3 16:1
**characteristics**
21:17
**charges** 3:13 17:19
21:24
**charging** 3:8 22:11
27:4
**Chavez** 15:13
**cheat** 16:9,16,18,19
16:19,20
**cheating** 15:14
16:15
**cherry-picked** 7:10
**Chicago** 14:5
**Chief** 11:23
**children** 12:11
**China** 2:3

**CHIRS** 26:17
**choosing** 7:5
**circumstances** 13:1
**citizens** 18:4
**City** 8:22
**claim** 6:21
**claimed** 17:9
**claiming** 6:17
**claims** 6:20,23
**Clark** 9:10 23:16,19
25:14
**clear** 7:9 8:12 14:24
23:6 30:21
**cleared** 26:5
**clearly** 23:1
**clerical** 30:23,24
**Clerk** 7:2
**clerks** 6:17,23 31:6
**click** 19:12
**close** 16:17
**closely** 18:7
**CNN** 26:15
**co-founder** 18:6
**code** 19:22
**codes** 19:10,14
**Colbeck** 3:11 22:1
25:21 27:3,6,12
28:5,17 30:10
31:3 32:2,4
**college** 25:1
**come** 16:13 20:21
21:20 23:15 25:8
**coming** 3:14
**comments** 29:1
**Commission** 23:19
**commissioner** 23:23
**communication** 7:6
**company** 13:23,24
14:7,8 15:13,17
15:17,21,24 20:15
**compared** 24:4
**complaining** 17:19
**completed** 7:20
**compromised** 22:14
**compromises** 21:1
**computers** 16:5
**concern** 20:5
**concerned** 29:6
**concerns** 29:17
**conclusion** 10:8
16:13
**conducted** 4:9 6:8
**confined** 6:24
**congressional** 14:6
**Congresswoman**
15:9

**connected** 25:18,18
27:5
**connection** 25:19
**Consent** 5:11
**considering** 9:5
**consistent** 29:23
**continue** 5:18,19
**contrary** 11:11
**contrast** 29:10
**Coronavirus** 6:24
**correct** 21:17 31:5
**correspondent** 4:10
6:9
**could** 12:20 22:17
29:16
**couldn't** 18:10
**counsel** 30:15
**count** 4:3,24 13:9
17:7 18:8 20:7,12
21:14 25:5
**counted** 3:10 13:20
**counter** 15:24
**counters** 21:15
**counties** 4:13,24 6:8
6:11,18 7:11,16
20:13,17,19,20,24
**counting** 10:14 13:5
13:6,15,23 14:8
17:10 20:10 21:16
**country** 3:14 8:18
11:10 12:12 13:15
14:17,18 18:3
**county** 2:18 5:4 6:1
6:3,13,15 7:2 8:2
8:9 9:9,10 14:14
17:8 23:16,19,23
24:15 25:14 27:3
32:4
**course** 22:9 25:8
30:13
**court** 1:24 3:19,20
10:4,8,16 11:2,2
11:17,23 24:22
25:1,8 31:24
**courtroom** 8:18
**courts** 11:17
**covers** 9:10
**crashes** 26:7
**credit** 10:22,22
**criteria** 9:19
**CUOMO** 26:17
**custody** 29:24

**D**

**Dane** 6:13 7:11
**date** 3:24

**day** 23:20 26:10 28:22
**days** 2:7 9:7 21:2
**dead** 23:2,11 25:6 27:10
**deadline** 4:15
**deadly** 30:8
**deal** 29:13,13,14
**December** 7:21
**decertified** 9:11
**decide** 9:7
**decision** 11:7,13 28:11
**decisions** 10:11
**Decree** 5:12
**decrying** 15:4
**defense** 22:20
**Dekalb** 6:1
**delay** 17:7,10
**Dem** 26:14
**Democrat** 9:11 10:17 28:8 29:1
**Democratic** 6:12 10:23 15:1 16:19 29:11
**Democrats** 3:11 8:8 9:20 10:15 11:14 27:11,15 28:12 30:5
**Dems** 8:3
**denied** 14:23
**dense** 6:12
**described** 17:12
**design** 26:8
**Despite** 28:13
**detail** 14:16
**detailing** 25:22
**Detroit** 22:3,4 25:17 25:21 26:11 29:3 31:9
**development** 10:2
**developments** 2:2,9 25:14
**did** 6:16 14:3,4,9 17:17 19:7 21:14 21:15 25:19 30:2
**didn't** 27:21
**different** 11:6 31:10
**digital** 3:12
**digitally-recorded** 32:13
**diligence** 15:16
**direct** 29:22
**direction** 16:16 31:22
**director** 5:5 7:7

**disappointed** 21:3
**discovered** 4:23 19:4
**discovery** 2:10
**discrepancies** 5:3 28:14
**discussing** 30:24
**disenfranchises** 31:12
**disingenuous** 12:7
**dismiss** 26:15
**district** 9:15 14:12 31:6
**do** 4:19 9:16 10:12 11:3 13:18 15:16 16:18 17:17 20:12 24:17,22 32:16
**DOBBS** 1:4 2:1,23 3:16 6:4 7:22 9:2 9:22 10:1 11:6,16 11:20,22 12:2,4,6 12:9 14:10,21 15:4,10 16:3,7,10 16:22 19:18 21:4 21:21 24:1,16 25:4,12 26:1 27:2 28:4,7 30:7,11 32:1
**DOBBS:--** 12:18
**does** 3:5 27:22
**doesn't** 11:4,12 12:7
**doing** 21:23 27:17
**Dominion** 3:12 12:15,17 13:6,20 13:23 14:22 15:17 18:9,15,23 19:9 20:5 21:9 22:2 25:17 27:5
**don't** 10:6,18 13:17 14:13 16:15 21:16 21:17
**Donald** 13:7 23:9 23:18 25:11 30:14
**done** 5:8 14:18 18:21 19:7 21:5
**Dow** 26:2
**down** 8:6 15:7,20 17:14 21:11 26:2 26:3,4 28:11
**dropped** 4:21
**due** 6:24 15:16 22:15
**dumb** 11:9
**during** 4:23 12:24 13:8 21:14 28:24
**duty** 29:7

**E**
**earlier** 5:7,23 20:5
**earnest** 30:12
**easily** 9:18,21
**eerily** 13:1
**effective** 2:4 20:1
**effects** 2:5
**effort** 30:15
**egregious** 2:19
**either** 16:13 30:5,6
**elated** 20:7
**election** 2:22 3:1,7,8 8:17,23 9:21 12:24 13:4 14:5,9 17:8,10 18:6,13 18:21 20:8 21:24 23:21,22,24 26:11 27:3 29:24 30:4 30:13 31:15,17
**election's** 5:5
**elections** 3:9 9:10 14:2,3 20:18,21 21:13 31:1,2,18
**electoral** 25:1
**electors** 24:24 25:2
**electrical** 17:20
**electronic** 29:21
**electronically** 13:3 22:14
**else** 19:16
**emergency** 2:6
**emotional** 17:24
**emotions** 17:22,24
**employee** 32:17
**en** 10:15
**encapsulated** 19:10
**end** 29:20
**ends** 7:17
**enemy** 14:18
**engineer** 25:24
**enough** 5:1 7:4 23:22,23
**entire** 25:15
**envelope** 3:23
**erroneously** 6:1
**error** 5:3
**errors** 30:24 31:1
**establishing** 20:2
**establishment** 31:20
**estimated** 7:15
**Evans** 7:6
**even** 2:20 5:6,9 11:11 19:6
**evening** 2:1 8:20
**evening's** 2:24
**event** 8:5

**events** 12:19 13:1
**ever** 12:22 30:1
**every** 4:16
**everybody** 2:1
**everybody's** 29:17 31:21
**everything** 15:12
**evidence** 30:21,22
**exactly** 12:4 17:13
**exaggerated** 17:12 17:13,16
**Except** 9:13
**exchanges** 17:11
**expected** 6:15
**expertise** 14:2
**explain** 6:8
**explaining** 15:12
**explanation** 8:9
**eyewitness** 8:10

**F**
**FAA** 26:5,8
**fact** 11:11 14:16 19:1 28:18 30:4 30:23
**factually** 31:4
**failed** 4:24
**fair** 3:1 8:17,23
**fake** 29:19
**far** 24:14,14
**far-left** 15:17,21
**fare-thee-well** 14:5
**Farm** 17:10
**fatally** 20:23
**favor** 2:11 6:15 7:18 13:12
**favorable** 16:24
**Favorito** 3:9 17:4 18:5,18 20:3 21:7 21:23
**FDA** 2:6
**federal** 8:22
**feel** 20:23
**feet** 11:4
**few** 9:7
**fewer** 31:2
**fifth** 9:15 24:3
**fight** 2:2 3:1 8:23
**fighting** 8:16
**filed** 3:5,8 22:10 25:21 32:2
**filer** 22:18
**files** 22:5
**filing** 6:6
**fill** 19:12
**filled** 6:19

**final** 26:3
**finally** 11:1 20:9
**financially** 32:18
**find** 29:22
**finding** 5:21 29:6
**Finn** 4:10,12 5:23 6:5
**first** 8:16 10:16 18:14,18 27:8 29:7,15 31:22
**five** 9:9,20 11:2,14 13:5
**fix** 14:2
**fixing** 14:1
**flawed** 20:16,23
**flipped** 8:7
**Floyd** 5:4
**fly** 26:6
**Flynn's** 22:20
**focus** 3:13
**follow** 5:19,19
**following** 25:13
**for** 2:6,7,9 3:1,16 4:8,11,20 5:4 6:6 7:7,14,15 8:16,23 10:20 12:8,24 14:1,24 16:1,23 17:1,5,9,21 18:4,8 18:19,21,24 19:1 19:2,3,16,21,23 21:23 22:3,18 23:15,17,24 24:21 25:16 27:13 28:6 28:19 29:2,3,12 31:5,9,9,22 32:1,5 32:5,6
**foregoing** 32:12
**foreign** 14:17,17
**former** 8:21 27:6
**forward** 23:15 24:18
**forwardly** 25:4
**found** 2:16 5:10,21 14:14
**founded** 13:24 15:13
**four** 4:24 21:2
**Fox** 1:4 4:9 6:9
**fraud** 2:20 3:4,8 12:12 15:6 17:2 17:20 21:24 22:24 23:1,5,10,13 27:24 30:23 32:3
**fraudulent** 5:9,20
**free** 3:1 8:16,23
**Friday** 4:19 7:20

friends 14:18
from 2:3 3:3,22 4:22
  5:7 7:23 15:9
  20:21,22 23:13
  29:1 31:18,19
fueled 5:6
fulfilled 29:7
full 30:2
fully 30:3
Fulton 17:8
fun 10:20
fundamentally
  20:16
further 8:9 32:16

_____
    G
gained 5:21
gains 4:2
games 10:21
Garland 3:9 17:4
  18:5,8,11,13,18
  20:3 21:4,7,21,22
General 22:19
Georgia 2:16 3:10
  4:2,12,21 5:8,12
  5:14 17:2 18:6,9
  18:16,17 19:17
  21:6
Georgia's 5:2 17:6
  17:18
Germany 13:22
get 7:19 12:22 16:11
  17:23 19:13 20:9
  21:5
getting 12:9 31:16
  31:20
Giuliani 3:8 14,21
  9:1,4,23 10:10
  11:8,18,21 12:1,3
  12:5,7,17 13:17
  14:11 15:3,8 16:4
  16:8,12,22,23
GIULIANI:-- 15:11
give 18:13,14 19:23
  24:4
given 6:2 9:6 12:14
  19:22 25:5
glad 20:4
go 14:6 19:11 28:2
goes 29:20
going 5:18 10:4
  16:7,10,12,15,20
  18:15 20:17,24
  21:8,10,18 28:6
  29:22
gonna 13:19 16:18

16:19,19 19:4
  21:9
good 2:1 9:1 20:12
  23:22,23 27:7,12
got 5:24 7:1 12:3
  14:13 15:21 21:4
  22:3 23:6 27:15
  27:15 29:10
governor 5:11
  15:15
grassroots 31:21
great 8:23 14:15,16
  18:14,20 20:3
  21:22 22:20 24:7
grossly 16:14
ground 3:4
grounded 26:5,6
grounding 26:8
grounds 2:14
grow 18:1
guess 11:13,15 31:4
guest 8:16 25:20
guests 2:23 3:2,7

_____
    H
hacked 18:11
hacks 10:12
had 4:24 9:8,8 10:1
  13:20 18:3 19:7
  23:14,22 26:6,21
  31:2,6,18
halted 22:22
hand 4:2 20:1,7,12
handwritten 3:24
happened 8:11
  12:18 13:2,4
  20:11 22:4 27:11
  29:5 31:14
happy 29:14
harassed 8:2
hard 19:20
Harris 7:7
Harrisburg 8:19
has 2:5 4:10,16 5:13
  5:21 8:16 10:23
  11:16 12:14 14:19
  18:8 22:1,10 23:7
  32:2
have 2:8,17 3:8,18
  3:22 4:5 5:9,20
  8:10,24 9:13,16
  10:6,7,11,14,18
  10:23,24 11:3
  14:17,17,24 15:18
  15:21 16:2,7,10
  16:13 18:12,23

19:9 21:17,23
  22:20 23:1,4,12
  23:15,15 24:9,21
  24:22 25:2 26:9
  26:17 27:7 29:16
  29:17 30:19 31:6
  31:9 32:3
having 18:19 19:23
  27:13,13
he 3:2 5:21 8:18
  9:14 17:14 19:7
  20:13,22 22:1
  27:4 32:2
he'll 9:6
he's 4:9 9:6 18:5
  20:17,24 22:3
  25:21,22
hear 10:4
heard 3:19 29:1
held 31:11
helped 5:15
her 10:21 29:7
here 4:13,16,20,21
  5:15 6:8 8:12
  16:10,11 21:11,24
  24:23 25:17
here's 5:16 31:12
hey 29:12
high-level 15:22
highlighting 27:18
  27:20
highly 17:12,16
Hill 17:20
him 24:22 30:15,15
his 7:7 8:13 16:24
  17:4,20 19:6
  20:14
holding 29:2
holds 6:12
home 6:13,14
homes 6:24
honor 18:20
hour 3:15 8:19
hours 13:8 17:1
House 2:7 17:6
how 11:14,14 14:2
  14:14 16:18 17:13
  20:1 24:5
However 20:10
huge 21:11
human 5:3

_____
    I
I 7:23 9:23 11:13
  12:12,22 13:17,18
  14:16 15:12 16:5

16:12 17:23 18:2
  18:11,11 19:15,19
  20:23 21:8,18
  24:2 27:10 28:18
  28:20,23,24 29:1
  29:5,14 30:8,12
  30:16 31:4,5,6
  32:12,16,16,18
I'm 9:4 20:4 25:24
  28:7 31:15
I've 28:17 31:13
ID 7:1
identified 9:17,18
  23:4,13 24:12
if 9:18 11:13 12:20
  12:22 13:17 16:15
  23:1,21 26:23,24
  27:22,24 28:1
  29:4,18 30:2,5
  31:16
illegal 10:3
illegally 6:18
imagine 15:20
immediately 14:20
impacts 31:11
impasse 28:11
important 27:22
impossible 19:21
improperly 9:16,17
in 2:2,11,13,16,18
  2:18,22 3:4,8,12
  3:17,18 4:2,8,10
  4:13,20,21 5:4,10
  5:12,15,21 6:1,6,8
  6:17,19 7:8,10,11
  7:13,16,18,24 8:1
  8:17,18,18 9:3,4,5
  9:9,10,14,22 10:2
  10:5,17,24 11:3,5
  11:10,11,12,17
  12:18,19,23 13:3
  13:4,4,5,7,12,12
  13:14,14,14,19,24
  14:1,3,4,5,13,15
  14:15,17,23 15:1
  15:4,7,11,13,14
  16:5,16 17:2,3,7
  17:10,15,15,20
  18:16,17,22 19:1
  19:10,11,14,16,19
  20:1,6,7,18 21:6
  21:12,24 22:2,4,4
  22:5,11,12,18
  23:12 24:1,13,23
  24:24 25:10,14,17
  25:21 26:2,8,11

16:12 17:23 18:2
  18:11,11 19:15,19
  20:23 21:8,18
  24:2 27:10 28:18
  28:20,23,24 29:1
  29:5,14 30:8,12
  30:16 31:4,5,6
  32:12,16,16,18
  [continued in next column — see above]

26:20 27:3 28:6
  28:12 29:9,10
  30:12,17,20,23
  31:1,2,4,6,13,13
  31:14,22 32:4,14
  32:18
inaccurate 23:8,8
INC 1:24
including 25:6
indeed 8:17 12:11
  12:21 25:15 26:22
indefinitely 6:24
individual 19:21
inflated 17:4
information 6:19
inherently 22:13
initial 27:10
initially 8:1 17:8
insecure 16:4
insight 22:3
insists 4:13
inspection 11:12
instance 24:2
instances 23:4,11
  23:13,21 24:8,12
insult 12:11,12
integrity 2:22 18:1
  18:6,13,22 20:8
  31:15,17
intended 5:22
interested 28:8
  32:18
internet 25:18 27:6
intimidate 30:15
intimidated 8:2
  28:15
intimidating 29:4
intimidation 28:20
  30:12
into 20:14
invalid 3:9 21:10
  25:6 29:10
investigating 14:15
investigation 30:14
invitation 27:24
irony 5:20
irrational 11:9
irregular 25:6
irregularities 9:12
  9:13,15 18:17
  22:24 23:5,10,21
  24:1,5,14 26:16
  30:22 32:3
is 2:4 3:13 4:3,10
  5:8,8,10 6:3,4,9
  6:13,16,21 7:13

7:19 8:20 9:2,5,7
9:19 10:4,8,22
11:3,6,10,13
12:12,21,23 13:23
13:24 14:7,14,19
15:9,14,17 16:1
16:13,17 17:3,4
18:3,5,15 19:3,9
19:18,18,20 20:1
20:5,14,16,22
21:10,14,19 22:17
22:18 23:16,19
24:16,22 25:9,10
26:18 27:2,6,14
27:17,22 29:5,8
29:23 30:7,8,10
30:21 31:1,13,23
32:12
issue 10:5 21:10,11
21:14 26:23 30:18
issued 6:20
it 8:6 9:18,20 10:2
10:21 11:4,11,14
12:15,21,22 13:23
14:3,4,11,13
15:20,21 17:9,13
19:19,20 20:1,6
20:22 22:24 23:5
23:23 25:8,8,13
26:19 27:10 28:9
28:14 29:3,13,14
29:15,20,20 30:3
30:5,10,12,20
31:3,8,11,11,12
31:23
it's 4:4,19 5:22
11:18,18,20,21,22
12:11,11 13:24
14:21,21 17:20,22
17:24 18:14,16,20
19:20,21,22 22:8
23:1 24:8 25:7,10
26:22 29:13,14
30:7,16 31:10,17
31:19,20
its 4:19

**J**

Jesse 3:5 22:6,17
23:3 24:7,19 25:7
25:12
jet 26:5
Jocelyn 26:15,19
30:19
Joe 4:2,21 6:2,15
7:9 13:13 17:2

25:2
joined 22:1
joining 8:20 15:1
18:5 22:17 27:2
joins 3:2 17:4 22:6
27:7
joke 5:8
judge 9:5 10:16
judges 10:11
judgment 19:24
jurisdictions 23:12
just 3:5 7:13,17
10:7 11:15 14:16
15:12 17:13 19:4
19:17 24:3 27:21
29:19
Justice 11:23,24
12:2
justified 30:3

**K**

KAYLEIGH 2:15
key 2:14 3:4 31:23
killed 26:7
kind 10:11 15:16
know 9:23 10:20
12:5,6 13:17
16:12 17:13 20:18
20:18 24:20 27:18
28:8 29:12,18
30:7
known 16:1,1
knows 31:16

**L**

lack 22:15
Las 9:10 23:16
last 16:11 17:1,11
18:22 26:6,15
late 2:3
later 21:24
latest 3:3
laughing 11:22
law 4:1 5:19 10:13
11:8,11
lawsuit 3:6 22:5,11
22:18,21
lawsuits 25:14
lead 4:21 5:1
leading 8:22
leak 17:12
leaky 17:14
least 4:4
leaves 26:24
left 16:19,21
legal 2:9,12 3:18

22:20
legally 16:24
Legislature 5:12
less 7:13,18 30:24
let 11:3 18:18
let's 8:24,24 22:21
27:8
letter 15:11
letters 15:1
Libertarian 31:19
like 10:12,24 12:10
21:16 23:1,11
24:12 27:1
liner 26:6
listen 26:9
little 7:18 12:10
28:24
live 8:4
livelihood 28:22,23
lives 28:21,23
local 24:2
lock 27:10
long 11:4
longer 8:7 30:7
look 14:7 21:16
looked 4:17 21:15
looking 21:9,18
looks 22:24
loss 26:2
lot 5:24 22:1 24:8
24:14
Lou 1:4 2:1,23 3:16
4:12 6:3,4 7:21,22
9:2,22 10:1,10
11:6,13,16,20,22
12:2,4,6,9,18
13:17 14:10,21
15:4,8,10 16:3,7
16:10,22 18:24
19:18 20:4,18
21:4,7,21 23:3
24:1,16 25:4,12
26:1 27:2,13 28:4
28:7 30:7,11 32:1
Loudobbsshop.com
22:8,8
lower 26:2

**M**

machines 18:9,10
18:24 19:1,9,9
20:10 22:2,13
25:17 27:5
made 11:22 20:15
26:9
Madison 6:14

Maduro 14:19
mail 11:12
mail-in 3:21
main 6:8
make 23:5 29:8,14
makes 8:12
making 4:2 11:5,5
malicious 22:15
Maloney 15:9
malware 20:6
Manhattan 15:9
manipulation 15:5
many 3:13 9:17,17
11:14,15
masse 10:16
match 26:12
matching 5:10
Matt 4:10,11,12
5:23 6:4,5
matter 11:4 30:4
32:14
Max 26:5
may 10:12 20:6,6
30:19
maybe 9:14 14:12
Mayor 8:21
McENANY 2:15
me 18:18,19 20:4
27:13 31:5 32:14
mean 14:16 30:8
meaning 10:23
mechanism 21:3
media 23:7
meeting 8:5 28:24
member 9:9 22:19
members 8:1
mentioned 20:4
mere 14:16
messed 14:4
Michael 22:19
Michigan 2:18 3:11
6:7 7:23,24 9:24
27:4,6 30:18
Michigan's 26:14
midnight 4:3
Mike 6:9,9,10 7:22
million 7:14,15
Milwaukee 6:15 7:2
7:11
mind 16:15
minor 30:23
minority 7:5
minutes 26:3
misconduct 2:19 5:6
mismatch 26:18
missing 4:5 6:19

momento 19:23
Monica 27:17 29:6
29:15 30:1
months 18:8,24
more 2:1 3:14,21
4:10,24 5:6 8:14
14:22 17:5 21:23
24:14
morning 7:20 13:8
13:11
most 16:4 24:19
25:10 26:2
motivate 17:22
motivated 21:13
move 2:11 8:12
24:17
moved 26:1
moving 28:12
Mr 16:17
much 3:14 6:4,5
7:22 8:5 16:23
21:21 23:1 25:13
25:16 27:13
multi-step 5:13
multiple 19:6 21:7
22:12 23:12
must 5:11 10:14
my 22:7 26:9 31:6

**N**

name 3:24 17:4
NASDAQ 26:3
Nate 7:6
nation 30:16
nationwide 30:12
nearly 2:13,17 4:16
26:19
need 2:21,21
needs 7:20
negligent 16:14
neither 32:16
network 18:20
26:10
Nevada 9:9 22:5,11
22:11,13,18 23:6
23:9,16 24:23,24
25:11,15
Nevada's 3:7
never 15:15
new 8:21 15:10 18:9
19:4 22:5,7,10
newly 4:14
news 4:9 6:9 22:10
next 9:7 13:11 17:2
22:4 25:17,20
night 14:9 17:10

26:15
**no** 2:5 8:6 11:24
   13:9 22:22 26:21
   28:2 29:13,13,24
   30:7,21,22
**none** 16:17
**nonsensical** 12:11
**nor** 19:16 32:16,17
**normal** 29:12
**north** 8:19
**not** 3:23 5:1 7:11,23
   10:20,20 13:22,23
   17:14 18:23 19:3
   19:14 20:6,9,10
   24:10 25:1 27:23
   29:4,19 30:3 31:7
   32:18
**notice** 14:13
**November** 1:6
   12:20 13:15
**now** 4:7,21 6:16
   8:22 9:2,4 11:10
   14:15 15:2 17:13
   18:5 20:17,22
   22:10 23:8 24:14
   26:18 27:2,19
   29:18
**number** 5:10,15
   14:3 24:13 26:12
   26:13,17 27:18
   29:3
**numbers** 4:14

――――――――
            **O**
**Obama** 12:2
**observe** 10:24
**observers** 2:20 10:5
   10:6
**Obviously** 28:18
**occurring** 12:23
   13:9
**occurs** 26:23
**of** 1:1,1 2:10,10,13
   2:13,15,17,20,23
   3:6,7,13,14,18,22
   4:1,4,6,8,12,15,18
   4:23 5:2,2,4,5,6,9
   5:13,16,20,21,24
   6:2,9,13,14,22 7:3
   7:17,19 8:4,4,4,5
   8:19,21 9:10,14
   9:15 10:5,8,10,11
   10:13,19 11:11,12
   11:22,23 12:10,13
   12:23,24 13:2,8
   13:12 14:1,3,15

14:18,18,23 15:5
   15:6,6,16,18,22
   15:23 16:16 17:7
   17:14,17,18,19
   18:2,6,15,15,16
   18:18 19:5,6,8,9
   19:17,22 20:11,13
   21:24 22:6,9,15
   22:18,19,23,23,23
   23:4,4,6,11,13,18
   23:20,21,22,24
   24:2,3,4,8,11,13
   25:5,8,14,15 26:2
   26:3,11,12,13,14
   26:17,20,20,21
   27:8,14,16,16,20
   28:9,10,13,16,18
   29:2,7,10,11,18
   29:20,23,23 30:4
   30:11,13,13,17,22
   31:7,10,11,14,14
   32:10,13,17,17
**off** 28:5
**off-line** 13:10
**office** 4:13,18 5:3,16
**official** 7:8
**officials** 17:8,12
   24:15 26:11
**often** 26:23
**Oh** 12:1,3
**okay** 29:12 30:19
**old** 14:9 31:6
**on** 2:23 3:6,23 4:2,7
   4:14,19 9:7,12
   10:21 12:20 13:15
   14:8 17:5 18:12
   18:15,20,21 21:2
   22:3 23:20 26:1,4
   26:10,15 27:11,13
   27:16 28:9 30:3
   30:18 32:3
**once** 4:18 21:19
   23:9
**one** 2:18 3:18 7:3
   9:15 12:13 15:6
   16:16 17:22 19:8
   22:5 23:18,20
   29:11,20 31:12
**ones** 24:12,24
**ongoing** 4:23
**online** 5:24
**only** 9:13,14 11:10
   16:5,15
**open** 5:11
**operating** 8:7
**opposing** 13:13

**or** 3:24 10:22 16:14
   20:6,9,10 21:2
   26:24 27:1
**order** 29:9
**ordered** 20:12
**ordering** 20:7
**organization** 18:7
**other** 4:6 11:1 16:17
   18:20 21:10 23:5
   23:18,19
**others** 8:14
**ought** 18:1
**our** 2:22,23 3:2,7
   5:19 8:16 13:19
   25:20 28:7 31:20
   31:21
**out** 8:13 10:3,15
   11:22 14:14,23
   18:11 19:12,13
   21:6 23:6,9,11,20
   24:9,21 26:20
   27:19 29:22 30:2
   30:16
**outcome** 5:2 25:5
**outer** 3:23
**outraged** 13:19
**outrageous** 14:19
   14:21,22 31:14
**outside** 13:21
**over** 4:17 7:13
   16:24 18:22 24:13
   25:19
**overall** 22:16
**overcome** 28:11
**overnight** 13:15
**overthrow** 30:15
**overturn** 3:6 9:21
**overturn--** 9:21

――――――――
            **P**
**pages** 2:17
**paint** 7:4
**Palmer** 27:17 29:6
**pandemic** 2:3
**panel** 10:22
**paper** 19:13,22
   29:21
**papers** 9:6
**part** 4:15 7:8
**partial** 6:6
**parties** 22:15 32:17
**past** 31:1
**Patrick** 3:10 22:1
   25:20 27:2,8,12
   28:5,17 30:10
   31:3 32:1,2,4

**pattern** 2:13 11:17
**Pennsylvania** 3:3
   3:17,19 8:17,19
   9:3,5,22 10:5,13
   11:10
**people** 12:9 13:18
   15:18,22 17:23,23
   18:4 21:13 23:2
   23:11,12,15 24:9
   26:7 31:19
**people's** 17:22 25:6
**per** 7:17 14:12
**percent** 31:1
**perhaps** 26:24
**person** 29:5
**pertained** 24:5
**pertains** 12:15
**Pfizer** 2:5
**Pfizer's** 2:3
**Philadelphia** 3:22
   10:17
**physical** 22:15 27:9
**pick** 16:5
**picked** 16:14
**picking** 16:24
**piece** 19:22
**pipe** 17:9
**pitch** 27:19
**place** 6:11 12:19
   32:4
**plain** 12:23
**plane** 26:6,9
**plans** 2:5
**play** 10:20 17:23
**playing** 17:21 18:2
   18:16 30:6,8
**please** 12:1,3,20
   17:6 21:6 30:19
**pledged** 25:2
**PM** 4:15
**point** 6:4 9:18 10:19
   18:11 23:8
**pointed** 23:11 24:9
**pointing** 30:2
**points** 26:2
**political** 10:10,12
**politically** 21:13
**politics** 30:6,8
**poll** 2:19 6:18 25:21
**polls** 26:14
**population** 6:12 7:5
**positive** 2:2,9 10:1,5
**possible** 21:12
**possibly** 15:20
**precinct** 27:22
**precincts** 20:19

26:12,17,20 27:21
   29:10 31:8
**predecessors** 19:6
**preparing** 3:18
**present** 10:7,15,18
   10:23 13:14 31:7
**President** 2:8,12,24
   3:1 4:1,6 5:7
   12:24 16:23 17:19
   23:24 24:20,23
**President's** 2:11 3:3
   3:17 4:5 5:15,17
   8:21
**presidential** 13:3
   24:4,6
**pretty** 9:21 23:1
**previous** 31:2
**previously** 2:10 4:4
**primary** 31:4
**problem** 26:21
**problems** 2:13
   24:11
**proceedings** 8:11
   28:10 32:13
**process** 8:4 14:15
   20:16 24:11
**processes** 5:19
**produced** 4:4
**produces** 2:5
**program** 20:23
**pronounced** 13:12
**properly** 23:17
   24:10
**proposed** 29:17
   30:3
**prosecutor** 8:22
**protest** 5:9
**provided** 32:13
**public** 28:6
**purpose** 14:1
**pushing** 2:19
**put** 12:20 20:13
   30:17

――――――――
            **Q**
**QR** 19:10,21
**question** 17:16 20:3
   24:8 27:12
**questions** 2:21
**quick** 16:11 23:7
**quit** 18:3
**quite** 11:6

――――――――
            **R**
**race** 5:2 23:17 24:2
**races** 23:20

**racism** 29:2
**racist** 8:3
**radical** 8:3 15:17,21
  16:20 26:14
**radicals** 16:21
**radio** 26:10
**Raffensberger**
  20:11
**Raffensperger** 4:8
  5:18 17:18
**read** 19:15,15,20,21
**reading** 7:8
**reaffirmed** 7:9
**real** 2:21 5:10 21:16
  29:19
**reality** 24:13
**really** 17:21 23:16
  23:18 29:18
**reason** 31:9
**recognize** 24:23
  25:10
**reconcile** 27:21,23
**record** 14:6,24 28:6
**RECORDING** 1:1
**recount** 4:9,20 5:8
  6:6,7,11 7:15,17
  7:19 19:3,23,24
  20:1 27:23
**recounted** 4:14
**recounting** 7:11
**recounts** 2:9
**referred** 19:19
**refused** 8:1
**regards** 18:22
**registered** 7:16
**rejected** 29:15
**related** 17:15
**relative** 32:16
**released** 7:7 17:11
**reliability** 15:4
**remedy** 24:16 25:8
  25:9
**reminder** 22:7
**reminiscent** 13:2
**repeatedly** 31:19
**replaced** 9:11
**report** 20:20 23:7
**REPORTERS** 1:24
**reporting** 6:5 7:23
  13:9,11
**reports** 26:10 28:14
  28:16 29:8
**represent** 24:24
**Republican** 4:7
  7:24 8:7 9:12 28:9
**Republicans** 4:6

10:14 11:15 15:2
  15:19 27:11,15
  28:12 31:20,21
**requesting** 6:21
**required** 4:1
**requirements** 7:1
**resignation** 5:5
**resistance** 8:13
**resolved** 28:10
**resounding** 7:9
**responded** 7:2
**responding** 5:16
  15:7
**rest** 31:7
**result** 23:6
**results** 2:3 3:7 7:9
  7:12 8:1 20:14,17
  20:19,20,21 21:1
  22:22 29:24
**resumed** 13:11
**reversed** 20:22
**reversing** 25:4
**ridiculous** 10:19
  11:9,13
**right** 8:15 15:3,3,10
  17:5 22:9 23:4
  24:14 25:22 27:19
  32:6,6
**role** 18:16
**rolling** 31:22
**room** 11:3,5
**rubber** 29:20
**Rudy** 3:2 8:14,20
  8:23 9:1,4,23
  10:10 11:8,18,21
  12:1,3,5,7,17
  13:17 14:11 15:3
  15:8,11 16:3,4,7,8
  16:12,22,23 17:1
**rules** 31:10
**running** 9:14

_____
              **S**
**S&P** 26:3
**safe** 26:9
**safeguards** 6:22
**said** 6:3 10:17,23
  11:23 15:12 18:8
  21:16 26:18 29:11
  29:11 30:18
**Salem** 26:10
**same** 9:13,19 11:5
  24:8 31:22
**saw** 12:18
**say** 6:23 16:12 18:2
  22:2,17 26:11

29:5
**saying** 5:24 22:12
**says** 3:9 5:3,13
  10:13 12:22 17:2
  26:8
**scenario** 30:20
**scheduled** 4:3 7:19
**screen** 19:12
**seconds** 21:5,6
**Secretaries** 15:6
  19:6
**Secretary** 4:8,12,18
  5:2,4,12,16 17:6
  17:18 18:2 19:5
  20:11 26:14 30:17
**security** 22:16,16
**see** 7:4 10:18,24
  18:14 20:9 21:11
  21:22 31:23
**seeing** 31:15
**seeking** 29:16
**seemed** 10:7
**seems** 22:24
**seen** 11:17 25:22
  31:13
**selective** 7:10
**Senate** 31:6
**Senator** 27:7
**Senators** 15:1
**send** 25:19
**sending** 15:1
**sense** 18:14 24:4
**sent** 13:21,22,22
**separate** 7:3
**serious** 2:5
**seriously** 28:24
**set** 4:19 25:2 31:10
**Seventy-one** 31:1
**share** 12:13,21
**shares** 26:7
**she** 27:17,20 29:17
  30:18
**shocking** 22:15
**short** 6:2
**shortly** 21:18
**should** 17:21 21:5
  25:1 30:1
**shouldn't** 15:12
  26:22 29:13 30:5
**show** 2:4 18:21
  23:17,22,24 28:19
**shows** 26:24
**shrink** 5:1
**shut** 17:14
**shutting** 15:7
**shy** 7:17

**side** 2:5
**sight** 12:23
**signature** 3:23 5:13
**signatures** 5:10
  9:16,17 24:10
**signed** 15:15 26:13
  27:4
**significant** 9:8,8
  28:20
**significantly** 13:7
  13:10
**similar** 12:19
**simply** 10:7 23:7
  28:15 30:23
**since** 15:20 26:6
**sit** 27:16
**slow** 12:10
**Smartmatic** 13:2,24
  14:22 16:17
**so** 3:13 5:22 6:4
  7:16 9:6,12 10:15
  10:21 11:12 14:13
  15:21 16:18 18:20
  18:22 19:3,11,17
  19:18,23 20:3,4,6
  21:1,2,5,21 23:7
  24:16,21 25:4,5
  25:15 27:24 29:17
  31:4,8
**so-called** 20:1
**software** 3:12 13:2,6
  20:6 21:9 26:8
**some** 9:8 15:17,22
  16:24 19:19 20:5
  21:8 22:3 31:9
**something** 13:10
  19:7 27:1 29:16
**Soros** 16:18
**Spain** 13:23
**SPEAKER** 25:24
**speaking** 17:17
**special** 30:14
**specialty** 15:14
**specific** 14:1 23:13
**specifically** 30:18
**spent** 21:2
**spin** 17:23
**spinners** 17:21
**split** 7:12 27:14
  28:8
**spoiled** 27:1
**spot** 31:13
**stage** 2:3
**stamp** 29:20
**standing** 32:5
**start** 8:24 18:1

22:21
**starting** 27:19
**state** 3:9,19 4:7,8,13
  4:18,21 5:4,13,13
  5:15 6:7 11:10
  14:23 15:6 17:3
  17:10,18,20 18:2
  18:15 19:5,6,16
  20:11,20 25:15
  26:14 27:6 30:17
**state's** 4:2,12,18 5:3
  5:16
**State,investigating**
  17:7
**statement** 7:8
**states** 2:14 3:5 11:1
  12:20 13:1,4,5,19
  13:21 14:19 15:7
  22:12 23:24
**statewide** 4:16
**statute** 11:8
**Stay** 8:15 17:6 22:9
  25:23 32:6
**step** 9:7
**sticks** 7:4
**still** 8:11 28:22 31:5
**stock** 11:22
**stocks** 26:1
**stolen** 31:18
**stop** 14:19
**stopped** 13:5,7
  14:11
**straight** 25:4
**straightened** 21:6
**stream** 8:4 28:10
**Street** 26:1
**strife** 31:10
**strong** 6:12
**strongly** 24:21
**stuff** 27:24 28:1
  30:8
**stupid** 11:9
**submit** 4:14
**subtly** 14:12
**suburban** 17:7
**subversion** 31:14,17
**such** 11:24 24:9,9
**suddenly** 8:6
**suggested** 7:23
**suggestion** 10:6
**support** 2:11 25:2
  28:19
**supporter** 31:18
**supporters** 24:21
  31:15
**supportive** 15:23

Supreme 3:19 10:4
11:1,2,23
sure 28:7 29:8
susceptible 22:14
swayed 7:18
swing 3:9
switched 14:12
sworn 2:17 3:8 27:4
32:2
system 2:22 5:14
15:5 19:13 20:14
20:14,16 29:18
system's 5:22

**T**

tab 7:15
table 28:5
tabulator 28:1
tainted 22:17
take 3:20 6:11 8:10
8:14 9:6 10:9 23:9
25:20 27:10 28:2
28:23
taken 15:20 28:11
32:4
taking 2:8,24
talked 9:23 18:12
28:17
talking 6:10
tally 4:6 17:3
Tanzania 11:11
team 4:17 22:20
technically 31:3
tell 8:11 20:17,19,24
28:16,20
Telling 17:20
ten 14:12
terrible 11:18,19,21
14:7
Texas 14:23
text 17:11
than 3:21 4:24 7:13
7:18 16:17 23:18
24:14 31:1,2
thank 6:5 7:22
16:22 21:21 25:12
25:15 27:13 32:1
32:5,5
thanks 17:1 18:19
21:23
that 2:11,11,16,21
3:13,14 4:13 5:21
5:24,24 6:1,2,3,17
6:20,23 7:1 8:6,10
8:14 9:6,13,17,18
9:20 10:4,6,7,8,8

10:13,22 11:2,16
12:14,19 13:5,6
13:13,20,24 14:6
14:8,16 15:5,13
15:19,23 17:3,9
17:14,17,21,23
18:3,8,11,19 19:4
19:4,7,8,10,10,14
19:20,22 20:6,8
20:13,15,16 21:1
21:1,11,12,15,15
22:4,13,18 23:5,6
23:6,6,8,9,13,15
23:15,17,22 24:2
24:8,12,12,20,23
24:24 25:2,5,8,9
25:11,19,20 26:2
26:7,17,20,23
27:1,15,16,17,18
27:18,19,20,21
28:8,8,14,23 29:3
29:4,5,7,8,9,10,15
29:16,18,20,22
30:2,4,8,19,20
31:6,7,10,13,20
32:3,12,16,18
that's 10:4,18 14:2
14:8 16:20 17:16
18:7 19:17 20:3
21:10,18 22:4
23:3 24:7 25:9
27:12,23 29:5,12
29:12 30:1 31:4
the 1:1 2:2,2,6,7,7
2:10,11,12,14 3:3
3:3,6,12,13,14,16
3:17,19,19,20 4:2
4:5,6,7,8,9,13,15
4:15,17,18,19,23
5:2,2,3,4,4,5,5,7,7
5:10,11,12,13,14
5:15,16,19,20,21
5:22,22 6:2,5,7,10
6:11,13,14,14,16
6:19,22 7:2,2,4,5
7:7,8,12,14,15,16
7:18,19,19,21 8:4
8:4,5,7,8,8,10,13
8:17,21,22 9:3,5,5
9:6,7,11,13,15,15
9:16,18,18,19,19
9:21 10:3,5,6,7,8
10:10,11,12,13,16
10:19,24 11:1,2,3
11:5,8,8,10,10,11
11:16,23,23 12:9

12:13,13,19,19,21
12:22,24 13:1,3,4
13:5,6,7,8,8,9,10
13:11,12,21,23
14:1,8,15,16,18
14:21,23 15:4,5,6
15:8,15,16,18,24
16:4,11,13,16,23
17:1,5,5,5,10,15
17:16,20,21 18:2
18:8,15,16,20,22
19:5,7,8,9,11,12
19:13,14,16,17,18
19:24 20:2,5,7,11
20:12,13,17,18,19
20:20,20,20,21,21
20:21,22,24 21:3
21:3,9,9,12,14,14
21:17,19,19 22:5
22:6,6,7,10,12,18
22:19,21,22,23
23:6,7,8,10,10,18
23:19,19,20,24
24:1,2,2,3,4,5,8
24:13,14,19,22,24
24:24 25:1,2,5,5,5
25:7,9,11,13,14
25:15,18 26:2,2,3
26:3,4,5,5,6,8,9
26:10,12,13,13,17
26:21 27:5,8,8,9,9
27:10,11,14,16,20
27:24 28:1,5,6,9
28:10,10,11,12,12
28:13,14,16,18,18
28:24 29:5,8,10
29:11,15,18,20,21
29:21,23,24 30:4
30:11,11,13,14,16
30:17,20,21 31:4
31:13,22,22,22,23
32:3,12,13,17,18
their 2:4 3:18,23 4:7
4:14 6:24 10:22
14:2,9 15:14,18
15:22 17:24 20:13
20:17,19,24 24:11
28:21,22,23,23
31:8
them 7:1 9:14 10:3
14:14,23 15:7,15
16:6,14 25:19
27:23 28:19 29:2
29:9 31:19
themselves 6:19
then 4:20 10:21

13:8 17:11 19:12
20:1,13,15 21:19
26:22 30:14,24
there 2:8,15,20 5:23
5:24 6:17 7:6,15
9:16 10:19,20,20
13:8,11 20:5
24:21 26:12 27:9
27:19,20 28:6,19
28:19,20,21 29:22
30:17,21,22 31:7
32:4
there's 11:24 14:6
21:8 27:1 28:2,21
28:22 29:24
these 6:16 7:5,12,16
10:14 18:24 19:1
19:8 20:9 21:15
21:16 22:21,23
23:10 31:23
they 3:20 6:16,21
6:23 8:2,2,3 10:6
10:12,24 11:3
12:6 13:18 14:3,4
14:4,9,11,11,13
14:24,24 16:8,19
16:20 17:13,15,17
17:24 18:10 19:9
21:15,17 22:16
24:5 25:18,19
26:22 28:14,19
29:9,15,19 30:1,3
30:5,6,23 31:2,7,9
31:10
they're 13:19,21,22
13:22 15:24 16:15
16:18,19,20 21:8
27:19 28:5
they've 15:20 24:12
31:18
thing 5:20 11:24
15:8 17:22 19:4,8
20:12 24:20,22
things 7:3 10:11
15:19 19:8 21:5,7
23:19
think 13:18 16:5,18
21:8 24:19 25:10
30:12
thinks 25:9
this 2:23 3:15 4:20
5:15,20 6:4,9 8:20
10:12 11:12 12:12
12:12,20,22,24
13:14,18 14:7,15
14:17 15:13 16:5

18:7,12,13 19:3
19:23,24,24 20:23
21:1,24 23:17,21
24:17 25:10 27:22
28:22 30:7,8,18
30:20 31:13,14
32:14,17
THOMPSON 1:24
those 3:22 5:21 6:17
9:12 17:12 22:2
24:5 26:16 28:1,2
28:13,16
though 5:9
thoughts 13:16
thousand 11:4
thousands 2:10 4:22
5:9 23:4
threatened 8:3
28:15
threats 28:21,21,22
30:11
three 2:15 4:4 21:2
26:10
threw 23:20
through 29:21
31:23,23
throwing 7:3
thrown 10:15 21:12
time 13:6 21:22
29:14,15 31:10,22
times 14:3 26:10,23
tired 12:10
to 2:5,17,21 3:6,11
3:18,21 4:3,5,14
4:17,19,22,24 5:1
5:16,18,18,19 6:2
6:8,13,14,15,23
6:24,24 7:4,5,19
7:20 8:1,10,12,23
9:1,7,16,18,19,20
10:3,4,6,7,7,11,16
10:18,20,21,23,24
10:24 11:1,2,3,11
11:13,14 12:3,13
12:14,15,20 13:22
13:22 14:2,5,19
15:5,13,16 16:1,7
16:7,8,10,10,12
16:13,13,16,17,20
17:2,9,11,15,22
17:23 18:1,2,4,11
18:14,20,22 19:7
19:19,20,21 20:9
20:12,17,24 21:5
21:8,11,11,18,22
22:1,14,15,20,24

23:7,8,16,22,23
24:3,4,5,15,17,17
24:22,22 25:2,18
26:6,9,12,15 27:5
27:7,8,19,24 28:2
28:6,8,8,9,12,13
28:19,21,21,22,22
29:1,4,8,11,16,17
29:22 30:13,15,15
30:17 31:11,23
32:14,17
Tobin 6:9,10 7:22
today 2:2,13 3:20
5:7,23 6:6 9:7
26:1,5 27:14
together 31:16,21
toilet 17:14
told 20:13
tonight 1:4 3:7 4:3
4:15 8:16 22:17
27:7
tonight.President
8:12
took 12:19
toss 10:3
total 24:3,13
touch 19:12
toward 2:8
track 4:14
trading 26:3
trail 19:13 29:21,21
training 26:9
tranches 2:15
TRANSCRIBED
1:24
transcript 1:1 32:13
TRANSCRIPTIO...
32:10
trash 21:12
treated 12:10
trials 2:4
tricks 14:9
troubling 18:4
true 29:18 32:12
Trump 2:8,12 3:6
3:16 4:1,20 6:6,16
7:3,13,14 8:12
9:19 13:7 15:19
21:12 22:5,7,10
22:19 23:9,18
24:20 25:11 30:14
Trump's 2:12,24
3:1 17:19 24:23
trusted 18:10
truth 25:11 30:20
turn 27:8

turning 4:7
turns 2:8
tweet 5:17,23 6:3
tweeted 15:18
tweeting 5:7
twice 24:9 26:19
two 3:7 6:8,11 7:3,4
7:24 11:2,14 26:7
27:10,15,15 28:8
28:8

                U
unable 26:12
unacceptable 31:5
unanimously 8:8
unbalanced 31:9
unconstitutional
5:11
uncounted 2:10,16
4:23 5:5
under 5:8
understand 24:2
Understood 28:4
underway 7:20
Unfortunately
11:16
unidentified 12:14
United 12:19,24
13:4,21 14:18
23:24
University 6:13
unlike 27:18
unreliable 22:13
unsubstantiated 6:3
until 31:7
up 2:24 3:14,20 4:3
5:11 7:17 8:10,14
10:21 12:20,22
14:5 15:15 16:24
17:2,23 18:1
20:21,22 22:4
25:8,17,20 26:13
26:24 30:17 32:6
upset 28:24
urban 6:14
us 3:2 4:11 8:15,20
8:24 11:23 12:14
17:1,4,6 18:5,14
18:14 19:24 22:3
22:7,9,17,21 24:4
25:16,23 27:2,7,8
28:16 29:12 31:12
31:16 32:2,5,6
use 2:6 14:23
used 18:9 22:2 29:4
using 13:6 15:12,24

                V
vaccine 2:4
validate 29:9
validation 5:14
various 15:7
Vegas 9:11 23:16
Venezuela 12:18
13:4,14 14:1,4
15:14
Venezuelan 15:24
veracity 28:16
verifiable 19:2
verify 19:11
verifying 20:2
Verizon 25:24
very 6:5 7:22 10:4
12:19 13:11,12
15:21 16:17,17,22
18:4 21:2,2 23:5
23:14 25:12 27:13
28:23 29:4,6
via--there 29:23
victories 9:8
victory 9:9
video 8:4,6 10:21
28:10
violation 6:22 29:23
virus 2:3
Volume 26:4
vote 4:6,19 7:6,18
8:9 13:5,6,9,11
15:24 17:3,7 18:8
20:2 27:9 28:13
voted 8:8 11:2
19:23 24:21
voter 3:4 7:1 17:2
18:6 19:11 26:23
27:21,24 31:5
voters 6:20,23 7:16
7:17 22:11 26:13
31:12
votes 2:11,17 4:22
4:22 5:1,9,20,21
6:1 7:13,18 13:3,7
13:15,19 14:12
15:13 16:1 18:3
19:9,14 21:12
22:21,23 24:3
25:5,6 27:9
voting 3:12 6:22
13:9,12 17:14
19:3 22:2,12,13
23:2,11,12 24:9
25:17 26:11,24
27:5
VotingWorks 20:15

                W
wake 31:13
wall 7:4 26:1
want 11:13 12:13
16:8 18:11 22:22
30:16
wanted 10:3
warned 19:5
was 5:23 7:6 8:5,6
8:18 9:14 10:2,8,8
11:14 13:5,5,6,7,9
13:10,11,14,24
14:8 15:13 16:12
17:9,12,13,14
18:19 19:4 20:11
20:12 26:19 27:17
27:18,20,20 28:9
28:11,11,14,18,20
28:24 29:3,6,14
29:15,22 30:1,22
31:3
Washington 9:4
wasn't 23:21,23
watch 10:6
watchdog 18:7
watcher 25:21
watching 18:7 27:9
30:9
way 4:8 5:22 17:15
28:2 29:24 31:23
Wayne 8:1,9 27:3
32:4
we 2:21 3:16 5:18
8:9,10,11,14 9:7,8
9:13 10:15,16
11:1 12:20,22
13:15 14:10,14,14
14:16,17 15:12,20
16:10,22 17:13
18:23 19:4,5 20:7
20:8,9 21:1,2,21
23:4,6,8,12 24:8
24:19,20 25:9,13
25:13 29:14,18
30:2,19,24 32:1
we'll 8:15 21:23
22:1,9 25:20,22
32:6
we're 10:19,20 16:7
21:2,18 29:22
30:9
we've 11:17 15:21
18:24 19:2 21:4
23:13 27:15,15
wee 13:8
week,the 17:11

well 6:5 9:4,22 10:2
10:17,18,23 13:17
14:7,10 15:8,15
17:17 18:4,5,12
18:18 20:22 21:11
24:19 27:2 28:17
30:20
went 10:16,21 11:1
26:15 28:10
were 2:15,16 3:10
3:11 4:23 5:3 6:1
6:1,15,18,20,23
8:2,2,3 9:17 10:15
11:5,14,15 13:15
14:22 17:15 18:20
20:7 21:12,16
24:1,5 25:18
26:12,20 27:5,9
28:15,19,21 30:21
30:23,24 31:6,8,8
weren't 30:6
what 7:4 8:11 9:7
10:2,8 12:18,23
13:2,4 14:7,24
16:20 18:15,16
19:15,18 20:10,17
20:19,20,23,24
21:5,5,18 22:3,24
24:1,4,16,16,17
25:19,22 27:11,17
28:15 29:4,11
30:1,18 31:2
what's 10:19 31:14
32:6
when 6:18 10:12,13
10:15 13:8,10,18
19:11 20:11 29:1
29:9
where 6:11 9:2,2,9
23:16 29:19
whether 20:9
which 4:1,5,9,19
6:21 9:10 10:2,22
11:6 13:24 14:14
14:23 16:1 17:15
20:12,14,23 29:8
while 6:2 8:4,6
28:19
whistleblower 12:15
12:16,22 13:13
whistleblowers
23:14,14
White 2:7 17:6
who 3:5 11:23 12:16
13:13 22:18 23:2
25:18

whole 12:12 14:6
whom 18:4
why 17:17,17 27:22
widespread 30:22
will 2:24 3:20 6:7,11
  7:11 8:10,11
  20:13 21:20 24:24
  25:13 28:7
Williamsport 8:18
willing 24:15
win 3:16 7:9
wind 16:24
wing 16:20,21
winner 9:11
wired 7:14
Wisconsin 6:10,13
  7:6,10,13,24
with 2:6 3:3,16 6:12
  8:8,14,15,24,24
  9:1,12,16 12:13
  12:21 13:2 15:2
  15:22,22 17:1,5,6
  17:22,24 18:1,3
  18:15 19:8 20:7
  20:22 22:9,11,20
  22:21 24:11 25:8
  25:16,20,23 27:7
  28:1,17 30:13
  31:16,21 32:2,5,6
within 2:7 8:13
without 6:20 8:9
  15:6 26:24
witness 17:2
witted 12:10
won 23:9 25:11
  30:20
word 16:11
work 12:8 18:5
worked 23:15
workers 2:19 6:18
working 5:22 17:16
worst 10:13 15:18
would 9:18,20 18:2
  20:9 28:23 30:3
  31:7,8
wouldn't 30:6
wrap 4:3 16:10
wrath 4:7
written 15:18
wrong 19:7,8
wrote 15:11

—————— X ——————

—————— Y ——————
Yeah 23:3 24:7

year 26:7
years 18:12,19,22
  19:1,3
Yes 26:19
yesterday 8:20 9:9
yet 26:21 31:3
York 8:22 15:10
you 2:17 6:5 7:22
  8:11,24 9:1,2 10:1
  10:3,14,18,20
  11:3,3,5,13 12:3,5
  12:6 14:6,13
  15:19,23 16:11,12
  16:13,13,14,18,22
  18:3,4,14,19
  19:10,11,11,12,13
  19:15,15 20:4,4
  20:18,18 21:21,22
  22:20,22 23:1,9
  23:11,22 24:17,17
  25:12,15 26:18
  27:7,9,13,18,23
  27:24 28:1,15,20
  29:9,12 30:7 32:1
  32:5,5
you'd 16:5
you're 10:13,17
  15:3,3 16:14,15
  18:2 19:22 21:10
  21:23 29:4
you've 9:23 18:21
your 10:9 13:16
  18:14,21 19:12,13
  19:19,23,24 21:22
  30:17

—————— Z ——————

—————— 0 ——————
0% 31:8

—————— 1 ——————
1 25:24
1% 7:14
1/5 9:14
11 3:18
11:59 4:15
12,000 4:22
14 18:12,19
15 18:22
15,000 4:22 22:11
159 4:13
18 1:6 19:3
1st 7:21

—————— 2 ——————

2.8 7:15
20,000 7:13
200 7:18
2005 14:1
2006 15:11
2007 15:11
2013 13:3,14
2016 26:20
2019 15:1
2020 1:6 12:24
234 2:17
24 17:1
27 13:19
28 13:19

—————— 3 ——————
3 7:14,17
30 21:4,6
345 26:2
346 26:7
3rd 12:20 13:16

—————— 4 ——————
40,000 22:16
42 26:3
42% 26:11,18 27:18
49 11:1
4th 31:4

—————— 5 ——————
5,000 5:1
5.3 26:4
500 23:1 25:6

—————— 6 ——————
6,000 2:17

—————— 7 ——————
71% 27:20 29:3,10
  29:12
72% 31:3
737 26:5

—————— 8 ——————
8,000 3:21 10:2
80% 26:20

—————— 9 ——————
9,000 6:1
900 24:13
947,000 7:16
95% 2:4
98 26:4