# Exhibit 24





Tweet

Search Twitter

**Lou Dobbs** @LouDobbs

Foreign Election Involvement:@RudyGiuliani says votes in 28 states were sent to Germany and Spain to be counted by Smartmatic #MAGA #AmericaFirst #Dobbs

This claim about election fraud is disputed

10:35 PM · Nov 18, 2020 · Twitter Media Studio

**10K** Retweets **1.4K** Quote Tweets **22K** Likes

**Law & Order Liberal** @LawLiberal · Nov 18, 2020

Replying to @LouDobbs and @RudyGiuliani

Did you listen to Rudy in court, Lou? He shit the bed. Over and over and over again. In spectacular fashion.

Rudy leading Trump's legal team is proof positive that the GOP establishment want Trump to lose his legal challenges.

29 5 81

**#AFCEASTChampsSZN** @BillsMafiaEP · Nov 19, 2020

Replying to @LouDobbs @JennaEllisEsq and @RudyGiuliani

## Relevant people

**Lou Dobbs** @LouDobbs Follow

Lou Dobbs Tonight, Fox Business Network, 5, 7 & 10 PM/ET

**Rudy W. G...** @RudyGiuliani Follow

Listen to the Common Sense podcast through the link below. 🇺🇸

## What's happening

In memoriam · 1 hour ago

**Wednesday marks International Holocaust Remembrance Day**

Trending with #HolocaustRemembranceDa...

**#BehindTheScreens**

Join us Wednesdays at 10 PM ET.

Promoted by XPS

Pop · Trending

**HALSEY**

49.1K Tweets

Trending in United States

**TO THE MOON**

52.9K Tweets

**The Ne...** · 1 hour ago

**Why is Wall Street obsessed with GameStop?**

Trending with Game Stop

Show more

Terms of Service Privacy Policy Cookie Policy Ads info More ···

© 2021 Twitter, Inc.

Tweet

Search Twitter

**Theodore Zurla** @flhomemortgages · Nov 18, 2020
Replying to @LouDobbs and @RudyGiuliani
We need to bring public capital punishment for treason to the table so this never happens again!
16 14 154

**Linda Marie Lovison** @lilo623 · Nov 19, 2020
Replying to @LouDobbs and @RudyGiuliani
It must be American🇺🇸 - hardware, software, printed ballots, the counting of our ballots - everything must be from the U.S. and within the United States 🇺🇸

"Votes in 28 states were sent to #Germany & #Spain to be counted by #Smartmatic."

No foreign involvement!
No other nations!
12 7 27

**Andrew Lore** @lore_andrew · Nov 19, 2020
Replying to @LouDobbs and @RudyGiuliani
There was there is no proof of anything, Rudy just says what he wants and thinks people will buy it. So freaking done with this show freaking proof.
15 28

**frank bullaro** @44roadrunner · Nov 19, 2020
Replying to @LouDobbs and @RudyGiuliani
Give it up Rudy.
1 1

**Eva B.C.** @eva2712 · Nov 19, 2020
Replying to @LouDobbs and @RudyGiuliani
For the record, most Spanish people like me would be most grateful if Trump wins, and you close down those companies. Those companies cheated to win in our country as well. And there's substantial historical evidence of their fraud all over the world. Please send them to prison.

## Relevant people

**Lou Dobbs** @LouDobbs Follow
Lou Dobbs Tonight, Fox Business Network, 5, 7 & 10 PM/ET

**Rudy W. G...** @RudyGiuliani Follow
Listen to the Common Sense podcast through the link below. 🇺🇸

## What's happening

In memoriam · 1 hour ago
**Wednesday marks International Holocaust Remembrance Day**
Trending with #HolocaustRemembranceDa...

**#BehindTheScreens**
Join us Wednesdays at 10 PM ET.
Promoted by XPS

Pop · Trending
**HALSEY**
49.1K Tweets

Trending in United States
**TO THE MOON**
52.9K Tweets

The Ne... · 1 hour ago
**Why is Wall Street obsessed with GameStop?**
Trending with Game Stop

Show more

Terms of Service Privacy Policy Cookie Policy Ads info More ···
© 2021 Twitter, Inc.

**Eva B.C.** @eva2712 · Nov 19, 2020
Replying to @LouDobbs and @RudyGiuliani
For the record, most Spanish people like me would be most grateful if Trump wins, and you close down those companies. Those companies cheated to win in our country as well. And there's substantial historical evidence of their fraud all over the world. Please send them to prison.

💬 5        ↻ 9        ♡ 34        ⬆

**Kathryn** @GlobalToyBox · Nov 19, 2020
Replying to @LouDobbs and @RudyGiuliani
If Rudy says so then it's true? You are embarrassing yourself



# AND HAS NEVER BEEN, OWNED BY SMARTMATIC.

Dominion is an entirely *separate company* and a *fierce competitor* to Smartmatic.

💬 10        ↻        ♡ 19        ⬆

**David Barrera** @dabamo314 · Nov 19, 2020
Replying to @LouDobbs and @RudyGiuliani
Never has a US president ever left the office of the presidency in such dire horrendous dangerous desperate conditions. People are homeless, starving, people jobless, people are dying, our national security is at stake, as he turns his back on us. We trusted him with our lives!

💬 22        ↻ 1        ♡ 15        ⬆

**Uncle** @Uncle_B_T · Nov 19, 2020
Replying to @LouDobbs and @RudyGiuliani
the judge asking what 'standard of review' - there are two - he should apply.

'Err, the normal one,' Giuliani replied. In fact they are called rational inquiry or strict scrutiny.

💬 1        ↻        ♡        ⬆

**787Glendale787** @marks787 · Nov 18, 2020
Replying to @LouDobbs and @RudyGiuliani
Why don't you give more time and ask about next steps ? We have had it w FOX !

💬 3        ↻ 1        ♡ 10        ⬆

**SETXFibromyalgiaSupport_fb** @missschnell · Nov 18, 2020
Replying to @LouDobbs and @RudyGiuliani
lets keep our president

💬 5        ↻ 5        ♡ 31        ⬆

**Unbreakable** @Think_n_EatData · Nov 18, 2020

## Relevant people

**Lou Dobbs** ✓
@LouDobbs                [Follow]
Lou Dobbs Tonight, Fox Business Network, 5, 7 & 10 PM/ET

**Rudy W. G...** ✓
@RudyGiuliani            [Follow]
Listen to the Common Sense podcast through the link below. 🇺🇸

## What's happening

In memoriam · 1 hour ago
**Wednesday marks International Holocaust Remembrance Day**
Trending with
#HolocaustRemembranceDa...

**#BehindTheScreens** 📺
Join us Wednesdays at 10 PM ET.
⬛ Promoted by XPS

Pop · Trending                ···
**HALSEY**
49.1K Tweets

Trending in United States    ···
**TO THE MOON**
52.9K Tweets

🔵 The Ne... ✓ · 1 hour ago
**Why is Wall Street obsessed with GameStop?**
Trending with Game Stop

Show more

Terms of Service   Privacy Policy
Cookie Policy   Ads info   More ···
© 2021 Twitter, Inc.



SETxFibromyalgiaSupport_ID @misssschnell · Nov 18, 2020
Replying to @LouDobbs and @RudyGiuliani
lets keep our president

♡ 5        ⟲ 5        ♡ 31        ⬆

Unbreakable @Think_n_EatData · Nov 18, 2020
Replying to @LouDobbs and @RudyGiuliani
How can we let our votes be counted in foreign countries that is insane!

♡ 30       ⟲ 21       ♡ 181       ⬆

Liat -ליאת🔯🇮🇱 @leeat55 · Nov 18, 2020
Replying to @LouDobbs and @RudyGiuliani
Wow.. it seems to me like we are watching a thriller imaginable movie ...
guess what it is really happening and we are the audience in the huge
documentary plot named: " the stolen election ".
Scary😱

♡ 6        ⟲ 3        ♡ 37        ⬆

CryptoScoop @CryptoPromoter4 · Nov 18, 2020
Replying to @LouDobbs and @RudyGiuliani
Go and take this proof to the Supreme Court, it's now or never!

♡ 10       ⟲ 1        ♡ 19        ⬆

Steelers Nation @Steelers607 · Nov 19, 2020
Replying to @LouDobbs and @RudyGiuliani
Wth..... Please get the outcome changed! Get Trump Re elected! Praying that
the election outcome gets changed

♡ 14       ⟲ 2        ♡ 15        ⬆

Shirley Cox @ShirleyRCox · Nov 19, 2020
Replying to @LouDobbs and @RudyGiuliani
@RudyGiuliani I heard in addition to being too far to see anything voters
were also kept out at times. Also they told poll watchers to go home and
they counted for 3 more hours. So I don't see how the ruling stands on that
1 point alone.

♡ 11       ⟲ 13       ♡ 84        ⬆

David Rommel @LivingInArcata · Nov 19, 2020
Replying to @LouDobbs and @RudyGiuliani
The people believing this tripe are probably the ones that would believe me
if I said I was abducted by extraterrestrials.

♡ 29       ⟲          ♡ 44        ⬆

Almondine Barkingprong @barkingprong · Nov 19, 2020
Replying to @LouDobbs and @RudyGiuliani
Time to chuck it in guys. It's embarrassing.

## Relevant people

**Lou Dobbs** ✓           [Follow]
@LouDobbs
Lou Dobbs Tonight, Fox
Business Network, 5, 7 & 10
PM/ET

**Rudy W. G...** ✓         [Follow]
@RudyGiuliani
Listen to the Common Sense
podcast through the link
below. 🇺🇸

## What's happening

In memoriam · 1 hour ago
**Wednesday marks
International Holocaust
Remembrance Day**
Trending with
#HolocaustRemembranceDa...

**#BehindTheScreens** 🎬
Join us Wednesdays at 10 PM ET.
🔲 Promoted by XPS

Pop · Trending                    ···
**HALSEY**
49.1K Tweets

Trending in United States         ···
**TO THE MOON**
52.9K Tweets

🌐 The Ne... ✓ · 1 hour ago
**Why is Wall Street
obsessed with
GameStop?**
Trending with Game Stop

Show more

Terms of Service  Privacy Policy
Cookie Policy  Ads info  More ···
© 2021 Twitter, Inc.



**Tweet**

**Relevant people**

Lou Dobbs ✔
@LouDobbs            [Follow]

Lou Dobbs Tonight, Fox
Business Network, 5, 7 & 10
PM/ET

Rudy W. G... ✔
@RudyGiuliani        [Follow]

Listen to the Common Sense
podcast through the link
below. 🇺🇸

**What's happening**

In memoriam · 1 hour ago
**Wednesday marks
International Holocaust
Remembrance Day**

Trending with
#HolocaustRemembranceDa...

**#BehindTheScreens** 🎬
Join us Wednesdays at 10 PM ET.
🔲 Promoted by XPS

Pop · Trending                 ···
**HALSEY**
49.1K Tweets

Trending in United States      ···
**TO THE MOON**
52.9K Tweets

🎮 The Ne... ✔ · 1 hour ago
**Why is Wall Street
obsessed with
GameStop?**
Trending with Game Stop

Show more

Terms of Service  Privacy Policy
Cookie Policy  Ads info  More ···
© 2021 Twitter, Inc.

---

GIF

💬 2    🔁    ♡ 6    ⬆️

**Laura Huffman Powell** @LHuffmanPowell · Nov 19, 2020
Replying to @LouDobbs and @RudyGiuliani
What happened to Hunter Biden's computer and the blind guy? I hate it
when I miss an episode!

💬 4    🔁 6    ♡ 30    ⬆️

**Jackson Harris** @JacksonTHarris · Nov 19, 2020
Replying to @LouDobbs and @RudyGiuliani
This nonsense about the Clark County commissioner race could be batted
down by a 5th grader: the razor thing margin was 10 votes, and they found a
total of 139 questionable ballots. Has absolutely no impact on the
Presidential race, where the margin is 1000x larger.

💬 8    🔁    ♡ 5    ⬆️

**Ash** @CountryGirlAsh1 · Nov 19, 2020
Replying to @LouDobbs and @RudyGiuliani
Wasn't this the same voting system that counted @realDonaldTrump votes
in 2016? I think the machine does cheat. There is no way he should have
won.

💬 1    🔁    ♡ 1    ⬆️

**rleaplaza** @rleaplaza1 · Nov 18, 2020
Replying to @LouDobbs and @RudyGiuliani
Why nobody ask Giuliani about the raid in Germany ? That would be the
end of everything !! We need to know if it was real or not

💬 8    🔁    ♡ 16    ⬆️

**Laura Foster Franks** @Laura_A_Foster1 · Nov 21, 2020
Not. Even the Army contradicted him on that one.

💬    🔁    ♡    ⬆️

**Barbara** @Barbara87602017 · Nov 18, 2020
Replying to @LouDobbs and @RudyGiuliani
Did Dominion contribute to campaign's to get their product purchased ?
When did the states purchase Dominion?

💬 3    🔁 5    ♡ 11    ⬆️

**Wesley Dillon** @makoman1974 · Nov 20, 2020
They didn't the rich demo did

💬    🔁    ♡ 1    ⬆️

**Wesley Dillon** @makoman1974 · Nov 20, 2020
They didn't the rich demo did

💬        🔁        ♡ 1        ⬆️

**Jackson Harris** @JacksonTHarris · Nov 19, 2020
Replying to @LouDobbs and @RudyGiuliani
Rudy spins his fantasies on Fox News and Twitter, and then beclowns himself in court. Team Trump has lost virtually every case so far -- 24/25 and counting. Rudy's PA case will be tossed by Friday. Follow @KlasfeldReports for details, and follow @jennycohn1 for election fraud.

💬 3        🔁        ♡ 5        ⬆️

**WonderChris1975** @Chris1975Wonder · Nov 19, 2020
Don't speak to fast.

💬        🔁        ♡ 1        ⬆️

**4q2** @ForQ2 · Nov 19, 2020
Replying to @LouDobbs and @RudyGiuliani
@MarshallFarts5 @WeezyMcGrifter @lonepatrick The trump lies become more insane and desperate with each day!

💬 1        🔁        ♡ 2        ⬆️

**MarshallFarts78** @MarshallFarts5 · Nov 19, 2020



me

Occam's Razor

a conspiracy theory that confirms my preconceived notions

💬        🔁 1        ♡ 1        ⬆️

**Brian Carrier** @natcadude · Nov 18, 2020
Replying to @LouDobbs and @RudyGiuliani
The world wonders Lou, do you believe Rudy?

💬 1        🔁        ♡ 3        ⬆️

**Katherineburnley** @kayak124 · Nov 18, 2020
Proof in the pudding
Watch this video and you can see for yourself votes being changed in real time election night.

Exposed! New Proof On Why I Am CERTAIN Trump ...
Janet Porter finds new proof on election results!Download Her Book A Heartbeat Away! - ...
🔗 youtube.com

### Relevant people

**Lou Dobbs** ✓
@LouDobbs
[Follow]
Lou Dobbs Tonight, Fox Business Network, 5, 7 & 10 PM/ET

**Rudy W. G...** ✓
@RudyGiuliani
[Follow]
Listen to the Common Sense podcast through the link below. 🇺🇸

### What's happening

In memoriam · 1 hour ago
**Wednesday marks International Holocaust Remembrance Day**
Trending with
#HolocaustRemembranceDa...

**#BehindTheScreens** 📺
Join us Wednesdays at 10 PM ET.
📄 Promoted by XPS

Pop · Trending
**HALSEY**
49.1K Tweets

Trending in United States
**TO THE MOON**
52.9K Tweets

🌐 The Ne... ✓ · 1 hour ago
**Why is Wall Street obsessed with GameStop?**
Trending with Game Stop

Show more

Terms of Service   Privacy Policy
Cookie Policy   Ads info   More ···
© 2021 Twitter, Inc.





Tweet

Search Twitter

time election night.

Exposed! New Proof On Why I Am CERTAIN Trump ...
Janet Porter finds new proof on election results!Download Her Book A Heartbeat Away! - ...
youtube.com

**Joe** @BKDMER · Nov 18, 2020
Replying to @LouDobbs and @RudyGiuliani

1 6

**patricia** @patrici79118099 · Nov 19, 2020
Let's these morons vote for Biden see these electric cars in 3 years sell ur cars forget coke energy insurance all time high the stock market crashes the end .......

1

**blessmyheart** @blessmyheart3 · Nov 18, 2020
Replying to @LouDobbs and @RudyGiuliani
I mean SERIOUSLY. The man in this video should not be taken seriously ever. Anymore. He used to be great btw, but then Trump happened.

## Relevant people

**Lou Dobbs** @LouDobbs — Follow
Lou Dobbs Tonight, Fox Business Network, 5, 7 & 10 PM/ET

**Rudy W. G...** @RudyGiuliani — Follow
Listen to the Common Sense podcast through the link below. 🇺🇸

## What's happening

In memoriam · 1 hour ago
**Wednesday marks International Holocaust Remembrance Day**
Trending with #HolocaustRemembranceDa...

**#BehindTheScreens**
Join us Wednesdays at 10 PM ET.
Promoted by XPS

Pop · Trending
**HALSEY**
49.1K Tweets

Trending in United States
**TO THE MOON**
52.9K Tweets

The Ne... · 1 hour ago
**Why is Wall Street obsessed with GameStop?**
Trending with Game Stop

Show more

Terms of Service Privacy Policy Cookie Policy Ads info More ···
© 2021 Twitter, Inc.

Tweet

Search Twitter

2 1 6

**Lp** @jenpratschner4 · Nov 19, 2020

Ridiculous

1

**1 Wenee in a MX7 universe** @mbb_twt5 · Nov 19, 2020

Replying to @LouDobbs @rdbrewer4 and @RudyGiuliani

And then the US military raided them and confiscated the servers. Yeah yeah. Let's just sit back and let Russia steal the servers of those upstart silicone valley tech companies while we are at it. Come on in. That's not foreign aggression at all!

1

**Underdog** @rdbrewer4 · Nov 19, 2020

Are you 13?

1

**1 Wenee in a MX7 universe** @mbb_twt5 · Nov 19, 2020

Why? Do you want to date me?

1

**Underdog** @rdbrewer4 · Nov 19, 2020

Goodbye

1

**Welcome back Wonho** @Atinyweneebebe · Nov 19, 2020

Yay! A predator pedophile. I'm 14. Can I date you?

**Ober Ziab M** @ZiabMar · Nov 19, 2020

Replying to @LouDobbs and @RudyGiuliani

The honest Venezuelan people and the rest of the world knows that smartmatic is very tricky, Venezuelans could never proof fraud made by Chavez & Maduro. What makes you think @realDonaldTrump can do so. He should had knocked down Maduro when he had the chance.

2 1 3

**Carlos rosales** @Carlosr88980004 · Nov 19, 2020

Replying to @LouDobbs and @RudyGiuliani

Hahahahahahahaahahahahahah clowns.

## Relevant people

**Lou Dobbs** @LouDobbs Follow

Lou Dobbs Tonight, Fox Business Network, 5, 7 & 10 PM/ET

**Rudy W. G...** @RudyGiuliani Follow

Listen to the Common Sense podcast through the link below.

## What's happening

In memoriam · 1 hour ago

**Wednesday marks International Holocaust Remembrance Day**

Trending with #HolocaustRemembranceDa...

**#BehindTheScreens**

Join us Wednesdays at 10 PM ET.

Promoted by XPS

Pop · Trending

**HALSEY**

49.1K Tweets

Trending in United States

**TO THE MOON**

52.9K Tweets

The Ne... · 1 hour ago

**Why is Wall Street obsessed with GameStop?**

Trending with Game Stop

Show more

Terms of Service Privacy Policy Cookie Policy Ads info More ···

© 2021 Twitter, Inc.



Tweet

2        1        3

**Carlos rosales** @Carlosr88980004 · Nov 19, 2020
Replying to @LouDobbs and @RudyGiuliani
Hahahahahahahaahahahahahah clowns.

2

**areyougettingthis?** @Peninexcavation · Nov 18, 2020
Replying to @LouDobbs and @RudyGiuliani
Rudy Giuliani is probably the least credible person in the US.

6        43

**Michael Wigen** @wigen_michael · Nov 19, 2020
Replying to @LouDobbs and @RudyGiuliani
This should void all votes sent out of the country

1        2

**Karen Fitzpatrick** @kfitzzy · Nov 19, 2020
You CAN'T do that you are talking about taking Military votes away from them!!!! How is that fair!!!

**Ameri** @Ameri_00000 · Nov 19, 2020
Replying to @LouDobbs and @RudyGiuliani
We need you. I am praying for you and your protection as you deliver truth. Thank you for your service and sacrifice.

4        4        45

**ScottinMarin** 🇺🇸 🇮🇹 @ScottinMarin · Nov 19, 2020
He's a delusional drunk but ok

31

**Donald Twump** 🇺🇸 @WittleTwump · Nov 18, 2020
Replying to @LouDobbs and @RudyGiuliani
I've got a piece of the Brooklyn Bridge to sell whoever believes that!

1        5

**Katherineburnley** @kayak124 · Nov 18, 2020

Exposed! New Proof On Why I Am CERTAIN Trump ...
Janet Porter finds new proof on election
results!Download Her Book A Heartbeat Away! - ...
🔗 youtube.com

**concerned_conncervative** 🇺🇸 @CConcervative · Nov 18, 2020
Replying to @LouDobbs and @RudyGiuliani

### Relevant people

**Lou Dobbs** ✓
@LouDobbs                    Follow
Lou Dobbs Tonight, Fox
Business Network, 5, 7 & 10
PM/ET

**Rudy W. G...** ✓
@RudyGiuliani               Follow
Listen to the Common Sense
podcast through the link
below. 🇺🇸

### What's happening

In memoriam · 1 hour ago
**Wednesday marks
International Holocaust
Remembrance Day**
Trending with
#HolocaustRemembranceDa...

**#BehindTheScreens** 🎬
Join us Wednesdays at 10 PM ET.
📷 Promoted by XPS

Pop · Trending                    ···
**HALSEY**
49.1K Tweets

Trending in United States        ···
**TO THE MOON**
52.9K Tweets

⊕ The Ne... ✓ · 1 hour ago
**Why is Wall Street
obsessed with
GameStop?**
Trending with Game Stop

Show more

Terms of Service  Privacy Policy
Cookie Policy  Ads info  More ···
© 2021 Twitter, Inc.





Tweet

Search Twitter

Replying to @LouDobbs and @RudyGiuliani

1 1 2

**ChristianFreedomFighter** @fight4freedom97 · Nov 18, 2020

Laugh now cry later

1

**Jef D Morgan - Apollo. Greek god of music & truth** · Nov 18, 2020

Replying to @LouDobbs and @RudyGiuliani

I think I know why he is laughing, it's like not being allowed to watch the votes being counted, It's just so ridiculous

1 11

**areyougettingthis?** @Peninexcavation · Nov 18, 2020

He's laughing because only in America with a republican president can he make 20K a day. All the way to the bank.

1

This Tweet is from an account that no longer exists. Learn more

This Tweet is from an account that no longer exists. Learn more

**Frank** @Ironpelvis_IV · Nov 18, 2020

Replying to @LouDobbs and @RudyGiuliani

what about when army got em in germany, i.e. sgt murray & ramis (2 of army's best troops) found the servers? gotta expose it lou, busted!

3 8

**Dead Serious** @Jason_Middleton · Nov 19, 2020

That never happened.

You think a foreign Gov would just allow the American army to take something from a company and no one would report it?

Really?

2 4

**Frank** @Ironpelvis_IV · Nov 19, 2020

that's the fact, jack

## Relevant people

**Lou Dobbs** @LouDobbs Follow

Lou Dobbs Tonight, Fox Business Network, 5, 7 & 10 PM/ET

**Rudy W. G...** @RudyGiuliani Follow

Listen to the Common Sense podcast through the link below.

## What's happening

In memoriam · 1 hour ago

**Wednesday marks International Holocaust Remembrance Day**

Trending with #HolocaustRemembranceDa...

**#BehindTheScreens**

Join us Wednesdays at 10 PM ET.

Promoted by XPS

Pop · Trending

**HALSEY**

49.1K Tweets

Trending in United States

**TO THE MOON**

52.9K Tweets

The Ne... · 1 hour ago

**Why is Wall Street obsessed with GameStop?**

Trending with Game Stop

Show more

Terms of Service Privacy Policy Cookie Policy Ads info More ···

© 2021 Twitter, Inc.

Really?

💬 2          ⟲          ♡ 4          ⬆

**Frank** @Ironpelvis_IV · Nov 19, 2020
that's the fact, jack

💬 1          ⟲          ♡          ⬆

**Dead Serious** @Jason_Middleton · Nov 19, 2020
You have proof right?

💬 1          ⟲          ♡          ⬆

**Frank** @Ironpelvis_IV · Nov 19, 2020
oh yeah, sgt hulka led a crack team into czechia (thought biden servers were commie, bad lead from ric grennell) then back over the remagen bridge

💬          ⟲          ♡          ⬆

**Sharon Weaver** @Sharon_Weaver · Nov 19, 2020
Replying to @LouDobbs and @RudyGiuliani
Prove it! Joe biden won fair and square and the court cases will PROVE THAT!!

💬 2          ⟲          ♡ 1          ⬆

**Patrick Molen** @molen_patrick · Nov 19, 2020
Replying to @LouDobbs and @RudyGiuliani
Video Time 6:05 to 8:00 of video length 10:00.  If accurate how is the FBI not breaking down doors? Venezuelan Smartmatic is the company that Dominion's data was sent to in servers in Spain & Germany for counting?

**Relevant people**

**Lou Dobbs** ✔
@LouDobbs                                    [ Follow ]
Lou Dobbs Tonight, Fox Business Network, 5, 7 & 10 PM/ET

**Rudy W. G...** ✔
@RudyGiuliani                              [ Follow ]
Listen to the Common Sense podcast through the link below. 🇺🇸

**What's happening**

In memoriam · 1 hour ago
**Wednesday marks International Holocaust Remembrance Day**
Trending with
#HolocaustRemembranceDa...

**#BehindTheScreens** 🎬
Join us Wednesdays at 10 PM ET.
📢 Promoted by XPS

Pop · Trending
**HALSEY**
49.1K Tweets

Trending in United States
**TO THE MOON**
52.9K Tweets

🌐 The Ne... ✔ · 1 hour ago
**Why is Wall Street obsessed with GameStop?**
Trending with Game Stop

Show more

Terms of Service   Privacy Policy
Cookie Policy   Ads info   More ···
© 2021 Twitter, Inc.



**Patrick Molen** @molen_patrick · Nov 19, 2020
Replying to @LouDobbs and @RudyGiuliani
Video Time 6:05 to 8:00 of video length 10:00. If accurate how is the FBI not breaking down doors? Venezuelan Smartmatic is the company that Dominion's data was sent to in servers in Spain & Germany for counting? Smartmatic was used to COUNT American Presidential Election votes?

1

**Julian R :.** @jfrc77 · Nov 19, 2020
Replying to @LouDobbs and @RudyGiuliani
Yes, Smartmatic was used in Venezuela several times to manipulate the votes in the elections.... same modus operandi, stop the count on election day and change the numbers overnight

5       9       18

**Christine Still** @flypurplecat · Nov 19, 2020
Replying to @LouDobbs and @RudyGiuliani
Oh, my mistake, Rudy being paid $20 000 a day (twice what I understood) so the longer this charade goes on, more $ Rudy makes & longer Trump can beg ppl for $$ to retire his debts ( tho he claims it is to overturn election). Lock up Emily Murphy; TRUMP LOST BIG!

4

**keep__left** @keep__left · Nov 19, 2020
Best part is there's no fkn way Trump will ever actually pay Rudy a cent.

1       1

**VeritasExMachina** @MachinaVeritas · Nov 18, 2020
Replying to @LouDobbs and @RudyGiuliani
will this matter ???

2

**Jonas Christensen** @JonasChr88 · Nov 18, 2020
Replying to @LouDobbs and @RudyGiuliani
Retweet for this hero 🙏🇺🇸❤️

> **Jonas Christensen** @JonasChr88 · Nov 11, 2020
> This hero was asked by a little girl if he would do it all again. He Said: "Yes, For You." 🇺🇸🇬🇧#Hero #veterans #WWII #VeteransDay #VeteransDay2020
> Show this thread

**Relevant people**

**Lou Dobbs** ✓
@LouDobbs                     Follow
Lou Dobbs Tonight, Fox Business Network, 5, 7 & 10 PM/ET

**Rudy W. G...** ✓
@RudyGiuliani                 Follow
Listen to the Common Sense podcast through the link below. 🇺🇸

**What's happening**

In memoriam · 1 hour ago
**Wednesday marks International Holocaust Remembrance Day**
Trending with
#HolocaustRemembranceDa...

**#BehindTheScreens** 🎬
Join us Wednesdays at 10 PM ET.
📷 Promoted by XPS

Pop · Trending                 •••
**HALSEY**
49.1K Tweets

Trending in United States     •••
**TO THE MOON**
52.9K Tweets

📷 The Ne... ✓ · 1 hour ago
**Why is Wall Street obsessed with GameStop?**
Trending with  Game Stop

Show more

Terms of Service  Privacy Policy
Cookie Policy  Ads info  More ···
© 2021 Twitter, Inc.



Tweet

Search Twitter

1 17 38

**Chris Donahue** @chrisdonahue6 · Nov 18, 2020
Replying to @LouDobbs and @RudyGiuliani

1 5

**keith herman** @keithhe98841289 · Nov 19, 2020
Replying to @LouDobbs and @RudyGiuliani
I'm all for conspiracy theory but we needs evidence and proof. Some stuff sounds fishy but that doesn't hold up.

1

**yekimb48** @yekimb48 · Nov 19, 2020
Replying to @LouDobbs and @RudyGiuliani
Mike DuHaime, a longtime GOP strategist, said it was time for reality to set in for the Trump campaign.
"Donald Trump lost," he said in an interview. "We shouldn't be telling people it was fraud when it wasn't."

1

**Dawn T** 🙏🇺🇸✝️ @DmarieT16 · Nov 19, 2020
Replying to @LouDobbs and @RudyGiuliani
Yeah... Just connect the voting machines to the internet... 🤦‍♀️🤦‍♀️🤦‍♀️

1 9

**Jaeger & Roar** @JaegerandRoar · Nov 19, 2020
What could go wrong!!??!!??!!

## Relevant people

**Lou Dobbs** @LouDobbs Follow
Lou Dobbs Tonight, Fox Business Network, 5, 7 & 10 PM/ET

**Rudy W. G...** @RudyGiuliani Follow
Listen to the Common Sense podcast through the link below. 🇺🇸

## What's happening

In memoriam · 1 hour ago
**Wednesday marks International Holocaust Remembrance Day**
Trending with #HolocaustRemembranceDa...

**#BehindTheScreens**
Join us Wednesdays at 10 PM ET.
Promoted by XPS

Pop · Trending
**HALSEY**
49.1K Tweets

Trending in United States
**TO THE MOON**
52.9K Tweets

**The Ne...** · 1 hour ago
**Why is Wall Street obsessed with GameStop?**
Trending with Game Stop

Show more

Terms of Service Privacy Policy Cookie Policy Ads info More ···
© 2021 Twitter, Inc.



This Tweet is from an account that no longer exists. Learn more

**David Weisel** @DavidSWeisel · Nov 19, 2020
Not how it works.

**@kumark1** 🇺🇸 @kumark1 · Nov 18, 2020
Replying to @LouDobbs and @RudyGiuliani
This one time, in 2000, me and @RudyGiuliani did this hilarious skit where he....

> **Donald J. Trump** ✓
> @realDonaldTrump
>
> This one time, me and Lou Dobbs were doing mescaline in his apartment listening to The White Album.... I said "this is the greatest band ever." He turned to me and said "someone will always think they suck, it's in our nature." Then we ate his goldfish. True Story.

💬 4       🔁       ♡ 16       ⬆️

**lmb21** @lmb6453 · Nov 18, 2020
Laughed so hard I have tears in my eyes. Thank you!

💬 3       🔁       ♡ 2       ⬆️

**Dr. Craig Malkin** ✓ @DrCraigMalkin · Nov 20, 2020
Replying to @LouDobbs and @RudyGiuliani
Did the aliens count them?
Did they look like this?

### Relevant people

**Lou Dobbs** ✓    [Follow]
@LouDobbs
Lou Dobbs Tonight, Fox Business Network, 5, 7 & 10 PM/ET

**Rudy W. G...** ✓    [Follow]
@RudyGiuliani
Listen to the Common Sense podcast through the link below. 🇺🇸

### What's happening

In memoriam · 1 hour ago
**Wednesday marks International Holocaust Remembrance Day**
Trending with
#HolocaustRemembranceDa...

**#BehindTheScreens** 🎬
Join us Wednesdays at 10 PM ET.
📷 Promoted by XPS

Pop · Trending
**HALSEY**
49.1K Tweets

Trending in United States
**TO THE MOON**
52.9K Tweets

🌐 **The Ne...** ✓ · 1 hour ago
**Why is Wall Street obsessed with GameStop?**
Trending with Game Stop

Show more

Terms of Service  Privacy Policy
Cookie Policy  Ads info  More •••
© 2021 Twitter, Inc.









Tweet

Search Twitter

Did the aliens count them?
Did they look like this?

1 1 2

**Tinkadinkadoo** @tinkadinkadoo · Nov 20, 2020

1

**Pierre Vallee,** @pierrejvallee · Nov 18, 2020
Replying to @LouDobbs and @RudyGiuliani
Rudy has gone squirrely and should be committed

1 12

**itsjustmyopinion** @itsjustmyopin10 · Nov 18, 2020
Replying to @LouDobbs and @RudyGiuliani
If Rudy said it then it is a lie

1 6

**Sergio Sonzini** @traveler_69 · Nov 18, 2020
Replying to @LouDobbs and @RudyGiuliani
WHY???

1

**Tan Dump Lord** @tandumplord1 · Nov 18, 2020
Replying to @LouDobbs and @RudyGiuliani

## Relevant people

**Lou Dobbs** @LouDobbs Follow
Lou Dobbs Tonight, Fox Business Network, 5, 7 & 10 PM/ET

**Rudy W. G...** @RudyGiuliani Follow
Listen to the Common Sense podcast through the link below.

## What's happening

In memoriam · 1 hour ago
**Wednesday marks International Holocaust Remembrance Day**
Trending with #HolocaustRemembranceDa...

**#BehindTheScreens**
Join us Wednesdays at 10 PM ET.
Promoted by XPS

Pop · Trending
**HALSEY**
49.1K Tweets

Trending in United States
**TO THE MOON**
52.9K Tweets

The Ne... · 1 hour ago
**Why is Wall Street obsessed with GameStop?**
Trending with Game Stop

Show more

Terms of Service Privacy Policy Cookie Policy Ads info More ···
© 2021 Twitter, Inc.

Tweet

Search Twitter

1

**Tan Dump Lord** @tandumplord1 · Nov 18, 2020
Replying to @LouDobbs and @RudyGiuliani

3 4

**quindhym** @quindhym · Nov 18, 2020
Replying to @LouDobbs and @RudyGiuliani
Giuliani in court was shameful..... 🤪😹😹😹😹😹😹😹😹😹😹😹

1

**Anne Vimislik** @VimislikAnne · Nov 18, 2020
Replying to @LouDobbs and @RudyGiuliani
Come on you know that's not true

1

**Renee Richards** @ReneeRi98216818 · Nov 19, 2020
Replying to @LouDobbs and @RudyGiuliani
Sure

**Hounddog303** @hounddog303 · Nov 19, 2020
Replying to @LouDobbs and @RudyGiuliani
Dr Dementia is in the house

3

**Simon Boundy** @simonboundy · Nov 19, 2020
Replying to @LouDobbs and @RudyGiuliani
Sore losers and hypocrites, not a good look for the history books guys

2

**Educated Jerk** @ghosthands187 · Nov 19, 2020
Replying to @LouDobbs and @RudyGiuliani

## Relevant people

**Lou Dobbs** @LouDobbs Follow
Lou Dobbs Tonight, Fox Business Network, 5, 7 & 10 PM/ET

**Rudy W. G...** @RudyGiuliani Follow
Listen to the Common Sense podcast through the link below. 🇺🇸

## What's happening

In memoriam · 1 hour ago
**Wednesday marks International Holocaust Remembrance Day**
Trending with #HolocaustRemembranceDa...

**#BehindTheScreens**
Join us Wednesdays at 10 PM ET.
Promoted by XPS

Pop · Trending
**HALSEY**
49.1K Tweets

Trending in United States
**TO THE MOON**
52.9K Tweets

The Ne... · 1 hour ago
**Why is Wall Street obsessed with GameStop?**
Trending with Game Stop

Show more

Terms of Service Privacy Policy Cookie Policy Ads info More ···
© 2021 Twitter, Inc.

Tweet

Search Twitter

2

**Educated Jerk** @ghosthands187 · Nov 19, 2020
Replying to @LouDobbs and @RudyGiuliani

**luv** @luv11301427 · Nov 19, 2020
Replying to @LouDobbs and @RudyGiuliani
This is a pure definition of conspiracy theory. My God!!! Really??😆😆😆

**Leonor Camacho** @LeonorC14529662 · Nov 19, 2020
Replying to @LouDobbs and @RudyGiuliani
That is so sad see Ruddy! 😉Honestly, you don't need to do ridicules things like this🤫🤔🤔😓

1

**Keith Lauerman** @KeithLauerman · Nov 19, 2020
Replying to @LouDobbs and @RudyGiuliani
Q Dobbs

**Ed Gill** @Dwardoman · Nov 19, 2020
Replying to @LouDobbs and @RudyGiuliani

## Relevant people

**Lou Dobbs** @LouDobbs Follow
Lou Dobbs Tonight, Fox Business Network, 5, 7 & 10 PM/ET

**Rudy W. G...** @RudyGiuliani Follow
Listen to the Common Sense podcast through the link below. 🇺🇸

## What's happening

In memoriam · 1 hour ago
**Wednesday marks International Holocaust Remembrance Day**
Trending with #HolocaustRemembranceDa...

**#BehindTheScreens**
Join us Wednesdays at 10 PM ET.
Promoted by XPS

Pop · Trending
**HALSEY**
49.1K Tweets

Trending in United States
**TO THE MOON**
52.9K Tweets

The Ne... · 1 hour ago
**Why is Wall Street obsessed with GameStop?**
Trending with Game Stop

Show more

Terms of Service Privacy Policy Cookie Policy Ads info More ···
© 2021 Twitter, Inc.

**Relevant people**

**Lou Dobbs** ✓                    Follow
@LouDobbs

Lou Dobbs Tonight, Fox
Business Network, 5, 7 & 10
PM/ET

**Rudy W. G...** ✓                 Follow
@RudyGiuliani

Listen to the Common Sense
podcast through the link
below. 🇺🇸

**What's happening**

In memoriam · 1 hour ago
**Wednesday marks
International Holocaust
Remembrance Day**
Trending with
#HolocaustRemembranceDa...

**#BehindTheScreens** 🎬
Join us Wednesdays at 10 PM ET.
☑ Promoted by XPS

Pop · Trending
**HALSEY**
49.1K Tweets

Trending in United States
**TO THE MOON**
52.9K Tweets

🅱 The Ne... ✓ · 1 hour ago
**Why is Wall Street
obsessed with
GameStop?**
Trending with Game Stop

Show more

Terms of Service   Privacy Policy
Cookie Policy   Ads info   More ···
© 2021 Twitter, Inc.



Home - Dominion Voting Systems
Election 2020: Disinformation is dangerous and threatens democracy. Get the facts about Dominion and its voting systems. Get the Facts …
🔗 dominionvoting.com

**Almost Home** @beermademe · Nov 19, 2020
Replying to @LouDobbs @intheMatrixxx and @RudyGiuliani
You all are high... holy shit

**Tashika Y. Alford** @TashikaA · Nov 19, 2020
Replying to @LouDobbs and @RudyGiuliani
Chris Krebs, the director of the Cybersecurity and Infrastructure Security Agency, and directly tied it to Krebs' statement that said there "is no evidence that any voting system deleted or lost votes, changed votes, or was in any way compromised.
💬 1          ↻          ♡ 3          ⬆️

**abu.yasser** @abuyass72369208 · Nov 19, 2020
Replying to @LouDobbs and @RudyGiuliani
Wow, if that is proven, it will be the biggest scandal in the largest country in the world
What will the American people do?
💬 1          ↻          ♡          ⬆️

**Suzan Pennington** @SuzanPe00836139 · Nov 18, 2020
Replying to @LouDobbs and @RudyGiuliani
Uh huh 😏 #ByeRudy
💬 2          ↻          ♡ 2          ⬆️

**Danielle LaMantia** @Dannilam373 · Nov 19, 2020
Replying to @LouDobbs and @RudyGiuliani
I can not believe how most individuals do not believe the fix... this election was a huge .... show and 2020 as well. Wake up America 🇺🇸 for people like me we know patience wait...u gonna see #Trump2020 🇺🇸🙏👍
💬 1          ↻          ♡          ⬆️

**patricia** @patrici79118099 · Nov 19, 2020
Replying to @LouDobbs and @RudyGiuliani
They are not delusion at all they get the facts bank in it !!!!!!
💬 1          ↻          ♡ 1          ⬆️

**SammyB26** @SammyB26 · Nov 19, 2020
Replying to @LouDobbs and @RudyGiuliani
Maybe I'm not smart enough to get all this stuff but if our votes go to Spain
and Germany and Venezuela to get counted, why are they complaining that

## Relevant people

**Lou Dobbs** ✓
@LouDobbs                    [ Follow ]
Lou Dobbs Tonight, Fox Business Network, 5, 7 & 10 PM/ET

**Rudy W. G...** ✓
@RudyGiuliani                [ Follow ]
Listen to the Common Sense podcast through the link below. 🇺🇸

## What's happening

In memoriam · 1 hour ago
**Wednesday marks International Holocaust Remembrance Day**
Trending with
#HolocaustRemembranceDa…

**#BehindTheScreens** 🎬
Join us Wednesdays at 10 PM ET.
📣 Promoted by XPS

Pop · Trending
**HALSEY**
49.1K Tweets

Trending in United States
**TO THE MOON**
52.9K Tweets

🅑 The Ne... ✓ · 1 hour ago
**Why is Wall Street obsessed with GameStop?**
Trending with  Game Stop

Show more

Terms of Service   Privacy Policy
Cookie Policy   Ads info   More ···
© 2021 Twitter, Inc.



💬 1          🔁          ♡ 1          ⬆

**SammyB26** @SammyB26 · Nov 19, 2020
Replying to @LouDobbs and @RudyGiuliani
Maybe I'm not smart enough to get all this stuff but if our votes go to Spain and Germany and Venezuela to get counted, why are they complaining that the people who oversaw the vote count in Pennsylvania were keep too far away to see the ballots?

💬 1          🔁          ♡ 1          ⬆

This Tweet is from a suspended account. Learn more

**mac** @azureaboveus · Nov 19, 2020
Biden won

💬 1          🔁          ♡          ⬆

**Ballin** @ramplead · Nov 19, 2020
Replying to @LouDobbs and @RudyGiuliani

Farce as Rudy Giuliani goes to court to overturn elect...
Giuliani, 76, went to federal court in Williamsport, PA, to try to overturn hundreds of thousands of votes in ...
🔗 dailymail.co.uk

💬          🔁          ♡          ⬆

**Nathan Middleton** @nathanjm000 · Nov 19, 2020
Replying to @LouDobbs and @RudyGiuliani
Evidence please

💬          🔁          ♡          ⬆

**Kratos™** @bigatom · Nov 19, 2020
Replying to @LouDobbs and @hermanntertsch and @RudyGiuliani
Un detallito nada más...

💬          🔁          ♡ 1          ⬆

**Tony Wilks** @ControirMedia · Nov 19, 2020
Replying to @LouDobbs and @RudyGiuliani
Rudy is a horrible source of information.

💬          🔁          ♡          ⬆

**Dorie Walsh** @CallMeSheeple · Nov 19, 2020
Replying to @LouDobbs and @RudyGiuliani
Disappear like a miracle!

💬          🔁          ♡          ⬆

**Rdwest1** @rdwest1 · Nov 19, 2020
Replying to @LouDobbs and @RudyGiuliani
And the proof is where? Oh, on Hunter's hard drives? Haha!

💬          🔁          ♡ 1          ⬆

**RCCCK** @robin24968036 · Nov 19, 2020

## Relevant people

**Lou Dobbs** ✓
@LouDobbs                    [ Follow ]
Lou Dobbs Tonight, Fox Business Network, 5, 7 & 10 PM/ET

**Rudy W. G...** ✓
@RudyGiuliani                [ Follow ]
Listen to the Common Sense podcast through the link below. 🇺🇸

## What's happening

In memoriam · 1 hour ago
**Wednesday marks International Holocaust Remembrance Day**
Trending with
#HolocaustRemembranceDa...

**#BehindTheScreens** 🎬
Join us Wednesdays at 10 PM ET.
📄 Promoted by XPS

Pop · Trending
**HALSEY**
49.1K Tweets

Trending in United States
**TO THE MOON**
52.9K Tweets

🌐 The Ne... ✓ · 1 hour ago
**Why is Wall Street obsessed with GameStop?**
Trending with  Game Stop

Show more

Terms of Service  Privacy Policy
Cookie Policy  Ads info  More ···
© 2021 Twitter, Inc.





Tweet

Search Twitter

RdWest1 @rdwest1 · Nov 19, 2020
Replying to @LouDobbs and @RudyGiuliani
And the proof is where? Oh, on Hunter's hard drives? Haha!
1

RCCCK @robin24968036 · Nov 19, 2020
Replying to @LouDobbs and @RudyGiuliani

RCCCK @robin24968036 · Nov 19, 2020
Replying to @LouDobbs and @RudyGiuliani

1

ihateyou @ihateyo61728382 · Nov 19, 2020
Replying to @LouDobbs and @RudyGiuliani
24 million votes were sent to my home and I counted them all for Trump. Better back those out of the total Lou.

Another Lunatic @alunatic · Nov 19, 2020
Replying to @LouDobbs and @RudyGiuliani
This is like watching professional wresting. Hilarious made up soap operas for men.

Space Force Trump @SpaceForceTrum1 · Nov 19, 2020

## Relevant people

**Lou Dobbs** @LouDobbs Follow
Lou Dobbs Tonight, Fox Business Network, 5, 7 & 10 PM/ET

**Rudy W. G...** @RudyGiuliani Follow
Listen to the Common Sense podcast through the link below. 🇺🇸

## What's happening

In memoriam · 1 hour ago
**Wednesday marks International Holocaust Remembrance Day**
Trending with #HolocaustRemembranceDa...

**#BehindTheScreens**
Join us Wednesdays at 10 PM ET.
Promoted by XPS

Pop · Trending
**HALSEY**
49.1K Tweets

Trending in United States
**TO THE MOON**
52.9K Tweets

The Ne... · 1 hour ago
**Why is Wall Street obsessed with GameStop?**
Trending with Game Stop

Show more

Terms of Service Privacy Policy
Cookie Policy Ads info More ...
© 2021 Twitter, Inc.

Tweet

Search Twitter

Replying to @LouDobbs and @RudyGiuliani
This is like watching professional wresting. Hilarious made up soap operas for men.

**Space Force Trump** @SpaceForceTrum1 · Nov 19, 2020
Replying to @LouDobbs and @RudyGiuliani
@LouDobbs and @RudyGiuliani on patrol. What a waste of perfectly good oxygen and skeletons.

**I M Grimaldi** @IMGrimaldi1 · Nov 19, 2020
Replying to @LouDobbs and @RudyGiuliani
Gosh, Lou. You and Rudy together. Horrific!

**Manis** @Manis0524 · Nov 19, 2020
Replying to @LouDobbs and @RudyGiuliani
😴😴😴

**Lê Lợi** @LLi67237084 · Nov 19, 2020
Replying to @LouDobbs and @RudyGiuliani
👍

**Diana Broome** @DianaBroome2 · Nov 19, 2020
Replying to @LouDobbs and @RudyGiuliani
And that's acceptable? WHY?

**Tremendously Fantastic Stable Geeenyous** @scott_... · Nov 19, 2020
Replying to @LouDobbs and @RudyGiuliani
Meanwhile, how it really looks when they're under oath in PA.

27. Petitioners do not allege, and there is no evidence of, any fraud in connection with the challenged ballots.

28. Petitioners do not allege, and there is no evidence of, any misconduct in connection

## Relevant people

**Lou Dobbs** @LouDobbs Follow
Lou Dobbs Tonight, Fox Business Network, 5, 7 & 10 PM/ET

**Rudy W. G...** @RudyGiuliani Follow
Listen to the Common Sense podcast through the link below. 🇺🇸

## What's happening

In memoriam · 1 hour ago
**Wednesday marks International Holocaust Remembrance Day**
Trending with #HolocaustRemembranceDa...

**#BehindTheScreens**
Join us Wednesdays at 10 PM ET.
Promoted by XPS

Pop · Trending
**HALSEY**
49.1K Tweets

Trending in United States
**TO THE MOON**
52.9K Tweets

The Ne... · 1 hour ago
**Why is Wall Street obsessed with GameStop?**
Trending with Game Stop

Show more

Terms of Service Privacy Policy Cookie Policy Ads info More ···
© 2021 Twitter, Inc.

**Tweet**

Replying to @LouDobbs and @RudyGiuliani

Meanwhile, how it really looks when they're under oath in PA.



27.   Petitioners do not allege, and there is no evidence of, any fraud in connection with the challenged ballots.

28.   Petitioners do not allege, and there is no evidence of, any misconduct in connection with the challenged ballots.

29.   Petitioners do not allege, and there is no evidence of, any impropriety in connection with the challenged ballots.

30.   Petitioners do not allege, and there is no evidence of, any undue influence committed with respect to the challenged ballots.

💬    🔁 6    ♡ 12    ⬆️

**Patrick Lewis** @Patrick65414947 · Nov 19, 2020

Replying to @LouDobbs and @RudyGiuliani

RUDY FOUND SOME MORE BALLOTS!

💬    🔁    ♡    ⬆️

**Julie Goldstein** @1007julie · Nov 19, 2020

Replying to @LouDobbs and @RudyGiuliani

💬    🔁    ♡    ⬆️

**Holly Chesser** @HollyChesser · Nov 19, 2020

Replying to @LouDobbs and @RudyGiuliani

Two sad men talk into a void.

---

**Relevant people**

**Lou Dobbs** ✔️
@LouDobbs        [ Follow ]

Lou Dobbs Tonight, Fox Business Network, 5, 7 & 10 PM/ET

**Rudy W. G...** ✔️
@RudyGiuliani    [ Follow ]

Listen to the Common Sense podcast through the link below. 🇺🇸

**What's happening**

In memoriam · 1 hour ago
**Wednesday marks International Holocaust Remembrance Day**
Trending with
#HolocaustRemembranceDa...

**#BehindTheScreens** 💻
Join us Wednesdays at 10 PM ET.
📢 Promoted by XPS

Pop · Trending                    ···
**HALSEY**
49.1K Tweets

Trending in United States         ···
**TO THE MOON**
52.9K Tweets

🅝 The Ne... ✔️ · 1 hour ago
**Why is Wall Street obsessed with GameStop?**
Trending with Game Stop

Show more

Terms of Service   Privacy Policy
Cookie Policy   Ads info   More ···
© 2021 Twitter, Inc.

---



**Holly Chesser** @HollyChesser · Nov 19, 2020
Replying to @LouDobbs and @RudyGiuliani
Two sad men talk into a void.

**cindyp** @cpribno6 · Nov 19, 2020
Replying to @LouDobbs and @RudyGiuliani

GIF

**Dwayne Jetski** @JetskiDwayne · Nov 19, 2020
Replying to @LouDobbs and @RudyGiuliani

**Are things looking up yet?** @luvinlifeinID · Nov 19, 2020
Replying to @LouDobbs and @RudyGiuliani
Wait, not anonymous whistleblowers are ok? I'm so confused 🤔

**Tom Irish** @TomIrish1 · Nov 19, 2020
Replying to @LouDobbs and @RudyGiuliani
And what evidence does he bring to support that which he spews?

## Relevant people

**Lou Dobbs** ✓
@LouDobbs
Lou Dobbs Tonight, Fox Business Network, 5, 7 & 10 PM/ET

**Rudy W. G...** ✓
@RudyGiuliani
Listen to the Common Sense podcast through the link below. 🇺🇸

## What's happening

In memoriam · 1 hour ago
**Wednesday marks International Holocaust Remembrance Day**
Trending with #HolocaustRemembranceDa...

**#BehindTheScreens**
Join us Wednesdays at 10 PM ET.
⊞ Promoted by XPS

Pop · Trending
**HALSEY**
49.1K Tweets

Trending in United States
**TO THE MOON**
52.9K Tweets

🅱 The Ne... ✓ · 1 hour ago
**Why is Wall Street obsessed with GameStop?**
Trending with Game Stop

Show more

Terms of Service   Privacy Policy
Cookie Policy   Ads info   More ···
© 2021 Twitter, Inc.

Document title: (2) Lou Dobbs on Twitter: &quot;Foreign Election Involvement:@RudyGiuliani says votes in 28 states were sent to Germany and Spain to be counted by…
Capture URL: https://twitter.com/LouDobbs/status/1329191588216639493
Capture timestamp (UTC): Wed, 27 Jan 2021 17:26:37 GMT



**Tom Irish** @TomIrish1 · Nov 19, 2020
Replying to @LouDobbs and @RudyGiuliani
And what evidence does he bring to support that which he spews?

**OPTHOMASMPRIME** @opthomasmprime · Nov 19, 2020
Replying to @LouDobbs and @RudyGiuliani
Reported

**Morty Rosenfeld** @MortyRosenfeld1 · Nov 19, 2020
Replying to @LouDobbs and @RudyGiuliani
Only a fool would believe anything Rudy says.

**Charles Bell** @charlesbell74 · Nov 19, 2020
Replying to @LouDobbs and @RudyGiuliani

Farce as Rudy Giuliani goes to court to overturn elect...
Giuliani, 76, went to federal court in Williamsport, PA, to try to overturn hundreds of thousands of votes in ...
🔗 dailymail.co.uk

**Lying Dog-Faced Pony Soldier** @TheHebroohammr · Nov 19, 2020
Replying to @LouDobbs and @RudyGiuliani
Laughable. Trump team is 1-25 in court.

🍀 **dannyboy** @luv2grdsns · Nov 19, 2020
Replying to @LouDobbs and @RudyGiuliani
OMG, he's really delusional. Put him away now.

♡ 4

**Clay Thompson** @harryt59_harry · Nov 19, 2020
Replying to @LouDobbs and @RudyGiuliani
I counted 10 in Canada,  all for Biden.

**@gsojfo** @gsojfo · Nov 19, 2020
Replying to @LouDobbs and @RudyGiuliani
Two creepy guys.

**Reamster** @JeffreamJeff · Nov 19, 2020
Replying to @LouDobbs and @RudyGiuliani

### Relevant people

**Lou Dobbs** ✓
@LouDobbs    [Follow]
Lou Dobbs Tonight, Fox Business Network, 5, 7 & 10 PM/ET

**Rudy W. G...** ✓
@RudyGiuliani    [Follow]
Listen to the Common Sense podcast through the link below. 🇺🇸

### What's happening

In memoriam · 1 hour ago
**Wednesday marks International Holocaust Remembrance Day**
Trending with
#HolocaustRemembranceDa...

**#BehindTheScreens** 🎬
Join us Wednesdays at 10 PM ET.
☑ Promoted by XPS

Pop · Trending
**HALSEY**
49.1K Tweets

Trending in United States
**TO THE MOON**
52.9K Tweets

🌐 **The Ne...** ✓ · 1 hour ago
**Why is Wall Street obsessed with GameStop?**
Trending with Game Stop

Show more

Terms of Service  Privacy Policy
Cookie Policy  Ads info  More ···
© 2021 Twitter, Inc.



**Tweet**

Replying to @LouDobbs and @RudyGiuliani

You are fake news.

GIF                                    MakeAGIF.com

**Relevant people**

**Lou Dobbs** ✓
@LouDobbs                    [Follow]
Lou Dobbs Tonight, Fox
Business Network, 5, 7 & 10
PM/ET

**Rudy W. G...** ✓
@RudyGiuliani               [Follow]
Listen to the Common Sense
podcast through the link
below. 🇺🇸

**Norman** @norman7177 · Nov 19, 2020
Replying to @LouDobbs and @RudyGiuliani
Recount won't work. The only way to find large scale fraud now is:
Count number of ballot envelopes and number of ballots. These two
numbers should match or very closely match.
Will the difference exceeds 100K in Philadelphia? in Detroit?
Can someone pass this to Trump team?

💬        ⟲        ♡ 1        ⬆

**What's happening**

In memoriam · 1 hour ago
**Wednesday marks
International Holocaust
Remembrance Day**
Trending with
#HolocaustRemembranceDa...

**#BehindTheScreens** 🎬
Join us Wednesdays at 10 PM ET.

📷 Promoted by XPS

**Robert Wilson** @RobertWilson410 · Nov 19, 2020
Replying to @LouDobbs and @RudyGiuliani
Why not ask him why he forged the signature for the judge.

💬        ⟲        ♡        ⬆

**Maui Homes Guide** @AntKnowsMaui · Nov 19, 2020
Replying to @LouDobbs and @RudyGiuliani
Yes Indeed ‼️

Pop · Trending
**HALSEY**
49.1K Tweets

Trending in United States
**TO THE MOON**
52.9K Tweets

🌐 The Ne... ✓ · 1 hour ago
**Why is Wall Street
obsessed with
GameStop?**
Trending with Game Stop

Show more

Terms of Service · Privacy Policy
Cookie Policy · Ads info · More ···
© 2021 Twitter, Inc.

Wall Street's $8 trillion man: Markets are 'tired' of Trump chaos
The post-election celebration on Wall Street isn't just about relief over a
divided government. It's also being driven by hopes of calmer leadershi...
🔗 cnn.com

💬        ⟲        ♡        ⬆

← **Tweet**

The post-election celebration on Wall Street isn't just about relief over a divided government. It's also being driven by hopes of calmer leadershi…
🔗 cnn.com

**Relevant people**



**Lou Dobbs** ✓    [Follow]
@LouDobbs
Lou Dobbs Tonight, Fox Business Network, 5, 7 & 10 PM/ET

**Rudy W. G...** ✓    [Follow]
@RudyGiuliani
Listen to the Common Sense podcast through the link below. 🇺🇸

**Gerald_Busch** @BuschDetxClinic · Nov 19, 2020
Replying to @LouDobbs and @RudyGiuliani
Oh if Giuliani says it must be true right Lou?

**Casa Yaguarete B&B** @casayaguarete · Nov 19, 2020
Replying to @LouDobbs and @RudyGiuliani
My God I hope all these people are going to be in jail
♡ 1

**Abraxsys** @Abraxsys · Nov 19, 2020
Replying to @LouDobbs and @RudyGiuliani
You guys are as intelligible as a conversation between Alexa and Siri.

**Marvin Frackt** @ormeaux · Nov 19, 2020
Replying to @LouDobbs and @RudyGiuliani
Lou Dobbs conspiracy theorist par excellence.

**The Real Me** @TheRealMe11 · Nov 19, 2020
Replying to @LouDobbs and @RudyGiuliani
It's time for you two guys to join this century.

**Brian** @Sir_Fahrenheit · Nov 19, 2020
Replying to @LouDobbs @JennaEllisEsq and @RudyGiuliani

"I could spend a full-time job just responding to the ridiculously illogical, inconsistent, and blatantly stupid arguments supporting Trump," she wrote in March 2016. "But here's the thing: his supporters DON'T CARE about facts or logic. They aren't seeking truth.

**yang yin** @niYgnaYniYgnaY · Nov 19, 2020
Replying to @LouDobbs and @RudyGiuliani
🚨 Rudy will be repeating his comedy act at the Yuk Yuk Club in downtown Kiev next weekend. Hurry get your $20,000 tickets before they're sold out.

**Arjan Luijendijk** @aaluijendijk · Nov 19, 2020
Replying to @LouDobbs and @RudyGiuliani
So. Much. Bullshit.

**What's happening**

In memoriam · 1 hour ago
**Wednesday marks International Holocaust Remembrance Day**
Trending with
#HolocaustRemembranceDa...

**#BehindTheScreens** 🎬
Join us Wednesdays at 10 PM ET.
📷 Promoted by XPS

Pop · Trending
**HALSEY**
49.1K Tweets

Trending in United States
**TO THE MOON**
52.9K Tweets

🔵 The Ne... ✓ · 1 hour ago
**Why is Wall Street obsessed with GameStop?**
Trending with Game Stop

Show more

Terms of Service  Privacy Policy
Cookie Policy  Ads info  More ···
© 2021 Twitter, Inc.

Document title: (2) Lou Dobbs on Twitter: &quot;Foreign Election Involvement:@RudyGiuliani says votes in 28 states were sent to Germany and Spain to be counted by…
Capture URL: https://twitter.com/LouDobbs/status/1329191588216639493
Capture timestamp (UTC): Wed, 27 Jan 2021 17:26:37 GMT

Tweet

Kiev next weekend. Hurry get your $20,000 tickets before they're sold out.

**Arjan Luijendijk** @aaluijendijk · Nov 19, 2020
Replying to @LouDobbs and @RudyGiuliani
So. Much. Bullshit.

**Katia Mylinka** @MylinkaKatia · Nov 19, 2020
Replying to @LouDobbs @JennaEllisEsq and @RudyGiuliani
This is exceptionally stupid

♡ 1

**AC** @Ado1976 · Nov 19, 2020
Replying to @LouDobbs and @RudyGiuliani
There is no proof of anything. But he takes 20.000 $ a day for that. Not bad income for no result.

♡ 1

**Sabine Ludowigs** @SLudowigs · Nov 19, 2020
Replying to @LouDobbs and @RudyGiuliani
Cringe-worthy. SO embarassing....

♡ 1

**Marcelo Andrade** @M7andrade · Nov 19, 2020
Replying to @LouDobbs @mitags and @RudyGiuliani
@Rconstantino @allanldsantos @GFiuza_Oficial olha isso!

**Jörg Scherz** @juriberlin · Nov 19, 2020
Replying to @LouDobbs @JennaEllisEsq and @RudyGiuliani



Trump's legal adviser Jenna Ellis in 2016 called him an 'idiot' and said hi...
Jenna Ellis has been one of President Donald Trump's most ardent defenders since joining his campaign as a legal adviser and surrogate a ...
🔗 edition.cnn.com

**Steven the European #FBPE** @EuropeanSteven · Nov 19, 2020
Replying to @LouDobbs and @RudyGiuliani
Shit's funnier than the naked gun movies 🤡👺

**Relevant people**

**Lou Dobbs** ✔ @LouDobbs — Follow
Lou Dobbs Tonight, Fox Business Network, 5, 7 & 10 PM/ET

**Rudy W. G...** ✔ @RudyGiuliani — Follow
Listen to the Common Sense podcast through the link below. 🇺🇸

**What's happening**

In memoriam · 1 hour ago
**Wednesday marks International Holocaust Remembrance Day**
Trending with #HolocaustRemembranceDa...

**#BehindTheScreens** 🎬
Join us Wednesdays at 10 PM ET.
☑ Promoted by XPS

Pop · Trending
**HALSEY**
49.1K Tweets

Trending in United States
**TO THE MOON**
52.9K Tweets

🅑 The Ne... ✔ · 1 hour ago
**Why is Wall Street obsessed with GameStop?**
Trending with Game Stop

Show more

Terms of Service  Privacy Policy
Cookie Policy  Ads info  More ···
© 2021 Twitter, Inc.





Tweet

Search Twitter

**Steven the European #FBPE** @EuropeanSteven · Nov 19, 2020
Replying to @LouDobbs and @RudyGiuliani
Shit's funnier than the naked gun movies 🤣🤡

**martin schulman** @martinschulman2 · Nov 19, 2020
Replying to @LouDobbs and @RudyGiuliani
Rudy has gone from being the star of NYU Law Class of '68 to horse's ass representing President Trump in 2020. Two of Trump's lawyers have already been disbarred. Think Rudy is on his way to being number 3? Don't bet against it. We can call it a Rudy hat trick.

**Devin Nunes' cab driver** @rossko57 · Nov 19, 2020
Replying to @LouDobbs and @RudyGiuliani
Why would any of that make sense? Lol. Reel in those gullible rubes ... and hey, keep sending $$! 1000% match!

**Mitch Lyle** @mitchlyleSoFlo · Nov 19, 2020
Replying to @LouDobbs and @RudyGiuliani
He can say this shit all day on your show but he won't dare say it in open court.

**Julian Zinner** @julian_zinner · Nov 19, 2020
Replying to @LouDobbs and @RudyGiuliani
Rudi Giuliani, the criminal conspiracy theorist with general power of attorney for a state that has lost all democratic basic order.

**(((Brett Johnson)))** @BrettJ33 · Nov 19, 2020
Replying to @LouDobbs and @RudyGiuliani
Prove it. Show picture of the airplane.

**Glen Roberson** @GDR_Photography · Nov 19, 2020
Replying to @LouDobbs and @RudyGiuliani
If it's illegal, it should be.
2

**Educated Jerk** @ghosthands187 · Nov 19, 2020
Replying to @LouDobbs and @RudyGiuliani

## Relevant people

**Lou Dobbs** @LouDobbs Follow
Lou Dobbs Tonight, Fox Business Network, 5, 7 & 10 PM/ET

**Rudy W. G...** @RudyGiuliani Follow
Listen to the Common Sense podcast through the link below. 🇺🇸

## What's happening

In memoriam · 1 hour ago
**Wednesday marks International Holocaust Remembrance Day**
Trending with #HolocaustRemembranceDa...

**#BehindTheScreens**
Join us Wednesdays at 10 PM ET.
Promoted by XPS

Pop · Trending
**HALSEY**
49.1K Tweets

Trending in United States
**TO THE MOON**
52.9K Tweets

The Ne... · 1 hour ago
**Why is Wall Street obsessed with GameStop?**
Trending with Game Stop

Show more

Terms of Service Privacy Policy Cookie Policy Ads info More ···
© 2021 Twitter, Inc.

Tweet

Search Twitter

**Educated Jerk** @ghosthands187 · Nov 19, 2020
Replying to @LouDobbs and @RudyGiuliani

**Peppermint Gekko** @Meidas_P_Gekko · Nov 19, 2020
Replying to @LouDobbs and @RudyGiuliani

**Democracy Docket** @DemocracyDocket · Nov 19, 2020
🎉Not tired of winning!

2

**Greg Snider** @BuildinUp1 · Nov 19, 2020
Replying to @LouDobbs @JennaEllisEsq and @RudyGiuliani

## Relevant people

**Lou Dobbs** @LouDobbs Follow
Lou Dobbs Tonight, Fox Business Network, 5, 7 & 10 PM/ET

**Rudy W. G...** @RudyGiuliani Follow
Listen to the Common Sense podcast through the link below. 🇺🇸

## What's happening

In memoriam · 1 hour ago
**Wednesday marks International Holocaust Remembrance Day**
Trending with #HolocaustRemembranceDa...

**#BehindTheScreens**
Join us Wednesdays at 10 PM ET.
Promoted by XPS

Pop · Trending
**HALSEY**
49.1K Tweets

Trending in United States
**TO THE MOON**
52.9K Tweets

**The Ne...** · 1 hour ago
**Why is Wall Street obsessed with GameStop?**
Trending with Game Stop

Show more

Terms of Service Privacy Policy Cookie Policy Ads info More ···
© 2021 Twitter, Inc.



**Relevant people**

**Lou Dobbs** ✔
@LouDobbs                     Follow

Lou Dobbs Tonight, Fox
Business Network, 5, 7 & 10
PM/ET

**Rudy W. G...** ✔
@RudyGiuliani                Follow

Listen to the Common Sense
podcast through the link
below. 🇺🇸

**What's happening**

In memoriam · 1 hour ago
**Wednesday marks
International Holocaust
Remembrance Day**
Trending with
#HolocaustRemembranceDa...

**#BehindTheScreens** 🎬
Join us Wednesdays at 10 PM ET.
🔲 Promoted by XPS

Pop · Trending                    ⋯
**HALSEY**
49.1K Tweets

Trending in United States          ⋯
**TO THE MOON**
52.9K Tweets

🅱 The Ne... ✔ · 1 hour ago
**Why is Wall Street
obsessed with
GameStop?**
Trending with Game Stop

Show more

Terms of Service  Privacy Policy
Cookie Policy  Ads info  More ⋯
© 2021 Twitter, Inc.

---

**Greg Snider** @BuildinUp1 · Nov 19, 2020
Replying to @LouDobbs @JennaEllisEsq and @RudyGiuliani
Again, FOX.

**mary** @mary60881484 · Nov 19, 2020
Replying to @LouDobbs and @RudyGiuliani
WHY

**Chef BoyarD** @BeefaroniLove · Nov 19, 2020
Replying to @LouDobbs and @RudyGiuliani
Ah yes

"Proof"

**David** @DavidAgam4 · Nov 19, 2020
Replying to @LouDobbs and @RudyGiuliani
The same 5 angry old men talking to one another...convinced that people
are taking them seriously.   Sad.

**Military-Industrial Complex** @ComplexMilitary · Nov 19, 2020
Replying to @LouDobbs @JennaEllisEsq and @RudyGiuliani
I can't believe y'all believe these two old kooks.

**Cynthia Perkins** @CindyLooHooTwo · Nov 19, 2020
Replying to @LouDobbs and @RudyGiuliani
Why weren't the votes tallied on Hunter Biden's laptop?  I mean, you're
making this shit up anyway, so why not?

**Amy L. Maynor** @AmyMaynor · Nov 19, 2020
Replying to @LouDobbs and @RudyGiuliani
It's all unfolding like a house of cards... but why are we just figuring these
things out???
                                        ♡ 2

**Eric Sunkel** @ericsunkel · Nov 19, 2020
Replying to @LouDobbs and @RudyGiuliani
Left collusion with foreign governments to sway an election.
                                        ♡ 2

**Huckabee George** @georgehenryw · Nov 19, 2020
Replying to @LouDobbs and @RudyGiuliani
This is a Nightmare of Fraud and Corruption

Smartmatic/Dominion were Born to Cheat

Document title: (2) Lou Dobbs on Twitter: &quot;Foreign Election Involvement:@RudyGiuliani says votes in 28 states were sent to Germany and Spain to be counted by…
Capture URL: https://twitter.com/LouDobbs/status/1329191588216639493
Capture timestamp (UTC): Wed, 27 Jan 2021 17:26:37 GMT





Tweet

Search Twitter

**Huckabee George** @georgehenryw · Nov 19, 2020
Replying to @LouDobbs and @RudyGiuliani
This is a Nightmare of Fraud and Corruption

Smartmatic/Dominion were Born to Cheat

4 3

**Arthur Larkin** @aglarkin46 · Nov 19, 2020
Replying to @LouDobbs @JennaEllisEsq and @RudyGiuliani
You believe that don't you? 🤣🤣

**Bud Collins Trio** @BudCollinsTrio · Nov 19, 2020
Replying to @LouDobbs and @RudyGiuliani
Too bad this is 100% provably false RUDY

**Bongo Fury** @BongoHits4Jesus · Nov 19, 2020
Replying to @LouDobbs and @RudyGiuliani
Rudy Giuliani is a mess

Perspective | Rudy Giuliani is a mess
Giuliani, at 76, has revealed himself to be a man who believes that he can summon truth from falsehoods, bend the law to his will and conjure ...
washingtonpost.com

**Bongo Fury** @BongoHits4Jesus · Nov 19, 2020
Replying to @LouDobbs and @RudyGiuliani
Been injured in an election? Call Rudy Giuliani now!

## Relevant people

**Lou Dobbs** @LouDobbs Follow
Lou Dobbs Tonight, Fox Business Network, 5, 7 & 10 PM/ET

**Rudy W. G...** @RudyGiuliani Follow
Listen to the Common Sense podcast through the link below. 🇺🇸

## What's happening

In memoriam · 1 hour ago
**Wednesday marks International Holocaust Remembrance Day**
Trending with #HolocaustRemembranceDa...

**#BehindTheScreens**
Join us Wednesdays at 10 PM ET.
Promoted by XPS

Pop · Trending
**HALSEY**
49.1K Tweets

Trending in United States
**TO THE MOON**
52.9K Tweets

The Ne... · 1 hour ago
**Why is Wall Street obsessed with GameStop?**
Trending with Game Stop

Show more

Terms of Service Privacy Policy
Cookie Policy Ads info More ···
© 2021 Twitter, Inc.

Opinion | Been injured in an election? Call Rudy Giuliani now!
He is definitely a lawyer!
🔗 washingtonpost.com

---

**Relevant people**

**Lou Dobbs** ✓
@LouDobbs                          [Follow]
Lou Dobbs Tonight, Fox
Business Network, 5, 7 & 10
PM/ET

**Rudy W. G...** ✓
@RudyGiuliani                      [Follow]
Listen to the Common Sense
podcast through the link
below. 🇺🇸

---

**rivershoredesign3** 🇺🇸🌀 @KA36069796 · Nov 19, 2020
Replying to @LouDobbs @JennaEllisEsq and @RudyGiuliani
Lying 🐖🐖🐖

**Jim Shepherd** @zathraslives · Nov 19, 2020
Replying to @LouDobbs @JennaEllisEsq and @RudyGiuliani
Whatever you're smoking, you should stop. It seems to be causing
permanent brain damage.

**Liz Lunde** @LundeLiz · Nov 19, 2020
Replying to @LouDobbs and @RudyGiuliani
This guy didn't know what rational basis or strict scrutiny was as
demonstrated in open court, which is something you learn as a first year law
student. He can't even book a venue correctly. But yeah, his info MUST be
unassailable 🤦‍♀️ This is just embarrassing.

**I Got Too Much Stuff** @moodydodds · Nov 19, 2020
Replying to @LouDobbs and @RudyGiuliani
He's nuts

**AtlantaCajun** 🌀🌀🌀🙏🙏🙏🏳️‍🌈🇺🇸🇺🇸 @genec... · Nov 19, 2020
Replying to @LouDobbs @JennaEllisEsq and @RudyGiuliani

> **Jenna Ellis** ✓
> March 17, 2016 · 🌐
>
> I could spend a full-time job just responding to the ridiculously
> illogical, inconsistent, and blatantly stupid arguments supporting
> Trump.
>
> But here's the thing: his supporters DON'T CARE about facts or logic.
> They aren't seeking truth. Trump probably could shoot someone in the
> middle of NYC and not lose support.
>
> And this is the cumulative reason why this nation is in such terrible
> shape:
>
> We don't have truth seekers; we have narcissists.
>
> 👍❤️ 30                                    8 Comments 4 Shares

---

**What's happening**

In memoriam · 1 hour ago
**Wednesday marks
International Holocaust
Remembrance Day**
Trending with
#HolocaustRemembranceDa...

**#BehindTheScreens** 🎬
Join us Wednesdays at 10 PM ET.
📷 Promoted by XPS

Pop · Trending
**HALSEY**
49.1K Tweets

Trending in United States
**TO THE MOON**
52.9K Tweets

🌐 The Ne... ✓ · 1 hour ago
**Why is Wall Street
obsessed with
GameStop?**
Trending with Game Stop

Show more

Terms of Service   Privacy Policy
Cookie Policy   Ads info   More ⋯
© 2021 Twitter, Inc.

---



middle of NYC and not lose support.

And this is the cumulative reason why this nation is in such terrible shape:

We don't have truth seekers; we have narcissists.

30                                                      8 Comments, 4 Shares

**Betterangels** @Ethelprincess55 · Nov 19, 2020
Replying to @LouDobbs @JennaEllisEsq and @RudyGiuliani
Lou... really? Rudy Giuliani says it so it must be true?
Bring all EVIDENCE to court. That's how it's done in the free United States of America. We don't decide elections by hearsay, conspiracy theories or outright mis-truths. 🇺🇸

**Steelers Nation** @Steelers607 · Nov 20, 2020
Replying to @LouDobbs and @RudyGiuliani
The same people that are bitching at me and insulting me are the same people that Blamed Russia for Trump winning in 2016 and spewed nothing but Hatred Toward Trump and Trump Supporters so for those that are insulting me might want to rethink how they treated other people....

1

**bradleyoutside** @bradleyoutside · Nov 20, 2020
Replying to @LouDobbs and @RudyGiuliani
My heavens Dobbs, your ignorance as absolutely breathtaking.

**Glenda Bell** @onesistah · Nov 20, 2020
Replying to @LouDobbs and @RudyGiuliani
YOU REPEATED THAT INSANITY!!!!

**jennifer hyams** @HyamsJennifer · Nov 20, 2020
Replying to @LouDobbs and @RudyGiuliani
😂😂😂😂😂

**Ariel Grumberg** @arielmg47 · Nov 20, 2020
Replying to @LouDobbs and @RudyGiuliani
What absolute nonsense.

**Paul** @Apmac77 · Nov 20, 2020
Replying to @LouDobbs and @RudyGiuliani
Fools

**Diane Morales Busquets** @DianeBusquets · Nov 20, 2020
Replying to @LouDobbs and @RudyGiuliani
Lies..

### Relevant people

**Lou Dobbs** ✔
@LouDobbs                    Follow
Lou Dobbs Tonight, Fox Business Network, 5, 7 & 10 PM/ET

**Rudy W. G...** ✔
@RudyGiuliani               Follow
Listen to the Common Sense podcast through the link below. 🇺🇸

### What's happening

In memoriam · 1 hour ago
**Wednesday marks International Holocaust Remembrance Day**
Trending with
#HolocaustRemembranceDa...

**#BehindTheScreens** 🎬
Join us Wednesdays at 10 PM ET.
🔲 Promoted by XPS

Pop · Trending
**HALSEY**
49.1K Tweets

Trending in United States
**TO THE MOON**
52.9K Tweets

🌐 The Ne... ✔ · 1 hour ago
**Why is Wall Street obsessed with GameStop?**
Trending with  Game Stop

Show more

Terms of Service   Privacy Policy
Cookie Policy   Ads info   More ⋯
© 2021 Twitter, Inc.



Tweet

Search Twitter

**Diane Morales Busquets** @DianeBusquets · Nov 20, 2020
Replying to @LouDobbs and @RudyGiuliani
Lies..

**Diane Morales Busquets** @DianeBusquets · Nov 20, 2020
Replying to @LouDobbs and @RudyGiuliani
Where's his evidence??

**Brad Armstrong** @Nvntr · Nov 20, 2020
Replying to @LouDobbs and @RudyGiuliani
This video clip is excerpted but not edited. Is this a Freudian slip? Or, is Biden for once telling the truth?

From **Brad Armstrong**

**Kenny Croes** @KennyCroes · Nov 20, 2020
Replying to @LouDobbs and @RudyGiuliani
Lou, you're undermining our democracy.

**The Admonitory Hippopotamus** @AdmonitoryThe · Nov 21, 2020
Replying to @LouDobbs and @RudyGiuliani
Fly at once! All is discovered!

**Think4yourself** @thenthinkagain · Nov 18, 2020
Replying to @LouDobbs and @RudyGiuliani
What is the credibility of such votes then ?
1 1 8

**carin harmon** @carinharmon2 · Nov 18, 2020
Replying to @LouDobbs and @RudyGiuliani
Incredible

**WollisWolff.💯🇺🇸⚖🏔** @WolffWollis · Nov 18, 2020
Replying to @LouDobbs and @RudyGiuliani

## Relevant people

**Lou Dobbs** @LouDobbs — Follow
Lou Dobbs Tonight, Fox Business Network, 5, 7 & 10 PM/ET

**Rudy W. G...** @RudyGiuliani — Follow
Listen to the Common Sense podcast through the link below. 🇺🇸

## What's happening

In memoriam · 1 hour ago
**Wednesday marks International Holocaust Remembrance Day**
Trending with #HolocaustRemembranceDa...

**#BehindTheScreens**
Join us Wednesdays at 10 PM ET.
Promoted by XPS

Pop · Trending
**HALSEY**
49.1K Tweets

Trending in United States
**TO THE MOON**
52.9K Tweets

The Ne... · 1 hour ago
**Why is Wall Street obsessed with GameStop?**
Trending with Game Stop

Show more

Terms of Service Privacy Policy Cookie Policy Ads info More ···
© 2021 Twitter, Inc.

Tweet

Incredible

**WollisWolff.** 💯 🇺🇸 ⚖️ 🦅 @WolffWollis · Nov 18, 2020
Replying to @LouDobbs and @RudyGiuliani
Federal law rules over States laws and bad judgement! 🇺🇸 ⚖️

**WollisWolff.** 💯 🇺🇸 ⚖️ 🦅 @WolffWollis · Nov 18, 2020
Replying to @LouDobbs and @RudyGiuliani
Think this has happened in several european nations to! Fixed elections by manipulate ballots machines and servers! #Europa

**askingforafriend** @askingf13614063 · Nov 18, 2020
Replying to @LouDobbs and @RudyGiuliani
Rudy 🤣🤣🤣🤣

**▢ ABA** @A_A_ALS · Nov 18, 2020
Replying to @LouDobbs @SecStudiesGrp and @RudyGiuliani
Nothing surprises me anymore



GIF

**Jan Fowler** @JC20161 · Nov 18, 2020
Replying to @LouDobbs and @RudyGiuliani
Another great show with informative guests. It would be interesting to know how "online votes" were, or are verified by the states.

2

---

**Relevant people**

**Lou Dobbs** ✓
@LouDobbs
Lou Dobbs Tonight, Fox Business Network, 5, 7 & 10 PM/ET

Follow

**Rudy W. G...** ✓
@RudyGiuliani
Listen to the Common Sense podcast through the link below. 🇺🇸

Follow

**What's happening**

In memoriam · 1 hour ago
**Wednesday marks International Holocaust Remembrance Day**
Trending with
#HolocaustRemembranceDa...

**#BehindTheScreens** 📷
Join us Wednesdays at 10 PM ET.
☑ Promoted by XPS

Pop · Trending
**HALSEY**
49.1K Tweets

Trending in United States
**TO THE MOON**
52.9K Tweets

🅝 **The Ne...** ✓ · 1 hour ago
**Why is Wall Street obsessed with GameStop?**
Trending with Game Stop

Show more

Terms of Service  Privacy Policy
Cookie Policy  Ads info  More ···
© 2021 Twitter, Inc.





Tweet

Search Twitter

**Jan Fowler** @JC20161 · Nov 18, 2020
Replying to @LouDobbs and @RudyGiuliani
Another great show with informative guests. It would be interesting to know how "online votes" were, or are verified by the states.
2

**SG Montgomery** @steve57563665 · Nov 18, 2020
Replying to @LouDobbs and @RudyGiuliani
Unreal

**J G 0416** @JG04161 · Nov 18, 2020
Replying to @LouDobbs @DeeDeCrist and @RudyGiuliani
No more "Kings"...

**Madison Berkley** @MadiBugson · Nov 18, 2020
Replying to @LouDobbs and @RudyGiuliani
D I S C O V E R Y

**Dusty Knuckles** @thirdmanogie · Nov 18, 2020
Replying to @LouDobbs and @RudyGiuliani
Tuck in your shirt, Randy!
4

**Mick Heimatliebe** @MickHeimatliebe · Nov 18, 2020
Replying to @LouDobbs and @RudyGiuliani
Thank🤗

## Relevant people

**Lou Dobbs** @LouDobbs Follow
Lou Dobbs Tonight, Fox Business Network, 5, 7 & 10 PM/ET

**Rudy W. G...** @RudyGiuliani Follow
Listen to the Common Sense podcast through the link below. 🇺🇸

## What's happening

In memoriam · 1 hour ago
**Wednesday marks International Holocaust Remembrance Day**
Trending with #HolocaustRemembranceDa...

**#BehindTheScreens**
Join us Wednesdays at 10 PM ET.
Promoted by XPS

Pop · Trending
**HALSEY**
49.1K Tweets

Trending in United States
**TO THE MOON**
52.9K Tweets

**The Ne...** · 1 hour ago
**Why is Wall Street obsessed with GameStop?**
Trending with Game Stop

Show more

Terms of Service Privacy Policy Cookie Policy Ads info More ···
© 2021 Twitter, Inc.

← **Tweet**

Mick Heimatliebe @MickHeimatliebe · Nov 18, 2020
Replying to @LouDobbs and @RudyGiuliani
Thank🙏

**Relevant people**

**Lou Dobbs** ✔
@LouDobbs                     [ Follow ]
Lou Dobbs Tonight, Fox
Business Network, 5, 7 & 10
PM/ET

**Rudy W. G...** ✔
@RudyGiuliani                 [ Follow ]
Listen to the Common Sense
podcast through the link
below. 🇺🇸

**What's happening**

In memoriam · 1 hour ago
**Wednesday marks
International Holocaust
Remembrance Day**
Trending with
#HolocaustRemembranceDa...

**#BehindTheScreens** 🎬
Join us Wednesdays at 10 PM ET.
▣ Promoted by XPS

Pop · Trending
**HALSEY**
49.1K Tweets

Trending in United States
**TO THE MOON**
52.9K Tweets

🌐 The Ne... ✔ · 1 hour ago
**Why is Wall Street
obsessed with
GameStop?**
Trending with Game Stop

Show more

Terms of Service  Privacy Policy
Cookie Policy  Ads info  More ···
© 2021 Twitter, Inc.