# Exhibit 25

TRANSCRIPT OF THE AUDIO RECORDING OF:

FOX BUSINESS, LOU DOBBS TONIGHT

NOVEMBER 19, 2020

TRANSCRIBED BY: THOMPSON COURT REPORTERS INC.

Page 2

1          LOU DOBBS:  Good evening, everybody. President

2    Trump's legal team today saying they have the evidence

3    to swing the election to President Trump.  Attorneys

4    for the Trump campaign speaking for more than an

5    hour-and-a-half today at a news conference in

6    Washington where they chastised the radical Dems and the

7    Left-wing national media for their handling of this

8    election, and they provided damning examples of what

9    they say is rampant voter fraud across the country.

10   The President's attorney, Rudy Giuliani, leading the

11   charge today. Giuliani says the radical Dems'

12   control and power was consolidated in a coordinated

13   effort to steal the election from President Trump.

14          RUDY GIULIANI:  As we started investigating,

15   both our investigations and the very patriotic and

16   brave American citizens that have come forward are

17   extraordinary, extraordinary number of people,

18   extraordinary number of witnesses.  And what emerged

19   very quickly is -- this is not a singular voter fraud

20   in one state.  This pattern repeats itself in a number

21   of states.  Almost exactly the same pattern.  Which to

22   any experienced investigator, prosecutor would suggest

23   that there was a plan from a centralized place to

24   execute these various acts of voter fraud, specifically

1   focused on big cities.  And specifically focused on, as

2   you would imagine, big cities controlled by Democrats.

3   And particularly focused on big cities that have a long

4   history of corruption.  The number of voter fraud cases

5   in Philadelphia could fill a library.

6          LOU DOBBS:  Giuliani insisted that it is

7   statistically impossible for Joe Biden to have pulled

8   ahead in key battlegrounds states as he did, arguing

9   mail-in ballots were particularly prone to fraud.

10  Giuliani also pointed to the more than one thousand

11  affidavits that the Trump legal team has gathered, many

12  of which describe Republican poll watchers who were

13  denied the ability to oversee the vote count in

14  Democratic strongholds.

15         RUDY GIULIANI:  These people are under penalty

16  of perjury.  The names are on an affidavit.  They swear

17  that they weren't allowed to carry out their function

18  as inspectors, and it's not just a technical thing.

19  There's a reason they did it.  Why wouldn't you allow

20  inspections of those ballots?  Because you knew you

21  were going to use those ballots to catch Biden up.

22         LOU DOBBS:  President Trump's attorneys say

23  they can prove illegal ballots were used to inflate

24  Biden's vote tally in Georgia and Pennsylvania, in

1    Michigan, in Wisconsin, Nevada, and Arizona.  The legal

2    team also expects to file new lawsuits in Arizona,

3    Georgia, Wisconsin, perhaps even Virginia, and New

4    Mexico.  That's in addition to the 20 lawsuits that are

5    now being litigated by the campaign or Republican Party

6    attorneys.  Another issue at the center of today's news

7    conference, the use of Dominion voting machines and

8    Smartmatic software.  Defense attorney Sidney Powell

9    cited a whistleblower's stunning affidavit.  It says

10   Smartmatic's technology was used to rig elections in

11   Venezuela.  It is now in the quote, "DNA of every vote

12   tabulating company software and system." Smartmatic and

13   Dominion deny those charges.  But Sidney Powell argues

14   that algorithms in the Smartmatic software were used to

15   change results in the presidential election.

16           MS. POWELL:  The software itself was created

17   with so many variables and so many backdoors that can

18   be hooked up to the Internet or a thumb drive stuck in

19   it or whatever.  But one of its most characteristic

20   features is its ability to flip votes.  It can set and

21   run an algorithm that probably ran all over the country

22   to take a certain percentage of votes from President

23   Trump and flip them to President Biden, which we might

24   never have uncovered, had the votes for President Trump

1   not been so overwhelming in so many of these states

2   that it broke the algorithm that had been plugged into

3   the system.  And that's what caused them to have to

4   shut down in the states they shut down in.  That's when

5   they came in the backdoor with all the mail-in

6   ballots, many of which they had actually fabricated.

7          LOU DOBBS:  We'll have much more on today's

8   powerful news conference and the powerful charges put

9   forward by the President's legal team, one of the team

10  members, Sidney Powell, among our guests here tonight.

11  She will be providing more details on how Dominion vote

12  machines and Smartmatic software were used to help Joe

13  Biden.  Also with us this evening Just The News

14  Editor-in-chief, John Solomon; historian Victor Davis

15  Hanson; Blexit founder, Candace Owens; all with us for

16  the next hour.  Action also taken by the Trump campaign

17  in the state of Wisconsin, they have filed for a

18  recount in two of the state's largest counties.

19  Correspondent Mike Tobin has the latest for us this

20  evening from Chicago, Mike?

21         MR. TOBIN:  Alright there Lou, ballots from

22  both Milwaukee and Dane County have been boxed up and

23  taken to the Wisconsin Center in Milwaukee for the

24  recount to begin tomorrow. In the meantime, President

Page 6

1   Trump just about 20 hours ago, rekindled an old

2   argument about ballots in Milwaukee with a tweet

3   writing, "Biden receives a dump of 143,379 votes at

4   3:42 AM." That was because counting finished for

5   169,000 absentee ballots in the Democratic stronghold

6   of Milwaukee just before 3:30 AM, they were loaded

7   onto a drive and included in the total. In the

8   meantime, Trump lawyer Rudy Giuliani, claims that more

9   than 100,000 absentee ballots were issued without

10  voters requesting and filling out an application in

11  Milwaukee and Dane counties. That would violate

12  Wisconsin law and invalidate the vote.

13          RUDY GIULIANI:  If you take away any number of

14  those, and that 20,000 lead disappears. In other

15  words, if you count the lawful votes, Trump won

16  Wisconsin. By a good margin.

17          MR. TOBIN:  Meagan Wolfe, the administrator

18  for the Wisconsin Election Commission says if there

19  were more absentee ballots than requests for absentee

20  ballots, that would have shown up in the canvas which

21  was just completed, and it will show up in the recount.

22  That sets the stage for the recount, which starts at

23  9:00 AM tomorrow, there will be 134 counting stations,

24  two counters per table, three observers, Plexiglas will

1  separate them. The observers will be kept at three

2  feet. Any of the machines involved are from ESS, not

3  Dominion. The bill for the recount is estimated at

4  $2.8 million, just shy of $3 per registered voter.

5  Lou?

6          LOU DOBBS:  Mike Tobin, thank you so much.

7  Mike Tobin reporting. Election officials in Georgia

8  are expected to release a report tonight. A report on

9  the state's hand recount results. The recount has

10 produced 6,000 previously unaccounted ballots in four

11 counties. President Trump gained 1,400 votes among

12 those and now trails Joe Biden by fewer than 13,000

13 votes. The President today tweeted, "Almost zero

14 ballots rejected in Georgia this election.  In years

15 past, that number was close to 4%. Not possible.

16 Must have signature check on envelopes now. Very easy

17 to do. Dems fighting because they got caught. Far

18 more votes than needed for flip. Republicans must get

19 tough!".

20 Well failed Georgia gubernatorial candidate Stacey

21 Abrams, weighing in on the recount in her state. Abrams

22 says President Trump should acknowledge the legal

23 sufficiency of the election as she did in 2018.  Abrams

24 has, in point a fact, never, never conceded her race

Page 8

1    against Bryan Camp for governor.  Which leads us to the

2    Lou Dobbs Tonight quote of the day.  Here is Abrams on

3    Viacom/CBS last year explaining why she refused to

4    concede.

5           SPEAKER 5:  Why haven't you conceded?

6           MS. ABRAMS:  Because concession means to say

7    that the process was fair.  But when I run an

8    organization that in ten days between election night

9    and the night I refused to concede, we received more

10   than 50,000 phone calls of people who were denied the

11   right to vote.  I am complicit if I say that that

12   system is fair.

13          LOU DOBBS:  That just about says at all,

14   doesn't it?  About Stacey Abrams, about the importance

15   of not conceding.  Up next, more on the battle for the

16   White House and the President's fight for a free and

17   fair election.  Attorney Sidney Powell, a member of the

18   President's legal team, joins us here right after these

19   quick messages, please stay with us.

20   Breaking news now, Dominion Voting Systems today once

21   again distanced itself from Smartmatic, saying Dominion

22   is an entirely separate company and fierce competitor

23   to Smartmatic and quote, "Dominion and Smartmatic do

24   not collaborate in any way and have no affiliate

1   relationship or financial ties." Yet, in a 2009 lawsuit

2   in which Smartmatic sued Dominion, a very clear

3   relationship between the two companies was laid out.

4   Quote, "The License Agreement granted Smartmatic rights

5   to certain patents and patent applications that

6   Dominion owned or controlled and to all know-how trade

7   secrets, methodologies, and other technical information

8   owned or possessed by Dominion.  The License Agreement

9   contains a non-competition provision.  This provision

10   limits Smartmatic's rights to develop, market, or sell

11   products that embody the licensed technology." So

12   despite what appears to have been at least a

13   relationship, and it is all but impossible to find any

14   record of either proving or disproving a relationship

15   because the two firms are privately owned, it becomes a

16   thorny matter at the very least.  Also breaking now,

17   defense attorney Sidney Powell today promised to pursue

18   President Trump's legal challenge until the very end.

19          MS. POWELL:  And I want the American public

20   to know right now that we will not be intimidated.

21   American patriots are fed up with the corruption from

22   the local level to the highest level of our government,

23   and we are going to take this country back.  We are not

24   going to be intimidated.  We are not going to back

Page 10

1  down.  We are going to clean this mess up now.

2  President Trump won by a landslide.  We are going to

3  prove it, and we are going to reclaim the United States

4  of America for the people who vote for freedom.

5        LOU DOBBS:  And joining us now by phone is

6  Sidney Powell.  She's a member obviously of the

7  President's legal team, also General Michael Flynn's

8  defense attorney, a great American, one of the

9  country's leading appellate attorneys.  Sidney, first

10  of all, thanks.  I know you are going every which

11  direction right now, busy as you could possibly be.

12  Let's start out right now with the President's path to

13  victory here as you and the legal team see it.  If you

14  could give us just that, that canvas very quickly.

15        MS. POWELL:  Well, yes Lou, the entire

16  election, frankly, in all the swings states should be

17  overturned and the legislatures should make sure that

18  the electors are selected for Trump.  And it's going to

19  have to follow the Constitutional provision that it go

20  be decided according to the Amendment.  It's --

21        LOU DOBBS:  [CROSSTALK] Let's turn --

22        MS. POWELL:  Go ahead.

23        LOU DOBBS:  Let's turn to Smartmatic and

24  Dominion.  Are they or are they not linked?

Page 11

1       MS. POWELL:  Oh, they're definitely linked.
2   I would call them inextricably intertwined. They have
3   the same history from their inception. I'm sure they're
4   trying to distance themselves from each other, but the
5   fact is that the Dominion machines run the Smartmatic
6   software and or parts of the key code of it.  And that
7   is what allows them to manipulate the votes in any way
8   the operators choose to manipulate them.  And every
9   time there was a glitch, as they called it, or
10  connection to the Internet, they also violated state
11  laws that required the machines to be certified and
12  nothing to be changed before the votes. There are any
13  number of legal grounds on which the use of those
14  machines has to be stopped and the votes invalidated.
15      LOU DOBBS:  And now, are you pressing forward
16  with legal action against them for those violations?
17      MS. POWELL:  Not against the company and the
18  software, but the suits will be against the election
19  officials who invalidate the results of the election,
20  and force it to the legislatures and the Electoral
21  College and then the Congress if necessary.
22      LOU DOBBS:  There has been great controversy
23  as well, as you know, about reports of a raid on a
24  company Scytel in Germany, which held election data,

Page 12

1    presumably, and a raid that was carried out by US

2    forces or so goes the report, although the forces

3    themselves were not clearly identified nor the event

4    actually proven.  Can you tell us what actually did

5    happen there and what you do know?

6          MS. POWELL:  Well, I know that is one of the

7    server centers.  There's also one in Barcelona.  So it

8    is related to the entire Smartmatic Dominion software

9    operation.  We do not know whether the good guys got

10   the servers or whether the bad guys got them.  Being on

11   the outside of the government, we simply don't know.

12   I'm hoping it's the good guys and if they have that,

13   then there should be scads of evidence of frankly, an

14   international conspiracy, criminal conspiracy of the

15   worst sort.

16         LOU DOBBS:  And it's the presumption then

17   that they had the records on those servers of all the

18   votes that were processed by Dominion or Smartmatic?

19         MS. POWELL:  Yes, the way it works, the votes

20   can be changed either on the ground as they come in.

21   People can watch the votes streaming live.  For

22   example, there was a Dominion employee high up, high

23   ranking at the Detroit Center the night of the

24   election.  He could have watched the votes come in live

1    and manipulated them in that process. It could've run

2    an automatic algorithm against all the votes, which we

3    believe is what happened originally. And then the

4    machines had to stop within the -- or the counting had

5    to stop in multiple places because President Trump's

6    lead was so great at that point, they had to stop the

7    vote counting and come in and backfill the votes they

8    needed to change the result.

9         LOU DOBBS:  And let me ask you, as we wrap up

10   here, what is the next steps for the legal team?  And

11   when do you believe you will be prepared to come

12   forward with hard evidence establishing the basis for a

13   court to overturn elections or at least results of

14   those elections in a number of battleground states?

15        MS. POWELL:  Well we are still in the process

16   of collecting evidence.  It's coming in, in massive

17   amounts. And even today we're getting more people

18   coming forward telling us the truth about what

19   happened. I would think we would have fraud complaints

20   ready sometime by late next week at the latest.  But

21   like I said, it's just a massive amount of information

22   now. We've got the -- well, let me put it this way,

23   there's thousands of people in federal prisons on far

24   less evidence of criminal conduct than we have already

1   against the Smartmatic and Dominion systems companies.

2   And most of the companies in the country run the same

3   sort of software or have that code in their software.

4   So it's farther, it's more widespread.

5        LOU DOBBS:  And incredibly, one of the

6   benefits of this may be that we will learn who actually

7   owns these companies.  We have just watched, to everyone

8   in this audience tonight, our election is run by

9   companies, the ownership of which we don't know.

10  Sidney Powell is among those trying to change all of

11  that.  Sidney Powell, thank you so much for being with

12  us.  We appreciate it.  Up next, where are the

13  congressional Republicans?  Where are they?  Backing

14  the President's fight for a free, fair election.  His

15  fight for electoral integrity.  We take that up and

16  much more with Just The News founder and

17  Editor-in-Chief, John Solomon.  Stay with us.  We'll be

18  right back.

19  Republicans, many of them, maybe most of them, have

20  gone missing in President Trump's fight for a free and

21  fair election.  Just two Republican Congressmen to this

22  point, Jim Jordan and James Comer, have signed on to a

23  letter demanding investigations into the errors,

24  irregularities, and misconduct in this year's election.

Page 15

1   Other Republicans like Congressman Jim Banks seem

2   willing to lay down; to give the Dems control.

3   Congressman Banks is now arguing publicly, it's the

4   Trump agenda, not President Trump, the man who was most

5   popular with the party, which resulted in their being

6   elected in point of fact, at record rates.  Joining us

7   tonight is John Solomon. He's the Editor-in-Chief of

8   Just The News, he's a best selling author, and John,

9   let's start out with Jim Banks.  You know, he's always

10  had a bit of a milquetoast demeanor when it came to the

11  President. I never thought full-on gusto was his

12  watchword.

13          MR. SOLOMON:  [OVERLAPPING] I think that's

14  right.

15          LOU DOBBS:  When it came to -- it's all --

16  it's appalling to see a man say that because A, it's

17  just untrue and, B, it makes him look weaker than, you

18  know, 1% skim milk.

19          MR. SOLOMON:  Yeah, you know, it's funny, all

20  these Republicans, particularly those who won by large

21  margins and the entire cock is picking up seats in this

22  election, owe it to the extraordinary effort that

23  President Trump did in the final couple of days, the

24  last couple of weeks of this election. He whipped up a

1   frenzy among voters.  He got low propensity voters out

2   to the poles in big numbers.  And you know, the success

3   of Kevin McCarthy and his team had started with them

4   and the good recruitment of candidates, but it ended

5   with Donald Trump's ability to mobilize this incredible

6   block of voters that came out in record numbers for a

7   Republican.  And any Republican who doesn't recognize

8   that, either has their head in the sand or is a "never

9   Trumper" because it's irrefutable the impact the

10  President had with his final two weeks of election.

11  And now I talked to Lee Zeldin today, Congressman from

12  New York.  He's all in, he understands the role that

13  President Trump made.  He understands the importance of

14  Congress and these state legislators starting to

15  investigate these election irregularities, though there

16  are many of them out there and they're becoming more

17  vocal every day.

18          LOU DOBBS:  Yeah, it was his transformation I

19  thought was extraordinary, Lee Zeldin.  Because he went

20  from being a "never Trumper" and milquetoast if you will,

21  a rhino if you prefer to get even stronger about it, to

22  being all in with the President.  And the result is

23  he's re-elected and he's on the path to glory.  It's

24  good to see because he's a good and decent man.  The

Page 17

1    Trump campaign today, an hour-and-a-half the legal team

2    laying it up.  This -- give us your sense of how --

3    what's required here for them to prevail now?  From

4    your perspective, not just a legal perspective, but

5    from your perspective, because this President once

6    again is at the forefront, he's the tip of the spear,

7    and sometimes he's the whole damn spear.  And that's

8    usually --

9              MR. SOLOMON:  [CROSSTALK] That's true.

10             LOU DOBBS:  -- more than enough to get done

11   what needs to be done, your thoughts?

12             MR. SOLOMON:  The President's a tour de force

13   and he's got a legal team that's full of energy and

14   intention to get this done.  The missing component or

15   the part that has to step in next is they've set up

16   great constitutional arguments that there's been a dual

17   system, unequal protection.  You can prove it in

18   Pennsylvania, you can prove it in Wisconsin, you can

19   prove it in Michigan and other states.  They need to

20   show the scope of votes that are potentially been

21   changed because of this misconduct or rule changes or

22   fraud.  And till later tonight on Just The News we're

23   going to be able to give -- it's an affidavit from a

24   data scientist who took a look at a pool of votes in

Page 18

1   Pennsylvania alone, where he sees 100,000 potential

2   votes -- approximately 100,000 votes that are

3   potentially dubious, fraudulent, misrecorded.  That is

4   a huge pool of -- and way larger than any numbers that

5   we've been talking about.  That's the sort of evidence

6   that has to come into the next phase of this legal

7   case.  So the courts say listen, I get the idea that we

8   screwed up the system, show me the votes.  And I think

9   this affidavit tonight from this respected data

10  scientist will break some ground when you're talking

11  about a 100,000 vote block in just one state, you can

12  see how these states can be called into question.

13          LOU DOBBS:  It's -- there's an interesting

14  legal question, at least interesting to me.  I don't

15  know whether the court will find it such, but their

16  Chief Justice John Roberts had an opportunity to

17  prevent the fraud of the sort that we've seen in

18  Pennsylvania, very specifically.  And he could have

19  done so before the election but demurred, played coup

20  and acquiesced to inertia, rather than taking a strong

21  stand against fraud, which he could've done.  Is that

22  going to be replicated, do you think by the Chief

23  Justice in his -- in his thinking?

24          MR. SOLOMON:  You know, it's --

1            LOU DOBBS:  [CROSSTALK] If you can call it

2      that --

3            MR. SOLOMON:  I've never been able to figure

4      it.  Yeah.  I've never been good at figuring out John

5      Roberts.  All I can say is John Roberts is no Rehnquist

6      right, he's a very different Justice, Chief Justice.

7      That said, there are in his rulings indications that if

8      this issue became ripe, meaning you can show me there

9      was misconduct, you can show me votes were counted that

10     shouldn't have been. I'm likely to engage. But he may

11     become irrelevant. With Justice Amy Coney Barrett on the

12     court, you've got a five-four majority, even if John

13     Roberts sides with the Liberals.  So I think the

14     Supreme Court is in a good spot for the President if he

15     can show that the breadth of votes are large enough

16     that they could have changed the outcome of the

17     election.  That's the fulcrum on which this final

18     question's going to turn.

19            LOU DOBBS:  Yeah, it's interesting.  You talk

20     about a five-four rather than six-three.  In my

21     opinion, this should be nine-zero.  There is a demand

22     now and a hunger in this country to get beyond this

23     level of political corruption that has overtaken even

24     the Federal Judiciary, the Justice Department, the FBI,

1  our intelligence agencies.  If we cannot rise above

2  that -- are certainly enough our Supreme Court cannot.

3  We are in for even more trouble and ever-growing

4  trouble.  John Soloman, thanks for being with us.  We

5  appreciate it.  Look forward to your reporting this

6  evening.

7  Up next, what one radical Leftist proposes for every

8  Trump supporter, we take up the party of hate's latest

9  proposal.  Next, historian Victor Davis Hanson with us.

10  And order my new book, The Trump Century on

11  LouDobbsShop.com, LouDobbsShop.com, Amazon.com, a

12  number of other dot coms, and bookstores everywhere.

13  Stay with us.  We're coming right back.

14  Breaking news, Dr. Anthony Fauci telling the New York

15  Times we may have to wear masks to block the China

16  virus until the second half of next year.  Fauci's

17  recommendation follows, however, a Danish report finding

18  masks don't reduce virus infections.  After one month,

19  just 1.8% of the 3,000 people wearing masks in that

20  study had been infected.  2.1% of a separate 3,000

21  people test, who didn't wear masks at all were

22  infected.  Almost analogous results.  Also breaking, a

23  Regional Director for California Democrats says

24  President Trump supporters should be deprogramed.

Page 21

1   David Adkins tweeted "No seriously, how do you

2   deprogram 75 million people? Where do you start?  Fox,

3   Facebook?  We have to start thinking in terms of

4   post-WWII Germany or Japan.  Or the failures of

5   Reconstruction in the South." It sounds to me like he's

6   thinking of pre-war Germany. Well, joining us now is

7   Victor Davis Hanson.  He's a senior fellow at the

8   Hoover Institution at Stanford University, and National

9   Review contributor, best-selling author, extraordinary

10  historian, and great American.  Victor, the kind of

11  nonsense that's being spewed by the Left in this

12  country is sickening, and if there is any deprogramming

13  to be done, it resides with the zombies who now inhabit

14  our institutions, in my opinion, of so-called higher

15  learning that are more into indoctrination than they

16  are into education.  Your thoughts?

17          MR. HANSON:  Yeah, I think so.  I think

18  everybody realizes that a majority of the population

19  does not buy into the progressive- socialist agenda,

20  and that it's promulgated by big tech, academia, Wall

21  Street, professional entertainment, sports, K through

22  12, et cetera.  And they exercise enormous influence

23  and they get very angry when people don't listen to

24  them, and that's where we are now.  But on the

1   election, you know, Lou, just very quickly, I think

2   everybody --

3           LOU DOBBS:  [CROSSTALK] Sure.

4           MR. HANSON:  Agrees that there is something

5   went terribly, terribly wrong.  Early voting, mail-in

6   voting, unproven systems didn't work.  About half the

7   country feels that something went wrong and that

8   something wrong went against Donald Trump.  And so now

9   what they're waiting for is the affidavits, the

10  glitches, the data inconsistencies, where does it go?

11  And we had these hallmark lawyers, Lynn Wood famous

12  from the Covington Kids and Richard Jewell, Sidney

13  Powell, famous for her work with Michael Flynn, Rudy

14  Giuliani produced the laptops in Burisma.  So they've

15  come out and said, you know what, it wasn't anecdotal,

16  it wasn't affidavit only, it was multi-millions, that's

17  a landslide and everybody thinks if that were to be

18  true, it'd be the biggest scandal since the crooked

19  bargains of 1824-1876.  And now we're two weeks out

20  from the election and three weeks until a little bit

21  more than three weeks to the state elector.  So what

22  the next step is, the people say, well, to get that

23  extra 20%, so we have 75% of the people believed this

24  was a fraud.  They need data and they need somebody

Page 23

1   with a ruler says look at this transfer, they needed a

2   data expert who says I did this and I'm sorry about it,

3   or they needed a forensic analysis that says this is --

4   and if that comes and it's gotta come unfortunately,

5   pretty quickly Lou, because we're getting into a

6   political rather than just an ethical, moral, or legal

7   argument. Because the state legislators, as you know,

8   are going to be predicated their actions on public

9   opinion and even, to be frank, the courts. So you got

10  to get from 50% of the people thinking something went

11  wrong to 75 or 80, and you can get that if these claims

12  that this was the crookedest election in history, the

13  greatest scandal in American history, is backed up

14  by outside auditors, forensic analysis etc, etc, and

15  it's presented on the screen to the American people.

16  And so far we haven't had that, maybe we will, we'll

17  see.

18          LOU DOBBS:  Yeah, and there is also the very

19  straightforward test.

20          MR. HANSON:  Yes.

21          LOU DOBBS:  We have seen the down-ballot

22  election. The Republicans did better than the

23  Democrats. There was no blue wave.

24          MR. HANSON:  Yes.

Page 24

1      LOU DOBBS:  All of the polling in the weeks

2  and months ahead of that election were suppression

3  polling without question.  Talking about double-digit

4  gaps for the President of the United States.  We saw

5  none of it, none of it in the numbers that were even

6  fraudulent numbers that were put together for the

7  Democrats.  It didn't show up for the President.  He

8  was strong in almost every state.

9      MR. HANSON:  Yeah, everybody knows that the

10  pollsters were corrupt or incompetent -- take your pick

11  -- and they were either trying to enhance or suppress a

12  vote.  Everybody knows that the voting processes

13  violated the state legislatures will, which is

14  unconstitutional in certain states.  Everybody knows

15  there were irregularities, but what they want to know

16  is that all of these reached this historic level that

17  are -- this distinguished legal team has assured us it

18  will, and all they have to do is show them, not you or

19  me, but the average person.  I mean, because we're

20  interested in the news.  Most people are too busy

21  because they're not being paid like you or me to follow

22  the news, but they have to be given the information in

23  an accessible manner and say this was -- look at this

24  line 17, it can't be right.  Look at this person, he

1    said that he tampered with this code.  This person says

2    that he's sorry.  This forensic analysis says that this

3    happened. And when that happens, we should be very

4    careful because that would be the greatest scandal in

5    the history of this country.  That's what these --

6    that's what's being alleged.  And I don't know, I'm not

7    qualified to adjudicate that, but we're in historic

8    area right now Lou, because if this were to be true, it

9    would require an enormous amount of -- an overwhelming

10   amount of evidence to convince these legislatures to do

11   something they've never done in the courts as well.

12          LOU DOBBS:  I think it's entirely

13   intellectual --

14          MR. HANSON:  [OVERLAPPING] It could happen.

15          LOU DOBBS:  -- intellectually rigorous to

16   take note of what we do know that is true.  We know it

17   is true that this President was baselessly attacked

18   before he was elected as the Democrats and the deep

19   state tried to prevent him from being elected.  We know

20   that empirically we have the evidence.  We know that

21   the FBI is a politically corrupt -- the Justice

22   Department, as they tried a special counsel to unseat a

23   lawful President.  That's in -- it's not in dispute.

24   We know the role of his political appointment in 20 --

1  of his opponent in 2016.  We know that there was a

2  baseless effort at impeaching this President for crying

3  out loud.  And we know that the -- what would fall --

4  flow from that would not necessarily be, well, a

5  rigorously, honest, and free and fair election.  That

6  much we do know and we would be fools to ignore the

7  predicate if you will.

8         MR. HANSON:  No.  We know that -- that's

9  everything you said is correct.  And now the missing

10  tessera in this mosaic is to just show the American

11  people that their instincts and what they saw the last

12  four years are substantiated by an overwhelming -- it's

13  going to have to be overwhelming because we don't have

14  the media, we don't have big tech amount of data

15  presented, and that is going to be a historic moment

16  and maybe it will happen.  I hope it does, but we've

17  made historical claims now that have never been made

18  that a fraud on a scale we've never seen before.

19         MR. HANSON:  And I hope they --

20         LOU DOBBS:  [CROSSTALK] Don't you find it

21  interesting --

22         MR. HANSON:  If it happens that way.  Yeah.

23  Go ahead, Lou.  I'm sorry.

24         LOU DOBBS:  Yeah, I'm sorry, Victor. Don't

Page 27

1  you think it's interesting that with all of these

2  voting companies, the five of them that control 90% of

3  the election market in this country, if you will.  All

4  of them are privately held, privately owned and not one

5  of them has stepped forward and say, well no, no, my

6  fellow Americans, we think that you -- we should be

7  able to set your concerned minds at rest here.  Here is

8  the evidence of the way we proceeded.  This is the

9  methodology we followed.  These are the algorithms, good

10  fellow citizens.  And please, your hearts not be

11  concerned, not be troubled.  Wouldn't you expect that

12  to be the rational and honest response of any concerned

13  corporate citizen, even a private corporate citizen?

14          MR. HANSON:  Yes, I would.  And I would also

15  think if people doubt that there was fraud, I would

16  expect blue state people coming forward and say, well,

17  fraud happens all the way here in this county, look,

18  Biden was robbed of a commensurate amount of votes. But

19  so far there nobody's doing that. So I agree with you.

20  It's all suspicious, but we have to get to a point

21  where the public opinion is not 50%.  I'm not talking

22  about a moral or ethical or legal or political -- I'm

23  just talking about public opinion and that's going to

24  be swayed by overwhelming evidence. And boy, I don't

1  think the American people, if Lynn Wood and Sidney

2  Powell are correct and Rudy Giuliani, the public would

3  not stand for what we're going through.  They would do

4  something historical and overturn these key state

5  elections.  But they need to have something that's

6  accessible and in detail.

7          LOU DOBBS:  Yeah.  You know, like an honest

8  election.

9          MR. HANSON:  Yes.

10          LOU DOBBS:  And the fact is, I think people

11  of the country should be given credit for this.

12  They're not damn fools, they're citizens who deserve --

13  .

14          MR. HANSON:  No they're not.

15          LOU DOBBS:  -- answers and they're not

16  getting them from anyone.  And, you know, it's about

17  time somebody started responding to what the people

18  want.  We have a populist President who has been doing

19  precisely that, delivering his promises.  And suddenly

20  a guy who is, let's put it this way, his health is in

21  question, his performance publicly is in question.  And

22  he stayed in the basement for the most of the campaign

23  and suddenly he is beating President Barack Obama's

24  record turn out by 10 million votes.  You know, Victor,

1  I think the American people deserve a really good

2  explanation from the Left.  Victor, great to have you

3  with us.  Thanks so much, Victor Davis Hanson.  Up

4  next, Rudy Giuliani condemns the Left for intimidating

5  witnesses of election fraud.  By intimidating he means

6  threatening to kill, for example.  Blexit founder

7  Candace Owens joins us, she knows all about the Left's

8  intimidation tactics and propensities, she joins us

9  right after these quick messages, please stay with us.

10 Joining us now, Candace Owens, she's founder of the

11 Blexit Foundation, author of the New York Times best

12 seller "Blackout, How Black America Can Make its Second

13 Escape from the Democrat Plantation."  Candace, great to

14 have you with us.  Give us first your impressions of

15 where we are now in this contested election, these

16 disputed votes, and certainly a disputed outcome.

17         MS. OWENS:  Well, my perspective is that it's

18 very clear the Democrats have something to hide.  They are

19 going through great lengths and great efforts to stop

20 recounts, and especially to stop audits above anything

21 else, and here's my thing: If you were being honest and

22 you are so sure that you won by millions and millions

23 of votes, why would you stop an audit?  Wouldn't you

24 want to clear your name, wouldn't you want to say yes,

Page 30

1   I am Joe Biden and I'm officially the President-Elect

2   and I got that way without any fraud?  I mean, we're

3   supposed to believe, according to the mainstream media

4   narrative, that Joe Biden is more popular than Barack

5   Obama in his 2008 prime, that he's the most popular

6   President that's ever run in the United States history,

7   right?  So wouldn't he want that to be a sound win

8   without any questions circulating around him?

9         LOU DOBBS:  Yeah, and wouldn't those voting

10  companies whose methodologies to say the least, are in

11  high question tonight as we speak, wouldn't they come

12  forward and say, here's the methodology, believe us,

13  this is why, this is the evidence of our integrity?

14  Instead, these private companies don't want you to know

15  who owns them, don't want you to know who they're

16  associated with, and they don't want you to know how

17  this election was carried out.  I want to turn to

18  Biden.  We were watching intimidation, whether it's in

19  Detroit, whether in every, almost every state, the

20  Democrats are threatening people.  They are threatening

21  violence, threatening to kill people for crying out

22  loud.  Biden denounced all violence, he said, but then

23  went on to say, especially white supremacists never

24  mentioned Antifa, never mentioned Black Lives Matter.

Page 31

1   This is the same guy who's talking about healing when

2   every action seems to be the inverse of that objective.

3           MS. OWENS:  Right, that's the -- and he's not

4   going to mention Black Lives Matter and Antifa because

5   those are their street soldiers.  And everything that

6   we've seen on the Left, every politician on the Left

7   has basically balked that the idea of saying anything

8   about Antifa, or anything about Black Lives Matter

9   because they're doing their bidding, they don't have to

10  get their hands dirty and they send out these street

11  thugs.  And yes, these intimidation efforts, I've seen

12  them firsthand as soon as I came out as a vocal

13  supporter of Donald Trump and as a black woman with an

14  incentive to say that I wanted to wake up black

15  Americans to the lies of the Democrat Party.  My entire

16  family has been threatened.  They are entire websites

17  that have a map of all of my relatives where we all

18  live, where the addresses are, they even went so far as

19  to list the address of my dead grandmother at one

20  point.  You know, I've received threats to my home.  I

21  had the FBI call me and tell me that there was

22  somebody who was raising money to have me assassinated.

23  Now, why is that?  Why is the Left result to

24  intimidation tactics if they have nothing to hide?

Page 32

1    Anything that, at that they view as an existential

2    threat to their party, they seek to intimidate and they

3    seek to do this through violence.  Again, that lets you

4    know that they have something to hide and that they do

5    feel --

6            LOU DOBBS:  The President's attorney Rudy

7    Giuliani today making the case for the Trump campaign's

8    legal path to victory.

9            RUDY GIULIANI:  These cities are cities that

10   are controlled by Democrats.  Which means they can get

11   away with anything they want to do.  It means they have

12   a certain degree of control over -- certainly control

13   the election board completely, and they control law

14   enforcement, and unfortunately, they have some friendly

15   judges that will issue ridiculously irrational opinions

16   just to come out in their favor.

17           LOU DOBBS:  Be sure to join us here tomorrow.

18   The Trump legal team's, Jenna Ellis, among our guests,

19   Pastor Robert Jeffress, of course.  And we thank you

20   for being with us.  We'll see you tomorrow.  Goodnight,

21   from West Palm Beach.

22

23

24

Page 33

1                    CERTIFICATE OF TRANSCRIPTIONIST

2

3         I certify that the foregoing is a true and accurate

4    transcript of the digitally-recorded proceedings provided

5    to me in this matter.

6

7         I do further certify that I am neither a relative, nor

8    employee, nor attorney of any of the parties to this

9    action, and that I am not financially interested in the

10   action.

11

12

13

14

15

16

17

18

19

20         _____

21              NATHAN KAYLO
                Production Manager
22         THOMPSON COURT REPORTERS INC.

23

24

## A

a 2:5,12,19,20,23,23
  3:3,5,18,19 4:9,18
  4:22 5:17 6:2,3,7
  6:16 7:8,8,24 8:16
  8:17 9:1,2,9,12,14
  9:15 10:2,6,8 11:9
  11:23,23 12:1,22
  13:12,14,21 14:14
  14:20,22 15:8,10
  15:10,16,16,24
  16:6,8,20,21,24
  17:4,12,13,16,23
  17:24,24 18:4,11
  18:20 19:6,12,14
  19:20,21,22 20:11
  20:17,20,22 21:7
  21:18 22:17,20,24
  23:1,1,3,5 24:11
  25:21,22,22 26:1
  26:4,15,18,18
  27:13,18,20,22
  28:18,20 29:1,16
  30:7 31:12,13,17
  32:12 33:3,7
ability 3:13 4:20
  16:5
able 17:23 19:3 27:7
about 6:1,2 8:13,14
  8:14 11:23 13:18
  16:21 18:5,11
  19:20 22:6 23:2
  24:3 27:22,23
  28:16 29:7 31:1,8
  31:8
above 20:1 29:20
Abrams 7:21,21,23
  8:2,6,14
absentee 6:5,9,19
  6:19
academia 21:20
accessible 24:23
  28:6
according 10:20
  30:3
accurate 33:3
acknowledge 7:22
acquiesced 18:20
across 2:9
action 5:16 11:16
  31:2 33:9,10
actions 23:8
acts 2:24
actually 5:6 12:4,4
  14:6
addition 4:4

address 31:19
addresses 31:18
adjudicate 25:7
Adkins 21:1
administrator 6:17
affidavit 3:16 4:9
  17:23 18:9 22:16
affidavits 3:11 22:9
affiliate 8:24
after 8:18 20:18
  29:9
again 8:21 17:6
  32:3
against 8:1 11:16,17
  11:18 13:2 14:1
  18:21 22:8
agencies 20:1
agenda 15:4 21:19
ago 6:1
agree 27:19
Agreement 9:4,8
Agrees 22:4
ahead 3:8 10:22
  24:2 26:23
algorithm 4:21 5:2
  13:2
algorithms 4:14
  27:9
all 4:21 5:5,15 8:13
  9:6,13 10:10,16
  12:17 13:2 14:10
  15:15,19 16:12,22
  19:5 20:21 24:1
  24:16,18 27:1,3
  27:17,20 29:7
  30:22 31:17,17
alleged 25:6
allow 3:19
allowed 3:17
allows 11:7
almost 2:21 7:13
  20:22 24:8 30:19
alone 18:1
already 13:24
Alright 5:21
also 3:10 4:2 5:13
  5:16 9:16 10:7
  11:10 12:7 20:22
  23:18 27:14
although 12:2
always 15:9
am 6:4,6,23 8:11
  30:1 33:7,9
Amazon.com 20:11
Amendment 10:20
America 10:4 29:12

American 2:16 9:19
  9:21 10:8 21:10
  23:13,15 26:10
  28:1 29:1
Americans 27:6
  31:15
among 5:10 7:11
  14:10 16:1 32:18
amount 13:21 25:9
  25:10 26:14 27:18
amounts 13:17
Amy 19:11
an 2:4 3:16 4:21 6:1
  6:10 8:7,22 12:13
  13:2 17:1,23
  18:13,16 23:6
  24:23 25:9,9
  26:12 28:7 29:23
  31:13 32:1
analogous 20:22
analysis 23:3,14
  25:2
and 2:6,8,12,15,15
  2:18 3:1,3,18,24
  4:1,3,7,12,12,17
  4:20,23 5:3,8,12
  5:22,22 6:7,10,11
  6:12,14,21 7:12
  8:9,16,16,22,23
  8:23,24 9:5,6,7,13
  9:19,23 10:3,5,13
  10:17,18,23 11:6
  11:6,8,11,14,15
  11:17,20,20,21
  12:1,5,12,16 13:1
  13:3,7,7,9,10,17
  14:1,2,5,15,16,20
  14:22,24 15:8,17
  15:21 16:2,3,4,7
  16:11,14,16,20,22
  16:23,24 17:7,7
  17:13,13,19,22
  18:4,8,18,20
  19:22 20:3,10,12
  21:8,10,12,20,22
  21:23,24 22:7,8
  22:11,12,15,17,19
  22:20,24 23:2,4,4
  23:9,11,14,16,18
  24:2,11,18,23
  25:3,6,18 26:3,5,5
  26:6,9,11,15,16
  26:19 27:4,5,10
  27:12,14,16,23,24
  28:1,2,4,6,10,15
  28:16,19,21,23

29:8,16,19,20,21
  29:21,22 30:1,2,9
  30:12,16 31:3,4,5
  31:10,11,13,21
  32:2,4,13,14,19
  33:3,9
anecdotal 22:15
angry 21:23
Another 4:6
answers 28:15
Anthony 20:14
Antifa 30:24 31:4,8
any 2:22 6:13 7:2
  8:24 9:13 11:7,12
  16:7 18:4 21:12
  27:12 30:2,8 33:8
anyone 28:16
anything 29:20 31:7
  31:8 32:1,11
appalling 15:16
appears 9:12
appellate 10:9
application 6:10
applications 9:5
appointment 25:24
appreciate 14:12
  20:5
approximately 18:2
are 2:16 3:15,16 4:4
  7:2,8 9:15,21,23
  9:23,24 10:1,2,3
  10:10,18,24,24
  11:12,15 13:15
  14:12,13 16:16
  17:20 18:2 19:7
  19:15 20:2,3
  21:15,16,24 23:8
  24:17,20 26:12
  27:4,9 28:2 29:15
  29:18,22 30:10,20
  30:20 31:5,16,18
  32:9,10
area 25:8
argues 4:13
arguing 3:8 15:3
argument 6:2 23:7
arguments 17:16
Arizona 4:1,2
around 30:8
as 2:14 3:1,8,18
  7:23 10:11,13
  11:9,23,23 12:20
  13:9 23:7 25:11
  25:18,22 30:11
  31:12,12,12,13,18
  32:1

ask 13:9
assassinated 31:22
associated 30:16
assured 24:17
at 2:5 4:6 6:3,22 7:1
  7:3 8:13 9:12,16
  12:23 13:6,13,20
  15:6 17:6,24
  18:14 19:4 20:21
  21:7,8 23:1 24:23
  24:24 26:2 27:7
  31:19 32:1
attacked 25:17
attorney 2:10 4:8
  8:17 9:17 10:8
  32:6 33:8
attorneys 2:3 3:22
  4:6 10:9
audience 14:8
AUDIO 1:1
audit 29:23
auditors 23:14
audits 29:20
author 15:8 21:9
  29:11
automatic 13:2
average 24:19
away 6:13 32:11

## B

B 15:17
back 9:23,24 14:18
  20:13
backdoor 5:5
backdoors 4:17
backed 23:13
backfill 13:7
Backing 14:13
bad 12:10
balked 31:7
ballots 3:9,20,21,23
  5:6,21 6:2,5,9,19
  6:20 7:10,14
Banks 15:1,3,9
Barack 28:23 30:4
Barcelona 12:7
bargains 22:19
Barrett 19:11
baseless 26:2
baselessly 25:17
basement 28:22
basically 31:7
basis 13:12
battle 8:15
battleground 13:14
battlegrounds 3:8

**be** 4:18 5:11 6:23
7:1 9:20,24 10:11
10:16,20 11:11,12
11:14,18 12:13,20
13:11 14:6,17
17:11,23 18:12,22
19:21 20:24 21:13
22:17,18 23:8,9
24:22,24 25:3,4,8
26:4,6,13,15 27:6
27:10,11,12,24
28:11 30:7 31:2
32:17
**Beach** 32:21
**beating** 28:23
**became** 19:8
**because** 3:20 6:4
7:17 8:6 9:15 13:5
15:16 16:9,19,24
17:5,21 23:5,7
24:19,21 25:4,8
26:13 31:4,9
**become** 19:11
**becomes** 9:15
**becoming** 16:16
**been** 5:1,2,22 9:12
11:22 17:16,20
18:5 19:3,4,10
20:20 26:17 28:18
31:16
**before** 6:6 11:12
18:19 25:18 26:18
**begin** 5:24
**being** 4:5 12:10
14:11 15:5 16:20
16:22 20:4 21:11
24:21 25:6,19
29:21 32:20
**believe** 13:3,11 30:3
30:12
**believed** 22:23
**benefits** 14:6
**best** 15:8 29:11
**best-selling** 21:9
**better** 23:22
**between** 8:8 9:3
**beyond** 19:22
**bidding** 31:9
**Biden** 3:7,21 4:23
5:13 6:3 7:12
27:18 30:1,4,18
30:22
**Biden's** 3:24
**big** 3:1,2,3 16:2
21:20 26:14
**biggest** 22:18

**bill** 7:3
**bit** 15:10 22:20
**black** 29:12 30:24
31:4,8,13,14
**Blackout** 29:12
**Blexit** 5:15 29:6,11
**block** 16:6 18:11
20:15
**blue** 23:23 27:16
**board** 32:13
**book** 20:10
**bookstores** 20:12
**both** 2:15 5:22
**boxed** 5:22
**boy** 27:24
**brave** 2:16
**breadth** 19:15
**break** 18:10
**breaking** 8:20 9:16
20:14,22
**broke** 5:2
**Bryan** 8:1
**Burisma** 22:14
**BUSINESS** 1:5
**busy** 10:11 24:20
**but** 4:13,19 8:7 9:13
11:4,18 13:20
16:4 17:4 18:15
18:19 19:10 21:24
24:15,19,22 25:7
26:16 27:18,20
28:5 30:22
**buy** 21:19
**by** 1:24 3:2 4:5 5:9
5:16 6:16 7:12 9:8
10:2,5 12:1,18
13:20 14:8 15:20
18:22 21:11,20
23:14 26:12 27:24
28:24 29:5,22
32:10

_____

**C**

**California** 20:23
**call** 11:2 19:1 31:21
**called** 11:9 18:12
**calls** 8:10
**came** 5:5 15:10,15
16:6 31:12
**Camp** 8:1
**campaign** 2:4 4:5
5:16 17:1 28:22
**campaign's** 32:7
**can** 3:23 4:17,20
12:4,20,21 17:17
17:18,18 18:11,12

19:1,5,8,9,15
23:11 29:12 32:10
**can't** 24:24
**Candace** 5:15 29:7
29:10,13
**candidate** 7:20
**candidates** 16:4
**cannot** 20:1,2
**canvas** 6:20 10:14
**careful** 25:4
**carried** 12:1 30:17
**carry** 3:17
**case** 18:7 32:7
**cases** 3:4
**catch** 3:21
**caught** 7:17
**caused** 5:3
**center** 4:6 5:23
12:23
**centers** 12:7
**centralized** 2:23
**Century** 20:10
**certain** 4:22 9:5
24:14 32:12
**certainly** 20:2 29:16
32:12
**CERTIFICATE**
33:1
**certified** 11:11
**certify** 33:3,7
**cetera** 21:22
**challenge** 9:18
**change** 4:15 13:8
14:10
**changed** 11:12
12:20 17:21 19:16
**changes** 17:21
**characteristic** 4:19
**charge** 2:11
**charges** 4:13 5:8
**chastised** 2:6
**check** 7:16
**Chicago** 5:20
**Chief** 18:16,22 19:6
**China** 20:15
**choose** 11:8
**circulating** 30:8
**cited** 4:9
**cities** 3:1,2,3 32:9,9
**citizen** 27:13,13
**citizens** 2:16 27:10
28:12
**claims** 6:8 23:11
26:17
**clean** 10:1
**clear** 9:2 29:18,24

**clearly** 12:3
**close** 7:15
**cock** 15:21
**code** 11:6 14:3 25:1
**collaborate** 8:24
**collecting** 13:16
**College** 11:21
**come** 2:16 12:20,24
13:7,11 18:6
22:15 23:4 30:11
32:16
**Comer** 14:22
**comes** 23:4
**coming** 13:16,18
20:13 27:16
**commensurate**
27:18
**Commission** 6:18
**companies** 9:3 14:1
14:2,7,9 27:2
30:10,14
**company** 4:12 8:22
11:17,24
**competitor** 8:22
**complaints** 13:19
**completed** 6:21
**completely** 32:13
**complicit** 8:11
**component** 17:14
**coms** 20:12
**concede** 8:4,9
**conceded** 7:24 8:5
**conceding** 8:15
**concerned** 27:7,11
27:12
**concession** 8:6
**condemns** 29:4
**conduct** 13:24
**Coney** 19:11
**conference** 2:5 4:7
5:8
**Congress** 11:21
16:14
**congressional** 14:13
**Congressman** 15:1
15:3 16:11
**Congressmen** 14:21
**connection** 11:10
**consolidated** 2:12
**conspiracy** 12:14,14
**constitutional** 10:19
17:16
**contains** 9:9
**contested** 29:15
**contributor** 21:9
**control** 2:12 15:2

27:2 32:12,12,13
**controlled** 3:2 9:6
32:10
**controversy** 11:22
**convince** 25:10
**coordinated** 2:12
**corporate** 27:13,13
**correct** 26:9 28:2
**Correspondent**
5:19
**corrupt** 24:10 25:21
**corruption** 3:4 9:21
19:23
**could** 3:5 10:11,14
12:24 18:18 19:16
25:14
**could've** 13:1 18:21
**counsel** 25:22
**count** 3:13 6:15
**counted** 19:9
**counters** 6:24
**counties** 5:18 6:11
7:11
**counting** 6:4,23
13:4,7
**country** 2:9 4:21
9:23 14:2 19:22
21:12 22:7 25:5
27:3 28:11
**country's** 10:9
**county** 5:22 27:17
**coup** 18:19
**couple** 15:23,24
**course** 32:19
**court** 1:24 13:13
18:15 19:12,14
20:2
**courts** 18:7 23:9
25:11
**Covington** 22:12
**created** 4:16
**credit** 28:11
**criminal** 12:14
13:24
**crooked** 22:18
**crookedest** 23:12
**CROSSTALK**
10:21 17:9 19:1
22:3 26:20
**crying** 26:2 30:21

_____

**D**

**damn** 17:7 28:12
**damning** 2:8
**Dane** 5:22 6:11
**Danish** 20:17

**data** 11:24 17:24
  18:9 22:10,24
  23:2 26:14
**David** 21:1
**Davis** 5:14 20:9
  21:7 29:3
**day** 8:2 16:17
**days** 8:8 15:23
**de** 17:12
**dead** 31:19
**decent** 16:24
**decided** 10:20
**deep** 25:18
**defense** 4:8 9:17
  10:8
**definitely** 11:1
**degree** 32:12
**delivering** 28:19
**demand** 19:21
**demanding** 14:23
**demeanor** 15:10
**Democrat** 29:13
  31:15
**Democratic** 3:14
  6:5
**Democrats** 3:2
  20:23 23:23 24:7
  25:18 29:18 30:20
  32:10
**Dems** 2:6 7:17 15:2
**Dems'** 2:11
**demurred** 18:19
**denied** 3:13 8:10
**denounced** 30:22
**deny** 4:13
**Department** 19:24
  25:22
**deprogram** 21:2
**deprogramed** 20:24
**deprogramming**
  21:12
**describe** 3:12
**deserve** 28:12 29:1
**despite** 9:12
**detail** 28:6
**details** 5:11
**Detroit** 12:23 30:19
**develop** 9:10
**did** 3:8,19 7:23 12:4
  15:23 23:2,22
**didn't** 20:21 22:6
  24:7
**different** 19:6
**digitally-recorded**
  33:4
**direction** 10:11

**Director** 20:23
**dirty** 31:10
**disappears** 6:14
**disproving** 9:14
**dispute** 25:23
**disputed** 29:16,16
**distance** 11:4
**distanced** 8:21
**distinguished** 24:17
**DNA** 4:11
**do** 7:17 8:23 12:5,9
  13:11 18:22 21:1
  21:2 24:18 25:10
  25:16 26:6 28:3
  32:3,4,11 33:7
**Dobbs** 1:5 2:1 3:6
  3:22 5:7 7:6 8:2
  8:13 10:5,21,23
  11:15,22 12:16
  13:9 14:5 15:15
  16:18 17:10 18:13
  19:1,19 22:3
  23:18,21 24:1
  25:12,15 26:20,24
  28:7,10,15 30:9
  32:6,17
**does** 21:19 22:10
  26:16
**doesn't** 8:14 16:7
**doing** 27:19 28:18
  31:9
**Dominion** 4:7,13
  5:11 7:3 8:20,21
  8:23 9:2,6,8 10:24
  11:5 12:8,18,22
  14:1
**don't** 12:11 14:9
  18:14 20:18 21:23
  25:6 26:13,14,20
  26:24 27:24 30:14
  30:15,16 31:9
**Donald** 16:5 22:8
  31:13
**done** 17:10,11,14
  18:19,21 21:13
  25:11
**dot** 20:12
**double-digit** 24:3
**doubt** 27:15
**down** 5:4,4 10:1
  15:2
**down-ballot** 23:21
**Dr** 20:14
**drive** 4:18 6:7
**dual** 17:16
**dubious** 18:3

**dump** 6:3

——————————
          **E**
——————————
**each** 11:4
**Early** 22:5
**easy** 7:16
**Editor-in-chief** 5:14
  14:17 15:7
**education** 21:16
**effort** 2:13 15:22
  26:2
**efforts** 29:19 31:11
**either** 19:14 12:20
  16:8 24:11
**elected** 15:6 25:18
  25:19
**election** 2:3,8,13
  4:15 6:18 7:7,14
  7:23 8:8,17 10:16
  11:18,19,24 12:24
  14:8,14,21,24
  15:22,24 16:10,15
  18:19 19:17 22:1
  22:20 23:12,22
  24:2 26:5 27:3
  28:8 29:5,15
  30:17 32:13
**elections** 4:10 13:13
  13:14 28:5
**elector** 22:21
**electoral** 11:20
  14:15
**electors** 10:18
**Ellis** 32:18
**else** 29:21
**embody** 9:11
**emerged** 2:18
**empirically** 25:20
**employee** 12:22
  33:8
**end** 9:18
**ended** 16:4
**energy** 17:13
**enforcement** 32:14
**engage** 19:10
**enhance** 24:11
**enormous** 21:22
  25:9
**enough** 17:10 19:15
  20:2
**entertainment**
  21:21
**entire** 10:15 12:8
  15:21 31:15,16
**entirely** 8:22 25:12
**envelopes** 7:16

**errors** 14:23
**Escape** 29:13
**especially** 29:20
  30:23
**ESS** 7:2
**establishing** 13:12
**estimated** 7:3
**et** 21:22
**etc** 23:14,14
**ethical** 23:6 27:22
**even** 4:3 13:17
  16:21 19:12,23
  20:3 23:9 24:5
  27:13 31:18
**evening** 2:1 5:13,20
  20:6
**event** 12:3
**ever** 30:6
**ever-growing** 20:3
**every** 4:11 10:10
  11:8 16:17 20:7
  24:8 30:19,19
  31:2,6
**everybody** 2:1
  21:18 22:2,17
  24:9,12,14
**everyone** 14:7
**everything** 26:9
  31:5
**everywhere** 20:12
**evidence** 2:2 12:13
  13:12,16,24 18:5
  25:10,20 27:8,24
  30:13
**exactly** 2:21
**example** 12:22 29:6
**examples** 2:8
**execute** 2:24
**exercise** 21:22
**existential** 32:1
**expect** 27:11,16
**expected** 7:8
**expects** 4:2
**experienced** 2:22
**expert** 23:2
**explaining** 8:3
**explanation** 29:2
**extra** 22:23
**extraordinary** 2:17
  2:17,18 15:22
  16:19 21:9

——————————
          **F**
——————————
**fabricated** 5:6
**Facebook** 21:3
**fact** 7:24 11:5 15:6

**28**:10
**failed** 7:20
**failures** 21:4
**fair** 8:7,12,17 14:14
  14:21 26:5
**fall** 26:3
**family** 31:16
**famous** 22:11,13
**far** 7:17 13:23 23:16
  27:19 31:18
**farther** 14:4
**Fauci** 20:14
**Fauci's** 20:16
**favor** 32:16
**FBI** 19:24 25:21
  31:21
**features** 4:20
**fed** 9:21
**federal** 13:23 19:24
**feel** 32:5
**feels** 22:7
**feet** 7:2
**fellow** 21:7 27:6,10
**fewer** 7:12
**fierce** 8:22
**fight** 8:16 14:14,15
  14:20
**fighting** 7:17
**figure** 19:3
**figuring** 19:4
**file** 4:2
**filed** 5:17
**fill** 3:5
**filling** 6:10
**final** 15:23 16:10
  19:17
**financial** 9:1
**financially** 33:9
**find** 9:13 18:15
  26:20
**finding** 20:17
**finished** 6:4
**firms** 9:15
**first** 10:9 29:14
**firsthand** 31:12
**five** 27:2
**five-four** 19:12,20
**flip** 4:20,23 7:18
**flow** 26:4
**Flynn** 22:13
**Flynn's** 10:7
**focused** 3:1,1,3
**follow** 10:19 24:21
**followed** 27:9
**follows** 20:17
**fools** 26:6 28:12

**for** 2:4,4,7 3:7 4:24
5:15,17,19,23 6:4
6:18,19,22 7:3,18
8:1,15,16 10:4,4
10:18 11:16 12:21
13:10,12 14:11,14
14:15,20 16:6
17:3 19:14 20:3,4
20:7,23 22:9,13
24:4,6,7 26:2 28:3
28:11,22 29:4,6
30:21 32:7,20
**force** 11:20 17:12
**forces** 12:2,2
**forefront** 17:6
**foregoing** 33:3
**forensic** 23:3,14
25:2
**forward** 2:16 5:9
11:15 13:12,18
20:5 27:5,16
30:12
**Foundation** 29:11
**founder** 5:15 14:16
29:6,10
**four** 7:10 26:12
**Fox** 1:5 21:2
**frank** 23:9
**frankly** 10:16 12:13
**fraud** 2:9,19,24 3:4
3:9 13:19 17:22
18:17,21 22:24
26:18 27:15,17
29:5 30:2
**fraudulent** 18:3
24:6
**free** 8:16 14:14,20
26:5
**freedom** 10:4
**frenzy** 16:1
**friendly** 32:14
**from** 2:13,23 4:22
5:20,21 7:2 8:21
9:21 11:3,4 16:11
16:20 17:3,5,23
18:9 22:12,20
23:10 25:19 26:4
28:16 29:2,13
32:21
**fulcrum** 19:17
**full** 17:13
**full-on** 15:11
**function** 3:17
**funny** 15:19
**further** 33:7

**G**
**gained** 7:11
**gaps** 24:4
**gathered** 3:11
**General** 10:7
**Georgia** 3:24 4:3
7:7,14,20
**Germany** 11:24
21:4,6
**get** 7:18 16:21 17:10
17:14 18:7 19:22
21:23 22:22 23:10
23:11 27:20 31:10
32:10
**getting** 13:17 23:5
28:16
**Giuliani** 2:10,11,14
3:6,10,15 6:8,13
22:14 28:2 29:4
32:7,9
**give** 10:14 15:2 17:2
17:23 29:14
**given** 24:22 28:11
**glitch** 11:9
**glitches** 22:10
**glory** 16:23
**go** 10:19,22 22:10
26:23
**goes** 12:2
**going** 3:21 9:23,24
9:24 10:1,2,3,10
10:18 17:23 18:22
19:18 23:8 26:13
26:15 27:23 28:3
29:19 31:4
**gone** 14:20
**good** 2:1 6:16 12:9
12:12 16:4,24,24
19:4,14 27:9 29:1
**Goodnight** 32:20
**got** 7:17 12:9,10
13:22 16:1 17:13
19:12 23:9 30:2
**gotta** 23:4
**government** 9:22
12:11
**governor** 8:1
**grandmother** 31:19
**granted** 9:4
**great** 10:8 11:22
13:6 17:16 21:10
29:2,13,19,19
**greatest** 23:13 25:4
**ground** 12:20 18:10
**grounds** 11:13
**gubernatorial** 7:20

**guests** 5:10 32:18
**gusto** 15:11
**guy** 28:20 31:1
**guys** 12:9,10,12

**H**
**had** 4:24 5:2,6
12:17 13:4,4,6
15:10 16:3,10
18:16 20:20 22:11
23:16 31:21
**half** 20:16 22:6
**hallmark** 22:11
**hand** 7:9
**handling** 2:7
**hands** 31:10
**Hanson** 5:15 20:9
21:7,17 22:4
23:20,24 24:9
25:14 26:8,19,22
27:14 28:9,14
29:3
**happen** 12:5 25:14
26:16
**happened** 13:3,19
25:3
**happens** 25:3 26:22
27:17
**hard** 13:12
**has** 3:11 5:19 7:9,24
11:14,22 16:8
17:15 18:6 19:23
24:17 27:5 28:18
31:7,16
**hate's** 20:8
**have** 2:2,16 3:3,7
4:24 5:3,7,17,22
6:20 7:16 8:24
9:12 10:19 11:2
12:12,24 13:19,24
14:3,7,19,22
18:18 19:10,16
20:15 21:3 22:23
23:21 24:18,22
25:20 26:13,13,14
26:17 27:20 28:5
28:18 29:2,14,18
31:9,17,22,24
32:4,11,14
**haven't** 8:5 23:16
**he** 3:8 12:24 15:24
16:1,12,13,19
18:1,18,21 19:10
19:14 24:7,24
25:1,18 28:22,23
29:5 30:7,22

**he's** 15:7,8,9 16:12
16:23,23,24 17:6
17:7,13 19:6 21:5
21:7 25:2 30:5
31:3
**head** 16:8
**healing** 31:1
**health** 28:20
**hearts** 27:10
**held** 11:24 27:4
**help** 5:12
**her** 7:21,24 22:13
**here** 5:10 8:2,18
10:13 13:10 17:3
27:7,7,17 32:17
**here's** 29:21 30:12
**hide** 29:18 31:24
32:4
**high** 12:22,22 30:11
**higher** 21:14
**highest** 9:22
**him** 15:17 25:19
30:8
**his** 14:14 15:11 16:3
16:10,18 18:23,23
19:7 25:24 26:1
28:19,20,21 30:5
**historian** 5:14 20:9
21:10
**historic** 24:16 25:7
26:15
**historical** 26:17
28:4
**history** 3:4 11:3
23:12,13 25:5
30:6
**home** 31:20
**honest** 26:5 27:12
28:7 29:21
**hooked** 4:18
**Hoover** 21:8
**hope** 26:16,19
**hoping** 12:12
**hour** 5:16
**hour-and-a-half** 2:5
17:1
**hours** 6:1
**House** 8:16
**how** 5:11 17:2 18:12
21:1 29:12 30:16
**however** 20:17
**huge** 18:4
**hunger** 19:22

**I**
**I** 8:7,9,11,11 9:19

10:10 11:2 12:6
13:19,21 15:11,13
16:11,18 18:7,8
18:14 19:5,13
21:17,17 22:1
23:2 24:19 25:6
25:12 26:16,19
27:14,14,15,19,24
28:10 29:1 30:1,2
30:2,17 31:12,14
31:20 33:7,7,9
**I'm** 11:3 12:12
19:10 23:2 25:6
26:23,24 27:21,22
30:1
**I've** 19:3,4 31:11,20
**idea** 18:7 31:7
**identified** 12:3
**if** 6:13,15,18 8:11
10:13 11:21 12:12
16:20,21 19:1,7
19:12,14 20:1
21:12 22:17 23:4
23:11 25:8 26:7
26:22 27:3,15
28:1 29:21 31:24
**ignore** 26:6
**illegal** 3:23
**imagine** 3:2
**impact** 16:9
**impeaching** 26:2
**importance** 8:14
16:13
**impossible** 3:7 9:13
**impressions** 29:14
**in** 2:5,12,20,20 3:5,8
3:13,24,24 4:1,2,4
4:10,11,14,15,18
5:1,4,4,5,17,18,23
5:24 6:2,5,7,7,10
6:14,20,21 7:7,10
7:14,14,21,21,23
7:24 8:8,24 9:1,2
10:16 11:7,24
12:7,20,24 13:1,5
13:7,14,15,16,16
13:23 14:2,3,8,20
14:24 15:5,6,21
15:23 16:2,6,8,12
16:22 17:15,17,18
17:19,24 18:11,17
18:23,23 19:7,14
19:20,22 20:3,19
21:3,5,11,14
22:14 23:12,13
24:1,5,8,14,20,22

25:4,7,11,23,23
25:24 26:1,10
27:3,17 28:6,20
28:21,22 29:15
30:5,6,10,18,19
32:16 33:5,9
**INC** 1:24
**incentive** 31:14
**inception** 11:3
**included** 6:7
**incompetent** 24:10
**inconsistencies**
22:10
**incredible** 16:5
**incredibly** 14:5
**indications** 19:7
**indoctrination**
21:15
**inertia** 18:20
**inextricably** 11:2
**infected** 20:20,22
**infections** 20:18
**inflate** 3:23
**influence** 21:22
**information** 9:7
13:21 24:22
**inhabit** 21:13
**insisted** 3:6
**inspections** 3:20
**inspectors** 3:18
**Instead** 30:14
**instincts** 26:11
**Institution** 21:8
**institutions** 21:14
**integrity** 14:15
30:13
**intellectual** 25:13
**intellectually** 25:15
**intelligence** 20:1
**intention** 17:14
**interested** 24:20
33:9
**interesting** 18:13,14
19:19 26:21 27:1
**international** 12:14
**Internet** 4:18 11:10
**intertwined** 11:2
**intimidate** 32:2
**intimidated** 9:20,24
**intimidating** 29:4,5
**intimidation** 29:8
30:18 31:11,24
**into** 5:2 14:23 18:6
18:12 21:15,16,19
23:5
**invalidate** 6:12

11:19
**invalidated** 11:14
**inverse** 31:2
**investigate** 16:15
**investigating** 2:14
**investigations** 2:15
14:23
**investigator** 2:22
**involved** 7:2
**irrational** 32:15
**irrefutable** 16:9
**irregularities** 14:24
16:15 24:15
**irrelevant** 19:11
**is** 2:9,19,19 3:6 4:11
4:20 7:3 8:2,12,22
9:13 10:5 11:5,7
12:6,8 13:3,10
14:8,10 15:3,7,21
16:8,22 17:6,15
18:3,21 19:5,5,14
19:21 21:6,12,12
22:4,9,22 23:3,13
23:18 24:13,16,18
25:16,17,21 26:9
26:10,15 27:7,8
27:21 28:10,20,20
28:21,23 29:17
30:4,13,13 31:1
31:23,23 33:3
**issue** 4:6 19:8 32:15
**issued** 6:9
**it** 3:6,19 4:9,11,19
4:20 5:2 6:21 8:14
9:13,15 10:3,13
10:19 11:6,9,20
12:7,19 13:1,22
14:12 15:10,15,17
15:22 16:4,18,21
17:2,17,18,19
18:15 19:1,4 20:5
21:5,13 22:10,15
22:16,16 23:2
24:5,5,7,17,24
25:8,14,16 26:16
26:16,20,22 28:20
32:11
**it'd** 22:18
**it's** 3:18 10:18,20
12:12,16 13:16,21
14:4,4 15:3,15,16
15:16,19 16:9,23
17:23 18:13,24
19:19 21:20 23:4
23:15 25:12,23
26:12 27:1,20

28:16 29:17 30:18
**its** 4:19,20 29:12
**itself** 2:20 4:16 8:21

___ **J** ___

**James** 14:22
**Japan** 21:4
**Jeffress** 32:19
**Jenna** 32:18
**Jewell** 22:12
**Jim** 14:22 15:1,9
**Joe** 3:7 5:12 7:12
30:1,4
**John** 5:14 14:17
15:7,8 18:16 19:4
19:5,12 20:4
**join** 32:17
**joining** 10:5 15:6
21:6 29:10
**joins** 8:18 29:7,8
**Jordan** 14:22
**judges** 32:15
**Judiciary** 19:24
**just** 3:18 5:13 6:1,6
6:21 7:4 8:13
10:14 13:21 14:7
14:16,21 15:8,17
17:4,22 18:11
20:19 22:1 23:6
26:10 27:23 32:16
**Justice** 18:16,23
19:6,6,11,24
25:21

___ **K** ___

**K** 21:21
**kept** 7:1
**Kevin** 16:3
**key** 3:8 11:6 28:4
**Kids** 22:12
**kill** 29:6 30:21
**kind** 21:10
**knew** 3:20
**know** 9:20 10:10
11:23 12:5,6,9,11
14:9 15:9,18,19
16:2 18:15,24
22:1,15 23:7
24:15 25:6,16,16
25:19,20,24 26:1
26:3,6,8 28:7,16
28:24 30:14,15,16
31:20 32:4
**know-how** 9:6
**knows** 24:9,12,14
29:7

___ **L** ___

**laid** 9:3
**landslide** 10:2 22:17
**laptops** 22:14
**large** 15:20 19:15
**larger** 18:4
**largest** 5:18
**last** 8:3 15:24 26:11
**late** 13:20
**later** 17:22
**latest** 5:19 13:20
20:8
**law** 6:12 32:13
**lawful** 6:15 25:23
**laws** 11:11
**lawsuit** 9:1
**lawsuits** 4:2,4
**lawyer** 6:8
**lawyers** 22:11
**lay** 15:2
**laying** 17:2
**lead** 6:14 13:6
**leading** 2:10 10:9
**leads** 8:1
**learn** 14:6
**learning** 21:15
**least** 9:12,16 13:13
18:14 30:10
**Lee** 16:11,19
**Left** 21:11 29:2,4
31:6,6,23
**Left's** 29:7
**Left-wing** 2:7
**Leftist** 20:7
**legal** 2:2 3:11 4:1
5:9 7:22 8:18 9:18
10:7,13 11:13,16
13:10 17:1,4,13
18:6,14 23:6
24:17 27:22 32:8
32:18
**legislators** 16:14
23:7
**legislatures** 10:17
11:20 24:13 25:10
**lengths** 29:19
**less** 13:24
**let** 13:9,22
**let's** 10:12,21,23
15:9 28:20
**lets** 32:3
**letter** 14:23
**level** 9:22,22 19:23
24:16
**Liberals** 19:13
**library** 3:5

**License** 9:4,8
**licensed** 9:11
**lies** 31:15
**like** 13:21 15:1 21:5
24:21 28:7
**likely** 19:10
**limits** 9:10
**line** 24:24
**linked** 10:24 11:1
**list** 31:19
**listen** 18:7 21:23
**litigated** 4:5
**little** 22:20
**live** 12:21,24 31:18
**Lives** 30:24 31:4,8
**loaded** 6:6
**local** 9:22
**long** 3:3
**look** 15:17 17:24
20:5 23:1 24:23
24:24 27:17
**Lou** 1:5 2:1 3:6,22
5:7,21 7:5,6 8:2
8:13 10:5,15,21
10:23 11:15,22
12:16 13:9 14:5
15:15 16:18 17:10
18:13 19:1,19
22:1,3 23:5,18,21
24:1 25:8,12,15
26:20,23,24 28:7
28:10,15 30:9
32:6,17
**loud** 26:3 30:22
**LouDobbsShop.c...**
20:11,11
**low** 16:1
**Lynn** 22:11 28:1

___ **M** ___

**machines** 4:7 5:12
7:2 11:5,11,14
13:4
**made** 16:13 26:17
26:17
**mail-in** 3:9 5:5 22:5
**mainstream** 30:3
**majority** 19:12
21:18
**make** 10:17 29:12
**makes** 15:17
**making** 32:7
**man** 15:4,16 16:24
**manipulate** 11:7,8
**manipulated** 13:1
**manner** 24:23

**many** 3:11 4:17,17 5:1,6 14:19 16:16
**map** 31:17
**margin** 6:16
**margins** 15:21
**market** 9:10 27:3
**masks** 20:15,18,19 20:21
**massive** 13:16,21
**matter** 9:16 30:24 31:4,8 33:5
**may** 14:6 19:10 20:15
**maybe** 14:19 23:16 26:16
**McCarthy** 16:3
**me** 13:9,22 18:8,14 19:8,9 21:5 24:19 24:21 31:21,21,22 33:5
**Meagan** 6:17
**mean** 24:19 30:2
**meaning** 19:8
**means** 8:6 29:5 32:10,11
**meantime** 5:24 6:8
**media** 2:7 26:14 30:3
**member** 8:17 10:6
**members** 5:10
**mention** 31:4
**mentioned** 30:24,24
**mess** 10:1
**messages** 8:19 29:9
**methodologies** 9:7 30:10
**methodology** 27:9 30:12
**Mexico** 4:4
**Michael** 10:7 22:13
**Michigan** 4:1 17:19
**might** 4:23
**Mike** 5:19,20 7:6,7
**milk** 15:18
**million** 7:4 21:2 28:24
**millions** 29:22,22
**milquetoast** 15:10 16:20
**Milwaukee** 5:22,23 6:2,6,11
**minds** 27:7
**misconduct** 14:24 17:21 19:9
**misrecorded** 18:3
**missing** 14:20 17:14

**26:9**
**mobilize** 16:5
**moment** 26:15
**money** 31:22
**month** 20:18
**months** 24:2
**moral** 23:6 27:22
**more** 2:4 3:10 5:7 5:11 6:8,19 7:18 8:9,15 13:17 14:4 14:16 16:16 17:10 20:3 21:15 22:21 30:4
**mosaic** 26:10
**most** 4:19 14:2,19 15:4 24:20 28:22 30:5
**MR** 5:21 6:17 15:13 15:19 17:9,12 18:24 19:3 21:17 22:4 23:20,24 24:9 25:14 26:8 26:19,22 27:14 28:9,14
**MS** 4:16 8:6 9:19 10:15,22 11:1,17 12:6,19 13:15 29:17 31:3
**much** 5:7 7:6 14:11 14:16 26:6 29:3
**multi-millions** 22:16
**multiple** 13:5
**must** 7:16,18
**my** 19:20 20:10 21:14 27:5 29:17 29:21 31:15,17,19 31:20

**N**
**name** 29:24
**names** 3:16
**narrative** 30:4
**national** 2:7 21:8
**necessarily** 26:4
**necessary** 11:21
**need** 17:19 22:24,24 28:5
**needed** 7:18 13:8 23:1,3
**needs** 17:11
**neither** 33:7
**Nevada** 4:1
**never** 4:24 7:24,24 15:11 16:8,20 19:3,4 25:11

**26:17,18 30:23,24**
**new** 4:2,3 16:12
**news** 2:5 4:6 5:8,13 8:20 14:16 15:8 17:22 20:14 24:20 24:22
**next** 5:16 8:15 13:10,20 14:12 17:15 18:6 20:7,9 20:16 22:22 29:4
**night** 8:8,9 12:23
**nine-zero** 19:21
**no** 8:24 19:5 21:1 23:23 26:8 27:5,5 28:14
**nobody's** 27:19
**non-competition** 9:9
**none** 24:5,5
**nonsense** 21:11
**nor** 12:3 33:7,8
**not** 2:19 3:18 5:1 7:2,15 8:15,24 9:20,23,24 10:24 11:17 12:3,9 15:4 17:4 21:19 24:18 24:21 25:6,23 26:4 27:4,10,11 27:21,21 28:3,12 28:14,15 31:3 33:9
**note** 25:16
**nothing** 11:12 31:24
**NOVEMBER** 1:7
**now** 4:5,11 7:12,16 8:20 9:16,20 10:1 10:5,11,12 11:15 13:22 15:3 16:11 17:3 19:22 21:6 21:13,24 22:8,19 25:8 26:9,17 29:10,15 31:23
**number** 2:17,18,20 3:4 6:13 7:15 11:13 13:14 20:12
**numbers** 16:2,6 18:4 24:5,6

**O**
**Obama** 30:5
**Obama's** 28:23
**objective** 31:2
**observers** 6:24 7:1
**obviously** 10:6
**of** 1:1,1 2:7,8,17,18

**2:21,24 3:4,4,12 3:16,20 4:6,7,11 4:19,22 5:1,6,9,17 5:18 6:3,6,13 7:2 7:4,23 8:2,10,15 8:17 9:14,22 10:4 10:6,8,10 11:6,6 11:13,13,19,23 12:6,11,13,13,14 12:17,23 13:13,14 13:16,21,23,24 14:2,3,5,6,9,10,19 14:19 15:6,7,10 15:23,24,24 16:3 16:4,6,10,13,16 17:2,6,13,20,21 17:24 18:4,5,6,17 19:15,16,23 20:8 20:12,16,19,20 21:3,4,6,10,14,18 22:19,23 23:10 24:1,2,4,5,5,16 25:5,9,10,16,24 26:1,14 27:1,2,2,4 27:5,8,12,18,18 28:11,22 29:5,10 29:11,14,23 30:13 31:2,7,13,15,17 31:17,19 32:12,19 33:1,4,8,8
**officially** 30:1
**officials** 7:7 11:19
**Oh** 11:1
**old** 6:1
**on** 3:1,1,3,16 5:7,11 7:8,16,21 8:2,15 11:13,23 12:10,17 12:20 13:23 14:22 16:23 17:22 19:11 19:17 20:10 21:24 23:8,15 26:18 30:23 31:6,6
**once** 8:20 17:5
**one** 2:20 3:10 4:19 5:9 10:8 12:6,7 14:5 18:11 20:7 20:18 27:4 31:19
**only** 22:16
**onto** 6:7
**operation** 12:9
**operators** 11:8
**opinion** 19:21 21:14 23:9 27:21,23
**opinions** 32:15
**opponent** 26:1
**opportunity** 18:16

**or** 4:5,18,19 9:1,6,8 9:10,14 10:24 11:6,9 12:2,10,18 13:4,13 14:3 16:8 17:14,21,21 21:4 21:4 23:3,6,11 24:10,11,18,21 27:22,22,22 31:8
**order** 20:10
**organization** 8:8
**originally** 13:3
**other** 6:14 9:7 11:4 15:1 17:19 20:12
**our** 2:15 5:10 9:22 14:8 20:1,2 21:14 30:13 32:18
**out** 3:17 6:10 9:3 10:12 12:1 15:9 16:1,6,16 19:4 22:15,19 26:3 28:24 30:17,21 31:10,12 32:16
**outcome** 19:16 29:16
**outside** 12:11 23:14
**over** 4:21 32:12
**OVERLAPPING** 15:13 25:14
**oversee** 3:13
**overtaken** 19:23
**overturn** 13:13 28:4
**overturned** 10:17
**overwhelming** 5:1 25:9 26:12,13 27:24
**owe** 15:22
**Owens** 5:15 29:7,10 29:17 31:3
**owned** 9:6,8,15 27:4
**ownership** 14:9
**owns** 14:7 30:15

**P**
**paid** 24:21
**Palm** 32:21
**part** 17:15
**particularly** 3:3,9 15:20
**parties** 33:8
**parts** 11:6
**party** 4:5 15:5 20:8 31:15 32:2
**past** 7:15
**Pastor** 32:19
**patent** 9:5
**patents** 9:5

path 10:12 16:23
  32:8
patriotic 2:15
patriots 9:21
pattern 2:20,21
penalty 3:15
Pennsylvania 3:24
  17:18 18:1,18
people 2:17 3:15
  8:10 10:4 12:21
  13:17,23 20:19,21
  21:2,23 22:22,23
  23:10,15 24:20
  26:11 27:15,16
  28:1,10,17 29:1
  30:20,21
per 6:24 7:4
percentage 4:22
performance 28:21
perhaps 4:3
perjury 3:16
person 24:19,24
  25:1
perspective 17:4,4,5
  29:17
phase 18:6
Philadelphia 3:5
phone 8:10 10:5
pick 24:10
picking 15:21
place 2:23
places 13:5
plan 2:23
Plantation 29:13
played 18:19
please 8:19 27:10
  29:9
Plexiglas 6:24
plugged 5:2
point 7:24 13:6
  14:22 15:6 27:20
  31:20
pointed 3:10
poles 16:2
political 19:23 23:6
  25:24 27:22
politically 25:21
politician 31:6
poll 3:12
polling 24:1,3
pollsters 24:10
pool 17:24 18:4
popular 15:5 30:4,5
population 21:18
populist 28:18
possessed 9:8

possible 7:15
possibly 10:11
post-WWII 21:4
potential 18:1
potentially 17:20
  18:3
Powell 4:8,13,16
  5:10 8:17 9:17,19
  10:6,15,22 11:1
  11:17 12:6,19
  13:15 14:10,11
  22:13 28:2
power 2:12
powerful 5:8,8
pre-war 21:6
precisely 28:19
predicate 26:7
predicated 23:8
prefer 16:21
prepared 13:11
presented 23:15
  26:15
President 2:1,3,13
  3:22 4:22,23,24
  5:24 7:11,13,22
  9:18 10:2 13:5
  14:20 15:4,11,23
  16:10,13,22 17:5
  19:14 20:24 24:4
  24:7 25:17,23
  26:2 28:18,23
  30:6
President's 2:10 5:9
  8:16,18 10:7,12
  14:14 17:12 32:6
President-Elect
  30:1
presidential 4:15
pressing 11:15
presumably 12:1
presumption 12:16
pretty 23:5
prevail 17:3
prevent 18:17 25:19
previously 7:10
prime 30:5
prisons 13:23
private 11:23 12:1
privately 9:15 27:4
  27:4
probably 4:21
proceeded 27:8
proceedings 33:4
process 8:7 13:1,15
processed 12:18
processes 24:12

produced 7:10
  22:14
products 9:11
professional 21:21
progressive- 21:19
promised 9:17
promises 28:19
promulgated 21:20
prone 3:9
propensities 29:8
propensity 16:1
proposal 20:9
proposes 20:7
prosecutor 2:22
protection 17:17
prove 3:23 10:3
  17:17,18,19
proven 12:4
provided 2:8 33:4
providing 5:11
proving 9:14
provision 9:9,9
  10:19
public 9:19 23:8
  27:21,23 28:2
publicly 15:3 28:21
pulled 3:7
pursue 9:17
put 5:8 13:22 24:6
  28:20

_____

_____Q_____

qualified 25:7
question 18:12,14
  24:3 28:21,21
  30:11
question's 19:18
questions 30:8
quick 8:19 29:9
quickly 2:19 10:14
  22:1 23:5
quote 4:11 8:2,23
  9:4

_____R_____

race 7:24
radical 2:6,11 20:7
raid 11:23 12:1
raising 31:22
rampant 2:9
ran 4:21
ranking 12:23
rates 15:6
rather 18:20 19:20
  23:6
rational 27:12

re-elected 16:23
reached 24:16
ready 13:20
realizes 21:18
really 29:1
reason 3:19
received 8:9 31:20
receives 6:3
reclaim 10:3
recognize 16:7
recommendation
  20:17
Reconstruction
  21:5
record 9:14 15:6
  16:6 28:24
RECORDING 1:1
records 12:17
recount 5:18,24
  6:21,22 7:3,9,9,21
recounts 29:20
recruitment 16:4
reduce 20:18
refused 8:3,9
Regional 20:23
registered 7:4
Rehnquist 19:5
rejected 7:14
rekindled 6:1
related 12:8
relationship 9:1,3
  9:13,14
relative 33:7
relatives 31:17
release 7:8
repeats 2:20
replicated 18:22
report 7:8,8 12:2
  20:17
REPORTERS 1:24
reporting 7:7 20:5
reports 11:23
Republican 3:12
  4:5 14:21 16:7,7
Republicans 7:18
  14:13,19 15:1,20
  23:22
requesting 6:10
requests 6:19
require 25:9
required 11:11 17:3
resides 21:13
respected 18:9
responding 28:17
response 27:12
rest 27:7

result 13:8 16:22
  31:23
resulted 15:5
results 4:15 7:9
  11:19 13:13 20:22
Review 21:9
rhino 16:21
Richard 22:12
ridiculously 32:15
rig 4:10
right 8:11,18 9:20
  10:11,12 14:18
  15:14 19:6 20:13
  24:24 25:8 29:3
  30:7 31:3
rights 9:4,10
rigorous 25:15
rigorously 26:5
ripe 19:8
rise 20:1
robbed 27:18
Robert 32:19
Roberts 18:16 19:5
  19:5,13
role 16:12 25:24
Rudy 2:10,14 3:15
  6:8,13 22:13 28:2
  29:4 32:6,9
rule 17:21
ruler 23:1
rulings 19:7
run 4:21 8:7 11:5
  13:1 14:2,8 30:6

_____

_____S_____

said 13:21 19:7
  22:15 25:1 26:9
  30:22
same 2:21 11:3 14:2
  31:1
sand 16:8
saw 24:4 26:11
say 2:9 3:22 8:6,11
  15:16 18:7 19:5
  22:22 24:23 27:5
  27:16 29:24 30:10
  30:12,23 31:14
saying 2:2 8:21 31:7
says 2:11 4:9 6:18
  7:22 8:13 20:23
  23:1,2,3 25:1,2
scads 12:13
scale 26:18
scandal 22:18 23:13
  25:4
scientist 17:24

18:10
scope 17:20
screen 23:15
screwed 18:8
Scytel 11:24
seats 15:21
second 20:16 29:12
secrets 9:7
see 10:13 15:16
    16:24 18:12 23:17
    32:20
seek 32:2,3
seem 15:1
seems 31:2
seen 18:17 23:21
    26:18 31:6,11
sees 18:1
selected 10:18
sell 9:10
seller 29:12
selling 15:8
send 31:10
senior 21:7
sense 17:2
separate 7:1 8:22
    20:20
seriously 21:1
server 12:7
servers 12:10,17
set 4:20 17:15 27:7
sets 6:22
she 5:11 7:23 8:3
    29:7,8
she's 10:6 29:10
should 7:22 10:16
    10:17 12:13 19:21
    20:24 25:3 27:6
    28:11
shouldn't 19:10
show 6:21 17:20
    18:8 19:8,9,15
    24:7,18 26:10
shown 6:20
shut 5:4,4
shy 7:4
sickening 21:12
sides 19:13
Sidney 4:8,13 5:10
    8:17 9:17 10:6,9
    14:10,11 22:12
    28:1
signature 7:16
signed 14:22
simply 12:11
since 22:18
singular 2:19

six-three 19:20
skim 15:18
Smartmatic 4:8,12
    4:14 5:12 8:21,23
    8:23 9:2,4 10:23
    11:5 12:8,18 14:1
Smartmatic's 4:10
    9:10
so 4:17,17 5:1,1 7:6
    9:11 12:2,7 13:6
    14:4,11 18:7,19
    19:13 21:17 22:8
    22:14,21,23 23:9
    23:16 27:19,19
    29:3,22 30:7
    31:18
so-called 21:14
socialist 21:19
software 4:8,12,14
    4:16 5:12 11:6,18
    12:8 14:3,3
soldiers 31:5
Soloman 20:4
Solomon 5:14 14:17
    15:7,13,19 17:9
    17:12 18:24 19:3
some 18:10 32:14
somebody 22:24
    28:17 31:22
something 22:4,7,8
    23:10 25:11 28:4
    28:5 29:18 32:4
sometime 13:20
sometimes 17:7
soon 31:12
sorry 23:2 25:2
    26:23,24
sort 12:15 14:3 18:5
    18:17
sound 30:7
sounds 21:5
South 21:5
speak 30:11
SPEAKER 8:5
speaking 2:4
spear 17:6,7
special 25:22
specifically 2:24 3:1
    18:18
spewed 21:11
sports 21:21
spot 19:14
Stacey 7:20 8:14
stage 6:22
stand 18:21 28:3
Stanford 21:8

start 10:12 15:9
    21:2,3
started 2:14 16:3
    28:17
starting 16:14
starts 6:22
state 2:20 5:17 7:21
    11:10 16:14 18:11
    22:21 23:7 24:8
    24:13 25:19 27:16
    28:4 30:19
state's 5:18 7:9
states 2:21 3:8 5:1,4
    10:3,16 13:14
    17:19 18:12 24:4
    24:14 30:6
stations 6:23
statistically 3:7
stay 8:19 14:17
    20:13 29:9
stayed 28:22
steal 2:13
step 17:15 22:22
stepped 27:5
steps 13:10
still 13:15
stop 13:4,5,6 29:19
    29:20,23
stopped 11:14
straightforward
    23:19
streaming 12:21
street 21:21 31:5,10
strong 18:20 24:8
stronger 16:21
stronghold 6:5
strongholds 3:14
stuck 4:18
study 20:20
stunning 4:9
substantiated 26:12
success 16:2
such 18:15
suddenly 28:19,23
sued 9:2
sufficiency 7:23
suggest 2:22
suits 11:18
supporter 20:8
    31:13
supporters 20:24
supposed 30:3
suppress 24:11
suppression 24:2
supremacists 30:23
Supreme 19:14 20:2

sure 10:17 11:3
    22:3 29:22 32:17
suspicious 27:20
swayed 27:24
swear 3:16
swing 2:3
swings 10:16
system 4:12 5:3
    8:12 17:17 18:8
systems 8:20 14:1
    22:6

————————
T
table 6:24
tabulating 4:12
tactics 29:8 31:24
take 4:22 6:13 9:23
    14:15 20:8 24:10
    25:16
taken 5:16,23
taking 18:20
talk 19:19
talked 16:11
talking 18:5,10 24:3
    27:21,23 31:1
tally 3:24
tampered 25:1
team 2:2 3:11 4:2
    5:9,9 8:18 10:7,13
    13:10 16:3 17:1
    17:13 24:17
team's 32:18
tech 21:20 26:14
technical 3:18 9:7
technology 4:10
    9:11
tell 12:4 31:21
telling 13:18 20:14
ten 8:8
terms 21:3
terribly 22:5,5
tessera 26:10
test 20:21 23:19
than 2:4 3:10 6:9,19
    7:12,18 8:10
    13:24 15:17 17:10
    18:4,20 19:20
    21:15 22:21 23:6
    23:22 30:4
thank 7:6 14:11
    32:19
thanks 10:10 20:4
    29:3
that 2:16,23 3:3,6
    3:11,17 4:4,14,17
    4:21 5:2,2 6:4,8

6:11,14,20,22
    7:15 8:7,8,11,11
    8:13 9:5,11,20
    10:14,14,17,19
    11:5,6,11 12:1,6
    12:12,17,18 13:1
    13:6 14:3,6,11,15
    15:16,22 16:6,8
    16:12 17:15,16,20
    18:2,3,4,6,7,17,21
    19:2,7,7,9,15,16
    19:23 20:2,19
    21:15,18,20 22:4
    22:7,7,17,22 23:3
    23:4,11,12,16
    24:2,5,6,9,12,16
    24:16 25:1,2,3,4
    25:7,16,17,20,20
    26:1,3,4,5,8,11,15
    26:17,18,22 27:1
    27:2,6,11,15,19
    28:19 29:17,22
    30:2,4,5,7 31:2,5
    31:7,14,17,21,23
    32:1,1,3,4,4,9,15
    33:3,7,9
that's 4:4 5:3,4
    15:13 17:7,9,13
    18:5 19:17 21:11
    21:24 22:16 25:5
    25:6,23 26:8
    27:23 28:5 30:6
    31:3
the 1:1 2:2,3,4,6,6,9
    2:10,10,11,13,15
    2:21 3:4,10,11,13
    3:13,16 4:1,4,5,6
    4:7,11,14,15,16
    4:18,21,24 5:2,3,4
    5:5,5,8,9,9,13,16
    5:16,17,18,19,23
    5:23,24 6:5,7,7,12
    6:15,17,18,20,21
    6:22,22 7:1,2,3,3
    7:9,9,13,21,22,23
    8:1,2,7,9,10,14,15
    8:15,16,17 9:3,4,8
    9:11,15,16,18,19
    9:21,22,22 10:3,4
    10:6,8,12,13,15
    10:16,17,18,19,20
    11:3,4,5,5,6,7,8
    11:10,11,12,13,14
    11:17,17,18,18,19
    11:19,20,20,21
    12:2,2,3,6,8,9,10

12:10,11,11,12,14
12:16,17,17,19,19
12:20,21,23,23,23
12:24 13:2,3,4,4,6
13:7,8,10,10,12
13:15,18,20,22
14:1,2,2,2,5,9,12
14:14,16,23 15:2
15:3,4,5,7,8,10,21
15:22,23,23 16:2
16:2,4,8,9,9,12,13
16:22,22,23,24
17:1,6,6,6,7,12,14
17:15,20,22 18:5
18:6,7,7,8,8,15,17
18:17,19,22 19:11
19:13,13,14,15,16
19:16,17,24,24,24
20:8,10,14,15,16
20:19 21:4,5,7,10
21:11,13,18,19,24
22:6,9,9,10,12,14
22:18,18,20,21,22
22:22,23 23:7,9
23:10,12,12,15,15
23:18,21,22,22
24:1,1,4,4,5,6,7,9
24:12,13,19,20,22
24:22 25:4,5,11
25:18,18,20,21,21
25:24 26:3,6,9,10
26:11,14 27:2,3,8
27:8,8,9,12,17,21
28:1,2,10,11,17
28:22,22,22 29:1
29:2,4,7,10,11,13
29:18 30:1,3,5,6
30:10,12,13,19
31:1,2,3,6,6,7,15
31:15,18,19,21,23
32:6,7,7,13,18
33:3,4,8,9
**their** 2:7 3:17 11:3
14:3 15:5 16:8
18:15 23:8 26:11
31:5,9,10 32:2,16
**them** 4:23 5:3 7:1
11:2,7,8,16 12:10
13:1 14:19,19
16:3,16 17:3
21:24 24:18 27:2
27:4,5 28:16
30:15 31:12
**themselves** 11:4
12:3
**then** 11:21 12:13,16

13:3 30:22
**there** 2:23 5:21 6:18
6:23 11:9,12,22
12:5,13,22 16:15
16:16 19:7,8,21
21:12 22:4 23:18
23:23 24:15 26:1
27:15,19 31:21
**there's** 3:19 12:7
13:23 17:16 18:13
**these** 2:24 3:15 5:1
8:18 14:7 15:20
16:14,15 18:12
22:11 23:11 24:16
25:5,10 27:1,9
28:4 29:9,15
30:14 31:10,11
32:9
**they** 2:2,6,8,9 3:16
3:17,19,23 5:4,5,6
5:17 6:6 7:17
10:24,24 11:2,9
11:10 12:12,17,20
13:6,7 14:13
17:19 19:16 21:15
21:22,23 22:24,24
23:1,3 24:11,15
24:18,22 25:22
26:11,19 28:3,5
29:18 30:11,16,20
31:9,10,16,18,24
32:1,2,2,4,4,10,11
32:11,13,14
**they're** 11:1,3 16:16
22:9 24:21 28:12
28:12,14,15 30:15
31:9
**they've** 17:15 22:14
25:11
**thing** 3:18 29:21
**think** 13:19 15:13
18:8,22 19:13
21:17,17 22:1
25:12 27:1,6,15
28:1,10 29:1
**thinking** 18:23 21:3
21:6 23:10
**thinks** 22:17
**this** 2:7,19,20 5:13
5:19 7:14 9:9,23
10:1 13:22 14:6,8
14:21,24 15:21,24
16:5 17:2,5,14,21
18:6,9,9 19:8,17
19:21,22,22 20:5
21:11 22:23 23:1

23:2,3,12 24:16
24:17,23,23,24
25:1,1,2,2,5,8,17
26:2,10 27:3,8,17
28:11,20 29:15
30:13,13,17 31:1
32:3 33:5,8
**THOMPSON** 1:24
**thorny** 9:16
**those** 3:20,21 4:13
6:14 7:12 11:13
11:16 12:17 13:14
14:10 15:20 30:9
31:5
**though** 16:15
**thought** 15:11
16:19
**thoughts** 17:11
21:16
**thousand** 3:10
**thousands** 13:23
**threat** 32:2
**threatened** 31:16
**threatening** 29:6
30:20,20,21
**threats** 31:20
**three** 6:24 7:1 22:20
22:21
**through** 21:21 28:3
29:19 32:3
**thugs** 31:11
**thumb** 4:18
**ties** 9:1
**till** 17:22
**time** 11:9 28:17
**Times** 20:15 29:11
**tip** 17:6
**to** 2:3,3,13,21,23 3:7
3:9,10,13,17,21
3:21,23 4:2,4,10
4:14,18,20,22,23
5:3,3,12,23,24 7:8
7:15,17 8:1,3,6,9
8:11,23 9:5,6,10
9:12,13,17,20,22
9:23,24,24 10:1,2
10:3,12,18,19,20
10:23 11:4,7,8,10
11:11,12,14,20
12:8 13:4,5,6,8,11
13:13 14:7,10,21
14:22 15:2,2,10
15:15,16,22 16:2
16:5,11,14,21,21
16:23,24 17:3,10
17:11,14,15,19,23

17:23 18:6,14,16
18:20,22 19:3,10
19:18,22 20:5,15
20:15 21:3,5,13
21:23 22:17,21,22
23:8,9,10,11,15
24:11,15,18,21,22
25:7,8,10,10,15
25:19,22 26:6,10
26:13,13,15 27:7
27:12,20,20,23
28:5,17 29:2,6,13
29:18,19,20,24,24
30:3,3,7,10,14,15
30:16,17,17,21,23
31:2,4,9,14,14,15
31:19,20,22,23,24
32:2,2,3,4,8,11,16
32:17 33:5,8
**Tobin** 5:19,21 6:17
7:6,7
**today** 2:2,5,11 7:13
8:20 9:17 13:17
16:11 17:1 32:7
**today's** 4:6 5:7
**together** 24:6
**tomorrow** 5:24 6:23
32:17,20
**tonight** 1:5 5:10 7:8
8:2 14:8 15:7
17:22 18:9 30:11
**too** 24:20
**took** 17:24
**total** 6:7
**tough** 7:19
**tour** 17:12
**trade** 9:6
**trails** 7:12
**TRANSCRIBED**
1:24
**transcript** 1:1 33:4
**TRANSCRIPTIO...**
33:1
**transfer** 23:1
**transformation**
16:18
**tried** 25:19,22
**trouble** 20:3,4
**troubled** 27:11
**true** 17:9 22:18 25:8
25:16,17 33:3
**Trump** 2:3,4,13
3:11 4:23,24 5:16
6:1,8,15 7:11,22
10:2,18 15:4,4,23
16:13 17:1 20:8

17:23 18:6,14,16
20:10,24 22:8
31:13 32:7,18
**Trump's** 2:3 3:22
9:18 13:5 14:20
16:5
**Trumper** 16:9,20
**truth** 13:18
**trying** 11:4 14:10
24:11
**turn** 10:21,23 19:18
28:24 30:17
**tweet** 6:2
**tweeted** 7:13 21:1
**two** 5:18 6:24 9:3,15
14:21 16:10 22:19

―――――――――
**U**

**unaccounted** 7:10
**unconstitutional**
24:14
**uncovered** 4:24
**under** 3:15
**understands** 16:12
16:13
**unequal** 17:17
**unfortunately** 23:4
32:14
**United** 10:3 24:4
30:6
**University** 21:8
**unproven** 22:6
**unseat** 25:22
**until** 9:18 20:16
22:20
**untrue** 15:17
**up** 3:21 4:18 5:22
6:20,21 8:15 9:21
10:1 12:22 13:9
14:12,15 15:21,24
17:2,15 18:8 20:7
20:8 23:13 24:7
29:3 31:14
**us** 5:13,15,19 8:1,18
8:19 10:5,14 12:1
12:4 13:18 14:12
14:17 15:6 17:2
20:4,9,13 21:6
24:17 29:3,7,8,9
29:10,14,14 30:12
32:17,20
**use** 3:21 4:7 11:13
**used** 3:23 4:10,14
5:12
**usually** 17:8

―――――――――
**V**

**variables** 4:17
**various** 2:24
**Venezuela** 4:11
**very** 2:15,19 7:16
   9:2,16,18 10:14
   18:18 19:6 21:23
   22:1 23:18 25:3
   29:18
**Viacom/CBS** 8:3
**Victor** 5:14 20:9
   21:7,10 26:24
   28:24 29:2,3
**victory** 10:13 32:8
**view** 32:1
**violate** 6:11
**violated** 11:10
   24:13
**violations** 11:16
**violence** 30:21,22
   32:3
**Virginia** 4:3
**virus** 20:16,18
**vocal** 16:17 31:12
**vote** 3:13,24 4:11
   5:11 6:12 8:11
   10:4 13:7 18:11
   24:12
**voter** 2:9,19,24 3:4
   7:4
**voters** 6:10 16:1,1,6
**votes** 4:20,22,24 6:3
   6:15 7:11,13,18
   11:7,12,14 12:18
   12:19,21,24 13:2
   13:7 17:20,24
   18:2,2,8 19:9,15
   27:18 28:24 29:16
   29:23
**voting** 4:7 8:20 22:5
   22:6 24:12 27:2
   30:9

**W**

**waiting** 22:9
**wake** 31:14
**Wall** 21:20
**want** 9:19 24:15
   28:18 29:24,24
   30:7,14,15,16,17
   32:11
**wanted** 31:14
**was** 2:12,23 4:10,16
   6:4,21 7:15 8:7
   9:3 11:9 12:1,22
   13:6 15:4,11
   16:18,19 19:9

22:16,24 23:12,23
   24:8,23 25:17,18
   26:1 27:15,18
   30:17 31:21,22
**Washington** 2:6
**wasn't** 22:15,16
**watch** 12:21
**watched** 12:24 14:7
**watchers** 3:12
**watching** 30:18
**watchword** 15:12
**wave** 23:23
**way** 8:24 11:7 12:19
   13:22 18:4 26:22
   27:8,17 28:20
   30:2
**we** 2:14 4:23 8:9
   9:20,23,23,24
   10:1,2,3 12:9,11
   13:2,9,15,19,24
   14:6,7,9,12,15
   18:7 20:1,3,4,8,15
   21:3,24 22:11,23
   23:16,16,21 24:4
   25:3,16,16,19,20
   25:20,24 26:1,3,6
   26:6,8,13,14 27:6
   27:6,8,9,20 28:18
   29:15 30:11,18
   31:17 32:19
**we'll** 5:7 14:17
   23:16 32:20
**we're** 13:17 17:22
   20:13 22:19 23:5
   24:19 25:7 28:3
   30:2
**we've** 13:22 18:5,17
   26:16,18 31:6
**weaker** 15:17
**wear** 20:15,21
**wearing** 20:19
**websites** 31:16
**week** 13:20
**weeks** 15:24 16:10
   22:19,20,21 24:1
**weighing** 7:21
**well** 7:20 10:15
   11:23 12:6 13:15
   13:22 21:6 22:22
   25:11 26:4 27:5
   27:16 29:17
**went** 16:19 22:5,7,8
   23:10 30:23 31:18
**were** 3:9,12,21,23
   4:14 5:12 6:6,9,19
   8:10 12:3,18 19:9

20:21 22:17 24:2
   24:5,6,10,11,15
   25:8 29:21 30:18
**weren't** 3:17
**West** 32:21
**what** 2:8,18 5:3
   9:12 11:7 12:4,5
   13:3,10,18 17:11
   20:7 22:9,15,21
   24:15 25:5,16
   26:3,11 28:3,17
**what's** 17:3 25:6
**whatever** 4:19
**when** 5:4 8:7 13:11
   15:10,15 18:10
   21:23 25:3 31:1
**where** 2:6 14:12,13
   18:1 21:2,24
   22:10 27:21 29:15
   31:17,18
**whether** 12:9,10
   18:15 30:18,19
**which** 2:21 3:12
   4:23 5:6 6:20,22
   8:1 9:2 10:10
   11:13,24 13:2
   14:9 15:5 18:21
   19:17 24:13 32:10
**whipped** 15:24
**whistleblower's** 4:9
**white** 8:16 30:23
**who** 3:12 8:10 10:4
   11:19 14:6 15:4
   15:20 16:7 17:24
   20:21 21:13 23:2
   28:12,18,20 30:15
   30:15 31:22
**who's** 31:1
**whole** 17:7
**whose** 30:10
**why** 3:19 8:3,5
   29:23 30:13 31:23
   26:24 28:7 30:9
**widespread** 14:4
**will** 5:11 6:21,23,24
   7:1 9:20 11:18
   13:11 14:6 16:20
   18:10,15 23:16
   24:13,18 26:7,16
   27:3 32:15
**willing** 15:2
**win** 30:7
**Wisconsin** 4:1,3
   5:17,23 6:12,16
   6:18 17:18
**with** 4:17 5:5,13,15

6:2 8:19 9:21
   10:12 11:16 13:12
   14:11,16,17 15:5
   15:9 16:3,5,10,22
   19:11,13 20:4,9
   20:13 21:13 22:13
   23:1 25:1 27:1,19
   29:3,9,14 30:16
   31:13 32:11,20
**within** 13:4
**without** 6:9 24:3
   30:2,8
**witnesses** 2:18 29:5
**Wolfe** 6:17
**woman** 31:13
**won** 6:15 10:2 15:20
   29:22
**Wood** 22:11 28:1
**words** 6:15
**work** 22:6,13
**works** 12:19
**worst** 12:15
**would** 2:22 3:2 6:11
   6:20 11:2 13:19
   13:19 25:4,9 26:3
   26:4,6 27:14,14
   27:15 28:2,3
   29:23
**wouldn't** 3:19 27:11
   29:23,24 30:7,9
   30:11
**wrap** 13:9
**writing** 6:3
**wrong** 22:5,7,8
   23:11

**X**

**Y**

**Yeah** 15:19 16:18
   19:4,19 21:17
   23:18 24:9 26:22
   26:24 28:7 30:9
**year** 8:3 20:16
**year's** 14:24
**years** 7:14 26:12
**yes** 10:15 12:19
   23:20,24 27:14
   28:9 29:24 31:11
**Yet** 9:1
**York** 16:12 20:14
   29:11
**you** 3:2,19,20,20
   6:13,15 7:6 8:5
   10:10,11,13,13
   11:15,23 12:4,5

13:9,11,11 14:11
   15:9,17,19 16:2
   16:20,21 17:17,18
   17:18 18:11,22,24
   19:1,8,9,19 21:1,2
   22:1,15 23:7,9,11
   24:18,21 26:7,9
   26:20 27:1,3,6,11
   27:19 28:7,16,24
   29:2,14,21,22,22
   29:23,23,24 30:14
   30:15,16 31:20
   32:3,19,20
**you're** 18:10
**you've** 19:12
**your** 17:2,4,5,11
   20:5 21:16 24:10
   27:7,10 29:14,24

**Z**

**Zeldin** 16:11,19
**zero** 7:13
**zombies** 21:13

**0**

**1**

**1%** 15:18
**1,400** 7:11
**1.8** 20:19
**10** 28:24
**100,000** 6:9 18:1,2
   18:11
**12** 21:22
**13,000** 7:12
**134** 6:23
**143,379** 6:3
**169,000** 6:5
**17** 24:24
**1824-1876** 22:19
**19** 1:7

**2**

**2.1** 20:20
**2.8** 7:4
**20** 4:4 6:1 25:24
**20%** 22:23
**20,000** 6:14
**2008** 30:5
**2009** 9:1
**2016** 26:1
**2018** 7:23
**2020** 1:7

**3**

**3** 7:4

**3,000** 20:19,20
**3:30** 6:6
**3:42** 6:4

---
**4**

**4%** 7:15

---
**5**

**5** 8:5
**50%** 23:10 27:21
**50,000** 8:10

---
**6**

**6,000** 7:10

---
**7**

**75** 21:2 23:11
**75%** 22:23

---
**8**

**80** 23:11

---
**9**

**9:00** 6:23
**90%** 27:2