# Exhibit 26

TRANSCRIPT  ·  **Published** November 19  ·  **Last Update** November 25

# Hannity: Transparency, integrity at heart of Team Trump's legal fight

**Fox News**



**Hannity: Transparency, integrity at heart of Team Trump's legal fight**

Sean Hannity calls out Democrats for trying to brush allegations of election misconduct aside.

Nov. 19, 2020 – *This is a rush transcript from "Hannity" November 19, 2020. This copy may not be in its final form and may be updated.*

SEAN HANNITY, FOX NEWS HOST: I thought I lost you for a second. It went blank. I said, wait a minute, what happened?

All right, Tucker, thank you.

Welcome to "Hannity."

All right. Tonight, the Trump campaign vowing to investigate -- by the way, wouldn't every American want to have faith and confidence in your elections? Every election irregularity, legitimate claim of fraud and abuse, these are American people, sworn affidavits, so that every legal vote can be counted in a fair, verifiable way, and we need a system we can all have confidence in, don't we? So, yeah, it's worth it.

Coming up, we are going to have more on the recount developments in Wisconsin. Reince Priebus has an update. Ronna McDaniel is here. Kayleigh McEnany is here from around the country, as these allegations of election regularities continue to pile up. Rudy Giuliani will be here for an exclusive interview tonight.

And here, I want everyone to hear where I'm coming from. Here is the state of your country that every American needs to understand, and getting to the bottom of finding thousands of votes -- this week alone, two weeks after an election, does that not rub you the wrong way, or laws, we're going to unilaterally extend the deadline two days, just two days before the election, like they tried to do in Pennsylvania.

Laws that clearly state partisan poll watchers can observe the entire process, the counting of all the ballots, and every one of the states that we're talking about, but person after person saying no, they weren't allowed to see anything.

Now, they all point to an election system that is broken. You would think every American care. One that better be fixed, or it's going to keep happening, and I could predict tonight, likely get worse, using voting machines.

Now, imagine this. This is what we know -- and we'll get into more details

-- Republicans, Democrats, the liberal media, when do they ever agree on anything? Well, in the lead-up to this election, Democrats, conservatives, the liberal media, even a liberal professor all agreed on Dominion software. We deserve answers. Why did the American people have the best?

And now we know this, know this about the media mob, oh, we've got to move on, oh, this is terrible. I don't want to hear their lectures. Democrats, they don't care about any of this. Why? Because there chosen candidate is in the lead.

Journalism, I said in 2007, is dead. The president labeled it right, it's fake news. Ninety-nine percent of the media now is nothing more than the press arm of all things Biden, Democratic socialist. We know that.

And one of the things about this program, for three years on this program, we chart an independent course on this show. Nobody tells me what to say, what to do. I chart my own course.

Three years, the media, the mob, we're independent, they're not, because for three years, we follow the truth, and they didn't. That is why we have been right on story after story. They've been proven dead wrong but never admit it.

Let me give you some perspective. Every American, you need to stand back, look at the past four years of Donald Trump's presidency. Did the mob and the media ever once apply the same standard to President Trump that they applied to their friends in the Democratic Party? No.

Let's start with the Russia hoax. The media spread never ending, reckless lies and conspiracy theories on behalf of the Democratic allies. President Trump colluded with Russia and impacted the 2016 election.

OK. Three years later, four separate investigations, they cleared the president, we were right. We literally were unappealing the layer of every onion night after night, and they were wrong for over three years. They lied to America for three years. Did they ever correct the record? No.

That's how corrupt they are.

And it was actually, we now know, the Clinton campaign, the DNC, they are the ones that paid for the dirty Russian misinformation dossier. Yep, with spectacular lies. They paid for the dossier, which was Russian, state-run disinformation, the exact opposite of what Democrats and the media told you the whole time.

Did the media demand years of investigations? Did they obsess about Hillary's collusion? Did they demand she be held accountable? No. They completely ignored it, and they were enablers, and all of that for three long years. You want to get lectured from them?

Next, remember when the media falsely accused President Trump, improper Ukrainian quid pro quo based on a phone call we all had a transcript of with only a hearsay witness, opinion witnesses, the one fact witness backed up the president's story. A Ukrainian hoax that led to an impeachment show trial in the House, that's another year of the presidency of Donald Trump, and it went nowhere, as we predicted.

We were right, they were wrong again. Once again, the same standard was not applied to Joe Biden, on tape, bragging about leveraging 1 billion of your tax dollars to get a Ukrainian prosecutor fired, who then gave interviews and said, yeah, he was fired because he was investigating Joe Biden's son, zero experience Hunter. You may remember this.

(BEGIN VIDEO CLIP)

JOE BIDEN (D), PRESIDENT-ELECT OF THE UNITED STATES: We are not going to give you the billion dollars. And he said, you have no authority, you are not the president. The president said -- I said call him.

I said, I'm telling you, you're not getting the billion dollars. I said, you're not getting the billion. I'm going to be leaving here and I think it was about six hours, I look at and said, we're leaving in six hours. If the prosecutor is not fired, you're not getting the money. Well, son of a (EXPLETIVE DELETED). He got fired.

(END VIDEO CLIP)

HANNITY: He used a billion dollars. He got the prosecutor fired, his son had no experience, was made paid millions.

Did the media demand answer after hearing a real Ukrainian quid pro quo, straight from the lips of Joe Biden? No. Once again, they ignored it, they excused it, they basically acted like it didn't happen, providing Biden cover. That was the case even as the more recent September, Grassley- Johnson Senate report revealed zero experience Hunter, he raked in millions from all over the world, despite, again, no relevant experience. Millions from Burisma, the Ukrainian oil and gas giant, $3.5 million wire transfer from the first lady of Moscow, a Russian oligarch, $5 million from a state backed Chinese company -- don't forget the $1.5 million deal with the Bank of China, $100,000 shopping spree complements of a prominent Chinese national, 100 grand plus from a Kazakhstan oligarch earmarked for a new car.

Did the media ever conduct any serious investigation into what is obvious pay for play? Imagine if this was one of Donald Trump's kids. No, they did not.

Four years, Biden was placed in the candidate put protection program, shielded from any real questions the entire campaign, big tech censored any negative coverage on behalf of Biden, and Joe was allowed to spend about half the time hiding in his basement bunker while the media, well, they did the job for him to come upon a pummeling Donald Trump every signal minute hour of every day.

So, it's no surprise that so-called journalists have no interest looking to cases or American citizens saying that these are serious abuses of power here. They don't care about the hundreds of sworn affidavits. They got the outcome they wanted, so they don't really care what happened, and what could be done better? They don't care about getting the system right, either. And on November 3rd, over 73 million Americans voted for President Trump, almost 11 million more votes than he got in 2016.

Every American should be tired and fed up at the double standard. It's gone on for four years, the lies, the conspiracy theories, breathless hysteria reporting and corruption. They don't trust America's powerful institutions, and you should end.

And by the way, that trust extends to this year's election chaos. What do we know? Oh, we know laws were broken come all the observers that are signing legal affidavits, people blocks from viewing the process the law says they can view, dead people voting in some places, batches of uncontested ballots turning up here and there two weeks later, everywhere voting system issues.

And without a doubt, if we don't get to the bottom of what happened, we don't get there, and President Trump's legal team is bowing to do that, why would you expect it to ever stop? Take a

look.

(BEGIN VIDEO CLIP)

RUDY GIULIANI, TRUMP ATTORNEY: Both are investigations and the very patriotic and brave American citizens who have come forward are extraordinary, extraordinary number of people, extraordinary number of witnesses, and what emerged very quickly is, this is not a singular voter fraud in one state. This pattern repeats itself in a number of states, almost exactly the same pattern.

(END VIDEO CLIP)

HANNITY: Now also on this issue of Dominion software, which was used in 28 states, this is what our investigation has shown us, and we've been looking and doing a deep dive, giving you every bit of information we have found about it, and what's really fascinating is that Democrats and Republicans, the media, have all come up prior to the election, been highly critical of it, and other election machines before the election.

In 2019, look at this, three Democratic senators, Warren, Klobuchar, and Wyden, one Democratic congressman, Mark Pocan, they were sounding the alarm about, quiet now, but they said, quote, Dominion's very limited information available in the public domain about their operations and financial performance. The four Democrats, last year, went on to highlight serious voter issues in multiple states using several different machines.

Quote: In 2018 alone, voters in South Carolina were reporting machines that switched their votes. Meanwhile, scanners rejecting paper ballots in Missouri, and busted machines were causing long lines in Indiana. Democrats said this.

According to the lawmakers, researchers recently uncovered previously undisclosed vulnerabilities and nearly three dozen back end election systems in ten states.

Keep in mind, similar concerns because the state of Texas to reject Dominion voting systems on three separate occasions, once in 2013, and after testing it out, according to the AG and secretary of state, they looked into the system twice in 2019, didn't meet their standards in Texas.

Meanwhile, 2018, prominent tenured professor at Princeton specializing, believe it or not, I didn't know such a thing existed, election machinery, policy, and conspiracy, the guy's name is Andrew Appel, he had an op-ed blasting dominion over security concerns. 2018, the "A.P." reported Dominion, quote, long skimped on security in favor of convenience, making it more difficult to detect intrusions.

"The New York Times" even criticized them. This year, during Georgia's primary in June, they said Dominion's new machines required to much extra power for aging polling locations, blowing fuses, never powering on, and others, workers still being trained days before the election, they struggled with set up, and they go on to say the electronic poll books also were flagged by freezing software and user error.

If you're keeping track, Senators Warren, Klobuchar, Biden -- Wyden, tenured professor, state of Texas, the "A.P.", "The New York Times," people from all political persuasions surrounding dominion voting systems, hardly part of the vast right-wing conspiracy. Now, if in a divided country like this one, you got Democrats, Republicans, and the media, before the election, agreeing that this is not the best system, why was it used in the first place in 28 states?

Here is another question: don't you think we, the people, deserve better?

Don't we deserve better? And now, if you bring up Dominion, you are conspiracy theorists from the biggest conspiracy theorist in Washington, the media.

So, how is that fair and right? Whether the machines worked well in this election is yet to be determined, but why were they used in the first place is my question. What about the hundreds of sworn affidavits signed under penalty of perjury? Are their stories not worthy of being heard?

Where are you, Senator Warren? Senator Klobuchar? No longer care about election irregularities, as long as you get the result you want?

You think the media mob would be doing it right now if thousands of uncounted ballots this week turned up in a close date for Joe Biden? Do you think the media would be silent? Do you think they would care at all? They don't seem to care at all.

Ultimately, the only thing I know for certain is going forward, is that America's powerful institutions, including the mob and the media, big tech, that mob, the Democratic Party socialist mob, the deep state mob, they don't really care about the truth, they don't care about justice, they don't care about equal application of our laws, equal justice under the law, and that's what I was telling you for three years when we told the story that nobody else would tell about the real Russia collusion, that would be Hillary's dirty dossier, and then, of course, lying to FISA courts and spying on 2016 candidate Trump, and President Trump later.

The only thing they seem to care about is power, they will do and say anything to get it, and that is why we will always come up on this show, at least my hour, we are going to go in our direction, independently, because they're not going to do their job. I have no faith of any of them to put in the work in, to tell you the truth. That's sad.

More on this coming up. Kayleigh McEnany. But first, we turn to the state of Wisconsin, Democrats are now attempting there to change the rules in order to restrict an upcoming recount.

OK, when you get to change the rules after the game is played?

Here with more is RNC chair Ronna McDaniel and former White House chief of staff, Reince Priebus.

Reince, you're from Wisconsin. What's going on there?

REINCE PRIEBUS, FORMER WHITE HOUSE CHIEF OF STAFF: Well, Sean, you can't make this stuff up. First of all, the basis of the Trump recount complaint is that Wisconsin, unlike a lot of states, is actually not an early vote state. So, what happened was the Wisconsin Election Commission, the clerks, created a different system, and they said, you can vote in-person absentee, but that requires an absentee ballot application, which many of these counties didn't adhere to.

So, the Trump campaign looks at their case. This is a major part of it. And they say, you know what, we have a case here in Wisconsin. These applications were never filed.

They transfer their $3 million to the state of Wisconsin. They filed their petition, and then the Wisconsin Election Commission says, well, let's have an emergency meeting, and they put forward a new recount manual -- now this is last night, until about midnight -- to change the rules so that the Trump campaign can't actually see the absentee ballot applications.

At the very last second --

(CROSSTALK)

HANNITY: OK, whoa, whoa, whoa.

PRIEBUS: It is unbelievable.

HANNITY: How many votes without impact, potentially?

PRIEBUS: Potentially over 60,000 in Milwaukee alone.

HANNITY: That's enough to change the election, isn't it?

PRIEBUS: It's enough to change the election, but there's more to it. There are clerks that are changing address forms, there's this issue of indefinitely confined -- I know you've talked about this, these are people who can't leave nursing homes, generally, and they don't have identification. It's usually a pretty small number.

Well, the Dane County clerk, back in March, declared that all voters could actually declare themselves indefinitely confined, and then not have to show an identification of the polls. It was a way to get around showing voter ID.

It's like everyone bring their dog on the plane and saying it is an emotional support animal. Okay, then bring your dog. I am indefinitely confined, you don't need an ID, here's a ballot. That's what's been going on.

So this complaint from the Trump campaign in Wisconsin, it's a very legal action. This is a purely legal complaint, on very serious matters that we really need to deal with in the state of Wisconsin.

HANNITY: Let's get an update from you, Ronna.

RONNA MCDANIEL, REPUBLICAN NATIONAL COMMITTEE CHAIR: So, in Michigan, actually, we just had the board of canvassers meet in Detroit, and 71 percent of the precincts in Detroit do not reconcile. What does that mean?

The poll book said this many absentee ballots went out in Detroit, 100, but

200 came back. How does that happen, in 71 percent of the precincts?

So, the two Republicans on the board said, we're not going to certify the election, and then, Sean, the doxing, the bullying, the harassment, the horrific accusations toward these two board members, calling them racist, happened. The Democrats came in and said, you know what, we will do an audit. We promise, if you certify it.

They were lying, now Republicans have rescinded their agreement to certify, and this is just going on and on and on.

And what Reince is saying is true. They attacked our president for three years on a Russia hoax based on a fake dossier. We are pursuing real claims based on authentic, under oath affidavits and evidence.

There is a huge difference, and the media followed that hook, line, and sinker, and they won't pay attention to these real things that we are seeing on the ground across the country.

HANNITY: All right. We're going to keep following the story the mob is ignoring.

Amazing because they bought every conspiracy theory on Russia for three years, and they lied for three years. All right, thank you both.

All right. Joining us now with more, Kayleigh McEnany is back with us for an update.

Apparently, you got a big story out of Philadelphia or Pennsylvania emerging? What did -- what did you find there?

KAYLEIGH MCENANY, WHITE HOUSE PRESS SECRETARY: That's right, I spoke with an election law attorney just before coming to air, and a provisional ballot, Sean, is what you cast when you show up to the polls and they say, no, you're ineligible to vote, but will let you cast it just in case we're wrong.

There are a lot of folks who texted me, and I do have declarations to this end -- that said, I showed up and was told someone cast a mail-in ballot on my behalf when I never cast, so I cast this provisional ballot because someone unbeknownst to me voted by mail.

Well, I found out tonight that 100,000 of these provisional ballots were cast. That is roughly four times the amount in 2016, and even the liberal "Philadelphia Inquirer" has said this.

This meant that people showed up, were told they were ineligible to vote, casted these ballots, and it's all because of mail-in voting. So, it is really astonishing, when you look at the statistical anomalies.

HANNITY: OK. What else -- I mean, you have been the one who is showing all of the affidavits on this program, and I love how the media -- didn't they say they were blank pages?

MCENANY: Yeah, they said they were blank pages, and I had some stacks here, and just to underscore Ronna's point just there about the Wayne County observers or the Wayne County board members not certifying the election because they see irregularities, that's what our affidavits document.

I have another one for you tonight, Sean. This is a poll worker, a lawyer, who has come -- a poll worker came up to him and said, hi, I am being told to predate ballots, so I ballot comes in late, but I was told to predate it early so that it counts, and the poll watcher, nonpartisan poll watcher, actually handed him a sticky note where he wrote down, cast -- change the date of ballot from 11/2 -- from 11/4 to 11/2.

These are the kind of fraud claims that have given the Wayne County board pause and they should be investigated, and the media should be asking questions.

HANNITY: Now, the governor I understand there from of Arizona said that he won't move forward with certification until after all of the legal challenges are done. We'll get to Rudy in a second.

What are the other legal avenues you're pursuing tonight in what other states?

MCENANY: Yeah, one very significant when that happened just before I joined you, Lin Wood is a stellar conservative attorney. I know you know Nicholas Sandmann well, and the Covington Catholic boys. This is the attorney that fought for them and beat the media.

Well, tonight, he just announced that he will be appealing to the 11th Circuit. This is in the state of Georgia, a case involving those signatures. We know that the corrupt secretary of state partnered with Stacey Abrams to change the signature laws. Well, we have one of the best conservative attorneys in Lin Wood that's appealing this case and fighting for the right of the legislature, the Constitution, and Georgia voters to have signature match, a meaningful signature match, at that.

HANNITY: All right. Now, I'll ask Rudy when he is on, but he mentioned New Mexico today. That was new to me.

MCENANY: Yeah, that's new to me, but we are certainly looking into every single avenue that we can, because there have been a lot of the regularities across the country and these anomalies -- I

mentioned the provisional ballots, they hold true in many states, where normally there's a rejection rate of one percent with mail-in ballots, and every single one of these states, Pennsylvania, Georgia, Nevada, Michigan, you name it, it is under that 1 percent mark, significantly. So when you have this influx of mail in voters, you would expect the number of rejected ballots to go up, not down, and it's a consistent trend that Rudy laid out today and I'm sure will be laying out for you again in the next segment.

HANNITY: I'd love to see like the best and brightest computer minds doing analytical -- to break all this down statistically --

MCENANY: Yeah. And find out, oh, what is the probability of this happening, and that happening, as all this information becomes readily available.

Kayleigh, thank you. Appreciate it.

When we come back, Rudy Giuliani will join us for an exclusive interview.

That straight ahead as we continue.

(COMMERCIAL BREAK)

HANNITY: All right. This afternoon, Trump campaign senior legal team led by former New York City Mayor Rudy Giuliani held a press conference with the latest on the president's fight to count every legal vote, and he joins us now for an exclusive interview, former New York City mayor, President Trump's attorney.

Mr. Mayor, always good to see you. Thank you.

GIULIANI: Sean, always good to see you, too.

HANNITY: We know certain things did happen, right? We know, this week alone, we found --

GIULIANI: We sure do.

HANNITY: -- thousands of ballots out of thin air, which a couple weeks after the election, which should concern everybody, but not Democrats and not the media.

We know, for example, that observers -- one after another, on record, saying that the law wasn't followed that allows them to watch the entire counting process. We know that happened.

GIULIANI: Yes.

HANNITY: Now the question is -- you have a high bar, because you got to get

-- not one, but three states. Lay out the legal arguments.

GIULIANI: OK. Well, Sean, it was a national conspiracy. More than just three states, it was ten states. It's impossible that in Pittsburgh and in Philadelphia, and in Detroit, and in Milwaukee, and in Phoenix, the Democratic leaders woke up on November 3rd and said, we're going to shut all the Republicans out. We're going to put them in shoots. We're not going to let them see absentee ballots, when for 100 years, we all look at absentee ballots.

This had to come from someplace in the Biden campaign, as instruction to all of them, because in ten jurisdictions, and they picked crooked Democratic cities to do it and where they could get away with it. They stole probably about two million votes. And --

(CROSSTALK)

HANNITY: How -- here's the legal bar, how do we get it in court? How do we have standing? And what's the remedy? And how do you -- when I said three states, I meant you have to flip three states to have a change in the result of the election, which is a herculean --

(CROSSTALK)

GIULIANI: Well, you do it a couple -- you do it a couple of ways. We have a federal lawsuit in Pennsylvania. We have two federal lawsuits in Michigan, one of which we dismissed today because we got what we wanted out of Wayne County.

We've got a lawsuit in Wisconsin. We have a lawsuit in Nevada to turn around the elections. We are about to have one in Georgia, probably going to be filed tomorrow at the latest, on Saturday. Massive lawsuit, massive cheating, kind of on the scale of Pennsylvania and Michigan.

And here is the thing about it, Sean, that should frighten the American people. It's very similar. The Democrats to the same thing in ten cities, and its cities they control. It's cities that are crooked. It's cities in which they have judges who made ridiculous decisions in favor of the Democrat Party.

It's cities that have a long history of corruption, mayors going to jail, voter fraud -- I mean, there are more voter fraud convictions in Philly than there are assault convictions at Philadelphia Eagles football games. I mean, it's a profession in Philadelphia.

So, they picked the cities --

HANNITY: So, here's my question, though.

GIULIANI: They picked the cities they could get away with it, and they tried to pull off a big heist, and we caught them. And we're going to prove it.

Court by court, we're going to prove it, and we're taking it to the Supreme Court.

HANNITY: Now, do you believe the proof is in the affidavit signed by the people, that so far that you've gotten? Will that be -- will that reach the high bar that a court would need?

GIULIANI: My goodness, Sean, we've got 250. I don't think I've ever gone with a case with 250 affidavits. What does the affidavit mean? The affidavit means that the person signed under oath under penalty of perjury.

If I'm lying, I go to jail for five years. I'm pretty confident they'll testify to the same thing on the witness stand.

And tell me -- is there any Biden person who has gone under penalty of perjury? My goodness. You know, we've been talking about the $40 million from China, the $14 million from Ukraine, et cetera, have they gone under penalty of perjury on anything?

They don't get asked any questions, Sean.

HANNITY: How's --

(CROSSTALK)

GIULIANI: -- people here asked tough questions, they're ready to testify, and they're ready to point the finger at the Bidens and say, you're a bunch of crooks trying to take over our country and destroying our right to a free, fair, and honest election, and that -- I mean, that's a sin. That's not just a crime, that's a sin, to do that to America, the greatest democracy on Earth.

They are -- they are disgracing us in the eyes of the world.

HANNITY: So, finding ballots two weeks after the election, the states that tried it like we are seeing in Wisconsin, Reince just reporting, changing rules like they try to do in Pennsylvania -- by the way, after the election was held, observers that can't observe. You know, the things we see, we know, and that people have testified to -- you know, look, I'm not a lawyer, you add all this together, and I would think a court would be interested in understanding, why would you try to change the rules? Why are we finding ballots after the fact?

You know, how is it possible that observers weren't allowed to observe when it's written into the statutory language? I've always thought that was a big deal. Maybe I'm wrong. Following the law --

GIULIANI: Sean, Sean --

(CROSSTALK)

HANNITY: Why do I feel like if I -- if I spit on the sidewalk, I'm going to jail, and you couldn't even prevent it?

(LAUGHTER)

GIULIANI: Sean, I've been involved in numerous absentee ballot contests.

I've never heard one in which a Republican was excluded, or the Democrat was excluded. They accomplished this nationwide in the ten cities that are corrupt cities that they control. That's part of their plan here.

You know, the whole mail -- this whole mail thing was really done so they could steal the election. They knew they couldn't beat him. He destroyed them at the ballot box on Tuesday.

He was ahead by 800,000 votes in Pennsylvania. He was ahead by 300,000 votes in Michigan. He was ahead by 400,000 votes in Wisconsin.

And you don't make up these leads, honestly. They went into panic mode. And that's where they made mistakes, because that's where we picked up our witnesses.

At 4:30 in the morning, three or four big trucks pulled into the Detroit center. There were three people left behind who were honest, two of our people and a Dominion employee. We have their affidavits.

Here's what they saw. They saw a big truck bringing in 100,000 ballots in garbage cans, in wastepaper baskets, in cardboard boxes, and in shopping baskets, and every single one of them was for Biden. And to the extent that they looked at them, it was only for Biden, no down ticket.

Now, why? Because they didn't have time for a down ticket. All they had time for is Biden, Biden, Biden, Biden, Biden, Biden, because they were being notified by Smartmatic in Frankfurt that Biden was way behind and they better come up with a lot more ballots, and we can prove every single thing I just said.

HANNITY: I hope --

GIULIANI: Give us a chance and we will prove it.

HANNITY: My position is this, if we don't get this right, we'll never get it right. It only gets worse if we don't prove this.

GIULIANI: If we don't fix this, Sean, we'll never have a free and fair election, I believe, for the next 30 or 40 years. These people want to destroy us. They are very, very bad people.

They are not ordinary Democrats. There are wonderful Democrats in this country. They may disagree with you and me. You know them.

Somehow, the Democrat Party was hijacked by Clinton, and since then, it's gone more corrupt and more corrupt and more corrupt.

HANNITY: I wish you the best.

All right. America deserves the truth.

(CROSSTALK)

GIULIANI: Cut the head off.

HANNITY: If -- by the way, if thousands of ballots this week showed up for Biden, I have a funny feeling the media and the Democrats would have a very different reaction. I'm just guessing.

All right, Mr. Mayor -- I'm not trying to cut you off. Are you there? We lost him.

All right. How -- now, look, just like I've been saying, all Americans, regardless of party, should care about election integrity. We got to, accountability audits, transparency, this is good for the country. We better get to the bottom of it.

Democrats, the mob and media, they refused to care, instead continue to dismiss, downplay any real evidence, real Americans talking about voter irregularities, election law violations.

Remember, we have all the sworn affidavits under the penalty of perjury, as the mayor was pointing out, GOP observers cut out of the process of counting, alleged violation of ballot curing, rules that are changing, and even voters arriving at the polls only to be informed someone else voted for them. Again, affidavits.

And don't forget, still serious questions about the integrity of Dominion.

All I know is Democrats, the media, Republicans, prior to this election agreed.

Joining us now with reaction, author of the new book "Slanted," host of "Full Measure", journalist Sharyl Attkisson, FOX News legal analyst Gregg Jarrett, and justthenews -- founder -- dotcom, founder John Solomon.

All right. Let's go to the legal side, Gregg, and talk specifically about what the mayor was saying, and three states would have to flip for the president. That's a very big effort.

And, you know, what are the best arguments and where do you see this going within the court system?

GREGG JARRETT, FOX NEWS LEGAL ANALYST: Well, the unabashed arrogance of the media was on full display today, as they were demanding to see the evidence. They are not entitled to the

evidence. Evidence is presented in a court of law, eyewitnesses, affidavits sworn under penalty of perjury, that's how the legal process goes.

So, as Giuliani pointed out, he has to go state by state. It takes time. It takes two weeks to gather that evidence. And now, he is going about the arduous tasks of presenting a judge by judge, jurisdiction by jurisdiction.

But, look, where you have blank ballots that are assigned names, thousands of them, and then filled in with the votes, when you have thousands of backdated ballots, when you have ballots that don't match valid voters, when you have ballots that don't match signatures, and importantly, where you have the integrity of voting machines and the critical software called into serious question because there is a backdoor that allows tens of thousands of votes to be transferred from one candidate to another instantaneously, with the click of a mouse, at the stroke of a keyboard, these need to be look to in a court of law. That's how the process works.

Of course, the media could be searching for this evidence on their own, but they wouldn't do that because that would jeopardize their coronation of their chosen candidate, Joe Biden, and it would be the responsible, journalistic thing to do, and they've proven they won't do it.

HANNITY: John, you are part of our little ensemble cast. You're kind of like this little independent group on this show, three years, unpeeling the layers of onion.

JOHN SOLOMON, FOX NEWS CONTRIBUTOR: True.

HANNITY: There weren't a lot of us.

If you noticed then, the media was fine to push every bizarre conspiracy theory. They were wrong for three years, had a huge double standard on Ukraine, Joe and Hunter, and, you know, their lack of interest in anything involving this case, more evidence of what we know, that they are biased -- abusively so.

SOLOMON: Yeah, listen -- yeah, no, listen, we saw throughout the last four years that I have something tonight that will get you the facts. This is what we want, right? This is an affidavit of justthenews obtained today, from Stephen Miller, a Yale trained, Princeton trained mathematician, data scientist.

He participated in a project where we reviewed high risk ballots in Pennsylvania, and he says under the penalty of perjury, using his statistical expertise, that there were between 80,000 and 100,000 ballots that either didn't get counted in Pennsylvania that came from Republicans, or that were requested in the name of another person, meaning the person who voted or got the ballot wasn't the person who requested it.

He's putting his name to this, 100,000 votes. Why is that important? The spread in Pennsylvania between Trump and Biden is below that number, about

80,000 at last count.

This is the sort of gumshoe work that can help Americans understand, is this issue real or not? In every state that we've looked at, we are seeing identical statistics data, witnesses, affidavits, there is something real here. How big it is? We don't know yet, but the facts say there is something very irregular going on in some of these big cities where elections were conducted.

HANNITY: You know, Sharyl Attkisson -- by the way, your new book is phenomenal, congratulations, I got my copy, very well done. So, you are willing to look into these baseless charges of Trump-Russia collusion. They were proven false. You are willing to look at the double standard with Ukraine, and Joe and Hunter. They ignore the corruption there.

Now you see that the media has no interest whatsoever because isn't it, for them come about the result? I say media is dead, journalism is dead. I think they are part of a mob that is all things to protect Joe Biden. They didn't ask Joe Biden tough questions. Let him hide in his basement bunker.

I think we got a real big information problem in this country that is getting worse by the day.

Thoughts?

SHARYL ATTKISSON, INVESTIGATIVE JOURNALIST: We do, and I think you touched on this when we talked about the comparative behavior and coverage that has come from the news media gave to the disproven in the end theory that President Trump somehow colluded with Russian President Putin to take the

2016 election. Think of all the bandwidth that was given to this theory, this conspiracy theory, that proved not to be true.

But almost no journalistic or rational skepticism or curiosity applied to the 2020 election, knowing in advance, as we were told, that Russia and China would try to interfere, perhaps other foreign countries, that we had bad domestic actors that have done improper and illegal things in the recent past, some of them inside our own very government, a neutral, unconflicted press would have been on the ground, those covering politics, looking for improprieties from every side, particularly in the swing states. Rather than sitting back and declaring that the evidence comes knocking on the door and presents itself to them and guilty parties come and admit what they've done, and then declare if that doesn't happen, that there simply is no reason to have any skepticism about this process.

HANNITY: You know, Sharyl, I kind of have a lot of faith in people. You might have partisans, maybe a dozen, two dozen, three dozen, that would come forward and sign a legal affidavit under the threat of perjury, and maybe lie because their candidate, they want their candidate to win.

I don't think hundreds of Americans would put themselves in legal jeopardy

-- I know I wouldn't because I'd be put in jail for spitting on the sidewalk -- but a separate issue.

You, you know, they just dismiss it out of hand, and meanwhile they took on all of the lies of Russia and ignored all of the massive double standard with Hunter and Joe.

Thoughts?

ATTKISSON: I spent a little time looking at some of the affidavits and evidence and video, and of course, it will be up to other people to decide whether a certain burden proof is met, but certainly there are reasons to ask questions. There's plenty of smoke.

Not only are there lawyers in some cases were filed sworn affidavits with very specific details, but there's at least one case, a Democrat observer in a city, who recognized and saw improprieties that he has signed a sworn affidavit attesting to that.

So, it's not just a bunch of, as you said, Republican partisans, and a critical press, a neutral press, would look at this and at least say there is something here that deserves a lot of investigation, rather than just dismissing it out of hand on the front end.

HANNITY: Congrats on the new book. Good to see you.

Gregg, thank you. John Solomon, JusttheNews.com , thank you.

When we come back, Lawrence Jones asking New Yorkers about the CDC wanting people not to travel or even have Thanksgiving, draconian lockdowns in other places.

Also, we'll check in with Congresswoman Elise Stefanik, Jason Chaffetz, as we continue.

(COMMERCIAL BREAK)

HANNITY: All right, so called experts, failed far left governors continue to impose draconian lockdowns and restrictions on Americans all across the country. Earlier today, our own Lawrence Jones was asking New Yorkers about the CDC's new guidelines for Thanksgiving and travel, left-wing hypocrisy.

LJ, what are people say?

LAWRENCE JONES, FOX NEWS CONTRIBUTOR: Good evening, Sean.

As you know, the CDC is recommending that all Americans not gather or travel in groups unless they can properly social distance, but the question is, do these rules apply to those who make the rules?

Earlier today, I had an opportunity to talk with New Yorkers. This is what they have to say. Watch.

(BEGIN VIDEO CLIP)

JONES: So, the CDC recommending people don't travel or get together during Thanksgiving. Is that going too far or as at the right thing?

UNIDENTIFIED MALE: No, it's the right move, it's necessary, unfortunately.

UNIDENTIFIED MALE: I think you got the CDC who certainly has their obligation to take care of the American public. They've made a recommendation that people not travel. It's probably a wise thing to do because they're looking at trying to keep the country safe.

UNIDENTIFIED FEMALE: Well, I think it varies. It is really difficult to tell people what to do and put restrictions on them because people are human. People need to be with their families. People yearn for human contact, especially around the holidays.

JONES: Do you believe that they were also cheating? We have these governors and mayors telling us, put on a mask, telling us to socially distance, and then you look at them, they're not wearing a mask sometimes, they are gathering with their --

UNIDENTIFIED FEMALE: You are correct. That is where they have kept this country ignorant, because they were preaching one thing and doing another.

UNIDENTIFIED MALE: I think shame on them. You know, we look to our political leaders to not only keep us safe but to provide -- provide examples for us to follow, and when they have an inability to comply with simple things like wearing a mask, I think it sets a bad example, and certainly hasn't done anything to keep our country safer.

(END VIDEO CLIP)

JONES: Now, Sean, I did get the opportunity to talk with some folks that plan on traveling. They didn't want to be on camera because they did not want to be targeted or fired from their job, so they just decided to give me their comments off the record.

Back to you, Sean.

HANNITY: Lawrence, you are welcome in my house anytime you want to.

Anytime. Love to have you. You can come by. Violate the rules of New York.

JONES: Thank you. I want some of that turkey. I want some of that.

HANNITY: Listen, I fry my turkey. All right. Thank you, my friend.

All right. Here with reaction, Republican Congresswoman Elise Stefanik, along with FOX News contributor Jason Chaffetz.

Congresswoman, you know, why do I -- I look at Kristi Noem in South Dakota, she said, I put faith in my own citizens, give them the truth, tell them about social distancing, masks, protecting granny, grandma, grandpa, mom and dad, kids coming home from school should wear masks, social distance. I don't how government is going to enforce this.

REP. ELISE STEFANIK (R-NY): Absolutely, Sean. So, I come from a state, we currently have the worst governor in America. Governor Cuomo, unfortunately, made fatal decisions early on, causing the loss of tens of thousands of lives of seniors in our nursing homes, and he is taking absolutely the wrong approach.

He also is not applying the rules to himself. So, Governor Cuomo has attended private events without wearing masks, without requiring socially distancing.

I'm looking forward to wishing my constituents a "Happy Thanksgiving".

People should have the freedoms to make the right decisions based upon their personal health, their family situation.

And it's not just Governor Cuomo. Take a look at Governor Gavin Newsom in California, who was caught on camera having a dinner without masks, with public health officials, as he is advocating for a mask mandate and not getting together people in those small groups.

So, again, this is why the American people are so frustrated with failed leadership among Democratic governors. It's big governments, it's rules for thee but not for me, and it is shameful. And I'm proud of my local law enforcement officials who have said that they will not be enforcing this governor's edicts.

HANNITY: Jason, I think -- to me, it's a freedom issue, more than anything else. I think -- and I even said, the reason I said early on -- now we have not one but two American companies that are giving us a vaccine, pretty amazing. I put my faith in those scientists and researchers.

The thing is, you tell people, I would advise kids, for example, coming home from school, be careful with mom and dad, grandma and grandpa. Follow the rules.

I think most people would do it because they love grandma and grandpa. Am I wrong?

JASON CHAFFETZ, FOX NEWS CONTRIBUTOR: No, I think you are exactly -- exactly right.

The proper role of government is to inform the government, tell them of the dangers, but leave them the freedom and liberty to make their own decisions, and live with the consequences of those decisions.

Most people are going to do what's right for their neighbors. They're going to do what's right for their families. They're going to do what is right for themselves.

But these lockdowns, as Elise Stefanik is talking about, are just absolutely absurd, and the hypocrisy drives everybody nuts. I love Gavin Newsom, when the governor of California, when he told people, you should put your masks on in between bites.

I mean, it's just absurd. We did see Nancy Pelosi going out to the hair salon in the middle of a lockdown.

I mean, the list is endless. But have some faith in the American people. We can beat this.

And God bless Donald Trump for starting Operation Warp Speed, because it is not going to be government that solves these problems. It's going to be companies like Pfizer and Moderna and these other private entities, using the best scientists in the world to solve the problems that we face with COVID.

HANNITY: You know, just like the hospitals he built, the ventilators he provided, the PPE provided, while all these guys were impeaching him, and yeah, now we have two vaccines. Thank God. Lives will be saved. And an amazing tribute to the technology of scientists and the president's vision for Warp Speed. Will the media ever say that? Straight ahead.

(COMMERCIAL BREAK)

HANNITY: All right. That's all the time we have left, unfortunately. Please set you DVR, 9:00 p.m. Eastern. Never miss an episode of "Hannity." We promise to stay independent. We follow our own path, unlike the media mob.

No, we're never going to follow them because they get away with lying constantly, it's pretty sad.

All right. Let not your heart be troubled, why? Because Laura Ingraham is standing by with the greatest show on the face of the Earth, and how do I know that? Because I know.

*Content and Programming Copyright 2020 Fox News Network, LLC. ALL RIGHTS RESERVED. Copyright 2020 ASC Services II Media, LLC.  All materials herein are protected by United States copyright law and may not be reproduced, distributed, transmitted, displayed, published or broadcast without the prior written permission of ASC Services II Media, LLC. You may not alter or remove any trademark, copyright or other notice from copies of the content.*

## Sponsored Stories

Ads by Verizon Media

**Jen Psaki slammed for 'homophobic' tweet about Sen. Lindsey Graham**
Fox News

**Paulina Porizkova shares nude photo inspired by Elizabeth Hurley: 'Sexy has no**

expiration date'

Fox News

---

**Democrats outraged as anti-Cuomo troll uses Maxine Waters quote that had targeted Trump aides**

Fox News

---

**Four travelers eat 66 pounds of oranges to avoid extra airline fees: 'Never want to have any oranges again'**

Fox News

---

**Man buys hoarder's old house, discovering cash, silver dollars and valuables**

Fox News

---

**Cases of 'COVID arm' following vaccination being documented by dermatologists**

Fox News

---

**Lisa Marie Presley poses with daughters in 53rd birthday post: 'I couldn't have made it through without' them**

Fox News

**Coronavirus**

**U.S.**

Crime

Military

Education

Terror

Immigration

Economy

Personal Freedoms

Fox News Investigates

**World**

U.N.

Conflicts

Terrorism

Disasters

Global Economy

Environment

Religion

Scandals

**Opinion**

**Politics**

Executive

Senate

House

Judiciary

Foreign Policy

Polls

Elections

**Entertainment**

Celebrity News

Movies

TV News

Music News

Style News

Entertainment Video

## Business

Personal Finance

Economy

Markets

Watchlist

Lifestyle

Real Estate

Tech

## Lifestyle

Food + Drink

Cars + Trucks

Travel + Outdoors

House + Home

Fitness + Well-being

Style + Beauty

Family

Faith

## Science

Archaeology

Air & Space

Planet Earth

Wild Nature

Natural Science

Dinosaurs

## Tech

Security

Innovation

Drones

Computers

Video Games

Military Tech

## Health

Coronavirus

Healthy Living

Medical Research

Mental Health

Cancer

Heart Health

Children's Health

## TV

Shows

Personalities

Watch Live

Full Episodes

Show Clips

News Clips

## About

Contact Us

Careers

Fox Around the World

Advertise With Us

Media Relations

Corporate Information

Compliance

Supplier Diversity

## Other

Fox Nation

Fox News Shop

Fox News Go

Fox News Radio

Newsletters

Alerts

Podcasts

Apps & Products

New Terms of Use   Updated Privacy Policy   Do Not Sell my Personal Information   Closed Captioning Policy   Help
Contact Us   Accessibility Statement

This material may not be published, broadcast, rewritten, or redistributed. ©2021 FOX News Network, LLC. All rights
reserved. Quotes displayed in real-time or delayed by at least 15 minutes. Market data provided by Factset. Powered and
implemented by FactSet Digital Solutions. Legal Statement. Mutual Fund and ETF data provided by Refinitiv Lipper.