# Exhibit 27





Tweet

Search Twitter

Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

Tweet

**Lou Dobbs** @LouDobbs

Inextricably Intertwined: @SidneyPowell1 has no doubt that Dominion Voting machines run Smartmatic software which allows them to manipulate the votes #MAGA #AmericaFirst #Dobbs

This claim about election fraud is disputed

10:32 PM · Nov 19, 2020 · Twitter Media Studio

**3K** Retweets **385** Quote Tweets **7.3K** Likes

**Mike Gilchrist** @mgcanmore · Nov 19, 2020
Replying to @LouDobbs and @SidneyPowell1
Reported.
7 1 1

**Cheryl Martindale** @CherylMartinda7 · Nov 20, 2020
Replying to @LouDobbs and @SidneyPowell1
Same Dominion that screwed Hilary in 2016 and Maybe he lost in 2016. Since she Won the Popular Vote 😳💯🙇
6 1 6

**Benjamin Phrankly** @BenjaminPhrank · Nov 20, 2020
Replying to @LouDobbs and @SidneyPowell1
Lou, it's not going to work out. I'm sorry. I'm sure there is another GOP candidate out there you can convince that your advice has value. Try the Louisiana House of Representatives circa 1988.
2

**Not_Exonerated** @Not_Exonerated · Nov 19, 2020
Replying to @LouDobbs and @SidneyPowell1

3 1 4

**Jonathan Webers** @JWeber988 · Nov 19, 2020
Replying to @LouDobbs and @SidneyPowell1
The same dominion was used in 2016, we should investigate if they switch the vote from Clinton to Trump
18 1 21

**Mark Bermann** ⚓ @MarkBermann · Nov 20, 2020
Replying to @LouDobbs and @SidneyPowell1
"They entire election in all the swing states should be overturned" ~ Sidney Powell

**Page-Vault** @page_vault

## Relevant people

**Lou Dobbs** @LouDobbs Follow
Lou Dobbs Tonight, Fox Business Network, 5, 7 & 10 PM/ET

## What's happening

In memoriam · 2 hours ago
**Baseball legend Hank Aaron has died at the age of 86**
Trending with Hank Aaron, Vin Scully

Hip hop · Trending
**Throat Baby**
13.7K Tweets

Trending in United States
**GameStop**
11.3K Tweets

US politics · 2 hours ago
**Lloyd Austin confirmed as Biden's secretary of defense, the first Black American to hold the position**
Trending with Erection, Lloyd Austin

Politics · January 20, 2021
**Cozy and casual: Bernie Sanders makes a fashion statement on Inauguration Day**
Trending with #Berniememes

Show more

Terms of Service Privacy Policy Cookie Policy
Ads info More ··· © 2021 Twitter, Inc.

← Tweet

**Mark Bermann** 🏴 @MarkBermann · Nov 20, 2020
Replying to @LouDobbs and @SidneyPowell1
"They entire election in all the swing states should be overturned" ~ Sidney Powell

I would call this sedition:

**18 U.S. CODE § 2384. SEDITIOUS CONSPIRACY**

If two or more persons in any State or Territory, or in any place subject to the jurisdiction of the United States, conspire to overthrow, put down, or to destroy by force the Government of the United States, or to levy war against them, or to oppose by force the authority thereof, or by force to prevent, hinder, or delay the execution of any law of the United States, or by force to seize, take, or possess any property of the United States contrary to the authority thereof, they shall each be ==fined under this title or imprisoned not more than twenty years, or both.==

💬 1          ⟲ 7                ♡          ⬆

**d.karen** @dianekaren222 · Nov 19, 2020
Replying to @LouDobbs and @SidneyPowell1
No doubt but with help from many people and there was a few ways they cheated creating ballots fake signatures just to mention a few Trumps team is brilliant they need to work as one figure how to prove it they definitely cheated Trump actually won

💬 2          ⟲                  ♡ 6        ⬆

**billallen** @gottheDTs · Nov 22, 2020
in fact denial

💬            ⟲                  ♡          ⬆

**LazyKiwi** @KiwiJuanito · Nov 19, 2020
Replying to @LouDobbs and @SidneyPowell1
Still....no ...evidence

💬 4          ⟲                  ♡ 5        ⬆

**I Say Toad!** @I_say_Toad · Nov 20, 2020
Replying to @LouDobbs @NC_24 and @SidneyPowell1
All of this is entirely academic. The machines may well be capable of this, but you need to prove that capacity was unlawfully exploited, widespread, on election night. Until then it's meaningless conjecture. And I'm a Trump supporter... don't @ me!

💬 2          ⟲                  ♡ 1        ⬆

**Team America** @TeamAme85500163 · Nov 20, 2020
Why do you say Toad

💬            ⟲                  ♡          ⬆

**Patrick Molen** @molen_patrick · Nov 19, 2020
Replying to @LouDobbs and @SidneyPowell1
Time 2:20 of Video time 6:10 mentions US Forces raiding a company in Germany?

💬 1          ⟲                  ♡          ⬆

**Patrick Molen** @molen_patrick · Nov 20, 2020
False.

**U.S. Army Didn't Seize Election Servers in Germany**
A congressman and conservative news outlets are spreading the baseless claim that the U.S. Army seized an election software company's server i...
🔗 factcheck.org

💬            ⟲                  ♡ 1        ⬆

**emases** @emases · Nov 19, 2020
Replying to @LouDobbs and @SidneyPowell1

---

🐦

🏠 Home
# Explore
🔔 Notifications
✉ Messages
🔖 Bookmarks
📋 Lists
👤 Profile
⭕ More

**Tweet**

Page-Vault
@page_vault

🔍 Search Twitter

**Relevant people**

**Lou Dobbs** ✓    Follow
@LouDobbs
Lou Dobbs Tonight, Fox Business Network, 5, 7 & 10 PM/ET

**What's happening**

In memoriam · 2 hours ago
**Baseball legend Hank Aaron has died at the age of 86**
Trending with Hank Aaron, Vin Scully

Hip hop · Trending
**Throat Baby**
13.7K Tweets

Trending in United States
**GameStop**
11.3K Tweets

US politics · 2 hours ago
**Lloyd Austin confirmed as Biden's secretary of defense, the first Black American to hold the position**
Trending with Erection, Lloyd Austin

Politics · January 20, 2021
**Cozy and casual: Bernie Sanders makes a fashion statement on Inauguration Day**
Trending with #Berniememes

Show more

Terms of Service  Privacy Policy  Cookie Policy
Ads info  More ···  © 2021 Twitter, Inc.







Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More
Tweet

Page-Vault
@page_vault

Tweet

factcheck.org

1

**emases** @emases · Nov 19, 2020
Replying to @LouDobbs and @SidneyPowell1
She said she will sue those state government who would verify the potential fraud results. So this won't be done even after Dec.14. Good to know.
1 2 10

**billallen** @gottheDTs · Nov 22, 2020
good for her. cant wait for her to lise her license to practice

**Jeannine** @Jeannin16596608 · Nov 19, 2020
Replying to @LouDobbs and @SidneyPowell1
Rudy and Sidney and the rest of Trump legal team are amazing!
1 1 9

**Kdot** @kdom123 · Nov 19, 2020
You are kidding right
1

**Evan Joanette** @EvanJoanette · Nov 19, 2020
Replying to @LouDobbs and @SidneyPowell1
Yawn. Gooey Rudy wasn't very convincing today. #FourSeasons

Fact-checking Giuliani and the Trump legal team's wild, fact-free press c...
In a wild, tangent-filled and often contentious press briefing led by President Donald Trump's personal attorney Rudy Giuliani, the Trump ...
edition.cnn.com
3 5

**West Coast Avenger** @RonGosselin6 · Nov 20, 2020
CNN "fact checking"

**Louis Robinson** @Louis03976985 · Nov 19, 2020
Replying to @LouDobbs and @SidneyPowell1
"This claim is disputed" By whom? Twitter?
3 8

**Lana Tarkington** @lana_tarkington · Nov 20, 2020
The Easter bunny

**The Major** @DerBoardinghaus · Nov 20, 2020
Replying to @LouDobbs and @SidneyPowell1
Will the good work done by Ms Powell. Mr. Giuliani and their teams have to

Search Twitter

**Relevant people**

**Lou Dobbs** @LouDobbs
Follow
Lou Dobbs Tonight, Fox Business Network, 5, 7 & 10 PM/ET

**What's happening**

In memoriam · 2 hours ago
**Baseball legend Hank Aaron has died at the age of 86**
Trending with Hank Aaron, Vin Scully

Hip hop · Trending
**Throat Baby**
13.7K Tweets

Trending in United States
**GameStop**
11.3K Tweets

US politics · 2 hours ago
**Lloyd Austin confirmed as Biden's secretary of defense, the first Black American to hold the position**
Trending with Erection, Lloyd Austin

Politics · January 20, 2021
**Cozy and casual: Bernie Sanders makes a fashion statement on Inauguration Day**
Trending with #Berniememes

Show more

Terms of Service Privacy Policy Cookie Policy
Ads info More ··· © 2021 Twitter, Inc.

Tweet

Search Twitter

The Easter bunny

- Home
- Explore
- 10 Notifications
- Messages
- Bookmarks
- Lists
- Profile
- More

Tweet

**The Major** @DerBoardinghaus · Nov 20, 2020
Replying to @LouDobbs and @SidneyPowell1
Will the good work done by Ms Powell, Mr. Giuliani and their teams have to be funneled through the GOP Senate and House, AG Barr and the DOJ in order to see action? If so, I'm afraid we are setting ourselves up to see more profiles in cowardice.

1 1 5

**Ramiro Schaefer** @RamiroSchaefer · Nov 19, 2020
Replying to @LouDobbs and @SidneyPowell1
Oh, she seems super credible, too!😂🤣

2

**Smelly Walmart Shopper** @WildTrumpanzee · Nov 19, 2020
Replying to @LouDobbs and @SidneyPowell1
Give it up lou

1

**Pierre Vallee,** @pierrejvallee · Nov 19, 2020
Replying to @LouDobbs and @SidneyPowell1
More ridiculous BS by Dopey Dobbs. His mind is shot

**Doctor Strauss' Ghost** @DoctorStrauss · Nov 19, 2020
Replying to @LouDobbs and @SidneyPowell1
"Louie Louie, oh no, me gotta go, yeah, yeah, yeah, yeah, yeah, baby
Louie Louie, oh baby, me gotta go
Okay, let's give it to 'em right now"

**kathy martin** @loubob100 · Nov 19, 2020
Replying to @LouDobbs and @SidneyPowell1
Lou, leave fox. They are dog crap.

1

**Karen** 🐉🌱🐾 🇺🇸 @kaizureki · Nov 20, 2020
Replying to @LouDobbs and @SidneyPowell1

1

**TJ Dalton** @tjdalton997 · Nov 20, 2020

**Page-Vault**
@page_vault

## Relevant people

**Lou Dobbs** @LouDobbs Follow
Lou Dobbs Tonight, Fox Business Network, 5, 7 & 10 PM/ET

## What's happening

In memoriam · 2 hours ago
**Baseball legend Hank Aaron has died at the age of 86**
Trending with Hank Aaron, Vin Scully

Hip hop · Trending
**Throat Baby**
13.7K Tweets

Trending in United States
**GameStop**
11.3K Tweets

US politics · 2 hours ago
**Lloyd Austin confirmed as Biden's secretary of defense, the first Black American to hold the position**
Trending with Erection, Lloyd Austin

Politics · January 20, 2021
**Cozy and casual: Bernie Sanders makes a fashion statement on Inauguration Day**
Trending with #Berniememes

Show more

Terms of Service Privacy Policy Cookie Policy
Ads info More ··· © 2021 Twitter, Inc.

Tweet

Search Twitter

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

Tweet

GIF

**TJ Dalton** @tjdalton997 · Nov 20, 2020
Replying to @LouDobbs and @SidneyPowell1
Clowns
1

**LDRSHIP Matters** @LDRSHIP2020 · Nov 20, 2020
Replying to @LouDobbs and @SidneyPowell1
And so all the down-ballot Republicans didn't really win either?

**CoachShooterAdams** @CoachShooter · Nov 20, 2020
Replying to @LouDobbs and @SidneyPowell1

1

**Abogado374** 🇺🇸 @6495hf · Nov 20, 2020
Replying to @LouDobbs and @SidneyPowell1
A party to sedition? Or just a sedition party? Either way, you're not going anywhere with this.

**Vamos_Adelante** @Vamosporfin · Nov 20, 2020
Replying to @LouDobbs and @SidneyPowell1
wikileaks.org/plusd/cables/0...

**Roger** @golfer152002 · Nov 20, 2020
Replying to @LouDobbs and @SidneyPowell1
The disputed remark is disputed as well!

**Michael LaBella** @labella_michael · Nov 20, 2020
Replying to @LouDobbs and @SidneyPowell1
Thank you Lou for remaining consistent on the stories that matter while others within the Network you broadcast your show from have begun to kowtow to the powers that be within that organization. If not for you and Hannity I wouldn't be watching FOX AT ALL any longer
1

**kent spond** @SpondKent · Nov 20, 2020
Replying to @LouDobbs and @SidneyPowell1
but did they and can she prove it?

**john ott** @govmn · Nov 20, 2020
Replying to @LouDobbs and @SidneyPowell1
Is she on crack?

**Matty K** @mattyk329 · Nov 19, 2020
Replying to @LouDobbs @Wizard_Predicts and @SidneyPowell1
If the "good guys" took the servers wouldn't they have handed over the evidence to Trump by now?
1 1 4

**Ethan Holman** @EthanHolman2 · Nov 19, 2020
Sidney doesn't technically work for the govt so she wouldn't be disclosed to that info I think is what she's saying
1 5

**Not_Exonerated** @Not_Exonerated · Nov 19, 2020
Replying to @LouDobbs and @SidneyPowell1

**Page-Vault**
@page_vault

## Relevant people

**Lou Dobbs** @LouDobbs
Follow
Lou Dobbs Tonight, Fox Business Network, 5, 7 & 10 PM/ET

## What's happening

In memoriam · 2 hours ago
**Baseball legend Hank Aaron has died at the age of 86**
Trending with Hank Aaron, Vin Scully

Hip hop · Trending
**Throat Baby**
13.7K Tweets

Trending in United States
**GameStop**
11.3K Tweets

US politics · 2 hours ago
**Lloyd Austin confirmed as Biden's secretary of defense, the first Black American to hold the position**
Trending with Erection, Lloyd Austin

Politics · January 20, 2021
**Cozy and casual: Bernie Sanders makes a fashion statement on Inauguration Day**
Trending with #Berniememes

Show more

Terms of Service Privacy Policy Cookie Policy
Ads info More ··· © 2021 Twitter, Inc.





Tweet

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More
Tweet

1 5

**Not_Exonerated** @Not_Exonerated · Nov 19, 2020
Replying to @LouDobbs and @SidneyPowell1

7 1 7

**Mikael Öhman** @Tornedalingen · Nov 20, 2020
Voter fraud ❤️

1 1

**Pagliaro** @Pagliar09623862 · Nov 19, 2020
Replying to @LouDobbs and @SidneyPowell1
UESFRAUDE......

1

**Thankful for change!** @newpresidentpls · Nov 19, 2020
Replying to @LouDobbs @Wizard_Predicts and @SidneyPowell1
I used to like you... no longer. Sad.

**Tweetero9000** @tweetero9000 · Nov 19, 2020
Replying to @LouDobbs and @SidneyPowell1
Smartmatic was founded by two Venezuelans, working in GPS software-2004- suddenly these two guys ,from a micro office in Boca Raton, became the voting platform for Venezuela, developed an algorithm under direction of Jorge Rodriguez guaranteeing wining elections forever.

1 3 4

**Don D** @ddurk36518 · Nov 19, 2020
Replying to @LouDobbs @TippiTheVegan and @SidneyPowell1
John poulos owns dominion lord malloch owns smartmatic

**Tweetero9000** @tweetero9000 · Nov 19, 2020
Replying to @LouDobbs and @SidneyPowell1
Smartmatic algorithm allows for real time data "observation" from clandestine locations allowing manipulation of results, never lost an election whomever contracted them .

3 12

**Traygus** @TraygusMD · Nov 19, 2020
Replying to @LouDobbs and @SidneyPowell1

> **Traygus** @TraygusMD · Nov 19, 2020
> "Yes, part of our technology IS license from Dominion"
> twitter.com/Andy5x5/status...

**DJ BYRD** @REV_DJ · Nov 19, 2020
Replying to @LouDobbs and @SidneyPowell1
When will we know whether or not the good guys or bad guys got the servers? And if the good guys did, will they be willing to pursue the case or just sweep it under the rug??

3

**Jeanne LaGuerriere** 🇺🇸 @nettoyerafond · Nov 19, 2020
Replying to @LouDobbs and @SidneyPowell1
@JennaEllisEsq @RudyGiuliani @sidneypowell1
Nothing there!!!!

> **The Hardy Report** @EdwardTHardy · Nov 19, 2020
> Fox News finally called @RudyGiuliani a liar

Page-Vault
@page_vault

Search Twitter

**Relevant people**

**Lou Dobbs** @LouDobbs Follow
Lou Dobbs Tonight, Fox Business Network, 5, 7 & 10 PM/ET

**What's happening**

In memoriam · 2 hours ago
**Baseball legend Hank Aaron has died at the age of 86**
Trending with Hank Aaron, Vin Scully

Hip hop · Trending
**Throat Baby**
13.7K Tweets

Trending in United States
**GameStop**
11.3K Tweets

US politics · 2 hours ago
**Lloyd Austin confirmed as Biden's secretary of defense, the first Black American to hold the position**
Trending with Erection, Lloyd Austin

Politics · January 20, 2021
**Cozy and casual: Bernie Sanders makes a fashion statement on Inauguration Day**
Trending with #Berniememes

Show more

Terms of Service Privacy Policy Cookie Policy
Ads info More ··· © 2021 Twitter, Inc.

Tweet

The Hardy Report ✓ @EdwardTHardy · Nov 19, 2020
Fox News finally called @RudyGiuliani a liar

TRUMP LEGAL TEAM CLAIMS VIABLE PATH TO VICTORY
0:42  21.3K views

**Relevant people**

Lou Dobbs ✓
@LouDobbs                    Follow
Lou Dobbs Tonight, Fox Business
Network, 5, 7 & 10 PM/ET

**What's happening**

In memoriam · 2 hours ago
Baseball legend Hank Aaron has
died at the age of 86
Trending with Hank Aaron, Vin Scully

Hip hop · Trending
Throat Baby
13.7K Tweets

Trending in United States
GameStop
11.3K Tweets

US politics · 2 hours ago
Lloyd Austin confirmed as Biden's
secretary of defense, the first
Black American to hold the
position
Trending with Erection, Lloyd Austin

Politics · January 20, 2021
Cozy and casual: Bernie Sanders
makes a fashion statement on
Inauguration Day
Trending with #Berniememes

Show more

Terms of Service  Privacy Policy  Cookie Policy
Ads info  More···  © 2021 Twitter, Inc.

expliKATive @expliKATive · Nov 19, 2020
Replying to @LouDobbs and @SidneyPowell1
Lol. She certainly seems like an expert in software. Ha ha Ha

Brenda Allison @BrendaA21418468 · Nov 19, 2020
Replying to @SidneyPowell1
I don't believe she would come out and talk about this if it wasn't true !! True
American 🇺🇸
                                                                    ♡ 5

Clifford Rones @Estournel · Nov 20, 2020
Replying to @LouDobbs and @SidneyPowell1
This theory is effing insane
                    ♡ 1

Tom Harrison @thomasharrison · Nov 20, 2020
Replying to @LouDobbs and @SidneyPowell1
It's ok Lou....Rudy "hair Dye"...from the four seasons Giuliani....is in charge...
🤣🤣🤣

Jospoke Walking with the Wind @jospoke1 · Nov 20, 2020
Replying to @LouDobbs and @SidneyPowell1
Are they confident because it's what they used to keep Mitch in office?
                    ♡ 3

Trump Won! Constitution & Law! #BidenCheated @.. · Nov 20, 2020
Replying to @LouDobbs and @SidneyPowell1
Agree!

Sudipta Mallik @SudiptaMallik16 · Nov 20, 2020
Replying to @LouDobbs and @SidneyPowell1

DUMB YOU ARE
GIF

Kierewiet@LalaLand @RockingFreewor1 · Nov 20, 2020
Replying to @LouDobbs and @flifisky and @SidneyPowell1
And have been doing so for years, also in the EU.

⚡M⚡ @ssimmarr · Nov 20, 2020
Replying to @LouDobbs and @SidneyPowell1
Well, I am pretty certain the judge will want to see more than her doubts.
                                                                    ♡ 1

danarden @danarden3 · Nov 20, 2020
Replying to @LouDobbs and @SidneyPowell1

Page-Vault
@page_vault













Tweet

Search Twitter

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

Tweet

Replying to @LouDobbs and @SidneyPowell1
Well, I am pretty certain the judge will want to see more than her doubts.
1

**danarden** @danarden3 · Nov 20, 2020
Replying to @LouDobbs and @SidneyPowell1
Thanks Lou apréciate all you do 🙏❤️
1 2

**Deacon Gaspar** @DeaconGaspar · Nov 20, 2020
Replying to @LouDobbs and @SidneyPowell1
@TuckerCarlson If Lou Dobbs could interview @SidneyPowell1
1

**Deacon Gaspar** @DeaconGaspar · Nov 20, 2020
Replying to @LouDobbs and @SidneyPowell1
Thanks Lou!
1

**Deacon Gaspar** @DeaconGaspar · Nov 20, 2020
Replying to @LouDobbs and @SidneyPowell1
@TuckerCarlson watch Lou's show!
1 1

**Goldpig** @Goldpig98988596 · Nov 20, 2020
Replying to @LouDobbs and @SidneyPowell1
can't retweet
1

**Bryan Dulaney** @bryandulaney · Nov 20, 2020
Replying to @LouDobbs and @SidneyPowell1
Yeppppp they CHEATED
1

**Lorraine Sheffer** @MemaSheffer · Nov 20, 2020
Replying to @LouDobbs @Airforcemom2005 and @SidneyPowell1
She really needs help.
1

**Deb** @SassyDragonfly · Dec 3, 2020
Replying to @LouDobbs and @SidneyPowell1
The coup is falling on its face.

**VAFFANCUL Biden Is Illegitimate** @AnthonyMcCon... · Nov 20, 2020
Replying to @LouDobbs and @SidneyPowell1
She's a brave woman🙏

This Tweet is from a suspended account. Learn more

**billallen** @gottheDTs · Nov 22, 2020
yep. from toilet to septic tank.

**King Chile** @El_King_Chile · Nov 20, 2020
Replying to @LouDobbs and @SidneyPowell1

**(((Literally Hitler)))** @fakechuck · Nov 20, 2020
Replying to @LouDobbs and @SidneyPowell1
Only in the swing states though... 🤔

Page-Vault
@page_vault

## Relevant people

**Lou Dobbs** @LouDobbs Follow
Lou Dobbs Tonight, Fox Business Network, 5, 7 & 10 PM/ET

## What's happening

In memoriam · 2 hours ago
**Baseball legend Hank Aaron has died at the age of 86**
Trending with Hank Aaron, Vin Scully

Hip hop · Trending
**Throat Baby**
13.7K Tweets

Trending in United States
**GameStop**
11.3K Tweets

US politics · 2 hours ago
**Lloyd Austin confirmed as Biden's secretary of defense, the first Black American to hold the position**
Trending with Erection, Lloyd Austin

Politics · January 20, 2021
**Cozy and casual: Bernie Sanders makes a fashion statement on Inauguration Day**
Trending with #Berniememes

Show more

Terms of Service Privacy Policy Cookie Policy
Ads info More ··· © 2021 Twitter, Inc.

Tweet

Search Twitter

Home
Explore
10 Notifications
Messages
Bookmarks
Lists
Profile
More
Tweet

Page-Vault @page_vault

(((Literally Hitler))) @fakechuck · Nov 20, 2020
Replying to @LouDobbs and @SidneyPowell1
Only in the swing states though... 🤔

## More replies

This Tweet is from an account that no longer exists. Learn more

Angry Fleas @AngryFleas · Nov 19, 2020
Next, we'll be told that there's a copy of the data on the Crowdstrike server and Hunter Biden's laptop, along with Hillary's emails.

jessicaleefollowell @llewoll · Nov 19, 2020
Replying to @LouDobbs and @SidneyPowell1
It's time for you to go away old man

Irredeemable Version 5.0 illegitimate Deplorable @.. · Nov 19, 2020
Replying to @LouDobbs and @SidneyPowell1
Election fraud. It's a crime. Someone should let DNC poll workers know
1

warren stowell @warrenstowell · Nov 19, 2020
Replying to @LouDobbs and @SidneyPowell1
No doubt we're going with no doubt😂😂😂😂😂. So no actual proof just her own opinions. I'm sure this will blow the case wide open....🙄

💀Deadpool💀 @FactsAreDead · Nov 19, 2020
Replying to @LouDobbs and @SidneyPowell1
I have no doubt the GOP is dead and only zombies remain.

chris mitchel @cpgsi · Nov 19, 2020
Replying to @LouDobbs and @SidneyPowell1
Hey Louie, I'm sure she had evidence to fight this

DHS cyber chief out after debunking Trump's election claims
Christopher Krebs oversaw the defense of the 2020 elections — and vouched for their integrity afterward.
politico.com

Mrs Dimsworthy @MrsDimsworthy · Nov 19, 2020
Replying to @LouDobbs and @SidneyPowell1
Rudy was channeling you here Lou!

tomschaerges@hotmail.com @tomschaerges · Nov 19, 2020
Replying to @LouDobbs and @SidneyPowell1

### Relevant people

Lou Dobbs @LouDobbs Follow
Lou Dobbs Tonight, Fox Business Network, 5, 7 & 10 PM/ET

### What's happening

In memoriam · 2 hours ago
**Baseball legend Hank Aaron has died at the age of 86**
Trending with Hank Aaron, Vin Scully

Hip hop · Trending
**Throat Baby**
13.7K Tweets

Trending in United States
**GameStop**
11.3K Tweets

US politics · 2 hours ago
**Lloyd Austin confirmed as Biden's secretary of defense, the first Black American to hold the position**
Trending with Erection, Lloyd Austin

Politics · January 20, 2021
**Cozy and casual: Bernie Sanders makes a fashion statement on Inauguration Day**
Trending with #Berniememes

Show more

Terms of Service Privacy Policy Cookie Policy Ads info More ··· © 2021 Twitter, Inc.

Tweet

Search Twitter

Home
Explore
10 Notifications
Messages
Bookmarks
Lists
Profile
More

Tweet

**tomschaerges@hotmail.com** @tomschaerges · Nov 19, 2020
Replying to @LouDobbs and @SidneyPowell1
Thank God for Sidney and Rudy exposing the facts. The fate of our country depends on them!

**corona1985@yahoo.com** @corona1985yaho1 · Nov 19, 2020
Replying to @LouDobbs and @SidneyPowell1
Rudy and Q-Dobbs are plagues on this nation.

**John by the Shadow** @stephenfrank87 · Nov 19, 2020
Replying to @LouDobbs @UnblockTheTruth and @SidneyPowell1
Where did she get her software expertise from?

**Marc Schomberg** @MarcSchomberg1 · Nov 19, 2020
Replying to @LouDobbs and @SidneyPowell1
WHERE IS THE FBI SHOULD BE A HASHTAG #WHEREISTHEFBI @FBI

**Captphilgold** @PGoldscheider · Nov 19, 2020
Replying to @LouDobbs and @SidneyPowell1
Joe Bidet is NOT president elect. It is a FRAUD! The GSA has not certified this election. So, legally, Joe remains the Democrats nominee. That's all.
1

**Q** @06dodgecharger · Nov 19, 2020
Replying to @LouDobbs and @SidneyPowell1
Lou thank you for helping our President!
1

**haney** @66633399m · Nov 19, 2020
Replying to @LouDobbs and @SidneyPowell1
She is as nutty as Rudy what color does she dye her hair ?

**GoodWillPrevailOverEvilInPower** @good_prevail · Nov 19, 2020
Replying to @LouDobbs and @SidneyPowell1

Sicko Trump
Trump has lived a life of depravity, corruption, criminality and greed. Although he recovered from ...
youtube.com
1 1

**sherry spanyer** @spanyerssell · Nov 19, 2020
Replying to @LouDobbs and @SidneyPowell1
Omg Twitter@stop

**haney** @66633399m · Nov 19, 2020
Replying to @LouDobbs and @SidneyPowell1
Poor woman

**alice** @alicewa50421981 · Nov 19, 2020
Replying to @LouDobbs and @SidneyPowell1
Destroy the CCP's dictatorship!
Everything that happens is related to the CCP and there is no other choice.

**Jesse Lyons** @zealouswellness · Nov 19, 2020
Replying to @LouDobbs @OcrazioCornPop and @SidneyPowell1

**Page-Vault**
@page_vault

## Relevant people

**Lou Dobbs** @LouDobbs Follow
Lou Dobbs Tonight, Fox Business Network, 5, 7 & 10 PM/ET

## What's happening

In memoriam · 2 hours ago
**Baseball legend Hank Aaron has died at the age of 86**
Trending with Hank Aaron, Vin Scully

Hip hop · Trending
**Throat Baby**
13.7K Tweets

Trending in United States
**GameStop**
11.3K Tweets

US politics · 2 hours ago
**Lloyd Austin confirmed as Biden's secretary of defense, the first Black American to hold the position**
Trending with Erection, Lloyd Austin

Politics · January 20, 2021
**Cozy and casual: Bernie Sanders makes a fashion statement on Inauguration Day**
Trending with #Berniememes

Show more

Terms of Service Privacy Policy Cookie Policy
Ads info More ··· © 2021 Twitter, Inc.

Tweet

Search Twitter

Home
Explore
10 Notifications
Messages
Bookmarks
Lists
Profile
More

Tweet

Democratic senators warned of potential 'vote switching' by Dominion ...
Four congressional Democrats sent a letter to the owners of Dominion Voting Systems and cited several problems that "threaten the integrity o...
washingtonexaminer.com

1

**Mike** @IDontrustBiden · Nov 19, 2020
Replying to @LouDobbs and @SidneyPowell1
I never heard of her 2 weeks ago, but she is currently the most important woman in America right now!

1

**Lazarus marmanidis** @Goboston21 · Nov 19, 2020
Replying to @LouDobbs and @SidneyPowell1
(ERGENT) MESSAGE FOR ALL THOSE AMERICANS THAT WERE ASKED TO BE INVOLVED IN THE ( VOTING BALLOT HEIST ), BY THOSE WHO WANT TO HARM YOUR OWN COUNTRY & YOUR FELLOW AMERICANS, I WANT TO REMIND YOU THAT YOUR SIN IS GREATER , THEN THE SIN OF THOSE WHO ASKED YOU TO TAKE ACTION TO SIN

1

**Waiting for My Vaccine** 🏳️‍🌈 @UncleBartLux · Nov 19, 2020
Replying to @LouDobbs and @SidneyPowell1

**Watch Dog** @Usefulnotes_ · Nov 19, 2020
Replying to @LouDobbs and @SidneyPowell1

**Tracy** @tracyjay67 · Nov 19, 2020
Replying to @LouDobbs and @SidneyPowell1
Oh this was priceless . SHE IS HORRIBLE. About as bad as the shit dripping from RUDYS face today. This the best trump has ??? 😂😂😂😂🤦🏻‍♀️😂

**Лиса в пустыне** @KamiloTapiya · Nov 19, 2020
Replying to @LouDobbs and @SidneyPowell1
Have Serco shareholders with $100 trillion of assets under management (AUM) been using the TRUMP template of patented devices and Rogue

**Page-Vault**
@page_vault

## Relevant people

**Lou Dobbs** @LouDobbs
Follow
Lou Dobbs Tonight, Fox Business Network, 5, 7 & 10 PM/ET

## What's happening

In memoriam · 2 hours ago
**Baseball legend Hank Aaron has died at the age of 86**
Trending with Hank Aaron, Vin Scully

Hip hop · Trending
**Throat Baby**
13.7K Tweets

Trending in United States
**GameStop**
11.3K Tweets

US politics · 2 hours ago
**Lloyd Austin confirmed as Biden's secretary of defense, the first Black American to hold the position**
Trending with Erection, Lloyd Austin

Politics · January 20, 2021
**Cozy and casual: Bernie Sanders makes a fashion statement on Inauguration Day**
Trending with #Berniememes

Show more

Terms of Service Privacy Policy Cookie Policy
Ads info More ··· © 2021 Twitter, Inc.

Tweet

Search Twitter

Home
Explore
10 Notifications
Messages
Bookmarks
Lists
Profile
More

Tweet

**Лиса в пустыне** @KamiloTapiya · Nov 19, 2020
Replying to @LouDobbs and @SidneyPowell1
Have Serco shareholders with $100 trillion of assets under management (AUM) been using the TRUMP template of patented devices and Rogue Artificial Intelligence to deploy Trudeau's Missing Women in compromised ChildBase nodes to hide Huawei racketeering, Dominion voting frauds?
1

**Gregory Arends** @gregarends · Nov 20, 2020
Replying to @LouDobbs and @SidneyPowell1
If voting machine software is complicated or needs algorithms, something is wrong. What do they need to do other than count?

**Glynn** @gmac3 · Nov 20, 2020
Replying to @LouDobbs and @SidneyPowell1
If there's a Hell Lou I hope you go join Donald Trump there

**The Crypto Cadet** @michaeladamfra1 · Nov 20, 2020
Replying to @LouDobbs and @SidneyPowell1
This new BITCOIN rally to $17.5 is so different then the one that crashed in 2017. Befor it was retail FOMO. Now it is big industry trading in their inflating dollar (trash-cash) for digital gold... AKA: BITCOIN BABY! Don't be a "No-Coiner"!! #Bitcoin is a BEAST! ❤️

**shifty** @shiftystranger · Nov 20, 2020
Replying to @LouDobbs and @SidneyPowell1
It shouldn't surprise anyone that you hate democracy. #dangerous

**MarshaWTF** @CountTheVotesTN · Nov 20, 2020
Replying to @LouDobbs and @SidneyPowell1
Proving once and for all the Sidney "Angel Dust" Powell is mainlining something that has caused her to lose her mind!
1 2

**susan grogan** @grogan_susan · Nov 20, 2020
Replying to @LouDobbs and @SidneyPowell1
It was very obvious something illegal was happening election night when counting stopped at the same time on the remaining states where Trump was so far ahead it was impossible for Biden to catch him. Those of us watching, even the anchors acted suspicious. Show replays.

**Jim Berg** @jberg59 · Nov 20, 2020
Replying to @LouDobbs and @SidneyPowell1
Have any evidence of this, anything at all? Nothing?

**Trump Won! Constitution & Law! #BidenCheated** @.. · Nov 20, 2020
Replying to @LouDobbs and @SidneyPowell1
UNBELIEVABLE! AND DEMOCRATS EXPECT US TO BELIEVE THEY'RE HONEST?!

#TrumpWon

#ElectionFraud
1

**Chicago7** @15Lightning7 · Nov 20, 2020
Replying to @LouDobbs and @SidneyPowell1
Change Wisconsin, Michigan, PA and Arizona to Trump and Ohio, Texas, Florida and North Carolina to Biden.

**CowboyRocksteady** @CowboyRocksteal · Nov 20, 2020
Replying to @LouDobbs and @SidneyPowell1
Lunatics like her and you are very sure of themselves. That doesn't make them not insane and detached from reality.
1

**Felipe Ribbeck** @f_ribbeck · Nov 20, 2020
Replying to @LouDobbs and @SidneyPowell1
Classical tactic of radical left. First destroy institutionality, creating hatred among the population,, corruption, robbing and lying. When everyone is fed up and wants them out, along comes the white knight with: now we reunite and love. #organizedCrimeSyndicate

**Page-Vault**
@page_vault

## Relevant people

**Lou Dobbs** @LouDobbs Follow
Lou Dobbs Tonight, Fox Business Network, 5, 7 & 10 PM/ET

## What's happening

In memoriam · 2 hours ago
**Baseball legend Hank Aaron has died at the age of 86**
Trending with Hank Aaron, Vin Scully

Hip hop · Trending
**Throat Baby**
13.7K Tweets

Trending in United States
**GameStop**
11.3K Tweets

US politics · 2 hours ago
**Lloyd Austin confirmed as Biden's secretary of defense, the first Black American to hold the position**
Trending with Erection, Lloyd Austin

Politics · January 20, 2021
**Cozy and casual: Bernie Sanders makes a fashion statement on Inauguration Day**
Trending with #Berniememes

Show more

Terms of Service Privacy Policy Cookie Policy Ads info More ··· © 2021 Twitter, Inc.

Tweet

Replying to @LouDobbs and @SidneyPowell1

Classical tactic of radical left. First destroy institutionality, creating hatred among the population, corruption, robbing and lying. When everyone is fed up and wants them out, along comes the white knight with: now we reunite and love. #organizedCrimeSyndicate

**Poopyhead** @MrPoopyhead1 · Nov 20, 2020
Replying to @SidneyPowell1
You lost. Now get the hell out.

**CaliGal1** @cali_gal1 · Nov 20, 2020
Replying to @LouDobbs and @SidneyPowell1
I think you're both batshit crazy! Wait... let me rephrase that. I KNOW you're BOTH BATSHIT CRAZY! U want 2 just throw out all the ballots & install Trump! We live in the UNITED STATES NOT IN A BANANA REPUBLIC! Trump & @GOP will do ANYTHING 2 SUBVERT THE WILL OF THE PEOPLE!

**Terri Weldon** @terridaisies · Nov 20, 2020
Replying to @LouDobbs and @SidneyPowell1
What utter nonsense. Losing cases in courts because no credible evidence. Literally trying to steal the election. And folks ok with it. Democracy my ass. What has happened to this country. What's happened to real republicans? Disgraceful.

**Richard Parker** @alt_cuban · Nov 20, 2020
Replying to @LouDobbs and @SidneyPowell1

**Jacqueline Lewis** @Jackie3949 · Nov 20, 2020
Replying to @LouDobbs and @SidneyPowell1
Lou has anyone told these poll workers how much time they will do now that the cat is out of the bag? They need to know to come forward and save themselves!

**Ed Tsyitee** @GreenChileAdict · Nov 20, 2020
Replying to @LouDobbs and @SidneyPowell1
Seditious traitor.

**Sandcrab77** @Sandcrab77 · Nov 20, 2020
Replying to @LouDobbs @BlueSky_Report and @SidneyPowell1
Go away Old Man...YOUR orange hair dye is starting to run! #TrumpClowns #ItsOver

**Michael J. Lio** @MichaelJCLio · Nov 20, 2020
Replying to @LouDobbs and @SidneyPowell1
2020 election is shame. Americans lost respect from all of the world

**Susan Dodgson** @Alaczam1 · Nov 20, 2020
Replying to @LouDobbs and @SidneyPowell1
I think our forefathers would have seen what is going on as a coup attempt and trump and minions trying to upend a legally executed election as corrupt treason.

**Hope Love** @HopeLov93532949 · Nov 20, 2020
Replying to @LouDobbs and @SidneyPowell1
Trump and his associates must pay the price for their illegal activities.Trump will spend time in prison along with his buddy Barr.Trump or his family will never have political power in America again Stop with the propaganda It's Over

**Search Twitter**

**Relevant people**

**Lou Dobbs** ✓
@LouDobbs                          Follow
Lou Dobbs Tonight, Fox Business
Network, 5, 7 & 10 PM/ET

**What's happening**

In memoriam · 2 hours ago
Baseball legend Hank Aaron has
died at the age of 86
Trending with Hank Aaron, Vin Scully

Hip hop · Trending
**Throat Baby**
13.7K Tweets

Trending in United States
**GameStop**
11.3K Tweets

US politics · 2 hours ago
**Lloyd Austin confirmed as Biden's
secretary of defense, the first
Black American to hold the
position**
Trending with Erection, Lloyd Austin

Politics · January 20, 2021
**Cozy and casual: Bernie Sanders
makes a fashion statement on
Inauguration Day**
Trending with #Berniememes

Show more

Terms of Service  Privacy Policy  Cookie Policy
Ads info  More ···  © 2021 Twitter, Inc.

**Page-Vault**
@page_vault



**Hope Love** @HopeLov93532949 · Nov 20, 2020
Replying to @LouDobbs and @SidneyPowell1
Trump and his associates must pay the price for their illegal activities.Trump will spend time in prison along with his buddy Barr.Trump or his family will never have political power in America again Stop with the propaganda it's Over

New DOJ Leak: the Mueller Investigation was not the...
A new leak from the Justice Department suggests that the Mueller Investigation was not the first ...
🔗 dailykos.com

**Lawhut** @Lifeishealing · Nov 20, 2020
Replying to @LouDobbs and @SidneyPowell1
And yet the Georgia hand recount matched.

so you should both just go away and have a nice crap

**Edward C. Jones** @edwardcjones3 · Nov 20, 2020
Replying to @LouDobbs and @SidneyPowell1
So without concrete, independent evidence...@sidneypowell1 is saying just overturn the election results but only in states in which Trump didn't win, placing Trump-friendly electors to decide...and this is how a DEMOCRACY (vs AUTOCRACY)...works...yet you cry about Dems=socialists? 🤦

**yossarian** @DreedleGeneral · Nov 20, 2020
Replying to @LouDobbs and @SidneyPowell1
You idiots.

**Aaron Blake** ✔ @AaronBlake · Nov 20, 2020
OMG. The affidavit Sidney Powell and others are hyping when they say many precincts in Michigan have more votes than actual voters is ... based on data from Minnesota.

powerlineblog.com/archives/2020/...

**Karl** @keepitsimpleabc · Nov 20, 2020
Replying to @LouDobbs and @SidneyPowell1
She's a fraud

**gogol-LOGO** @gogolLOGO · Nov 20, 2020
Replying to @LouDobbs and @SidneyPowell1
Why did Trump's legit, elite election attys all drop him?

Why did Rudy on 📺 allege massive fraud in Philly but tell the judge he *wasn't*? Maybe he knows an atty must have evidence & lying in court can get you disbarred forever...?

Why has Trump won just 1 tiny suit of 33+?
😐

**Austinne, MA,MAT** @Austinne14 · Nov 21, 2020
Replying to @LouDobbs @BlueSky_Report and @SidneyPowell1
This claim is disputed by Dominion

**AAdad** @AAdad75635512 · Nov 20, 2020
Replying to @LouDobbs and @SidneyPowell1
Twitter just crap !

**Trotsky of the 21st Century** @LTrotsky21 · Nov 21, 2020
Replying to @LouDobbs and @SidneyPowell1
Do you ever listen to yourself?

**نوكلي** @AceofSpace1974 · Nov 22, 2020
Replying to @LouDobbs and @SidneyPowell1
During Donald Trump's presidency, observers have said there is a pronounced tendency of the Fox News Channel to serve as a "mouthpiece" for the administration, providing "propaganda" and a "feedback loop" for Trump, with one presidential scholar stating, en.wikipedia.org/wiki/Fox_News

**Relevant people**

Lou Dobbs ✔
@LouDobbs
Lou Dobbs Tonight, Fox Business Network, 5, 7 & 10 PM/ET    Follow

**What's happening**

In memoriam · 2 hours ago
Baseball legend Hank Aaron has died at the age of 86
Trending with Hank Aaron, Vin Scully

Hip hop · Trending
Throat Baby
13.7K Tweets

Trending in United States
GameStop
11.3K Tweets

US politics · 2 hours ago
Lloyd Austin confirmed as Biden's secretary of defense, the first Black American to hold the position
Trending with Erection, Lloyd Austin

Politics · January 20, 2021
Cozy and casual: Bernie Sanders makes a fashion statement on Inauguration Day
Trending with #Berniememes

Show more

Terms of Service   Privacy Policy   Cookie Policy
Ads info   More •••   © 2021 Twitter, Inc.



During Donald Trump's presidency, observers have said there is a pronounced tendency of the Fox News Channel to serve as a "mouthpiece" for the administration, providing "propaganda" and a "feedback loop" for Trump, with one presidential scholar stating, en.wikipedia.org/wiki/Fox_News

**steve** @flystripper · Nov 22, 2020
Replying to @LouDobbs and @SidneyPowell1
GOD BLESS Sydney Powell for all she is doing.
GOOD shall overcome EVIL

**FullofTrump** @TrumpFullof · Nov 22, 2020
Replying to @LouDobbs and @SidneyPowell1
Hmm Trump fired her

### Trump Campaign Statement on Legal Team

"Sidney Powell is practicing law on her own. She is not a member of the Trump Legal Team. She is also not a lawyer for the President in his personal capacity."

- Rudy Giuliani, Attorney for President Trump, and Jenna Ellis, Trump Campaign Senior Legal

**TicTacMan** @TicTacDonny · Nov 23, 2020
Replying to @LouDobbs and @SidneyPowell1
Lou, hope you are not going to throw @SidneyPowell1 under the bus like Rudy and the deep state have

**Christopher** @ChrisVitoNY · Nov 19, 2020
Replying to @LouDobbs and @SidneyPowell1
Sooo no evidence just conspiracy theories. Got it 👍🏻

**Nick the true believer** @NicholasCultra2 · Nov 19, 2020
I guess you must of listened to the CNN VERSION WITH SUBTITLES FOR YOU STUPID PEOPLE
♡ 1

**Rbbellingham** @rb_bellingham · Nov 19, 2020
Replying to @LouDobbs and @SidneyPowell1
Trump lost. That's it. He lost and the longer you promote these lies you are causing people to die.
♡ 1

**Nick the true believer** @NicholasCultra2 · Nov 19, 2020

Democrats alarmed Biden has no COVID plan
Joe Biden appears to be silent about his so-called 'coronavirus comprehensive plan' and many are aski...
🔗 youtube.com

**Samantha Adams** @Samanth78662568 · Nov 19, 2020
Replying to @LouDobbs and @SidneyPowell1
We do not doubt her findings but you need to steer them to receive concrete result. Why aren't judgments on issues already being appealed to reach SCOTUS?

**Daniel Bingman** @BroadcastVet · Nov 19, 2020
Replying to @LouDobbs and @SidneyPowell1
The Trump vote was so overwhelming that it BROKE the algorithm! Hence why they had to stop the counting and bring in the dead of night drops going 100% to 0% in order to catch up! Smartmatic a foreign owned company, worked in conjunction with communists & media to STEAL ELECTION
↺ 3      ↻ 1      ♡ 5

**Maury Springer** @7707Missumoo · Nov 19, 2020

**Page-Vault**
@page_vault

---

**Relevant people**

**Lou Dobbs** ✓
@LouDobbs          Follow
Lou Dobbs Tonight, Fox Business Network, 5, 7 & 10 PM/ET

**What's happening**

In memoriam · 2 hours ago
**Baseball legend Hank Aaron has died at the age of 86**
Trending with Hank Aaron, Vin Scully

Hip hop · Trending
**Throat Baby**
13.7K Tweets

Trending in United States
**GameStop**
11.3K Tweets

US politics · 2 hours ago
**Lloyd Austin confirmed as Biden's secretary of defense, the first Black American to hold the position**
Trending with Erection, Lloyd Austin

Politics · January 20, 2021
**Cozy and casual: Bernie Sanders makes a fashion statement on Inauguration Day**
Trending with #Berniememes

Show more

Terms of Service   Privacy Policy   Cookie Policy
Ads info   More ···   © 2021 Twitter, Inc.



Tweet

Search Twitter

Home

Explore

10 Notifications

Messages

Bookmarks

Lists

Profile

More

Tweet

ELECTION

3 1 5

**Maury Springer** @7707Missumoo · Nov 19, 2020

**Waheed Murad** @realWaheedMurad · Nov 19, 2020

Replying to @LouDobbs and @SidneyPowell1

Oh that Sydney Powell who got the lying Flynn released? Her fake blond dye is seeping & with Rudy they are the ODD COUPLE with no diddle ?

**Samantha Adams** @Samanth78662568 · Nov 19, 2020

Replying to @LouDobbs and @SidneyPowell1

Instead of fuming now why didn't you all including @POTUS and @GOP take preemptive actions to prevent this travesty of election? The time available to correct lapses and achieve a different outcome sadly is much too little.

**Debate Dave** @DebateDave · Nov 19, 2020

Replying to @LouDobbs and @SidneyPowell1

But the only one that cheats is Trump. Trump is corrupt.

1

**Nick the true believer** @NicholasCultra2 · Nov 19, 2020

Yeah ok idiot

1

**HJ** @RealSlickpa · Nov 19, 2020

Replying to @LouDobbs and @SidneyPowell1

What about the hand count in Georgia? She'll make her money get her negative attention and lose the case.

**Kirk Bonnett** @Khaptinkirk · Nov 20, 2020

Replying to @LouDobbs @Wizard_Predicts and @SidneyPowell1

You should leave Fox News. Those people are evil.

**Bright** @BriteLu · Nov 20, 2020

Replying to @LouDobbs and @SidneyPowell1

Suddenly, HE SOUNDED LIKE AN ENEMY OF THE PEOPLE. What a fake news!

**Page-Vault**
@page_vault

## Relevant people

**Lou Dobbs** @LouDobbs Follow

Lou Dobbs Tonight, Fox Business Network, 5, 7 & 10 PM/ET

## What's happening

In memoriam · 2 hours ago
**Baseball legend Hank Aaron has died at the age of 86**
Trending with Hank Aaron, Vin Scully

Hip hop · Trending
**Throat Baby**
13.7K Tweets

Trending in United States
**GameStop**
11.3K Tweets

US politics · 2 hours ago
**Lloyd Austin confirmed as Biden's secretary of defense, the first Black American to hold the position**
Trending with Erection, Lloyd Austin

Politics · January 20, 2021
**Cozy and casual: Bernie Sanders makes a fashion statement on Inauguration Day**
Trending with #Berniememes

Show more

Terms of Service Privacy Policy Cookie Policy
Ads info More ··· © 2021 Twitter, Inc.





Tweet

Home
Explore
10 Notifications
Messages
Bookmarks
Lists
Profile
More
Tweet

Dysphoric NPC @NPC_223105 · Nov 19, 2020
Replying to @LouDobbs @Wizard_Predicts and @SidneyPowell1

Antisillypirate. @Antisillypirate · Nov 19, 2020
Replying to @LouDobbs @Goal1228 and @SidneyPowell1
Ya,right.

GregoryGoodBoy @GregoryGoodBoy · Nov 19, 2020
Replying to @LouDobbs and @SidneyPowell1

Fox News reporter blasts Giuliani over voter fraud claims: 'Light on facts...
Fox News reporter Kristin Fisher criticized President Trump's lawyer Rudy Giuliani following a Thursday press conference, calling his appearance ...
msn.com

BIFF HENDERSON @BIFFHENDERSON13 · Nov 20, 2020
Replying to @LouDobbs and @SidneyPowell1
Crackpots and sleazebags

LibertyLivesHere @PJimmy18 · Nov 20, 2020
Replying to @LouDobbs @CROWENATION2020 and @SidneyPowell1
This claim about Twitter's free speech platform is disputed

limon hosan @LimonHosan · Nov 19, 2020
Replying to @LouDobbs and @SidneyPowell1
Check out my Gig designs a unique children book cover

limon170 : I will designs a unique children book cove...
For only $5, limon170 will designs a unique children book cover. | Hey! I'm a Designer and Illustrator and I ...
fiverr.com

Paul Fast @PabloFM44 · Nov 19, 2020

Page-Vault
@page_vault

Search Twitter

## Relevant people

Lou Dobbs
@LouDobbs
Follow
Lou Dobbs Tonight, Fox Business Network, 5, 7 & 10 PM/ET

## What's happening

In memoriam · 2 hours ago
**Baseball legend Hank Aaron has died at the age of 86**
Trending with Hank Aaron, Vin Scully

Hip hop · Trending
**Throat Baby**
13.7K Tweets

Trending in United States
**GameStop**
11.3K Tweets

US politics · 2 hours ago
**Lloyd Austin confirmed as Biden's secretary of defense, the first Black American to hold the position**
Trending with Erection, Lloyd Austin

Politics · January 20, 2021
**Cozy and casual: Bernie Sanders makes a fashion statement on Inauguration Day**
Trending with #Berniememes

Show more

Terms of Service Privacy Policy Cookie Policy
Ads info More ··· © 2021 Twitter, Inc.

Tweet

book cover. | Hey! I'm a Designer and Illustrator and I ...
fiverr.com

**Paul East** @PabloEM44 · Nov 19, 2020
Replying to @LouDobbs and @SidneyPowell1
Why leave the senate for Rs???

**james s · Parler: @Auburn985 Gab:@jstitt** @Aubur... · Nov 19, 2020
Replying to @LouDobbs and @SidneyPowell1

Rep. Steven Smith (R-GA) 🇺🇸
@RepStevenSmith

Do you know who introduced Smartmatic voting
machines into American elections?

George W. Bush

**RJ** @f27243023 · Nov 19, 2020
Replying to @LouDobbs and @SidneyPowell1
Lou!!! You're an idiot!!

**Joe Laramie** @Laramiejoe · Nov 19, 2020
Replying to @LouDobbs and @SidneyPowell1
This is huge news.

**Christopher Smith** @SmithCNAO · Nov 19, 2020
Replying to @LouDobbs and @SidneyPowell1
She is a horrible person.  A liar.  Trump is a sore loser.
♡ 1

**Leasa Fisher** @lfishgirl67 · Nov 19, 2020
Replying to @LouDobbs and @SidneyPowell1
@realDonaldTrump only has the best people - WTH - she is crazy and you
know it! #TrumpIsANationalDisgrace

**Brendan Karet** 🔜 @bad_takes · Oct 30, 2018
Lou Dobbs' guest blames "the continued invasion of this country" by
immigrants for "diseases spreading across the country that are causing
polio-like paralysis of our children"
Show this thread

1:23 · 444.5K views

LIVE FOX LOU DOBBS | TRUMP ADMIN SENDING 5,200
TROOPS TO SOUTHERN BORDER @LOUDOBBS

♡ 1

**America** @ChrisRobinsSr · Nov 19, 2020
Replying to @LouDobbs and @SidneyPowell1
Evidence of widespread voter fraud. Trump wins when you count

everylegalvote.com

**America** @ChrisRobinsSr · Nov 18, 2020
Replying to @realDonaldTrump
To see how Trump won the election
Go to this site using your browser, not in twitter.

twitter has a fake warning msg to try and scare you away from seeing the

**Relevant people**

**Lou Dobbs** ✓
@LouDobbs                           Follow
Lou Dobbs Tonight, Fox Business
Network, 5, 7 & 10 PM/ET

**What's happening**

In memoriam · 2 hours ago
Baseball legend Hank Aaron has
died at the age of 86
Trending with Hank Aaron, Vin Scully

Hip hop · Trending
**Throat Baby**
13.7K Tweets

Trending in United States
**GameStop**
11.3K Tweets

US politics · 2 hours ago
**Lloyd Austin confirmed as Biden's
secretary of defense, the first
Black American to hold the
position**
Trending with Erection, Lloyd Austin

Politics · January 20, 2021
**Cozy and casual: Bernie Sanders
makes a fashion statement on
Inauguration Day**
Trending with #Berniememes

Show more

Terms of Service  Privacy Policy  Cookie Policy
Ads info  More ···  © 2021 Twitter, Inc.

**Page-Vault**
@page_vault



Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More
Tweet

Page-Vault
@page_vault

Tweet

**America** @ChrisRobinsSr · Nov 18, 2020
Replying to @realDonaldTrump
To see how Trump won the election
Go to this site using your browser, not in twitter,

twitter has a fake warning msg to try and scare you away from seeing the site

.everylegalvote.com

**lkt** @luger09 · Nov 19, 2020
Replying to @LouDobbs and @SidneyPowell1
Love you Lou but will NEVER watch Fox again!! Goodbye my friend 😢

**Gordon Cobbe** @GordoCobb · Nov 19, 2020
Replying to @LouDobbs and @SidneyPowell1
The Krackin her ass and your the ass. Complete liars. Fake as your hair man

**norman pine** @thelifeofnorman · Nov 19, 2020
Replying to @LouDobbs and @SidneyPowell1
Now twitter wants to warn me about Lou Dobbs

**Daniel Peters** @DanielPeters65 · Nov 19, 2020
Replying to @LouDobbs and @SidneyPowell1
For some reason you're inextricably entwined with that sinister orange lunatic that currently claims to be the president-elect

**Scott** @Scott60444860 · Nov 19, 2020
Replying to @LouDobbs and @SidneyPowell1
And still no evidence. ☹️ #AmericaFirst
1

**Ann Woodard** @AnnLizette_ · Nov 19, 2020
Replying to @LouDobbs and @SidneyPowell1
Traitor. This is a lie. You are unAmerican.

**Sheila in SE Michigan** 😷 @iamhereinmich · Nov 20, 2020
Replying to @LouDobbs @IamTweetiePie and @SidneyPowell1
This lady?

From **Brendan Karet**

Search Twitter

## Relevant people

**Lou Dobbs** @LouDobbs Follow
Lou Dobbs Tonight, Fox Business Network, 5, 7 & 10 PM/ET

## What's happening

In memoriam · 2 hours ago
**Baseball legend Hank Aaron has died at the age of 86**
Trending with Hank Aaron, Vin Scully

Hip hop · Trending
**Throat Baby**
13.7K Tweets

Trending in United States
**GameStop**
11.3K Tweets

US politics · 2 hours ago
**Lloyd Austin confirmed as Biden's secretary of defense, the first Black American to hold the position**
Trending with Erection, Lloyd Austin

Politics · January 20, 2021
**Cozy and casual: Bernie Sanders makes a fashion statement on Inauguration Day**
Trending with #Berniememes

Show more

Terms of Service Privacy Policy Cookie Policy
Ads info More ··· © 2021 Twitter, Inc.





Tweet

Search Twitter

Home

Explore

Notifications 10

Messages

Bookmarks

Lists

Profile

More

Tweet

Page-Vault
@page_vault

1:23 444.5K views

From Brendan Karet

**Sheila in SE Michigan** @iamhereinmich · Nov 20, 2020
Replying to @LouDobbs and @SidneyPowell1
Your own network disagrees!

> **Save Our Country** 🆘 @BigBlueWaveUSA · Nov 19, 2020
> #FoxNews (4 years late):
> "#RudyGiuliani is a liar"
> Rudy needs to tuck his shirt in & never open his mouth again.
> When #FoxNews call you a liar,
> You're DONE.

**sanecommentator** @sanecommentator · Nov 20, 2020
Replying to @LouDobbs and @SidneyPowell1
That's laughable. You don't put America first. You put party over country every single fucking night, you old piece of shit back.

**Caryn S. Smith** @Artist_Author · Nov 20, 2020
Replying to @LouDobbs and @SidneyPowell1
Get Real! This is a fraud being perpetrated on the American people! You should be arrested and put in prison ASAP! You are a danger to democracy! You've spent too much time in your job never having made America better, only worse!

**Olof Lewin** @DucLauzun · Nov 20, 2020
Replying to @LouDobbs @sandyleevincent and @SidneyPowell1 @TheNightlyMuse @birgerrhenman @petraj16
1

**Mery** @mau_salt · Nov 20, 2020
Replying to @LouDobbs @Wizard_Predicts and @SidneyPowell1
Brevísima Sidney Powell ‼️

**Jerry** @Jerry_lay_II · Nov 20, 2020
Replying to @LouDobbs @KittyLists and @SidneyPowell1
None of this is going to happen. She and Giuliani are hammering big checks to sell legal fantasies.

This election marks the end of the America that we knew & loved, the agenda coming down will have us copying Canada in the worst ways!

**LDRSHIP Matters** @LDRSHIP2020 · Nov 20, 2020
Replying to @LouDobbs and @SidneyPowell1
You are a complete disgrace as a supposed journalist and as an American. Your reputation will forever be tied to loony tunes hyper-partisan idiocy.

**JLD** @gallowglass321 · Nov 20, 2020
Replying to @LouDobbs and @SidneyPowell1
Dang if only Hillary had claimed all the votes against her should he thrown away

**Kukla** @pr0udsnowflake · Nov 20, 2020
Replying to @LouDobbs and @SidneyPowell1
What a load of Qanon BS. If she has the evidence she's spouting on Fox State TV, she should be taking it to a judge.

## Relevant people

**Lou Dobbs** @LouDobbs Follow
Lou Dobbs Tonight, Fox Business Network, 5, 7 & 10 PM/ET

## What's happening

In memoriam · 2 hours ago
**Baseball legend Hank Aaron has died at the age of 86**
Trending with Hank Aaron, Vin Scully

Hip hop · Trending
**Throat Baby**
13.7K Tweets

Trending in United States
**GameStop**
11.3K Tweets

US politics · 2 hours ago
**Lloyd Austin confirmed as Biden's secretary of defense, the first Black American to hold the position**
Trending with Erection, Lloyd Austin

Politics · January 20, 2021
**Cozy and casual: Bernie Sanders makes a fashion statement on Inauguration Day**
Trending with #Berniememes

Show more

Terms of Service Privacy Policy Cookie Policy Ads info More ··· © 2021 Twitter, Inc.

Tweet

Search Twitter

Home

Explore

10 Notifications

Messages

Bookmarks

Lists

Profile

More

Tweet

**Kukla** @pr0udsnowflake · Nov 20, 2020
Replying to @LouDobbs and @SidneyPowell1
What a load of Qanon BS. If she has the evidence she's spouting on Fox State TV, she should be taking it to a judge.

**PreachersAreEvilPredators** 🇺🇸🇺🇸🇺🇸🇺🇸🇺🇸 @Preach... · Nov 20, 2020
Replying to @LouDobbs and @SidneyPowell1
Dear Lying Ass Lou:

Even Tucker Carlson isn't as delusional and corrupt as you. That's saying something.

> **Oliver Darcy** @oliverdarcy · Nov 20, 2020
> Tucker Carlson calls out Sidney Powell, saying he asked her for evidence to support her election fraud claims, but "she never sent us any evidence despite a lot of requests, polite requests, not a page."
>
> "When we kept pressing she got angry and told us to stop contacting her."

**Page-Vault**
@page_vault

## Relevant people

**Lou Dobbs** @LouDobbs
Follow
Lou Dobbs Tonight, Fox Business Network, 5, 7 & 10 PM/ET

## What's happening

In memoriam · 2 hours ago
**Baseball legend Hank Aaron has died at the age of 86**
Trending with Hank Aaron, Vin Scully

Hip hop · Trending
**Throat Baby**
13.7K Tweets

Trending in United States
**GameStop**
11.3K Tweets

US politics · 2 hours ago
**Lloyd Austin confirmed as Biden's secretary of defense, the first Black American to hold the position**
Trending with Erection, Lloyd Austin

Politics · January 20, 2021
**Cozy and casual: Bernie Sanders makes a fashion statement on Inauguration Day**
Trending with #Berniememes

Show more

Terms of Service Privacy Policy Cookie Policy
Ads info More ··· © 2021 Twitter, Inc.

Tweet

Search Twitter

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

Tweet

**PreachersAreEvilPredators** 🇺🇸🇺🇸🇺🇸🇺🇸🇺🇸 @Preach... · Nov 20, 2020
Replying to @LouDobbs and @SidneyPowell1
Dear Lying Ass Lou:

Even Tucker Carlson isn't as delusional and corrupt as you. That's saying something.

> **Oliver Darcy** @oliverdarcy · Nov 20, 2020
> Tucker Carlson calls out Sidney Powell, saying he asked her for evidence to support her election fraud claims, but "she never sent us any evidence despite a lot of requests, polite requests, not a page."
>
> "When we kept pressing she got angry and told us to stop contacting her."

4:19 | 2.9M views

## Relevant people

**Lou Dobbs** @LouDobbs — Follow
Lou Dobbs Tonight, Fox Business Network, 5, 7 & 10 PM/ET

## What's happening

In memoriam · 2 hours ago
**Baseball legend Hank Aaron has died at the age of 86**
Trending with Hank Aaron, Vin Scully

Hip hop · Trending
**Throat Baby**
13.7K Tweets

Trending in United States
**GameStop**
11.3K Tweets

US politics · 2 hours ago
**Lloyd Austin confirmed as Biden's secretary of defense, the first Black American to hold the position**
Trending with Erection, Lloyd Austin

Politics · January 20, 2021
**Cozy and casual: Bernie Sanders makes a fashion statement on Inauguration Day**
Trending with #Berniememes

Show more

Terms of Service Privacy Policy Cookie Policy
Ads info More ··· © 2021 Twitter, Inc.

Page-Vault
@page_vault

