# Exhibit 28

TRANSCRIPT OF THE AUDIO RECORDING OF:

FOX NEWS, JUSTICE WITH JUDGE JEANINE

NOVEMBER 21, 2020

TRANSCRIBED BY: THOMPSON COURT REPORTERS INC.

1  JUDGE JEANINE PIRRO:  For four years we
2  listened to unsupported allegations of a conspiracy by
3  a foreign government to interfere with our presidential
4  election. That Russia stole the election of 2016
5  implanting their Russian asset, Donald Trump as
6  President of the United States. For four years we
7  were told Trump was a Putin puppet, a Russian asset,
8  that we must do everything we can to get rid of him and
9  save America. Almost on a daily basis, the Democrat
10 medieval minstrels in Congress put on their conspiracy
11 show as congressmen like Adam Schiff, pontificated
12 about real evidence. Evidence that he had seen with
13 his own eyes. Evidence that required that Donald Trump
14 be gone because America and democracy were at stake.
15 Never, ever, not once, did we see a scintilla of
16 evidence. Never. Were we supposed to take it all on
17 faith? They put the President and the country through
18 hell as the work of Congress was halted, and as the
19 media every day reminded us, we were getting closer and
20 closer to the big Russian reveal of Russia collusion
21 that fizzled much like Rob Mueller did when he showed
22 up and testified. And then the medieval minstrels took
23 another show down to the sub-basement of the Capitol
24 where they regaled each other with fantasies of foreign

Page 3

1 interference in their medieval star chamber. In fact,
2 they never stopped. And now, just over two weeks, the
3 President's lawyers come forward alleging an organized
4 criminal enterprise, a conspiracy by Democrats,
5 especially in cities controlled and corrupted by
6 Democrats. The President's lawyers alleging a company
7 called Dominion, which they say started in Venezuela with
8 Cuban money and with the assistance of Smartmatic
9 software, a backdoor is capable of flipping votes.  And
10 the President's lawyers alleging that American votes in
11 a presidential election are actually counted in a
12 foreign country. These are serious allegations, but
13 the media has no interest in any of this, but you and I
14 do, as we should, because 73 million Americans voted
15 for Donald Trump. Republicans took seats in the House
16 they said would be won in the Democrat blue wave that
17 never came. And so far we've held the Senate.  They
18 say the risk of our giving false hope should be enough
19 to stop us. Two weeks later, I say, the risk of not
20 looking at what is staring us in the face is too great
21 to not stop us. Now the President's lawyers offered
22 evidence by way of affidavits, which I told you last
23 Saturday as a judge, from a legal perspective, are
24 sworn statements of individuals signed under penalty of

Page 4

1  perjury. Meaning they know they face the penalty of
2  prosecution and five years if they lie.  These sworn
3  statements are factual allegations, are part of
4  virtually every lawsuit. It's how you start a case.
5  The President's lawyers have indicated that they have
6  250 such affidavits under oath. People ready to
7  testify, people ready to face the hate that the Left
8  has inflicted upon all of us from day one. And you
9  know what I'm talking about.
10 Let's not kid ourselves. There's not a lot of violence
11 going on right out there, right out there now because
12 they believed they got their way. Forgive me, but I
13 believe the only important thing is making sure that
14 the American people and Lady Justice get their way,
15 consequences be damned. On Thursday, Rudy Giuliani
16 made clear the Democrat cities were targeted by crooked
17 Democrats who stole votes. These were cities where
18 they were comfortable with corruption, where political
19 corruption ran through the blood lines of cities like
20 Pittsburgh and Philadelphia and Detroit.  He described
21 election night numbers going in the favor of Donald
22 Trump, but by the next morning, absurd increases in
23 Biden votes.  Curious so many mail-in ballots for Biden
24 with no down ticket vote. In Atlanta, a sworn

Page 5

1  affidavit, under penalty of perjury. The affiant, a
2  Fulton County observer says, she observed absentee and
3  mail-in ballots being counted, many of the boxes of
4  ballots had voted for 100% Biden, zero Trump. The
5  ballots appear to be perfectly filled out as if they
6  were pre-printed with the presidential candidate
7  selected. Another declarant who holds dual doctorates
8  in economics and engineering from Stanford, states that
9  Georgia uses Dominion Voting Systems, which has a
10 history of technical glitches, and in Atlanta, these
11 software glitches could have affected thousands of
12 absentee mail-in ballots. On November 4, Biden
13 received a batch of 134,886 votes at 6:30 in the
14 morning. In Wisconsin the day after the election,
15 Biden received a dump of 143,000 votes at 3:42 AM.
16 The upshot in the graph is stunning. It suggests there
17 was a pause and then a filling-in the needed votes to
18 win.
19 How do we know this?  He knew it through affidavits,
20 those sworn statements where you can actually go to
21 jail if you don't tell the truth. Interesting though,
22 isn't it?  Adam Schiff and the Democrats can lie to us
23 literally for years with no consequence to them.  But
24 American citizens who put themselves on the line and

Thompson Court Reporters, Inc
thompsonreporters.com

Page 6

1  face the disdain, the hatred and threats of others in a
2  case like this, essentially get prosecuted.  And
3  witnesses are putting themselves in the line of fire
4  simply because they heard or saw something that was
5  incredibly dangerous to speak of, but about which they
6  chose to speak.  Two individuals and one Dominion
7  employee signed affidavit. And yet there is a hue and
8  cry by the media to see these affidavits, many of them
9  are already on file in lawsuits across the country.
10 But these witnesses, many of them were seeking
11 protection and therefore their safety until the time
12 that it is necessary for them to testify.  Does anyone
13 really believe that they were exaggerating when they
14 say they are in fear?  Does anyone really think that
15 the group that brought us hysteria, division, and chaos
16 for four years while Donald Trump was President, and
17 now is unusually calm, wouldn't react to a narrative
18 different than the one that they are comfortable with
19 now?  I ask you, what is the problem in seeking to
20 confirm that this election had no irregularities?  Why
21 have we found thousands of ballots after the election
22 was called?  Why were observers not allowed to watch,
23 which was their legal right?  And additionally, to make
24 sure that everything was done correctly?

Page 7

1  As an aside, on November 5th, I tweeted that there were
2  complaints of voter fraud. Where is the FBI and the
3  DOJ? The tweet was removed because some or all of the
4  content was disputed and might be misleading. I then
5  asked my girlfriend Jackie to tweet the exact same
6  thing. She did, and her tweet has not been removed,
7  leading me to believe that it's got nothing to do with
8  algorithms, and that the censorship going on in this
9  country is a censorship about individuals. Censorship
10 of people is in full play now. Why was there an
11 overnight popping of the vote tabulation that cannot be
12 explained for Biden? The issue now is, are there
13 enough trend lines to overturn an election in an
14 individual state? Can a court throw out thousands of
15 votes because of instances of fraud or overvoting? How
16 can we assess whether the provisional ballots are to be
17 counted if a voter shows up to vote and is told he or
18 she has already voted by mail? How do we handle that?
19 How do we handle the judges in Philadelphia -- or in
20 Pennsylvania, the Secretary of State in Georgia, who
21 unilaterally changed the election law without the
22 appropriate legislative authority? Should these states
23 be able to certify when there is a constitutional issue
24 that clearly only the legislature can change the

Page 8

1  election rules? How is it that Biden underperformed
2  Hillary in every city except the four that Rudy accused
3  them of -- the four cities that Rudy accused of being
4  corrupt Democrat strongholds?  These are the questions
5  that aren't going away. For the sake of our Republic,
6  we have an obligation to get honest and truthful
7  answers. In fact, demand them. Stay tuned.  And
8  that's my open.  Let me know what you think on my
9  Facebook and Twitter, hashtag Judge Jeanine.  And if
10 you like my opens, you'll love my new book, "Don't Lie
11 to Me."  Available right now, everywhere.
12
13             CERTIFICATE OF TRANSCRIPTIONIST
14
15     I certify that the foregoing is a true and accurate
16   transcript of the digitally-recorded proceedings provided
17   to me in this matter.
18     I do further certify that I am neither a relative, nor
19   employee, nor attorney of any of the parties to this
20   action, and that I am not financially interested in the
21   action.
22
23
24

_____
NATHAN KAYLO
Production Manager
THOMPSON COURT REPORTERS INC.

**A**
a 2:2,3,7,7,9,15 3:4 3:6,9,11,11,23,23 4:4,10,24 5:1,9,13 5:15,17,17 6:1,7 6:17 7:9,14,17,23 8:15,18
able 7:23
about 2:12 4:9 6:5 7:9
absentee 5:2,12
absurd 4:22
accurate 8:15
accused 8:2,3
across 6:9
action 8:20,21
actually 3:11 5:20
Adam 2:11 5:22
additionally 6:23
affected 5:11
affiant 5:1
affidavit 5:1 6:7
affidavits 3:22 4:6 5:19 6:8
after 5:14 6:21
algorithms 7:8
all 2:16 4:8 7:3
allegations 2:2 3:12 4:3
alleging 3:3,6,10
allowed 6:22
Almost 2:9
already 6:9 7:18
am 5:15 8:18,20
America 2:9,14
American 3:10 4:14 5:24
Americans 3:14
an 3:3 7:1,10,13,13 8:6
and 2:8,14,17,18,19 2:22,22 3:2,5,8,9 3:13,17 4:2,8,14 4:20,20 5:2,8,10 5:17,22,24 6:1,2,6 6:7,7,11,15,16,23 7:2,4,6,8,17 8:6,7 8:9,9,15,20
another 2:23 5:7
answers 8:7
any 3:13 8:19
anyone 6:12,14
appear 5:5
appropriate 7:22
are 3:11,12,23 4:3,3 6:3,9,14,18 7:12

7:16 8:4
aren't 8:5
as 2:5,11,18,18 3:14 3:23 5:5 7:1
aside 7:1
ask 6:19
asked 7:5
assess 7:16
asset 2:5,7
assistance 3:8
at 2:14 3:20 5:13,15
Atlanta 4:24 5:10
attorney 8:19
AUDIO 1:1
authority 7:22
Available 8:11
away 8:5

**B**
backdoor 3:9
ballots 4:23 5:3,4,5 5:12 6:21 7:16
basis 2:9
batch 5:13
be 2:14 3:16,18 4:15 5:5 7:4,11,16,23
because 2:14 3:14 4:11 6:4 7:3,15
been 7:6
being 5:3 8:3
believe 4:13 6:13 7:7
believed 4:12
Biden 4:23,23 5:4 5:12,15 7:12 8:1
big 2:20
blood 4:19
blue 3:16
book 8:10
boxes 5:3
brought 6:15
but 3:12,13 4:12,22 5:23 6:5,10
by 1:24 2:2 3:4,5,22 4:16,22 6:8 7:18

**C**
called 3:7 6:22
calm 6:17
came 3:17
can 2:8 5:20,22 7:14 7:16,24
candidate 5:6
cannot 7:11
capable 3:9
Capitol 2:23

case 4:4 6:2
censorship 7:8,9,9
CERTIFICATE 8:13
certify 7:23 8:15,18
chamber 3:1
change 7:24
changed 7:21
chaos 6:15
chose 6:6
cities 3:5 4:16,17,19 8:3
citizens 5:24
city 8:2
clear 4:16
clearly 7:24
closer 2:19,20
collusion 2:20
come 3:3
comfortable 4:18 6:18
company 3:6
complaints 7:2
confirm 6:20
Congress 2:10,18
congressmen 2:11
consequence 5:23
consequences 4:15
conspiracy 2:2,10 3:4
constitutional 7:23
content 7:4
controlled 3:5
correctly 6:24
corrupt 8:4
corrupted 3:5
corruption 4:18,19
could 5:11
counted 3:11 5:3 7:17
country 2:17 3:12 6:9 7:9
County 5:2
court 1:24 7:14
criminal 3:4
crooked 4:16
cry 6:8
Cuban 3:8
Curious 4:23

**D**
daily 2:9
damned 4:15
dangerous 6:5
day 2:19 4:8 5:14
declarant 5:7

demand 8:7
democracy 2:14
Democrat 2:9 3:16 4:16 8:4
Democrats 3:4,6 4:17 5:22
described 4:20
Detroit 4:20
did 2:15,21 7:6
different 6:18
digitally-recorded 8:16
disdain 6:1
disputed 7:4
division 6:15
do 2:8 3:14 5:19 7:7 7:18,19 8:18
doctorates 5:7
Does 6:12,14
DOJ 7:3
Dominion 3:7 5:9 6:6
don't 5:21 8:10
Donald 2:5,13 3:15 4:21 6:16
done 6:24
down 2:23 4:24
dual 5:7
dump 5:15

**E**
each 2:24
economics 5:8
election 2:4,4 3:11 4:21 5:14 6:20,21 7:13,21 8:1
employee 6:7 8:19
engineering 5:8
enough 3:18 7:13
enterprise 3:4
especially 3:5
essentially 6:2
ever 2:15
every 2:19 4:4 8:2
everything 2:8 6:24
everywhere 8:11
evidence 2:12,12,13 2:16 3:22
exact 7:5
exaggerating 6:13
except 8:2
explained 7:12
eyes 2:13

**F**
face 3:20 4:1,7 6:1

Facebook 8:9
fact 3:1 8:7
factual 4:3
faith 2:17
false 3:18
fantasies 2:24
far 3:17
favor 4:21
FBI 7:2
fear 6:14
file 6:9
filled 5:5
filling-in 5:17
financially 8:20
fire 6:3
five 4:2
fizzled 2:21
flipping 3:9
for 2:1,6 3:15 4:23 5:4,23 6:12,16 7:12 8:5
foregoing 8:15
foreign 2:3,24 3:12
Forgive 4:12
forward 3:3
found 6:21
four 2:1,6 6:16 8:2,3
FOX 1:4
fraud 7:2,15
from 3:23 4:8 5:8
full 7:10
Fulton 5:2
further 8:18

**G**
Georgia 5:9 7:20
get 2:8 4:14 6:2 8:6
getting 2:19
girlfriend 7:5
Giuliani 4:15
giving 3:18
glitches 5:10,11
go 5:20
going 4:11,21 7:8 8:5
gone 2:14
got 4:12 7:7
government 2:3
graph 5:16
great 3:20
group 6:15

**H**
had 2:12 5:4 6:20
halted 2:18
handle 7:18,19

**has** 3:13 4:8 5:9 7:6 7:18
**hashtag** 8:9
**hate** 4:7
**hatred** 6:1
**have** 4:5,5 5:11 6:21 8:6
**he** 2:12,21 4:20 5:19 7:17
**heard** 6:4
**held** 3:17
**hell** 2:18
**her** 7:6
**Hillary** 8:2
**him** 2:8
**his** 2:13
**history** 5:10
**holds** 5:7
**honest** 8:6
**hope** 3:18
**House** 3:15
**how** 4:4 5:19 7:15 7:18,19 8:1
**hue** 6:7
**hysteria** 6:15

**I**

**I** 3:13,19,22 4:12 6:19 7:1,4 8:15,18 8:18,20
**I'm** 4:9
**if** 4:2 5:5,21 7:17 8:9
**implanting** 2:5
**important** 4:13
**in** 2:10 3:1,1,5,7,10 3:11,13,15,16,20 4:21,22,24 5:8,10 5:13,14,16 6:1,3,9 6:14,19 7:8,10,13 7:19,19,20 8:2,7 8:17,20
**INC** 1:24
**increases** 4:22
**incredibly** 6:5
**indicated** 4:5
**individual** 7:14
**individuals** 3:24 6:6 7:9
**inflicted** 4:8
**instances** 7:15
**interest** 3:13
**interested** 8:20
**Interesting** 5:21
**interfere** 2:3
**interference** 3:1

**irregularities** 6:20
**is** 3:9,20,20 4:13 5:16 6:7,12,17,19 7:2,9,10,12,17,23 8:1,15
**isn't** 5:22
**issue** 7:12,23
**it** 2:16 5:16,19,22 6:12 8:1
**it's** 4:4 7:7

**J**

**Jackie** 7:5
**jail** 5:21
**Jeanine** 1:4 2:1 8:9
**judge** 1:4 2:1 3:23 8:9
**judges** 7:19
**just** 3:2
**Justice** 1:4 4:14

**K**

**kid** 4:10
**knew** 5:19
**know** 4:1,9 5:19 8:8

**L**

**Lady** 4:14
**last** 3:22
**later** 3:19
**law** 7:21
**lawsuit** 4:4
**lawsuits** 6:9
**lawyers** 3:3,6,10,21 4:5
**leading** 7:7
**Left** 4:7
**legal** 3:23 6:23
**legislative** 7:22
**legislature** 7:24
**Let** 8:8
**Let's** 4:10
**lie** 4:2 5:22 8:10
**like** 2:11,21 4:19 6:2 8:10
**line** 5:24 6:3
**lines** 4:19 7:13
**listened** 2:2
**literally** 5:23
**looking** 3:20
**lot** 4:10
**love** 8:10

**M**

**made** 4:16
**mail** 7:18

**mail-in** 4:23 5:3,12
**make** 6:23
**making** 4:13
**many** 4:23 5:3 6:8 6:10
**matter** 8:17
**me** 4:12 7:7 8:8,11 8:17
**Meaning** 4:1
**media** 2:19 3:13 6:8
**medieval** 2:10,22 3:1
**might** 7:4
**million** 3:14
**minstrels** 2:10,22
**misleading** 7:4
**money** 3:8
**morning** 4:22 5:14
**much** 2:21
**Mueller** 2:21
**must** 2:8
**my** 7:5 8:8,8,10,10

**N**

**narrative** 6:17
**necessary** 6:12
**needed** 5:17
**neither** 8:18
**never** 2:15,16 3:2 3:17
**new** 8:10
**NEWS** 1:4
**next** 4:22
**night** 4:21
**no** 3:13 4:24 5:23 6:20
**nor** 8:18,19
**not** 2:15 3:19,21 4:10,10 6:22 7:6 8:20
**nothing** 7:7
**November** 1:6 5:12 7:1
**now** 3:2,21 4:11 6:17,19 7:10,12 8:11
**numbers** 4:21

**O**

**oath** 4:6
**obligation** 8:6
**observed** 5:2
**observer** 5:2
**observers** 6:22
**of** 1:1,1 2:2,4,6,8,15 2:18,20,23,24 3:8

3:9,13,18,19,22 3:24,24 4:1,3,8,10 4:19,21 5:1,3,3,10 5:11,13,15 6:1,3,5 6:8,10,21 7:2,3,10 7:11,14,15,15,20 8:3,3,5,13,16,19 8:19
**offered** 3:21
**on** 2:9,10,16 4:11,15 5:12,24 6:9 7:1,8 8:8
**once** 2:15
**one** 4:8 6:6,18
**only** 4:13 7:24
**open** 8:8
**opens** 8:10
**or** 6:4 7:3,15,17,19
**organized** 3:3
**other** 2:24
**others** 6:1
**our** 2:3 3:18 8:5
**ourselves** 4:10
**out** 4:11,11 5:5 7:14
**over** 3:2
**overnight** 7:11
**overturn** 7:13
**overvoting** 7:15
**own** 2:13

**P**

**part** 4:3
**parties** 8:19
**pause** 5:17
**penalty** 3:24 4:1 5:1
**Pennsylvania** 7:20
**people** 4:6,7,14 7:10
**perfectly** 5:5
**perjury** 4:1 5:1
**perspective** 3:23
**Philadelphia** 4:20 7:19
**PIRRO** 2:1
**Pittsburgh** 4:20
**play** 7:10
**political** 4:18
**pontificated** 2:11
**popping** 7:11
**pre-printed** 5:6
**President** 2:6,17 6:16
**President's** 3:3,6,10 3:21 4:5
**presidential** 2:3 3:11 5:6
**problem** 6:19

**proceedings** 8:16
**prosecuted** 6:2
**prosecution** 4:2
**protection** 6:11
**provided** 8:16
**provisional** 7:16
**puppet** 2:7
**put** 2:10,17 5:24
**Putin** 2:7
**putting** 6:3

**Q**

**questions** 8:4

**R**

**ran** 4:19
**react** 6:17
**ready** 4:6,7
**real** 2:12
**really** 6:13,14
**received** 5:13,15
**RECORDING** 1:1
**regaled** 2:24
**relative** 8:18
**reminded** 2:19
**removed** 7:3,6
**REPORTERS** 1:24
**Republic** 8:5
**Republicans** 3:15
**required** 2:13
**reveal** 2:20
**rid** 2:8
**right** 4:11,11 6:23 8:11
**risk** 3:18,19
**Rob** 2:21
**Rudy** 4:15 8:2,3
**rules** 8:1
**Russia** 2:4,20
**Russian** 2:5,7,20

**S**

**safety** 6:11
**said** 3:16
**sake** 8:5
**same** 7:5
**Saturday** 3:23
**save** 2:9
**saw** 6:4
**say** 3:7,18,19 6:14
**says** 5:2
**Schiff** 2:11 5:22
**scintilla** 2:15
**seats** 3:15
**Secretary** 7:20
**see** 2:15 6:8

seeking 6:10,19
seen 2:12
selected 5:7
Senate 3:17
serious 3:12
she 5:2 7:6,18
should 3:14,18 7:22
show 2:11,23
showed 2:21
shows 7:17
signed 3:24 6:7
simply 6:4
Smartmatic 3:8
so 3:17 4:23
software 3:9 5:11
some 7:3
something 6:4
speak 6:5,6
stake 2:14
Stanford 5:8
star 3:1
staring 3:20
start 4:4
started 3:7
state 7:14,20
statements 3:24 4:3
   5:20
states 2:6 5:8 7:22
Stay 8:7
stole 2:4 4:17
stop 3:19,21
stopped 3:2
strongholds 8:4
stunning 5:16
sub-basement 2:23
such 4:6
suggests 5:16
supposed 2:16
sure 4:13 6:24
sworn 3:24 4:2,24
   5:20
Systems 5:9

_____ T _____
tabulation 7:11
take 2:16
talking 4:9
targeted 4:16
technical 5:10
tell 5:21
testified 2:22
testify 4:7 6:12
than 6:18
that 2:4,8,12,13,13
   2:21 3:10,16 4:5,7
   4:13 5:8 6:4,12,13

6:14,15,18,20,24
   7:1,7,8,11,18,24
   8:1,2,3,5,15,18,20
that's 8:8
the 1:1 2:4,6,9,17,17
   2:18,18,20,22,23
   2:23 3:2,6,8,10,13
   3:15,16,17,18,19
   3:20,21 4:1,5,7,7
   4:13,14,16,19,21
   4:22 5:1,3,4,6,13
   5:14,14,16,16,17
   5:21,22,24 6:1,1,3
   6:8,9,11,15,18,19
   6:21 7:2,2,3,3,5,8
   7:11,12,16,19,20
   7:21,21,24 8:2
   8:3,4,5,15,16,19
   8:20
their 2:5,10 3:1 4:12
   4:14 6:11,23
them 5:23 6:8,10,12
   8:3,7
themselves 5:24 6:3
then 2:22 5:17 7:4
there 4:11,11 5:16
   6:7 7:1,10,12,23
There's 4:10
therefore 6:11
these 3:12 4:2,17
   5:10 6:8,10 7:22
   8:4
they 2:17,24 3:2,7
   3:16,17 4:1,1,2,5
   4:12,12,18 5:5 6:4
   6:5,13,13,14,18
thing 4:13 7:6
think 6:14 8:8
this 3:13 5:19 6:2,20
   7:8 8:17,19
THOMPSON 1:24
those 5:20
though 5:21
thousands 5:11 6:21
   7:14
threats 6:1
through 2:17 4:19
   5:19
throw 7:14
Thursday 4:15
ticket 4:24
time 6:11
to 2:2,3,8,16,20,23
   3:19,21 4:6,7 5:5
   5:17,20,22,23 6:5
   6:6,8,12,17,19,22

6:23 7:5,7,7,13,16
   7:17,23 8:6,11,17
   8:19
told 2:7 3:22 7:17
too 3:20
took 2:22 3:15
TRANSCRIBED
   1:24
transcript 1:1 8:16
TRANSCRIPTIO...
   8:13
trend 7:13
true 8:15
Trump 2:5,7,13
   3:15 4:22 5:4 6:16
truth 5:21
truthful 8:6
tuned 8:7
tweet 7:3,5,6
tweeted 7:1
Twitter 8:9
two 3:2,19 6:6

_____ U _____
under 3:24 4:6 5:1
underperformed
   8:1
unilaterally 7:21
United 2:6
unsupported 2:2
until 6:11
unusually 6:17
up 2:22 7:17
upon 4:8
upshot 5:16
us 2:19 3:19,20,21
   4:8 5:22 6:15
uses 5:9

_____ V _____
Venezuela 3:7
violence 4:10
virtually 4:4
vote 4:24 7:11,17
voted 3:14 5:4 7:18
voter 7:2,17
votes 3:9,10 4:17,23
   5:13,15,17 7:15
Voting 5:9

_____ W _____
was 2:7,18 5:17 6:4
   6:16,22,23,24 7:3
   7:4,10
watch 6:22
wave 3:16

way 3:22 4:12,14
we 2:1,6,8,8,15,16
   2:19 3:14 5:19
   6:21 7:16,18,19
   8:6
we've 3:17
weeks 3:2,19
were 2:7,14,16,19
   4:16,17,18 5:6
   6:10,13,22 7:1
what 3:20 4:9 6:19
   8:8
when 2:21 6:13 7:23
where 2:24 4:17,18
   5:20 7:2
whether 7:16
which 3:7,22 5:9 6:5
   6:23
while 6:16
who 4:17 5:7,24
   7:20
Why 6:20,22 7:10
win 5:18
Wisconsin 5:14
with 1:4 2:3,12,24
   3:7,8 4:18,24 5:6
   5:23 6:18 7:7
without 7:21
witnesses 6:3,10
won 3:16
work 2:18
would 3:16
wouldn't 6:17

_____ X _____

_____ Y _____
years 2:1,6 4:2 5:23
   6:16
yet 6:7
you 3:13,22 4:4,8
   5:20,21 6:19 8:8
   8:10
you'll 8:10

_____ Z _____
zero 5:4

_____ 0 _____

_____ 1 _____
100% 5:4
134,886 5:13
143,000 5:15

_____ 2 _____

2016 2:4
2020 1:6
21 1:6
250 4:6

_____ 3 _____
3:42 5:15

_____ 4 _____
4 5:12

_____ 5 _____
5th 7:1

_____ 6 _____
6:30 5:13

_____ 7 _____
73 3:14