# Exhibit 29

Login　　Watch TV

**TRANSCRIPT** · **Published** November 21 · **Last Update** December 13

# Questions linger over the Left's plot against Donald Trump

**Fox News**



**Questions linger over the Left's plot against Donald Trump**

Ric Grenell, former acting director of National Intelligence joins 'Justice with Judge Jeanine'

*This is a rush transcript from "Justice with Judge Jeanine" November 21, 2020. This copy may not be in its final form and may be updated.*

JEANINE PIRRO, FOX NEWS HOST: Hello and welcome to JUSTICE. I'm Judge Jeanine Pirro. Thanks so much for being with us tonight.

We have a packed show ahead. But first, my open.

Case 1:21-cv-02995-CJN Document 1-30 Filed 11/12/21 Page 3 of 26

For four years, we listened to unsupported allegations of a conspiracy by a foreign government to interfere with our presidential election, that Russia stole the election of 2016, implanting their Russian asset, Donald Trump as President of the United States.

For four years, we were told Trump was a Putin puppet, a Russian asset, and that we must do everything we can to get rid of him and save America.

Almost on a daily basis, the Democrat medieval minstrels in Congress put on their conspiracy show as congressmen like Adam Schiff pontificated about real evidence, evidence that he had seen with his own eyes, evidence that required that Donald Trump be gone because America and democracy were at stake.

Never, ever, not once did we see a scintilla of evidence. Never.

Were we supposed to take it all on faith? They put the President and the country through hell as the work of Congress was halted and as the media everyday reminded us, we were getting closer and closer to the big Russian reveal of Russia collusion that fizzled much like Rob Mueller did when he showed up and testified.

And then the medieval minstrels took another show down to the subbasement of the Capitol, where they regaled each other with fantasies of foreign interference in their medieval Star Chamber. In fact, they never stopped.

And now just over two weeks, the President's lawyers come forward alleging an organized criminal enterprise, a conspiracy by Democrats, especially in cities controlled and corrupted by Democrats.

The President's lawyers alleging a company called Dominion, which they say started in Venezuela with Cuban money and with the assistance of Smartmatic software, a backdoor is capable of flipping votes.

And the President's lawyers alleging that American votes in a presidential election are actually counted in a foreign country.

These are serious allegations, but the media has no interest in any of this. But you and I do as we should, because 73 million Americans voted for Donald Trump.

Republicans took seats in the House they said would be won in a Democrat blue wave that never came, and so far we've held the Senate.

They say the risk of our giving false hope should be enough to stop us two weeks later.

I say the risk of not looking at what is staring us in the face is too great to not stop us.

Now, the President's lawyers offered evidence by way of affidavits, which I told you last Saturday as a Judge, from a legal perspective, are sworn statements of individuals signed under penalty of perjury, meaning they know they face the penalty of prosecution and five years if they lie.

These sworn statements are factual allegations are part of virtually every lawsuit. It's how you start a case.

The President's lawyers have indicated that they have 250 such affidavits under oath, people ready to testify. People ready to face the hate that the left has inflicted upon all of us from day one.

And you know what I'm talking about? Let's not kid ourselves. There's not a lot of violence going on right out there now because they believe they got their way.

Forgive me. But I believe the only important thing is making sure that the American people and Lady Justice get their way, consequences be damned.

On Thursday, Rudy Giuliani made clear the Democrats cities were targeted by crooked Democrats who stole votes. These were cities where they were comfortable with corruption, where political corruption ran through the bloodlines of cities like Pittsburgh and Philadelphia and Detroit.

He described Election Night numbers going in the favor of Donald Trump, but by the next morning, absurd increases in Biden votes. Curious so many mail- in ballots for Biden with no down ticket vote.

In Atlanta, a sworn affidavit under penalty of perjury. The affiant, a Fulton County observers says she observed absentee and mail-in ballots being counted, many of the boxes of ballots had voted for 100 percent Biden, zero Trump. The ballots appeared to be perfectly filled out as if they were pre-printed with the presidential candidate selected.

Another declarant, who holds dual Doctorates in Economics and Engineering from Stanford states that Georgia uses Dominion Voting Systems, which has a history of technical glitches. And in Atlanta, these software glitches could have affected thousands of absentee mail-in ballots.

On November 4, Biden received a batch of 134,886 votes at 6:30 in the morning. In Wisconsin, the day after the election, Biden received a dump of 143,000 votes at 3:42 a.m. The upshot in the graph is stunning. It suggests there was a pause, and then a filling in the needed votes to win.

How do we know this? We knew it through affidavits, those sworn statements where you can actually go to jail if you don't tell the truth. Interesting, though, isn't it? Adam Schiff, and the Democrats can lie to us literally for years with no consequences to them.

But American citizens who put themselves on the line and face the disdain, the hatred and threats of others, in a case like this, essentially, get prosecuted and witnesses are putting themselves in the line of fire simply because they heard or saw something that was incredibly dangerous to speak of, but about which they chose to speak.

Two individuals and one Dominion employees signed an affidavit, and yet there is a hue and cry by the media to see these affidavits, many of them are already on file in lawsuits across the country. But these witnesses, many of them are seeking protection and therefore their safety until the time that it is necessary for them to testify.

Does anyone really believe that they are exaggerating when they say they are in fear? Does anyone really think that the group that brought us hysteria, division and chaos for four years while Donald Trump was President, and now is unusually calm? Wouldn't react to a narrative different than the one that they are comfortable with now?

I ask you, what is the problem in seeking to confirm that this election had no irregularities? Why have we found thousands of ballots after the election was called? Why were observers not allowed to watch? Which was their legal right. And additionally, to make sure that everything was done correctly?

As an aside, on November 5th, I tweeted that there were complaints of voter fraud. Where is the F.B.I. and the D.O.J.? The tweet was removed because some or all of the content was disputed, and might be misleading.

I then asked my girlfriend, Jackie, to tweet the exact same thing. She did and her tweet has not been removed, leading me to believe that it's got nothing to do with algorithms, and that the censorship going on in this country is the censorship about individuals. Censorship of people is in full play now.

Why was there an overnight popping of the vote tabulation that cannot be explained for Biden? The issue now is, are there enough trend lines to overturn an election in an individual state? Can a court throw out thousands of votes because of instances of fraud or over voting?

How can we assess whether the provisional ballots are to be counted if a voter shows up to vote, and is told he or she has already voted by mail? How do we handle that? How do we handle the judges in Pennsylvania and the Secretary of State in Georgia who unilaterally changed the election law without the appropriate legislative authority?

Should these states be able to certify when there is a constitutional issue, that clearly only the legislature can change the election rules?

How is it that Biden underperformed Hillary in every city except before that Rudy accuse them -- the four cities that Rudy accused of being corrupt Democrat strongholds.

These are the questions that aren't going away. For the sake of our Republic, we have an obligation to get honest and truthful answers, in fact, demand them. Stay tuned.

And that's my open. Let me know what you think on my Facebook and Twitter #JudgeJeanine.

And if you like my opens, you'll love my new book, "Don't Lie to Me" available right now everywhere.

A lot more on the President's fight for election transparency still ahead in the hour. But first, some big developments in the fight against COVID. Take a listen to the President himself.

(BEGIN VIDEO CLIP)

DONALD TRUMP (R), PRESIDENT OF THE UNITED STATES: Pfizer and others were way ahead on vaccines, you wouldn't have a vaccine if it weren't for me for another four years because the F.D.A. would have never been able to do what they did.

(END VIDEO CLIP)

White House Deputy Press Secretary Brian Morgenstern joins me now with more. Good evening, Brian. Thank you so much for being with us.

Now, I understand that the Biden campaign is complaining that they are not getting sufficient information from the Trump White House on COVID facts and statistics, is that true?

BRIAN MORGENSTERN, WHITE HOUSE DEPUTY PRESS SECRETARY: They are complaining in that way, but it is not true that they don't have enough information. In fact, Judge, first of all, thank you for having me. It's an honor to be with you.

But frankly, they keep citing -- the most frequent thing they cite is the vaccine distribution plan. I have wonderful news for them. Here it is. It's publicly available. I printed it off https://urldefense.proofpoint.com/v2/url?u=http-3A__cdc.gov&d=DwICAg&c=cnx1hdOQtepEQkpermZGwQ&r=tgDLkJy54PfJyWJwuI3dKe54qGxqO7b7d5vjo7RcZds&m=-M6cRfCv6uq1k1b-siRsNKuek4Sn_v8ZtaCE0NFWWQk&s=QFr2-GmFYBYe3QWgH_0JQCOfJtZ88kV3UyLnHa5dw_A&e= before I came to speak with you.

And 64 different jurisdictions, including all of the states have designed - - worked with us to design specific distribution plans as well. And General Perna, the Great General in charge of the logistics has assured us and has confirmed that we're ready to ship to every zip code in America, within 24 hours of F.D.A. approval. This is monumental.

And the President is right. His leadership made this happen. With Operation Warp Speed, we're getting vaccines to market five times faster than any similar effort in history.

In terms of other data they are asking for regarding cases, there is a whole presentation last evening, or this week, rather, in the White House Press Briefing Room on that data, we made it publicly available.

They were complaining about Strategic National Stockpile information. That's been presented as well. All of this information is available, Judge. It's simply a red herring to try to put political pressure on us.

But the fact is, the President's response has been historic. He is making every resource available. He is sparing no effort to get testing, treatments, PPE, surging personnel, and very soon, we're going to put an end to this pandemic with vaccines.

Questions linger over the Left's plot against Donald Trump | Fox News

China may have started it, but President Trump is putting an end to it.

PIRRO: Okay. And you say that that information, that COVID information is public, that it is a plan? Is it available to everyone? Where can they find it?

MORGENSTERN: Yes, Judge. The playbook for distribution, for example, is on https://urldefense.proofpoint.com/v2/url?u=http-3A__cdc.gov&d=DwICAg&c=cnx1hdOQtepEQkpermZGwQ&r=tgDLkJy54PfJyWJwul3dKe54qGxqO7b7d5vjo7RcZds&m=-M6cRfCv6uq1k1b-siRsNKuek4Sn_v8ZtaCE0NFWWQk&s=QFr2-GmFYBYe3QWgH_0JQCOfJtZ88kV3UyLnHa5dw_A&e= . They could go and print it off. I mean, I guess they maybe want us to mail them a copy, I don't know. But it's there -- it's there to be seen, and there is a webpage, in fact that C.D.C. also hosts with a summary of each of these jurisdiction's plans as well, because they worked very closely with the Trump administration on those plans to make sure that we can reach every zip code in America.

So we want to make sure every minority community has access. We want to make sure, you know, CVS and Walgreens, companies that all Americans know and are familiar with are participating in this program, so that every American who wants a vaccine will be able to get a vaccine, and we'll be starting judge with our most vulnerable Americans so that we can continue to dramatically reduce the risks associated with this virus, and make sure that we get through this pandemic as fast as possible.

PIRRO: Okay. And that is the question I was going to ask you, when you say, you know, the most vulnerable population, will that be all over the country? Will it be in every state? I mean, how does that -- very quickly just give the public an idea of what we're talking about?

MORGENSTERN: Yes, absolutely, Judge. So I think as most of your viewers probably know by now, the highest risks are posed to elderly Americans, those with comorbidities, people, for example, in nursing homes and long term care facilities.

So those are the sorts of things that they will be looking at. There's an independent board that makes recommendations; ultimately, the C.D.C. makes a determination.

But really, that's what we're projecting is that those sorts of considerations, those in nursing homes, long-term care facilities, over a certain age, with comorbidities that's how we will distribute it to make sure that those Americans who have the highest risks are vaccinated fastest so that we can reduce their level of anxiety, reduce their level of risk so that we can get back to normal life really as fast as possible.

PIRRO: How long do you think that that will take? I mean, there are over 300 million Americans. I mean, there will be people who won't -- who will not take the vaccine, I suspect, and you know, at some point, is there a requirement or is it like the flu vaccine that you know, if you want to take it, you do; if you don't you don't?

MORGENSTERN: Yes, Judge I mean, the Trump administration is pro-freedom, and we want to equip people with as much information and resources as possible.

We are encouraging people very strongly to take it and we're sending our public health professionals out to message that this process has not cut a single corner. It has been a very thorough evaluation. The clinical trials have been some of the largest in history.

And there are numerous layers of independent scientific review that will certify that any vaccine that is given to the public is safe and effective.

And so we're looking at probably about 20 million Americans in December, and on a rolling basis, tens of millions of doses each and every month, and we think every American will have a vaccine available in the first part of next year, probably in the March or April timeframe and for anybody who wants it.

PIRRO: All right, Brian Morgenstern, thanks so much.

And still ahead, Congressman Doug Collins, Ric Grenell and Mollie Hemingway.

But first a JUSTICE exclusive. I speak with Atlanta attorney, Lin Wood about his personal fight for transparency in Georgia's election system, and why the battle is far from over.

(COMMERCIAL BREAK)

(BEGIN VIDEO CLIP)

LIN WOOD, ATTORNEY: Where is the potential fraud? Or the fraud, if you want me to be totally accurate? It's in the mail-in votes.

If you don't think this was planned, go home.

(END VIDEO CLIP)

PIRRO: My next guest like you just heard him say believes fraud has occurred in this election. He then decided to take on the fight himself in Georgia. Attorney Lin Wood joins me now by phone. Good evening, Lin.

WOOD (via phone): Good evening, Judge Jeanine. How are you?

PIRRO: I am well and you certainly are in the thick of it here. You brought your own lawsuit against the Secretary of State in Georgia. And that lawsuit was for what?

WOOD: I filed a lawsuit on behalf of myself, but it's actually I feel on behalf of the voters in the State of Georgia who voted in person.

Judge, back in March of 2020 in a backroom deal of which, hardly anyone in the public knows, not even state legislators know, the Secretary of State of Georgia signed a consent agreement with the Democratic Party represented by Perkins Coie, I call them the Hillary Clinton firm -- where they changed the rules substantively, with respect to the absentee ballots.

Under Federal law, with respect to a Federal election, the only change that can be made is by the state legislature. They did not have the legislature approve it. As I said, some legislators didn't even know it existed until the last few days.

So they violated the law and has poisoned the entire general election of November, the 3rd in the State of Georgia.

PIRRO: All right, if I can just interrupt you for a second, Lin.

WOOD: My lawsuit proves to have it deemed unconstitutional and unlawful, and they're going to have to figure out a way to have a new down ballot vote and the electors and the legislature will have to select the President of the United States, which I'm confident will be Donald Trump. He won this election by record landslide across the nation.

PIRRO: Okay, but Lin, a Federal Judge in Atlanta rejected the lawsuit that this last lawsuit is associated with and this affidavit, District Judge Steven Grimberg, a Trump appointee said he found no evidence of irregularities that affected more than a nominal number of votes.

WOOD: Well, we've done a documentary today and what the court has initially ruled is simply that he has denied the motion that we filed for a temporary injunction to stop the certification of the vote by Georgia officials today.

It turns out that while he spoke about the case in general, the lawsuit has not in fact been dismissed. He took the position that with respect to the recount, I did not have legal standing. So we believe we're still in court. I just found that out.

In fact, we have filed just shortly ago, we filed a motion for an emergency hearing because they are destroying ballots in Cobb County, Georgia. We caught them in a truck going to a shredder.

So we've asked for the evidence to be preserved. We've sent out letters to everybody in the counties demanding that they preserve all evidence.

They stole -- they tried to steal this election, Judge and now they are trying to destroy the evidence.

PIRRO: Well, let me ask you this. Lin, when you say that they were destroying or tried to destroy the ballots. Do you have evidence of that?

WOOD: I have video evidence, I posted on my Twitter account. I have photographic evidence. I've posted on my Twitter account. There's no question that they were at the Cobb County Elections Office on Jim R. Miller Park with a shredder truck. We've got video evidence of them shredding the documents, putting them in bins trying to drive off. We've got hard evidence of that.

PIRRO: All right, well, people can certainly go to your Twitter account and check that out themselves.

But it seems, Lin that your argument is similar to the argument that was made in Pennsylvania, but apparently with no positive result and that is that Article 1 Section 4 of the Constitution doesn't allow anyone, but the legislator/legislators to amend anything as it relates to the election law.

So is that the issue that you're taking up on appeal?

WOOD: If the Judge follows through on some of his comments and then dismisses that count is my complaint, then we will file an emergency appeal and the 11th Circuit.

The 11th Circuit Law gives me standing as an elector, a voter to file the lawsuit, and you're right, the Supreme Court authority that only the legislature can change substantively the rules regarding a Federal election.

So the Secretary of State acted unlawfully. He has been caught. We just have got to get this in front of the right court. They'll uphold the law. I'm confident of that fact; whether this local judge does it that is really irrelevant. This issue is going to have to find its way to the Circuit Courts, and may very well have to be decided by the Supreme Court of the United States.

PIRRO: All right, Lin, thank you so much for joining us this evening.

WOOD: Thank you, Judge. Take care and be safe.

PIRRO: Thank you. And Ric Grenell still ahead, but next, Congressman Doug Collins, who led the Trump team recount effort in Georgia is here with reaction to the outcome and what's next. Stay with us.

(COMMERCIAL BREAK)

ASHLEY STROHMIER, FOX NEWS CHANNEL CORRESPONDENT: Live from "America's News Headquarters," I'm Ashley Strohmier.

Britain's Prime Minister plans to end the countrywide lockdown that is scheduled on December 2nd. Boris Johnson says the government plans to return to using a three tiered system that imposes different restrictions, and it's based on the severity of local outbreaks.

Johnson is set to brief Parliament Monday. Britain's death toll climb to more than 46,000, Saturday, the highest in Europe.

Secretary of State Mike Pompeo meeting with the Taliban negotiating team in Qatar, Saturday. The meeting coming just hours after a mortar attack in Afghanistan's capital killed at least eight people and hurt dozens more. ISIS claiming responsibility for that attack.

Meantime, an Afghan peace envoy says the decision to pull U.S. troops from Afghanistan has come too soon.

I'm Ashley Strohmier, now, back to JUSTICE WITH JUDGE JEANINE. For all of your headlines, log on to http://foxnews.com.

PIRRO: Welcome. My next guest led the Trump team recount effort in Georgia and even though the recount is over, the Republicans fight in that state is just beginning.

Congressman Doug Collins joins me now. All right, good evening, Congressman. Does it feel like you've been campaigning forever?

REP. DOUG COLLINS (R-GA): Hi, Judge. Yes, it does, Judge. It really does.

PIRRO: All right.

COLLINS: I go from one campaign and then then back in to working to help to get this President the votes that he deserves and it has been going for a while.

PIRRO: Well, yes, I know that. I know that. And I admire -- I admire your stamina. But let's talk about -- I'm not going to talk about the recount right now. But let's talk about the election in January, I believe it's going to be January 4th.

Now, both Loeffler and Perdue had more votes than the Democrats did and if one of those senators hangs on, then the Republicans keep the Senate, is that correct?

COLLINS: That is correct. We keep one, we do.

PIRRO: Okay. So if Americans are disappointed, at least in Georgia, if they believe that the President did win, as many people do, 73 million votes, a lot of votes, ballots coming in without even down ballot, you know, checks and no blue wave as they said there was going to be.

Do you think that the Republicans are going to say, you know what, it doesn't matter anymore, and that they may not come out to vote or are they incentivized now?

COLLINS: I think they should be incentivized, Judge, because if they truly believe in what Donald Trump has been doing, what we did in Washington for the last four years, then they need to get back out because they don't want Chuck Schumer in the Senate to try to dismantle what this President has done to revive our economy, to make ourselves stronger, to have a military that's actually respected again and have military world leaders know that America means what it says and puts America first.

If they don't -- if they want to be incentivized to make sure that happens, they have got to get out and vote for David Perdue and Kelly Loeffler because Chuck Schumer is the antithesis of what Donald Trump is. He is not a leader.

Donald Trump is a leader and actually put forward these things. But he will do everything he can with Nancy Pelosi to dismantle this and the Legislative Branch has to be that face. We've got to hold the line in the Senate.

PIRRO: All right. Well, you know, I just had Lin Wood on the show. And obviously, he is one of the brightest legal minds in the country. But his argument is clearly that the Secretary of State Raffensperger didn't have the right to have this deal with Stacey Abrams, where they change the election law without getting the legislature involved.

Now, in the re-election or whatever you call it, the runoff in January, those same rules are still going to be in effect, is that correct?

COLLINS: That is correct, Judge. And that is the concern that I've had. The Secretary of State who I've known for a while, but this is just insanely been too much. It lasts a little bit.

He has kept saying everything was fine here in Georgia. Let me ask you, is it fine that we find over, I believe, to date, in 10,000 ballots, 3,000 of which went to President Trump that were never counted on Election Day?

Is it right that we have standards that are different in all 159 counties, because the Secretary of State's Office never gave clear guidance on which of the settings for the machines to count with? These are things that have got to be answered.

And then you get back to the Consent Decree on how we have actually handle these signatures, and he claims one thing, we know the truth in other ways that has not been handled right.

Otherwise, you would have not had the decrease in rejection on signatures and ballots that you had and this one, down from three percent just two years ago to 0.03 percent this year.

PIRRO: Okay, so has the election results for the President, but have they been certified in Georgia?

COLLINS: They've been certified in Georgia, but there's a problem. Again, the Secretary of State has decided, it seems to have certified the election in the original form, not the actual after the count. This was something that we're looking at.

So again, this is not over. There will be a statutory recount. A statutory recount is two days after the certification and I'm sure there will be another -- now, this little machine recount. It'll hopefully catch those numbers.

But this is the problem we're dealing with down here. It is inconsistency. It is trying to basically make sure that everybody believes everything was fine when everybody knows it wasn't fine.

Let's be honest about it and then tell people that their votes counted so that they will be able to come back out in January 5th.

PIRRO: All right, Congressman Doug Collins, thanks so much. We will have you back.

COLLINS: Thanks, Judge. Appreciate it.

PIRRO: All right. Russia, Russia, Russia was all we heard for years, but now the Dems are singing quite a different tune when we have something to investigate. Ric Grenell joins me next. Stay with us.

(COMMERCIAL BREAK)

PIRRO: Welcome back to JUSTICE. A lot to talk about with my next guest, former Acting Director of National Intelligence, Ric Grenell, who has been a dedicated defender of the President in these crazy times. He joins me now.

All right, good evening, Ric. It's good to have you on. Look you are a man who takes no prisoners. You've been very clear on whatever mission that you've been on and you pretty much deliver every time.

You know, whether this administration is over or whether President Trump has a second administration, don't you think it's time that we completely declassify all of that information that was classified in the run up to the 2016 election so the American people can finally know whether irrespective of whether anyone is prosecuting anyone, what went on in the run up by the Biden and Obama administration?

RICHARD GRENELL, FORMER ACTING DIRECTOR OF NATIONAL INTELLIGENCE: Thanks for having me, Judge. Look, I would say not only is it important that we have that transparency for how this Russian collusion and investigations happen throughout the Trump administration.

But I think that we have fundamentally done something different for Washington and that the people want to see transparency. This is a foreign concept to many people in Washington, D.C. The politicians, the bureaucrats, even the reporters are not really accustomed to having people just share the information when they have the power to share the information.

And I actually believe that what's happened over the last year with declassification and transparency is something that you're not going to be able to put back into the bottle. People are going to demand this going forward, no matter

who is President.

So I would say that every single time that we have politicians trying to spoon feed information to the American public saying, well, I can't tell you about all this information, but you've got to trust me, that trust has really eroded and people are now going to demand to see the evidence, and to demand to see the facts.

PIRRO: Well, all right, so here I am demanding to see the evidence. Let's see it. You know, it is 2020. There may or may not be a new President in 2021. Why not -- why isn't everything declassified now? Can you answer that question?

GRENELL: Well, look, when I was there, I demanded that we declassify anything that wasn't a source or a method, and we have a problem in the Intelligence Community where they over classify. They pretend that it is a method that somehow they're going to use in the future. But the reality is, is that they are over classified information to protect from a PR standpoint.

PIRRO: Who can override their over classification?

GRENELL: Well, the Director of National Intelligence and the President can absolutely do that.

PIRRO: So that's Ratcliffe.

GRENELL: We started that process and that's my point. I think that the people are going to demand it now because they saw the information come forward and it was nothing like what the politicians were saying. And so this is going to impact decisions in the future.

We need to demand that the Director of National Intelligence for all of the future, the future D.N.I.s and future Presidents of whatever party are going to be about transparency. Transparency is not political.

PIRRO: Okay. Look, let's kind of transition from unmasking to a real unmasking in California with Mr. Gavin Newsom, the Governor of California who for whatever reason, thinks that he is above the law or that the law doesn't apply to him.

And, you know, we've got hundreds of thousands of people in California, millions, I suspect, who are being told you can't travel, you can't have more than 10 people at your house for Thanksgiving, and yet, he is violating them.

The Democrats are violating them.

Nancy Pelosi in California, you know, maskless in a salon that isn't supposed to be open, and yet salon workers end up being arrested who try to go to work with a mask on. What is going on with the Democrats?

GRENELL: Look, we have a real problem in California with politicians who do one thing and say another. This is not anything new, although it's just come to light to the rest of the contrary.

You know, Gavin Newsom, he is the biggest phony ever. I think all you have to do is replay his statements on why he went to the French Laundry restaurant, this very expensive restaurant and he lied to us and said that he was outdoors when now we see the picture that he was indoors.

This is the typical thing of Sacramento, though, politicians get away with this like they do in Washington, D.C. We don't have a media that holds them into account because California is a one-party state.

So people are getting really angry. There is this recall effort, Judge, I hope that people will go if you live in California and sign the petition to recall Gavin Newsom.

PIRRO: okay.

GRENELL: He is out of control. He's a total phony. And all you have to do is watch his excuses and everybody cringes when they see him talk.

PIRRO: They do.

GRENELL: And try to spin his way out. He is the typical politician.

2/3/2021
Case 1:21-cv-02995-CJN Document 1-30 Filed 11/12/21 Page 20 of 26
Questions linger over the Left's plot against Donald Trump | Fox News

PIRRO: Ric Grenell, it is always great to have you on JUSTICE. Thanks so much for being with us.

And up next, how far will they go? Are the Dems really urging people to move to Georgia to vote in this state runoffs? Mollie Hemingway breaks it all down next.

(COMMERCIAL BREAK)

PIRRO: Welcome back. A lot to get to with my next guest. Let's bring in "Federalist" senior editor and FOX News contributor, Mollie Hemingway.

Mollie, it's great to have you on JUSTICE. We always love having you on. You penned a new piece in "The Federalist" titled "Democrats and the Media," and you talk about the Democrats reaping the fruit of their four- year anti-Trump conspiracy theories. Can you tell the viewers what you were talking about?

MOLLIE HEMINGWAY, FOX NEWS CHANNEL CONTRIBUTOR: It's just been so interesting these last few weeks to hear people say that going to a court of law and litigating election results undermines democracy. This is absurd in multiple ways. It's important that people believe in the integrity of elections and that they have confidence in those and going to courts of law is something that happens quite regularly in elections.

But more than that, we have just lived through four years of undermining the legitimacy of the 2016 election. This has been something that has been broad. It has been done throughout the media, throughout the Democratic Party, and to be told after experiencing four years of these claims that Donald Trump is not the legitimate President and the fact that he colluded with Russia to steal the election, to say that that is fine even though there is no evidence in support of those claims, but going to courts of law to litigate election results is somehow horrific.

It is very offensive to the people who were harmed by those four years of delusional conspiracy theories about Russia collusion.

PIRRO: Well, you know, Mollie, in addition to that, I mean, the numbers that have come in, I mean, that the President, I think was elected with something like nine million more votes, or 10 million more votes than last time, and that he actually had the highest number of non-white voters in decades, which is kind of interesting.

2/3/2021
Case 1:21-cv-02995-CJN Document 1-30 Filed 11/12/21 Page 21 of 26
Questions linger over the Left's plot against Donald Trump | Fox News

And it kind of suggests that, you know, maybe what the President's lawyers are talking about might be the case. But the silence on the part of even some of the Republican Party to maybe let's just move along, everybody is quiet on the streets. Let's just let this go.

What do you think of that? You know, like the mob has been appeased, and we will have peace at last. What do you think of that?

HEMINGWAY: Yes, there is this divide in the Republican Party, about whether you should accept being treated like second class citizens or not, and President Trump obviously, has gotten that massive amount of support of 74 million voters, 10 million more than last time he ran, in part because he has this idea that conservatives should not be treated like second class citizens.

We have decades of experience of dealing with election fraud. Unfortunately, it's something that happens in this country, and Republicans tend to let it go. You have the example of Richard Nixon. You saw there were credible allegations involving the Missouri governor's race in 2000.

There were credible issues regarding Al Franken and whether he really legitimately won his Senate seat, whether the governor of Wisconsin last time when he didn't win re-election, he chose not to litigate this issue.

But after a while Republicans say, maybe this shouldn't be allowed to continue, particularly in a year when you've changed from traditional style of voting to massive mail-in balloting and lowering the scrutiny for those mail-in ballots.

So if there was ever an election where it was important to have confidence in the results, it's this one where you had many changes nationwide, both in terms of opening up massive new avenues for mail-in balloting, at the same time that scrutiny was decreased.

And so you would think that everybody, regardless of who they preferred, won the presidency, would care about having confidence in this election. And when people say under penalty of perjury, that they have seen problems, you would hope that everybody would agree that it's important that we really investigate that and take that through to its natural conclusion, so that no matter who is deemed the winner in the Electoral College that they can be confident that that was a legitimate election.

PIRRO: But you know, it is so consistent with this mentality that we should be quiet, you know, that we should be beaten down, that they should get into our faces, that they should make sure that we're not served or whatever -- you

know, when you go through everything that has happened, forget about what's happened to the President, but to everyone who is, you know, Republican or conservative.

And then now basically being told, you know, don't you dare question a clear constitutional issue, Article 1, Section 4 of the Constitution gives only the legislature's the power to amend the election law.

And the idea now with this Dominion Voting System that you know, Carolyn Maloney in 2006 and 2007, you know, apparently did a report on, Texas said it wasn't any good. Klobuchar said it wasn't trustworthy, and so did Elizabeth Warren. And now all of a sudden, if Sidney comes out and says anything about it, then everyone says, oh, she is crazy. She's a conspiracy theorist.

It's just -- it's mind numbing.

HEMINGWAY: We've gone from, you know, in the last four years being told that the election had no integrity and that Donald Trump was not the legitimate President, to now being told there are no problems at all with this election, even though there were so many changes with how we did things.

And you'd asked earlier about the differences in different types of Republicans. I think, you know, during the last four years, you had this conspiracy theory that was really advanced throughout the country, through elites in the Democratic Party and in the media, also, unfortunately, sometimes in the Republican Party, not willing to fight back against something that was very damaging to the country.

And so what happened as a result of that conspiracy theory completely falling apart is that those same voices lost credibility to tell people whether or not they should accept these election results.

When they were willing to push that out or not say anything in opposition to it that made a lot of people know that they can't really trust them to be -- they can't follow what they say about an election because of what they did to their credibility in the last four years.

PIRRO: Always good to have you on. Mollie Hemingway, thanks so much for being with us. And we'll be right back.

HEMINGWAY: Thank you.

(COMMERCIAL BREAK)

PIRRO: Thanks so much for joining us tonight. It's good to be back in the studio. I'm in a studio, I'm very excited.

Anyway, remember don't miss a moment for all the news you heard tonight and more, you can take FOX News wherever you go when you're on the go with the FOX News app.

And finally tonight, can you believe the Holidays are almost here and my new book. "Don't Lie to Me." It's perfect especially for now. It makes a perfect gift for you, your friends your family. Just order it on Amazon and you could do it tonight and get it tomorrow, anyway.

And remember you can find me on Cameo. I deliver all kinds of messages.

Anyway, I'm Jeanine Pirro advocating for truth, justice and the American way. JUSTICE has been served. Good night.

Greg Gutfeld is next. We'll see you next Saturday night.

*Content and Programming Copyright 2020 Fox News Network, LLC. ALL RIGHTS RESERVED. Copyright 2020 ASC Services II Media, LLC. All materials herein are protected by United States copyright law and may not be reproduced, distributed, transmitted, displayed, published or broadcast without the prior written permission of ASC Services II Media, LLC. You may not alter or remove any trademark, copyright or other notice from copies of the content.*

## Sponsored Stories

Ads by Verizon Media

**Jen Psaki slammed for 'homophobic' tweet about Sen. Lindsey Graham**
Fox News

**Paulina Porizkova shares nude photo inspired by Elizabeth Hurley: 'Sexy has no expiration date'**
Fox News

**Kourtney Kardashian wows in itty bitty red bikini: 'My content is thirsty'**

Fox News

---

**Psaki's resurfaced tweets slam Trump, Sanders supporters, severely undercutting 'unity' message**

Fox News

---

**Man buys hoarder's old house, discovering cash, silver dollars and valuables**

Fox News

---

**Lisa Marie Presley poses with daughters in 53rd birthday post: 'I couldn't have made it through without' them**

Fox News

---

**Democrats outraged as anti-Cuomo troll uses Maxine Waters quote that had targeted Trump aides**

Fox News

## Coronavirus

## U.S.

Crime

Military

Education

Terror

Immigration

Economy

Personal Freedoms

Fox News Investigates

## World

U.N.

Conflicts

Terrorism

Disasters

Global Economy

Environment

Religion

Scandals

## Opinion

## Politics

Executive

Senate

House

Judiciary

Foreign Policy

Polls

Elections

## Business

Personal Finance

Economy

Markets

Watchlist

Lifestyle

Real Estate

Tech

## Science

Archaeology

Air & Space

Planet Earth

Wild Nature

Natural Science

Dinosaurs

## Health

Coronavirus

Healthy Living

Medical Research

Mental Health

Cancer

Heart Health

Children's Health

## About

Contact Us

Careers

Fox Around the World

Advertise With Us

Media Relations

Corporate Information

Compliance

Supplier Diversity

## Entertainment

Celebrity News

Movies

TV News

Music News

Style News

Entertainment Video

## Lifestyle

Food + Drink

Cars + Trucks

Travel + Outdoors

House + Home

Fitness + Well-being

Style + Beauty

Family

Faith

## Tech

Security

Innovation

Drones

Computers

Video Games

Military Tech

## TV

Shows

Personalities

Watch Live

Full Episodes

Show Clips

News Clips

## Other

Fox Nation

Fox News Shop

Fox News Go

Fox News Radio

Newsletters

Alerts

Podcasts

Apps & Products

New Terms of Use    Updated Privacy Policy    Do Not Sell my Personal Information    Closed Captioning Policy    Help    Contact Us
Accessibility Statement

This material may not be published, broadcast, rewritten, or redistributed. ©2021 FOX News Network, LLC. All rights reserved. Quotes displayed
in real-time or delayed by at least 15 minutes. Market data provided by Factset. Powered and implemented by FactSet Digital Solutions. Legal
Statement. Mutual Fund and ETF data provided by Refinitiv Lipper.