# Exhibit 30

Page 1

TRANSCRIPT OF THE AUDIO RECORDING OF:

FOX NEWS, WATTERS' WORLD

NOVEMBER 21, 2020

TRANSCRIBED BY: THOMPSON COURT REPORTERS INC

1    JESSE WATTERS:  Welcome to Watters' World.

2    I'm Jesse Watters.  Protecting the Republic, that's the

3    subject of tonight's Watters' words.  When you have an

4    election that half the country thinks was crooked,

5    shouldn't you investigate it to make sure it wasn't?

6    The Democrats investigated the last election for three

7    years and found nothing.  But Republicans can't

8    investigate this election for three weeks.  President

9    Trump's legal team laid out what they found in just a

10   short period of time.

11        RUDY GIULIANI:  Jesse Jacob is an adult

12   citizen and a resident of the State of Michigan.  She's

13   been an employee of the City of Detroit for decades.

14   She was assigned to voting duties in September and she

15   was trained by the City of Detroit and the State of

16   Michigan.  She's basically trained to cheat.  She said

17   that, I was instructed by my supervisor to adjust the

18   mailing date of these absentee ballot packages to be

19   dated earlier than when they were actually sent in.

20   The supervisor made that announcement for all workers

21   to engage in that fraudulent practice.  That's not me

22   saying that.  That's just American citizens saying that

23   under oath.

24        JESSE WATTERS:  This is a Detroit poll

1  worker, swearing under penalty of perjury, that she was

2  trained to cheat by Democrat election officials to

3  backdate ballots that came in after election day.  Rudy

4  says the woman will also testify that she was

5  instructed not to verify signatures, not to invalidate

6  bad ballots, and not to check voter ID. She says all

7  the poll workers around her were instructed to do this.

8  Rudy laid out more direct testimonial evidence from

9  Michigan citizens.

10      RUDY GIULIANI:  What they swear to is that at

11  4:30 in the morning, a truck pulled up to the Detroit

12  Center, where they were counting ballots. The people

13  thought it was food, so they all ran to the truck.

14  Wasn't food, it was thousands and thousands of ballots.

15  And the ballots were in garbage cans, they were in

16  paper bags, they were in cardboard boxes and they were

17  taken into the center. They were put on a number of

18  tables. At that time, they thought all the Republican

19  inspectors had left. All but two had and an employee of

20  Dominion. And here's what they jointly swear to. That

21  every ballot that they could see, every thing they

22  could hear, these were ballots for Biden.  When they

23  saw a ballot, these were ballots only for Biden,

24  meaning there was no down ticket, just Biden.  Many of

1  them didn't have anything on the outer envelope,

2  because these ballots were produced very quickly, very

3  swiftly.  And they're estimated to be a minimum of

4  60,000, maximum of a 100,000.  Many of them were triple

5  counted, which means they were put into the counting

6  machine this way.  Once, twice, three times.

7        JESSE WATTERS:  Makes you sick to your

8  stomach to think that this could have happened, but it

9  gets worse.  The President's legal team has hundreds

10 and hundreds of sworn eyewitness statements testifying

11 to major voter fraud in Atlanta, Philly, Pittsburgh,

12 Detroit, Milwaukee, Las Vegas, and Phoenix.  These are

13 deep blue cities run by Democrat machine bosses and

14 election boards in key swing states, Biden leads.  Over

15 voting, double voting, out-of-state voting, vote

16 changing, voter intimidation, backdating.  Poll

17 inspectors swear they weren't permitted to inspect

18 hundreds of thousands of mail ballots being opened and

19 processed in Pennsylvania.  Dozens of inspectors swear

20 they were denied real access in major Democrat

21 precincts across the country in early morning of

22 November 4th and beyond, while Biden chewed away at

23 Trump's lead.  In Pittsburgh, 15,000 people showed up

24 on election day to vote and were told they had already

Page 5

1   voted by mail, when they hadn't.  So who casts ballots

2   in their names?  Wisconsin set out tens of thousands of

3   unsolicited ballots.  It's against state law.

4   Democrats violated the Equal Protection Clause by

5   allowing people to cure their bad ballots in cities,

6   but not in Trump counties.  And all of these arguments

7   and testimonials were laid out methodically by Rudy.

8   Another lawyer, Sidney Powell, claims she has

9   whistleblower testimony and significant circumstantial

10  evidence proving that software in the vote machines

11  rigged vote counts for Joe.  If this is true, it's the

12  biggest scandal in American political history.  It's an

13  extremely technical and controversial allegation.  So

14  Watters' World producers have been looking into it and

15  we're going to show you exactly what we found coming up

16  later in the show.  So the Trump case is this, don't

17  certify fraudulent results.  Let the lawyers present

18  their case in court and let the judges rule.  And if it

19  goes through a legal process, a constitutional process,

20  nobody should have an issue with that.  It's an uphill

21  battle for sure, but it's a battle worth fighting.  It

22  was a unique election with tens of millions of mail

23  ballots for the very first time.  And all the country's

24  powerful interests aligned against the President.

Page 6

1   Trump was ahead. Then a stoppage, and then the outcome

2   delayed, while Biden clawed ahead under controversial

3   circumstances. Now perhaps that can be explained.  But

4   we're seeing early signs that there are other

5   explanations and those should be pursued all the way.

6   Democrats rioted and launched a coup after the last

7   election. Spare us the outrage when a lawyer files a

8   lawsuit. Let's take a trip down memory lane, shall we.

9   Remember when Hillary said Trump stole the election and

10  was an illegitimate president.  Remember when Democrats

11  pressured electors to stop Trump's certification.

12  Remember when dozens of Democrats boycotted Trump's

13  inauguration. Remember the Obama administration

14  illegally leaked classified information and unleashed

15  FBI agents on Trump's transition.  All of that was over

16  a lie planted by Hillary, just to distract from her

17  e-mail scandal.  And so far there's more evidence of

18  election corruption than there ever was of election

19  collusion. Remember when the mainstream media cared

20  about election integrity?  Here's an investigative

21  report from NBC News demonstrating how Dominion voting

22  machines are easily hacked.  Look at the title of the

23  package right there, The Ease of Hacking Voting

24  Machines, from NBC News. And speaking of Dominion last

1  year, Senators Liz Warren and Amy Klobuchar, they wrote

2  a letter to the parent company of Dominion, raising

3  serious concerns about instances of illegal vote

4  flipping in their machines.  And who could forget

5  Biden, just last month, bragging about how he had the

6  best voter fraud op ever.

7          JOE BIDEN:  We have put together, I think the

8  most extensive and inclusive voter fraud organization

9  in the history of American politics.

10          JESSE WATTERS:  Oops.  Perhaps that was just

11  a slip of the tongue.  Or maybe he said the silent part

12  out loud.  I don't know.  Either way, the truth is

13  worth pursuing.  Voters are owed fair elections here in

14  America.  Millions of Americans died for our right to

15  vote.  They died defending democracy and died

16  protecting the Republic.  The country's shot if we

17  can't trust the process on election day.   It's our

18  duty to have an accurate tally.  Don't trust anybody

19  who doesn't want to ensure that.  So keep the faith.

20  We're up against the clock, no doubt.  Whatever

21  happens, happens, and that was meant to be.  And always

22  remember this, we can be gracious in victory and humble

23  in defeat.  That is, unless they cheat.  Okay, here

24  with reaction host of Lou Dobbs Tonight and author of

1   The Trump Century.  All right Lou, what do you think

2   about all this chaos post election?

3            LOU DOBBS:  Well, it's a--it's of our making.

4   And by our making, I mean the, the Left, the Right, the

5   Republicans, Democrats, this President and his

6   opposition colliding on November 3rd. And it is a

7   donnybrook that I don't believe we're going to see

8   resolve quickly. Perhaps certainly not as quickly as

9   did 2000, that contested election. This one is deeper,

10  it is broader. It is more sinister, frankly.  And I

11  think we are in for the long hall on this election. It

12  will be awhile before this is resolved. If indeed it

13  is to be resolved.

14           JESSE WATTERS:  I find it fascinating there's

15  people on the Left don't understand why that people on

16  the right might believe that there was some cheating

17  involved.  Considering what they've done to this

18  President over the last four years.  I mean, they had

19  SWAT teams raid the homes of the President's

20  associates.  They were secretly recording the First

21  Lady on the phone.  They were doxing supporters.  They

22  tried to take them out with the 25th amendment.  They

23  spied on his campaign.  They rigged the presidential

24  debates.  Remember, all of a sudden, it's not going to

Page 9

1   be in person at the last second.  They're going to make

2   it virtual and all the money that poured in from

3   corporate America at the last second.  To think that

4   they wouldn't even consider something like this. It

5   just boggles my mind.

6          LOU DOBBS:  You and I, and I think nearly all

7   of your viewers and most of the country understand what

8   is, what is both at stake here and what is going on

9   here.  The Left is carrying out what has been a four and

10  a half year long plot and effort to overthrow the President

11  of the United States. First, as you have documented, to

12  block his candidacy and deny him the presidency, once

13  he won the presidency to overthrow his presidency.  It

14  persists to this very day.  And to think of the

15  meanness and the venality of the Left is to contemplate

16  the abyss.  They have done all of this and I really

17  believe, Jesse, they don't care that they've been

18  caught.  The President says this time they got caught

19  in this election and indeed they have.  All across the

20  country, various jurisdictions, stealing, trying to

21  steal an election.  And this President is

22  demonstrating, once again, he is the wrong guy to

23  cross. The wrong guy to think you can overthrow, upend,

24  and somehow stop with a vicious campaign, whether it's

1  verbal, whether it is physical, whether it is what we

2  have seen here, a cyber attack on our election, those

3  voting machines and software.  This President means to

4  see this to the end.  And that means to see it to the

5  end of justice for these people, who have decided that

6  they would overthrow our government and overthrow our

7  way of life in this country.  And it just damn well

8  isn't going to succeed.

9      JESSE WATTERS:  You're right, the fact that

10  it does fit a pattern.  When you think about they tried

11  to impeach him during an election year.  When they

12  censor everything he says on social media.  I mean, he

13  does a press conference that networks don't even take

14  it.  CNN blacks it out.  They cut in and try to fact

15  check everything he says in real time.  And you're

16  right, there has been this collision between the

17  President and it's the powers that be, so to speak for

18  the last four years.  And we're just seeing the

19  continuation of that vicious collision between a

20  movement and an establishment.  And I would agree, I

21  think he takes it as far as he can take it and fights

22  as tough as he can until--until you know, you're out of

23  ammo.  Eventually you run out of ammo.  But it's a

24  fight worth fighting.  And I think that's why his

1  supporters have his back, is because he doesn't back

2  down for something like this.

3          LOU DOBBS:  I think you're right.  I think it

4  goes beyond that.  The Republicans have to stand with

5  this President or the Republican Party is watching its

6  death knell.

7          JESSE WATTERS:  But why, why are they doing

8  that?

9          LOU DOBBS:  They might as well join the

10 funeral procession into the abyss for their party,

11 because this Republican Party will be gone and done if

12 they do not stand with this president.  If the Left

13 were to get away with this, if the radical Dems, the

14 deep state were to get away with this, what in the hell

15 would they not do to this country, to law abiding

16 citizens, to the Republican Party, not well-known for

17 its courage and forthrightness in defense of the

18 working man and woman before Donald Trump was voted in

19 to office and this movement began.  This is no longer

20 the party of Republican country clubs and big

21 corporations.  The Republican Party is now the party of

22 working men and women, the middle class and all who

23 aspired to it.  No Republican has expanded the

24 boundaries of the Republican Party to include

1  minorities, to include women, to truly create a big

2  tent.  This is not about reconciling as one Congressman

3  wanted done, the head of the Republican study group

4  wants to blend the Reagan agenda with the Trump agenda.

5  No, this is the Trump agenda, because he is fighting

6  for what this country is all about: opportunity,

7  success, and by God, a quality for every single

8  American. And he's not only talking it, he's delivered

9  it.  Whether it's in employment, whether it's in jobs,

10 whether it is in terms of making sure we have balanced

11 trade and quit policing the world.  It's, this is, as

12 you've documented here in this broadcast, this is

13 shameless what the Left has done.  And there will be

14 no, no yielding.  Certainly I will guarantee you this,

15 I won't yield.  And I know this President won't.

16          JESSE WATTERS:  All right, Lou Dobbs, there

17 he is everybody.  Go check out his book.  Thank you

18 very much.  Inspiring words.

19          LOU DOBBS:  Good to see us.

20          JESSE WATTERS:  Watters' World investigates

21 Dominion Voting Systems. What our team uncovered about

22 the software at the center of this election.  And do as

23 I say, not as I do, California's governor, the latest

24 hypocritical Democrat to his own lockdown orders.

1   Governors across the country are adding new Coronavirus

2   restrictions ahead of Thanksgiving.  Some are good,

3   but most are bad.  For example, in Pennsylvania, you're

4   now required to wear a mask inside your own home.  In

5   Oregon, no indoor and outdoor gatherings of more than

6   six people from two separate households.  Some people

7   might want that.  Violators could face jail time.  So

8   inviting your family over for the holiday is illegal,

9   but crack cocaine isn't.  That's right, Oregon just

10  decriminalized all drugs.  New Jersey says, don't sing

11  inside your home.  And no dancing allowed at weddings

12  in Ohio.  Joining me now to discuss this is Ohio

13  Congressman Jim Jordan.  That probably works out for

14  you because I heard you're a terrible dancer

15  Congressman.

16          JIM JORDAN:  And I and I can't sing either

17  Jesse.  No, it's it's--it's ridiculous.  In Ohio, you

18  now have to be in your home by ten o'clock.  In

19  Pennsylvania when you're in your home, you have to wear

20  a mask.  And in Vermont, when you're in your home, you

21  don't have to wear a mask because you're not allowed to

22  have friends over to your home.  I mean, this this is

23  gotten so ridiculous and we forget this is America.  I

24  mean, I go back to when the first lockdown happened,

Page 14

1   the Attorney General of the United States sent out a

2   memo to all US attorneys.  This is back in April of

3   this year, sent out that memo to all US attorneys, a

4   lot of important things he discussed in there, but near

5   the end of the memo had a great line.  He said the

6   Constitution is not suspended during a crisis, and amen

7   to that.  And we need to remember that.  In fact, I

8   would argue, the Constitution is most important when

9   you're dealing with something unique, something big

10  like this.  So this is as wrong as it gets.

11           JESSE WATTERS:  Yeah we were pretty obedient

12  at the beginning because we didn't know what was about

13  to hit us and then we came out of it.  And now its

14  basically a joke.  You can have crystal meth, get

15  caught with that, they let you walk.  But you can't

16  have Aunt Milly over in Oregon with the cousins.  It's

17  insane. Gavin Newsom out in California, he's, has all

18  kinds of crazy regulations out there.  You can't do

19  this, you can't do that.  But he got caught dining at a

20  restaurant called French Laundry.  Inside, where I

21  think it's about $350 a head.  And he was dining with

22  members of the California Medical Association.  They

23  were breaking their own rules.  There's not a lot of

24  things that annoy people more Congressman, in this

Page 15

1  country, that when politicians say do something and

2  they don't do it themselves?

3          JIM JORDAN:  No, the double standard drives

4  Americans crazy and well it should.   I mean, whether

5  it's Governor Newsom, whether it's Mayor Bowser, who

6  was, oh she can go travel, that's essential.  She can

7  go travel to the Biden victory party or whatever it

8  calls.  I don't think he's won yet.  We'll have to let

9  this all play out, but she can do that, but we can't

10  leave.  I mean, this is, we have to be in our homes at

11  ten, but some other government, I mean, it's, it is

12  ridiculous.  Americans have common sense.  I mean, the

13  part that gets me the worst probably Jesse is

14  when--when Governors tell business owners that we care

15  more about your employees and your customers then you

16  do.  I just fail to accept that premise.  I think the

17  small business owner who is running their business

18  cares deeply about the well-being of their employees,

19  deeply about the well-being of their customers,

20  exercises common sense in good judgment.  Let them

21  operate their business for goodness sake.  Don't put

22  all these restrictions on them, and don't shut them

23  down, which is now, seems to be far too many governors

24  and mayors are attempting to do.

Thompson Court Reporters, Inc
thompsonreporters.com

1        JESSE WATTERS:  Yeah, and it eviscerates

2    small business because it's the big companies that can

3    whether the storm.   But it's the small mom and pop

4    shops that just don't have the capital to do that time

5    and time again.   Alright Congressman, you will be

6    inside neither singing nor dancing and the rest of your

7    family will be very happy about that in Ohio.   Have a

8    great Thanksgiving.

9        JIM JORDAN:  You too, Jesse, take care.

10       JESSE WATTERS:  All right.   Trump's legal

11   team says there is enough evidence to overturn the

12   election.   And at the center of at all, the Dominion

13   voting machines.   A Watters' World investigation, you

14   don't want to miss.

15       SIDNEY POWELL:  One of its most

16   characteristic features, is its ability to flip votes.

17   It can set and run an algorithm that probably ran all

18   over the country to take a certain percentage of votes

19   from President Trump and flip them to President Biden.

20   Which we might never have uncovered, had the votes for

21   President Trump, not been so overwhelming, in so many

22   of these states that it broke the algorithm that had

23   been plugged into the system.

24       JESSE WATTERS:  Trump team lawyer Sidney

1   Powell, who single handedly turned the Flynn case

2   around, made some very explosive claims this week.  Her

3   focus was on Dominion Voting Systems and Smartmatic, a

4   firm that operates voting technology software.  There's

5   been a lot of discussion in the country swirling around

6   the vote machines. And trust has been shattered.

7   Watters' World doesn't have access to Sidney Powell's

8   catalog, so researchers on our team spent a very long

9   time going through her claims. We're going to report

10  tonight on what we were able to verify, based off of

11  what she said.

12       Sidney Powell says Dominion Voting Systems has the

13  ability to flip votes.  There have been a couple of

14  instances, that we found in this election and other

15  elections, where votes were reportedly incorrectly tabulated

16  into the wrong candidates column. Whether this was a small

17  glitch, a statistical error, human error, or a characteristic

18  feature, we have not been able to determine that yet. But

19  Democrat Senator Liz Warren and Amy Klobuchar wrote a

20  formal letter to the owners of Dominion just last year

21  raising concerns over reports of machines switching votes.

22  Furthermore, NBC News ran a package highlighting how

23  vulnerable these vote machines were to hacking. The State

24  of Texas has denied certification of Dominion Voting

Page  18

1   Systems several times for failing to meet security

2   standards.   And three Princeton professors have

3   testified that Dominion machines can be easily hacked

4   and it's software is poorly designed.   Dominion made a

5   one time gift to the Clinton Global Initiative and

6   Nancy Pelosi's former Chief of Staff lobbies on behalf

7   of the company.   Now Smartmatic, the vote technology

8   company, did supply voting machines to the Venezuelan

9   government of Hugo Chavez.   And according to the New

10  York Times, there was a minor stake in the company that

11  overlapped.   In 2017, the CEO of Smartmatic admitted

12  that the Venezuelan election had been tampered with and

13  the count was falsely inflated by a million votes.

14  Smartmatic is foreign owned, with the controlling

15  interest by Antonio Mugica, a dual Spanish-Venezuelan

16  national.   George Soros does not have any ownership

17  stake.   This is what our team has been able to verify

18  from Sidney Powell's allegations and we're going to

19  continue to look into further developments so all

20  Americans have confidence in our election.

21          SPEAKER 1:   Dominion has denied all of the

22  allegations made by President Trump's legal team.

23          JESSE WATTERS:   Joining me now Attorney for

24  President Trump, Jenna Ellis.   All right Jenna,

Page 19

1   everybody watched the press conference earlier in the

2   week and my question to you is, what is the legal

3   avenue specifically that you're pursuing and in what

4   states specifically.

5           JENNA ELLLIS:  Thank you, Jesse.  And what

6   you just laid out was a very clear case of

7   circumstantial evidence that would lead to the

8   inference that we need to make sure that election

9   integrity is preserved and that there is something very

10  questionable going on.  And not only for Dominion, but

11  also with all of the election official fraud.  And that

12  is the basis of our current lawsuits in Michigan, in

13  Pennsylvania, and in Nevada.  We've also requested a

14  recount in Wisconsin and we will be contemplating that

15  in Georgia as well.  And we're looking into legal

16  options in Arizona.  And so this is why we're saying

17  that it is widespread election integrity issues because

18  this spans six states.  It's important for people to

19  understand that not all of the election integrity

20  lawsuits are being brought on behalf of the campaign,

21  even though we share a common interest, of course, in

22  protecting and maintaining election integrity on behalf

23  of America.  But not all of those are the campaign

24  lawsuits.  So far we give asked Michigan and

Page 20

1   Pennsylvania and Nevada to not certify their election

2   results until we know that they're fair and they're

3   accurate.  Every American should want that.  That is

4   the procedural stage.  And the common question that

5   I've gotten since the press conference is why haven't

6   you brought forth evidence?  We have and we will in

7   court, we have not yet had what the legal process calls

8   an evidentiary hearing.  That's where you go into court

9   and you say, I have all of this evidence Judge, now let

10  me bring forward the witnesses, the direct testimony of

11  people who saw the events, they heard from election

12  officials who told voters who to vote for or who told

13  them to manipulate ballots, all of those things.  And

14  also the circumstantial evidence, which is all of these

15  ballots being delivered late at night.  The counting of

16  ballots in secret that could be manipulated.  All of

17  that has to come out in front of what the law calls a

18  trier of fact, someone who listens to the credibility

19  of the witnesses and examines the testimony.  That

20  hasn't happened yet.  And for all of the mainstream

21  media that wants to rush to judgment and say you don't

22  have any evidence, that's completely false and they

23  don't understand the legal process and they don't want

24  to look at what the law requires.  We're not trying

Page 21

1   this in the court of public opinion, but the American
2   people do deserve to know why we're bringing this case.
3   And no one should want to rush to certify false
4   results when we're talking about the President of the
5   United States.
6           JESSE WATTERS:  When do you guys expect to
7   have an evidentiary hearing?  And in what specific county,
8   does it start in the county, does it go to a state
9   judge?  And can you get that done soon enough before
10  the certification or does that not even matter?  Would
11  you be able to get this done, post certification, and
12  then kick it up to, I would imagine circuit court
13  judges and ultimately the Supreme Court?
14          JENNA ELLLIS:  Ultimately it will likely go
15  to the Supreme Court and there are several different
16  avenues and legal vehicles to get there.  One of our
17  most promising cases is in Pennsylvania, and that's
18  where the mayor argued against a motion to dismiss. And
19  if that judge does not grant the motion to dismiss and
20  we believe that he should not, then we will get to have
21  the evidentiary hearing.  And so what's interesting
22  about these particular states, these particular
23  counties, is that we have to win on the lower trial
24  court level.  If we don't and that case is actually

1   dismissed, then we have to appeal and we have to go

2   through that whole process before ultimately the

3   Supreme Court could overturn that and then we would get

4   an evidentiary hearing.  Typically, that's why

5   litigation takes years and sometimes decades.  We're

6   doing this on a very, very tight schedule because of

7   the Constitutional restraints.  However, every American

8   should want us to get our day in court so that we make

9   sure to bring out the evidence, bring out the facts,

10   bring out the truth and protect the integrity of our

11   elections.  That's all we're trying to accomplish here.

12   We do believe that President Trump won fairly and

13   genuinely by a landslide and we intend to prove that.

14   But every American should want to make sure that the

15   result is the genuine winner on behalf of the American

16   people and not simply whoever these election officials

17   and possibly other foreign owned companies want to put

18   into our chief magistrate office.  That's exactly what

19   Alexander Hamilton warned against when he asserted and

20   argued for the ratification of the Constitution with

21   the electrical college so that we had the

22   constitutional protections in place in case there was

23   corruption or foreign influence.  He actually used

24   those two terms. And that's why we have all of the

Page 23

1   legal remedies, ultimately, the Supreme Court, the

2   legislatures, the state legislatures, and the US House

3   of Representatives as different alternatives to make

4   sure that we protect election integrity when the vote

5   is corrupted and irredeemably compromised in each of

6   these states, if that happens and when that happens.

7   And America has been prepared for this since 1787.

8   We've had other elections that have been corrupted and

9   we have to make sure to continue to protect this for

10  freedom and for the United States of America.

11         JESSE WATTERS:  All right.  There's a legal

12  and constitutional process that's being followed, so

13  everybody just needs to relax and see what happens.

14  Alright Jenna, thank you very much for your legal

15  expertise.

16         JENNA ELLLIS:  Thank you so much, Jesse.

17         JESSE WATTERS:  Joe Biden holding his third

18  press conference since the election and it's official,

19  the media is a joke.

20         MARY BRUCE:  Look at the way the President is

21  handling this, his refusal to concede.  What do you

22  think is really going on here?  In your view, Mr.

23  President-elect, what do you think the President is

24  doing?

1          JESSE WATTERS:  When President Trump faces

2     the media,  hoo--hoo--hoo do the gloves come off?  But

3     for Joe Biden, they get out the kid gloves.

4          YAMICHE ALCINDOR:  What do you say to Americans,

5     especially immigrant Americans who came to the United

6     States looking for political stability and seeing all

7     the things that the President is doing?

8          KRISTEN WELKER:  Nice to see you as well.  How do

9     you justify not taking legal action to get the

10    briefings that you say are critical, that you say you

11    need?

12         MARY BRUCE:  When you take a step back and you

13    look at the way the President is handling this, his

14    refusal to concede, what do you think is really going

15    on here?  In your view, Mr. President-elect, what do

16    you think the President is doing?

17         JESSE WATTERS:  I don't know how much longer

18    of this I can take.  Here to react Fox News contributor

19    Sarah Sanders and Tammy Bruce.  Sarah, I don't know.

20    This is getting bad fast.  I don't know what to say.

21         SARAH SANDERS:  I'll be honest, I'm a little

22    jealous, I wish I had had a couple of those softball

23    questions when I was in the briefing room.  I don't

24    remember any reporter, at any point, ever setting up

Page 25

1    any type of friendly questions the way that they do

2    with Joe Biden.  But I don't know why anybody should be

3    surprised.

4            JESSE WATTERS:  Yeah you got chin music,

5    ninety nine miles an hour right there.

6            SARAH SANDERS:  Yeah.  And I don't think

7    anybody's surprised.  Look they gave them a free past

8    during the entire campaign process.  He, most of the

9    time didn't even take questions, when he finally did,

10   they were scripted and very short.  I don't think this

11   comes as a shock to anybody who's paid attention over

12   the last year-and-a-half on the campaign trail.  But it

13   is still astonishing to see the difference in the way

14   that the press treats Joe Biden versus the way they've

15   treated President Trump over the last, not just four

16   years, but last probably five and a half years.

17           JESSE WATTERS:  Yeah.  Tammy here is Joe

18   Biden trying to say something, not really sure what he

19   was saying.  Let's listen.

20           JOE BIDEN:  That's a fancy way of saying,

21   governors--governors need to be able to get funding

22   when they dispo--when they dis-- they need uh--and

23   bring their national guard into play.

24           JESSE WATTERS:  I don't--I mean it's--what is

1   he saying and what is he being asked, please help us.

2         TAMMY BRUCE:  Well, it could be really about

3   anything, right?  I mean this, ultimately what we're

4   seeing now is what real election interference looks

5   like with a--an American media that is supposed to be,

6   you know, questioning power in general.  I don't mind.

7   I know Sarah doesn't mind hard questions.  When

8   you--when you know what you're doing, you welcome hard

9   questions, you're able to answer them.  But keep in

10  mind these--that was a response where there was no real

11  pressure.  Again, the kind of questions you were

12  getting were like if he had his grandchildren around

13  the fireplace with them and everybody needed to be kind

14  to grandpa because you never knew what was going to

15  happen.  And yet he still couldn't handle it in a way

16  that elicited any kind of confidence.  Imagine what

17  would happen if he is involved in major structural

18  conversations.  National security conversations that

19  are tense where you have an enemy on the other end,

20  whether it's Russia, China, maybe not an enemy so much

21  for Joe Biden.  Kim Jong-un, some new despot, ISIS that

22  could, maybe it would re-emerged.  Open borders right

23  now during a pandemic.  This is the concern is, who is

24  going to be running the country?  Who should questions

Page 27

1    really be asked of?  And of course, election

2    interference when it comes to a media that was

3    effectively, it seems to me, to be moving along one

4    particular candidate on top of everything else.  The

5    American people are looking at a fraud in general when

6    it--when it comes to what was presented to us, a man in

7    a basement.  And now this man who seems to not know

8    exactly what's happening.  And they're going to have to

9    be some, some questions answered.

10            JESSE WATTERS:  Well, you know, who thinks

11   they run the country?

12            TAMMY BRUCE:  Real ones.

13            JESSE WATTERS:  The Squad thinks they run the

14   country.  I don't know where they came up with this

15   idea, but here is The Squad talking about how they're

16   going to dictate to Joe Biden what they want to happen.

17   Listen.

18            ALEXANDRIA OCASIO-CORTEZ: I don't want anybody here

19   to think that we're not winning.  Because let me tell

20   you something, we're winning. It's working, it's

21   happening.  That's what our next move is.  To make sure

22   that the Biden administration keeps its promise.

23            RASHIDA TLAIB: We're going to make sure that the

24   Biden administration sticks to our timeline, is moving

Page 28

1  towards our timeline.  And so I ask all of you, do not

2  move from the needle, do not.  We are more than them.

3              JESSE WATTERS:  Sarah reminds me when you go

4  out on a blind date and you're sitting at the

5  restaurant and no one shows up.

6              SARAH SANDERS:  Well Jesse I haven't had that

7  happen.  So hopefully that wasn't a frequent issue for

8  you.  I don't think it probably ever was.

9              JESSE WATTERS:  Yeah.  I walked right in to

10 that one.

11             SARAH SANDERS:  What--what we all know is

12 that they're not wrong.  Joe Biden is not only too

13 weak, but he's incapable of standing up to the Radical

14 Left.  This is the Democrat Party.  They do represent

15 exactly who the Democrats have become.  They are

16 pushing socialism, higher taxes, the Green New Deal,

17 and God forbid if Joe Biden and his group take over the

18 White House.  We know exactly what kind of policy is

19 going to come out of there because they've been

20 broadcasting and he's not going to be able to stand up

21 to them.  It's why if that happens, the Georgia runoffs

22 are absolutely critical.  We have to make sure

23 that there's a firewall in the Senate.  That these two

24 races remain in Republican hands so they can stop some

Page 29

1    of the craziness and the socialism that The Squad is

2    trying to impose around the country.  I know we don't

3    want that here in Arkansas and I'm pretty sure most of

4    the rest of the country doesn't want what they're

5    selling either.

6             JESSE WATTERS:  All right, Tammy, 20 seconds.

7             TAMMY BRUCE:  Well, I think that was made

8    clear during this last election.  It was a red wave,

9    down ballot.  It should have been red wave at the top

10   of the ballot.  And we're finding that out.  But it was

11   a real statement from the American people that we don't

12   want what these people represent.  We don't want

13   defunding the police.  We don't want identity politics.

14   We don't want the cancel culture.  We don't want

15   socialism.

16            JESSE WATTERS:  All right, well this is my

17   squad right here.  The three of us, not radical,

18   perfectly normal.  There we are.  All right, ladies.

19   Thank you guys so much.

20            TAMMY BRUCE:  Thanks, Jesse.

21            JESSE WATTERS:  Turkey with all of the

22   trimmings and a side of politics.  How to manage the

23   political minefield at Thanksgiving.

24            JESSE WATTERS:  I can see that happening in a

1   lot of homes this Thanksgiving after the craziest

2   presidential election that I've seen.  So, how do you

3   survive politics at dinner?  Joining us now, with his

4   best advice, Fox News contributor and author of "The

5   Spider Who Saved Christmas" Raymond Arroyo.  All right,

6   so very tenuous situation, Raymond.  Hello, obviously

7   because, my mother is probably not going to serve me

8   dinner unless I say President-elect Joe Biden.  So I'm

9   going to have to sneak it on the side of the table.

10  How do families handle things now?

11          RAYMOND ARROYO:  Jesse, the first thing to

12  remember as my friend Richard John Neuhaus used to say,

13  the first thing to say about politics is that politics

14  is not the first thing. We are family, we are not ward

15  bosses.  But if you have to entertain and welcome

16  partisan members of the family, let me make a few

17  recommendations.  This is what we do at our house.

18  First of all, separate the partisans in what I call

19  youth buffer zones. so, if uncle Henry is like a

20  really mouthy Libertarian and you don't want to hear

21  him, stick him at the end of the table, put kids around

22  him. Once they start talking about TikTok videos and

23  Baby Yoda, he won't know what the hell they're talking

24  about.

1              JESSE WATTERS:  Right.

2              RAYMOND ARROYO:  He will go silent, which is

3    what you want.

4              JESSE WATTERS:  Right.

5              RAYMOND ARROYO:  Now if that doesn't work,

6    the other strategy, Covid can be your friend, Jesse.

7    Put that, that rascally big mouth relative out on the

8    porch.  You can tap on the glass, hand them the

9    tupperware containers with food, raise a glass to them.

10   And if you really want to shut them up, make them wear

11   double masks, just like Joe Biden.  So you can tell

12   them, homage to Joe Biden put the double masks on.  And

13   I'm, at our house, we're going to serve, there's a new

14   UK study that shows mouthwash, gum care mouthwash

15   Jesse, knocks Covid out, kills it.  I'm serving that as

16   an after dinner drink right after the apple pie, except

17   for the mouthy relatives, they can get the coffee and

18   head home because I don't want any Covid from them.

19             JESSE WATTERS:  Alright well the FDA has not

20   approved this study over here in England with the

21   mouthwash.  Listerine may not work in that capacity,

22   but..

23             RAYMOND ARROYO:  We'll see

24             JESSE WATTERS:  It definitely can keep people

Page 32

1    closer together.  Raymond Arroyo, buy his book, it's

2    about a spider and Christmas.   I'm definitely going to

3    check it out and I'm going to be on my best behavior

4    with my crazy liberal parents.

5              RAYMOND ARROYO:  Do that, Happy Thanksgiving.

6              JESSE WATTERS:  On Thanksgiving. All right,

7    up next, a fiery last call.

8    Welcome to Mayor Bill de Blasio's New York City. This

9    is not a stunt man.  And this is not a scene from a

10   movie shoot.  This is a man on top of a public bus in

11   Brooklyn blasting a flame thrower into the air.  The

12   crowd around him loves it.  At first I thought it was

13   Juan, but it turns out the guy's a rapper and the

14   city's out of control.  Good to know this can happen

15   anytime, anywhere to anyone in New York City.  Just

16   don't let this happen near the Christmas tree in

17   Rockefeller Center.  Boom, that'd be the perfect end of

18   2020 though, wouldn't it?  That's all for tonight.  Be

19   sure to follow me on Facebook, Instagram, and Twitter.

20   Justice with Judge Jeanine is next and remember, I'm

21   Watters and this is my world.

22

23

24

Page 33

CERTIFICATE OF TRANSCRIPTIONIST

1

2

3      I certify that the foregoing is a true and accurate

4  transcript of the digitally-recorded proceedings provided

5  to me in this matter.

6      I do further certify that I am neither a relative, nor

7  employee, nor attorney of any of the parties to this

8  action, and that I am not financially interested in the

9  action.

10

11

12

13

14

15

16

17

18

19  _____

20          NATHAN KAYLO
         Production Manager
21   THOMPSON COURT REPORTERS INC.

22

23

24

**A**

a 2:9,12,24 3:11,17
3:23 4:3,4 5:19,19
5:21,22 6:1,6,7,7
6:8,16 7:2,11 8:6
8:24 9:9,10,24
10:2,10,13,19,23
12:1,7 13:4,14,20
13:21 14:1,3,5,6
14:14,19,21,23
16:7,13,18 17:3,5
17:8,13,16,17,17
17:19,22 18:4,10
18:13,15 19:6,13
19:21 20:17 21:8
21:18 22:6,13
23:11,19 24:12,21
24:22 25:7,11,16
25:20 26:10,15,23
27:2,5,6,7 28:4,7
28:23 29:8,11,22
29:24 30:16,19
31:9,13 32:2,7,9,9
32:9,10,10,11,13
33:3,6
a--an 26:5
a--it's 8:3
abiding 11:15
ability 16:16 17:13
able 17:10,18 18:17
21:11 25:21 26:9
28:20
about 6:20 7:3,5 8:2
10:10 12:2,6,21
14:12,21 15:15,18
15:19 16:7 21:4
21:22 26:2 27:15
30:13,22,24 32:2
absentee 2:18
absolutely 28:22
abyss 9:16 11:10
accept 15:16
access 4:20 17:7
accomplish 22:11
according 18:9
accurate 7:18 20:3
33:3
across 4:21 9:19
13:1
action 24:9 33:8,9
actually 2:19 21:24
22:23
adding 13:1
adjust 2:17
administration 6:13
27:22,24

admitted 18:11
adult 2:11
advice 30:4
after 3:3 6:6 30:1
31:16,16
again 9:22 16:5
26:11
against 5:3,24 7:20
21:18 22:19
agenda 12:4,4,5
agents 6:15
agree 10:20
ahead 6:1,2 13:2
air 32:11
ALCINDOR 24:4
Alexander 22:19
ALEXANDRIA
27:18
algorithm 16:17,22
aligned 5:24
all 2:20 3:6,13,18,19
5:6,23 6:5,15 8:1
8:2,24 9:2,6,16,19
11:22 12:6,16
13:10 14:2,3,17
15:9,22 16:10,12
16:17 18:19,21,24
19:11,19,23 20:9
20:13,14,16,20
22:11,24 23:11
24:6 28:1,11 29:6
29:16,18,21 30:5
30:18 32:6,18
allegation 5:13
allegations 18:18,22
allowed 13:11,21
allowing 5:5
along 27:3
already 4:24
Alright 16:5 23:14
31:19
also 3:4 19:11,13
20:14
alternatives 23:3
always 7:21
am 33:6,8
amen 14:6
amendment 8:22
America 7:14 9:3
13:23 19:23 23:7
23:10
American 2:22 5:12
7:9 12:8 20:3 21:1
22:7,14,15 26:5
27:5 29:11
Americans 7:14

15:4,12 18:20
24:4,5
ammo 10:23,23
Amy 7:1 17:19
an 2:3,11,13 3:19
5:12,20,20 6:10
6:20 7:18 9:21
10:11,20 16:17
20:8 21:7 22:4
25:5 26:19,20
31:16
and 2:7,12,14,15
3:6,14,15,16,19
3:20 4:3,10,12,13
4:18,22,24 5:6,7,9
5:13,14,18,18,23
6:1,5,6,9,14,17,24
7:1,4,8,15,21,21
7:22,24 8:4,5,6,10
9:2,6,6,7,8,9,10
9:12,14,15,16,19
9:21,24 10:3,4,6,7
10:14,15,17,18,20
10:20,21,24 11:11
11:17,18,19,20,22
11:22 12:7,8,11
12:13,15,22 13:5
13:11,16,16,20,23
14:6,7,13,13,21
15:1,4,15,22,24
16:1,3,5,6,12,17
16:19 17:3,6,14
17:19 18:2,4,5,9
18:12,18 19:2,3,5
19:9,10,11,13,14
19:15,16,22,24
20:1,2,4,6,9,13,19
20:20,21,22,23
21:3,7,9,11,13,15
21:16,17,18,19,21
21:24 22:1,3,5,10
22:12,13,16,17,19
22:24 23:2,5,6,7,8
23:10,12,13,18
24:6,12,19 25:6
25:10,16 26:1,13
26:15 27:1,7,8
28:1,4,5,17,17,20
29:1,3,10,22 30:4
30:15,20,22 31:10
31:12,17 32:2,3,9
32:13,19,20,21
33:3,8
announcement 2:20
annoy 14:24
Another 5:8

answer 26:9
answered 27:9
Antonio 18:15
any 18:16 20:22
24:24,24 25:1
26:16 31:18 33:7
anybody 7:18 25:2
25:11 27:18
anybody's 25:7
anyone 32:15
anything 4:1 26:3
anytime 32:15
anywhere 32:15
appeal 22:1
apple 31:16
approved 31:20
April 14:2
are 4:12 6:4,22 7:13
8:11 11:7 13:1,2,3
15:24 19:20,23
21:15 24:10 26:19
27:5 28:21,15,22
29:18 30:14,14
argue 14:8
argued 21:18 22:20
arguments 5:6
Arizona 19:16
Arkansas 29:3
around 3:7 17:2,5
26:12 29:2 30:21
32:12
Arroyo 30:5,11 31:2
31:5,23 32:1,5
as 8:8,8 9:11 10:21
10:21,22,22 11:9
12:2,11,22,23
14:10,10 19:15
23:3 24:8 25:11
30:12 31:15
ask 28:1
asked 19:24 26:1
27:1
aspired 11:23
asserted 22:19
assigned 2:14
associates 8:20
Association 14:22
astonishing 25:13
at 3:10,18 4:22 6:22
9:1,3,8 12:22
13:11 14:12,19
15:10 16:12,12
20:15,24 23:20
24:13,24 27:5
28:4 29:9,23 30:3
30:17,21 31:13

32:12
Atlanta 4:11
attack 10:2
attempting 15:24
attention 25:11
attorney 14:1 18:23
33:7
attorneys 14:2,3
AUDIO 1:1
Aunt 14:16
author 7:24 30:4
avenue 19:3
avenues 21:16
away 4:22 11:13,14
awhile 8:12

**B**

Baby 30:23
back 11:1,1 13:24
14:2 24:12
backdate 3:3
backdating 4:16
bad 3:6 5:5 13:3
24:20
bags 3:16
balanced 12:10
ballot 2:18 3:21,23
29:9,10
ballots 3:3,6,12,14
3:15,22,23 4:2,18
5:1,3,5,23 20:13
20:15,16
based 17:10
basement 27:7
basically 2:16 14:14
basis 19:12
battle 5:21,21
be 2:18 4:3 6:3,5
7:21,22 8:12,13
9:1 10:17 11:11
12:13 13:18 15:10
15:23 16:5,7 18:3
19:14 20:16 21:11
24:21 25:2,21
26:2,5,13,24 27:1
27:3,9 28:20 31:6
32:3,17,18
because 4:2 11:1,11
12:5 13:14,21
14:12 16:2 19:17
22:6 26:14 27:19
28:19 30:7 31:18
become 25:10
been 2:13 5:14 9:9
9:17 10:16 16:21
16:23 17:5,6,13

17:18 18:12,17 23:7,8 28:19 29:9
**before** 8:12 11:18 21:9 22:2
**began** 11:19
**beginning** 14:12
**behalf** 18:6 19:20 19:22 22:15
**behavior** 32:3
**being** 4:18 19:20 20:15 23:12 26:1
**believe** 8:7,16 9:17 21:20 22:12
**best** 7:6 30:4 32:3
**between** 10:16,19
**beyond** 4:22 11:4
**Biden** 3:22,23,24 4:14,22 6:2 7:5,7 15:7 16:19 23:17 24:3 25:2,14,18 25:20 26:21 27:16 27:22,24 28:12,17 30:8 31:11,12
**big** 11:20 12:1 14:9 16:2 31:7
**biggest** 5:12
**Bill** 32:8
**blacks** 10:14
**Blasio's** 32:8
**blasting** 32:11
**blend** 12:4
**blind** 28:4
**block** 9:12
**blue** 4:13
**boards** 4:14
**boggles** 9:5
**book** 12:17 32:1
**Boom** 32:17
**borders** 26:22
**bosses** 4:13 30:15
**both** 9:8
**boundaries** 11:24
**Bowser** 15:5
**boxes** 3:16
**boycotted** 6:12
**bragging** 7:5
**breaking** 14:23
**briefing** 24:23
**briefings** 24:10
**bring** 20:10 22:9,9 22:10 25:23
**bringing** 21:2
**broadcast** 12:12
**broadcasting** 28:20
**broader** 8:10
**broke** 16:22

**Brooklyn** 32:11
**brought** 19:20 20:6
**Bruce** 23:20 24:12 24:19 26:2 27:12 29:7,20
**buffer** 30:19
**bus** 32:10
**business** 15:14,17 15:17,21 16:2
**but** 2:7 3:19 4:8 5:6 5:21 6:3 10:23 11:7 13:3,9 14:4 14:15,19 15:9,9 15:11 16:3 17:18 19:10,23 21:1 22:14 24:2 25:2 25:12,16 26:9 27:15 28:13 29:10 30:15 31:22 32:13
**buy** 32:1
**by** 1:24 2:15,17 3:2 4:13 5:1,4,7 6:16 8:4 12:7 13:18 18:13,15,22 22:13

**C**

**California** 14:17,22
**California's** 12:23
**call** 30:18 32:7
**called** 14:20
**calls** 15:8 20:7,17
**came** 3:3 14:13 24:5 27:14
**campaign** 8:23 9:24 19:20,23 25:8,12
**can** 6:3 7:22 9:23 10:21,22 14:14 15:6,6,9 16:2,17 18:3 21:9 24:18 28:24 29:24 31:6 31:8,11,17,24 32:14
**can't** 2:7 7:17 13:16 14:15,18,19 15:9
**cancel** 29:14
**candidacy** 9:12
**candidate** 27:4
**candidates** 17:16
**cans** 3:15
**capacity** 31:21
**capital** 16:4
**cardboard** 3:16
**care** 9:17 15:14 16:9 31:14
**cared** 6:19
**cares** 15:18

**carrying** 9:9
**case** 5:16,18 17:1 19:6 21:21,24 22:22
**cases** 21:17
**casts** 5:1
**catalog** 17:8
**caught** 9:18,18 14:15,19
**censor** 10:12
**center** 3:12,17 12:22 16:12 32:17
**Century** 8:1
**CEO** 18:11
**certain** 16:18
**certainly** 8:8 12:14
**CERTIFICATE** 33:1
**certification** 6:11 17:24 21:10,11
**certify** 5:17 20:1 21:3 33:3,6
**changing** 4:16
**chaos** 8:2
**characteristic** 16:16 17:17
**Chavez** 18:9
**cheat** 2:16 3:2 7:23
**cheating** 8:16
**check** 3:6 10:15 12:17 32:3
**chewed** 4:22
**chief** 18:6 22:18
**chin** 25:4
**China** 26:20
**Christmas** 30:5 32:2,16
**circuit** 21:12
**circumstances** 6:3
**circumstantial** 5:9 19:7 20:14
**cities** 4:13 5:5
**citizen** 2:12
**citizens** 2:22 3:9 11:16
**City** 2:13,15 32:8 32:15
**city's** 32:14
**claims** 5:8 17:2,9
**class** 11:22
**classified** 16:4
**Clause** 5:4
**clawed** 6:2
**clear** 19:6 29:8
**Clinton** 18:5
**clock** 7:20

**closer** 32:1
**clubs** 11:20
**CNN** 10:14
**cocaine** 13:9
**coffee** 31:17
**college** 22:21
**colliding** 8:6
**collision** 10:16,19
**collusion** 6:19
**column** 17:16
**come** 20:17 24:2 28:19
**comes** 25:11 27:2,6
**coming** 5:15
**common** 15:12,20 19:21 20:4
**companies** 16:2 22:17
**company** 7:2 18:7,8 18:10
**completely** 20:22
**compromised** 23:5 24:14
**concede** 23:21 24:14
**concern** 26:23
**concerns** 7:3 17:21
**conference** 10:13 19:1 20:5 23:18
**confidence** 18:20 26:16
**Congressman** 12:2 13:13,15 14:24 16:5
**consider** 9:4
**Considering** 8:17
**Constitution** 14:6,8 22:20
**constitutional** 5:19 22:7,22 23:12
**containers** 31:9
**contemplate** 9:15
**contemplating** 19:14
**contested** 8:9
**continuation** 10:19
**continue** 18:19 23:9
**contributor** 24:18 30:4
**control** 32:14
**controlling** 18:14
**controversial** 5:13 6:2
**conversations** 26:18 26:18
**Coronavirus** 13:1
**corporate** 9:3

**corporations** 11:21
**corrupted** 23:5,8
**corruption** 6:18 22:23
**could** 3:21,22 4:8 7:4 13:7 20:16 22:3 26:2,22
**couldn't** 26:15
**count** 18:13
**counted** 4:5
**counties** 5:6 21:23
**counting** 3:12 4:5 20:15
**country** 2:4 4:21 9:7 9:20 10:7 11:15 11:20 12:6 13:1 15:1 16:18 17:5 26:24 27:11,14 29:2,4
**country's** 5:23 7:16
**counts** 5:11
**county** 21:7,8
**coup** 6:6
**couple** 17:13 24:22
**courage** 11:17
**course** 19:21 27:1
**court** 1:24 5:18 20:7 20:8 21:1,12,13 21:15,24 22:3,8 23:1
**cousins** 14:16
**Covid** 31:6,15,18
**crack** 13:9
**craziest** 30:1
**craziness** 29:1
**crazy** 14:18 15:4 32:4
**create** 12:1
**credibility** 20:18
**crisis** 14:6
**critical** 24:10 28:22
**crooked** 2:4
**cross** 9:23
**crowd** 32:12
**crystal** 14:3
**culture** 29:14
**cure** 5:5
**current** 19:12
**customers** 15:15,19
**cut** 10:14
**cyber** 10:2

**D**

**damn** 10:7
**dancer** 13:14
**dancing** 13:11 16:6

date 2:18 28:4
dated 2:19
day 3:3 4:24 7:17
  9:14 22:8
de 32:8
Deal 28:16
dealing 14:9
death 11:6
debates 8:24
decades 2:13 22:5
decided 10:5
decriminalized
  13:10
deep 4:13 11:14
deeper 8:9
deeply 15:18,19
defeat 7:23
defending 7:15
defense 11:17
definitely 31:24
  32:2
defunding 29:13
delayed 6:2
delivered 12:8
  20:15
democracy 7:15
Democrat 3:2 4:13
  4:20 12:24 17:19
  28:14
Democrats 2:6 5:4
  6:6,10,12 8:5
  28:15
demonstrating 6:21
  9:22
Dems 11:13
denied 4:20 17:24
  18:21
deny 9:12
deserve 21:2
designed 18:4
despot 26:21
determine 17:18
Detroit 2:13,15,24
  3:11 4:12
developments 18:19
dictate 27:16
did 8:9 18:8 25:9
didn't 4:1 14:12
  25:9
died 7:14,15,15
difference 25:13
different 21:15 23:3
digitally-recorded
  33:4
dining 14:19,21
dinner 30:3,8 31:16

direct 3:8 20:10
dis-- 25:22
discuss 13:12
discussed 14:4
discussion 17:5
dismiss 21:18,19
dismissed 22:1
dispo--when 25:22
distract 6:16
do 3:7 8:1 11:12,15
  12:22,23 14:18,19
  15:1,2,9,16,24
  16:4 21:2,6 22:12
  23:21,23 24:2,4,8
  24:14,15 25:1
  28:1,2,14 30:2,10
  30:17 32:5 33:6
Dobbs 7:24 8:3 9:6
  11:3,9 12:16,19
documented 9:11
  12:12
does 10:10,13 18:16
  21:8,8,10,19
doesn't 7:19 11:1
  17:7 26:7 29:4
  31:5
doing 11:7 22:6
  23:24 24:7,16
  26:8
Dominion 3:20 6:21
  6:24 7:2 12:21
  16:12 17:3,12,20
  17:24 18:3,4,21
  19:10
don't 5:16 7:12,18
  8:7,15 9:17 10:13
  13:10,21 15:2,8
  15:21,22 16:4,14
  20:21,23,23 21:24
  24:17,19,20,23
  25:2,6,10 26:6
  27:14,18 28:8
  29:2,11,12,13,14
  29:14 30:20 31:18
  32:16
don't--I 25:24
Donald 11:18
done 8:17 9:16
  11:11 12:3,13
  21:9,11
donnybrook 8:7
double 4:15 15:3
  31:11,12
doubt 7:20
down 3:24 6:8 11:2
  15:23 29:9

doxing 8:21
dozens 4:19 6:12
drink 31:16
drives 15:3
drugs 13:10
dual 18:15
during 10:11 14:6
  25:8 26:23 29:8
duties 2:14
duty 7:18

_____
        E
_____
e-mail 6:17
each 23:5
earlier 2:19 19:1
early 4:21 6:4
Ease 6:23
easily 6:22 18:3
effectively 27:3
effort 9:10
either 7:12 13:16
  29:5
election 2:4,6,8 3:2
  3:3 4:14,24 5:22
  6:7,9,18,18,20
  7:17 8:2,9,11 9:19
  9:21 10:2,11
  12:22 16:12 17:14
  18:12,20 19:8,11
  19:17,19,22 20:1
  20:11 22:16 23:4
  23:18 26:4 27:1
  29:8 30:2
elections 7:13 17:15
  22:11 23:8
electors 6:11
electrical 22:21
elicited 26:16
Ellis 18:24
ELLLIS 19:5 21:14
  23:16
else 27:4
employee 2:13 3:19
  33:7
employees 15:15,18
employment 12:9
end 10:4,5 14:5
  26:19 30:21 32:17
enemy 26:19,20
engage 2:21
England 31:20
enough 16:11 21:9
ensure 7:19
entertain 30:15
entire 25:8
envelope 4:1

Equal 5:4
error 17:17,17
especially 24:5
essential 15:6
establishment 10:20
estimated 4:3
even 9:4 10:13
  19:21 21:10 25:9
events 20:11
Eventually 10:23
ever 6:18 7:6 24:24
  28:8
every 3:21,21 12:7
  20:3 22:7,14
everybody 12:17
  19:1 23:13 26:13
everything 10:12,15
  27:4
evidence 3:8 5:10
  6:17 16:11 19:7
  20:6,9,14,22 22:9
evidentiary 20:8
  21:7,21 22:4
eviscerates 16:1
exactly 5:15 22:18
  27:8 28:15,18
examines 20:19
example 13:3
except 31:16
exercises 15:20
expanded 11:23
expect 21:6
expertise 23:15
explained 6:3
explanations 6:5
explosive 17:2
extensive 7:8
extremely 5:13
eyewitness 4:10

_____
        F
_____
face 13:7
Facebook 32:19
faces 24:1
fact 10:9,14 14:7
  20:18
facts 22:9
fail 15:16
failing 18:1
fair 7:13 20:2
fairly 22:12
faith 7:19
false 20:22 21:3
falsely 18:13
families 30:10
family 13:8 16:7

30:14,16
fancy 25:20
far 6:17 10:21 15:23
  19:24
fascinating 8:14
fast 24:20
FBI 6:15
FDA 31:19
feature 17:18
features 16:16
few 30:16
fiery 32:7
fight 10:24
fighting 5:21 10:24
  12:5
fights 10:21
files 6:7
finally 25:9
financially 33:8
find 8:14
finding 29:10
fireplace 26:13
firewall 28:23
firm 17:4
first 5:23 8:20 9:11
  13:24 30:11,13,14
  30:18 32:12
fit 10:10
five 25:16
flame 32:11
flip 16:16,19 17:13
flipping 7:4
Flynn 17:1
focus 17:3
follow 32:19
followed 23:12
food 3:13,14 31:9
for 2:6,8,13,20 3:22
  3:23 5:11,21,23
  7:14 8:11 10:5,17
  11:2,10,16 12:6,7
  13:3,8,13 15:21
  16:20 18:1,23
  19:10,18 20:12,20
  22:20 23:7,9,10
  23:14 24:3,6
  26:21 28:7 31:17
  32:18
forbid 28:17
foregoing 33:3
foreign 18:14 22:17
  22:23
forget 7:4 13:23
formal 17:20
former 18:6
forth 20:6

**forthrightness**
11:17
**forward** 20:10
**found** 2:7,9 5:15
17:14
**four** 8:18 9:9 10:18
25:15
**Fox** 1:4 24:18 30:4
**frankly** 8:10
**fraud** 4:11 7:6,8
19:11 27:5
**fraudulent** 2:21
5:17
**free** 25:7
**freedom** 23:10
**French** 14:20
**frequent** 28:7
**friend** 30:12 31:6
**friendly** 25:1
**friends** 13:22
**from** 3:8 6:16,21,24
9:2 13:6 16:19
18:18 20:11 28:2
29:11 31:18 32:9
**front** 20:17
**funding** 25:21
**funeral** 11:10
**further** 18:19 33:6
**Furthermore** 17:22

**G**

**garbage** 3:15
**gatherings** 13:5
**gave** 25:7
**Gavin** 14:17
**general** 14:1 26:6
27:5
**genuine** 22:15
**genuinely** 22:13
**George** 18:16
**Georgia** 19:15
28:21
**get** 11:13,14 14:14
21:9,11,16,20
22:3,8 24:3,9
25:21 31:17
**gets** 4:9 14:10 15:13
**getting** 24:20 26:12
**gift** 18:5
**GIULIANI** 2:11
3:10
**give** 19:24
**glass** 31:8,9
**glitch** 17:17
**Global** 18:5
**gloves** 24:2,3

**go** 12:17 13:24 15:6
15:7 20:8 21:8,14
22:1 28:3 31:2
**God** 12:7 28:17
**goes** 5:19 11:4
**going** 5:15 8:7,24
9:1,8 10:8 17:9,9
18:18 19:10 23:22
24:14 26:14,24
27:8,16,23 28:19
28:20 30:7,9
31:13 32:2,3
**gone** 11:11
**good** 12:19 13:2
15:20 32:14
**goodness** 15:21
**got** 9:18 14:19 25:4
**gotten** 13:23 20:5
**government** 10:6
15:11 18:9
**governor** 12:23
15:5
**governors** 13:1
15:14,23
**governors--gover...**
25:21
**gracious** 7:22
**grandchildren**
26:12
**grandpa** 26:14
**grant** 21:19
**great** 14:5 16:8
**Green** 28:16
**group** 12:3 28:17
**guarantee** 12:14
**guard** 25:23
**gum** 31:14
**guy** 9:22,23
**guy's** 32:13
**guys** 21:6 29:19

**H**

**hacked** 6:22 18:3
**hacking** 6:23 17:23
**had** 3:19,19 4:24
7:5 8:18 14:5
16:20,22 18:12
20:7 22:21 23:8
24:22,22 26:12
28:6
**hadn't** 5:1
**half** 2:4 9:10 25:16
**hall** 8:11
**Hamilton** 22:19
**hand** 31:8
**handedly** 17:1

**handle** 26:15 30:10
**handling** 23:21
24:13
**hands** 28:24
**happen** 26:15,17
27:16 28:7 32:14
32:16
**happened** 4:8 13:24
20:20
**happening** 27:8,21
29:24
**happens** 7:21,21
23:6,6,13 28:7
**happy** 16:7 32:5
**hard** 26:7,8
**has** 4:9 5:8 9:9
10:16 11:23 12:13
14:17 17:6,12,24
18:17,21 20:17
23:7 31:19
**hasn't** 20:20
**have** 2:3 4:1,8 5:14
5:20 7:7,18 9:11
9:16,19 10:2,5
11:1,4 12:10
13:18,19,21,22
14:14,16 15:8,10
15:12 16:4,7,20
17:7,13,18 18:2
18:16,20 20:6,7,9
20:22 21:7,20,23
22:1,1,24 23:8,9
26:19 27:8 28:15
28:22 29:9 30:9
30:15
**haven't** 20:5 28:6
**he** 7:5,11 9:13,22
10:12,12,15,21,21
10:22 11:1 12:5
12:17 14:4,5,19
14:21 21:20 22:19
22:23 25:8,9,18
26:1,1,12,15,17
30:23 31:2
**he's** 12:8,8 14:17
15:8 28:13,20
**head** 12:3 14:21
31:18
**hear** 3:22 30:20
**heard** 13:14 20:11
**hearing** 20:8 21:7
21:21 22:4
**hell** 11:14 30:23
**Hello** 30:6
**help** 26:1
**Henry** 30:19

**her** 3:7 6:16 17:2,9
**here** 7:13,23 9:8,9
10:2 12:12 22:11
23:22 24:15,18
25:17 27:15,18
29:3,17 31:20
**here's** 3:20 6:20
**higher** 28:16
**highlighting** 17:22
**Hillary** 6:9,16
**him** 9:12 10:11
30:21,21,22 32:12
**his** 8:5,23 9:12,13
10:24 11:1 12:17
12:24 23:17,21
24:13 26:12 28:17
30:3 32:1
**history** 5:12 7:9
**hit** 14:13
**holding** 23:17
**holiday** 13:8
**homage** 31:12
**home** 13:4,11,18,19
13:20,22 31:18
**homes** 8:19 15:10
30:1
**honest** 24:21
**hoo--hoo--hoo** 24:2
**hopefully** 28:7
**host** 7:24
**hour** 25:5
**house** 23:2 28:18
30:17 31:13
**households** 13:6
**how** 6:21 7:5 17:22
24:8,17 27:15
29:22 30:2,10
**However** 22:7
**Hugo** 18:9
**human** 17:17
**humble** 7:22
**hundreds** 4:9,10,18
**hypocritical** 12:24

**I**

**I** 2:17 7:7,12 8:4,7
8:10,14,18 9:6,6
9:16 10:12,20,20
10:24 11:3,3
12:14,15,15,23,23
13:14,16,16,22,23
13:24 14:7,20
15:4,8,10,11,12
15:16,16 20:9
21:12 24:17,18,19
24:20,22,22,23,23

**25**:2,6,10,24 26:3
26:6,7 27:14,18
28:1,6,8,9 29:2,7
29:24 30:8,18
31:18 32:12 33:3
33:6,6,8
**I'll** 24:21
**I'm** 2:2 24:21 29:3
30:8 31:13,15
32:2,3,20
**I've** 20:5 30:2
**ID** 3:6
**idea** 27:15
**identity** 29:13
**if** 5:11,18 7:16 8:12
11:11,12,13 21:19
21:24 23:6 26:12
26:17 28:17,21
30:15,19 31:5,10
**illegal** 7:3 13:8
**illegally** 6:14
**illegitimate** 6:10
**imagine** 21:12
26:16
**immigrant** 24:5
**impeach** 10:11
**important** 14:4,8
19:18
**impose** 29:2
**in** 2:9,14,19,21 3:3
3:11,15,15,16
4:11,14,19,20,21
4:23 5:2,5,6,10,12
5:16,18 7:4,9,13
7:22,23 8:11 9:1,2
9:19 10:7,14,15
11:14,17,18 12:9
12:9,10,12 13:3,4
13:12,17,18,18,19
13:20,20 14:2,4,7
14:16,17,24 15:10
15:20 16:7,21
17:5,14 18:10,11
18:20 19:1,3,12
19:12,13,14,15,16
19:21 20:6,16,17
21:1,7,8,17 22:8
22:22,22 23:5,22
24:15,23 25:13
26:6,9,15,17 27:5
27:6 28:9,23,24
29:3,24 30:18
31:20,21 32:10,15
32:16 33:5,8
**inauguration** 6:13
**INC** 1:24

incapable 28:13
include 11:24 12:1
inclusive 7:8
incorrectly 17:15
indeed 8:12 9:19
indoor 13:5
inference 19:8
inflated 18:13
influence 22:23
information 6:14
Initiative 18:5
insane 14:17
inside 13:4,11 14:20
  16:6
inspect 4:17
inspectors 3:19 4:17
  4:19
Inspiring 12:18
Instagram 32:19
instances 7:3 17:14
instructed 2:17 3:5
  3:7
integrity 6:20 19:9
  19:17,19,22 22:10
  23:4
intend 22:13
interest 18:15 19:21
interested 33:8
interesting 21:21
interests 5:24
interference 26:4
  27:2
intimidation 4:16
into 3:17 4:5 5:14
  11:10 16:23 17:16
  18:19 19:15 20:8
  22:18 25:23 32:11
invalidate 3:5
investigate 2:5,8
investigated 2:6
investigates 12:20
investigation 16:13
investigative 6:20
inviting 13:8
involved 8:17 26:17
irredeemably 23:5
is 2:11,24 3:10 5:11
  5:16 7:12,23 8:6,9
  8:10,10,12,13 9:8
  9:8,8,9,15,21,22
  10:1,1 11:1,5,19
  11:21 12:2,5,5,6
  12:10,11,12,17
  13:8,12,22,23
  14:2,6,8,10 15:10
  15:11,13,17,23

16:11,16 18:4,14
  18:17 19:2,2,9,9
  19:12,16,17 20:3
  20:5,14 21:17,23
  21:24 22:15 23:5
  23:19,20,22,23
  24:7,13,14,16,20
  25:13,17,24 26:1
  26:4,5,17,23,23
  26:23 27:15,21,24
  28:11,12,14,18
  29:1,16 30:7,13
  30:14,17,19 31:2
  32:9,9,10,20,21
  33:3
ISIS 26:21
isn't 10:8 13:9
issue 5:20 28:7
issues 19:17
it 2:5,5 3:13,14 4:8
  5:14,18,21 8:6,10
  8:10,11,12,14 9:2
  9:4,13 10:1,1,4,7
  10:10,14,14,21,21
  11:3,23 12:8,9,10
  14:10,13 15:2,4,7
  15:11 16:1,17,22
  19:17 21:8,8,12
  21:14 25:12 26:2
  26:15,22 27:2,3,6
  28:8 29:8,9,10
  30:9 31:15,24
  32:3,12,12,13,18
it's 5:3,11,12,20,21
  7:17 8:3,24 9:24
  10:17,23 12:9,9
  12:11 13:17 14:16
  14:21 15:5,5,11
  16:2,3 18:4 19:18
  23:18 26:20 27:20
  27:20 28:21 32:1
it's--it's 13:17
it's--what 25:24
it--when 27:6
its 11:5,17 14:13
  16:15,16 27:22

J

Jacob 2:11
jail 13:7
jealous 24:22
Jeanine 32:20
Jenna 18:24,24 19:5
  21:14 23:14,16
Jersey 13:10
Jesse 2:1,2,11,24

4:7 7:10 8:14 9:17
  10:9 11:7 12:16
  12:20 13:17 14:11
  15:13 16:1,9,10
  16:24 18:23 19:5
  21:6 23:11,16,17
  24:1,17 25:4,17
  25:24 27:10,13
  28:3,6,9 29:6,16
  29:20,21,24 30:11
  31:1,4,6,15,19,24
  32:6
Jim 13:13,16 15:3
  16:9
jobs 12:9
Joe 5:11 7:7 23:17
  24:3 25:2,14,17
  25:20 26:21 27:16
  28:12,17 30:8
  31:11,12
John 30:12
join 11:9
Joining 13:12 18:23
  30:3
jointly 3:20
joke 14:14 23:19
Jong-un 26:21
Jordan 13:13,16
  15:3 16:9
Juan 32:13
judge 20:9 21:9,19
  32:20
judges 5:18 21:13
judgment 15:20
  20:21
jurisdictions 9:20
just 2:9,22 3:24
  6:16 7:5,10 9:5
  10:7,18 13:9
  15:16 16:4 17:20
  19:6 23:13 25:15
  31:11 32:15
justice 10:5 32:20
justify 24:9

K

keep 7:19 26:9
  31:24
keeps 27:22
key 4:14
kick 21:12
kid 24:3
kids 30:21
kills 31:15
Kim 26:21
kind 26:11,13,16

28:18
kinds 14:18
Klobuchar 7:1
  17:19
knell 11:6
knew 26:14
knocks 31:15
know 7:12 10:22
  12:15 14:12 20:2
  21:2 24:17,19,20
  25:2 26:6,7,8 27:7
  27:10,14 28:11,18
  29:2 30:23 32:14
KRISTEN 24:8

L

ladies 29:18
Lady 8:21
laid 2:9 3:8 5:7 19:6
landslide 22:13
lane 6:8
Las 4:12
last 2:6 6:6,24 7:5
  8:18 9:1,3 10:18
  17:20 25:12,15,16
  29:8 32:7
late 20:15
later 5:16
latest 12:23
launched 6:6
Laundry 14:20
law 5:3 11:15 20:17
  20:24
lawsuit 6:8
lawsuits 19:12,20
  19:24
lawyer 5:8 6:7
  16:24
lawyers 5:17
lead 4:23 19:7
leads 4:14
leaked 6:14
leave 15:10
Left 3:19 8:4,15 9:9
  9:15 11:12 12:13
  28:14
legal 2:9 4:9 5:19
  16:10 18:22 19:2
  19:15 20:7,23
  21:16 23:1,11,14
  24:9
legislatures 23:2,2
let 5:17,18 14:15
  15:8,20 20:9
  27:19 30:16 32:16
Let's 6:8 25:19

letter 7:2 17:20
level 21:24
liberal 32:4
Libertarian 30:20
lie 6:16
life 10:7
like 9:4 11:2 14:10
  26:5,12 30:19
  31:11
likely 21:14
line 14:5
listen 25:19 27:17
listens 20:18
Listerine 31:21
litigation 22:5
little 24:21
Liz 7:1 17:19
lobbies 18:6
lockdown 12:24
  13:24
long 8:11 9:10 17:8
longer 11:19 24:17
look 6:22 18:19
  20:24 23:20 24:13
  25:7
looking 5:14 19:15
  24:6 27:5
looks 26:4
lot 14:4,23 17:5
  30:1
Lou 7:24 8:1,3 9:6
  11:3,9 12:16,19
loud 7:12
loves 32:12
lower 21:23

M

machine 4:6,13
machines 5:10 6:22
  6:24 7:4 10:3
  16:13 17:6,21,23
  18:3,8
made 2:20 17:2
  18:4,22 29:7
magistrate 22:18
mail 4:18 5:1,22
mailing 2:18
mainstream 6:19
  20:20
maintaining 19:22
major 4:11,20
  26:17
make 2:5 9:1 19:8
  22:8,14 23:3,9
  27:21,23 28:22
  30:16 31:10

**Makes** 4:7
**making** 8:3,4 12:10
**man** 11:18 27:6,7
  32:9,10
**manage** 29:22
**manipulate** 20:13
**manipulated** 20:16
**many** 3:24 4:4
  15:23 16:21
**MARY** 23:20 24:12
**mask** 13:4,20,21
**masks** 31:11,12
**matter** 21:10 33:5
**maximum** 4:4
**may** 31:21
**maybe** 7:11 26:20
  26:22
**mayor** 15:5 21:18
  32:8
**mayors** 15:24
**me** 2:21 13:12 15:13
  18:23 20:10 27:3
  27:19 28:3 30:7
  30:16 32:19 33:5
**mean** 8:4,18 10:12
  13:22,24 15:4,10
  15:11,12 25:24
  26:3
**meaning** 3:24
**meanness** 9:15
**means** 4:5 10:3,4
**meant** 7:21
**media** 6:19 10:12
  20:21 23:19 24:2
  26:5 27:2
**Medical** 14:22
**meet** 18:1
**members** 14:22
  30:16
**memo** 14:2,3,5
**memory** 6:8
**men** 11:22
**meth** 14:14
**methodically** 5:7
**Michigan** 2:12,16
  3:9 19:12,24
**middle** 11:22
**might** 8:16 11:9
  13:7 16:20
**miles** 25:5
**million** 18:13
**millions** 5:22 7:14
**Milly** 14:16
**Milwaukee** 4:12
**mind** 9:5 26:6,7,10
**minefield** 29:23

**minimum** 4:3
**minor** 18:10
**minorities** 12:1
**miss** 16:14
**mom** 16:3
**money** 9:2
**month** 7:5
**more** 3:8 6:17 8:10
  13:5 14:24 15:15
  28:2
**morning** 3:11 4:21
**most** 7:8 9:7 13:3
  14:8 16:15 21:17
  25:8 29:3
**mother** 30:7
**motion** 21:18,19
**mouth** 31:7
**mouthwash** 31:14
  31:14,21
**mouthy** 30:20 31:17
**move** 27:21 28:2
**movement** 10:20
  11:19
**movie** 32:10
**moving** 27:3,24
**Mr** 23:22 24:15
**much** 12:18 23:14
  23:16 24:17 26:20
  29:19
**Mugica** 18:15
**music** 25:4
**my** 2:17 9:5 19:2
  29:16 30:7,12
  32:3,4,21

———————
**N**
**names** 5:2
**Nancy** 18:6
**national** 18:16
  25:23 26:18
**NBC** 6:21,24 17:22
**near** 14:4 32:16
**nearly** 9:6
**need** 14:7 19:8
  24:11 25:21,22
**needed** 26:13
**needle** 28:2
**needs** 23:13
**neither** 16:6 33:6
**networks** 10:13
**Neuhaus** 30:12
**Nevada** 19:13 20:1
**never** 16:20 26:14
**new** 13:1,10 18:9
  26:21 28:16 31:13
  32:8,15

**News** 1:4 6:21,24
  17:22 24:18 30:4
**Newsom** 14:17 15:5
**next** 27:21 32:7,20
**Nice** 24:8
**night** 20:15
**nine** 25:5
**ninety** 25:5
**no** 3:24 7:20 11:19
  11:23 12:5,14,14
  13:5,11,17 15:3
  21:3 26:10 28:5
**nobody** 5:20
**nor** 16:6 33:6,7
**normal** 29:18
**not** 2:21 3:5,5,6 5:6
  8:8,24 11:12,15
  11:16 12:2,8,23
  13:21 14:6,23
  16:21 17:18 18:16
  19:10,19,23 20:1
  20:7,24 21:10,19
  21:20 22:16 24:9
  25:15,18 26:20
  27:7,19 28:1,2,12
  28:12,20 29:17
  30:7,14,14 31:19
  31:21 32:9,9 33:8
**nothing** 2:7
**November** 1:6 4:22
  8:6
**now** 6:3 11:21 13:4
  13:12,18 14:13
  15:23 18:7,23
  20:9 26:4,23 27:7
  30:3,10 31:5
**number** 3:17

———————
**O**
**o'clock** 13:18
**oath** 2:23
**Obama** 6:13
**obedient** 14:11
**obviously** 30:6
**OCASIO-CORT...**
  27:18
**of** 1:1,1 2:3,10,12,12
  2:13,13,15,15,18
  3:1,14,17,19,24
  4:3,4,4,10,18,18
  4:19,21 5:2,2,6,22
  5:22 6:12,15,17
  6:18,22,23,24 7:2
  7:3,9,11,14,24,24
  8:3,19,24 9:7,7,11
  9:14,15,16 10:5,7

10:19,22,23 11:17
  11:20,21,24 12:3
  12:10,22 13:2,5
  14:1,2,4,5,13,18
  14:22,23 15:18,19
  16:6,12,15,18,22
  17:5,10,13,20,21
  17:24,24 18:6,7,9
  18:11,21 19:6,11
  19:12,19,20,21,23
  19:23 20:9,10,13
  20:14,15,16,17,18
  20:19,20 21:1,4
  21:16 22:6,10,15
  22:20,24 23:3,5
  23:10 24:18,22
  25:1,8,20 26:11
  26:16 27:1,1,4
  28:1,13,18,19
  29:1,3,4,10,17,21
  29:22 30:1,4,9,16
  30:18,21 32:10,14
  32:17 33:1,4,7,7
**off** 17:10 24:2
**office** 11:19 22:18
**official** 19:11 23:18
**officials** 3:2 20:12
  22:16
**oh** 15:6
**Ohio** 13:12,12,17
  16:7
**Okay** 7:23
**on** 3:17 4:1,24 6:15
  7:17 8:6,11,15,15
  8:21,23 9:8 10:2
  10:12 15:22 17:3
  17:8,10 18:6
  19:10,20,22 21:23
  22:6,15 23:22
  24:15 25:12 26:19
  27:4 28:4 30:9
  31:7,8,12 32:3,6
  32:10,19
**once** 4:6 9:12,22
  30:22
**one** 8:9 12:2 16:15
  18:5 21:3,16 27:3
  28:5,10
**ones** 27:12
**only** 3:23 12:8
  19:10 28:12
**Oops** 7:10
**op** 7:6
**Open** 26:22
**opened** 4:18
**operate** 15:21

**operates** 17:4
**opinion** 21:1
**opportunity** 12:6
**opposition** 8:6
**options** 19:16
**or** 7:11 11:5 15:7
  17:17 20:12 21:10
  22:23
**orders** 12:24
**Oregon** 13:5,9
  14:16
**organization** 7:8
**other** 6:4 15:11
  17:14 22:17 23:8
  26:19 31:6
**our** 7:14,17 8:3,4
  10:2,6,6 12:21
  15:10 17:8 18:17
  18:20 19:12 21:16
  22:8,10,18 27:21
  27:24 28:1 30:17
  31:13
**out** 2:9 3:8 5:2,7
  7:12 8:22 9:9
  10:14,22,23 12:17
  13:13 14:1,3,13
  14:17,18 15:9
  19:6 20:17 22:9,9
  22:10 24:3 28:4
  28:19 29:10 31:7
  31:15 32:3,13,14
**out-of-state** 4:15
**outcome** 6:1
**outdoor** 13:5
**outer** 4:1
**outrage** 6:7
**over** 4:14 6:15 8:18
  13:8,22 14:16
  16:18 17:21 25:11
  25:15 28:17 31:20
**overlapped** 18:11
**overthrow** 9:10,13
  9:23 10:6,6
**overturn** 16:11 22:3
**overwhelming**
  16:21
**owed** 7:13
**own** 12:24 13:4
  14:23
**owned** 18:14 22:17
**owner** 15:17
**owners** 15:14 17:20
**ownership** 18:16

———————
**P**
**package** 6:23 17:22

packages 2:18
paid 25:11
pandemic 26:23
paper 3:16
parent 7:2
parents 32:4
part 7:11 15:13
particular 21:22,22 27:4
parties 33:7
partisan 30:16
partisans 30:18
party 11:5,10,11,16 11:20,21,21,24 15:7 28:14
past 25:7
pattern 10:10
Pelosi's 18:6
penalty 3:1
Pennsylvania 4:19 13:3,19 19:13 20:1 21:17
people 3:12 4:23 5:5 8:15,15 10:5 13:6 13:6 14:24 19:18 20:11 21:2 22:16 27:5 29:11,12 31:24
percentage 16:18
perfect 32:17
perfectly 29:18
perhaps 6:3 7:10 8:8
period 2:10
perjury 3:1
permitted 4:17
persists 9:14
person 9:1
Philly 4:11
Phoenix 4:12
phone 8:21
physical 10:1
pie 31:16
Pittsburgh 4:11,23
place 22:22
planted 6:16
play 15:9 25:23
please 26:1
plot 9:10
plugged 16:23
point 4:24
police 29:13
policing 12:11
policy 28:18
political 5:12 24:6 29:23

politicians 15:1
politics 7:9 29:13,22 30:3,13,13
poll 2:24 3:7 4:16
poorly 18:4
pop 16:3
porch 31:8
possibly 22:17
post 8:2 21:11
poured 9:2
Powell 5:8 16:15 17:1,12
Powell's 17:7 18:18
power 26:6
powerful 5:24
powers 10:17
practice 2:21
precincts 4:21
premise 15:16
prepared 23:7
present 5:17
presented 27:6
preserved 19:9
presidency 9:12,13 9:13
president 2:8 5:24 6:10 8:5,18 9:10 9:18,21 10:3,17 11:5,12 12:15 16:19,19,21 18:22 18:24 21:4 22:12 23:20,23 24:1,7 24:13,16 25:15
President's 4:9 8:19
President-elect 23:23 24:15 30:8
presidential 8:23 30:2
press 10:13 19:1 20:5 23:18 25:14
pressure 26:11
pressured 6:11
pretty 14:11 29:3
Princeton 18:2
probably 13:13 15:13 16:17 25:16 28:8 30:7
procedural 20:4
proceedings 33:4
process 5:19,19 7:17 20:7,23 22:2 23:12 25:8
processed 4:19
procession 11:10
produced 4:2
producers 5:14

professors 18:2
promise 27:22
promising 21:17
protect 22:10 23:4,9
protecting 2:2 7:16 19:22
Protection 5:4
protections 25:22
prove 22:13
provided 33:4
proving 5:10
public 21:1 32:10
pulled 3:11
pursued 6:5
pursuing 7:13 19:3
pushing 28:16
put 3:17 4:5 7:7 15:21 22:17 30:21 31:7,12

──────────
          Q
quality 12:7
question 19:2 20:4
questionable 19:10
questioning 26:6
questions 24:23 25:1,9 26:7,9,11 26:24 27:9
quickly 4:2 8:8,8
quit 12:11

──────────
          R
races 28:24
radical 11:13 28:13 29:17
raid 8:19
raise 31:9
raising 7:2 17:21
ran 3:13 16:17 17:22
rapper 32:13
rascally 31:7
RASHIDA 27:23
ratification 22:20
Raymond 30:5,6,11 31:2,5,23 32:1,5
re-emerged 26:22
react 24:18
reaction 7:24
Reagan 12:4
real 4:20 10:15 26:4 26:10 27:12 29:11
really 9:16 23:22 24:14 25:18 26:2 27:1 30:20 31:10
recommendations

30:17
reconciling 12:2
recording 1:1 8:20
recount 19:14
red 29:8,9
refusal 23:21 24:14
regulations 14:18
relative 31:7 33:6
relatives 31:17
relax 23:13
remain 28:24
remedies 23:1
remember 6:9,10 6:12,13,19 7:22 8:24 14:7 24:24 30:12 32:20
reminds 28:3
report 6:21 17:9
reportedly 17:15
reporter 24:24
REPORTERS 1:24
reports 17:21
represent 28:14 29:12
Representatives 23:3
Republic 2:2 7:16
Republican 3:18 11:5,11,16,20,21 11:23,24 12:3 28:24
Republicans 2:7 8:5 11:4
requested 19:13
required 13:4
requires 20:24
researchers 17:8
resident 2:12
resolve 8:8
resolved 8:12,13
response 26:10
rest 16:6 29:4
restaurant 14:20 28:5
restraints 22:7
restrictions 13:2 15:22
result 22:15
results 5:17 20:2 21:4
Richard 30:12
ridiculous 13:17,23 15:12
rigged 5:11 8:23
right 6:23 7:14 8:1 8:4,16 10:9,16

11:3 12:16 13:9 16:10 18:24 23:11 25:5 26:3,22 28:9 29:6,16,17,18 30:5 31:1,4,16 32:6
rioted 6:6
Rockefeller 32:17
room 24:23
Rudy 2:11 3:3,8,10 5:7
rule 5:18
rules 14:23
run 4:13 10:23 16:17 27:11,13
running 15:17 26:24
runoffs 28:21
rush 20:21 21:3
Russia 26:20

──────────
          S
said 2:16 6:9 7:11 14:5 17:11
sake 15:21
Sanders 24:19,21 25:6 28:6,11
Sarah 24:19,19,21 25:6 26:7 28:3,6 28:11
Saved 30:5
saw 3:23 20:11
say 12:23 15:1 20:9 20:21 24:4,10,10 24:20 25:18 30:8 30:12,13
saying 2:22,22 19:16 25:19,20 26:1
says 3:4,6 9:18 10:12,15 13:10 16:11 17:12
scandal 5:12 6:17
scene 32:9
schedule 22:6
scripted 25:10
second 9:1,3
seconds 29:6
secret 20:16
secretly 8:20
security 18:1 26:18
see 3:21 8:7 10:4,4 12:19 23:13 24:8 25:13 29:24 31:23
seeing 6:4 10:18 24:6 26:4

seems 15:23 27:3,7
seen 10:2 30:2
selling 29:5
Senate 28:23
Senator 17:19
Senators 7:1
sense 15:12,20
sent 2:19 14:1,3
separate 13:6 30:18
September 2:14
serious 7:3
serve 30:7 31:13
serving 31:15
set 5:2 16:17
setting 24:24
several 18:1 21:15
shall 6:8
shameless 12:13
share 19:21
shattered 17:6
she 2:14,14,16 3:1,4
   3:6 5:8 15:6,6,9
   17:11
She's 2:12,16
shock 25:11
shoot 32:10
shops 16:4
short 2:10 25:10
shot 7:16
should 5:20 6:5 15:4
   20:3 21:3,20 22:8
   22:14 25:2 26:24
   29:9
shouldn't 2:5
show 5:15,16
showed 4:23
shows 28:5 31:14
shut 15:22 31:10
sick 4:7
side 29:22 30:9
Sidney 5:8 16:15,24
   17:7,12 18:18
signatures 3:5
significant 5:9
signs 6:4
silent 7:11 31:2
simply 22:16
since 20:5 23:7,18
sing 13:10,16
singing 16:6
single 12:7 17:1
sinister 8:10
sitting 28:4
situation 30:6
six 13:6 19:18
slip 7:11

small 15:17 16:2,3
   17:16
Smartmatic 17:3
   18:7,11,14
sneak 30:9
so 3:13 5:1,13,16
   6:17 7:19 10:17
   13:7,23 14:10
   16:21,21 17:8
   18:19 19:16,24
   21:21 22:8,21
   23:12,16 26:20
   28:1,7,24 29:19
   30:2,6,8,19 31:11
social 10:12
socialism 28:16 29:1
   29:15
softball 24:22
software 5:10 10:3
   12:22 17:4 18:4
some 8:16 13:2,6
   15:11 17:2 26:21
   27:9,9 28:24
somehow 9:24
someone 20:18
something 9:4 11:2
   14:9,9 15:1 19:9
   25:18 27:20
sometimes 22:5
soon 21:9
Soros 18:16
Spanish-Venezuel-
   18:15
spans 19:18
Spare 6:7
speak 10:17
SPEAKER 18:21
speaking 6:24
specific 21:7
specifically 19:3,4
spent 17:8
spider 30:5 32:2
spied 8:23
squad 27:13,15 29:1
   29:17
stability 24:6
Staff 18:6
stage 20:4
stake 9:8 18:10,17
stand 11:4,12 28:20
standard 15:3
standards 18:2
standing 28:13
start 21:8 30:22
state 2:12,15 5:3
   11:14 17:23 21:8

23:2
statement 29:11
statements 4:10
states 4:14 9:11
   14:1 16:22 19:4
   19:18 21:5,22
   23:6,10 24:6
statistical 17:17
steal 9:21
stealing 9:20
step 24:12
stick 30:21
sticks 27:24
still 25:13 26:15
stole 6:9
stomach 4:8
stop 6:11 9:24 28:24
stoppage 6:1
storm 16:3
strategy 31:6
structural 26:17
study 12:3 31:14,20
stunt 32:9
subject 2:3
succeed 10:8
success 12:7
sudden 8:24
supervisor 2:17,20
supply 18:8
supporters 8:21
   11:1
supposed 26:5
Supreme 21:13,15
   22:3 23:1
sure 2:5 5:21 12:10
   19:8 22:9,14 23:4
   23:9 25:18 27:21
   27:23 28:22 29:3
   32:19
surprised 25:3,7
survive 30:3
suspended 14:6
SWAT 8:19
swear 3:10,20 4:17
   4:19
swearing 3:1
swiftly 4:3
swing 4:14
swirling 17:5
switching 17:21
sworn 4:10
system 16:23
Systems 12:21 17:3
   17:12 18:1

——————— T ———————

table 30:9,21
tables 3:18
tabulated 17:15
take 6:8 8:22 10:13
   10:21 16:9,18
   24:12,18 25:9
   28:17
taken 3:17
takes 10:21 22:5
taking 24:9
talking 12:8 21:4
   27:15 30:22,23
tally 7:18
Tammy 24:19 25:17
   26:2 27:12 29:6,7
   29:20
tampered 18:12
tap 31:8
taxes 28:16
team 2:9 4:9 12:21
   16:11,24 17:8
   18:17,22
teams 8:19
technical 5:13
technology 17:4
   18:7
tell 15:14 27:19
   31:11
ten 13:18 15:11
tens 5:2,22
tense 26:19
tent 12:2
tenuous 30:6
terms 12:10 22:24
terrible 13:14
testified 18:3
testify 3:4
testifying 4:10
testimonial 3:8
testimonials 5:7
testimony 5:9 20:10
   20:19
Texas 17:24
than 2:19 6:18 13:5
   28:2
thank 12:17 19:5
   23:14,16 29:19
Thanks 29:20
Thanksgiving 13:2
   16:8 29:23 30:1
   32:5,6
that 2:4,17,20,21,22
   2:22 3:1,3,4,10,18
   3:20,21 4:8 5:10
   5:20 6:3,4,15 7:10
   7:19,21,23 8:7,9

8:15,16 9:2,3,17
   10:4,5,9,13,17,19
   11:4,8 13:7,13
   14:3,7,7,15,19,24
   15:1,9,13,14,16
   16:2,4,4,7,17,22
   16:22 17:4,14,18
   18:3,10,12 19:3,7
   19:8,8,9,11,14,17
   19:19 20:2,3,3,4
   20:16,17,19,21
   21:9,10,19,20,23
   21:24 22:2,3,8,12
   22:13,14,21 23:4
   23:6,6,8 24:7,10
   24:10 25:1,14
   26:5,16,18,21
   27:2,19,22,23
   28:6,7,10,12,21
   28:23,23 29:1,3,7
   29:10,11,24 30:2
   30:13 31:5,7,7,14
   31:15,21 32:5
   33:3,6,8
that'd 32:17
that's 2:2,21,22
   10:24 13:19 15:6
   20:8,22 21:17
   22:4,11,18,24
   23:12 25:20 27:21
   32:18
the 1:1 2:2,2,4,6,6
   2:12,13,15,15,17
   2:20 3:4,7,11,11
   3:12,13,15,17,18
   4:1,5,9,21 5:4,10
   5:11,16,16,17,18
   5:23,23,24 6:1,5,6
   6:7,9,13,19,22,22
   6:23 7:2,5,7,9,11
   7:11,12,16,16,17
   7:19,20 8:1,4,4,4
   8:4,11,15,16,18
   8:19,19,20,21,22
   8:23 9:1,2,3,7,9
   9:10,11,12,13,14
   9:15,15,16,18,19
   9:22,23 10:4,4,9
   10:16,17,18,18
   11:4,5,9,10,12,13
   11:13,14,16,17,20
   11:21,21,22,23,24
   12:3,3,4,4,5,11,13
   12:22,22,23 13:1
   13:8,24 14:1,1,5,5
   14:5,8,12,16,22

15:3,7,12,13,16
15:18,19 16:2,3,3
16:4,6,11,12,12
16:18,20,22,23
17:1,5,6,12,16,20
17:23 18:5,7,7,8,9
18:10,11,12,13,14
18:21 19:1,1,2,7
19:11,12,19,20,23
20:4,4,5,7,10,10
20:11,14,15,17,18
20:19,19,20,23,24
21:1,1,4,4,8,10,13
21:15,18,19,21,23
22:2,7,9,9,10,10
22:14,15,15,20,20
22:21,21,24 23:1
23:1,2,2,4,10,18
23:19,20,20,23
24:2,2,3,5,7,7,9
24:13,13,16,23
25:1,8,8,12,12,13
25:13,14,14,15
26:11,13,19,23,24
27:4,11,13,13,15
27:22,23 28:2,4
28:13,14,15,16,17
28:21,23 29:1,1,1
29:2,4,4,9,10,11
29:13,14,17,21,22
30:1,4,9,9,11,13
30:14,16,18,21,21
30:23 31:6,7,8,8
31:12,16,17,17,19
31:20 32:11,11,13
32:13,16,17 33:3
33:4,7,8
**their** 5:2,5,18 7:4
  11:10 14:23 15:17
  15:18,19,21 20:1
  25:23
**them** 4:1,4 8:22
  15:20,22,22 16:19
  20:13 25:7 26:9
  26:13 28:2,21
  31:8,9,10,10,12
  31:18
**themselves** 15:2
**then** 6:1,1 14:13
  15:15 21:12,20
  22:1,3
**there** 3:24 6:4,18,23
  8:16 10:16 12:13
  12:16 14:4,18
  16:11 17:13 18:10
  19:9 21:15,16

22:22 25:5 26:10
28:19 29:18
**there's** 6:17 8:14
  14:23 17:4 23:11
  28:23 31:13
**these** 2:18 3:22,23
  4:2,12 5:6 10:5
  15:22 16:22 17:23
  20:14 21:22,22
  22:16 23:6 28:23
  29:12
**these--that** 26:10
**they** 2:9,19 3:10,12
  3:13,15,16,16,17
  3:18,20,21,21,22
  4:5,17,20,24 5:1
  7:1,15,23 8:18,20
  8:21,21,22,23 9:4
  9:16,17,18,19
  10:6,10,11,14
  11:7,9,12,15
  14:15,22 15:2
  20:11,22,23 24:3
  25:1,7,10,22,22
  25:22 27:11,13,14
  27:16 28:14,15,24
  30:22 31:17
**they're** 4:3 9:1 20:2
  20:2 27:8,15
  28:12 29:4 30:23
**they've** 8:17 9:17
  25:14 28:19
**thing** 3:21 30:11,13
  30:14
**things** 14:4,24
  20:13 24:7 30:10
**think** 4:8 7:7 8:1,11
  9:3,6,14,23 10:10
  10:21,24 11:3,3
  14:21 15:8,16
  23:22,23 24:14,16
  25:6,10 27:19
  28:8 29:7
**thinks** 2:4 27:10,13
**third** 23:17
**this** 2:8,24 3:7 4:6,8
  5:11,16 7:22 8:2,5
  8:9,11,12,17 9:4
  9:14,16,18,19,21
  10:3,4,7,16 11:2,5
  11:11,12,13,14,15
  11:19,19 12:2,5,6
  12:11,12,12,14,15
  12:22 13:12,22,22
  13:23 14:2,3,10
  14:10,19,24 15:9

15:10 17:2,14,16
18:17 19:16,18
20:9 21:1,2,11
22:6 23:7,9,21
24:13,18,20 25:10
26:3,23 27:7,14
28:14 29:8,16
30:1,17 31:20
32:8,9,10,14,16
32:21 33:5,7
**THOMPSON** 1:24
**those** 6:5 10:2 19:23
  20:13 22:24 24:22
**though** 19:21 32:18
**thought** 3:13,18
  32:12
**thousands** 3:14,14
  4:18 5:2
**three** 2:6,8 4:6 18:2
  29:17
**through** 5:19 17:9
  22:2
**thrower** 32:11
**ticket** 3:24
**tight** 22:6
**TikTok** 30:22
**time** 2:10 3:18 5:23
  9:18 10:15 13:7
  16:4,5 17:9 18:5
  25:9
**timeline** 27:24 28:1
**times** 4:6 18:1,10
**title** 6:22
**TLAIB** 27:23
**to** 2:1,5,14,16,17,18
  2:21 3:2,2,5,5,6,7
  3:10,11,13,20 4:3
  4:7,8,11,17,24 5:5
  5:15 6:11,16 7:2
  7:14,18,19,21 8:7
  8:13,17,22,24 9:1
  9:3,10,11,13,14
  9:14,15,20,22,23
  10:3,4,4,4,8,11,14
  10:17 11:4,13,14
  11:15,15,16,19,23
  11:24 12:1,1,4,19
  12:24 13:4,12,18
  13:19,21,21,22,24
  14:2,3,7,7,13 15:7
  15:8,10,16,23,24
  16:4,11,14,16,18
  16:19 17:7,9,10
  17:13,18,20,23
  18:1,5,8,9,17,18
  18:19 19:2,7,8,18

20:1,12,13,17,18
20:21,21,24 21:2
21:3,3,6,8,11,12
21:15,16,18,19,20
21:23 22:1,1,8,9
22:11,13,14,17
23:3,9,9,9,13,21
24:4,5,8,9,14,18
24:20 25:11,13,18
25:21,21 26:5,9
26:13,14,14,24
27:2,3,3,6,6,7,8,8
27:16,16,16,19,21
27:23,24 28:9,13
28:19,20,20,21,22
29:2,22 30:7,9,9
30:11,12,13,15,20
31:9,10,12,13
32:2,3,8,14,15,19
33:5,7
**together** 7:7 32:1
**told** 4:24 20:12,12
**tongue** 7:11
**tonight** 7:24 17:10
  32:18
**tonight's** 2:3
**too** 15:23 16:9
  28:12
**top** 27:4 29:9 32:10
**tough** 10:22
**towards** 28:1
**trade** 12:11
**trail** 25:12
**trained** 2:15,16 3:2
**TRANSCRIBED**
  1:24
**transcript** 1:1 33:4
**TRANSCRIPTIO...**
  33:1
**transition** 6:15
**travel** 15:6,7
**treated** 25:15
**treats** 25:14
**tree** 32:16
**trial** 21:23
**tried** 8:22 10:10
**trier** 20:18
**trimmings** 29:22
**trip** 6:8
**triple** 4:4
**truck** 3:11,13
**true** 5:11 33:3
**truly** 12:1
**Trump** 5:6,16 6:1,9
  8:1 11:18 12:4,5
  16:19,21,24 18:24

20:1,12,13,17,18
**Trump's** 2:9 4:23
  6:11,12,15 16:10
  18:22
**trust** 7:17,18 17:6
**truth** 7:12 22:10
**try** 10:14
**trying** 9:20 20:24
  22:11 25:18 29:2
**tupperware** 31:9
**Turkey** 29:21
**turned** 17:1
**turns** 32:13
**twice** 4:6
**Twitter** 32:19
**two** 3:19 13:6 22:24
  28:23
**type** 25:1
**Typically** 22:4

**U**
**uh--and** 25:22
**UK** 31:14
**ultimately** 21:13,14
  22:2 23:1 26:3
**uncle** 30:19
**uncovered** 12:21
  16:20
**under** 2:23 3:1 6:2
**understand** 8:15
  9:7 19:19 20:23
**unique** 5:22 14:9
**United** 9:11 14:1
  21:5 23:10 24:5
**unleashed** 6:14
**unless** 7:23 30:8
**unsolicited** 5:3
**until** 20:2
**until--until** 10:22
**up** 3:11 4:23 5:15
  7:20 21:12 24:24
  27:14 28:5,13,20
  31:10 32:7
**upend** 9:23
**uphill** 5:20
**us** 6:7 12:19 14:2,3
  14:13 22:8 23:2
  26:1 27:6 29:17
  30:3
**used** 22:23 30:12

**V**
**various** 9:20
**Vegas** 4:12
**vehicles** 21:16
**venality** 9:15

**Venezuelan** 18:8,12
**verbal** 10:1
**verify** 3:5 17:10
    18:17
**Vermont** 13:20
**versus** 25:14
**very** 4:2,2 5:23 9:14
    12:18 16:7 17:2,8
    19:6,9 22:6,6
    23:14 25:10 30:6
**vicious** 9:24 10:19
**victory** 7:22 15:7
**videos** 30:22
**view** 23:22 24:15
**viewers** 9:7
**violated** 5:4
**Violators** 13:7
**virtual** 9:2
**vote** 4:15,24 5:10,11
    7:3,15 17:6,23
    18:7 20:12 23:4
**voted** 5:1 11:18
**voter** 3:6 4:11,16
    7:6,8
**voters** 7:13 20:12
**votes** 16:16,18,20
    17:13,15,21 18:13
**voting** 2:14 4:15,15
    4:15 6:21,23 10:3
    12:21 16:13 17:3
    17:4,12,24 18:8
**vulnerable** 17:23

**W**

**walk** 14:15
**walked** 28:9
**want** 7:19 13:7
    16:14 20:3,23
    21:3 22:8,14,17
    27:16,18 29:3,4
    29:12,12,13,14,14
    30:20 31:3,10,18
**wanted** 12:3
**wants** 12:4 20:21
**ward** 30:14
**warned** 22:19
**Warren** 7:1 17:19
**was** 2:4,14,15,17 3:1
    3:4,13,14,24 5:22
    6:1,10,15,18 7:10
    7:21 8:16 11:18
    14:12,21 15:6
    17:3,16 18:10,13
    19:6 22:22 24:23
    25:19 26:10,10,14
    27:2,6 28:8 29:7,8

29:10 32:12
**wasn't** 2:5 3:14 28:7
**watched** 19:1
**watching** 11:5
**Watters** 2:1,2,24
    4:7 7:10 8:14 10:9
    11:7 12:16,20
    14:11 16:1,10,24
    18:23 21:6 23:11
    23:17 24:1,17
    25:4,17,24 27:10
    27:13 28:3,9 29:6
    29:16,21,24 31:1
    31:4,19,24 32:6
    32:21
**Watters'** 1:4 2:1,3
    5:14 12:20 16:13
    17:7
**wave** 29:8,9
**way** 4:6 6:5 7:12
    10:7 23:20 24:13
    25:1,13,14,20
    26:15
**we** 5:15 6:8 7:7,16
    7:22 8:11 10:1
    12:10 13:23 14:7
    14:11,12,13 15:9
    15:10,14 16:20
    17:10,14,18 19:8
    19:14,21,24 20:2
    20:6,6,7 21:20,20
    21:23,24 22:1,1,3
    22:8,12,13,21,24
    23:4,9 28:2,11,18
    28:22 29:2,11,12
    29:13,14,14,18
    30:14,14,17
**We'll** 15:8 31:23
**we're** 5:15 6:4 7:20
    8:7 10:18 17:9
    18:18 19:15,16
    20:24 21:2,4 22:5
    22:11 26:3 27:19
    27:20,23 29:10
    31:13
**We've** 19:13 23:8
**weak** 28:13
**wear** 13:4,19,21
    31:10
**weddings** 13:11
**week** 17:2 19:2
**weeks** 2:8
**welcome** 2:1 26:8
    30:15 32:8
**WELKER** 24:8
**well** 8:3 10:7 11:9

15:4 19:15 24:8
    26:2 27:10 28:6
    29:7,16 31:19
**well-being** 15:18,19
**well-known** 11:16
**were** 2:19 3:7,12,15
    3:15,16,16,17,22
    3:23 4:2,4,5,20,24
    5:7 8:20,21 11:13
    11:14 14:11,23
    17:10,15,23 25:10
    26:11,12
**weren't** 4:17
**what** 2:9 3:10,20
    5:15 8:1,17 9:7,8
    9:8,9 10:1 11:14
    12:6,13,21 14:12
    17:10,11 18:17
    19:2,3,5 20:7,17
    20:24 21:7 22:18
    23:13,21,23 24:4
    24:14,15,20 25:18
    26:1,3,4,8,14,16
    27:6,16,21 28:8
    29:4,12 30:17,18
    30:23 31:3
**what's** 21:21 27:8
**What--what** 28:11
**whatever** 7:20 15:7
**when** 2:3,19 3:22
    5:1 6:7,9,10,12,19
    10:10,11 13:19,20
    13:24 14:8 15:1
    21:4,6 22:19 23:4
    23:6 24:1,1,22
    25:9,22 26:7 27:2
    27:5 28:3
**when--when** 15:14
**where** 3:12 14:20
    17:15 20:8 21:18
    26:10,19 27:14
**whether** 9:24 10:1,1
    12:9,9,10 15:4,5
    16:3 17:16 26:20
**which** 4:5 15:23
    16:20 20:14 31:2
**while** 4:22 6:2
**whistleblower** 5:9
**White** 28:18
**who** 5:1 7:4,19 10:5
    11:22 15:5,17
    17:1 20:11,12,12
    20:12,18 24:5
    26:23,24 27:7,10
    28:15 30:5
**who's** 25:11

**whoever** 22:16
**whole** 22:2
**why** 8:15 10:24 11:7
    11:7 19:16 20:5
    21:2 22:4,24 25:2
    28:21
**widespread** 19:17
**will** 3:4 8:12 11:11
    12:13,14 16:5,7
    19:14 20:6 21:14
    21:20 31:2
**win** 21:23
**winner** 22:15
**winning** 27:19,20
**Wisconsin** 5:2 19:14
**wish** 24:22
**with** 5:20,22 7:24
    8:22 9:24 11:4,12
    11:13,14 12:4
    14:9,15,16,21
    18:12,14 19:11
    22:20 25:2 26:5
    26:13 27:14 29:21
    30:3 31:9,20 32:4
    32:20
**witnesses** 20:10,19
**woman** 3:4 11:18
**women** 11:22 12:1
**won** 9:13 15:8 22:12
**won't** 12:15,15
    30:23
**words** 2:3 12:18
**work** 31:5,21
**worker** 3:1
**workers** 2:20 3:7
**working** 11:18,22
    27:20
**works** 13:13
**world** 1:4 2:1 5:14
    12:11,20 16:13
    17:7 32:21
**worse** 4:9
**worst** 15:13
**worth** 5:21 7:13
    10:24
**would** 10:6,20 11:15
    14:8 19:7 21:10
    21:12 22:3 26:17
    26:22
**wouldn't** 9:4 32:18
**wrong** 9:22,23
    14:10 17:16 28:12
**wrote** 7:1 17:19

**X**

**Y**

**YAMICHE** 24:4
**Yeah** 14:11 16:1
    25:4,6,17 28:9
**year** 7:1 9:10 10:11
    14:3 17:20
**year-and-a-half**
    25:12
**years** 2:7 8:18 10:18
    22:5 25:16,16
**yet** 15:8 17:18 20:7
    20:20 26:15
**yield** 12:15
**yielding** 12:14
**Yoda** 30:23
**York** 18:10 32:8,15
**you** 2:3,5 4:7 5:15
    8:1 9:6,11,23
    10:10,22,23 12:14
    12:17 13:14,17,19
    13:20 14:14,15,15
    14:18,19 15:15
    16:5,9,13 19:2,5,6
    20:6,8,9,21 21:6,9
    21:11 23:14,16,21
    23:23 24:4,8,9,10
    24:10,10,12,13,14
    24:16 25:4 26:6,8
    26:8,11,14,19
    27:10,20 28:1,3,8
    29:19 30:2,15,20
    31:3,8,10,11
**you're** 10:9,15,22
    11:3 13:3,14,19
    13:20,21 14:9
    19:3 26:8,9 28:4
**you've** 12:12
**you--when** 26:8
**your** 4:7 9:7 13:4,8
    13:11,18,19,20,22
    15:15,15 16:6
    23:14,22 24:15
    31:6
**youth** 30:19

**Z**

**zones** 30:19

**0**

**1**

**1** 18:21
**100,000** 4:4
**15,000** 4:23
**1787** 23:7

| 2 |
|---|
| **20** 29:6 |
| **2000** 8:9 |
| **2017** 18:11 |
| **2020** 1:6 32:18 |
| **21** 1:6 |
| **25th** 8:22 |

| 3 |
|---|
| **350** 14:21 |
| **3rd** 8:6 |

| 4 |
|---|
| **4:30** 3:11 |
| **4th** 4:22 |

| 5 |
|---|

| 6 |
|---|
| **60,000** 4:4 |