# Exhibit 31





Tweet

Search Twitter

Home
Explore
Notifications (10)
Messages
Bookmarks
Lists
Profile
More

Tweet

**Jeanine Pirro** @JudgeJeanine

PART ONE: For four years we listen to unsupported allegations of a conspiracy by a foreign government to interfere with our presidential election #OpeningStatement

This claim about election fraud is disputed

2:15 AM · Nov 22, 2020 · Twitter Media Studio

**774** Retweets **115** Quote Tweets **3K** Likes

**Jason McClary** @mrkaplanmusic · Nov 22, 2020
Replying to @JudgeJeanine
Maybe read The Mueller Report. It is a fascinating tale of corruption and foreign interference in an election. Also, Robert Mueller is beyond reproach. He can't be bought. He is a true American hero. #Gaslighting #MuellerReport #Election2020
6 3 19

**cheryl g** @cherylg64006948 · Nov 22, 2020
Replying to @JudgeJeanine
Jeannie have you got your dress on backwards

**Seer Snively** @SeerSnively · Nov 22, 2020
Replying to @JudgeJeanine
Have you read this? Republicans wrote it.

READ: Senate Intelligence Report On Russian Interference In The 2016 El...
The panel released its findings a day after former special counsel Robert Mueller warned of ongoing threats.
npr.org
1 2 7

**Kimber1957** @rab12kab · Nov 22, 2020
Replying to @JudgeJeanine
Those large cities, Pittsburgh, Philadelphia, Detroit, and Atlanta comprise of huge populations of people of color. You know this surely. Those people got out and voted for a new President, Joseph R. Biden, Jr. Get over trump's loss. You'll feel better. 🙂
3 1 3

**Andrew Isbell** @andyisbell · Nov 22, 2020
Replying to @JudgeJeanine
You forgot Trump admitted seeking Russian help. Then tried same with

**Page-Vault** @page_vault

## Relevant people

**Jeanine Pirro** @JudgeJeanine Follow
Judge Pirro is a highly respected District Attorney, Judge, author & renowned champion of the underdog. She hosts the Fox News show, Justice with Judge Jeanine.

## What's happening

US politics · 3 hours ago
**Impeachment trial: Pelosi to transmit Trump impeachment article on Monday**
Trending with Erection, Chuck Schumer

Hip hop · Trending
**Throat Baby**
14.3K Tweets

Trending in United States
**#TheView**
12.2K Tweets

In memoriam · 3 hours ago
**Baseball legend Hank Aaron has died at the age of 86**
Trending with Hank Aaron, Babe Ruth

Politics · January 20, 2021
**Cozy and casual: Bernie Sanders makes a fashion statement on Inauguration Day**
Trending with #Berniememes

Show more

Terms of Service Privacy Policy Cookie Policy
Ads info More ··· © 2021 Twitter, Inc.

← Tweet

Home
Explore
10 Notifications
Messages
Bookmarks
Lists
Profile
More
Tweet

3 1 3

**Andrew Isbell** @andyisbell · Nov 22, 2020
Replying to @JudgeJeanine
You forgot Trump admitted seeking Russian help. Then tried same with Ukraine and China.
2 17

**D R** @Monstorer · Nov 22, 2020
Replying to @JudgeJeanine
I can smell your vodka sweat from here.
3 17

**Lisacherrera** @lch8262 · Nov 22, 2020
Replying to @JudgeJeanine
1/20/21 the best is yet to come!

According to The Young Turks (TYT.com), the New York Attorney General Letitia James has 67 indictments on Trump ready to be unsealed on January 21st. 🍿

1 2

**Terrence Zarnick** @tdzarnick · Nov 22, 2020
Replying to @JudgeJeanine
Hurt the US, while helping our enemies. Unpatriotic. "Trump efforts to challenge election results 'are a gift to America's adversaries,' foreign policy experts say. His lies "of a fraudulent election transmit 'chaos & weakness' to allies & adversaries.."

Trump efforts to challenge election results 'are a gift to America's adver...
As his reelection chances diminish, Trump spoke Thursday evening from the White House briefing room, falsely claiming the election was being ...
cnbc.com

1 1

**David Diano**🚗 @daviddiano · Nov 22, 2020
Replying to @JudgeJeanine
Dropboxes were locked when the polls closed.. then collected throughout the night. So, around 4am-6am the county trucks returned with the ballots. This is the "mysterious" spike.. that isn't mysterious
1

This Tweet is from an account that no longer exists. Learn more

**David Diano**🚗 @daviddiano · Nov 22, 2020
They weren't. The court ruled that the 100% for Biden was speculation by someone who saw a handful of ballots, and their affidavit was "not credible" in a half-dozen different ways.
Read pages 3-5 of ruling about Jesse Jacob (that Rudy touted Thursday)

in her official capacity as the Clerk of the City of Detroit and the Chairperson and the Detroit Election Commission; Cathy Garrett, in her official capacity as the Clerk of Wayne County; and the Wayne County Board of Canvassers,
Defendants.
_______________________/

OPINION & ORDER

Page-Vault
@page_vault

Search Twitter

**Relevant people**

**Jeanine Pirro** @JudgeJeanine
Follow
Judge Pirro is a highly respected District Attorney, Judge, author & renowned champion of the underdog. She hosts the Fox News show, Justice with Judge Jeanine.

**What's happening**

US politics · 3 hours ago
**Impeachment trial: Pelosi to transmit Trump impeachment article on Monday**
Trending with Erection, Chuck Schumer

Hip hop · Trending
**Throat Baby**
14.3K Tweets

Trending in United States
**#TheView**
12.2K Tweets

In memoriam · 3 hours ago
**Baseball legend Hank Aaron has died at the age of 86**
Trending with Hank Aaron, Babe Ruth

Politics · January 20, 2021
**Cozy and casual: Bernie Sanders makes a fashion statement on Inauguration Day**
Trending with #Berniememes

Show more

Terms of Service Privacy Policy Cookie Policy
Ads info More ··· © 2021 Twitter, Inc.





Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More
Tweet

Tweet

Wayne County; and the Wayne County Board of Canvassers, Defendants.

**OPINION & ORDER**

At a session of this Court
Held on: November 13, 2020
In the Coleman A. Young Municipal Center
County of Wayne, Detroit, MI

PRESENT: Honorable Timothy M. Kenny
Chief Judge

Costantino et al v Wayne BOC et al Opinion Order
beta.documentcloud.org

1

**David Diano** @daviddiano · Nov 22, 2020
The "witnesses" are consistently misinformed people with incomplete information that is contradicted by witnesses with full access and the documented paper trails
1

**Marisol** @Marisol36201075 · Nov 22, 2020
Replying to @JudgeJeanine
Hello, I very much agree with everything you say and I love how you speak the truth without fear I love how you are.. ❤
6 15

**Buck Garrett** @BuckGarrett4 · Nov 22, 2020
Replying to @JudgeJeanine
Fox Entertainment Inc has said in court that these tv personalities are not meant to be anything but just that, entertainment.
Buyer beware.
1 1 8

**Erika Andrade TRUTH** @EAwrite · Nov 22, 2020
Replying to @JudgeJeanine
Lie.
Facts speak otherwise. You can slap the word "conspiracy" on anything but it doesn't make it true.

"Judge" knows this.
1 4

@brentcrawford · Nov 22, 2020
Replying to @JudgeJeanine
That's not what the Senate Intel Report said, Jeanine. It's not what Mueller report found either. Not only were these allegations supported, they were proven. Go read both.
1 2

**BUTTER GOLEM** @IAmOroro · Nov 22, 2020
THIS!!!

1

**Suzie Hart** @suesuesea · Nov 22, 2020
Replying to @JudgeJeanine
Great opinion opening tonight. You are right on Judge. Thanks for all you do and say‼
1 6

**gBoes** @GeorgeBoes · Nov 22, 2020
Greetings comrade ! How's the weather in St Petersburg ??

**Page-Vault**
@page_vault

Search Twitter

## Relevant people

**Jeanine Pirro** @JudgeJeanine Follow
Judge Pirro is a highly respected District Attorney, Judge, author & renowned champion of the underdog. She hosts the Fox News show, Justice with Judge Jeanine.

## What's happening

US politics · 3 hours ago
**Impeachment trial: Pelosi to transmit Trump impeachment article on Monday**
Trending with Erection, Chuck Schumer

Hip hop · Trending
**Throat Baby**
14.3K Tweets

Trending in United States
**#TheView**
12.2K Tweets

In memoriam · 3 hours ago
**Baseball legend Hank Aaron has died at the age of 86**
Trending with Hank Aaron, Babe Ruth

Politics · January 20, 2021
**Cozy and casual: Bernie Sanders makes a fashion statement on Inauguration Day**
Trending with #Berniememes

Show more

Terms of Service Privacy Policy Cookie Policy
Ads info More © 2021 Twitter, Inc.

Tweet

Search Twitter

Home

Explore

10 Notifications

Messages

Bookmarks

Lists

Profile

More

Tweet

1

**Oliver P. Archibald,MD,DTM&H** @oarchibald · Nov 22, 2020
Replying to @JudgeJeanine
Is your husband looking for a pardon ?
1 8

**Vinny Caito** @vincecaito · Nov 22, 2020
Replying to @JudgeJeanine
She's literally reading all of Trump's false tweets.
1 20

**Terry Prideaux** @terryprideaux · Nov 22, 2020
Replying to @JudgeJeanine

3

**Rune Jeppesen** @runjep · Nov 22, 2020
Replying to @JudgeJeanine
@gop confirmed that trump conspired with Russian intelligence..
1

**Silent No More** @TruthSeekerOZ · Nov 22, 2020
Replying to @JudgeJeanine
Hey Judge, you won't believe it, but I got my new FitBit yesterday with the new Dominion System software installed. So far I have taken 8,567,890 steps and burned 179,980 calories, and it all happened overnight while I was sleeping. Might just be a glitch, but who knows.
1 1 12

**Jerome Burke** @JeromeBurke14 · Nov 22, 2020

**Page-Vault**
@page_vault

## Relevant people

**Jeanine Pirro** @JudgeJeanine Follow
Judge Pirro is a highly respected District Attorney, Judge, author & renowned champion of the underdog. She hosts the Fox News show, Justice with Judge Jeanine.

## What's happening

US politics · 3 hours ago
**Impeachment trial: Pelosi to transmit Trump impeachment article on Monday**
Trending with Erection, Chuck Schumer

Hip hop · Trending
**Throat Baby**
14.3K Tweets

Trending in United States
**#TheView**
12.2K Tweets

In memoriam · 3 hours ago
**Baseball legend Hank Aaron has died at the age of 86**
Trending with Hank Aaron, Babe Ruth

Politics · January 20, 2021
**Cozy and casual: Bernie Sanders makes a fashion statement on Inauguration Day**
Trending with #Berniememes

Show more

Terms of Service Privacy Policy Cookie Policy
Ads info More ··· © 2021 Twitter, Inc.



← Tweet

**Home**

**Explore**

**Notifications**

**Messages**

**Bookmarks**

**Lists**

**Profile**

**More**

**Tweet**

**john** @john88764253 · Nov 22, 2020
Replying to @JudgeJeanine
Good 😉 expose them!
2

**Baywatch Joe** @BaywatchJoeLT · Nov 22, 2020
Thank You
1

**BUTTER GOLEM** 🌀🔥 @IAmOroro · Nov 22, 2020
Still hitting the bottle heavy huh Jeanine? How is it a judge is passing around so much misinformation? It was proven Russia interfered with the 2016 election. It was also proven Russia was actively trying to hack our systems.

Where is the proof that Trump was cheated?

**Goforthnow** @ChasgoG · Nov 22, 2020
Replying to @JudgeJeanine
Did you read reports? Senate Intel? Mueller? Has a one of your viewers? If I depended on you for info, I'd be a rabid fool, peering out my window with a semi-automatic rifle, waiting for some mob of black anarchists to come for my home and wife. This low-level crap is damaging.

**Vonnie Baker** @VonnieBaker8 · Nov 22, 2020
Replying to @JudgeJeanine
We love you Judge Jeanine
2

**Brad Bernard** @BradNardDog · Nov 22, 2020
Replying to @JudgeJeanine
You said that Biden overperformed compared to 2016 in the 4 cities that the lawsuits are being brought up. The Trump margin increased in Detroit. It was the suburbs where Biden got his lead. How can we believe anything you say when you can't get simple facts right? @ChrisCuomo
1          7

**Jake** @sw24ever · Nov 22, 2020
Replying to @JudgeJeanine
PART TWO: Trump lost and fascism in America died with indictments of tax fraud coming in January. #TrumpIsACriminal #TrumpLegalTeamSucks
4

**nameless** @marines762001 · Nov 22, 2020
Replying to @JudgeJeanine
O boy the big mouth is on @FoxNews u better watch your paints she does say she scares the men off !!!

**A** @a_msullivan · Nov 22, 2020
Replying to @JudgeJeanine
You damn well know that's not true.
2

**Capricorn** @lovemyamg · Nov 22, 2020
Replying to @JudgeJeanine
@JudgeJeanine never read the Muller report.

**MakeAmericaSANEagain** @AnimusShanimus · Nov 22, 2020
Replying to @JudgeJeanine
Your dress is conspiratorial

**MicheleR** 💯 @MicheleBK527 · Nov 22, 2020
Replying to @JudgeJeanine
She is so smart her husband Albert J Pirro Jr, convicted of conspiracy and tax evasion .

**Page-Vault**
@page_vault

**Relevant people**

**Jeanine Pirro** ✔
@JudgeJeanine        **Follow**
Judge Pirro is a highly respected
District Attorney, Judge, author &
renowned champion of the underdog.
She hosts the Fox News show, Justice
with Judge Jeanine.

**What's happening**

US politics · 3 hours ago
**Impeachment trial: Pelosi to
transmit Trump impeachment
article on Monday**
Trending with  Erection, Chuck Schumer

Hip hop · Trending
**Throat Baby**
14.3K Tweets

Trending in United States
**#TheView**
12.2K Tweets

In memoriam · 3 hours ago
**Baseball legend Hank Aaron has
died at the age of 86**
Trending with  Hank Aaron, Babe Ruth

Politics · January 20, 2021
**Cozy and casual: Bernie Sanders
makes a fashion statement on
Inauguration Day**
Trending with  #Berniememes

Show more

Terms of Service  Privacy Policy  Cookie Policy
Ads info  More •••  © 2021 Twitter, Inc.



Document title: (10) Jeanine Pirro on Twitter: &quot;PART ONE: For four years we listen to unsupported allegations of a conspiracy by a foreign government to interfere…

Capture URL: https://twitter.com/JudgeJeanine/status/1330333931028115456

Capture timestamp (UTC): Fri, 22 Jan 2021 19:29:33 GMT

Page 6 of 25

















Home
Explore
10 Notifications
Messages
Bookmarks
Lists
Profile
More
Tweet

Page-Vault
@page_vault

Tweet

**Alex Z** @AZinCLE · Nov 22, 2020
Replying to @JudgeJeanine
"Alleging that American votes in a presidential election are actually counted in a foreign country. These are serious allegations!"

No, they're nonsense allegations. Georgia just did a hand recount and still got the same result.

> Bogus Theory Claims Supercomputer Switched Votes...
> A baseless conspiracy theory claims that a secret supercomputer was used to switch millions of votes ...
> factcheck.org

1

**Jacob Minter** @JacobMinter16 · Nov 22, 2020
Replying to @JudgeJeanine
Why does she look like a bobble head?

**thearealJamesss** @JamesisaDJ · Nov 22, 2020
Replying to @JudgeJeanine
Mentirosa pendeja I'm waiting for that cross to burst into flames 🤣

1

**Foofdawg** @foofdawg · Nov 22, 2020
Replying to @JudgeJeanine
Is that why several pleaded guilty or were found guilty, Trump was named an unindicted coconspirator, and individual 1, and more than 10 people in Russia were indicted on charges?

Just curious

1

**AB** @AB45488585 · Nov 22, 2020
Replying to @JudgeJeanine and @SolomonYue
Is this American social media? Twitter's article review is really amazing. It should be learned from the Communist Party. The true turns to the false. The false turns to true.

**Hani Iskander** @Hani_Iskander · Nov 22, 2020
Replying to @JudgeJeanine
Dear Judge Jeanine. Take it from me, foreign governments do interfere. It's part of the agenda. They are not incompetent.

**Shirley** @Shirley50920691 · Nov 22, 2020
Replying to @JudgeJeanine
Wine whine wine!!

**Brit Ko** @KoBrithko · Nov 22, 2020
Replying to @JudgeJeanine
liar

**critical reasoning 101** @101Reasoning · Nov 22, 2020
Replying to @JudgeJeanine
Former judge has problems defining "unsupported". While Jeanine looks up the definition, maybe she can also look up the results of a bipartisan Senate investigation into Russian interference.

1

**D.O.G.** @dog_truck · Nov 23, 2020
Replying to @JudgeJeanine
Drunk lying again.

**Feral57** @Feral57 · Nov 22, 2020
Replying to @JudgeJeanine
You talk way too much.

Search Twitter

## Relevant people

**Jeanine Pirro** @JudgeJeanine
Follow
Judge Pirro is a highly respected District Attorney, Judge, author & renowned champion of the underdog. She hosts the Fox News show, Justice with Judge Jeanine.

## What's happening

US politics · 3 hours ago
**Impeachment trial: Pelosi to transmit Trump impeachment article on Monday**
Trending with Erection, Chuck Schumer

Hip hop · Trending
**Throat Baby**
14.3K Tweets

Trending in United States
**#TheView**
12.2K Tweets

In memoriam · 3 hours ago
**Baseball legend Hank Aaron has died at the age of 86**
Trending with Hank Aaron, Babe Ruth

Politics · January 20, 2021
**Cozy and casual: Bernie Sanders makes a fashion statement on Inauguration Day**
Trending with #Berniememes

Show more

Terms of Service Privacy Policy Cookie Policy
Ads info More ··· © 2021 Twitter, Inc.

Tweet

Search Twitter

- Home
- Explore
- 10 Notifications
- Messages
- Bookmarks
- Lists
- Profile
- More

Tweet

1 3

**You can call me Dawn.** @DawnLC79 · Nov 22, 2020
and drinks even more than too much!
2

**pamg** @pamg88973631 · Nov 22, 2020
Replying to @JudgeJeanine
THANK YOU!!!!
8

**Red Finch** @HeisenbergScien · Nov 22, 2020
Replying to @JudgeJeanine

1

**SammyD** @sammydirosa · Nov 22, 2020
Replying to @JudgeJeanine
Jeanine 😂😂

**James Pimenta** @JamesPimenta2 · Nov 22, 2020
Replying to @JudgeJeanine
Good opening!
4

**Sir Winston Maggie Moo** @church_christy · Nov 22, 2020
Replying to @JudgeJeanine

**david guo** @dguo · Nov 22, 2020
Replying to @JudgeJeanine
Excellent opening!!!
1 2

**lotus** @lotus78962568 · Nov 22, 2020
Replying to @JudgeJeanine

**Page-Vault**
@page_vault

## Relevant people

**Jeanine Pirro** @JudgeJeanine — Follow
Judge Pirro is a highly respected District Attorney, Judge, author & renowned champion of the underdog. She hosts the Fox News show, Justice with Judge Jeanine.

## What's happening

US politics · 3 hours ago
**Impeachment trial: Pelosi to transmit Trump impeachment article on Monday**
Trending with Erection, Chuck Schumer

Hip hop · Trending
**Throat Baby**
14.3K Tweets

Trending in United States
**#TheView**
12.2K Tweets

In memoriam · 3 hours ago
**Baseball legend Hank Aaron has died at the age of 86**
Trending with Hank Aaron, Babe Ruth

Politics · January 20, 2021
**Cozy and casual: Bernie Sanders makes a fashion statement on Inauguration Day**
Trending with #Berniememes

Show more

Terms of Service Privacy Policy Cookie Policy Ads info More ··· © 2021 Twitter, Inc.

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More
Tweet

Page-Vault
@page_vault

Tweet

Replying to @JudgeJeanine
Excellent opening!!!
1 2

**lotus** @lotus78962568 · Nov 22, 2020
Replying to @JudgeJeanine
loving the first half of your open

**David Hough** @dbhough · Nov 22, 2020
Replying to @JudgeJeanine
Love it keep it up Judge
1

**R-Man** @soulpatch_adams · Nov 22, 2020
Replying to @JudgeJeanine
Proving there was a misinformation campaign and email accounts being hacked and trying to figure out if the beneficiaries knew about it is completely diff than claiming Hugo Chavez's ghost flipped a switch on voting machines to change votes.
1 7

**Manikin** @loveUSA1954 · Nov 22, 2020
Replying to @JudgeJeanine
Excellent video!

**troy schwinabart** @TSchwinabart · Nov 22, 2020
Replying to @JudgeJeanine
@JudgeJeanine #openingStatement Spot on as usual!! Always the best monologue of the week.
1 1

**Daddy IHave ABonespur** @abonespur · Nov 22, 2020
Replying to @JudgeJeanine
2 for 1 boxed wine at Walmart today "judge"?
1

**Sound The Retweet: I VOTED HIM OUT** @SOUN... · Nov 22, 2020
Replying to @JudgeJeanine
Looks pretty substantiated to me

4

**Mp** @mp152427 · Nov 22, 2020
Replying to @JudgeJeanine
Drunk again ????
1

**John Treacy** @jvtreacy · Nov 22, 2020
Replying to @JudgeJeanine
Unsupported? There were indictments!

**preising** @preising · Nov 22, 2020
Replying to @JudgeJeanine

Search Twitter

## Relevant people

**Jeanine Pirro** @JudgeJeanine Follow
Judge Pirro is a highly respected District Attorney, Judge, author & renowned champion of the underdog. She hosts the Fox News show, Justice with Judge Jeanine.

## What's happening

US politics · 3 hours ago
**Impeachment trial: Pelosi to transmit Trump impeachment article on Monday**
Trending with Erection, Chuck Schumer

Hip hop · Trending
**Throat Baby**
14.3K Tweets

Trending in United States
**#TheView**
12.2K Tweets

In memoriam · 3 hours ago
**Baseball legend Hank Aaron has died at the age of 86**
Trending with Hank Aaron, Babe Ruth

Politics · January 20, 2021
**Cozy and casual: Bernie Sanders makes a fashion statement on Inauguration Day**
Trending with #Berniememes

Show more

Terms of Service Privacy Policy Cookie Policy
Ads info More ··· © 2021 Twitter, Inc.

Tweet

Search Twitter

Home
Explore
Notifications 10
Messages
Bookmarks
Lists
Profile
More

Tweet

7

**Alex Z** @AZinCLE · Nov 22, 2020
Replying to @JudgeJeanine
Volume 5 of the "scintilla of evidence"

intelligence.senate.gov/sites/default/...

(U) The Committee assesses that at least two participants in the June 9, 2016 meeting, Veselnitskaya and Rinat Akhmetshin, have significant connections to the Russian government, including the Russian intelligence services. Those connections, particularly regarding Veselnitskaya, were far more extensive and concerning than what had been publicly known, and neither Veselnitskaya nor Akhmetshin were forthcoming with the Committee regarding those connections. Both Veselnitskaya and Akhmetshin may have sought, in some cases, to obfuscate the true intent of their work in the United States.

**Rocinante** @hhs2112 · Nov 22, 2020
Replying to @JudgeJeanine
"President Biden", say it box wine, say it.

**mookieb** @mookieb17 · Nov 22, 2020
Replying to @JudgeJeanine
Live look during commercial.

**Alex Z** @AZinCLE · Nov 22, 2020
Replying to @JudgeJeanine
"People ready to testify" - Apparently about things they're completely clueless about, given how thoroughly the judge in Michigan shredded their "affidavits".

**jimrutenberg** @jimrutenberg · Nov 13, 2020
Important from Judge in Michigan who just knocked down Trump suit in Michigan: Affidavits are meaningless if affiants don't know what they're looking at or talking about. Judge found the case Trump lawyers built on those affidavits was "not credible"

Perhaps if Plaintiffs' election challenger affiants had attended the October walk-through of the TCF Center ballot counting location, questions and conce have been answered in advance of Election Day. Regrettably, they did not a therefore, Plaintiffs' affiants did not have a full understanding of the TCF abse tabulation process. No formal challenges were filed. However, sinister, frauc motives were ascribed to the process and the City of Detroit. Plaintiffs' interp events is incorrect and not credible.

**Page-Vault**
@page_vault

## Relevant people

**Jeanine Pirro** @JudgeJeanine Follow
Judge Pirro is a highly respected District Attorney, Judge, author & renowned champion of the underdog. She hosts the Fox News show, Justice with Judge Jeanine.

## What's happening

US politics · 3 hours ago
**Impeachment trial: Pelosi to transmit Trump impeachment article on Monday**
Trending with Erection, Chuck Schumer

Hip hop · Trending
**Throat Baby**
14.3K Tweets

Trending in United States
**#TheView**
12.2K Tweets

In memoriam · 3 hours ago
**Baseball legend Hank Aaron has died at the age of 86**
Trending with Hank Aaron, Babe Ruth

Politics · January 20, 2021
**Cozy and casual: Bernie Sanders makes a fashion statement on Inauguration Day**
Trending with #Berniememes

Show more

Terms of Service Privacy Policy Cookie Policy
Ads info More ··· © 2021 Twitter, Inc.

Tweet

Search Twitter

Home

Explore

10 Notifications

Messages

Bookmarks

Lists

Profile

More

Tweet

therefore, Plaintiffs' affiants did not have a full understanding of the TCF absentee

tabulation process. No formal challenges were filed. However, sinister, fraud

motives were ascribed to the process and the City of Detroit. Plaintiffs' interp

events is incorrect and not credible.

1

**Trinity Horvath** @trinkity88 · Nov 22, 2020
Replying to @JudgeJeanine
Proving continually why FOX News is the ashtray of media outlets
3

**Tominvan** @tninvan · Nov 22, 2020
Replying to @JudgeJeanine
For those watching, does anyone think what she says is true, or is it just for the entertainment(?) value?
1

**mcb196752** @akamcbride · Nov 22, 2020
Replying to @JudgeJeanine
America Intelligence Agencies came to that conclusion. Pretty sure they have a bit more credibility than Qcultana.

🔥

😂
1

**Fred** @notchbacker · Nov 22, 2020
Replying to @JudgeJeanine
This is Q. Find the Truth!

**Carole Rachinsky** @CRachinsky · Nov 22, 2020
Replying to @JudgeJeanine
I love you Judge Jeanine, you always hit the nail on the head. Fabulous show, please keep being our voice. Thank you!

**Kathleen McGrath** @Kathlee45999329 · Nov 22, 2020
Replying to @JudgeJeanine
They all need to be held accountable. Nobody is above the law. Nobody.

**S. Rocky Chase** @SRockyChase2 · Nov 22, 2020
Replying to @JudgeJeanine
Cuckoo cuckoo cuckoo... cuckoo...

1 1

**Nikki Pickens** @pamelanicole71 · Nov 22, 2020
Replying to @JudgeJeanine
I agree 200% with you! What advice would you give the American public to take in order to demand that the elections be investigated? Who can we contact?
1 1

**Mister B** @Powerboat66 · Nov 22, 2020
Replying to @JudgeJeanine
@lilibitje @robertjensen ook hier blijft Twitter een gewone Fox uitzending censureren.

**Martin Gibson** @BurtGreeves · Nov 22, 2020
Replying to @JudgeJeanine
LET US TOGETHER DRIP WOTKA !!

Page-Vault
@page_vault

**Relevant people**

**Jeanine Pirro** @JudgeJeanine Follow
Judge Pirro is a highly respected District Attorney, Judge, author & renowned champion of the underdog. She hosts the Fox News show, Justice with Judge Jeanine.

**What's happening**

US politics · 3 hours ago
**Impeachment trial: Pelosi to transmit Trump impeachment article on Monday**
Trending with Erection, Chuck Schumer

Hip hop · Trending
**Throat Baby**
14.3K Tweets

Trending in United States
**#TheView**
12.2K Tweets

In memoriam · 3 hours ago
**Baseball legend Hank Aaron has died at the age of 86**
Trending with Hank Aaron, Babe Ruth

Politics · January 20, 2021
**Cozy and casual: Bernie Sanders makes a fashion statement on Inauguration Day**
Trending with #Berniememes

Show more

Terms of Service Privacy Policy Cookie Policy
Ads info More ··· © 2021 Twitter, Inc.

Home
Explore
10 Notifications
Messages
Bookmarks
Lists
Profile
More
Tweet

Page-Vault
@page_vault

Tweet

censureren.

**Martin Gibson** @BurtGreeves · Nov 22, 2020
Replying to @JudgeJeanine
LET US TOGETHER DRIP WOTKA !!

**Uncle Sam** @thisisgeedub · Nov 23, 2020
Replying to @JudgeJeanine
With mountains of evidence and charges and convictions. Those allegations?

**Bumble Beard** @BeardBumble · Nov 22, 2020
Replying to @JudgeJeanine
Get 'em @JudgeJeanine !!

**colabyrd6250** @colabyrd6250 · Nov 22, 2020
Replying to @JudgeJeanine
Lying as usual!

This Tweet is from a suspended account. Learn more

**mosquito-up** @upmosquito · Nov 22, 2020
you're in a cult.

find someone who cares about you enough to tell what's real and what's propaganda.

good luck.
1

You're unable to view this Tweet because this account owner limits who can view their Tweets. Learn more

**Baywatch Joe** @BaywatchJoeLT · Nov 22, 2020
Thank you

## More replies

**Huguette Nicole Young** @hnicoleyoung9 · Nov 22, 2020
Replying to @JudgeJeanine
Go get em, @JudgeJeanine!

**GoodWillPrevailOverEvilInPower** @good_prevail · Nov 22, 2020
Replying to @JudgeJeanine
oh look the drunk lady is spewing more lies and bullshit - get the popcorn!
1

**Annette** @Annette37462150 · Nov 22, 2020
Replying to @JudgeJeanine

**Max Power** @Max_Power10 · Nov 22, 2020
Replying to @JudgeJeanine
Is Judge Wackjob drunk?

| | |
|---|---|
| Yes | 22.2% |
| Of course | 22.2% |

Search Twitter

## Relevant people

**Jeanine Pirro** @JudgeJeanine Follow
Judge Pirro is a highly respected District Attorney, Judge, author & renowned champion of the underdog. She hosts the Fox News show, Justice with Judge Jeanine.

## What's happening

US politics · 3 hours ago
**Impeachment trial: Pelosi to transmit Trump impeachment article on Monday**
Trending with Erection, Chuck Schumer

Hip hop · Trending
**Throat Baby**
14.3K Tweets

Trending in United States
**#TheView**
12.2K Tweets

In memoriam · 3 hours ago
**Baseball legend Hank Aaron has died at the age of 86**
Trending with Hank Aaron, Babe Ruth

Politics · January 20, 2021
**Cozy and casual: Bernie Sanders makes a fashion statement on Inauguration Day**
Trending with #Berniememes

Show more

Terms of Service Privacy Policy Cookie Policy
Ads info More ··· © 2021 Twitter, Inc.

Tweet

Search Twitter

Home
Explore
10 Notifications
Messages
Bookmarks
Lists
Profile
More

Tweet

Max Power @Max_Power10 · Nov 22, 2020
Replying to @JudgeJeanine
Is Judge Wackjob drunk?

| | |
|---|---|
| Yes | 22.2% |
| Of course | 22.2% |
| Duh | 33.3% |
| You're joking, right? | 22.2% |

9 votes · Final results

**Sam Anton** @SamAnton12 · Nov 22, 2020
Replying to @JudgeJeanine
Judge, I was having a hard time getting to your Twitter account and your Facebook I think they're blocking me but I just want you to know you have the greatest show and thank you for standing up for the American people.
1

**gly** @gly56377824 · Nov 22, 2020
Replying to @JudgeJeanine
Oh shut up.

**Ted From NY** @tedfromNY · Nov 22, 2020
Replying to @JudgeJeanine
How can anyone chose to listen to your shrieking bullsht? #🤡
1

**R** @happycan123 · Nov 22, 2020
Replying to @JudgeJeanine
A liar judge with no morals!

**Jeff Lee 2020** @JeffLee2020 · Nov 22, 2020
Replying to @JudgeJeanine
Trump is Nearly Unstoppable,

Trump is Nearly Unstoppable, 3361
Get The Solar Night Light Now! Click Here!http://www.nightsolarlight.comGet 52% OFF Pl...
youtube.com
2

**ileana** @ileana12984226 · Nov 22, 2020
Replying to @JudgeJeanine
I respected you untill today

**PoliticalLimerickin'Man** @hartyboyy · Nov 22, 2020
Replying to @JudgeJeanine
It's almost as if evidence matters in court Mr President.

**realityspeaking** @realityspeakin2 · Nov 22, 2020
Replying to @JudgeJeanine
Blah, blah, blah. Trump lost. Suck it up!

**Quad Laser DJs** @1Bensopinion · Nov 22, 2020
Replying to @JudgeJeanine
"Voter fraud" is to 2020 as "migrant caravan" is to 2018. A hoax the sheeple trip over themselves to graze on.

**Terrence Zarnick** @tdzarnick · Nov 22, 2020
Replying to @JudgeJeanine
Trump hurt US interests, helped Putin's. DofJ Never Fully Examined Trump's Ties to Russia. Former deputy AG maneuvered to keep investigators from completing an inquiry into whether Trump's personal & financial links to Russia posed a natl security threat.

**Page-Vault**
@page_vault

## Relevant people

**Jeanine Pirro** @JudgeJeanine
Follow
Judge Pirro is a highly respected District Attorney, Judge, author & renowned champion of the underdog. She hosts the Fox News show, Justice with Judge Jeanine.

## What's happening

US politics · 3 hours ago
**Impeachment trial: Pelosi to transmit Trump impeachment article on Monday**
Trending with Erection, Chuck Schumer

Hip hop · Trending
**Throat Baby**
14.3K Tweets

Trending in United States
**#TheView**
12.2K Tweets

In memoriam · 3 hours ago
**Baseball legend Hank Aaron has died at the age of 86**
Trending with Hank Aaron, Babe Ruth

Politics · January 20, 2021
**Cozy and casual: Bernie Sanders makes a fashion statement on Inauguration Day**
Trending with #Berniememes

Show more

Terms of Service Privacy Policy Cookie Policy
Ads info More ··· © 2021 Twitter, Inc.

Justice Dept. Never Fully Examined Trump's Ties to Russia, Ex-Officials Say
The former deputy attorney general maneuvered to keep investigators from completing an inquiry into whether the president's personal and ...
🔗 nytimes.com

**Michelle Elegy** @Me264qElegy · Nov 22, 2020
Replying to @JudgeJeanine
What a bunch of lies. Do your followers not think for themselves and have basic reasoning capabilities? Clinton conceded to Trump on 11-9 after media outlets declared Trump had exceeded the 270 electoral college votes. Clinton's FULL Concession Speech

Hillary Clinton FULL Concession Speech | Election 2016
Hillary Clinton formally and publicly conceded to Donald Trump this morning after an upset defeat in ...
🔗 youtube.com

**Quad Laser DJs** @1Bensopinion · Nov 22, 2020
Replying to @JudgeJeanine
No matter what you say or do, you'll always be the so-called "judge" who lost to @HillaryClinton.

**Susan Marie** @susanpascucci23 · Nov 22, 2020
Replying to @JudgeJeanine
Stop interrupting your guests.  Let them talk. Interrupting them in the middle of their sentence is rude. Stop having so many segments. You interrupted Lin Wood, which was very annoying to hear. You have done this to other guests and I cringe.

**Terrence Zarnick** @tdzarnick · Nov 22, 2020
Replying to @JudgeJeanine
Senate & US Intel confirmed this. Anyone who truly cares about the safety & the well-being of the US wouldn't dispute this fact. Russia's attack on the 2016 election was a calculated and brazen assault on the United States and its democratic institutions. intelligence.senate.gov/sites/default/...

**Jedi, Interrupted** 🟥 @JediCounselor · Nov 22, 2020
Replying to @JudgeJeanine
"unsupported allegations"

The Republican-controlled Senate Select Committee on Intelligence says the FBI was right and the Trump campaign was sending data to an active Russian intel operative.

Link to PDF of SSCI report, vol. 5 (released Aug 18, 2020):
intelligence.senate.gov/sites/default/...

💬   🔁   ♡ 2   ⬆

**DJ Umbrage** @DJumbrage · Nov 22, 2020
Replying to @JudgeJeanine
stfu and tap another box

**R D** @ReggieDunlop007 · Nov 22, 2020
Replying to @JudgeJeanine
Foreign government interfering in the 2016 election is not in dispute. Insufficient evidence that one campaign conspired with a foreign government.  Facts matter.  #MuellerReport

**RVM** @mukrao · Nov 22, 2020
Replying to @JudgeJeanine
That cross ain't gonna help, infidel.

**Relevant people**

**Jeanine Pirro** ✔
@JudgeJeanine
Judge Pirro is a highly respected District Attorney, Judge, author & renowned champion of the underdog. She hosts the Fox News show, Justice with Judge Jeanine.

[ Follow ]

**What's happening**

US politics · 3 hours ago
**Impeachment trial: Pelosi to transmit Trump impeachment article on Monday**
Trending with Erection, Chuck Schumer

Hip hop · Trending
**Throat Baby**
14.3K Tweets

Trending in United States
**#TheView**
12.2K Tweets

In memoriam · 3 hours ago
**Baseball legend Hank Aaron has died at the age of 86**
Trending with Hank Aaron, Babe Ruth

Politics · January 20, 2021
**Cozy and casual: Bernie Sanders makes a fashion statement on Inauguration Day**
Trending with #Berniememes

Show more

Terms of Service   Privacy Policy   Cookie Policy
Ads info   More •••   © 2021 Twitter, Inc.

**Page-Vault**
@page_vault







Tweet

Search Twitter

Home

Explore

10 Notifications

Messages

Bookmarks

Lists

Profile

More

Tweet

**RVM** @mukrao · Nov 22, 2020
Replying to @JudgeJeanine
That cross ain't gonna help, infidel.

**American Apple Pie** @AmercnApplePie · Nov 22, 2020
Replying to @JudgeJeanine
Jeanine. You may want to start getting your alcoholism under control after this. You're gonna need something to live for after trump is gone. Might as well make it a better life.

**Against All Enemies Foreign and Domestic** @JeffGa... · Nov 22, 2020
Replying to @JudgeJeanine
There was plenty of support for those allegations. The @GOP Senate just refused to listen to it. Meanwhile, nearly three dozen "voter fraud" cases have been dismissed by judges for lack of evidence.
1

**Mike** @Antidote4BS · Nov 22, 2020
Replying to @JudgeJeanine
Funny thing. According to the senate report Trump sought, used, and benefitted from Russian interference in 2016.

I'm sure it's just an honest mistake on your part

You're welcome
1

**Dave Powell** ✌️🖤💛 @WondyMan · Nov 22, 2020
Replying to @JudgeJeanine
Ok... I know you are having problems focusing lately... but the allegations against the President were 100% supported. The Mueller Report said that the Presidents team and possibly the President could be prosecuted. YOU KNOW THAT...

**The Abe Lincoln** @Lincoln02121809 · Nov 22, 2020
Replying to @JudgeJeanine

**Melissa Stone** @onlytruthhere · Nov 22, 2020
Replying to @JudgeJeanine
#BreakingNews In a statement, GOP Senator Pat Toomey says that the president has exhausted all legal options and he congratulates "President-elect Biden and Vice-President-elect Harris
1

**Robert Johnston** @DJInsom · Nov 22, 2020
Replying to @JudgeJeanine
Sorry Box Wine, but it was supported then (and now) by intelligence assessments done by US operatives.

Even the GOP controlled Senate has agreed that Russia interfered with the US election in 2016 with the express purpose of helping Trump.

**A Man of Wealth + Taste** @Damstrange1013 · Nov 22, 2020
Replying to @JudgeJeanine
Judge juice box

Please seek professional help for your drinking and mental health crisis's before you hurt yourself or more importantly someone else!

**Brian** @Brianinthe80s · Nov 22, 2020

**Page-Vault**
@page_vault

**Relevant people**

**Jeanine Pirro** @JudgeJeanine
Follow
Judge Pirro is a highly respected District Attorney, Judge, author & renowned champion of the underdog. She hosts the Fox News show, Justice with Judge Jeanine.

**What's happening**

US politics · 3 hours ago
**Impeachment trial: Pelosi to transmit Trump impeachment article on Monday**
Trending with Erection, Chuck Schumer

Hip hop · Trending
**Throat Baby**
14.3K Tweets

Trending in United States
**#TheView**
12.2K Tweets

In memoriam · 3 hours ago
**Baseball legend Hank Aaron has died at the age of 86**
Trending with Hank Aaron, Babe Ruth

Politics · January 20, 2021
**Cozy and casual: Bernie Sanders makes a fashion statement on Inauguration Day**
Trending with #Berniememes

Show more

Terms of Service Privacy Policy Cookie Policy
Ads info More ··· © 2021 Twitter, Inc.

Tweet

Search Twitter

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More
Tweet

Please seek professional help for your drinking and mental health crisis's before you hurt yourself or more importantly someone else!

**Brian** @Brianinthe80s · Nov 22, 2020
Replying to @JudgeJeanine
Suddenly republicans believe in foreign election influence. Lol.

**Melissa** @cornsoup27 · Nov 22, 2020
Replying to @JudgeJeanine
Girl, I drink a lot of wine too...but you out here making us look like crazed drunken fools... freshen up that liver a bit...

**Iris Schenk** @Demandor · Nov 22, 2020
Replying to @JudgeJeanine
Plenty of support but you're too drunk to read

**Evelyn Bissenden** @Bisswalden · Nov 22, 2020
Replying to @JudgeJeanine
All you do is lie.

**Jay Le Poet** @jaylepoet · Nov 22, 2020
Replying to @JudgeJeanine
Still drunk huh? When you're sober (maybe 4 years from now), read the Mueller report, and for good anti-confirmation-bias, also the Senate Intel report which confirms foreign interference to assist Trump steal the 2016 election.

**Asmodeus** @Asmodeus_demon_ · Nov 22, 2020
Replying to @JudgeJeanine
Go home, you are drunk

**gBoes** @GeorgeBoes · Nov 22, 2020
Replying to @JudgeJeanine

"The committee found that Maria Butina and Alexander Torshin engaged in a multiyear influence campaign and intelligence-gathering effort targeting the N.R.A., the Republican Party and conservative U.S. political organizations for the benefit of the Russian government. Their goal was to develop and use back-channel communications to influence U.S. policy outside of the formal diplomatic process to Russia's advantage and to the detriment of the United States."

**MOLO** @MoLoLoMo86 · Nov 22, 2020
Replying to @JudgeJeanine
It's not a conspiracy when the information was backed up by every intel agency. Russian interference wasn't just pulled from a tweet and pushed by democrats like every conspiracy that Trump has pushed

**Latif🇺🇸🇫🇷#WearADamnMask😷** @fauda_gaza · Nov 22, 2020
Replying to @JudgeJeanine
You might want to actually read the US Senate Select Intelligence Committee Report, Volume V and the Mueller Report because you're about to find out how those play apply in a court of law.

**Kim** @kymburleigh · Nov 22, 2020
Replying to @JudgeJeanine
READ THE MUELLER REPORT! Read the Senate GOP report!!!! Listen to the FBI. Crazy lady.

**SusanB 🔥, BFA, MFA** @susanbhalpern · Nov 22, 2020
Replying to @JudgeJeanine
Judge Box o Whine says what? Senate Intelligence Committee found Russian interference honey.

**Barry** @Barry47906782 · Nov 22, 2020

**Page-Vault**
@page_vault

## Relevant people

**Jeanine Pirro** @JudgeJeanine
Follow
Judge Pirro is a highly respected District Attorney, Judge, author & renowned champion of the underdog. She hosts the Fox News show, Justice with Judge Jeanine.

## What's happening

US politics · 3 hours ago
**Impeachment trial: Pelosi to transmit Trump impeachment article on Monday**
Trending with Erection, Chuck Schumer

Hip hop · Trending
**Throat Baby**
14.3K Tweets

Trending in United States
**#TheView**
12.2K Tweets

In memoriam · 3 hours ago
**Baseball legend Hank Aaron has died at the age of 86**
Trending with Hank Aaron, Babe Ruth

Politics · January 20, 2021
**Cozy and casual: Bernie Sanders makes a fashion statement on Inauguration Day**
Trending with #Berniememes

Show more

Terms of Service Privacy Policy Cookie Policy
Ads info More ··· © 2021 Twitter, Inc.

Tweet

Search Twitter

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

Tweet

Replying to @JudgeJeanine
Judge Box o Whine says what? Senate Intelligence Committee found Russian interference honey.

**Barry** @Barry47906782 · Nov 22, 2020
Replying to @JudgeJeanine
Crack pot

**mosquito-up** @upmosquito · Nov 22, 2020
Replying to @JudgeJeanine
Unsupported allegations?

Oh, my.

Read the report Marco Rubio signed off on.

"While [Russian military intelligence] and WikiLeaks were releasing hacked documents, the Trump Campaign sought to maximize the impact of those leaks to aid Trump's electoral prospects."

It happened.

**gazdoe** @v2rbrisbane · Nov 22, 2020
Replying to @JudgeJeanine
YOU LOVE TO SUCK UP TO TRUMP.. what a terrible judge of character for a JUDGE

**David Diano🚗** @daviddiano · Nov 22, 2020
Replying to @JudgeJeanine
What a litany of lies. The "affidavits" in Michigan were adjudicated last week, and found not credible. The "witnesses" were just idiots or ignorant about what they thought they were seeing.

**Brian W. Tomaschik** @BTomaschik · Nov 22, 2020
Replying to @JudgeJeanine
Unsupported? I mean aside from the Mueller Report, the republican-led Senate Select Committee on Intelligence Report, and the U.S. IC, sure.

Is it just booze or are you on something harder?

**Cranky old guy** @fogdad64 · Nov 22, 2020
Replying to @JudgeJeanine

> **Frank Amari** @FrankAmari2 · Nov 11, 2020
> Replying to @seanhannity
> On this Veterans Day, EVERY TRUE PATRIOT ought read all one thousand pages of the recent bipartisan Senate report:
>
> theguardian.com/us-news/2020/a...

**Local Artist John Sheffield** @ThatDarnSatan · Nov 22, 2020
Replying to @JudgeJeanine
"Unsupported allegations". I notice more crucifixes around liars' necks these days, like filters on cigarettes.

**V.O.T.E** @2020Remove · Nov 22, 2020
Replying to @JudgeJeanine
You're loaded right?

**Alex Z** @AZinCLE · Nov 22, 2020
Replying to @JudgeJeanine
No one claimed that Russia hacked the actual election and created fraudulent votes. What was actually claimed and established by the Mueller and Senate Intel reports was the existence of a disinformation campaign and connections between the Trump campaign and Russian operatives

**Can't Trump This** @TrumpSuperDuper · Nov 22, 2020
Replying to @JudgeJeanine
Our savior Trump was cheated out of billions of votes by the radical socialist left who planned the Corona Virus with China. So much proof suppressed by fake news media! Trump is the one true beacon of Truth and Decency. All votes against my president is fraud! #MAGA for life!

**Page-Vault**
@page_vault

## Relevant people

**Jeanine Pirro** @JudgeJeanine Follow
Judge Pirro is a highly respected District Attorney, Judge, author & renowned champion of the underdog. She hosts the Fox News show, Justice with Judge Jeanine.

## What's happening

US politics · 3 hours ago
**Impeachment trial: Pelosi to transmit Trump impeachment article on Monday**
Trending with Erection, Chuck Schumer

Hip hop · Trending
**Throat Baby**
14.3K Tweets

Trending in United States
**#TheView**
12.2K Tweets

In memoriam · 3 hours ago
**Baseball legend Hank Aaron has died at the age of 86**
Trending with Hank Aaron, Babe Ruth

Politics · January 20, 2021
**Cozy and casual: Bernie Sanders makes a fashion statement on Inauguration Day**
Trending with #Berniememes

Show more

Terms of Service Privacy Policy Cookie Policy
Ads info More ··· © 2021 Twitter, Inc.





Home
Explore
10 Notifications
Messages
Bookmarks
Lists
Profile
More
Tweet

Page-Vault
@page_vault

← Tweet

**Can't Trump This** @TrumpSuperDuper · Nov 22, 2020
Replying to @JudgeJeanine
Our savior Trump was cheated out of billions of votes by the radical socialist left who planned the Corona Virus with China. So much proof suppressed by fake news media! Trump is the one true beacon of Truth and Decency. All votes against my president is fraud! #MAGA for life!

1

**Robert** @chienblanc · Nov 22, 2020
Replying to @JudgeJeanine and @SolomonYue
Read the Mueller report. Read the Senate report.

**Mike** @Mike89492661 · Nov 22, 2020
Replying to @JudgeJeanine
You're reading right wing propaganda not fucking Shakespeare. Jesus.

**melaniejones** @melanie82141822 · Nov 22, 2020
Replying to @JudgeJeanine
A LONG 4 years.. tired of their crap.

**Mike** @Mike89492661 · Nov 22, 2020
Replying to @JudgeJeanine
So you're basically saying the Russian collusion allegations require evidence but the electoral fraud ones don't. Cool.

**Mike** @Mike89492661 · Nov 22, 2020
Replying to @JudgeJeanine
"A backdoor capable of flipping votes" this is what we call a lie, boys and girls.

**DC** @dc7371 · Nov 22, 2020
Replying to @JudgeJeanine
you know Jeanine, obviously the outpatient treatment isn't working for you, so why not go to The Betty Ford Center and they can wean you off the alcohol.

**J** @OneBadDay52001 · Nov 22, 2020
Replying to @JudgeJeanine
Silence, you lying drunk

**May Lee** @MsLee44418702 · Nov 22, 2020
Replying to @JudgeJeanine and @SolomonYue

**Democracy Has Survived** @MPDSR1958 · Nov 22, 2020
Replying to @JudgeJeanine

Search Twitter

**Relevant people**

**Jeanine Pirro** @JudgeJeanine Follow
Judge Pirro is a highly respected District Attorney, Judge, author & renowned champion of the underdog. She hosts the Fox News show, Justice with Judge Jeanine.

**What's happening**

US politics · 3 hours ago
**Impeachment trial: Pelosi to transmit Trump impeachment article on Monday**
Trending with Erection, Chuck Schumer

Hip hop · Trending
**Throat Baby**
14.3K Tweets

Trending in United States
**#TheView**
12.2K Tweets

In memoriam · 3 hours ago
**Baseball legend Hank Aaron has died at the age of 86**
Trending with Hank Aaron, Babe Ruth

Politics · January 20, 2021
**Cozy and casual: Bernie Sanders makes a fashion statement on Inauguration Day**
Trending with #Berniememes

Show more

Terms of Service Privacy Policy Cookie Policy
Ads info More ··· © 2021 Twitter, Inc.

Tweet

**Democracy Has Survived** @MPDSR1958 · Nov 22, 2020
Replying to @JudgeJeanine
Why is tRump playing golf AGAIN while more Americans die??

**cindy** @cindy64299708 · Nov 22, 2020
Replying to @JudgeJeanine
For years we've heard about Hillary's emails and for years they beat the Benghazi horse to death. What's your point?
Have another glass of whine and relax.

**Darren Upshaw** @DarrenUpshaw · Nov 22, 2020
Replying to @JudgeJeanine
Nope! Wrong again. Not allegations! Facts and proof that Russia helped donald win. Russia tried again and American officials stopped it! TRUTH!

**Shanna Robinson** @Robinso20Shanna · Nov 22, 2020
Replying to @JudgeJeanine
(CNN)Georgia Republican Sen. Kelly Loeffler has tested positive for Covid-19, her campaign announced.

**Kap** @TTefasfgas · Nov 22, 2020
Replying to @JudgeJeanine
Keep crying Jeanine..

Top Funniest MAGA Reactions to Joe Biden's Victory ...
Trump's biggest fans are in the first stages of grief.
Let's come together and understand their pain, as we...
🔗 youtube.com

**Leslea Miller** @LesleaMiller5 · Nov 22, 2020
Replying to @JudgeJeanine
Watched you, Judge!  We need a total re-vote in AMERICA! Paper ballots and checked and checked again! This is robbery!

**Dictator Jon** @BrongStrongman · Nov 22, 2020
Replying to @JudgeJeanine

GIF   OPENING STATEMENT

**kevin stokes** @kebinbali · Nov 22, 2020
Replying to @JudgeJeanine
President Humpty Dumpty fell off his Mexican Wall. Giuliani Leaking OxyContin. President tries to clean up Giuliani with Bleach got worse. What to do mmm better I Attack the Black Vote In Chicago it worked for Central Park 5 and Birtherism So Why Not It Is What It Is.

**garethjordan** @jordangareth04 · Nov 22, 2020
Replying to @JudgeJeanine
261,790 deaths 12,450,666 covid cases, 1000 Americans are dying every day from the Trump virus, even after the WH took control of all hospital data from the CDC 'it is what it is' since Trump allowed over 40,000 infected citizens to enter from China via Europe after the shutdown.

**Blackheadkoi** @bigfishtinypool · Nov 22, 2020
Replying to @JudgeJeanine

**Relevant people**

**Jeanine Pirro** ✓
@JudgeJeanine
Judge Pirro is a highly respected District Attorney, Judge, author & renowned champion of the underdog. She hosts the Fox News show, Justice with Judge Jeanine.

Follow

**What's happening**

US politics · 3 hours ago
**Impeachment trial: Pelosi to transmit Trump impeachment article on Monday**
Trending with Erection, Chuck Schumer

Hip hop · Trending
**Throat Baby**
14.3K Tweets

Trending in United States
**#TheView**
12.2K Tweets

In memoriam · 3 hours ago
**Baseball legend Hank Aaron has died at the age of 86**
Trending with Hank Aaron, Babe Ruth

Politics · January 20, 2021
**Cozy and casual: Bernie Sanders makes a fashion statement on Inauguration Day**
Trending with #Berniememes

Show more

Terms of Service  Privacy Policy  Cookie Policy
Ads info  More •••  © 2021 Twitter, Inc.

Page-Vault
@page_vault



Tweet

Search Twitter

Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

Tweet

Page-Vault
@page_vault

from the CDC" It is what it is" since Trump allowed over 40,000 infected citizens to enter from China via Europe after the shutdown.

**Blackheadkoi** @bigfishtinypool · Nov 22, 2020
Replying to @JudgeJeanine
You are wrong. Read the FULL mueller report, and the full senate intel report. Or you can just spend your time amplifying lies and garbage. You know, whichever! Godd**ned prat.

**Mike Blacquiere** @wing_nutt19 · Nov 22, 2020
Replying to @JudgeJeanine
And your a judge?? Crazy times we live in.

**Sean Hogan** @mojohoho · Nov 22, 2020
Replying to @JudgeJeanine
The Mueller report has it all down for you, but do go on and spin it, the lying Con-way.

**Stevie** @StevieMisc · Nov 22, 2020
Replying to @JudgeJeanine
Like you, I support fair and free elections. Biden won the election fair and square. Trump is trying to change the outcome of the election but won't be able to do so. I am looking forward to Biden taking office in 1/21. God Bless the U.S.A.!!!

**Rev/Prophetess/Seer/Dream Interpreter** @Prophet... · Nov 22, 2020
Replying to @JudgeJeanine
"claim about election fraud is disputed" so what, it may be disputed but will be proven true, powerful opening statement!!!!!!

**Rodger Francis II** @RodgerFrancis13 · Nov 22, 2020
Replying to @JudgeJeanine
FAKE NEWS

**Ariann Childress** @AriannMChildres · Nov 22, 2020
Replying to @JudgeJeanine
WE LOVE YOU JUDGE JEANINE! ❤️❤️❤️
TO OTHERS WHO FOLLOW HER HERE READ BELOW!
Twitter pigs are at it again claiming this is FALSE to HIDE THE TRUTH! IF YOU WANT A CENSOR FREE AREA TO SPEAK YOUR MIND, SHOW YOUR FACTS, NOT BE CENSORED, BLOCKED, BANNED FOR THE TRUTH, GO TO PARLER!

**Bella** @Bella58110657 · Nov 22, 2020
Replying to @JudgeJeanine
I thought you on his side against the blue? We have been misleading 😔

**Cynthia Snay** @SnayCynthia · Nov 22, 2020
Replying to @JudgeJeanine
This evil judges throwing out cases they dont look at at all is the evil Democrats to big to deep to fight dose our President Trump have any honest way to fight this mess . They cant hide from God

**Matt Colclough** @matt_colclough · Nov 22, 2020
Replying to @JudgeJeanine
Sssshhhhhh for the love of all that is good, Shut up. He lost the popular vote (again) and he lost the college vote.

**Relevant people**

**Jeanine Pirro** @JudgeJeanine
Follow
Judge Pirro is a highly respected District Attorney, Judge, author & renowned champion of the underdog. She hosts the Fox News show, Justice with Judge Jeanine.

**What's happening**

US politics · 3 hours ago
**Impeachment trial: Pelosi to transmit Trump impeachment article on Monday**
Trending with Erection, Chuck Schumer

Hip hop · Trending
**Throat Baby**
14.3K Tweets

Trending in United States
**#TheView**
12.2K Tweets

In memoriam · 3 hours ago
**Baseball legend Hank Aaron has died at the age of 86**
Trending with Hank Aaron, Babe Ruth

Politics · January 20, 2021
**Cozy and casual: Bernie Sanders makes a fashion statement on Inauguration Day**
Trending with #Berniememes

Show more

Terms of Service Privacy Policy Cookie Policy
Ads info More ··· © 2021 Twitter, Inc.



Home
Explore
10 Notifications
Messages
Bookmarks
Lists
Profile
More
Tweet

Page-Vault
@page_vault

← Tweet

**Matt Colclough** @matt_colclough · Nov 22, 2020
Replying to @JudgeJeanine
Ssssshhhhhh for the love of all that is good, Shut up. He lost the popular vote (again) and he lost the college vote.

**Eric** @Eric14420205 · Nov 23, 2020
Replying to @JudgeJeanine
I believe our intelligence agencies confirmed that Russia did interfere with the 2016 election, am I mistaken?

**Surya Reddy** @SuryaRe33154979 · Nov 30, 2020
Replying to @JudgeJeanine
The misjudging @JudgeJeanine! She starts many opening statements with "Don't lie to me" but lies to the audience in first 5 seconds saying Russian interference was a conspiracy. Does she read any bipartisan reports on this or are her non-teleprompter reading days are over?

**Bridget Simonds** @bridgetsimonds0 · Nov 22, 2020
Replying to @JudgeJeanine
Oh just sit down and have a drink. You're embarrassing yourself again.

**Bulkley Bugle** @BulkleyBugle · Nov 22, 2020
Replying to @JudgeJeanine
Yeah, well big mouth why don't you get your Great Leader, President Bonespur Chump, to release the full Mueller report unedited . No? Yeah Moscow Mitch and Little Lying Lindsay Graham wouldn't want that. Bonespur is done!!

**NYCstrong** @WeRunNYC11 · Nov 22, 2020
Replying to @JudgeJeanine

1 1

This Tweet is from a suspended account. Learn more

**NYCstrong** @WeRunNYC11 · Nov 22, 2020

Search Twitter

**Relevant people**

**Jeanine Pirro** @JudgeJeanine
Follow
Judge Pirro is a highly respected District Attorney, Judge, author & renowned champion of the underdog. She hosts the Fox News show, Justice with Judge Jeanine.

**What's happening**

US politics · 3 hours ago
**Impeachment trial: Pelosi to transmit Trump impeachment article on Monday**
Trending with Erection, Chuck Schumer

Hip hop · Trending
**Throat Baby**
14.3K Tweets

Trending in United States
**#TheView**
12.2K Tweets

In memoriam · 3 hours ago
**Baseball legend Hank Aaron has died at the age of 86**
Trending with Hank Aaron, Babe Ruth

Politics · January 20, 2021
**Cozy and casual: Bernie Sanders makes a fashion statement on Inauguration Day**
Trending with #Berniememes

Show more

Terms of Service Privacy Policy Cookie Policy
Ads info More ··· © 2021 Twitter, Inc.

← Tweet                                                🔍 Search Twitter

🐦

**Home**

**# Explore**

**🔔 Notifications** ¹⁰

**✉ Messages**

**🔖 Bookmarks**

**Lists**

**👤 Profile**

**More**

**Tweet**

---



Scott Silberman @shsbklyn · Nov 22, 2020
Replying to @JudgeJeanine

GIF
💬          ⟲          ♡          ⬆

Rick Segraves @RickSegraves · Nov 22, 2020     •••
Replying to @JudgeJeanine
Great intro tonight Judge!
💬          ⟲          ♡          ⬆

McRibb @McRibbKC · Nov 22, 2020               •••
Replying to @JudgeJeanine
Intel officials confirmed credible evidence. You are lying
💬          ⟲          ♡          ⬆

secretcabdriver @secretcabdriver · Nov 22, 2020   •••
Replying to @JudgeJeanine
You taking box wine intravenously again?
💬          ⟲          ♡          ⬆

Chia Clousing @Chia49504 · Nov 22, 2020        •••
Replying to @JudgeJeanine
WORTHLESS LYING SELLOUT...
BOUGHT, PURCHASED, OWNED.
💬          ⟲          ♡          ⬆

Kelly Woolsey-(President Biden, Good Stuff!) @Kel... · Nov 22, 2020   •••
Replying to @JudgeJeanine
You are a Quisling.
💬          ⟲          ♡          ⬆

Lorenzo 111 @Lorenzo11116 · Nov 22, 2020       •••
Replying to @JudgeJeanine
These criminal liberals obey nothing.
💬          ⟲          ♡          ⬆

Joe Millar @jdmillar77 · Nov 22, 2020          •••
Replying to @JudgeJeanine
Is pandemic a hoax. ????
💬          ⟲          ♡          ⬆

GregoryGoodBoy @GregoryGoodBoy · Nov 22, 2020   •••
Replying to @JudgeJeanine

---

**Relevant people**

Jeanine Pirro ✓    **Follow**
@JudgeJeanine
Judge Pirro is a highly respected
District Attorney, Judge, author &
renowned champion of the underdog.
She hosts the Fox News show, Justice
with Judge Jeanine.

**What's happening**

US politics · 3 hours ago
**Impeachment trial: Pelosi to
transmit Trump impeachment
article on Monday**
Trending with Erection, Chuck Schumer

Hip hop · Trending
**Throat Baby**
14.3K Tweets

Trending in United States
**#TheView**
12.2K Tweets

In memoriam · 3 hours ago
**Baseball legend Hank Aaron has
died at the age of 86**
Trending with Hank Aaron, Babe Ruth

Politics · January 20, 2021
**Cozy and casual: Bernie Sanders
makes a fashion statement on
Inauguration Day**
Trending with #Berniememes

Show more

Terms of Service  Privacy Policy  Cookie Policy
Ads info  More •••  © 2021 Twitter, Inc.

---

Page-Vault
@page_vault



Tweet

**Relevant people**

Jeanine Pirro ✓
@JudgeJeanine
[Follow]

Judge Pirro is a highly respected District Attorney, Judge, author & renowned champion of the underdog. She hosts the Fox News show, Justice with Judge Jeanine.

**What's happening**

US politics · 3 hours ago
**Impeachment trial: Pelosi to transmit Trump impeachment article on Monday**
Trending with Erection, Chuck Schumer

Hip hop · Trending
**Throat Baby**
14.3K Tweets

Trending in United States
**#TheView**
12.2K Tweets

In memoriam · 3 hours ago
**Baseball legend Hank Aaron has died at the age of 86**
Trending with Hank Aaron, Babe Ruth

Politics · January 20, 2021
**Cozy and casual: Bernie Sanders makes a fashion statement on Inauguration Day**
Trending with #Berniememes

Show more

Terms of Service  Privacy Policy  Cookie Policy

Ads info  More •••  © 2021 Twitter, Inc.

---





Tweet

Search Twitter

Home
Explore
10 Notifications
Messages
Bookmarks
Lists
Profile
More

Tweet

1 2

**Maria Sestito** @MariaSestito5 · Nov 22, 2020
Replying to @JudgeJeanine
You are an embarrassment to women everywhere !

**john** @Les58971680 · Nov 22, 2020
Replying to @JudgeJeanine
We love you Jeanine Godbless 👍👍👍straight shooter
1 5

**Claudia** @Claudia26841397 · Nov 22, 2020
Replying to @JudgeJeanine
Great opening as usual!

**Megan Stewart** @willison98momma · Nov 22, 2020
Replying to @JudgeJeanine
Are you kidding me? Its ben proved. You sycophants dont want to hear it. He lost. you are no longer an ear to the president. Maybe if you were better at it and not a yes person it might have been different

**Shayera** @shayera · Nov 22, 2020
Replying to @JudgeJeanine
Shut up, you drunk liar.

**Centrisimo** @gjkirkpatrick · Nov 22, 2020
Replying to @JudgeJeanine
You're a liar.

**Dave** @MNeuro500SEC · Nov 22, 2020
Replying to @JudgeJeanine
Traitor just like the #TreasonousTrump

**Sea Tiger** @SeaTigerA · Nov 22, 2020
Replying to @JudgeJeanine

**A new day for America!** @hitorque · Nov 22, 2020
Replying to @JudgeJeanine
How much did you drink before this verbal diarrhea?

**Page-Vault**
@page_vault

## Relevant people

**Jeanine Pirro** @JudgeJeanine Follow
Judge Pirro is a highly respected District Attorney, Judge, author & renowned champion of the underdog. She hosts the Fox News show, Justice with Judge Jeanine.

## What's happening

US politics · 3 hours ago
**Impeachment trial: Pelosi to transmit Trump impeachment article on Monday**
Trending with Erection, Chuck Schumer

Hip hop · Trending
**Throat Baby**
14.3K Tweets

Trending in United States
**#TheView**
12.2K Tweets

In memoriam · 3 hours ago
**Baseball legend Hank Aaron has died at the age of 86**
Trending with Hank Aaron, Babe Ruth

Politics · January 20, 2021
**Cozy and casual: Bernie Sanders makes a fashion statement on Inauguration Day**
Trending with #Berniememes

Show more

Terms of Service Privacy Policy Cookie Policy
Ads info More ··· © 2021 Twitter, Inc.

Tweet

Search Twitter

Home
Explore
10 Notifications
Messages
Bookmarks
Lists
Profile
More

Tweet

**A new day for America!** @hitorque · Nov 22, 2020
Replying to @JudgeJeanine
How much did you drink before this verbal diarrhea?

**Relevant people**

**Jeanine Pirro** @JudgeJeanine Follow
Judge Pirro is a highly respected District Attorney, Judge, author & renowned champion of the underdog. She hosts the Fox News show, Justice with Judge Jeanine.

**What's happening**

US politics · 3 hours ago
**Impeachment trial: Pelosi to transmit Trump impeachment article on Monday**
Trending with Erection, Chuck Schumer

Hip hop · Trending
**Throat Baby**
14.3K Tweets

Trending in United States
**#TheView**
12.2K Tweets

In memoriam · 3 hours ago
**Baseball legend Hank Aaron has died at the age of 86**
Trending with Hank Aaron, Babe Ruth

Politics · January 20, 2021
**Cozy and casual: Bernie Sanders makes a fashion statement on Inauguration Day**
Trending with #Berniememes

Show more

Terms of Service Privacy Policy Cookie Policy
Ads info More ··· © 2021 Twitter, Inc.

**Page-Vault**
@page_vault