# Exhibit 33

Page 1

TRANSCRIPT OF THE AUDIO RECORDING OF:

FOX NEWS,SUNDAY MORNINGS FUTURES WITH MARIA BARTIROMO

NOVEMBER 22, 2020

TRANSCRIBED BY: THOMPSON COURT REPORTERS INC.

Page 2

1  MARIA BARTIROMO: Welcome back. President
2  Trump's legal team has just three weeks left to gather
3  enough evidence of fraud to contest the 2020 election
4  results in court, something Sidney Powell, one of the
5  lead attorneys on the case, says she can do. Here's
6  what she told me this week on mornings with Maria on
7  Friday.
8  MARIA BARTIROMO: Will you be able to present,
9  are you planning to present actual evidence of all that
10 you've said -- Dominion Voting Machines swapping votes
11 from Trump to Biden, as well as an effort to actually
12 change the results of an election? You'll be able to
13 prove that in court in the next two weeks?
14 SIDNEY POWELL: Yes. I fully expect we'll be
15 able to approve all of it in court within the next two
16 weeks. Although the fraud case itself doesn't have to
17 be done within the two weeks. But we have more than
18 enough evidence now. We have more evidence now than
19 half the prison population is imprisoned on.
20 MARIA BARTIROMO: Joining me right now, outside
21 legal analysis from constitutional legal scholar Alan
22 Dershowitz. He was also part of President Trump's
23 impeachment defense team. Allen it is good to see you
24 this morning. Thank you so much for being here.

Page 3

1      ALAN DERSHOWITZ: Thank you.
2      MARIA BARTIROMO: Alan. We want to get your
3 independent opinions here. Because we know what Rudy
4 Giuliani and what Sidney Powell has been charging. Can
5 you tell us if you believe there is a path for victory
6 for President Trump amidst these charges.
7      ALAN DERSHOWITZ: Well, let me give you my
8 completely objective, not wishful thinking
9 constitutional analysis. They have two or three legal
10 constitutional paths. For example, in Pennsylvania,
11 they have two very strong legal arguments. One that
12 the courts changed what the legislature did about
13 counting ballots after the end of election day. That's
14 a winning issue in the Supreme Court. I don't
15 necessarily support it, but it's a winning issue in the
16 Supreme Court. And Justice Alito has already hinted
17 that's a winning issue. They also have a winning issue
18 in the Supreme Court on equal protection, that some
19 counties allowed flawed ballots to be cured while
20 others didn't. Bush versus Gore suggests that an equal
21 protection argument can prevail. The problem with that
22 argument is they don't have the numbers necessarily to
23 support it. If it's right that Biden's ahead by some
24 70 or 80 thousand votes, they have to show enough

1  contested votes under those two legal theories to
2  change the outcome.  The other legal theory they have,
3  which is a potentially strong one, is that the
4  computers, either fraudulently or by glitches, changed
5  hundreds of thousands of votes.  There, there are
6  enough votes to make a difference, but I haven't seen
7  the evidence to support that.  So in one case they
8  don't have the numbers.  In another case, they don't
9  seem yet to have the evidence, maybe they do, I haven't
10 seen it.  But the legal theory is there to support them
11 if they have the numbers and they have the evidence.
12             MARIA BARTIROMO:  Okay.  And of course, the
13 media wants to see the evidence now, Alan, but Sidney
14 Powell.
15             ALAN   DERSHOWITZ:  Right.
16             MARIA BARTIROMO :  And Rudy Giuliani and Jenna
17 Ellis continued to say thatthey're not going to litigate
18 this in the publicsquare, in the media space, they are
19 going to drop lawsuits.  Now I, one of my sources tells
20 me that one of the first suits that they're going to bring
21 is thisweek in Georgia.  Let me show you a list of some of
22 thethings that the legal team of President Trump is charging
23 and get your thoughts on this.  You just mentioned the
24 computers.  This is, has to do with

Page 5

1  Smartmatic election software.  They say number one,
2  observers prevented them from seeing the ballots.
3  Number two, there's an inconsistent laws of curing
4  balance.  Number three, the in-person voters told that
5  they voted already and officials told not to look for
6  defects and to backdate ballot before number third --
7  November 3rd.  Also in terms of the computers and the
8  software, Smartmatic election software was developed,
9  Sidney Powell says, in Venezuela, with porous security
10 and built-in functionality allowing the administrators
11 to override security features.  We haven't seen this,
12 so we don't know, but this is the kind of evidence that
13 they say they have. Your reaction.
14         ALAN  DERSHOWITZ:  Well, evidence is very
15 difficult to bring within two weeks or the three-week
16 period, you need to have witnesses, experts subject to
17 cross-examination, and findings by a court.  I don't
18 know what Powell means when she says they have more
19 than two weeks or three weeks to prove fraud.  Once the
20 electors are certified and once they cast their vote, I
21 can't see any legal route to undoing that, even if they
22 were to find fraud later on, there's certainly nothing
23 in the Constitution about that.  And so I think they do
24 have to get their evidence in.  The public has the

Page 6

1  right to see it.  They don't have the right to see it
2  before the lawsuits are filed, but she said that she
3  thinks the lawsuits will be filed by this Friday.  We
4  have to see the evidence.
5         MARIA BARTIROMO : That's right.
6         ALAN  DERSHOWITZ: If the evidence is there,
7  then they'll be a trial.  Remember also, these have
8  to go to state court first.  There's no such thing as a
9  presidential election, there are fifty state elections.
10 The Pennsylvania case is already in the Supreme Court,
11 but these other cases have to go first through either
12 the state or the federal trial courts before they get
13 to the Supreme Court.  It doesn't look like there'll be
14 enough time to bring the case to the Supreme Court
15 before the safe harbor provision kicks in, before the
16 electoral college meets.  So if you're asking me what I
17 think --
18        MARIA BARTIROMO : Okay.
19        ALAN  DERSHOWITZ: -- the outcome is going to be,
20 notwithstanding the fact that there are legal paths to
21 potential victory, I don't think that the election is
22 going to be reversed based on the numbers that I see at
23 the moment and based on the fact that I haven't seen the
24 evidence. Their strongest case, if they have the evidence --

Page 7

1      MARIA BARTIROMO : Yep.
2      ALAN  DERSHOWITZ: -- is that computers may have
3  turned hundreds of thousands of votes. That's a wholesale
4  argument rather than a retail argument. They can't turn
5  the election around on retail arguments: one observer here,
6  a few votes here. They need to make wholesale constitutional
7  arguments. And for that they're going to need overwhelming
8  evidence and I haven't seen it.
9
10
11              CERTIFICATE OF TRANSCRIPTIONIST
12
13     I certify that the foregoing is a true and accurate
14     transcript of the digitally-recorded proceedings provided
15     to me in this matter.
16
17     I do further certify that I am neither a relative, nor
18     employee, nor attorney of any of the parties to this
19     action, and that I am not financially interested in the
20     action.
21
22
23
24

                    _____
                           NATHAN KAYLO
                         Production Manager
                    THOMPSON COURT REPORTERS INC.

thompsonreporters.com

**A**
a 3:5,14,15,17,17 4:3,6,21 5:17 6:7 6:8 7:3,4,6,13,17
able 2:8,12,15
about 3:12 5:23
accurate 7:13
action 7:19,20
actual 2:9
actually 2:11
administrators 5:10
after 3:13
ahead 3:23
Alan 2:21 3:1,2,7 4:13,15 5:14 6:6 6:19 7:2
Alito 3:16
all 2:9,15
Allen 2:23
allowed 3:19
allowing 5:10
already 3:16 5:5 6:10
also 2:22 3:17 5:7 6:7
Although 2:16
am 7:17,19
amidst 3:6
an 2:11,12 3:20 5:3
analysis 2:21 3:9
and 3:4,16 4:11,12 4:16,16,23 5:5,6,7 5:10,17,20,23 6:23 7:7,8,13,19
another 4:8
any 5:21 7:18
approve 2:15
are 2:9 4:5,18 5:20 6:2,9,20
argument 3:21,22 7:4,4
arguments 3:11 7:5 7:7
around 7:5
as 2:11,11 6:8
asking 6:16
at 6:22
attorney 7:18
attorneys 2:5
AUDIO 1:1

**B**
back 2:1
backdate 5:6
balance 5:4
ballot 5:6
ballots 3:13,19 5:2
BARTIROMO 1:4 2:1,8,20 3:2 4:12 4:16 6:5,18 7:1
based 6:22,23
be 2:8,12,14,17 3:19 6:3,7,13,19,22
Because 3:3
been 3:4
before 5:6 6:2,12,15 6:15
being 2:24
believe 3:5
Biden 2:11
Biden's 3:23
bring 4:20 5:15 6:14
built-in 5:10
Bush 3:20
but 2:17 3:15 4:6,10 4:13 5:12 6:2,11
by 1:24 3:23 4:4 5:17 6:3

**C**
can 2:5 3:4,21
can't 5:21 7:4
case 2:5,16 4:7,8 6:10,14,24
cases 6:11
cast 5:20
certainly 5:22
CERTIFICATE 7:11
certified 5:20
certify 7:13,17
change 2:12 4:2
changed 3:12 4:4
charges 3:6
charging 3:4 4:22
college 6:16
completely 3:8
computers 4:4,24 5:7 7:2
Constitution 5:23
constitutional 2:21 3:9,10 7:6
contest 2:3
contested 4:1
continued 4:17
counties 3:19
counting 3:13
course 4:12
court 1:24 2:4,13,15 3:14,16,18 5:17 6:8,10,13,14
courts 3:12 6:12
cross-examination 5:17
cured 3:19
curing 5:3

**D**
day 3:13
defects 5:6
defense 2:23
Dershowitz 2:22 3:1 3:7 4:15 5:14 6:6 6:19 7:2
developed 5:8
did 3:12
didn't 3:20
difference 4:6
difficult 5:15
digitally-recorded 7:14
do 2:5 4:9,24 5:23 7:17
doesn't 2:16 6:13
Dominion 2:10
don't 3:14,22 4:8,8 5:12,17 6:1,21
done 2:17
drop 4:19

**E**
effort 2:11
either 4:4 6:11
election 2:3,12 3:13 5:1,8 6:9,21 7:5
elections 6:9
electoral 6:16
electors 5:20
Ellis 4:17
employee 7:18
end 3:13
enough 2:3,18 3:24 4:6 6:14
equal 3:18,20
even 5:21
evidence 2:3,9,18 2:18 4:7,9,11,13 5:12,14,24 6:4,6 6:24,24 7:8
example 3:10
expect 2:14
experts 5:16

**F**
fact 6:20,23
features 5:11
federal 6:12
few 7:6
fifty 6:9
filed 6:2,3
financially 7:19
find 5:22
findings 5:17
first 4:20 6:8,11
flawed 3:19
for 2:24 3:5,6,10 5:5 7:7
foregoing 7:13
FOX 1:4
fraud 2:3,16 5:19 5:22
fraudulently 4:4
Friday 2:7 6:3
from 2:11,21 5:2
fully 2:14
functionality 5:10
further 7:17
FUTURES 1:4

**G**
gather 2:2
Georgia 4:21
get 3:2 4:23 5:24 6:12
Giuliani 3:4 4:16
give 3:7
glitches 4:4
go 6:8,11
going 4:17,19,20 6:19,22 7:7
good 2:23
Gore 3:20

**H**
half 2:19
harbor 6:15
has 2:2 3:4,16 4:24 5:24
have 2:16,17,18 3:9 3:11,17,22,24 4:2 4:8,9,11,11 5:13 5:16,18,24 6:1,4,7 6:11,24 7:2
haven't 4:6,9 5:11 6:23 7:8
He 2:22
here 2:24 3:3 7:5,6
Here's 2:5
hinted 3:16
hundreds 4:5 7:3

**I**
I 2:14 3:14 4:6,9,19 5:17,20,23 6:16 6:21,22,23 7:8,13 7:17,17,19
if 3:5,23 4:11 5:21 6:6,16,24
impeachment 2:23
imprisoned 2:19
in 2:4,13,13,15 3:10 3:14,15,18 4:7,8 4:18,18,21 5:7,9 5:23,24 6:10,15 7:15,19
in-person 5:4
INC 1:24
inconsistent 5:3
independent 3:3
interested 7:19
is 2:19,23 3:5,22 4:3 4:3,10,21,22,24 5:12,14 6:6,10,19 6:21 7:2,13
issue 3:14,15,17,17
it 2:15,23 3:15,23 4:10 6:1,1,13 7:8
it's 3:15,23
itself 2:16

**J**
Jenna 4:16
Joining 2:20
just 2:2 4:23
Justice 3:16

**K**
kicks 6:15
kind 5:12
know 3:3 5:12,18

**L**
later 5:22
laws 5:3
lawsuits 4:19 6:2,3
lead 2:5
left 2:2
legal 2:2,21,21 3:9 3:11 4:1,2,10,22 5:21 6:20
legislature 3:12
let 3:7 4:21
like 6:13
list 4:21
litigate 4:17
look 5:5 6:13

**M**
Machines 2:10

Case 1:21-cv-02995-CJN   Document 1-34   Filed 11/12/21   Page 10 of 11

Page 9

make 4:6 7:6
Maria 1:4 2:1,6,8
 2:20 3:2 4:12,16
 6:5,18 7:1
matter 7:15
may 7:2
maybe 4:9
me 2:6,20 3:7 4:20
 4:21 6:16 7:15
means 5:18
media 4:13,18
meets 6:16
mentioned 4:23
moment 6:23
more 2:17,18 5:18
morning 2:24
mornings 1:4 2:6
much 2:24
my 3:7 4:19

**N**
necessarily 3:15,22
need 5:16 7:6,7
neither 7:17
NEWS,SUNDAY
 1:4
next 2:13,15
no 6:8
nor 7:17,18
not 3:8 4:17 5:5
 7:19
nothing 5:22
notwithstanding
 6:20
November 1:6 5:7
now 2:18,18,20 4:13
 4:19
number 5:1,3,4,6
numbers 3:22 4:8
 4:11 6:22

**O**
objective 3:8
observer 7:5
observers 5:2
of 1:1,1 2:3,4,9,12
 2:15,22 3:13 4:5,5
 4:12,19,20,21,21
 4:22 5:3,7,12 7:3
 7:3,11,14,18,18
officials 5:5
Okay 4:12 6:18
on 2:5,6,6,19 3:18
 4:23 5:22 6:22,23
 7:5
once 5:19,20

one 2:4 3:11 4:3,7
 4:19,20 5:1 7:5
opinions 3:3
or 3:9,24 4:4 5:15
 5:19 6:12
other 4:2 6:11
others 3:20
outcome 4:2 6:19
outside 2:20
override 5:11
overwhelming 7:7

**P**
part 2:22
parties 7:18
path 3:5
paths 3:10 6:20
Pennsylvania 3:10
 6:10
period 5:16
planning 2:9
population 2:19
porous 5:9
potential 6:21
potentially 4:3
Powell 2:4,14 3:4
 4:14 5:9,18
present 2:8,9
President 2:1,22 3:6
 4:22
presidential 6:9
prevail 3:21
prevented 5:2
prison 2:19
problem 3:21
proceedings 7:14
protection 3:18,21
prove 2:13 5:19
provided 7:14
provision 6:15
public 5:24
publicsquare 4:18

**Q**

**R**
rather 7:4
reaction 5:13
RECORDING 1:1
relative 7:17
Remember 6:7
REPORTERS 1:24
results 2:4,12
retail 7:4,5
reversed 6:22
right 2:20 3:23 4:15

6:1,1,5
route 5:21
Rudy 3:3 4:16

**S**
safe 6:15
said 2:10 6:2
say 4:17 5:1,13
says 2:5 5:9,18
scholar 2:21
security 5:9,11
see 2:23 4:13 5:21
 6:1,1,4,22
seeing 5:2
seem 4:9
seen 4:6,10 5:11
 6:23 7:8
she 2:5,6 5:18 6:2,2
show 3:24 4:21
Sidney 2:4,14 3:4
 4:13 5:9
Smartmatic 5:1,8
so 2:24 4:7 5:12,23
 6:16
software 5:1,8,8
some 3:18,23 4:21
something 2:4
sources 4:19
space 4:18
state 6:8,9,12
strong 3:11 4:3
strongest 6:24
subject 5:16
such 6:8
suggests 3:20
suits 4:20
support 3:15,23 4:7
 4:10
Supreme 3:14,16,18
 6:10,13,14
swapping 2:10

**T**
team 2:2,23 4:22
tell 3:5
tells 4:19
terms 5:7
than 2:17,18 5:19
 7:4
Thank 2:24 3:1
that 2:9,13 3:11,18
 3:20,21,23 4:3,7
 4:20,20,22 5:4,12
 5:21,23 6:2,20,21
 6:22,23 7:2,7,13
 7:17,19

that's 3:13,17 6:5
 7:3
thatthey're 4:17
the 1:1 2:3,4,5,12,13
 2:15,16,17,19
 3:12,12,13,14,15
 3:18,21,22 4:2,2,3
 4:7,8,9,10,11,11
 4:12,13,18,18,20
 4:22,23 5:2,4,7,7
 5:10,12,15,19,23
 5:24,24 6:1,2,3,4
 6:6,10,10,12,12
 6:13,14,14,15,15
 6:19,20,21,22,23
 6:23,23,24 7:5,13
 7:14,18,19
their 5:20,24 6:24
them 4:10 5:2
then 6:7
theories 4:1
theory 4:2,10
there 3:5 4:5,5,10
 6:6,9,20
there'll 6:13
there's 5:3,22 6:8
these 3:6 6:7,11
thethings 4:22
they 3:9,11,17,22,24
 4:2,7,8,9,11,11,18
 5:1,5,13,13,18,20
 5:21,23 6:1,12,24
 7:4,6
they'll 6:7
they're 4:20 7:7
thing 6:8
think 5:23 6:17,21
thinking 3:8
thinks 6:3
third 5:6
this 2:6,24 4:18,23
 4:24 5:11,12 6:3
 7:15,18
thisweek 4:21
THOMPSON 1:24
those 4:1
thoughts 4:23
thousand 3:24
thousands 4:5 7:3
three 2:2 3:9 5:4,19
three-week 5:15
through 6:11
time 6:14
to 2:2,3,8,9,11,11,12
 2:15,16,23 3:2,19
 3:22,24 4:1,6,7,9

 4:10,13,17,17,19
 4:20,24 5:5,6,11
 5:15,16,16,19,21
 5:22,24 6:1,1,4,8
 6:8,11,13,14,14
 6:19,20,22 7:6,7
 7:15,18
told 2:6 5:4,5
TRANSCRIBED
 1:24
transcript 1:1 7:14
TRANSCRIPTIO...
 7:11
trial 6:7,12
true 7:13
Trump 2:11 3:6
 4:22
Trump's 2:2,22
turn 7:4
turned 7:3
two 2:13,15,17 3:9
 3:11 4:1 5:3,15,19

**U**
under 4:1
undoing 5:21
us 3:5

**V**
Venezuela 5:9
versus 3:20
very 3:11 5:14
victory 3:5 6:21
vote 5:20
voted 5:5
voters 5:4
votes 2:10 3:24 4:1
 4:5,6 7:3,6
Voting 2:10

**W**
want 3:2
wants 4:13
was 2:22 5:8
we 2:17,18 3:2,3
 5:11,12 6:3
we'll 2:14
week 2:6
weeks 2:2,13,16,17
 5:15,19,19
Welcome 2:1
well 2:11 3:7 5:14
were 5:22
what 2:6 3:3,4,12
 5:18 6:16
when 5:18

**which** 4:3
**while** 3:19
**wholesale** 7:3,6
**will** 2:8 6:3
**winning** 3:14,15,17
    3:17
**wishful** 3:8
**with** 1:4 2:6 3:21
    4:24 5:9
**within** 2:15,17 5:15
**witnesses** 5:16

**X**

**Y**

**Yep** 7:1
**Yes** 2:14
**yet** 4:9
**you** 2:8,9,23,24 3:1
    3:5,5,7 4:21,23
    5:16
**You'll** 2:12
**you're** 6:16
**you've** 2:10
**your** 3:2 4:23 5:13

**Z**

**0**

**1**

**2**
**2020** 1:6 2:3
**22** 1:6

**3**
**3rd** 5:7

**4**

**5**

**6**

**7**
**70** 3:24

**8**
**80** 3:24