# Exhibit 35




# Watch



🔍 Search videos

▶ Home

🎬 Shows

📹 Live

🎵 Music

📼 Saved videos

**Your watchlist**

▶ Latest videos



Judge Jeanine Pirro · Follow
24 November 2020 · 🌐

**REPOST: Opening Statement - November 21, 2020**
ICYMI: Here is my Opening Statement from Saturday night.

0:00 / 10:04

16K · 1.7K comments

All comments ▾

**Lawrence E Gage**
Keep fighting the good fight. You covered it all. So sad the Hypocritical programmed little lambs can't comprehend the facts you laid out so well.

I'm sad to say I am done with FOX news. Miss you, Greg, Jesse, Tucker, Hannity etc... But you can't reward bad behavior. Hang in there.

Keep Preaching, and fighting the good fight to illuminate those who are too slow to see the subversion of our Country.

God Bless, Peace be with you.

PS keep an eye out for a story behind the motive for the cash pallets sent to Iran. Mr Senility played a part in it.

Like · Reply · 8 w · Edited                                71

**Anthony E Coker**
Lawrence E Gage Well I am down to recording one program only from Fox and that is judge Jeaneen Pirro. Zero on Fox Business.

Like · Reply · 8 w                                4

**Deborah Gatza Woldelt**
Lawrence E Gage cash pellets to Iran??? Didn't hear about that one?????

Like · Reply · 8 w

**Anthony E Coker**
Deborah Gatza Woldelt 9 cargo planes is what I heard

Like · Reply · 8 w                                1

**Timothy Dodd**
Lawrence E Gage AMEN, THE DAMN TRUTH AND THE ENTIRE USA KNOWS IT!

Like · Reply · 8 w                                2

**Ann Perrin**
Anthony E Coker I saw a article that said Trump retrieved 9 cargo planes of gold from the Vatican.

Like · Reply · 8 w                                1

**Nidhal Hamama**
Lawrence E Gage well what can I say if Biden becomes president he will be the fake president he become a president with the clear massive fraud no one can denied

Like · Reply · 8 w · Edited                                3

**Dale Conder**
Lawrence E Gage oh you must talking about Obama when him Clinton went there and gave them billions of dollars, in which they used against our troops. While Biden was getting Ukraine prosecutor fired. Then Obama came an pardon a known terrorist out of Getmo. The whole Obama regime should be in jail.

Like · Reply · 7 w                                3

**Karen Venema Overacker**
Deborah Gatza Woldelt Former president Obama sent cash to Iran. NOT TRUMP! Democrats are the

Document title: (12) Watch | Facebook
Capture URL: https://www.facebook.com/watch/?v=416968972666914
Capture timestamp (UTC): Thu, 21 Jan 2021 15:57:37 GMT