# Exhibit 36

TRANSCRIPT OF THE AUDIO RECORDING OF:


FOX BUSINESS, LOU DOBBS TONIGHT

NOVEMBER 26, 2020

TRANSCRIBED BY: THOMPSON COURT REPORTERS INC.

1        MR. DOBBS:  Big news now the country's

2   largest voting machine groups have close ties to a

3   government agency that disputes any regularities [sic] in

4   this year's election. On November 12th, the

5   Cybersecurity and Infrastructure Security Agency, CISA,

6   part of the Department of Homeland Security, it's cyber

7   intelligence unit, issued this statement.  It said in

8   part, quote, "the November third election was the most

9   secure in American history," end quote. Among the many

10  things that the agency failed to disclose, is that

11  Dominion Voting Systems and another, well, several

12  voting companies, are members of their election

13  infrastructure sector coordinating counsel. And

14  that's a mouthful. It's an advisory counsel to CISA

15  and the DHS.  One of two entities that authored, that

16  wrote the CISA November 12th statement. Also sitting on

17  that counsel, in addition to Dominion, is Smartmatic,

18  another company that we have reported on and detailed

19  on this broadcast, with documented issues with their

20  voting machine software. Election systems, and

21  software ESS, and Hart InterCivic, also on the council.

22  Those companies alone make up 90% of the voting

23  companies working on American elections.

24  Extraordinary, but very helpful apparently to DHS.

Page 3

1   They didn't see a conflict of interest in that, for some

2   reason.  But then again, why would they put out such a

3   report when they can't--can't support in any way? I

4   challenge the Department of Homeland Security to

5   produce evidence that this was the most secure, the

6   most secure election in history, when it was in point

7   of fact, the opposite.  Big tech giants, Microsoft and

8   Amazon Web Services also sit on the CISA counsel.  Both

9   companies have executives and employees donating,

10  donating millions of dollars to Joe Biden's campaign

11  and Democratic causes.  Now we've asked both Dominion

12  and Smartmatic about their--their role on the CISA

13  November 12 statement disputing election fraud or

14  intervention by foreign government.  Smartmatic said

15  they didn't have any input.  Dominion, they--they

16  didn't get back to us for some reason.  Dominion Voting

17  Systems did send us an e-mail titled, setting the

18  record straight, facts and rumors. The first thing they

19  cite is the statement published by the Cybersecurity

20  and Infrastructure Security Agency, the Agency where

21  they sit on the board as advisors.  Isn't that a little

22  circular, a little club?  How nice, how comfy, how

23  irregular.

24

Page 4

1                    CERTIFICATE OF TRANSCRIPTIONIST

2

3

4        I certify that the foregoing is a true and accurate

5   transcript of the digitally-recorded proceedings provided

6   to me in this matter.

7

8

9        I do further certify that I am neither a relative, nor

10  employee, nor attorney of any of the parties to this

11  action, and that I am not financially interested in the

12  action.

13

14

15

16

17

18

19

20

21

22       _____
                 NATHAN KAYLO
                Production Manager
23        THOMPSON COURT REPORTERS INC.

24

## A

a 2:2,14 3:1,2,21,22 4:4,9
about 3:12
accurate 4:4
action 4:11,12
addition 2:17
advisors 3:21
advisory 2:14
again 3:2
agency 2:3,5,10 3:20,20
alone 2:22
also 2:16,21 3:8
am 4:9,11
Amazon 3:8
American 2:9,23
Among 2:9
an 2:14 3:17
and 2:5,11,13,15,18 2:20,21 3:7,9,11 3:12,18,20 4:4,11
another 2:11,18
any 2:3 3:3,15 4:10
apparently 2:24
are 2:12
as 3:21
asked 3:11
attorney 4:10
AUDIO 1:1
authored 2:15

## B

back 3:16
Biden's 3:10
Big 2:1 3:7
board 3:21
both 3:8,11
broadcast 2:19
BUSINESS 1:4
but 2:24 3:2
by 1:24 3:14,19

## C

campaign 3:10
can't--can't 3:3
causes 3:11
CERTIFICATE 4:1
certify 4:4,9
challenge 3:4
circular 3:22
CISA 2:5,14,16 3:8 3:12
cite 3:19
close 2:2

club 3:22
comfy 3:22
companies 2:12,22 2:23 3:9
company 2:18
conflict 3:1
coordinating 2:13
council 2:21
counsel 2:13,14,17 3:8
country's 2:1
COURT 1:24
cyber 2:6
Cybersecurity 2:5 3:19

## D

Democratic 3:11
Department 2:6 3:4
detailed 2:18
DHS 2:15,24
did 3:17
didn't 3:1,15,16
digitally-recorded 4:5
disclose 2:10
disputes 2:3
disputing 3:13
do 4:9
DOBBS 1:4 2:1
documented 2:19
dollars 3:10
Dominion 2:11,17 3:11,15,16
donating 3:9,10

## E

e-mail 3:17
election 2:4,8,12,20 3:6,13
elections 2:23
employee 4:10
employees 3:9
end 2:9
entities 2:15
ESS 2:21
evidence 3:5
executives 3:9
Extraordinary 2:24

## F

fact 3:7
facts 3:18
failed 2:10
financially 4:11
first 3:18

for 3:1,16
foregoing 4:4
foreign 3:14
FOX 1:4
fraud 3:13
further 4:9

## G

get 3:16
giants 3:7
government 2:3 3:14
groups 2:2

## H

Hart 2:21
have 2:2,18 3:9,15
helpful 2:24
history 2:9 3:6
Homeland 2:6 3:4
how 3:22,22,22

## I

I 3:3 4:4,9,9,11
in 2:3,7,9,17 3:1,3,6 3:6 4:6,11
INC 1:24
infrastructure 2:5 2:13 3:20
input 3:15
intelligence 2:7
InterCivic 2:21
interest 3:1
interested 4:11
intervention 3:14
irregular 3:23
is 2:10,17 3:19 4:4
Isn't 3:21
issued 2:7
issues 2:19
it 2:7 3:6
it's 2:6,14

## J

Joe 3:10

## K

## L

largest 2:2
little 3:21,22
LOU 1:4

## M

machine 2:2,20
make 2:22

many 2:9
matter 4:6
me 4:6
members 2:12
Microsoft 3:7
millions 3:10
most 2:8 3:5,6
mouthful 2:14
MR 2:1

## N

neither 4:9
news 2:1
nice 3:22
nor 4:9,10
not 4:11
November 1:5 2:4,8 2:16 3:13
now 2:1 3:11

## O

of 1:1,1 2:6,6,12,15 2:22 3:1,4,7,10 4:1,5,10,10
on 2:4,16,18,19,21 2:23 3:8,12,21
One 2:15
opposite 3:7
or 3:13
out 3:2

## P

part 2:6,8
parties 4:10
point 3:6
proceedings 4:5
produce 3:5
provided 4:5
published 3:19
put 3:2

## Q

quote 2:8,9

## R

reason 3:2,16
record 3:18
RECORDING 1:1
regularities 2:3
relative 4:9
report 3:3
reported 2:18
REPORTERS 1:24
role 3:12
rumors 3:18

## S

said 2:7 3:14
sector 2:13
secure 2:9 3:5,6
Security 2:5,6 3:4 3:20
see 3:1
send 3:17
Services 3:8
setting 3:17
several 2:11
sic 2:3
sit 3:8,21
sitting 2:16
Smartmatic 2:17 3:12,14
software 2:20,21
some 3:1,16
statement 2:7,16 3:13,19
straight 3:18
such 3:2
support 3:3
systems 2:11,20 3:17

## T

tech 3:7
that 2:3,10,10,15,15 2:17,18 3:1,5,21 4:4,9,11
that's 2:14
the 1:1 2:1,4,6,8,8,9 2:10,15,16,21,22 3:4,5,5,7,8,12,17 3:18,19,19,20,21 4:4,5,10,11
their 2:12,19
their--their 3:12
then 3:2
they 3:1,2,3,15,18 3:21
they--they 3:15
thing 3:18
things 2:10
third 2:8
this 2:4,7,19 3:5 4:6 4:10
THOMPSON 1:24
Those 2:22
ties 2:2
titled 3:17
to 2:2,10,14,17,24 3:4,10,16 4:6,10
TONIGHT 1:4
TRANSCRIBED

1:24
**transcript** 1:1 4:5
**TRANSCRIPTIO...**
   4:1
**true** 4:4
**two** 2:15

| **U** |
| --- |

**unit** 2:7
**up** 2:22
**us** 3:16,17

| **V** |
| --- |

**very** 2:24
**voting** 2:2,11,12,20
   2:22 3:16

| **W** |
| --- |

**was** 2:8 3:5,6
**way** 3:3
**we** 2:18
**we've** 3:11
**Web** 3:8
**well** 2:11
**when** 3:3,6
**where** 3:20
**why** 3:2
**with** 2:19,19
**working** 2:23
**would** 3:2
**wrote** 2:16

| **X** |
| --- |

| **Y** |
| --- |

**year's** 2:4

| **Z** |
| --- |

| **0** |
| --- |

| **1** |
| --- |

**12** 3:13
**12th** 2:4,16

| **2** |
| --- |

**2020** 1:5
**26** 1:5

| **3** |
| --- |

| **4** |
| --- |

| **5** |
| --- |

| **6** |
| --- |

| **7** |
| --- |

| **8** |
| --- |

| **9** |
| --- |

**90%** 2:22