# Exhibit 37

By using this site, you agree to our **Privacy Policy** and our **Terms of Use**.

**FOX NEWS** channel

U.S. | Politics | Media | Opinion | Business | Entertainment | Sports | Lifestyle | TV | Fox Nation | Listen | More

Watch TV

Hot Topics   LIVE UPDATES: Health worker suffers vaccine reaction

2020 PRESIDENTIAL ELECTION · Published November 26

# Attorney Sidney Powell files lawsuit seeking Georgia election results be decertified, awarded to Trump

The lawsuit names Gov. Brian Kemp among the defendants

By Jonathan Garber | Fox News





**Attorney Powell on election legal challenges that remain active in several states**
Sidney Powell, of President Trump's legal team, tells 'Sunday Morning Futures' that 'the evidence is coming in so fast' she 'can't even process it all.'

Attorney Sidney Powell filed a lawsuit in Georgia on Wednesday evening alleging "massive election fraud" that changed the state's results in the 2020 election.





Document title: Attorney Sidney Powell files lawsuit seeking Georgia election results be decertified, awarded to Trump | Fox News
Capture URL: https://www.foxnews.com/politics/sidney-powell-lawsuit-georgia-election-results-decertified-awarded-trump
Capture timestamp (UTC): Wed, 23 Dec 2020 18:03:00 GMT
Page 1 of 11

Attorney Sidney Powell filed a lawsuit in Georgia on Wednesday evening alleging "massive election fraud" that changed the state's results in the 2020 election.



The lawsuit, which names Georgia Gov. Brian Kemp and Secretary of State and Chair of the Georgia State Election Board Brad Raffensperger among the defendants, alleges multiple Constitutional violations, citing fact witnesses, expert witnesses and statistical impossibilities within the election results, and says tens of thousands of votes were impacted -- enough to sway the state in favor of projected President-Elect Joe Biden.

"The scheme and artifice to defraud was for the purpose of illegally and fraudulently manipulating the vote count to make certain the election of Joe Biden as President of the United States," the 104-page filing said.

The lawsuit argues there is no adequate remedy under the law and seeks to have the state's results of both the 2020 presidential and congressional elections set aside. Biden beat President Trump by 12,670 votes, or 0.25%, according to results that were certified by the State of Georgia on Friday.

**SIDNEY POWELL DEMANDS GEORGIA ZOOM MEETING WHERE OFFICIALS REFUSED 'REAL AUDIT'**

**DOMINION AND SMARTMATIC VOTING SYSTEMS**

The lawsuit alleges election software and hardware produced by Dominion Voting Systems Corp., is where the "massive fraud begins," stating the design and features of the system's software do not allow for a simple audit of misallocation, redistribution and deletion of votes.

There is "incontrovertible physical evidence" that security systems were breached and that voting machines were connected to the internet, a violation of state and federal laws, according to the filing.

**BIDEN SAYS TRUMP'S OUTREACH ON TRANSITION HAS BEEN 'SINCERE'**

Georgia purchased Dominion voting machines and software in July 2019. At the time, state Democrats, led by former gubernatorial candidate Stacey Abrams, argued the machines were susceptible to tampering. The State of Texas a year earlier rejected the system due to its vulnerability to undetected manipulation.

A Dominion spokesperson earlier this week told Fox News that Powell's claims are without merit.

**BIDEN TO BEGIN RECEIVING PRESIDENT'S DAILY BRIEF AS TRANSITION IS FORMALLY UNDERWAY**

Reported vulnerabilities in the Smartmatics system include barcodes that can override votes and machines with the capability of being connected to the internet without jurisdictions knowing, the lawsuit alleges.

**GEORGIA IRREGULARITIES**




**2020**
✓ Presidential Results
✓ Live Coverage
✓ Probability Meters
✓ and More...

**Fox News First**
**MORNING HEADLINES**

Get all the stories you need-to-know from the most powerful name in news delivered first thing every morning to your inbox

Arrives Weekdays

Subscribe

**More from Fox News**


Kylie Jenner flaunts cleavage in skintight dress...


Alabama father, son kill each other during...


Missouri girl, 4, found dead after neighbors beat he...


Kentucky officials use robot deer to catch man accus...


Emma Thompson is over doing 'unbalanced' sex...


British supermodel Stella Tennant dead at 50, family says

**2020 Presidential Election**


36 mins ago
Georgia secretary of state joins GOP push to end no-excuse absentee voting


2 hours ago
Trump declares war on Thune, but Noem says she won't challenge senator

**BIDEN TO BEGIN RECEIVING PRESIDENT'S DAILY BRIEF AS TRANSITION IS FORMALLY UNDERWAY**

Reported vulnerabilities in the Smartmatics system include barcodes that can override votes and machines with the capability of being connected to the internet without jurisdictions knowing, the lawsuit alleges.

**GEORGIA IRREGULARITIES**

The State Election Board in April adopted an emergency rule that allowed for absentee ballots to begin being processed three weeks before the election with the superintendent authorized to open the outer envelope. The rule was in direct conflict with state law that says outer envelopes can be opened once the polls open on election day.

The lawsuit argues there is "no reconciling this conflict."

Affidavits from Amanda Coleman and Maria Diedrich, Republican monitors of the state's hand recount, said there was no way to tell if the recount was accurate or proper.

**PERDUE, LOEFFLER BACK TRUMP CALL FOR GEORGIA RECOUNT, MORE SIGNATURE MATCHING**

Another observer stated that at no time did they observe signature checks being conducted. Some counties are alleged to have not conducted the recount by hand and instead just reran the ballots through the same machines.

**GEORGIA SEC. OF STATE SAYS TRUMP THREW HIM 'UNDER THE BUS'**

Affiant Carlos Silva, a Democrat, said he saw absentee ballots for Trump placed in the Biden pile. Multiple affiants testified they also saw this occur.

An affidavit from one observer witnessed hostility against Republican observers, but not Democrats, which the suit says is in violation of the Equal Protection Clause.

After the Georgia polls closed, election officials in Fulton County said a pipe burst at the vote tabulation center in the Allstate Arena that prevented 30,000 absentee ballots from being processed. The plaintiffs allege the water leak did not occur in the vote-counting room. Affiant Michelle Branton said election workers remained after being told to go home with people working the computers until 1:05 a.m.

**ALLEGATIONS OF VIOLATIONS OF LAW**

The plaintiffs allege the defendants violated the Elections Clause of the U.S. Constitution, which says that state legislature must set election rules. The defendants are not part of Georgia's general assembly and have no legislative power.

Additionally, the lawsuit says Raffensperger and Georgia counties violated the 14th Amendment of the U.S. Constitution by denying equal protection under the law.

Poll watchers have the right to observe and monitor the electoral process to ensure it is conducted fairly. Absentee ballots were opened three weeks before Election Day, and there is "no reconciling this conflict," the lawsuit says.

**PERDUE, LOEFFLER BACK TRUMP CALL FOR GEORGIA RECOUNT, MORE SIGNATURE MATCHING**

2020 Presidential Election


36 mins ago
Georgia secretary of state joins GOP push to end no-excuse absentee voting


2 hours ago
Trump declares war on Thune, but Noem says she won't challenge senator


19 hours ago
Biden says cyberattack happened on 'Trump's watch when he wasn't watching'


22 hours ago
Pence urges conservatives 'to stay in the fight' as 'our election' continues

Sponsored Stories   Ads by Verizon Media


Funniest Camping Photos Ever Caught On Camera
Sponsored | www.DailyStuff.com



Poll watchers have the right to observe and monitor the electoral process to ensure it is conducted fairly. Absentee ballots were opened three weeks before Election Day, and there is "no reconciling this conflict," the lawsuit says.

PERDUE, LOEFFLER BACK TRUMP CALL FOR GEORGIA RECOUNT, MORE SIGNATURE MATCHING

Some absentee and mail-in voters were given the opportunity to "cure" ballots with minor errors but not all, a denial of due process on the right to vote, according to the filing.

Also alleged is that absence of signature verification was a denial of the due process of the right to vote. The state's signature rejection rate was 0.15% and just .00167% for absentee ballot applications across the state. Hancock County, which has a population of 8,348, rejected more ballots than Fulton County, which has the largest population in the state with more than 1.06 million people.

The State of Colorado, by comparison, had a rejection rate between 0.52% and 0.66%, according to the lawsuit.

The plaintiffs charge there was widespread ballot fraud and state that Georgia law allows for an election to be contested for reasons including misconduct, fraud or irregularity conducted by an election official or officials that place in doubt the result.

The acceptance of illegal votes, rejection of legal votes and an error in counting votes that would change the result are other reasons an election could be contested in the state.

PROPOSED REMEDY

The plaintiffs seek an emergency order that instructs the defendants to decertify the results. Alternatively, they seek an emergency order prohibiting the defendants from including in the certification absentee ballots and mail ballots that do not comply with election code.

Other requests of relief include not counting electors for Georgia in the 2020 election, or directing the state's electors to vote for Trump.

Sponsored Stories You May Like — Ads by Verizon Media


**Neighbors Couldn't Help But Laugh At Her Yard Sign**
Sponsored | Science A2Z

**Shaq's New Yacht Is Literally A Floating Mansion**
Sponsored | Definition




2020 Presidential Election


36 mins ago
Georgia secretary of state joins GOP push to end no-excuse absentee voting


2 hours ago
Trump declares war on Thune, but Noem says she won't challenge senator


19 hours ago
Biden says cyberattack happened on 'Trump's watch when he wasn't watching'

22 hours ago
Pence urges conservatives 'to stay in the fight' as 'our election' continues

Sponsored Stories  Ads by Verizon Media


**Funniest Camping Photos Ever Caught On Camera**
Sponsored | www.DailyStuff.com





**Neighbors Couldn't Help But Laugh At Her Yard Sign**
Sponsored | Science A2Z

**Shaq's New Yacht Is Literally A Floating Mansion**
Sponsored | Definition

**25 Stars Hollywood Won't Touch With A 10 Foot Pole**
Sponsored | Upbeat_News

**Worst Colleges: Don't Send Your Kids To Colorado**
Sponsored | Bonvoyaged

**Why Americans Are Quickly Leaving Colorado**
Sponsored | MoneyPlan

## Sponsored Stories

- **Lesser-Known Facts About Neil Diamond**
  Sponsored | Musicoholics

- **How The Military Jumpstarted Burt Lancaster's Fame**
  Sponsored | Money Versed

- **29 Of The Funniest Design Fails In Human History**
  Sponsored | Science A2Z

- **These Old VHS Tapes Are Now Worth A Fortune**
  Sponsored | Past Factory

- **25 Reality Shows That Are Totally Fake**
  Sponsored | sciencea2z.com

- **Fans Saddened as Keith Richards' Son Confirms This**
  Sponsored | Musicoholics Magazine

## More from Fox News

- **Los Angeles-area woman shot dead in Kohl's during domestic dispute; suspect fled scene: police**
  Fox News

- **Kylie Jenner flaunts cleavage in skintight dress while posing for pics at home: 'Living room vibes'**
  Fox News

- **Alabama father, son kill each other during confrontation: report**
  Fox News

- **Missouri girl, 4, found dead after neighbors beat her to remove a 'demon,' police say**
  Fox News

- **Kentucky officials use robot deer to catch man accused of poaching**
  Fox News

- **Pelosi presses McCarthy to agree to bigger stimulus checks after Trump intervention**
  Fox News

Ads by Verizon Media

### 2020 Presidential Election


36 mins ago
**Georgia secretary of state joins GOP push to end no-excuse absentee voting**


2 hours ago
**Trump declares war on Thune, but Noem says she won't challenge senator**


19 hours ago
**Biden says cyberattack happened on 'Trump's watch when he wasn't watching'**


22 hours ago
**Pence urges conservatives 'to stay in the fight' as 'our election' continues**

**Sponsored Stories** Ads by Verizon Media


**Funniest Camping Photos Ever Caught On Camera**
Sponsored | www.DailyStuff.com





- **29 Of The Funniest Design Fails In Human History**
  Sponsored | Science A2Z

- **These Old VHS Tapes Are Now Worth A Fortune**
  Sponsored | Past Factory

- **25 Reality Shows That Are Totally Fake**
  Sponsored | sciencea2z.com

- **Fans Saddened as Keith Richards' Son Confirms This**
  Sponsored | Musicoholics Magazine

- **Alabama father, son kill each other during confrontation: report**
  Fox News

- **Missouri girl, 4, found dead after neighbors beat her to remove a 'demon,' police say**
  Fox News

- **Kentucky officials use robot deer to catch man accused of poaching**
  Fox News

- **Pelosi presses McCarthy to agree to bigger stimulus checks after Trump intervention**
  Fox News

Ads by Verizon Media



36 mins ago
**Georgia secretary of state joins GOP push to end no-excuse absentee voting**

2 hours ago
**Trump declares war on Thune, but Noem says she won't challenge senator**

19 hours ago
**Biden says cyberattack happened on 'Trump's watch when he wasn't watching'**

22 hours ago
**Pence urges conservatives 'to stay in the fight' as 'our election' continues**

**Sponsored Stories** Ads by Verizon Media



**Funniest Camping Photos Ever Caught On Camera**
Sponsored | www.DailyStuff.com





## Conversation  12.4K Comments

What do you think?

Sort by Best ⌄

**notduped**
26 November, 2020

Ok, good. This is what we've been waiting for. The big showdown. Now let's see how well the evidence stands up under *actual legal scrutiny*.

There is the court of law and a courtroom of public opinion. What constitutes irrefutable evidence is vastly different between the two.

Reply  👍 2590  👎 193

Show 47 previous replies ⌄

**RepublicansAreForTheRich** › notduped
26 November, 2020

I can't wait for Sidney to prove that Hugo Chavez is still alive and helped Biden win the election.

Reply  👍 62  👎 11

**Ziffler** › notduped
26 November, 2020

 **RepublicansAreForTheRich** > notduped
26 November, 2020

I can't wait for Sidney to prove that Hugo Chavez is still alive and helped Biden win the election.

Reply  👍 62  👎 11

 **Ziffler** > notduped
26 November, 2020

this is hilarious these seven states were playing chicken with a woman that doesnt play chicken i see silver bracelets on a xmas list for governors and board of election officials in GA,PA,MI,WI,NV,MN,AZ.. Merry xmas thieves. oh by the way you guys thought you had this all figured out you forget the internet leaves tracks. Maybe talk to the election people in PA more over Philly were all the corruption is, they can advise you how to plead.
 And this is one reason i stopped FOX about 2 weeks ago because they ran a article yesterday that bill barr is know investigating voter fraud with no evidence you think he didnt have a clue about this filing and lin woods filing.

Reply  👍 27  👎 25

Show 1 more replies ⌄

 **nostromo350**
26 November, 2020

"Reported vulnerabilities in the Smartmatics system include barcodes that can override votes and machines with the capability of being connected to the internet without jurisdictions knowing, the lawsuit alleges."  Should be pretty easy to get a voting machine and have some IT experts tear it down to see if what she alleges is true.

Reply  👍 1514  👎 88

Show 63 previous replies ⌄

 **scubad4ny** > nostromo350
27 November, 2020

Their air gapped, meaning they have no internet.  next fake claim....

Reply  👍 34  👎 63

Show 5 more replies ⌄

 **GreatestGeneration523** > nostromo350
27 November, 2020

Smartmatic systems weren't even used in Georgia.

Reply  👍 44  👎 50

Show 1 more replies ⌄

 **2Square2BHip**
26 November, 2020

If what she is saying is true, that there are many sworn testimonies regarding election fraud, they need to be heard in court. If what she is saying is not true, she needs to be challenged by a court to produce these sworn testimonies and if she can't then she should be charged with slander and liable.

Once the sworn testimonies, if any, are submitted as evidence, they need to be investigated by the various agencies (state, federal) to a) ensure the election results are accurate, and b) to give the constituents confidence that their votes are actually counted and accurately.

This whole thing needs to go under a public microscope.

Reply  👍 1400  👎 108

Show 47 previous replies ⌄

### 2020 Presidential Election


36 mins ago
**Georgia secretary of state joins GOP push to end no-excuse absentee voting**


2 hours ago
**Trump declares war on Thune, but Noem says she won't challenge senator**


19 hours ago
**Biden says cyberattack happened on 'Trump's watch when he wasn't watching'**


22 hours ago
**Pence urges conservatives 'to stay in the fight' as 'our election' continues**

**Sponsored Stories**  Ads by Verizon Media


**Funniest Camping Photos Ever Caught On Camera**
Sponsored | www.DailyStuff.com



**2Square2BHip**
26 November, 2020

If what she is saying is true, that there are many sworn testimonies regarding election fraud, they need to be heard in court. If what she is saying is not true, she needs to be challenged by a court to produce these sworn testimonies and if she can't then she should be charged with slander and liable.

Once the sworn testimonies, if any, are submitted as evidence, they need to be investigated by the various agencies (state, federal) to a) ensure the election results are accurate, and b) to give the constituents confidence that their votes are actually counted and accurately.

This whole thing needs to go under a public microscope.

Reply  👍 1400  👎 108

Show 47 previous replies ⌄

> **annali522** › 2Square2BHip
> 27 November, 2020
>
> Sidney claimed that late Venezuelan President Hugo Chavez and Gov Kemp conspired - to do whatever crazy things she could imagine. There is a bit of a time warp here; Hugo spent 2 years in Spain getting treatment for his cancer and died in 2013.
>
> Reply  👍 45  👎 23

> **GreatestGeneration523** › 2Square2BHip
> 27 November, 2020
>
> The election heads of all 50 states have said there was no fraud. DHS and CISA said there was no fraud. The Trump legal team has never even mentioned fraud in court.
> At what point do we have to accept that this may just be a political stunt by Trump.
>
> Reply  👍 164  👎 108
>
> Show 8 more replies ⌄

**Randyrt**
26 November, 2020

If Biden won, I respect the result and will endure it for the next 4 years, just as I did with Obama's 8 years. As long as the vote wasn't fraudulent. If it was, we need to fix it and find out who actually won and inaugurate that person, whether it's Biden or Trump. But find out who it is.

Reply  👍 964  👎 78

Show 21 previous replies ⌄

> **scubad4ny** › Randyrt
> 27 November, 2020
>
> Trump is right, there is huge fraud, but its Trump and his goons creating the fraud.
>
> Reply  👍 131  👎 130
>
> Show 1 more replies ⌄

> **vickiLavender** › Randyrt
> 27 November, 2020
>
> So if Trump gets in.   Then  the people will be happy.
>
> Reply  👍 59  👎 45
>
> Show 1 more replies ⌄

**Mowerman088**
26 November, 2020

Hopefully there will be discovery, including source code from the machines and careful examination of the voter roles as well as signatures on absentee ballots.

Reply  👍 747  👎 71

Show 11 previous replies ⌄

---

**2020 Presidential Election**


36 mins ago
**Georgia secretary of state joins GOP push to end no-excuse absentee voting**


2 hours ago
**Trump declares war on Thune, but Noem says she won't challenge senator**

19 hours ago
**Biden says cyberattack happened on 'Trump's watch when he wasn't watching'**

22 hours ago
**Pence urges conservatives 'to stay in the fight' as 'our election' continues**

**Sponsored Stories**  Ads by Verizon Media


**Funniest Camping Photos Ever Caught On Camera**
Sponsored | www.DailyStuff.com




**Mowerman088**
26 November, 2020

Hopefully there will be discovery, including source code from the machines and careful examination of the voter roles as well as signatures on absentee ballots.

Reply 👍 747  👎 71

Show 11 previous replies ⌄


**GreatestGeneration523** › Mowerman088
27 November, 2020

Every state tests the machines before the election and DHS and CISA reviewed all the data and found nothing dubious about the machines. The paper backup matched the digital count. This is a nothingburger

Reply 👍 58  👎 42

Show 4 more replies ⌄

**HereForTheRum** › Mowerman088
27 November, 2020

We need to audit every single vote.   It is too easy and there are many many ways to stuff the ballot box. I'm sure a feature of the machine is a self destruct program also

Reply 👍 39  👎 61

Show 3 more replies ⌄


**bostondavid102**
26 November, 2020

I wasn't there so let the court hear the evidence and make a determination. If the vote counting was legit, then Biden wins GA. If the vote counting was fraudulent, then Trump wins GA. Also, fix the problems, if they exist, before the January senate election.

Reply 👍 620  👎 34

Show 4 previous replies ⌄

**GreatestGeneration523** › bostondavid102
27 November, 2020

What if the vote counting was fraudulent but Republicans were behind it?

Reply 👍 57  👎 32

Show 1 more replies ⌄

**eriverq** › bostondavid102
27 November, 2020

They have already and yet he is still saying it wasn't counted how many times do they have to count it before Trump accepts his lost?

Reply 👍 61  👎 47

Show 4 more replies ⌄

**badakathacare**
26 November, 2020

"Also alleged is that absence of signature verification was a denial of the due process of the right to vote. The state's signature rejection rate was 0.15% and just .00167% for absentee ballot applications across the state. Hancock County, which has a population of 8,348, rejected more ballots than Fulton County, which has the largest population in the state with more than 1.06 million people.
The State of Colorado, by comparison, had a rejection rate between 0.52% and 0.66%, according to the lawsuit."

2016 National mail in ballot rejection rate - 1%
2020 National mail in ballot rejection rate - 0.03%

With tens of millions more mail in ballots, millions voting by mail for the first time & with all the new, last minute rule changes there's 33 times less rejections in 2020 than 2016?

---

**2020 Presidential Election**


36 mins ago
**Georgia secretary of state joins GOP push to end no-excuse absentee voting**


2 hours ago
**Trump declares war on Thune, but Noem says she won't challenge senator**


19 hours ago
**Biden says cyberattack happened on 'Trump's watch when he wasn't watching'**

22 hours ago
**Pence urges conservatives 'to stay in the fight' as 'our election' continues**

**Sponsored Stories** Ads by Verizon Media



**Funniest Camping Photos Ever Caught On Camera**
Sponsored | www.DailyStuff.com



---

Document title: Attorney Sidney Powell files lawsuit seeking Georgia election results be decertified, awarded to Trump | Fox News
Capture URL: https://www.foxnews.com/politics/sidney-powell-lawsuit-georgia-election-results-decertified-awarded-trump
Capture timestamp (UTC): Wed, 23 Dec 2020 18:03:00 GMT
Page 9 of 11

lawsuit."

2016 National mail in ballot rejection rate - 1%
2020 National mail in ballot rejection rate - 0.03%

With tens of millions more mail in ballots, millions voting by mail for the first time & with all the new, last minute rule changes there's 33 times less rejections in 2020 than 2016?

...See more

Reply  👍 561  👎 72

Show 10 previous replies ⌄

 **Love2live379** › badakathacare
27 November, 2020

What I can tell you is that if the shoe were on the other foot, there would be major riots going on right now. They all claim this innocent stance right now, but we know what it would really be like. I've gone back and forth on it myself, and finally came to the realization that if there wasn't massive mail in voter fraud, which everyone knows there is, Biden wouldn't have even come close.

Reply  👍 50  👎 27

 **HistoryFanatic1337** › badakathacare
27 November, 2020

An honest person doesn't make up fake numbers like that. There was a reason why her previous lawsuits were thrown out and why even the Trump legal team distanced themselves form her - she is full of garbage and makes claims without evidence.

Reply  👍 47  👎 60

Show 1 more replies ⌄

 **TheFlorence**
26 November, 2020

Election Integrity and leaders working to Ensure our elections are secure and that every vote is counted as cast is the most important thing. No matter who won, the integrity of our voting system is most important to us ALL.

Reply  👍 20  👎

 **CommonTraitor** › TheFlorence
26 November, 2020

which is why there was a recount.

Reply  👍  👎 5

Show 2 more replies ⌄

 **tadams6**
26 November, 2020

It isn't difficult to prevent fraud with mail-in ballots, and changes are needed to assure honest elections. Here's a fool proof method to make sure mail-in ballots are not fraudulent while preserving their convenience.

1. Send out mail-in ballots only to registered voters who ask for them.

2. The ballots sent out would have the outer return envelope with a bar code identifying the precinct and a unique alpha numeric ID code. The ballot codes would be saved in a computer data base.

3. Only ballots returned in the envelope that was sent out would be accepted.

...See more

Reply  👍 262  👎 28

Show 12 previous replies ⌄


36 mins ago
**Georgia secretary of state joins GOP push to end no-excuse absentee voting**


2 hours ago
**Trump declares war on Thune, but Noem says she won't challenge senator**


19 hours ago
**Biden says cyberattack happened on 'Trump's watch when he wasn't watching'**


22 hours ago
**Pence urges conservatives 'to stay in the fight' as 'our election' continues**

**Sponsored Stories** Ads by Verizon Media


**Funniest Camping Photos Ever Caught On Camera**
Sponsored | www.DailyStuff.com



wondering752 › tadams6

Document title: Attorney Sidney Powell files lawsuit seeking Georgia election results be decertified, awarded to Trump | Fox News
Capture URL: https://www.foxnews.com/politics/sidney-powell-lawsuit-georgia-election-results-decertified-awarded-trump
Capture timestamp (UTC): Wed, 23 Dec 2020 18:03:00 GMT

Page 10 of 11

**tadams6**
26 November, 2020

It isn't difficult to prevent fraud with mail-in ballots, and changes are needed to assure honest elections. Here's a fool proof method to make sure mail-in ballots are not fraudulent while preserving their convenience.

1. Send out mail-in ballots only to registered voters who ask for them.

2. The ballots sent out would have the outer return envelope with a bar code identifying the precinct and a unique alpha numeric ID code. The ballot codes would be saved in a computer data base.

3. Only ballots returned in the envelope that was sent out would be accepted.

...See more

Reply  👍 262  👎 28

Show 12 previous replies ⌄

**wondering752** > tadams6
27 November, 2020

A big problem with mail in ballots is that there is no way to verify that the person signing the envelope actually filled out the ballot inside. Look up ballot harvesting and steaming open envelopes. With 32 million adults in the USA unable to read or write, along with the thousands or millions who cannot read above a six grade level in addition to the thousands of people in nursing homes who may not have the mental or physical capacity, do you really believe these people didn't have "help" filling out their ballot.

Reply  👍 19  👎 7

**smoreno** > tadams6
27 November, 2020

Well, GOOD NEWS! Thats how it works in every single state. The only difference is that they are mailed to all registered voters. But they still have a barcode, signature verification, etc. *(Edited)*

Reply  👍 26  👎 15

Show 1 more replies ⌄

**Opinions-R-US**
26 November, 2020

If all of these allegations of voter fraud are not thoroughly investigated, 73 million voters will feel their vote did not count. As a result, 73 million people will not believe or trust anything done by the federal and state governments. This cannot end good for democracy or America!

Reply  👍 380  👎 52

Show 11 previous replies ⌄

**Mal981** > Opinions-R-US
27 November, 2020

To correct your figures, polls have indicated that about half of the 73 million believe Trump's allegations of fraud and the other half do not. Well, 35 million is also quite a large number, but still only a quarter of Americans believe Trump's allegations and the other three quarters think he is a sore loser making fake excuses for his defeat and looking all the more ridiculous the more he persists.

Reply  👍 24  👎 21

Show 1 more replies ⌄

**11Patriots** > Opinions-R-US
27 November, 2020

Then it would be Soviet union day ja vu all over again.
Forced voting, votes modified to suit Dems/libs/comunists/socialists/globalists agenda

Reply  👍 18  👎 23

Show 1 more replies ⌄

[Show More Comments]

**2020 Presidential Election**


36 mins ago
**Georgia secretary of state joins GOP push to end no-excuse absentee voting**


2 hours ago
**Trump declares war on Thune, but Noem says she won't challenge senator**


19 hours ago
**Biden says cyberattack happened on 'Trump's watch when he wasn't watching'**

22 hours ago
**Pence urges conservatives 'to stay in the fight' as 'our election' continues**

**Sponsored Stories** Ads by Verizon Media


**Funniest Camping Photos Ever Caught On Camera**
Sponsored | www.DailyStuff.com



Document title: Attorney Sidney Powell files lawsuit seeking Georgia election results be decertified, awarded to Trump | Fox News
Capture URL: https://www.foxnews.com/politics/sidney-powell-lawsuit-georgia-election-results-decertified-awarded-trump
Capture timestamp (UTC): Wed, 23 Dec 2020 18:03:00 GMT
Page 11 of 11