# Exhibit 38

TRANSCRIPT OF THE AUDIO RECORDING OF:

FOX BUSINESS, LOU DOBBS TONIGHT

DECEMBER 10, 2020

TRANSCRIBED BY: THOMPSON COURT REPORTERS INC

Page 2

1          LOU DOBBS:  Joining us now is Sidney Powell,

2    a distinguished attorney, former federal prosecutor, best

3    selling author, General Michael Flynn's defense

4    attorney, and as we all know, a great American.

5    Sidney, great to have you with us.  You say these four

6    individuals led the effort to rig this election.  How

7    did they do it?

8          SIDNEY POWELL:  Well, Lou, they designed and

9    developed the Smartmatic and Dominion programs and

10   machines that include a controller module that allows

11   people to log in and manipulate the vote even as it's

12   happening.  We're finding more and more evidence of

13   this.  We now have reams and reams of actual documents

14   from Smartmatic and Dominion, including evidence that

15   they planned and executed all of this.  We know that

16   $400 million of money came into Smartmatic from China

17   only a few weeks before the election that there are

18   George Soros connections to the entire endeavor.  Lord

19   Malloch Brown was part of it, along with the other

20   people from Dominion, Eric Coomer, the person who also

21   holds patents on some of the software and was operating

22   out of the Denver office I believe.  We know that one

23   of the Smartmatic people has, went to Tarrant County,

24   Texas and turned that county blue after having been an

Page 3

1   executive with Smartmatic and all of a sudden this one

2   election Tarrant County is purportedly blue.  We have

3   evidence of how they flip the votes, how it was

4   designed to flip the votes, and that all of it has been

5   happening just as we have been saying it has been.

6          LOU DOBBS:  What is the evidence that you

7   have compiled?  How have you constructed the

8   architecture of this relationship among these four

9   individuals?

10         SIDNEY POWELL:  Well, we are still reviewing

11  the massive amount of documents that we have, but we

12  have communications between them and all different

13  kinds of messages that indicate their involvement in

14  it.  It's a massive amount of additional information to

15  go through that's only been in our hands a short

16  time, but we will be producing more and more of it.  It

17  will be coming out more by the day.  And then also the

18  connections to the Chinese and other countries that

19  were attacking us in this massive cyber Pearl Harbor,

20  as we called it.

21         LOU DOBBS:  Jorge Rodriguez.  I want you to

22  go through, we're going to put up on the screen so

23  people can follow the conversation here because these

24  are names that most of us are not familiar with.  You

Page 4

1    says that Jorge Rodriguez, the Venezuelan, former

2    Venezuelan Communications Minister, is the ringleader,

3    the CEO of the enterprise as you put it.  What is the

4    evidence that this former Communications Minister could

5    reach into the US electoral system and raise the havoc

6    and commit the fraud that obviously we have witnessed

7    in 2020.

8            SIDNEY POWELL:  Well we've known from early

9    on in our independent investigation that the entire

10   system was created for the benefit of Venezuela and

11   Hugo Chavez to rig elections to make sure he continued

12   winning.  And then it was passed onto Mr. Maduro to do

13   the same.  And we know it was exported to other

14   countries by virtue of some of the Dominion executives

15   that proceeded to go about and essentially sell

16   elections to the highest bidder.  We know, for example,

17   that Mr. Rodriguez has been on TV incessantly trying to

18   [inaudible] and actually mocking the United States.

19   He is one of the highest -- .

20           LOU DOBBS:  Venezuelan television?

21           SIDNEY POWELL:  Yes, Venezuelan television.

22   And he's, he's, he's been one of the leaders of the

23   whole election stealing project.  But keep in mind,

24   Venezuela has been highly influenced by the Chinese.

Page 5

1   And we know from filings with the SEC and otherwise

2   that the Chinese put $400 million into Dominion only

3   four weeks before the election.  And they shared office

4   space with George Soros's companies, as well as the

5   leadership of Lord Malloch Brown in the, in the UK and

6   Canada.  It is a very concerning and troubling and

7   illegal web of conduct that all of which focused on

8   rigging the election in this country.  And we're seeing

9   the results in multiple states where we're now

10  identifying specific votes flipped like in a couple of

11  Georgia counties.    In fact, Coffee County, Georgia,

12  just yesterday, I believe, refused to certify the

13  results of the election in Coffee County because of the

14  vote disparities and flipping.  We're getting more and

15  more evidence out of other counties across the country

16  about the same kind of conduct.  We knew from Antrim

17  County, for example, in Michigan that 6 thousand votes

18  magically were flipped on election night.  I think the

19  cause of that is going to become more and more

20  apparent as we proceed in the investigation.  And

21  frankly, our national security agency and defense

22  intelligence agency need to be all over this

23  immediately.   The evidence is overwhelming and

24  extremely troubling that this has been going on and it

Page 6

1   didn't just start this year.

2           LOU DOBBS:  We're going to be back with

3   Sidney.  We're going to take a quick break.  We're

4   going to examine in some detail the reasons for what is

5   apparently a broadly coordinated effort to actually

6   bring down this president by ending his second term

7   before it could begin.

8

9

10

11              CERTIFICATE OF TRANSCRIPTIONIST

12

13      I certify that the foregoing is a true and accurate

14   transcript of the digitally-recorded proceedings provided

15   to me in this matter.

16

17      I do further certify that I am neither a relative, nor

18   employee, nor attorney of any of the parties to this

19   action, and that I am not financially interested in the

20   action.

21

22

23

24

                        _____
                             NATHAN KAYLO
                           Production Manager
                        THOMPSON COURT REPORTERS INC.

**A**

a 2:2,4,10,17 3:1,14 3:15 5:6,10 6:3,5 6:13,17
about 4:15 5:16
accurate 6:13
across 5:15
action 6:19,20
actual 2:13
actually 4:18 6:5
additional 3:14
after 2:24
agency 5:21,22
all 2:4,15 3:1,4,12 5:7,22
allows 2:10
along 2:19
also 2:20 3:17
am 6:17,19
American 2:4
among 3:8
amount 3:11,14
an 2:24
and 2:4,8,9,9,11,12 2:13,14,15,21,24 3:1,4,12,16,17,18 4:5,6,10,12,13,15 4:18,22 5:1,1,3,5 5:6,6,8,14,14,19 5:20,21,23,24 6:13,19
Antrim 5:16
any 6:18
apparent 5:20
apparently 6:5
architecture 3:8
are 2:17 3:10,24,24
as 2:4,11 3:5,20 4:3 5:4,4,20
attacking 3:19
attorney 2:2,4 6:18
AUDIO 1:1
author 2:3

**B**

back 6:2
be 3:16,17 5:22 6:2
because 3:23 5:13
become 5:19
been 2:24 3:4,5,5,15 4:17,22,24 5:24
before 2:17 5:3 6:7
begin 6:7
believe 2:22 5:12
benefit 4:10
best 2:2

between 3:12
bidder 4:16
blue 2:24 3:2
break 6:3
bring 6:6
broadly 6:5
Brown 2:19 5:5
BUSINESS 1:4
but 3:11,16 4:23
by 1:24 3:17 4:14 4:24 6:6

**C**

called 3:20
came 2:16
can 3:23
Canada 5:6
cause 5:19
CEO 4:3
CERTIFICATE 6:11
certify 5:12 6:13,17
Chavez 4:11
China 2:16
Chinese 3:18 4:24 5:2
Coffee 5:11,13
coming 3:17
commit 4:6
communications 3:12 4:2,4
companies 5:4
compiled 3:7
concerning 5:6
conduct 5:7,16
connections 2:18 3:18
constructed 3:7
continued 4:11
controller 2:10
conversation 3:23
Coomer 2:20
coordinated 6:5
could 4:4 6:7
counties 5:11,15
countries 3:18 4:14
country 5:8,15
county 2:23,24 3:2 5:11,13,17
couple 5:10
COURT 1:24
created 4:10
cyber 3:19

**D**

day 3:17

DECEMBER 1:6
defense 2:3 5:21
Denver 2:22
designed 2:8 3:4
detail 6:4
developed 2:9
did 2:7
didn't 6:1
different 3:12
digitally-recorded 6:14
disparities 5:14
distinguished 2:2
do 2:7 4:12 6:17
DOBBS 1:4 2:1 3:6 3:21 4:20 6:2
documents 2:13 3:11
Dominion 2:9,14,20 4:14 5:2
down 6:6

**E**

early 4:8
effort 2:6 6:5
election 2:6,17 3:2 4:23 5:3,8,13,18
elections 4:11,16
electoral 4:5
employee 6:18
endeavor 2:18
ending 6:6
enterprise 4:3
entire 2:18 4:9
Eric 2:20
essentially 4:15
even 2:11
evidence 2:12,14 3:3,6 4:4 5:15,23
examine 6:4
example 4:16 5:17
executed 2:15
executive 3:1
executives 4:14
exported 4:13
extremely 5:24

**F**

fact 5:11
familiar 3:24
federal 2:2
few 2:17
filings 5:1
financially 6:19
finding 2:12
flip 3:3,4

flipped 5:10,18
flipping 5:14
Flynn's 2:3
focused 5:7
follow 3:23
for 4:10,16 5:17 6:4
foregoing 6:13
former 2:2 4:1,4
four 2:5 3:8 5:3
FOX 1:4
frankly 5:21
fraud 4:6
from 2:14,16,20 4:8 5:1,16
further 6:17

**G**

General 2:3
George 2:18 5:4
Georgia 5:11,11
getting 5:14
go 3:15,22 4:15
going 3:22 5:19,24 6:2,3,4
great 2:4,5

**H**

hands 3:15
happening 2:12 3:5
Harbor 3:19
has 2:23 3:4,5 4:17 4:24 5:24
have 2:5,13 3:2,5,7 3:7,11,12 4:6
having 2:24
havoc 4:5
he 4:11,19
he's 4:22,22,22
here 3:23
highest 4:16,19
highly 4:24
his 6:6
holds 2:21
how 2:6 3:3,3,7
Hugo 4:11

**I**

I 2:22 3:21 5:12,18 6:13,17,17,19
identifying 5:10
illegal 5:7
immediately 5:23
in 2:11 3:13,15,19 4:7,9,23 5:5,5,8,9 5:10,11,13,17,20 6:4,15,19

inaudible 4:18
INC 1:24
incessantly 4:17
include 2:10
including 2:14
independent 4:9
indicate 3:13
individuals 2:6 3:9
influenced 4:24
information 3:14
intelligence 5:22
interested 6:19
into 2:16 4:5 5:2
investigation 4:9 5:20
involvement 3:13
is 2:1 3:2,6 4:2,3,19 5:6,19,23 6:4,13
it 2:7,19 3:3,4,5,14 3:16,16,20 4:3,12 4:13 5:6,24 6:7
it's 2:11 3:14

**J**

Joining 2:1
Jorge 3:21 4:1
just 3:5 5:12 6:1

**K**

keep 4:23
kind 5:16
kinds 3:13
knew 5:16
know 2:4,15,22 4:13 4:16 5:1
known 4:8

**L**

leaders 4:22
leadership 5:5
led 2:6
like 5:10
log 2:11
Lord 2:18 5:5
Lou 1:4 2:1,8 3:6,21 4:20 6:2

**M**

machines 2:10
Maduro 4:12
magically 5:18
make 4:11
Malloch 2:19 5:5
manipulate 2:11
massive 3:11,14,19
matter 6:15

| | | | | |
|---|---|---|---|---|
| me 6:15 | patents 2:21 | 4:8,21 6:3 | time 3:16 | winning 4:12 |
| messages 3:13 | Pearl 3:19 | Smartmatic 2:9,14 | to 2:5,6,11,18,23 3:4 | with 2:5,19 3:1,24 |
| Michael 2:3 | people 2:11,20,23 | 2:16,23 3:1 | 3:14,18,21,22 | 5:1,4 6:2 |
| Michigan 5:17 | 3:23 | so 3:22 | 4:11,11,12,13,15 | witnessed 4:6 |
| million 2:16 5:2 | person 2:20 | software 2:21 | 4:16,17 5:12,19 | |
| mind 4:23 | planned 2:15 | some 2:21 4:14 6:4 | 5:22 6:2,3,4,5,15 | **X** |
| Minister 4:2,4 | Powell 2:1,8 3:10 | Soros 2:18 | 6:18 | |
| mocking 4:18 | 4:8,21 | Soros's 5:4 | TONIGHT 1:4 | **Y** |
| module 2:10 | president 6:6 | space 5:4 | TRANSCRIBED | year 6:1 |
| money 2:16 | proceed 5:20 | specific 5:10 | 1:24 | Yes 4:21 |
| more 2:12,12 3:16 | proceeded 4:15 | start 6:1 | transcript 1:1 6:14 | yesterday 5:12 |
| 3:16,17 5:14,15 | proceedings 6:14 | states 4:18 5:9 | TRANSCRIPTIO... | you 2:5,5 3:6,7,21 |
| 5:19,19 | producing 3:16 | stealing 4:23 | 6:11 | 3:24 4:3 |
| most 3:24 | programs 2:9 | still 3:10 | troubling 5:6,24 | |
| Mr 4:12,17 | project 4:23 | sudden 3:1 | true 6:13 | **Z** |
| multiple 5:9 | prosecutor 2:2 | sure 4:11 | trying 4:17 | |
| | provided 6:14 | system 4:5,10 | turned 2:24 | **0** |
| **N** | purportedly 3:2 | | TV 4:17 | |
| names 3:24 | put 3:22 4:3 5:2 | **T** | | **1** |
| national 5:21 | | take 6:3 | **U** | 10 1:6 |
| need 5:22 | **Q** | Tarrant 2:23 3:2 | UK 5:5 | |
| neither 6:17 | quick 6:3 | television 4:20,21 | United 4:18 | **2** |
| night 5:18 | | term 6:6 | up 3:22 | 2020 1:6 4:7 |
| nor 6:17,18 | **R** | Texas 2:24 | us 2:1,5 3:19,24 4:5 | |
| not 3:24 6:19 | raise 4:5 | that 2:10,10,14,15 | | **3** |
| now 2:1,13 5:9 | reach 4:5 | 2:17,22,24 3:4,6 | **V** | |
| | reams 2:13,13 | 3:11,13,18,24 4:1 | Venezuela 4:10,24 | **4** |
| **O** | reasons 6:4 | 4:4,6,9,15,17 5:2 | Venezuelan 4:1,2 | 400 2:16 5:2 |
| obviously 4:6 | RECORDING 1:1 | 5:7,17,19,24 6:13 | 4:20,21 | |
| of 1:1,1 2:12,13,15 | refused 5:12 | 6:17,19 | very 5:6 | **5** |
| 2:16,19,21,22,23 | relationship 3:8 | that's 3:15 | virtue 4:14 | |
| 3:1,3,4,8,11,13,14 | relative 6:17 | the 1:1 2:6,9,11,17 | vote 2:11 5:14 | **6** |
| 3:16,24 4:3,10,14 | REPORTERS 1:24 | 2:18,19,20,21,22 | votes 3:3,4 5:10,17 | 6 5:17 |
| 4:14,19,22,22 5:5 | results 5:9,13 | 2:23 3:3,4,6,7,11 | | |
| 5:7,7,10,13,13,15 | reviewing 3:10 | 3:17,17,18,22,23 | **W** | |
| 5:16,19 6:11,14 | rig 2:6 4:11 | 4:1,2,3,3,3,5,5,6,9 | want 3:21 | |
| 6:18,18 | rigging 5:8 | 4:10,13,14,16,18 | was 2:19,21 3:3 | |
| office 2:22 5:3 | ringleader 4:2 | 4:19,22,22,24 5:1 | 4:10,12,13 | |
| on 2:21 3:22 4:9,17 | Rodriguez 3:21 4:1 | 5:2,3,4,5,5,8,9,12 | we 2:4,13,15,22 3:2 | |
| 5:7,18,24 | 4:17 | 5:13,13,15,16,18 | 3:5,10,11,11,16 | |
| one 2:22 3:1 4:19,22 | | 5:20,23 6:4,13,14 | 3:20 4:6,13,16 5:1 | |
| only 2:17 3:15 5:2 | **S** | 6:18,19 | 5:16,20 | |
| onto 4:12 | same 4:13 5:16 | their 3:13 | we're 2:12 3:22 5:8 | |
| operating 2:21 | say 2:5 | them 3:12 | 5:9,14 6:2,3,3 | |
| other 2:19 3:18 4:13 | saying 3:5 | then 3:17 4:12 | we've 4:8 | |
| 5:15 | says 4:1 | there 2:17 | web 5:7 | |
| otherwise 5:1 | screen 3:22 | these 2:5 3:8,23 | weeks 2:17 5:3 | |
| our 3:15 4:9 5:21 | SEC 5:1 | they 2:7,8,15 3:3 | well 2:8 3:10 4:8 5:4 | |
| out 2:22 3:17 5:15 | second 6:6 | 5:3 | went 2:23 | |
| over 5:22 | security 5:21 | think 5:18 | were 3:19 5:18 | |
| overwhelming 5:23 | seeing 5:8 | this 2:6,13,15 3:1,8 | what 3:6 4:3 6:4 | |
| | sell 4:15 | 3:19 4:4 5:8,22,24 | where 5:9 | |
| **P** | selling 2:3 | 6:1,6,15,18 | which 5:7 | |
| part 2:19 | shared 5:3 | THOMPSON 1:24 | who 2:20 | |
| parties 6:18 | short 3:15 | thousand 5:17 | whole 4:23 | |
| passed 4:12 | Sidney 2:1,5,8 3:10 | through 3:15,22 | will 3:16,17 | |