# Exhibit 39

TRANSCRIPT OF THE AUDIO RECORDING OF:

FOX BUSINESS, LOU DOBBS TONIGHT

DECEMBER 10TH, 2020

TRANSCRIBED BY: THOMPSON COURT REPORTERS INC

Page 2

1  LOU DOBBS: We're back now with attorney
2  Sidney Powell. She was describing a cyber Pearl Harbor
3  and the 2020 election, focusing on four names. I would
4  also like to put up this element from your
5  investigation if we could have that full screen up so
6  that we could all go through that with the audience.
7  Because it's important as we look at these four names,
8  we're talking about very large, a very large foreign
9  intrusion and interference in the, in the election of
10 2020. Give us, it's outrageous that we have an
11 Attorney General, Sidney, who said that he sees no sign
12 of, if any, significant fraud that would overturn the
13 election. We had a head of the Cyber Intelligence Unit
14 for the Department of Homeland Security who is suing
15 some people apparently for saying that his report
16 basically was, it was nonsense when he declared it was
17 the most secure election in the country's history.
18 What are we dealing with here and how can we get to
19 this if we have an Attorney General who has apparently
20 lost both his nerve and his commitment to his oath of
21 office and to the country. We have an FBI director who
22 seems to be as politically corrupt as anyone who
23 preceded him, and a Homeland Security Department that
24 doesn't know what the hell it's talking about and is

Page 3

1  spending more time playing politics, at least as it
2  applies to Mr. Krebs, then securing the nation.  Your
3  thoughts?
4            SIDNEY POWELL:  I think it's time for a whole
5  new team across the board Lou.   There's no explanation
6  for the way the FBI has treated witnesses.  I mean,
7  good American citizens who've been brave enough to come
8  forward with direct evidence of things like thousands
9  of ballots moving from one state to another in the
10 middle of the night to do what is called back-filling
11 into the machines so that they can perpetrate their
12 fraud because President Trump won so many votes, he
13 blew up their algorithm.  The American people blew up
14 the algorithm they created before the election to shave
15 votes from Biden and give them to Trump.  And we're now
16 seeing direct evidence of that happening in multiple
17 counties, in multiple states and we know it happened
18 across the country. You'd have to be a damn fool and
19 abjectly stupid not to see what happened here for
20 anybody who is willing to look at the real evidence.
21 I've uploaded a ton of it on our website at
22 defendingtherepublic.org and Twitter is even trying to
23 destroy our new website KRAKEN-wood.com, where we're
24 also trying to get the word out to the American people

Page 4

1  on what's been happening here and the truth, and upload
2  documents.  Twitter took our account down on the first
3  night.
4          LOU DOBBS:  Let me, let me make you an offer,
5  very straightforwardly. We will gladly put forward
6  your evidence that supports your claim that this was a
7  cyber Pearl Harbor. We have tremendous evidence
8  already, of fraud in this election. But I will be
9  glad to put forward on this broadcast whatever evidence
10 you have, and we'll be glad to do it immediately.
11         SIDNEY POWELL:  Awesome.
12         LOU DOBBS:  We'll work overnight.  We will,
13 we will take up whatever air we're permitted beyond
14 this broadcast.  But we have to get to the bottom of
15 this.  And we, the question now is, is not about the
16 integrity or the energy of those responsible for
17 securing the, the national interests for defending this
18 country.  It's how in the hell do we defend this
19 country and secure the interest of this company without
20 them, that's really the, the two questions.
21         SIDNEY POWELL:  Yes, well the American people
22 are going to have to insist on paper ballots with real
23 identification.  That's gonna be one of the key things
24 to stop.

Page 5

1  LOU DOBBS:  I'm not even, I'm, Sidney I've
2  got to tell you I'm not even going to contemplate the
3  next election.  I'm not even contemplating the January
4  5th election in Georgia.  The hell with that, if the
5  people of Georgia are dumb enough after what they have
6  gone through in the November 3rd election to then go
7  towards January 5th and a runoff and think that
8  changing nothing will change the outcome, then the
9  people of Georgia aren't half as smart as I believe
10 them to be. And I believe the patriots in Georgia
11 should stop this nonsense now. It is not something
12 that to be decided about over who do you favor, which
13 party, which candidate?  This is now about faith in the
14 electoral system in one specific state that may
15 control the destiny of this country. And by God, it's
16 too important for anyone. And I don't care what party
17 you're in, I don't care whether you're an independent.
18 This is too important to act as if nothing happened on
19 November 3rd and to pretend that there will be a
20 different outcome on January 5th. It's idiotic.
21        SIDNEY POWELL:  It is. I agree with you
22 completely.
23        LOU DOBBS:  The ridiculous leadership, and I
24 mean the Governor and the Secretary of State, have got

Page 6

1  to find, if not the integrity, the primal fear of the
2  voters in Georgia, to stop what's going on and stop it
3  now.
4           SIDNEY POWELL: I agree with you completely,
5  Lou, this is the future of the Republic, whether we
6  continue to exist as the Republic of the United States
7  of America.  And every patriotic American needs to
8  stand up right now and make their voices heard that we
9  will not tolerate this, the chips need to fall wherever
10 they fall. We lost gubernatorial seats, I'm sure we
11 lost congressional seats, we lost senate seats that we
12 should have had.  They have been perpetrating a fraud
13 on the United States for the last ten years, telling us
14 we were turning blue when we were not. We have been
15 clearly going red because the American people love
16 this country regardless of whether they came from,
17 where they came from, American citizens came here for
18 freedom and justice and liberty for all.
19          LOU DOBBS:  Well Sidney, I guess what we're
20 going to conclude with my final question, if we're out
21 of time, we've gone well over.  What can be done right
22 now.  How much time do you need to get that evidence to
23 this broadcast and we'll put it on the air.
24          SIDNEY POWELL:  I will get you some more

```
                                                              Page 7
 1    information that's just stunning tonight.
 2             LOU DOBBS:  All right.  Sidney Powell.  Thank
 3    you for all you're doing.  It is the Lord's work.
 4
 5
 6
 7
 8                   CERTIFICATE OF TRANSCRIPTIONIST
 9
10        I certify that the foregoing is a true and accurate
11    transcript of the digitally-recorded proceedings provided
12    to me in this matter.
13
14        I do further certify that I am neither a relative, nor
15    employee, nor attorney of any of the parties to this
16    action, and that I am not financially interested in the
17    action.
18
19
20
21
22
23
24                          _____
                                  NATHAN KAYLO
                                Production Manager
                           THOMPSON COURT REPORTERS INC.
```

**A**

a 2:2,8,13,23 3:4,18 3:21 4:6 5:7,19 6:12 7:10,14
abjectly 3:19
about 2:8,24 4:15 5:12,13
account 4:2
accurate 7:10
across 3:5,18
act 5:18
action 7:16,17
after 5:5
agree 5:21 6:4
air 4:13 6:23
algorithm 3:13,14
all 2:6 6:18 7:2,3
already 4:8
also 2:4 3:24
am 7:14,16
America 6:7
American 3:7,13,24 4:21 6:7,15,17
an 2:10,19,21 4:4 5:17
and 2:3,9,18,20,21 2:23,24 3:15,15 3:17,18,22 4:1,1 4:10,15,19 5:7,7 5:10,15,16,19,23 5:24 6:2,7,8,18,18 6:23 7:10,16
another 3:9
any 2:12 7:15
anybody 3:20
anyone 2:22 5:16
apparently 2:15,19
applies 3:2
are 2:18 4:22 5:5
aren't 5:9
as 2:7,22,22 3:1 5:9 5:9,18 6:6
at 2:7 3:1,20,21
attorney 2:1,11,19 7:15
audience 2:6
AUDIO 1:1
Awesome 4:11

**B**

back 2:1
back-filling 3:10
ballots 3:9 4:22
basically 2:16
be 2:22 3:18 4:8,10 4:23 5:10,12,19 6:21
because 2:7 3:12 6:15
been 3:7 4:1 6:12,14
before 3:14
believe 5:9,10
beyond 4:13
Biden 3:15
blew 3:13,13
blue 6:14
board 3:5
both 2:20
bottom 4:14
brave 3:7
broadcast 4:9,14 6:23
BUSINESS 1:4
But 4:8,14
by 1:24 5:15

**C**

called 3:10
came 6:16,17,17
can 2:18 3:11 6:21
candidate 5:13
care 5:16,17
CERTIFICATE 7:8
certify 7:10,14
change 5:8
changing 5:8
chips 6:9
citizens 3:7 6:17
claim 4:6
clearly 6:15
come 3:7
commitment 2:20
company 4:19
completely 5:22 6:4
conclude 6:20
congressional 6:11
contemplate 5:2
contemplating 5:3
continue 6:6
control 5:15
corrupt 2:22
could 2:5,6
counties 3:17
country 2:21 3:18 4:18,19 5:15 6:16
country's 2:17
COURT 1:24
created 3:14
cyber 2:2,13 4:7

**D**

damn 3:18
dealing 2:18
DECEMBER 1:6
decided 5:12
declared 2:16
defend 4:18
defending 4:17
defendingtherepu... 3:22
Department 2:14 2:23
describing 2:2
destiny 5:15
destroy 3:23
different 5:20
digitally-recorded 7:11
direct 3:8,16
director 2:21
do 3:10 4:10,18 5:12 6:22 7:14
DOBBS 1:4 2:1 4:4 4:12 5:1,23 6:19 7:2
documents 4:2
doesn't 2:24
doing 7:3
don't 5:16,17
done 6:21
down 4:2
dumb 5:5

**E**

election 2:3,9,13,17 3:14 4:8 5:3,4,6
electoral 5:14
element 2:4
employee 7:15
energy 4:16
enough 3:7 5:5
even 3:22 5:1,2,3
every 6:7
evidence 3:8,16,20 4:6,7,9 6:22
exist 6:6
explanation 3:5

**F**

faith 5:13
fall 6:9,10
favor 5:12
FBI 2:21 3:6
fear 6:1
final 6:20
financially 7:16
find 6:1
first 4:2
focusing 2:3
fool 3:18
for 2:14,15 3:4,6,19 4:16,17 5:16 6:13 6:17,18 7:3
foregoing 7:10
foreign 2:8
forward 3:8 4:5,9
four 2:3,7
FOX 1:4
fraud 2:12 3:12 4:8 6:12
freedom 6:18
from 2:4 3:9,15 6:16 6:17
full 2:5
further 7:14
future 6:5

**G**

General 2:11,19
Georgia 5:4,5,9,10 6:2
get 2:18 3:24 4:14 6:22,24
give 2:10 3:15
glad 4:9,10
gladly 4:5
go 2:6 5:6
God 5:15
going 4:22 5:2 6:2 6:15,20
gone 5:6 6:21
gonna 4:23
good 3:7
got 5:2,24
Governor 5:24
gubernatorial 6:10
guess 6:19

**H**

had 2:13 6:12
half 5:9
happened 3:17,19 5:18
happening 3:16 4:1
Harbor 2:2 4:7
has 2:19 3:6
have 2:5,10,19,21 3:18 4:7,10,14,22 5:5,24 6:12,12,14
he 2:11,16 3:12
head 2:13
heard 6:8
hell 2:24 4:18 5:4

here 2:18 3:19 4:1 6:17
him 2:23
his 2:15,20,20,20
history 2:17
Homeland 2:14,23
how 2:18 4:18 6:22

**I**

I 2:3 3:4,6 4:8 5:9 5:10,16,17,21,23 6:4,19,24 7:10,14 7:14,16
I'm 5:1,1,2,3 6:10
I've 3:21 5:1
identification 4:23
idiotic 5:20
if 2:5,12,19 5:4,18 6:1,20
immediately 4:10
important 2:7 5:16 5:18
in 2:9,9,17 3:9,16,17 4:8,18 5:4,6,10,13 5:14,17 6:2 7:12 7:16
INC 1:24
independent 5:17
information 7:1
insist 4:22
integrity 4:16 6:1
Intelligence 2:13
interest 4:19
interested 7:16
interests 4:17
interference 2:9
into 3:11
intrusion 2:9
investigation 2:5
is 2:14,24 3:10,20 3:22 4:15,15 5:11 5:13,18,21 6:5 7:3 7:10
it 2:16,16 3:1,17,21 4:10 5:11,21 6:2 6:23 7:3
it's 2:7,10,24 3:4 4:18 5:15,20

**J**

January 5:3,7,20
just 7:1
justice 6:18

**K**

key 4:23

**know** 2:24 3:17
**KRAKEN-wood.c...** 3:23
**Krebs** 3:2

**L**

**large** 2:8,8
**last** 6:13
**leadership** 5:23
**least** 3:1
**let** 4:4,4
**liberty** 6:18
**like** 2:4 3:8
**look** 2:7 3:20
**Lord's** 7:3
**lost** 2:20 6:10,11,11
**Lou** 1:4 2:1 3:5 4:4 4:12 5:1,23 6:5,19 7:2
**love** 6:15

**M**

**machines** 3:11
**make** 4:4 6:8
**many** 3:12
**matter** 7:12
**may** 5:14
**me** 4:4,4 7:12
**mean** 3:6 5:24
**middle** 3:10
**more** 3:1 6:24
**most** 2:17
**moving** 3:9
**Mr** 3:2
**much** 6:22
**multiple** 3:16,17
**my** 6:20

**N**

**names** 2:3,7
**nation** 3:2
**national** 4:17
**need** 6:9,22
**needs** 6:7
**neither** 7:14
**nerve** 2:20
**new** 3:5,23
**next** 5:3
**night** 3:10 4:3
**no** 2:11 3:5
**nonsense** 2:16 5:11
**nor** 7:14,15
**not** 3:19 4:15 5:1,2 5:3,11 6:1,9,14 7:16
**nothing** 5:8,18

**November** 5:6,19
**now** 2:1 3:15 4:15 5:11,13 6:3,8,22

**O**

**oath** 2:20
**of** 1:1,1 2:9,12,13,14 2:20 3:8,9,10,16 3:21 4:8,14,16,19 4:23 5:5,9,15,24 6:1,5,6,7,16,21 7:8,11,15,15
**offer** 4:4
**office** 2:21
**on** 2:3 3:21 4:1,2,9 4:22 5:18,20 6:2 6:13,23
**one** 3:9 4:23 5:14
**or** 4:16
**our** 3:21,23 4:2
**out** 3:24 6:20
**outcome** 5:8,20
**outrageous** 2:10
**over** 5:12 6:21
**overnight** 4:12
**overturn** 2:12

**P**

**paper** 4:22
**parties** 7:15
**party** 5:13,16
**patriotic** 6:7
**patriots** 5:10
**Pearl** 2:2 4:7
**people** 2:15 3:13,24 4:21 5:5,9 6:15
**permitted** 4:13
**perpetrate** 3:11
**perpetrating** 6:12
**playing** 3:1
**politically** 2:22
**politics** 3:1
**Powell** 2:2 3:4 4:11 4:21 5:21 6:4,24 7:2
**preceded** 2:23
**President** 3:12
**pretend** 5:19
**primal** 6:1
**proceedings** 7:11
**provided** 7:11
**put** 2:4 4:5,9 6:23

**Q**

**question** 4:15 6:20
**questions** 4:20

**R**

**real** 3:20 4:22
**really** 4:20
**RECORDING** 1:1
**red** 6:15
**regardless** 6:16
**relative** 7:14
**report** 2:15
**REPORTERS** 1:24
**Republic** 6:5,6
**responsible** 4:16
**ridiculous** 5:23
**right** 6:8,21 7:2
**runoff** 5:7

**S**

**said** 2:11
**saying** 2:15
**screen** 2:5
**seats** 6:10,11,11
**Secretary** 5:24
**secure** 2:17 4:19
**securing** 3:2 4:17
**Security** 2:14,23
**see** 3:19
**seeing** 3:16
**seems** 2:22
**sees** 2:11
**senate** 6:11
**shave** 3:14
**She** 2:2
**should** 5:11 6:12
**Sidney** 2:2,11 3:4 4:11,21 5:1,21 6:4 6:19,24 7:2
**sign** 2:11
**significant** 2:12
**smart** 5:9
**so** 2:5 3:11,12
**some** 2:15 6:24
**something** 5:11
**specific** 5:14
**spending** 3:1
**stand** 6:8
**state** 3:9 5:14,24
**states** 3:17 6:6,13
**stop** 4:24 5:11 6:2,2
**straightforwardly** 4:5
**stunning** 7:1
**stupid** 3:19
**suing** 2:14
**supports** 4:6
**sure** 6:10
**system** 5:14

**T**

**take** 4:13
**talking** 2:8,24
**team** 3:5
**tell** 5:2
**telling** 6:13
**ten** 6:13
**Thank** 7:2
**that** 2:5,6,6,10,11 2:12,15,23 3:11 3:16 4:6,6 5:4,7 5:12,14,19 6:8,11 6:22 7:10,14,16
**that's** 4:20,23 7:1
**the** 1:1 2:3,6,9,9,12 2:13,14,17,17,21 2:24 3:2,5,6,6,9 3:10,11,13,14,14 3:18,20,24,24 4:1 4:2,14,15,15,16 4:17,17,18,19,20 4:20,21,23 5:2,3,4 5:4,6,8,8,10,13,15 5:23,24,24 6:1,1,1 6:5,5,6,6,9,13,13 6:15,23 7:3,10,11 7:15,16
**their** 3:11,13 6:8
**them** 3:15 4:20 5:10
**then** 3:2 5:6,8
**there** 5:19
**There's** 3:5
**these** 2:7
**they** 3:11,14 5:5 6:10,12,16,17
**things** 3:8 4:23
**think** 3:4 5:7
**this** 2:4,19 4:6,8,9 4:14,15,17,18,19 5:11,13,15,18 6:5 6:9,16,23 7:12,15
**THOMPSON** 1:24
**those** 4:16
**thoughts** 3:3
**thousands** 3:8
**through** 2:6 5:6
**time** 3:1,4 6:21,22
**to** 2:4,18,20,21,22 3:2,7,9,10,14,15 3:18,19,20,22,24 3:24 4:9,10,14,14 4:22,22,24 5:2,2,6 5:10,12,18,19 6:1 6:2,6,7,9,20,22,22 7:12,15
**tolerate** 6:9

**ton** 3:21
**tonight** 1:4 7:1
**too** 5:16,18
**took** 4:2
**towards** 5:7
**TRANSCRIBED** 1:24
**transcript** 1:1 7:11
**TRANSCRIPTIO...** 7:8
**treated** 3:6
**tremendous** 4:7
**true** 7:10
**Trump** 3:12,15
**truth** 4:1
**trying** 3:22,24
**turning** 6:14
**Twitter** 3:22 4:2
**two** 4:20

**U**

**Unit** 2:13
**United** 6:6,13
**up** 2:4,5 3:13,13 4:13 6:8
**upload** 4:1
**uploaded** 3:21
**us** 2:10 6:13

**V**

**very** 2:8,8 4:5
**voices** 6:8
**voters** 6:2
**votes** 3:12,15

**W**

**was** 2:2,16,16,16 4:6
**way** 3:6
**we** 2:5,6,7,10,13,18 2:18,19,21 3:17 4:5,7,12,13,14,15 4:18 6:5,8,10,10 6:11,11,14,14,14
**we'll** 4:10,12 6:23
**we're** 2:1,8 3:15,23 4:13 6:19,20
**we've** 6:21
**website** 3:21,23
**well** 4:21 6:19,21
**were** 6:14,14
**what** 2:18,24 3:10 3:19 5:5,16 6:19 6:21
**what's** 4:1 6:2
**whatever** 4:9,13
**when** 2:16 6:14

**where** 3:23 6:17
**wherever** 6:9
**whether** 5:17 6:5,16
**which** 5:12,13
**who** 2:11,14,19,21
  2:22 3:20 5:12
**who've** 3:7
**whole** 3:4
**will** 4:5,8,12,13 5:8
  5:19 6:9,24
**willing** 3:20
**with** 2:1,6,18 3:8
  4:22 5:4,21 6:4,20
**without** 4:19
**witnesses** 3:6
**won** 3:12
**word** 3:24
**work** 4:12 7:3
**would** 2:3,12

**X**

**Y**
**years** 6:13
**Yes** 4:21
**you** 4:4,10 5:2,12,21
  6:4,22,24 7:3
**You'd** 3:18
**you're** 5:17,17 7:3
**your** 2:4 3:2 4:6,6

**Z**

**0**

**1**
**10TH** 1:6

**2**
**2020** 1:6 2:3,10

**3**
**3rd** 5:6,19

**4**

**5**
**5th** 5:4,7,20