# Exhibit 40



**Lou Dobbs** ✓
@LouDobbs

The 2020 Election is a cyber Pearl Harbor:

The leftwing establishment have aligned their forces to overthrow the United States government #MAGA #AmericaFirst #Dobbs

People need to get familiar with four names:
Two political leaders
Jorge Rodriguez – he's the Communications Minister of Venezuela, and he's been the Cubans' main representative in Venezuela since the days of Chavez. He goes on TV down there daily to mock us. We have evidence that he has been the political leader of the election-stealing project, the "CEO" of it.

Khalil Majid Mazoub – He is a Venezuelan of Lebanese origin, who is the right hand and business front man of Jorge Rodriguez. He has been the effective "COO" of the election project, under Chavez and Maduro. Khalil is a liaison with Hezbollah.

Two technical experts
Gustavo Reyes Zumeta – he is an American-born Venezuelan, who came up with the idea, and designed and created the programs. He also worked as the founder and consultant, in addition to other business ventures.

Antonio Mujica – CEO of Smartmatic. He is the face of the company now. .

We now have  contracts, program details, incriminating information and history. .

We have a warning to the mainstream media: you have purposely sided with the forces that are trying to overthrow the US system.  These four people and their collaborators executed an electoral 9-11 against the United States, with the cooperation and collusion of the media and the Democrat Party and China.  It is a cyber Pearl Harbor.

We have identities,  roles, and background of Dominion. Smartmatic people.  This will turn into a massive RICO filing.  It is Smartmatic, Dominion Voting Systems, Sequoia, SGO.  If you come forward now to cooperate with law enforcement, you will be better off.

Cuba and Venezuela aligned with George Soros, the Chinese Communist Party, the Democrat party, and the American media against the will of the people of the US.

We have evidence linking all these companies together in legal documents, ownership structures, and sales of the companies.  We already uncovered a Chinese investment of $400,000,000 into Dominion, just 4 weeks before the election.

We now have corporate documents, the names of shareholders and amount of stock they own, their schedules and calendars, their messages to and from one another.

We have technical presentations that prove there is an embedded controller in every Dominion machine, that allows an election supervisor to move votes from one candidate to another. You've seen the video out of Georgia that's been on Twitter the last two days, with a woman demonstrating that capability.

We have the architecture and systems, that show how the machines can be controlled from external sources, via the internet, in violation of voting standards. Federal law, state laws, and contracts.

We have proof that a current county election supervisor is a former senior executive of Dominion Voting Systems. This is a county that had significant voting anomalies in the 2020 election.  The implications of that for law enforcement actions are clear.

9:56 PM · Dec 10, 2020 · Twitter for iPhone

**8K** Retweets  **1.2K** Quote Tweets  **18.4K** Likes

---

**Dragon Energy** @JayEssEitch · Dec 10, 2020
Replying to @LouDobbs
What a slap in the face to those who fought to defend Pearl Harbor
💬 10    🔁    ♡ 19    

**Matt Wilkes** @wilkesmk · Dec 10, 2020
Replying to @LouDobbs
These same allegations keep being said. If true they need to actually show the proof they have. It's doing more harm than good.
💬 29    🔁    ♡ 14    

Document title: (9) Lou Dobbs on Twitter: &quot;The 2020 Election is a cyber Pearl Harbor: The leftwing establishment have aligned their forces to overthrow the United…
Capture URL: https://twitter.com/LouDobbs/status/1337154346795012098
Capture timestamp (UTC): Thu, 21 Jan 2021 05:19:11 GMT





Tweet

Search Twitter

Home
Explore
9 Notifications
Messages
Bookmarks
Lists
Profile
More
Tweet

**Matt Wilkes** @wilkesmk · Dec 10, 2020
Replying to @LouDobbs
These same allegations keep being said. If true they need to actually show the proof they have. It's doing more harm than good.
29 14

**Sharon** @4044ever · Dec 11, 2020
Replying to @LouDobbs and @catturd2
Bring the evidence forward! Publish it... inform people! Forever, the people have been told that "we have the evidence"... tick tick ! Well
For heaven's sake, reveal it!
15 22

**Jackie Treehorn** @Jackie_Centrist · Dec 10, 2020
Replying to @LouDobbs
Get help, bro. It's not too late.
1 2

**Token** @Token_Wizdom · Dec 10, 2020
Replying to @LouDobbs
We are so spoiled by never having to do a war on our own soil that everything is a WWII reference.
8 2 16

**Cyril van Biljon** @BiljonCyril · Dec 15, 2020
Pearl Harbour was US soil stupid
1

**Token** @Token_Wizdom · Dec 15, 2020
Was it a land battle?
1

**Cyril van Biljon** @BiljonCyril · Dec 22, 2020
Harbour and dock lands yeah

**James Colwell** @J_R_Colwell · Dec 10, 2020
Replying to @LouDobbs

2 1

**Eric Marinbach** @comptixking · Dec 10, 2020
Replying to @LouDobbs
That's hilarious. 41 days until Biden takes office
55 1 17

**cyn** @cyn040058 · Dec 10, 2020
Replying to @LouDobbs
If the Supreme Court doesn't take the case, Insurrection Act and Martial Law! This is a coup, treason!
84 42 295

**Kdot** @kdom123 · Dec 10, 2020
Replying to @LouDobbs
More misinformation. Deadly to the people's health.
3 3

**Page-Vault**
@page_vault

## Relevant people

**Lou Dobbs** @LouDobbs Follow
Lou Dobbs Tonight, Fox Business Network, 5, 7 & 10 PM/ET

## What's happening

US elections · LIVE
**Inauguration Day: Joe Biden takes office as the 46th US president**

Politics · Trending
**Rand**
Republican Kentucky senator Rand Paul shares his thoughts on President Biden's inauguration speech during an appearance on Fox News
135K Tweets

Television · 2 hours ago
**All Elite Wrestling: Dynamite airing on TNT**
Trending with #AEWDynamite

Politics · Trending
**#ThingsImGonnaMissAboutTrump**
21K Tweets

Politics · Yesterday
**Cozy and casual: Bernie Sanders makes a fashion statement on Inauguration Day**
Trending with #BernieSanders

Show more

Terms of Service Privacy Policy Cookie Policy
Ads info More··· © 2021 Twitter, Inc.

**Twitter**

**Kdot** @kdom123 · Dec 10, 2020
Replying to @LouDobbs
More misinformation. Deadly to the people's health.
3      3

**Charles B Boyett SR** @boyett_sr · Dec 10, 2020
Replying to @LouDobbs
Fu
1      2

**alanwrylands** @alanwrylands · Dec 11, 2020
Replying to @LouDobbs
What can I do to help you? This is what Lou said to Sydney Powell.

Other hosts, how can you get a higher rating for me?

That's the difference between Lou Dobbs and the rest of them!!
2      7      73

**Hans Johansson** @HansJoh62950322 · Dec 11, 2020
Replying to @LouDobbs and @SidneyPowell1
It is a freat to the whole free World! We need to be " warriors" and fight for Mankind, in order to restore ethics and moral values!
1      5

**Betsy Kloeckener** @betsybk1 · Dec 11, 2020
Replying to @LouDobbs
"For our struggle is not against flesh and blood, but against the rulers, against the authorities, against the powers of this dark world, and against the spiritual forces of evil in the heavenly realms." Put on your full armor and pray.
God bless the U.S.
2      5      40

**Nasim Islam** @NasimIslam2 · Dec 13, 2020
War against the rulers - including Fraudster Trump!

The guy who was committing adultery when his wife was about to give birth, is your savior? This clown should be stoned as Jesus(PBUH) said.

This brain-washing is possible ONLY when one is like him (Trump)!

Not a Biden fan.
1      1      1

**realPatriot™** @realPatriotTM · Dec 13, 2020
The same people who claim they are "pro life" are the same people who want war.

Trump is the greatest deceiver of them all.

**LeftWingZealot** @leftwingzealot · Dec 11, 2020
Replying to @LouDobbs and @SidneyPowell1
These lawyers need to be disbarred for filing repeated frivolous lawsuits.
1      1

**maryontheprairie** @maryontheprair1 · Dec 11, 2020
Replying to @LouDobbs and @becketfan
Looks to me like the right wing establishment is trying to overthrow the Biden administration before they even take office.  Because .... Trump?
2

**Lawrence** @Lawrenc80119138 · Dec 10, 2020
Replying to @LouDobbs
@realDonaldTrump must take a firm action to stop the treason activities of traitors.
1      1      13

**Hattusili3789** @Hattusili3789 · Dec 11, 2020
Replying to @LouDobbs and @tracybeanz
I'm scared. Given the performance of the judicial branch, I'm not confident that SCOTUS will do the right thing for the country, even if it means enraging millions. Justice, truth, and mercy and the rule of law must prevail or the republic is lost.
2      9

**Relevant people**

**Lou Dobbs** ✔
@LouDobbs                     Follow
Lou Dobbs Tonight, Fox Business Network, 5, 7 & 10 PM/ET

**What's happening**

US elections · LIVE
**Inauguration Day: Joe Biden takes office as the 46th US president**

Politics · Trending
**Rand**
Republican Kentucky senator Rand Paul shares his thoughts on President Biden's inauguration speech during an appearance on Fox News
135K Tweets

Television · 2 hours ago
**All Elite Wrestling: Dynamite airing on TNT**
Trending with #AEWDynamite

Politics · Trending
**#ThingsImGonnaMissAboutTrump**
21K Tweets

Politics · Yesterday
**Cozy and casual: Bernie Sanders makes a fashion statement on Inauguration Day**
Trending with #BernieSanders

Show more

Terms of Service   Privacy Policy   Cookie Policy
Ads info   More···   © 2021 Twitter, Inc.

**Page-Vault**
@page_vault





Tweet

Search Twitter

Home
Explore
9 Notifications
Messages
Bookmarks
Lists
Profile
More

Tweet

Replying to @LouDobbs and @tracybeanz
I'm scared. Given the performance of the judicial branch, I'm not confident that SCOTUS will do the right thing for the country, even if it means enraging millions. Justice, truth, and mercy and the rule of law must prevail or the republic is lost.
2 9

This Tweet is from an account that no longer exists. Learn more

**JpAudiophile** @JPAudiophile · Dec 10, 2020
Love it!

3 1 15

**J.W.** @Livewire0977 · Dec 11, 2020

**nothingtoseehere** @pasjc2001 · Dec 10, 2020
Replying to @LouDobbs
This has all been disproven already.
125 5 14

**Steve Me** @NoMoreJustus · Dec 11, 2020
Replying to @LouDobbs and @catturd2
If the supreme's don't stand up for our constitution, the insurrection act must be invoked and the military brought into the mix. We won't stand, fire breathing red blooded American conservatives that is, for a disintegration of our Republic from Democrat crimes!
5 6 53

**BOLSORINGA2022** @brasilebianca · Dec 11, 2020
Replying to @LouDobbs and @tracybeanz
where are the dominion forensic results from MI?????
7 1 8

**growglobal** @growglobal1 · Dec 11, 2020
Replying to @LouDobbs
Yeah sure clown and aliens have been sighted over the @WhiteHouse
4 2

**Renee Smith** @ReneeLegs · Dec 11, 2020
Replying to @LouDobbs
Why is this not on the news and Biden and Harris out in the street on their ass?
7 19

**Sue Watson** @suewatson1_sue · Dec 17, 2020
What news?

**Page-Vault**
@page_vault

## Relevant people

**Lou Dobbs** @LouDobbs Follow
Lou Dobbs Tonight, Fox Business Network, 5, 7 & 10 PM/ET

## What's happening

US elections · LIVE
**Inauguration Day: Joe Biden takes office as the 46th US president**

Politics · Trending
**Rand**
Republican Kentucky senator Rand Paul shares his thoughts on President Biden's inauguration speech during an appearance on Fox News
135K Tweets

Television · 2 hours ago
**All Elite Wrestling: Dynamite airing on TNT**
Trending with #AEWDynamite

Politics · Trending
**#ThingsImGonnaMissAboutTrump**
21K Tweets

Politics · Yesterday
**Cozy and casual: Bernie Sanders makes a fashion statement on Inauguration Day**
Trending with #BernieSanders

Show more

Terms of Service Privacy Policy Cookie Policy
Ads info More ··· © 2021 Twitter, Inc.

Tweet

... in the news and blash and harris out in the street over their ass?

💬 7    🔁    ♡ 19

Sue Watson @suewatson1_sue · Dec 17, 2020
What news?

💬 1    🔁    ♡

Renee Smith @ReneeLegs · Dec 17, 2020
It will all come out in a few months.

💬    🔁    ♡

J. Soltis @JSoltis10 · Dec 11, 2020
Replying to @LouDobbs and @SidneyPowell1
Lou Dobbs re-enacts Pearl Harbor every night on Fox. Lou, representing the Japanese, blows the hell out of Trump, who represents the U.S. Pacific Fleet.

💬 1    🔁    ♡

Josh @joshuamcsee · Dec 11, 2020
Replying to @LouDobbs and @Burns277
Any wise person should always take at least a moment to consider "what if I'm wrong on this?". Have you given the least bit of consideration to the damage you are potentially doing to our democracy if you're wrong? It's worth 30 seconds of your time.

💬 21    🔁 1    ♡ 9

ciscobrooke @ciscobrooke · Dec 11, 2020
Replying to @LouDobbs
It's the Republicans who are trying to overthrow the government.

💬 16    🔁 1    ♡ 4

Stephanie Thompson 🏳️‍🌈🌍🤠 @HistoryGypsy · Dec 12, 2020
Replying to @LouDobbs
Just gonna throw out a helpful resource for you folks.

Dare to Doubt | Leaving and Recovering from Cults
Wonder if you might be in a cult? Confident that you are not? Learn how to tell if a group is healthy or ...
🔗 daretodoubt.org

💬 1    🔁    ♡

Charlie Schuyler @CharlieSchuyle2 · Dec 11, 2020
Replying to @LouDobbs
What about Republican apostates??? In GA, we need to throw out Kemp, Raffensberger, Loughler, and Perdue — and put in REAL conservatives.

💬 6    🔁 1    ♡ 17

WV Patriot @WVPatriot_7 · Dec 11, 2020
Replying to @LouDobbs
When are we going to see something come of this?

💬 2    🔁    ♡

Debbie @Debbie15251530 · Dec 11, 2020
Replying to @LouDobbs
The big question is has all this been reported and is anyone doing anything with it

💬 5    🔁    ♡ 2

Damon Loew 🇺🇸 @DamonLoew · Dec 10, 2020
Replying to @LouDobbs
Looney tunes!!

💬 1    🔁    ♡ 1

sideof Sour Cream @SideofSour · Dec 11, 2020
😂

💬    🔁    ♡

This Tweet is from an account that no longer exists. Learn more

Cyndi Fritsch @fritsch_cyndi · Dec 10, 2020
It's a transcript from his interview that just aired.

💬    🔁    ♡ 1

Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

Tweet

Search Twitter

Relevant people

Lou Dobbs ✓ @LouDobbs    Follow
Lou Dobbs Tonight, Fox Business Network, 5, 7 & 10 PM/ET

What's happening

US elections · LIVE
Inauguration Day: Joe Biden takes office as the 46th US president

Politics · Trending
Rand
Republican Kentucky senator Rand Paul shares his thoughts on President Biden's inauguration speech during an appearance on Fox News
135K Tweets

Television · 2 hours ago
All Elite Wrestling: Dynamite airing on TNT
Trending with #AEWDynamite

Politics · Trending
#ThingsImGonnaMissAboutTrump
21K Tweets

Politics · Yesterday
Cozy and casual: Bernie Sanders makes a fashion statement on Inauguration Day
Trending with #BernieSanders

Show more

Terms of Service   Privacy Policy   Cookie Policy
Ads info   More ···   © 2021 Twitter, Inc.

Page-Vault @page_vault





Tweet

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

Tweet

**Cyndi Fritsch** @fritsch_cyndi · Dec 10, 2020
It's a transcript from his interview that just aired.
1

**david** @david27961576 · Dec 10, 2020
Replying to @LouDobbs
Finally the smoking gun.
1 3

**Blockade Runner 2.0** @TigerfangLacey · Dec 10, 2020
#13followers
2 1

**The Cat's Pajamas** @Catzpjamas · Dec 11, 2020
14 now. And he's right.
2

**J Garcia C** @Jason_G_C · Dec 10, 2020
Replying to @LouDobbs
Their needs to be cyber court I guess...because it seems as if these judges don't Listen! 🤦‍♂️
2 10

**Taylor Dallas** @TaylorD09882123 · Dec 10, 2020
Judges are happy to listen. It's the proof that's missing. Court, ya know, where you're supposed to present evidence.
5 8

**James Blair** @JamesBl41635255 · Dec 10, 2020
Replying to @LouDobbs
That's exactly what it is Lou, it is a new type of war, that most people don't understand!
1 11

This Tweet is from an account that no longer exists. Learn more

This Tweet is from an account that no longer exists. Learn more

**James Blair** @JamesBl41635255 · Dec 11, 2020
They are trying to make sure all small business fail ! So globalist corporations own everything! They are shutting down our speech now and business! Next you will see starvation! To control us !

**Nicholas Howard** @Nichola38791194 · Dec 10, 2020
Replying to @LouDobbs
It is an Act of War
1 13

**Blockade Runner 2.0** @TigerfangLacey · Dec 10, 2020
#1followers
2

**David Walker** @walker_slim · Dec 10, 2020
Replying to @LouDobbs

1 1

Page-Vault
@page_vault

Search Twitter

**Relevant people**

**Lou Dobbs** @LouDobbs Follow
Lou Dobbs Tonight, Fox Business Network, 5, 7 & 10 PM/ET

**What's happening**

US elections · LIVE
**Inauguration Day: Joe Biden takes office as the 46th US president**

Politics · Trending
**Rand**
Republican Kentucky senator Rand Paul shares his thoughts on President Biden's inauguration speech during an appearance on Fox News
135K Tweets

Television · 2 hours ago
**All Elite Wrestling: Dynamite airing on TNT**
Trending with #AEWDynamite

Politics · Trending
**#ThingsImGonnaMissAboutTrump**
21K Tweets

Politics · Yesterday
**Cozy and casual: Bernie Sanders makes a fashion statement on Inauguration Day**
Trending with #BernieSanders

Show more

Terms of Service Privacy Policy Cookie Policy
Ads info More ··· © 2021 Twitter, Inc.

**Andy** @ControlsChico · Dec 12, 2020
#DiaperDon

🗨 1    🔁    ♡ 1    ⬆

**Lenny Demers** @GratefulLenny · Dec 10, 2020
Replying to @LouDobbs
@LouDobbs if Fox News has any viewership left YOU are certainly one of the reasons. Thank you for your journalistic integrity.

🗨 3    🔁 7    ♡ 117    ⬆

**Beauty, Truth, Goodness** @BeautyTruthGoo1 · Dec 10, 2020
Replying to @LouDobbs
Who is the "we" here? Who received this document?

🗨    🔁    ♡ 9    ⬆

**Andrew Marinelli** @andrewmarnelli · Dec 10, 2020
Replying to @LouDobbs
Where is Justice ! 🇺🇸🇺🇸🇺🇸🇺🇸

🗨    🔁 1    ♡ 15    ⬆

**Fribble** @Fribble85353109 · Dec 10, 2020
Replying to @LouDobbs
Nope

🗨 1    🔁    ♡    ⬆

**Big Red Wave** @CurtisR87254850 · Dec 10, 2020
Replying to @LouDobbs
Kinda huge if this document was authenticated ...

🗨    🔁    ♡ 1    ⬆

**Tom Riddle** @TomRidd84908331 · Dec 10, 2020
Replying to @LouDobbs

Sen. Cruz: Big Tech Believes There Is No Power That Can Constrain Them
🔗 youtube.com

🗨    🔁    ♡ 1    ⬆

**Elia** @em201601 · Dec 10, 2020
Replying to @LouDobbs
totally right @LouDobbs !

Americans must to react to this extensive effort to steal the election!!

🗨    🔁 1    ♡ 46    ⬆

**Jean Crispin** @alandjean · Dec 10, 2020
Replying to @LouDobbs
Apt description!

🗨    🔁    ♡ 3    ⬆

**David Walker** @walker_slim · Dec 10, 2020
Replying to @LouDobbs

PITY PARTY
Because Everything's Everyone Else's Fault, Always

🗨    🔁    ♡ 2    ⬆

**Relevant people**

**Lou Dobbs** ✓ @LouDobbs    [Follow]
Lou Dobbs Tonight, Fox Business Network, 5, 7 & 10 PM/ET

**What's happening**

US elections · LIVE
**Inauguration Day: Joe Biden takes office as the 46th US president**

Politics · Trending
**Rand**
Republican Kentucky senator Rand Paul shares his thoughts on President Biden's inauguration speech during an appearance on Fox News
135K Tweets

Television · 2 hours ago
**All Elite Wrestling: Dynamite airing on TNT**
Trending with #AEWDynamite

Politics · Trending
**#ThingsImGonnaMissAboutTrump**
21K Tweets

Politics · Yesterday
**Cozy and casual: Bernie Sanders makes a fashion statement on Inauguration Day**
Trending with #BernieSanders

Show more

Terms of Service   Privacy Policy   Cookie Policy
Ads info   More •••   © 2021 Twitter, Inc.

Page-Vault @page_vault











Tweet

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More
Tweet

2

**RC** @RACFlash · Dec 10, 2020
Replying to @LouDobbs
Collin County, TX ?
1

**Jean Crispin** @alandjean · Dec 10, 2020
Replying to @LouDobbs
Now we know! Let's get together and get it made right.
7

**Anthony Carl Manna** @Anthonymanna3 · Dec 10, 2020
Replying to @LouDobbs
Wow coming from you I believe it.
4

**LevelToPower** @LevelToPower · Dec 10, 2020
Replying to @LouDobbs
So say we all
4

**Laus Tibi, Christe** @tibi_laus · Dec 11, 2020
Replying to @LouDobbs and @catturd2
It's not just the left. It's global capitalism also. They all need to be reined in.
4 29

**President-Elect D.B.Cooper** @DBCoope97214030 · Dec 11, 2020
Replying to @LouDobbs
Punish Joe!

4

**T-1007** @pheonix_sun · Dec 11, 2020
Replying to @LouDobbs
It's much much much worse than Pearl Harbor!Japanese didn't make One American Die on CONUS!
3

**ANTONIO COLLADO** @sabanaiglesian · Dec 11, 2020
Replying to @LouDobbs
@PedroMCasals

**Bryan Dulaney** @bryandulaney · Dec 11, 2020
Replying to @LouDobbs and @tracybeanz
True
2

**Olof Lewin** @DucLauzun · Dec 11, 2020
Replying to @LouDobbs
@TheNightlyMuse @Peoples_Pundit @birgerrhenman @Snapphanare @gatewaypundit @We_Have_Risen @SpongeHarris @TheAntiPCProf @GenFlynn @M_Raggamuffin @LuciusCoal @samanthamarika1
2

**マルちゃん** @chanmaru90 · Dec 11, 2020

**Page-Vault**
@page_vault

Search Twitter

**Relevant people**

**Lou Dobbs** @LouDobbs Follow
Lou Dobbs Tonight, Fox Business Network, 5, 7 & 10 PM/ET

**What's happening**

US elections · LIVE
**Inauguration Day: Joe Biden takes office as the 46th US president**

Politics · Trending
**Rand**
Republican Kentucky senator Rand Paul shares his thoughts on President Biden's inauguration speech during an appearance on Fox News
135K Tweets

Television · 2 hours ago
**All Elite Wrestling: Dynamite airing on TNT**
Trending with #AEWDynamite

Politics · Trending
**#ThingsImGonnaMissAboutTrump**
21K Tweets

Politics · Yesterday
**Cozy and casual: Bernie Sanders makes a fashion statement on Inauguration Day**
Trending with #BernieSanders

Show more

Terms of Service Privacy Policy Cookie Policy
Ads info More··· © 2021 Twitter, Inc.

Tweet

Search Twitter

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More
Tweet

@TheNightlyMuse @Peoples_Pundit @birgerrhenman @Snapphanare @gatewaypundit @We_Have_Risen @SpongeHarris @TheAntiPCProf @GenFlynn @M_Raggamuffin @LuciusCoal @samanthamarika1

2

マルちゃん @chanmaru90 · Dec 11, 2020
Replying to @LouDobbs and @SidneyPowell1
🇺🇸🇺🇸🇺🇸💪

3

Jon Luers @jonhal0 · Dec 11, 2020
Replying to @LouDobbs and @SidneyPowell1
I'm afraid it's more like a cyber Harper's Ferry.

1

FINEST PATRIOT🏔🇺🇸🦁 @FinestPatriot · Dec 11, 2020
Replying to @LouDobbs and @SidneyPowell1
One was Japanese the other China... Ying/Yang lol

Nairobi Watch @mwafriqamkenya · Dec 11, 2020
Replying to @LouDobbs and @SidneyPowell1
I couldn't say more

2

Whit @w_pros · Dec 11, 2020
Replying to @LouDobbs and @SidneyPowell1
Thank you for continuing to fight, Lou!

Sir Humphrey @northcotetrevel · Dec 11, 2020
Replying to @LouDobbs and @SidneyPowell1
Huge if true.

1 4

be.quaint @alphakungfu · Dec 11, 2020
Replying to @LouDobbs
😂🤡

Nikyrlo @Nikyrlo3 · Dec 11, 2020
Replying to @LouDobbs
False.

Scott Wilson @LSW51 · Dec 11, 2020
Replying to @LouDobbs
Excellent. Share this on all platforms. We want Time Magazine to see it. Especially the Man and Woman of the year.

1 4

Tiff Dee @tiffiney_d · Dec 11, 2020
Replying to @LouDobbs and @iheartmindy
😂😂😂 this looks like a middle school paper, at best.

Hen Hua @HenHua2 · Dec 11, 2020
Replying to @LouDobbs and @SidneyPowell1
LET YOUR TRUE VOICE BE HEARD TO
ALL AMERICAN PEOPLES MR. LOU DOBBS👍
HIGHEST WELL RESPECTED MAN WITH TRUTH
NEWS ❤️🇺🇸! TRADITIONAL TRUTH NEWS
WILL WIN FOR 🇺🇸🙏THANK YOU SIR.❤️

♣️❤️Lee Sharp♠️♦️ @Lee_Sharp78 · Dec 11, 2020
Replying to @LouDobbs
Excellent analogy Mr. Dobbs

4

Edwaste @Edwaste2 · Dec 11, 2020
Replying to @LouDobbs
Thank You, Ministry of Truth.

3

Page-Vault
@page_vault

## Relevant people

Lou Dobbs @LouDobbs
Follow
Lou Dobbs Tonight, Fox Business Network, 5, 7 & 10 PM/ET

## What's happening

US elections · LIVE
**Inauguration Day: Joe Biden takes office as the 46th US president**

Politics · Trending
**Rand**
Republican Kentucky senator Rand Paul shares his thoughts on President Biden's inauguration speech during an appearance on Fox News
135K Tweets

Television · 2 hours ago
**All Elite Wrestling: Dynamite airing on TNT**
Trending with #AEWDynamite

Politics · Trending
**#ThingsImGonnaMissAboutTrump**
21K Tweets

Politics · Yesterday
**Cozy and casual: Bernie Sanders makes a fashion statement on Inauguration Day**
Trending with #BernieSanders

Show more

Terms of Service Privacy Policy Cookie Policy
Ads info More··· © 2021 Twitter, Inc.

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

Tweet

Page-Vault
@page_vault

Tweet

**Edwaste** @Edwaste2 · Dec 11, 2020
Replying to @LouDobbs
Thank You, Ministry of Truth.
3

**David Lopez** @davidfit · Dec 11, 2020
Replying to @LouDobbs
@Karinabarbosa
1 1

**cozza2u** @cozza2u · Dec 11, 2020
Replying to @LouDobbs and @speedprayers
Marxist

**Gloria Graham** @ggraham61 · Dec 12, 2020
Replying to @LouDobbs
Evidence needs to be produced in court.
1

**Red Six** @calvinstulip · Dec 12, 2020
Replying to @LouDobbs
Get 'em Lou.
4

**Alonzo Lucius Lyons (शेर सिंह) Parler/GAB @alolyo** @ · Dec 13, 2020
Replying to @LouDobbs

> **Larry Pinkney** @Reality_1 · Dec 12, 2020
> To ALL My Patriots, Including My PATRIOTIC Black Americans: The time has come for ALL Patriots to Stand Up for this Republic. NOTHING LESS WILL DO! These Insidious scum are intent upon Destroying this Republic & its Traditional Values. NEVER Let That Happen! NO TO TYRANNY!

5

**Ron Morrison** @RonMorr55362365 · Dec 13, 2020
Replying to @LouDobbs
I hope we can get justice
4

**Jesus Freak** @KincerGroup · Dec 14, 2020
Replying to @LouDobbs
This is ground shaking ☝
4

**patriot pug** @patriot_pug · Dec 14, 2020
Replying to @LouDobbs
This needs to be shared everywhere!!
3

**ThePlumleeDifference, Veteran Owned, Serving USA** · Dec 14, 2020
Replying to @LouDobbs
This is incredible...if 51% true, our Nation is in a TRUE crisis.
3

**Ex-mormon superstar** @JoelSelf · Dec 15, 2020
Replying to @LouDobbs
I'M SURE ALL THIS STUFF REAL THIS TIME! 60th TIME'S THE CHARM AS THEY SAY.

**Ikechi** @Ikechi35118549 · Dec 15, 2020
Replying to @LouDobbs
This is interesting. Glory be to God that in the end truth will prevail
3

**Gaelen Schumann** @GaelenSchumann · Dec 16, 2020
Replying to @LouDobbs

Search Twitter

**Relevant people**

**Lou Dobbs** @LouDobbs Follow
Lou Dobbs Tonight, Fox Business Network, 5, 7 & 10 PM/ET

**What's happening**

US elections · LIVE
**Inauguration Day: Joe Biden takes office as the 46th US president**

Politics · Trending
**Rand**
Republican Kentucky senator Rand Paul shares his thoughts on President Biden's inauguration speech during an appearance on Fox News
135K Tweets

Television · 2 hours ago
**All Elite Wrestling: Dynamite airing on TNT**
Trending with #AEWDynamite

Politics · Trending
**#ThingsImGonnaMissAboutTrump**
21K Tweets

Politics · Yesterday
**Cozy and casual: Bernie Sanders makes a fashion statement on Inauguration Day**
Trending with #BernieSanders

Show more

Terms of Service Privacy Policy Cookie Policy
Ads info More ··· © 2021 Twitter, Inc.

Tweet

Search Twitter

Home
Explore
Notifications 9
Messages
Bookmarks
Lists
Profile
More
Tweet

Replying to @LouDobbs

**Bagel Catcher** @wh0sthatd0g · Dec 17, 2020
Replying to @LouDobbs
.@Popehat It's the RICO!

**rory mcleod** @rorytalkative · Jan 4
Replying to @LouDobbs
Dear U.S. evangelist Republican supporters, please keep in mind for the up and coming state Elections in Georgia that voting is interfering with God's plan.

**elton aguiar** @eltonaguiar2018 · Dec 10, 2020
Replying to @LouDobbs
Dominion voting needs to be stopped lack of transparency. They should make as much of the audit information public ... Is the "Database" source for NYT/edison feed. If so, checking voting machines isn't enough.
@ACLJ @JudicialWatch

STATES where Dominion is used based on Dominionvoting.com/about

| STATES | CANDIDATE | | ABSENTEE VOTES | | | Winner |
|---|---|---|---|---|---|---|
| STATES | Biden | Trump | Absentee_Votes | Abs_Biden | Abs_Trump | Winner |
| alaska | 153,551 | 189,457 | 174,456 | 96,128 | 72,953 | Trump |
| arizona | 1,672,143 | 1,661,686 | 2,987,741 | 1,540,981 | 1,402,572 | Biden |
| california | 11,020,371 | 5,935,519 | 8,420,430 | 5,692,094 | 2,575,032 | Biden |
| colorado | 1,803,943 | 1,364,227 | - | - | - | Biden |
| georgia | 2,474,507 | 2,461,837 | 4,011,092 | 2,100,099 | 1,869,644 | Biden |
| illinois | 3,449,415 | 2,434,471 | 655,829 | 403,038 | 241,323 | Biden |
| michigan | 2,804,039 | 2,649,852 | 1,550,665 | 1,072,209 | 459,007 | Biden |
| nevada | 703,486 | 669,890 | 937 | 92 | 828 | Biden |
| new-jersey | 2,607,331 | 1,882,454 | 1,669,277 | 891,202 | 753,404 | Biden |
| new-mexico | 501,615 | 401,899 | - | - | - | Biden |
| new-york | 4,015,591 | 2,963,725 | 348,754 | 240,047 | 102,291 | Biden |
| utah | 560,282 | 865,140 | 638,509 | 308,563 | 306,506 | Trump |
| Grand Total | 31,766,274 | 23,480,157 | 20,457,690 | 12,344,453 | 7,783,560 | Biden |

1 2

**George Orwell** @SaveOurSoulsUK · Dec 10, 2020
Replying to @LouDobbs
Keep fighting @LouDobbs twitter.com/dgpurser/statu...

This Tweet is unavailable.

2 2

**Angella Cotton** 🎀🎀 @Angie40660906 · Dec 10, 2020
Replying to @LouDobbs
EO 💥💥💥

**JustineESQ.** @justine_11211 · Dec 10, 2020
Replying to @LouDobbs and @jessiprincey
Whoa. The arrests need to start.

2 19

This Tweet violated the Twitter Rules. Learn more

**Fun** @Fun88051942 · Dec 10, 2020

**Page-Vault**
@page_vault

## Relevant people

**Lou Dobbs** @LouDobbs Follow
Lou Dobbs Tonight, Fox Business Network, 5, 7 & 10 PM/ET

## What's happening

US elections · LIVE
**Inauguration Day: Joe Biden takes office as the 46th US president**

Politics · Trending
**Rand**
Republican Kentucky senator Rand Paul shares his thoughts on President Biden's inauguration speech during an appearance on Fox News
135K Tweets

Television · 2 hours ago
**All Elite Wrestling: Dynamite airing on TNT**
Trending with #AEWDynamite

Politics · Trending
**#ThingsImGonnaMissAboutTrump**
21K Tweets

Politics · Yesterday
**Cozy and casual: Bernie Sanders makes a fashion statement on Inauguration Day**
Trending with #BernieSanders

Show more

Terms of Service Privacy Policy Cookie Policy
Ads info More ··· © 2021 Twitter, Inc.

Tweet

Search Twitter

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More
Tweet

2 19

This Tweet violated the Twitter Rules. Learn more

**Fun** @Fun88051942 · Dec 10, 2020
Replying to @LouDobbs
Well the problem Is now it's all Tech oriented
2

**CardsYanksFan** @cards_yanks · Dec 10, 2020
Replying to @LouDobbs
Whoah!!
3

**Dawn Caruso Dienhart** @BubbleNomics · Dec 10, 2020
Replying to @LouDobbs
An Act of War
1

**H** @2beauties_mom · Dec 10, 2020
Replying to @LouDobbs and @MikayesFiona
#Treason

**Frank D'Angelo** @Frankd06830 · Dec 11, 2020
Replying to @LouDobbs
What about Mark Malloch Brown? I believe he's plays a major role in not only the fraud election but the globalist "color revolution " movement

**Mel Qibson** @QShattuck17 · Dec 11, 2020
Replying to @LouDobbs
Thank you lou.

**Fight like a Flynn** @Patriot3311 · Dec 11, 2020
Replying to @LouDobbs
Great journalism this entire year, Lou. We appreciate your patriotism.
1

**PeopleVoice** @PeopleVoice17 · Dec 11, 2020
Replying to @LouDobbs and @pink_lady56
Very well put!
3

**President-Elect S D** @seewhatstrue · Dec 11, 2020
Replying to @LouDobbs and @SidneyPowell1
"We have" evidence ....

But when do the American people see it?
2

**Kim Russell** @KimRuss66 · Dec 11, 2020
Replying to @LouDobbs
I'm ready for your extended interview with @SidneyPowell1 to show some of the evidence compiled.
3

**ANTHONY** 💯 @Phillyphillyall · Dec 11, 2020
Replying to @LouDobbs
Boom 💥

**Michael York** @yorkupine · Dec 11, 2020
Replying to @LouDobbs
@LouDobbs you are right on the money! @realDonaldTrump is the only one that can lead us through the battles ahead!

**Brave Truth** @_BraveTruth · Dec 11, 2020
Replying to @LouDobbs
Is that election supervisor referring to Michigan- Detroit center?
1

**Page-Vault**
@page_vault

## Relevant people

**Lou Dobbs** @LouDobbs Follow
Lou Dobbs Tonight, Fox Business Network, 5, 7 & 10 PM/ET

## What's happening

US elections · LIVE
**Inauguration Day: Joe Biden takes office as the 46th US president**

Politics · Trending
**Rand**
Republican Kentucky senator Rand Paul shares his thoughts on President Biden's inauguration speech during an appearance on Fox News
135K Tweets

Television · 2 hours ago
**All Elite Wrestling: Dynamite airing on TNT**
Trending with #AEWDynamite

Politics · Trending
**#ThingsImGonnaMissAboutTrump**
21K Tweets

Politics · Yesterday
**Cozy and casual: Bernie Sanders makes a fashion statement on Inauguration Day**
Trending with #BernieSanders

Show more

Terms of Service Privacy Policy Cookie Policy Ads info More © 2021 Twitter, Inc.







Tweet

Search Twitter

Home
Explore
9 Notifications
Messages
Bookmarks
Lists
Profile
More

Tweet

**Brave Truth** @_BraveTruth · Dec 11, 2020
Replying to @LouDobbs
Is that election supervisor referring to Michigan- Detroit center?
1

**Mike** @mikedsc1 · Dec 11, 2020
Replying to @LouDobbs
Thank you for speaking the truth.

**Cyndi Harrington** @CyndiHarringt16 · Dec 11, 2020
Replying to @LouDobbs and @SidneyPowell1
Yep..so we are all fighting back in our own way...as a Team

**Cyndi Harrington** @CyndiHarringt16 · Dec 11, 2020
Replying to @LouDobbs and @SidneyPowell1
TREASON

**Marie** @AngelaB06947498 · Dec 11, 2020
Replying to @LouDobbs
EO18

**yu_perfection** @yu_perfection · Dec 12, 2020
Replying to @LouDobbs
What a shame😩
1

**Micky Dasenbrock** @DasenbrockMicky · Dec 12, 2020
Replying to @LouDobbs
Strange time for Lou to take a vacation

**Silent Jokester** @JokesterSilent · Dec 10, 2020
Replying to @LouDobbs
In my wildest dreams i never thought we would have another civil war !!
1 10

**John Teresi** @john_teresi · Dec 16, 2020
Replying to @LouDobbs
Don't give up because something is in the works. It's not even close to being over. Just the beginning. Get ready!!

**8_2020** @8__2020 · Dec 11, 2020
Replying to @LouDobbs and @SteinLudvigsen
Off with their heads. This is treason
5

**Formosa Lily 野地百合** @weijune8 · Dec 11, 2020
Replying to @LouDobbs and @MrSnarf
Much much worse than the Pearl Harbor attack! What we are facing is that traitors colluded with the CCP to invade the United States!
1 5 51

**David Wirtanen** @hereinpeace · Dec 11, 2020
Replying to @LouDobbs
Total dumb fiction.

**Keith Lauerman** @KeithLauerman · Dec 11, 2020
Replying to @LouDobbs
Q Dobbs
1

**naru** @_naru760 · Dec 11, 2020
Replying to @LouDobbs and @SidneyPowell1
真珠濱攻撃ですか？
日本は攻撃したくなかった。でも、、、
米国とは戦わない
同盟国です。

**Page-Vault**
@page_vault

**Relevant people**

**Lou Dobbs** @LouDobbs
Follow
Lou Dobbs Tonight, Fox Business Network, 5, 7 & 10 PM/ET

**What's happening**

US elections · LIVE
**Inauguration Day: Joe Biden takes office as the 46th US president**

Politics · Trending
**Rand**
Republican Kentucky senator Rand Paul shares his thoughts on President Biden's inauguration speech during an appearance on Fox News
135K Tweets

Television · 2 hours ago
**All Elite Wrestling: Dynamite airing on TNT**
Trending with #AEWDynamite

Politics · Trending
**#ThingsImGonnaMissAboutTrump**
21K Tweets

Politics · Yesterday
**Cozy and casual: Bernie Sanders makes a fashion statement on Inauguration Day**
Trending with #BernieSanders

Show more

Terms of Service Privacy Policy Cookie Policy
Ads info More··· © 2021 Twitter, Inc.

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More
Tweet

Tweet

Search Twitter

**naru** @_naru760 · Dec 11, 2020
Replying to @LouDobbs and @SidneyPowell1
真珠湾攻撃ですか？
日本は攻撃したくなかった。でも、、、
米国とは戦わない
同盟国です。
哀しい

**Linda Hutchinson** @Phyteclubgrrl · Dec 11, 2020
Replying to @LouDobbs and @SidneyPowell1
It's actually more like the cyber Second Coming of Christ.
2

**Mint Condition** @aurora0628 · Dec 11, 2020
Replying to @LouDobbs and @SidneyPowell1
You mean, the top people in the inner circle knew it well in advance, right?
1

**LeftWingZealot** @leftwingzealot · Dec 11, 2020
Replying to @LouDobbs and @SidneyPowell1
No they haven't.

**Rudy Blankenship** @RudyBlankenshi7 · Dec 11, 2020
Replying to @LouDobbs
👍
2

**eric** @eric04683523 · Dec 11, 2020
Replying to @LouDobbs
Good read.
2

**G. Stephano** @fun_timeeee · Dec 12, 2020
Replying to @LouDobbs
Who...are...you

**Gail Joy Schlifka** @RedheadGJ6 · Dec 14, 2020
Replying to @LouDobbs
Take them down in flames

**Exodor** @Exodor · Dec 15, 2020
Replying to @LouDobbs

**Brian Gryffindor** @BrianGryffindor · Dec 15, 2020
Replying to @LouDobbs
LOL good luck with that. 🤦‍♂️🤷‍♂️

**Page-Vault**
@page_vault

## Relevant people

**Lou Dobbs** @LouDobbs
Follow
Lou Dobbs Tonight, Fox Business Network, 5, 7 & 10 PM/ET

## What's happening

US elections · LIVE
**Inauguration Day: Joe Biden takes office as the 46th US president**

Politics · Trending
**Rand**
Republican Kentucky senator Rand Paul shares his thoughts on President Biden's inauguration speech during an appearance on Fox News
135K Tweets

Television · 2 hours ago
**All Elite Wrestling: Dynamite airing on TNT**
Trending with #AEWDynamite

Politics · Trending
**#ThingsImGonnaMissAboutTrump**
21K Tweets

Politics · Yesterday
**Cozy and casual: Bernie Sanders makes a fashion statement on Inauguration Day**
Trending with #BernieSanders

Show more

Terms of Service Privacy Policy Cookie Policy
Ads info More ··· © 2021 Twitter, Inc.

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More
Tweet

Tweet

GIF

**Don Brown** @tensigma · Dec 16, 2020
Replying to @LouDobbs
Someone needs to come get their crazy grandpa and put him in a home.

And not the nice type of home. The ones from the 60 Minutes exposes.
1

**CoffeeLife69** @RosenbloomPaula · Dec 10, 2020
Replying to @LouDobbs
Thank you for sharing this. Please ignore all of the brainwashed trolls on here. They are just following their programming.
3

**Spectral** @ii_spectral · Dec 10, 2020
Replying to @LouDobbs
••••••

**Not American** @YahwehWitnessMA · Dec 11, 2020
Replying to @LouDobbs and @SidneyPowell1
This is from Sidney Powell. Obviously.
1

**JimmyLee** @JimmyLeeMobley · Dec 11, 2020
Replying to @LouDobbs
No.

**Does this make sense???** @seacliff4u · Dec 11, 2020
Replying to @LouDobbs
Kook

This Tweet is from a suspended account. Learn more

This Tweet is from a suspended account. Learn more

This Tweet is from a suspended account. Learn more

This Tweet is from an account that no longer exists. Learn more

**Gordon Wright** @Gordonathomedoh · Dec 10, 2020
Replying to @LouDobbs
Did you type that up all by yourself?
1 1

**Miss Mary** @girliesmom · Dec 11, 2020
Replying to @LouDobbs
Excellent way of putting it
1

**Page-Vault**
@page_vault

Search Twitter

## Relevant people

**Lou Dobbs** @LouDobbs Follow
Lou Dobbs Tonight, Fox Business Network, 5, 7 & 10 PM/ET

## What's happening

US elections · LIVE
**Inauguration Day: Joe Biden takes office as the 46th US president**

Politics · Trending
**Rand**
Republican Kentucky senator Rand Paul shares his thoughts on President Biden's inauguration speech during an appearance on Fox News
136K Tweets

Television · 2 hours ago
**All Elite Wrestling: Dynamite airing on TNT**
Trending with #AEWDynamite

Trending in United States
**jojo siwa**
19.1K Tweets

Politics · Yesterday
**Cozy and casual: Bernie Sanders makes a fashion statement on Inauguration Day**
Trending with #BernieSanders

Show more

Terms of Service Privacy Policy Cookie Policy
Ads info More ··· © 2021 Twitter, Inc.







Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More
Tweet

Tweet

**Miss Mary** @girliesmom · Dec 11, 2020
Replying to @LouDobbs
Excellent way of putting it
1

**Hardison** @StevenHardison · Dec 11, 2020
Replying to @LouDobbs and @SidneyPowell1
Oh Lord... I just stumbled onto crazy town

**Nicholas Caravaggio** @niccara · Dec 11, 2020
Replying to @LouDobbs
That's the only way they can win. Coup. Dictatorship. Trump learned well from the Russians and the Chinese and the North Koreans.
1 1

**Krystalthepistol** @Krystal99930427 · Dec 11, 2020
Replying to @LouDobbs and @SidneyPowell1
You're smoking Kraken
1

**Gary "46!" Lee** @hdroadking68 · Dec 16, 2020
Replying to @LouDobbs

## More replies

**NSFWPolitics** @NSFWPoliticsNow · Dec 10, 2020
Replying to @LouDobbs
You are completely unhinged. I'm embarrassed for you.
3 3

This Tweet is from an account that no longer exists. Learn more

**NSFWPolitics** @NSFWPoliticsNow · Dec 10, 2020
I'm not saying you have sex with goats. Maybe there is proof you do maybe there isn't ... probably the latter but we can't just dismiss it cause you disagree with it.
4 1

**Treasonous Cowpoke** @treasonouscow · Dec 10, 2020
Replying to @LouDobbs
I don't like the way you voted so I'm taking you to court. STOP being an idiot.
1

**Ryan** @Ryan64841892 · Dec 10, 2020

Page-Vault
@page_vault

Search Twitter

**Relevant people**

**Lou Dobbs** @LouDobbs Follow
Lou Dobbs Tonight, Fox Business Network, 5, 7 & 10 PM/ET

**What's happening**

US elections · LIVE
**Inauguration Day: Joe Biden takes office as the 46th US president**

Politics · Trending
**Rand**
Republican Kentucky senator Rand Paul shares his thoughts on President Biden's inauguration speech during an appearance on Fox News
136K Tweets

Television · 2 hours ago
**All Elite Wrestling: Dynamite airing on TNT**
Trending with #AEWDynamite

Trending in United States
**jojo siwa**
19.1K Tweets

Politics · Yesterday
**Cozy and casual: Bernie Sanders makes a fashion statement on Inauguration Day**
Trending with #BernieSanders

Show more

Terms of Service Privacy Policy Cookie Policy
Ads info More ··· © 2021 Twitter, Inc.

Tweet

Search Twitter

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

Tweet

4

**riviera ltd** @rivieraltd · Dec 10, 2020
Replying to @LouDobbs
You're dangerous! You should be off the air you in a bunch of those other fox hacks. Spreading obvious lies about the left wing. The forefathers never could have imagined fox news when they were thinking of the freedom of speech.Don't think they thought freedom of lies
1

**David Dennison** @yanks0001 · Dec 10, 2020
Replying to @LouDobbs
Riddle me this, Lou Dobbs:

Which side has spent weeks publically and repeatedly claiming fraud, then when given the opportunity to present specific evidence in a court of law, INSTEAD claims that the other side is so sneaky that fraud is undetectable?
1 1

**Victoria Torres** @Victori68132310 · Dec 10, 2020
Replying to @LouDobbs
Lou Dobbs body is in the USA but his intelligent
mind has left the earth. What did you do that causes you to loose your sanity?
1

**Ron Samarian** @RonSamarian · Dec 10, 2020
Replying to @LouDobbs
And you Lou Represent the kamakazi pilot. You are eroding this country by your narrow, angry, obtuse reporting
1

**Richard Saucedo** @richjesse60 · Dec 10, 2020
Replying to @LouDobbs
True. BUT ITS THE RIGHTWING EXTREMISTS ALONG WITH RACIST WHITE NATIONALISTS, RIGHT WING ESTABLISHMENT WITH FOX MEDIA ATTEMPTING TO OVERTHROW OUR DEM NORMS. WE THE PPL MUST NOT ALLOW THESE EXTREMISTS TO SUCCEED. WE DO NOT NEED A DICTATOR TO BE IN POWER. TRUMP MUST NOT GAIN POWER.
1

**Hideyuki** @55hideyuki · Dec 11, 2020
Replying to @LouDobbs and @SidneyPowell1
I am a Japanese. Please, do not think that "Pearl Harbor" was a sneak attack. Democrat Roosevellt must have known the attack in prior to it. R. B. Stinnett told the detail in his book.
Japan was driven into a corner by "Hull Note" which was the device for inducing Japan war.
2

This Tweet is from an account that no longer exists. Learn more

**Hideyuki** @55hideyuki · Dec 14, 2020
Just I would like to say is that the words "Remember Pearl Harbor" was used to induce American people the war between two nations. We Japanese do not use like "Remember Hiroshima & Nagasaki." It seems conveniently used by Americans, but make the relation of two nations worse.

**Rich** @Rich83259956 · Dec 11, 2020
Replying to @LouDobbs
Interesting. But typing words onto blank sheets of A4 and putting them onto

**Page-Vault**
@page_vault

## Relevant people

**Lou Dobbs** @LouDobbs Follow
Lou Dobbs Tonight, Fox Business Network, 5, 7 & 10 PM/ET

## What's happening

US elections · LIVE
**Inauguration Day: Joe Biden takes office as the 46th US president**

Politics · Trending
**Rand**
Republican Kentucky senator Rand Paul shares his thoughts on President Biden's inauguration speech during an appearance on Fox News
136K Tweets

Television · 2 hours ago
**All Elite Wrestling: Dynamite airing on TNT**
Trending with #AEWDynamite

Trending in United States
**jojo siwa**
19.1K Tweets

Politics · Yesterday
**Cozy and casual: Bernie Sanders makes a fashion statement on Inauguration Day**
Trending with #BernieSanders

Show more

Terms of Service Privacy Policy Cookie Policy
Ads info More ··· © 2021 Twitter, Inc.

**Rich** @Rich83259956 · Dec 11, 2020
Replying to @LouDobbs
Interesting. But typing words onto blank sheets of A4 and putting them onto Twitter doesn't make it evidence.

Am sure everyone would like to see the evidence behind these claims as likely no one wants a cyber Pearl Harbor.

What next then? Where does your tweet go now?

**J** @jpm_79 · Dec 11, 2020
Replying to @LouDobbs and @DataSecurityWi1
Saying you have evidence vs producing evidence are two different things, of course.

It looks like whoever wrote that had fun with their creative writing exercise, though.

**The Wizard** @DataSecurityWi1 · Dec 11, 2020
There're tons of evidence already produced. The biggest one is probably related to those voting machines and foreign interference & cooperation of the @JoeBiden campaign.
Remember 22 machines under forensic analysis?
Let's enjoy Christmas w/ God's blessing first! Kraken will come

**J** @jpm_79 · Dec 12, 2020
rofl

**The Wizard** @DataSecurityWi1 · Dec 12, 2020
Oh, well, laughing as you wish, we'll fight on against corruption and fraud

🏳️🌈 **Clint Stevens for Biden-Harris** 🏳️🌈 @Stevens18Clint · Dec 11, 2020
Replying to @LouDobbs and @SidneyPowell1
I have read this over several times now. So, Cuba, Venezuela, China, George Soros, the Democrats, AND the "American Media" are conspiring against the American people. HOW COME YOU CAN'T PROVE IT IN COURT? Because it is a bizarre made-up bunch of CRAP🤣🤣🤣🤣🤣‼️‼️

**keep US Free4ever** @Paynomindtowts · Dec 14, 2020
So says @Stevens18Clint ! Nobel Prize 2020 for his theory on how to falsely accuse people way above his limited brain power and understanding. It's a good 7 lines read of pure crap that will make you laugh for a couple of minutes.

**David McCombs** @DKMcCombs1 · Dec 30, 2020
Replying to @LouDobbs
Also just in, during the Georgia election hearings today, the Dominion systems used for the run off were hacked over the internet. Live two way communications between the poll pad device and a white hat hacker were announced during the hearing.

**MoxKitty** @kitty_mox · Jan 7
But David, I saw Lou and Maria issue official retractions that they were wrong about Dominion. So, they were lying, right? 🤔

**David McCombs** @DKMcCombs1 · Jan 8
No! They are chicken 🐔

This Tweet is from an account that no longer exists. Learn more

**lynniej** @lynnmaw · Dec 10, 2020
have you wondered why Cameltoe Harris hasn't resigned her senate seat yet?

---

**Relevant people**

**Lou Dobbs** ✓ @LouDobbs   Follow
Lou Dobbs Tonight, Fox Business Network, 5, 5 7 & 10 PM/ET

**What's happening**

US elections · LIVE
**Inauguration Day: Joe Biden takes office as the 46th US president**

**Rand**
Republican Kentucky senator Rand Paul shares his thoughts on President Biden's inauguration speech during an appearance on Fox News
136K Tweets

Television · 2 hours ago
**All Elite Wrestling: Dynamite airing on TNT**
Trending with #AEWDynamite

Trending in United States
**jojo siwa**
19.1K Tweets

Politics · Yesterday
**Cozy and casual: Bernie Sanders makes a fashion statement on Inauguration Day**
Trending with #BernieSanders

Show more

Terms of Service  Privacy Policy  Cookie Policy
Ads info  More ···  © 2021 Twitter, Inc.

---



Tweet

Search Twitter

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

Tweet

This Tweet is from an account that no longer exists. Learn more

**lynniej** @lynnmaw · Dec 10, 2020
have you wondered why Cameltoe Harris hasn't resigned her senate seat yet?
2

**Rita Kennedy** @RitaKennedy58 · Dec 10, 2020
Because she is a voting senator until January 20,2021.
1

**lynniej** @lynnmaw · Dec 10, 2020
yeah...no...she could announce end of her term Jan 20th...she's not done so...

**Tony Bobulinski** @yeetchungus1 · Dec 11, 2020
Replying to @LouDobbs and @LibertateaPirat
this is batshit insane. @FoxNews please get this nut off the air
1

**Dr Death Of Free Speech Mike** Ⓜ @LibertateaPirat · Dec 11, 2020
Have you not been paying attention?
1 1

## Relevant people

**Lou Dobbs** @LouDobbs Follow
Lou Dobbs Tonight, Fox Business Network, 5, 7 & 10 PM/ET

## What's happening

US elections · LIVE
**Inauguration Day: Joe Biden takes office as the 46th US president**

Politics · Trending
**Rand**
Republican Kentucky senator Rand Paul shares his thoughts on President Biden's inauguration speech during an appearance on Fox News
136K Tweets

Television · 2 hours ago
**All Elite Wrestling: Dynamite airing on TNT**
Trending with #AEWDynamite

Trending in United States
**jojo siwa**
19.1K Tweets

Politics · Yesterday
**Cozy and casual: Bernie Sanders makes a fashion statement on Inauguration Day**
Trending with #BernieSanders

Show more

Terms of Service Privacy Policy Cookie Policy
Ads info More ··· © 2021 Twitter, Inc.

**Page-Vault** @page_vault