# Exhibit 41





Tweet

Search Twitter

**Lou Dobbs** @LouDobbs

Cyber Pearl Harbor: @SidneyPowell1 reveals groundbreaking new evidence indicating our Presidential election came under massive cyber-attack orchestrated with the help of Dominion, Smartmatic, and foreign adversaries. #MAGA #AmericaFirst #Dobbs

10:51 PM · Dec 10, 2020 · Twitter Media Studio

**9K** Retweets **1.7K** Quote Tweets **18.5K** Likes

**Jeffrey Tunkel** @tunky51 · Dec 10, 2020
Replying to @LouDobbs and @SidneyPowell1
From one buffoon to another buffoon
9 16

**Melissa** @malib1279 · Dec 11, 2020
Replying to @LouDobbs @hfuller3 and @SidneyPowell1
If she had evidence she would present it in court. She hasn't.
28 3 7

**Sean Bergin** @SeanBerginNews · Dec 10, 2020
Replying to @LouDobbs and @SidneyPowell1
Cyber-Warfare
1 1 32

**Kara Kirtley** @karakirtley · Dec 10, 2020
Replying to @LouDobbs and @SidneyPowell1
Looking beautiful, @SidneyPowell1! Keep the faith! 🗽 🇺🇸
3 21 224

**Reggie** @FreezinFl · Dec 10, 2020

## Relevant people

**Lou Dobbs** @LouDobbs Follow
Lou Dobbs Tonight, Fox Business Network, 5, 7 & 10 PM/ET

## What's happening

In memoriam · 1 hour ago
**Wednesday marks International Holocaust Remembrance Day**
Trending with #HolocaustRemembranceDa...

**#BehindTheScreens**
Join us Wednesdays at 10 PM ET.
Promoted by XPS

Pop · Trending
**HALSEY**
68.6K Tweets

Trending in United States
**TO THE MOON**
53.9K Tweets

The Ne... · 1 hour ago
**Why is Wall Street obsessed with GameStop?**
Trending with Game Stop

Show more

Terms of Service Privacy Policy Cookie Policy Ads info More ···
© 2021 Twitter, Inc.

**Kara Kirtley** ✔ @karakirtley · Dec 10, 2020
Replying to @LouDobbs and @SidneyPowell1
Looking beautiful, @SidneyPowell1! Keep the faith! 🎄🇺🇸

💬 3    🔁 21    ♡ 224

**Reggie** @FreezinFL · Dec 10, 2020
Replying to @LouDobbs and @SidneyPowell1
The only Pearl Harbor that is going on is your show! PT Barnum would be pleased with you.

💬 4    🔁 1    ♡ 1

**Michael Thomas Hasenfang** @opusfuzz · Dec 10, 2020
Replying to @LouDobbs @Qanon76 and @SidneyPowell1
So when in the living hell are we finally going to bring the axe down on all this once and for all. We are all starting to get a little peeved at the perpetual endless waiting. As if the current situation of our holiday season this year sucked enough already.

💬 23    🔁 2    ♡ 102

**周周周** @RdBaida · Dec 11, 2020
Replying to @LouDobbs and @SidneyPowell1
would you please change from "Cyber Pearl Harbor" to "Cyber 911" or something else? I am Japanese and a bit sensitive.

💬 19    🔁    ♡ 8

**Charlie R** @PhHateLoveUK · Dec 11, 2020
Replying to @LouDobbs and @SidneyPowell1
There really is no way out now but for the Supreme Court to declare this Presidential Election Null & Void.
Many big players I believe will be charged with Federal Offences.
No Way Out for them now.

💬 7    🔁 3    ♡ 27

**Dr Hugh Jarse Bsc Lsb** @DrJarse · Dec 11, 2020
Replying to @LouDobbs and @SidneyPowell1
Lord malec brown has gone to ground, cannot be contacted at House of Lords. Re do the election ID verified votes only and if the democrats are so sure they shouldn't be worried should they ?

💬 2    🔁 1    ♡ 6

**"Trump24" PavolocoAU84** @PavolocoA · Dec 10, 2020
Replying to @LouDobbs and @SidneyPowell1
Sounds like an act of war.

💬 3    🔁 3    ♡ 33

**ron pendergast** @ron_pendergast · Dec 10, 2020
It is

💬    🔁 1    ♡ 10

**Mike Gilchrist** @mgcanmore · Dec 10, 2020
Replying to @LouDobbs and @SidneyPowell1
Reported.

💬 4    🔁    ♡ 2

## Relevant people

**Lou Dobbs** ✔
@LouDobbs   [Follow]
Lou Dobbs Tonight, Fox Business Network, 5, 7 & 10 PM/ET

## What's happening

In memoriam · 1 hour ago
**Wednesday marks International Holocaust Remembrance Day**
Trending with
#HolocaustRemembranceDa…

**#BehindTheScreens** 🎬
Join us Wednesdays at 10 PM ET.
📷 Promoted by XPS

Pop · Trending
**HALSEY**
68.6K Tweets

Trending in United States
**TO THE MOON**
53.9K Tweets

🅱 The Ne... ✔ · 1 hour ago
**Why is Wall Street obsessed with GameStop?**
Trending with Game Stop

Show more

Terms of Service   Privacy Policy
Cookie Policy   Ads info   More ···
© 2021 Twitter, Inc.



**Tweet**

**Mike Gilchrist** @mgcanmore · Dec 10, 2020
Replying to @LouDobbs and @SidneyPowell1
Reported.

💬 4    🔁    ♡ 2    ⬆️

**Lee Peters** @ramtough12 · Dec 10, 2020
Replying to @LouDobbs and @SidneyPowell1
Ok, in light of all this, election must be turned over and a whole slew of people need to start being arrested and prosecuted to fullest extent. Enough of all this dicking around

💬 1    🔁 1    ♡ 26    ⬆️

**kelsed2020** @kelsed2020 · Dec 10, 2020
Have you not yet realized that Sindey is a lunatic?

💬 1    🔁    ♡ 1    ⬆️

**Lee Peters** @ramtough12 · Dec 19, 2020
Maybe but she'd be done in her career if she didn't have all the evidence she claims. You and everyone knows there was mass fraud in this election. If you don't believe that you simply don't want to see it.

💬 1    🔁    ♡    ⬆️

**kelsed2020** @kelsed2020 · Dec 19, 2020
Yeah but there's not bro. It's all smoke and mirrors to get you to give them $ It's a grift.

💬    🔁    ♡    ⬆️

**Scorched Sound** @scorchedsound · Dec 10, 2020
Replying to @LouDobbs and @SidneyPowell1
Where are the results of the 22 Antrim County tabulators that were forensically audited?

💬 7    🔁 2    ♡ 20    ⬆️

**llamadrama154** @llamadrama154 · Dec 11, 2020
It was on Lou Dobbs tonight. A judge is blocking the report from being released! So tired of this crap!!

💬 2    🔁    ♡ 14    ⬆️

**Scorched Sound** @scorchedsound · Dec 11, 2020
I watched the second clip on Lou Dobbs and she doesn't mention that.

💬 2    🔁    ♡    ⬆️

**llamadrama154** @llamadrama154 · Dec 11, 2020
It wasn't Sidney that reported it. It was a man, but I forget his name. Let me check...

💬 1    🔁    ♡ 3    ⬆️

**Scorched Sound** @scorchedsound · Dec 11, 2020
Thanks, I should've found this myself but to be honest I'm getting burnt out with all the info flying around lately.

💬 1    🔁    ♡ 3    ⬆️

**llamadrama154** @llamadrama154 · Dec 11, 2020
Aren't we all 😩

---

**Relevant people**

**Lou Dobbs** ✓
@LouDobbs                    [ Follow ]
Lou Dobbs Tonight, Fox Business Network, 5, 7 & 10 PM/ET

**What's happening**

In memoriam · 1 hour ago
**Wednesday marks International Holocaust Remembrance Day**
Trending with
#HolocaustRemembranceDa...

**#BehindTheScreens** 🎬
Join us Wednesdays at 10 PM ET.
🏷 Promoted by XPS

Pop · Trending
**HALSEY**
68.6K Tweets                    •••

Trending in United States
**TO THE MOON**
53.9K Tweets                    •••

🅱 The Ne... ✓ · 1 hour ago
**Why is Wall Street obsessed with GameStop?**
Trending with  Game Stop

Show more

Terms of Service   Privacy Policy
Cookie Policy   Ads info   More ···
© 2021 Twitter, Inc.

Thanks, I should've found this myself but to be honest I'm getting burnt out with all the info flying around lately.

💬 1          ↩ 🔁          ♡ 3          ⬆

**llamadrama154** @llamadrama154 · Dec 11, 2020
Aren't we all 😔

💬 1          ↩ 🔁          ♡ 3          ⬆

**Bry** @bry_izzy92 · Dec 11, 2020



💬          ↩ 🔁          ♡          ⬆

**jenny jimenez** @jennjime3493 · Dec 10, 2020
Replying to @LouDobbs and @SidneyPowell1
15 million dollars for those who help me remove the Corona from this virus

💬 1          ↩ 🔁 1          ♡ 1          ⬆

**Gorem Desoulz** @GOREM_Desoulz · Dec 11, 2020
the "CHYNA" virus, Corona is racist against mexicans.

💬          ↩ 🔁          ♡          ⬆

**jenny jimenez** @jennjime3493 · Dec 10, 2020
Replying to @LouDobbs and @SidneyPowell1
Please send US Marines to venezuela

💬 1          ↩ 🔁          ♡          ⬆

**DiAnneinNC** @NcAnnein · Dec 20, 2020
And confiscate every Venezuela DOMINION Voting Machines ...

---

**Relevant people**

**Lou Dobbs** ✓
@LouDobbs                                    [ Follow ]
Lou Dobbs Tonight, Fox Business Network, 5, 7 & 10 PM/ET

**What's happening**

In memoriam · 1 hour ago
**Wednesday marks International Holocaust Remembrance Day**
Trending with
#HolocaustRemembranceDa...

**#BehindTheScreens** 💻
Join us Wednesdays at 10 PM ET.
🔗 Promoted by XPS

Pop · Trending
**HALSEY**
68.6K Tweets

Trending in United States
**TO THE MOON**
53.9K Tweets

🌐 The Ne... ✓ · 1 hour ago
**Why is Wall Street obsessed with GameStop?**
Trending with  Game Stop

Show more

Terms of Service   Privacy Policy
Cookie Policy   Ads info   More ···
© 2021 Twitter, Inc.





Tweet

Search Twitter

Please send US Marines to venezuela

1

**DiAnneinNC** @NcAnnein · Dec 20, 2020

And confiscate every Venezuela DOMINION Voting Machines ...

**Phillygirlinthedesert** @PhillyGurl999 · Dec 10, 2020

Replying to @LouDobbs @kelliwardaz and @SidneyPowell1

Oh Sidney, did you have one too many cocktails today

2 1

**Charles Riechers** @CharlesRiecher1 · Dec 11, 2020

Replying to @LouDobbs and @SidneyPowell1

My father said 30 years ago that the United States of America would be taken over by the Chinese government and there would never be a shot fired.

2 17

**growglobal** @growglobal1 · Dec 11, 2020

Replying to @LouDobbs and @SidneyPowell1

More Dobbs BS! The voters have spoken.

## Relevant people

**Lou Dobbs** @LouDobbs

Follow

Lou Dobbs Tonight, Fox Business Network, 5, 7 & 10 PM/ET

## What's happening

In memoriam · 1 hour ago

**Wednesday marks International Holocaust Remembrance Day**

Trending with #HolocaustRemembranceDa...

**#BehindTheScreens**

Join us Wednesdays at 10 PM ET.

Promoted by XPS

Pop · Trending

**HALSEY**

68.6K Tweets

Trending in United States

**TO THE MOON**

53.9K Tweets

The Ne... · 1 hour ago

**Why is Wall Street obsessed with GameStop?**

Trending with Game Stop

Show more

Terms of Service Privacy Policy Cookie Policy Ads info More ...

© 2021 Twitter, Inc.

← Tweet

💬 1          🔁          ♡ 1          ⬆

**Stew** @918momma7 · Dec 14, 2020
Voter voices suppressed by a fraudulent/stolen election!  Manipulation from
outside sources! Coming.....

Leigh Dundas On The Effect Of A 2018 Trump Executive Order On The 2...
Leigh Dundas On The Effect Of A 2018 Trump Executive Order On The
2020 Presidential Election
🔗 rumble.com

💬          🔁          ♡          ⬆

**Rick** 🇺🇸🇺🇸 @CelluIrman · Dec 11, 2020
Replying to @LouDobbs and @SidneyPowell1
Massive attack... but Justice isn't "looking hard enough" for its clues. Seems
like they'd be pretty obvious, no?

💬 3          🔁          ♡ 1          ⬆

**Dr Tardigrade*** @davidsmosspiggy · Dec 10, 2020
Replying to @LouDobbs @Qanon76 and @SidneyPowell1
Excellent she needs to take it into the courts and then finally they might start
winning cases

💬 2          🔁          ♡ 10          ⬆

**Damaged Industries** @mdamaged · Dec 10, 2020
Because their other cases have been going so well.

💬          🔁          ♡ 2          ⬆

**T Murph** @tmurph2019 · Dec 10, 2020
Replying to @LouDobbs and @SidneyPowell1
Release the Kraken please I want to see it!! @GOP

💬 5          🔁 1          ♡ 40          ⬆

This Tweet is from an account that no longer exists. Learn more

**Relevant people**

**Lou Dobbs** ✓
@LouDobbs                          [ Follow ]
Lou Dobbs Tonight, Fox
Business Network, 5, 7 & 10
PM/ET

**What's happening**

In memoriam · 1 hour ago
**Wednesday marks
International Holocaust
Remembrance Day**
Trending with
#HolocaustRemembranceDa...

**#BehindTheScreens** 🎬
Join us Wednesdays at 10 PM ET.
🔲 Promoted by XPS

Pop · Trending
**HALSEY**
68.6K Tweets

Trending in United States
**TO THE MOON**
53.9K Tweets

🅱 The Ne... ✓ · 1 hour ago
**Why is Wall Street
obsessed with
GameStop?**
Trending with  Game Stop

Show more

Terms of Service  Privacy Policy
Cookie Policy  Ads info  More ⋯
© 2021 Twitter, Inc.



Replying to @LouDobbs and @SidneyOwell1
Release the Kraken please I want to see it!! @GOP

💬 5          ♻ 1          ♡ 40          ↥

This Tweet is from an account that no longer exists. Learn more

**DieBluma** @Diebluma · Dec 11, 2020
They have zero integrity.  None. Spreading lies, conspiracy and
misinformation as though it were gospel.  Sydney's already been cut loose
from Trump's legal team because of it. You all need to read more. Seriously. I
know it's hard but just try. For the love of democracy. Try.

💬 5          ♻          ♡ 1          ↥

**Michael Dempsey** @turfnsport · Dec 11, 2020
Replying to @LouDobbs and @SidneyPowell1
She actually called it a "Cyber Pearl Harbor?" Disgraceful.

💬 5          ♻          ♡ 1          ↥

**DiAnneinNC** @NcAnnein · Dec 20, 2020
Disgraceful is DOMINION Voting Machines.

💬          ♻          ♡ 1          ↥

**David John Cogger** @thedajoco · Dec 10, 2020
Replying to @LouDobbs and @SidneyPowell1
1Tm6:10D love of money is 'A' root of all kinds of evil
Mt6:24U can't serve God & mammon (financial gain/money)
Pr16:8Betta a little with righteousness than vast revenues without justice
Phili5:19My God shall supply all ur needs according 2 His riches in glory by
Christ Jesus
D

💬 1          ♻ 2          ♡ 15          ↥

🎵 **SanFranciscoDamn™ Dee Dee Lefrak's Podcast** @ · Dec 10, 2020
Replying to @LouDobbs and @SidneyPowell1

GIF

💬 1          ♻ 3          ♡ 29          ↥

**Salomón Manrique Fandiño** @SalomnM · Dec 10, 2020
/.: In #LawOrOrder always Share @LindaSuhler

---

**Relevant people**

**Lou Dobbs** ✔
@LouDobbs                    [Follow]

Lou Dobbs Tonight, Fox
Business Network, 5, 7 & 10
PM/ET

**What's happening**

In memoriam · 1 hour ago
**Wednesday marks
International Holocaust
Remembrance Day**

Trending with
#HolocaustRemembranceDa...

**#BehindTheScreens** 🎬📺
Join us Wednesdays at 10 PM ET.
📌 Promoted by XPS

Pop · Trending
**HALSEY**
68.6K Tweets

Trending in United States
**TO THE MOON**
53.9K Tweets

ⓑ **The Ne...** ✔ · 1 hour ago
**Why is Wall Street
obsessed with
GameStop?**

Trending with  Game Stop

Show more

Terms of Service  Privacy Policy
Cookie Policy  Ads info  More ···
© 2021 Twitter, Inc.

Document title: (2) Lou Dobbs on Twitter: &quot;Cyber Pearl Harbor: @SidneyPowell1 reveals groundbreaking new evidence indicating our Presidential election came…
Capture URL: https://twitter.com/LouDobbs/status/1337168084541575171
Capture timestamp (UTC): Wed, 27 Jan 2021 17:34:23 GMT



← Tweet

🔍 Search Twitter

**Relevant people**

Lou Dobbs ✔
@LouDobbs                    **Follow**

Lou Dobbs Tonight, Fox
Business Network, 5, 7 & 10
PM/ET

**What´s happening**

In memoriam · 1 hour ago
**Wednesday marks
International Holocaust
Remembrance Day**

Trending with
#HolocaustRemembranceDa…

**#BehindTheScreens** 🎬
Join us Wednesdays at 10 PM. ET.
📌 Promoted by XPS

Pop · Trending
**HALSEY**
68.6K Tweets

Trending in United States
**TO THE MOON**
53.9K Tweets

The Ne… ✔ · 1 hour ago
**Why is Wall Street
obsessed with
GameStop?**
Trending with Game Stop

Show more

Terms of Service  Privacy Policy
Cookie Policy  Ads info  More …
© 2021 Twitter, Inc.

---

GIF

💬 1         ⟲ 3         ♡ 29         ⬆️

**Salomón Manrique Fandiño** @SalomnM · Dec 10, 2020
/:. In #LawOrOrder always Share @LindaSuhler

Dear God.
I bow my head
and ask,
if it by Thy will,
please save
this land
from those
who seek
to destroy it.

💬          ⟲          ♡ 3          ⬆️

**Helen M** @he1entweets · Dec 10, 2020
Replying to @LouDobbs and @SidneyPowell1
The Lord Mallock Brown,  Sidney Powell talks of in this clip has an interesting
Wikipedia page.  Worked in Browns Labour Govt., UN , SMARTMATIC
(Voting machines/software) and has relationship with Soros.

💬 2         ⟲ 5         ♡ 18         ⬆️

**grandma_grumps** @grandma_grumps · Dec 19, 2020

SHAME. SHAME. SHAME.

GIF

💬          ⟲          ♡          ⬆️

This Tweet is from an account that no longer exists. Learn more

This Tweet is from an account that no longer exists. Learn more

This Tweet is unavailable. Learn more

---



**Tweet**

This Tweet is from an account that no longer exists. Learn more

This Tweet is unavailable. Learn more

**Paul Behring** @paul_behring · Dec 11, 2020
Replying to @LouDobbs and @SidneyPowell1
WEIRD how our government agencies ain't doing shit ? Ya think they're in on it too?

💬 2          🔁          ♡ 5          ⬆️

**Fran Alison** @PCPPConserv · Dec 10, 2020
Replying to @LouDobbs @Qanon76 and @SidneyPowell1
Where's the CIA? Where's the fbi?  So sad

💬 2          🔁          ♡ 20          ⬆️

**Cal Brese** @1800callbrese · Dec 10, 2020
Replying to @LouDobbs and @SidneyPowell1
Let's see who is writing the checks!!!

💬 1          🔁          ♡ 2          ⬆️

**Kay** @LadyKayRising · Dec 10, 2020
Replying to @LouDobbs and @SidneyPowell1
1/ They're using the court system to work their way up to the supreme court. THINK. Why would they disclose all of the evidence they have in the lower courts NOW so the other side knows what it is & can prepare defense? Does waiting in limbo make you uneasy?...

💬 12          🔁 7          ♡ 42          ⬆️

**Ned James** @Ned_James2 · Dec 10, 2020
Replying to @LouDobbs and @SidneyPowell1
And don't forget black helicopters.Any good conspiracy theory needs them.

💬 6          🔁          ♡ 3          ⬆️

**I love salt...** @bigsisterhill · Dec 11, 2020
Ned, I see that you employ denial in the face of information contrary to your preference. I'll check back in a few days to see how you're coping.

💬 2          🔁          ♡ 4          ⬆️

**DieBluma** @Diebluma · Dec 12, 2020
Projecting much?!  Checked back yet? Powell was cut from Trump's legal team because even THEY know this is all conspiracy BS.  The federal Supreme Court threw out yet another attempt to overturn an election that was won fair and square and without fraud.  You're the one in denial

💬 2          🔁          ♡          ⬆️

**I love salt...** @bigsisterhill · Dec 15, 2020
It's clear you get all of your info from biased sources. Powell was not 'cut from Trump's legal team' she communicates with them constantly. She is pursuing suits on behalf of electors while Ellis and Giuliani defend Trump's rightful election. Lin Wood is working on the GA case.

💬          🔁          ♡          ⬆️

**Kav Polt** @KavPolt · Dec 11, 2020

---

**Relevant people**

**Lou Dobbs** ✔
@LouDobbs                          [ Follow ]
Lou Dobbs Tonight, Fox Business Network, 5, 7 & 10 PM/ET

**What's happening**

In memoriam · 1 hour ago
**Wednesday marks International Holocaust Remembrance Day**
Trending with
#HolocaustRemembranceDa...

**#BehindTheScreens** 🎬
Join us Wednesdays at 10 PM ET.
📷 Promoted by XPS

Pop · Trending
**HALSEY**
68.6K Tweets

Trending in United States
**TO THE MOON**
53.9K Tweets

🅱 The Ne... ✔ · 1 hour ago
**Why is Wall Street obsessed with GameStop?**
Trending with  Game Stop

Show more

Terms of Service   Privacy Policy
Cookie Policy   Ads info   More ···
© 2021 Twitter, Inc.

Document title: (2) Lou Dobbs on Twitter: &quot;Cyber Pearl Harbor: @SidneyPowell1 reveals groundbreaking new evidence indicating our Presidential election came…
Capture URL: https://twitter.com/LouDobbs/status/1337168084541575171
Capture timestamp (UTC): Wed, 27 Jan 2021 17:34:23 GMT





Tweet

Search Twitter

from Trump's legal team' she communicates with them constantly. She is pursuing suits on behalf of electors while Ellis and Giuliani defend Trump's rightful election. Lin Wood is working on the GA case.

**Kay Polt** @KayPolt · Dec 11, 2020
Replying to @LouDobbs and @SidneyPowell1
How much does it cost to buy a US election? $400million, apparently.
1 3 7

**Richard Sterling** @BombChard · Dec 10, 2020
Replying to @LouDobbs and @SidneyPowell1
You have nothing.

1

**Max Dragoon** @maxdragoon · Dec 10, 2020
😆😆😆

**Wessider** @WCybula · Dec 10, 2020
Replying to @LouDobbs and @SidneyPowell1
Everyone is corrupt from law enforcement 2 Congress & the judges.looks like the only way around this is a military tribunal. I guess the only question is, when is president trump going to enact martial law or the interaction act. The deep state wants to play games, let's play

3 3 10

## Relevant people

**Lou Dobbs** @LouDobbs
Follow
Lou Dobbs Tonight, Fox Business Network, 5, 7 & 10 PM/ET

## What's happening

In memoriam · 1 hour ago
**Wednesday marks International Holocaust Remembrance Day**
Trending with #HolocaustRemembranceDa...

**#BehindTheScreens**
Join us Wednesdays at 10 PM ET.
Promoted by XPS

Pop · Trending
**HALSEY**
68.6K Tweets

Trending in United States
**TO THE MOON**
53.9K Tweets

**The Ne...** · 1 hour ago
**Why is Wall Street obsessed with GameStop?**
Trending with Game Stop

Show more

Terms of Service Privacy Policy
Cookie Policy Ads info More ···
© 2021 Twitter, Inc.

NO MORE KILLING!    EXECUTE JUSTICE NOT PEOPLE!    US EXECUTION IS NOT THE SOLUTION

💬 3    🔁 3    ♡ 10    ⬆️

This Tweet is from an account that no longer exists. Learn more

This Tweet is from an account that no longer exists. Learn more

This Tweet is from an account that no longer exists. Learn more

This Tweet is from an account that no longer exists. Learn more

This Tweet is from an account that no longer exists. Learn more

**Elia** @em201601 · Dec 11, 2020
Replying to @LouDobbs and @SidneyPowell1
Maybe the Trump team should demand the entire software from all the counting machines' companies. All the programs for us and judges to see the actual stealing commands... (explained by computer engineering)

💬 1    🔁    ♡ 9    ⬆️

**Aaron García** @TheAaronGarcía · Dec 12, 2020
That requires a search warrant signed by a judge.

💬 1    🔁    ♡ 1    ⬆️

**Elia** @em201601 · Dec 12, 2020
OK, then Trump Team should look for the warrant.

Software power is able to turn the election!
wireless it may be hacked as well ...

💬    🔁    ♡    ⬆️

**Deanna Upchurch** @deanna_upchurch · Dec 11, 2020
Replying to @LouDobbs and @SidneyPowell1
By calling this a "Cyber Pearl Harbor", I believe she means to say.. it was an unexpected attack of epic means.

💬 2    🔁 1    ♡ 7    ⬆️

**bering** @beringorca · Dec 10, 2020
Replying to @LouDobbs and @SidneyPowell1
Indians & China. Period.

💬 1    🔁    ♡ 3    ⬆️

**Vern Peterson** @vpete4545 · Dec 11, 2020
Have not heard of India's involvement.

💬    🔁    ♡    ⬆️

**Nancy** @ntsbfh · Dec 10, 2020

**Relevant people**

**Lou Dobbs** ✓
@LouDobbs                    [ Follow ]
Lou Dobbs Tonight, Fox Business Network, 5, 7 & 10 PM/ET

**What's happening**

In memoriam · 1 hour ago
**Wednesday marks International Holocaust Remembrance Day**
Trending with
#HolocaustRemembranceDa...

**#BehindTheScreens** 🎬
Join us Wednesdays at 10 PM ET.
🔲 Promoted by XPS

Pop · Trending
**HALSEY**
68.6K Tweets

Trending in United States
**TO THE MOON**
53.9K Tweets

Ⓑ The Ne... ✓ · 1 hour ago
**Why is Wall Street obsessed with GameStop?**
Trending with Game Stop

Show more

Terms of Service   Privacy Policy
Cookie Policy   Ads info   More ···
© 2021 Twitter, Inc.





Tweet

Search Twitter

**Vern Peterson** @vpete4545 · Dec 11, 2020

Have not heard of India's involvement.

**Nancy** @ntsbfh · Dec 10, 2020

Replying to @LouDobbs @BlueSky_Report and @SidneyPowell1

Can she reveal any of this in court? With witnesses? Under oath?

1 3

**bigred** @MaryCol69061277 · Dec 11, 2020

My guess is it's a military issue at this point

**Sunit Gill** @sunitgill · Dec 10, 2020

Replying to @LouDobbs and @SidneyPowell1

@pahlo

1 2

**Lyndsy Pahl** @pahlo · Dec 10, 2020

Thanks friend

**Gareth Evans** @geek_gareth · Dec 10, 2020

Replying to @LouDobbs and @SidneyPowell1

Like below... 😨

3 12 26

**John Andrew** @jmandrewjr · Dec 13, 2020

What's this telling us?

1 1

**I'm a Cat** 🐈‍⬛🇺🇸🔬🦩🥀 @carissavoelker · Dec 10, 2020

Replying to @LouDobbs and @SidneyPowell1

## Relevant people

**Lou Dobbs** @LouDobbs Follow

Lou Dobbs Tonight, Fox Business Network, 5, 7 & 10 PM/ET

## What's happening

In memoriam · 1 hour ago

**Wednesday marks International Holocaust Remembrance Day**

Trending with #HolocaustRemembranceDa...

**#BehindTheScreens**

Join us Wednesdays at 10 PM ET.

Promoted by XPS

Pop · Trending

**HALSEY**

68.6K Tweets

Trending in United States

**TO THE MOON**

53.9K Tweets

The Ne... · 1 hour ago

**Why is Wall Street obsessed with GameStop?**

Trending with Game Stop

Show more

Terms of Service Privacy Policy Cookie Policy Ads info More ···

© 2021 Twitter, Inc.

**Tweet**

← **Tweet**

**OUTSIDE OF COURT** | **INSIDE OF COURT**

WHERE DO I EVEN START?! THERE'S THE FRAUD, THE COLLUSION, THE EMAILS, THE CORONA-HOAX, THE 9/11 CELEBRATIONS, THE SATANIC RITUALS, THE MOLE PEOPLE, THE ENSLAVED MOLE PEOPLE, THE GATORADE MINES, THE PAUL MCCARTNEY CLONES, THE-

u h... i, think fraud... hhappen... somwher...may.b.., idk th o..,

💬 1       🔁 3       ♡ 6

**joyce fuqua** @joycefuqua3 · Dec 14, 2020
Haha!
💬      🔁      ♡

**DC Live** @AJackson_45 · Dec 10, 2020
Replying to @LouDobbs and @SidneyPowell1
If one county de-certified, shouldn't they recall the whole state cert?
💬 2     🔁 1     ♡ 12

**Keith M** @bhindthetint410 · Dec 11, 2020
They voted to certify them anyways cause that's legit right
💬      🔁      ♡

**Alicia Valencia** @Avmrrlmcr · Dec 11, 2020
Replying to @LouDobbs and @SidneyPowell1
@DownloaderBot
💬 1     🔁      ♡

**Video Downloader Bot** @DownloaderBot · Dec 11, 2020
videodownloaderbot.com/#/downloads/Av...
💬      🔁      ♡

**FXTrader** @FX_Raider · Dec 12, 2020
Replying to @LouDobbs and @SidneyPowell1
@DownloaderBot
💬 1     🔁      ♡

**Video Downloader Bot** @DownloaderBot · Dec 12, 2020
videodownloaderbot.com/#/downloads/FX...
💬      🔁      ♡

**Astrochimp** @ASTROCHIMPANZEE · Dec 10, 2020
Replying to @LouDobbs and @SidneyPowell1
Tell it to a judge. LMAO
💬      🔁      ♡ 2

**Astrochimp** @ASTROCHIMPANZEE · Dec 10, 2020

**Relevant people**

**Lou Dobbs** ✓
@LouDobbs        Follow
Lou Dobbs Tonight, Fox Business Network, 5, 7 & 10 PM/ET

**What's happening**

In memoriam · 1 hour ago
**Wednesday marks International Holocaust Remembrance Day**
Trending with
#HolocaustRemembranceDa...

**#BehindTheScreens** 🎬
Join us Wednesdays at 10 PM ET.
📣 Promoted by XPS

Pop · Trending
**HALSEY**
68.6K Tweets

Trending in United States
**TO THE MOON**
53.9K Tweets

🅱 **The Ne...** ✓ · 1 hour ago
**Why is Wall Street obsessed with GameStop?**
Trending with  Game Stop

Show more

Terms of Service   Privacy Policy
Cookie Policy   Ads info   More ···
© 2021 Twitter, Inc.





Tweet

Search Twitter

Replying to @LouDobbs and @SidneyPowell1
Tell it to a judge. LMAO

2

**Astrochimp** @ASTROCHIMPANZEE · Dec 10, 2020
Replying to @LouDobbs and @SidneyPowell1
Cry more, Lou Sobs.

**David Dennison** @yanks0001 · Dec 10, 2020
Replying to @LouDobbs and @SidneyPowell1
Just could not get past Sidney Powell's Dr. Zaius get-up.

**FAAFO** @PersianKiss · Dec 10, 2020
Replying to @LouDobbs and @SidneyPowell1
Jesus. What's the next step??

1

**Chris Dark** @cd1m · Dec 10, 2020
Replying to @LouDobbs and @SidneyPowell1
Keep fighting for a Fair and Legal Election 🇺🇸🇺🇸🇺🇸

**realBob** @Fanfool2 · Dec 10, 2020
Replying to @LouDobbs and @SidneyPowell1
Is @SidneyPowell1 's face getting fatter?

**Zates** @Zates10 · Dec 10, 2020
Replying to @LouDobbs and @SidneyPowell1
Unrecognizable by design. Different than anything we have lived through before. Make no mistake about it "America is at war". Pray and stand up, for what is coming is uncertain.

2 38

**PMJR** @PeterMJR · Dec 11, 2020
Replying to @LouDobbs and @SidneyPowell1
🤣 Dobbs is a joke

🔥 **DREAMZ** 🔥 @GDreamZX · Dec 11, 2020
Replying to @LouDobbs @coffeecup1111 and @SidneyPowell1
Whether democrat or republican, you should be extremely concerned at foreign influence in your democracy.

You might hate Trump, but you'll hate these foreign powers more after they've driven your economy into the ground.

This is all about trade wars with China, Russia etc

5 12 67

🔥 **DREAMZ** 🔥 @GDreamZX · Dec 11, 2020
The problem with this, is that the far left will sell their souls if it means

## Relevant people

**Lou Dobbs** @LouDobbs Follow
Lou Dobbs Tonight, Fox Business Network, 5, 7 & 10 PM/ET

## What's happening

In memoriam · 1 hour ago
**Wednesday marks International Holocaust Remembrance Day**
Trending with #HolocaustRemembranceDa...

**#BehindTheScreens**
Join us Wednesdays at 10 PM ET.
Promoted by XPS

Pop · Trending
**HALSEY**
68.6K Tweets

Trending in United States
**TO THE MOON**
53.9K Tweets

The Ne... · 1 hour ago
**Why is Wall Street obsessed with GameStop?**
Trending with Game Stop

Show more

Terms of Service Privacy Policy Cookie Policy Ads info More ···
© 2021 Twitter, Inc.

← Tweet

This is all about trade wars with China, Russia etc

💬 5          🔁 12          ♡ 67          ⬆️

🔥 DREAMZ 🔥 @GDreamZX · Dec 11, 2020
The problem with this, is that the far left will sell their souls if it means "victory" despite longer term defeat for them and their future generations.

💬 6          🔁 2          ♡ 34          ⬆️

IssyK @ik238 · Dec 11, 2020
Replying to @LouDobbs @jmb_USA and @SidneyPowell1
Has to show the proof

💬          🔁          ♡          ⬆️

Jack Shepherd @JShep717 · Dec 11, 2020
Replying to @LouDobbs and @SidneyPowell1
👍

💬          🔁          ♡          ⬆️

Flavio Márquez @FlavioMrquez2 · Dec 11, 2020
Replying to @LouDobbs @docdhj and @SidneyPowell1
@carlosscull @CarlosMarch6

💬          🔁          ♡          ⬆️

Dianne Knight @DianneK09368230 · Dec 11, 2020
Replying to @LouDobbs and @SidneyPowell1
Oh!! God Bless You Sidney Powell and your team for fighting for the legitimate votes in America!!

💬          🔁 1          ♡ 4          ⬆️

dan courser @CynicalCreator · Dec 11, 2020
Replying to @LouDobbs and @SidneyPowell1
~80 blinks per minute

💬          🔁          ♡          ⬆️

Barbara @barbara56470 · Dec 11, 2020
Replying to @LouDobbs and @SidneyPowell1
Paranoia. You weren't saying that in 2016

💬          🔁          ♡          ⬆️

mary lee @iamsugargate · Dec 11, 2020
Replying to @LouDobbs and @SidneyPowell1

## Relevant people

Lou Dobbs ✓
@LouDobbs                              [Follow]
Lou Dobbs Tonight, Fox Business Network, 5, 7 & 10 PM/ET

## What's happening

In memoriam · 1 hour ago
**Wednesday marks International Holocaust Remembrance Day**
Trending with
#HolocaustRemembranceDa...

**#BehindTheScreens** 🎬
Join us Wednesdays at 10 PM ET.
📌 Promoted by XPS

Pop · Trending
**HALSEY**
68.6K Tweets

Trending in United States
**TO THE MOON**
53.9K Tweets

🅑 The Ne... ✓ · 1 hour ago
**Why is Wall Street obsessed with GameStop?**
Trending with Game Stop

Show more

Terms of Service   Privacy Policy
Cookie Policy   Ads info   More ···
© 2021 Twitter, Inc.



**Merry Christmas!**

**Relevant people**

Lou Dobbs ✓ @LouDobbs    [Follow]
Lou Dobbs Tonight, Fox Business Network, 5, 7 & 10 PM/ET

**What's happening**

In memoriam · 1 hour ago
**Wednesday marks International Holocaust Remembrance Day**
Trending with #HolocaustRemembranceDa...

**#BehindTheScreens** 📺
Join us Wednesdays at 10 PM ET.
◈ Promoted by XPS

Pop · Trending
**HALSEY**
68.6K Tweets

Trending in United States
**TO THE MOON**
53.9K Tweets

ⓑ The Ne... ✓ · 1 hour ago
**Why is Wall Street obsessed with GameStop?**
Trending with Game Stop

Show more

Terms of Service  Privacy Policy
Cookie Policy  Ads info  More ···
© 2021 Twitter, Inc.

---

**lawyer40yrs** @lawyer40yrs · Dec 11, 2020
Replying to @LouDobbs and @SidneyPowell1
GERMANY IS ONE OF THE FAKES.

**TRUMPTRIALS** 🤡💥🏆⚖️ @dmeneilley · Dec 11, 2020
Replying to @LouDobbs @RolandiaKarnak and @SidneyPowell1
Yeah sure thing...

**Ellen** @Ellen09764362 · Dec 11, 2020
Replying to @LouDobbs and @SidneyPowell1
Sidney is the country's hero!

**Terri Tyler** @vaughnvaughn123 · Dec 11, 2020
Replying to @LouDobbs and @SidneyPowell1
Release the Kraken Sidney! ❤️
♡ 2

**bertkoenigs** @bertkoenigs · Dec 11, 2020
Replying to @LouDobbs and @SidneyPowell1
The world is watching
♡ 1

**Juanitar** @Juanita11230209 · Dec 11, 2020
Replying to @LouDobbs and @SidneyPowell1
How does this go before a court now?

**Brian LaRue** @blarue · Dec 13, 2020
Replying to @LouDobbs and @SidneyPowell1
Where is the evidence you planned to upload?

**Terrance** @Terranc72192846 · Dec 15, 2020
Replying to @LouDobbs and @SidneyPowell1
Patriot Lou

**dewhacker** 💬 @dewhacker · Dec 15, 2020
Replying to @LouDobbs and @SidneyPowell1
LMAO

---



**dewhacker** 🔵 @dewhacker · Dec 15, 2020
Replying to @LouDobbs and @SidneyPowell1
LMAO

**Richard Estrada** @LanceStryker6 · Dec 19, 2020
Replying to @LouDobbs and @SidneyPowell1
Lawsuit pending

**Janice Palmer** @janofwor · Dec 10, 2020
Replying to @LouDobbs and @SidneyPowell1
THIS NEEDS TO GO VIRAL NOW!!! PATRIOTS UNIT!!!
💬 1

**Janice Palmer** @janofwor · Dec 10, 2020
Replying to @LouDobbs and @SidneyPowell1
Just to add, the trolls and skumbags are out, trying to discredit. That's how we know we are over the target-- BIG TIME!!😄

**Edwin Velazquez** @EdwinVe91923312 · Dec 10, 2020
Replying to @LouDobbs and @SidneyPowell1
👍

**President-electGinnySiQux** @GinnySiQux · Dec 10, 2020
Replying to @LouDobbs and @SidneyPowell1
👹👹👹

**EireRogue00** @Eirerogue00 · Dec 10, 2020
Replying to @LouDobbs and @SidneyPowell1
EVIDENCE. Key word here.
💬   🔁 2   ❤ 2

**William Cross** @Crossbill321 · Dec 10, 2020
Replying to @LouDobbs and @SidneyPowell1
But it didn't.

**Dick Davis** @dick_davis184 · Dec 10, 2020
Replying to @LouDobbs @jane10765 and @SidneyPowell1
Hahahahahahaha!

**Greek_Bouy** @31stamas · Dec 10, 2020
Replying to @LouDobbs and @SidneyPowell1
Evidence coming though like a firehose!
❤ 3

### Relevant people

**Lou Dobbs** ✓
@LouDobbs      [Follow]
Lou Dobbs Tonight, Fox Business Network, 5, 7 & 10 PM/ET

### What's happening

In memoriam · 1 hour ago
**Wednesday marks International Holocaust Remembrance Day**
Trending with
#HolocaustRemembranceDa...

**#BehindTheScreens** 🎬
Join us Wednesdays at 10 PM ET.
📷 Promoted by XPS

Pop · Trending
**HALSEY**
68.6K Tweets

Trending in United States
**TO THE MOON**
53.9K Tweets

🅑 The Ne... ✓ · 1 hour ago
**Why is Wall Street obsessed with GameStop?**
Trending with  Game Stop

Show more

Terms of Service   Privacy Policy
Cookie Policy   Ads info   More ⋯
© 2021 Twitter, Inc.



Tweet

**Greek_Bouy** @31stamas · Dec 10, 2020
Replying to @LouDobbs and @SidneyPowell1
Evidence coming though like a firehose!
💬 🔁 ♡ 3 ⬆️

**Roger** @RogerBergeron04 · Dec 10, 2020
Replying to @LouDobbs and @SidneyPowell1
Take them all out
💬 🔁 ♡ 1 ⬆️

**Robert E Lee** @RobertE71071320 · Dec 10, 2020
Replying to @LouDobbs @Qanon76 and @SidneyPowell1
The gun just gets smokier and smokier
💬 🔁 ♡ 24 ⬆️

**Albert van der Geest.** @Apvandergeest · Dec 10, 2020
Replying to @LouDobbs and @SidneyPowell1
Sidney. Release the kraken 👍🏻 👍🏻 👏🏻 👏🏻 we all love you. Grtz. from the Netherlands.
💬 🔁 1 ♡ 33 ⬆️

**GBHs** @habs_bg · Dec 10, 2020
Replying to @LouDobbs and @SidneyPowell1
Ok let's see it!
💬 🔁 ♡ ⬆️

**Tim Alvarez** @timmy012084 · Dec 10, 2020
Replying to @LouDobbs and @SidneyPowell1
@MichaelRapaport
💬 🔁 ♡ ⬆️

**Amy Bu** @AmyBu2 · Dec 10, 2020
Replying to @LouDobbs and @SidneyPowell1
Di Dongsheng : We Have People at the Top of America's Circle-2020 |

Di Dongsheng 1: We Have People at the Top of Ame...
Di dongsheng (Di Dong Sheng, Zhai Dongsheng, Zhai Dong Sheng),A Chinese man has recently come unde...
🔗 youtube.com

💬 🔁 9 ♡ 8 ⬆️

**Sheriff Justice IV** @blakes_al · Dec 10, 2020
Replying to @LouDobbs and @SidneyPowell1
Lou gets it!
💬 🔁 ♡ 3 ⬆️

**Alicia Valencia** @Avmrrlmcr · Dec 10, 2020
Replying to @LouDobbs and @SidneyPowell1
@EliorCymbler
💬 🔁 ♡ ⬆️

Ellen van wicklen @WickonVan · Dec 10, 2020

## Relevant people

**Lou Dobbs** ✓ @LouDobbs [Follow]
Lou Dobbs Tonight, Fox Business Network, 5, 7 & 10 PM/ET

## What's happening

In memoriam · 1 hour ago
**Wednesday marks International Holocaust Remembrance Day**
Trending with #HolocaustRemembranceDa...

**#BehindTheScreens** 🎬
Join us Wednesdays at 10 PM ET.
📷 Promoted by XPS

Pop · Trending
**HALSEY**
68.6K Tweets

Trending in United States
**TO THE MOON**
53.9K Tweets

🅝 The Ne... ✓ · 1 hour ago
**Why is Wall Street obsessed with GameStop?**
Trending with Game Stop

Show more

Terms of Service  Privacy Policy
Cookie Policy  Ads info  More ···
© 2021 Twitter, Inc.

**Alicia Valencia** @Avmrrlmcr · Dec 10, 2020
Replying to @LouDobbs and @SidneyPowell1
@EliorCymbler

**Ellen van wicklen** @WickenVan · Dec 10, 2020
Replying to @LouDobbs and @SidneyPowell1
If they found the programming that did this they could run it in reverse

**ArtisticWallMurals** @ArtWallMurals · Dec 11, 2020
Replying to @LouDobbs and @SidneyPowell1
Love Lou and Sidney so much ❤️🇺🇸❤️🇺🇸
♡ 3

**3DOTNEWS** @3DOTNEWS · Dec 11, 2020
Replying to @LouDobbs and @SidneyPowell1
Fire those that don't want to do their job.
♡ 1

**MsM224** @MsMari2244 · Dec 11, 2020
Replying to @LouDobbs and @SidneyPowell1
May God protect her and keep her safe.
♡ 2

**Robert Kenyon** @Robert_Kenyon_ · Dec 11, 2020
Replying to @LouDobbs and @SidneyPowell1
Where is part two?

**Buck Fiden** @BuckFiden20 · Dec 11, 2020
Replying to @LouDobbs and @SidneyPowell1
@_AmeriCANLatina

**Gary Lyles** @Lil_Strength · Dec 11, 2020
Replying to @LouDobbs and @SidneyPowell1
I love this woman!
♡ 1

**Brad Rockman** @brockman1007 · Dec 11, 2020
Replying to @LouDobbs and @SidneyPowell1
Sidney, thank you for your continuing fight for truth and justice. God bless you 🙏
⇄ 2    ♡ 5

**william weatherly** @williamweather7 · Dec 11, 2020
Replying to @LouDobbs and @SidneyPowell1
Sending money tomorrow!

**Daniela Valda** @dvalda · Dec 11, 2020
Replying to @LouDobbs and @SidneyPowell1

## Relevant people

**Lou Dobbs** ✓
@LouDobbs                    [Follow]
Lou Dobbs Tonight, Fox
Business Network, 5, 7 & 10
PM/ET

## What's happening

In memoriam · 1 hour ago
**Wednesday marks
International Holocaust
Remembrance Day**

Trending with
#HolocaustRemembranceDa...

**#BehindTheScreens** 🎬
Join us Wednesdays at 10 PM ET.
🔲 Promoted by XPS

Pop · Trending
**HALSEY**
68.6K Tweets

Trending in United States
**TO THE MOON**
53.9K Tweets

🅱 The Ne... ✓ · 1 hour ago
**Why is Wall Street
obsessed with
GameStop?**
Trending with Game Stop

Show more

Terms of Service  Privacy Policy
Cookie Policy  Ads info  More ···
© 2021 Twitter, Inc.





← Tweet

Replying to @LouDobbs and @SidneyPowell1
Sending money tomorrow!

**Daniela Valda** @dvalda · Dec 11, 2020
Replying to @LouDobbs and @SidneyPowell1
Do not forget that his sister is the Vice president of Venezuela regime. She also visited Spain despite she was banned from the EU

> Spanish minister's secret meeting with Venezuelan vi...
> Prime Minister Pedro Sánchez claims that José Luis Ábalos "did what he could to avoid a diplomatic crisi...
> 🔗 english.elpais.com

💬        ♺ 9        ♡ 4        ⬆

**Bernyce Jackson** @BernyceJackson · Dec 11, 2020
Replying to @LouDobbs and @SidneyPowell1
Holy crap

💬        ♺        ♡        ⬆

**Elsa Canelon-Karg** @CanelonDeMiel · Dec 11, 2020
Replying to @LouDobbs and @SidneyPowell1
The only thing that matters..! 👆

[GIF]

💬        ♺        ♡ 3        ⬆

**Sandy Sea** @Sandysciple · Dec 11, 2020
Replying to @LouDobbs and @SidneyPowell1
❤❤❤🇺🇸

💬        ♺        ♡        ⬆

**Dean Zehner** @DZedsPipeline · Dec 11, 2020
Replying to @LouDobbs and @SidneyPowell1
Amazing...

💬        ♺        ♡        ⬆

**☾Xrp gambler☽** @XrpGambler · Dec 11, 2020
Replying to @LouDobbs and @SidneyPowell1
What's the picture she has behind her?

**Relevant people**

**Lou Dobbs** ✓
@LouDobbs                    [Follow]

Lou Dobbs Tonight, Fox Business Network, 5, 7 & 10 PM/ET

**What's happening**

In memoriam · 1 hour ago
**Wednesday marks International Holocaust Remembrance Day**

Trending with
#HolocaustRemembranceDa...

**#BehindTheScreens** 🎬
Join us Wednesdays at 10 PM ET.
🔲 Promoted by XPS

Pop · Trending
**HALSEY**
68.6K Tweets

Trending in United States
**TO THE MOON**
53.9K Tweets

🅱 The Ne... ✓ · 1 hour ago
**Why is Wall Street obsessed with GameStop?**
Trending with  Game Stop

Show more

Terms of Service   Privacy Policy
Cookie Policy   Ads info   More ···
© 2021 Twitter, Inc.

Document title: (2) Lou Dobbs on Twitter: &quot;Cyber Pearl Harbor: @SidneyPowell1 reveals groundbreaking new evidence indicating our Presidential election came…
Capture URL: https://twitter.com/LouDobbs/status/1337168080454154171
Capture timestamp (UTC): Wed, 27 Jan 2021 17:34:23 GMT





**Tweet**

Search Twitter

**♚𝓧𝓻𝓹 𝓰𝓪𝓶𝓫𝓵𝓮𝓻♚** @XrpGambler · Dec 11, 2020
Replying to @LouDobbs and @SidneyPowell1
What's the picture she has behind her?

**JEAN MARIE** @J2entertainment · Dec 11, 2020
Replying to @LouDobbs and @SidneyPowell1
They have all the evidence. Sickens me as an a American citizen!
4

**deborah** @deborah51132559 · Dec 11, 2020
Replying to @LouDobbs and @SidneyPowell1
Light in the darkness!!!
1

**Miranda** @miranda63021858 · Dec 11, 2020
Replying to @LouDobbs and @SidneyPowell1
This is much more than just an election fraud, it's leading to a national war 😅
1 8

**Elia** @em201601 · Dec 11, 2020
Replying to @LouDobbs and @SidneyPowell1
Thank you @LouDobbs !

**writersRESIST** @tommymiller2018 · Dec 11, 2020
Replying to @LouDobbs and @SidneyPowell1
When Sidney goes with the fur collar vest and just a hint of brow, because it screams, "I'm fighting for the common man!" But first! Let's add a black turtle neck and a gold necklace to finish the look! (Kisses fingers)
1

**Kathy Winters** @wintkat · Dec 11, 2020
Replying to @LouDobbs
#CyberPearlHarbor
@SidneyPowell1 on
@LouDobbs last night
segment 1/2
#MAGA #AmericaFirst 🇺🇸

**Lou Dobbs** @LouDobbs · Dec 10, 2020
Cyber Pearl Harbor: @SidneyPowell1 reveals groundbreaking new evidence indicating our Presidential election came under massive cyber-attack orchestrated with the help of Dominion, Smartmatic, and foreign adversaries. #MAGA #AmericaFirst #Dobbs

## Relevant people

**Lou Dobbs** @LouDobbs Follow
Lou Dobbs Tonight, Fox Business Network, 5, 7 & 10 PM/ET

## What's happening

In memoriam · 1 hour ago
**Wednesday marks International Holocaust Remembrance Day**
Trending with #HolocaustRemembranceDa...

**#BehindTheScreens**
Join us Wednesdays at 10 PM ET.
Promoted by XPS

Pop · Trending
**HALSEY**
68.6K Tweets

Trending in United States
**TO THE MOON**
53.9K Tweets

The Ne... · 1 hour ago
**Why is Wall Street obsessed with GameStop?**
Trending with Game Stop

Show more

Terms of Service Privacy Policy
Cookie Policy Ads info More ···
© 2021 Twitter, Inc.

**Tweet**

🔍 Search Twitter

**Relevant people**

**Lou Dobbs** ✓
@LouDobbs                    **Follow**

Lou Dobbs Tonight, Fox
Business Network, 5, 7 & 10
PM/ET

**What's happening**

In memoriam · 1 hour ago
**Wednesday marks
International Holocaust
Remembrance Day**

Trending with
#HolocaustRemembranceDa...

**#BehindTheScreens** 🎬
Join us Wednesdays at 10 PM ET.
⬀ Promoted by XPS

Pop · Trending
**HALSEY**
68.6K Tweets

Trending in United States
**TO THE MOON**
53.9K Tweets

ⓔ The Ne... ✓ · 1 hour ago
**Why is Wall Street
obsessed with
GameStop?**
Trending with  Game Stop

Show more

Terms of Service   Privacy Policy
Cookie Policy   Ads info   More ···
© 2021 Twitter, Inc.

---

Mazin Al-Eshaiker مازن الإشيقر @MazinAlEshaiker · Dec 11, 2020
Replying to @LouDobbs and @SidneyPowell1
Wow !
💬        ⟳        ♡ 2        ⬆

José Freitas @freitas6388 · Dec 11, 2020
Replying to @LouDobbs and @SidneyPowell1
Trump.
💬        ⟳        ♡ 1        ⬆

JR @JR60615959 · Dec 11, 2020
Replying to @LouDobbs and @SidneyPowell1
Wow 🔴
💬        ⟳        ♡        ⬆

Coopie2020 @coopie2020 · Dec 11, 2020
Replying to @LouDobbs and @SidneyPowell1
Sidney.. love the vest😉
💬        ⟳        ♡        ⬆

Penny Kanefield @penelcom · Dec 11, 2020
Replying to @LouDobbs and @SidneyPowell1
It happened in Miami, Fl. as well. The cheating at the election... It happened
everywhere. People who do things they're ashamed of don't want to pay the
price.
💬        ⟳ 1        ♡ 2        ⬆

Janaslama @janaslama · Dec 11, 2020
Replying to @LouDobbs and @SidneyPowell1
🙏 it can be proved without a shadow of a doubt.
💬        ⟳        ♡        ⬆

Deborah Humphreys @justme3003 · Dec 11, 2020
Replying to @LouDobbs and @SidneyPowell1
O shame on them they are in trouble now because Tarrant county wont put
up with it they will prosecute them
💬        ⟳ 1        ♡ 1        ⬆

Giuffa @MasterGiuffa · Dec 11, 2020



Document title: (2) Lou Dobbs on Twitter: &quot;Cyber Pearl Harbor: @SidneyPowell1 reveals groundbreaking new evidence indicating our Presidential election came…
Capture URL: https://twitter.com/LouDobbs/status/1337168084541575171
Capture timestamp (UTC): Wed, 27 Jan 2021 17:34:23 GMT





Tweet

Search Twitter

6 9

**Cajun Patriot Butch Davis** @butch_davis · Dec 12, 2020
Replying to @LouDobbs @jjauthor and @SidneyPowell1
I truly love these posts, but the courts do not want to hear it
3

**Infinite Perimeter** @InfinitePFilms · Dec 12, 2020
Replying to @LouDobbs and @SidneyPowell1
Creative? We're now submitting #Election #ElectionFraud 🍿 #docshort #documentary 👁 🎥
1

**Will** @KoreAmBear · Dec 13, 2020
Replying to @LouDobbs @EricDavies18 and @SidneyPowell1

**💙💕💢Cat🌸⚓☀** @melby46 · Dec 14, 2020
Replying to @LouDobbs and @SidneyPowell1
She deserves more credit than she is getting. Truth is surfacing!!!!
1

**raymond lenardson** @the1bone · Dec 14, 2020
Replying to @LouDobbs and @SidneyPowell1
Thank you Sidney Powell 👏👏👏

**Cj Schutte** @Cjschutte91 · Dec 15, 2020
Replying to @LouDobbs and @SidneyPowell1
Go get them, Ms. Powell

**Greg Buford** @gbuford111 · Dec 15, 2020
Replying to @LouDobbs and @SidneyPowell1
Lou, Sidney thank you for your strength and determination...we all pray for your safety and work. The truth must win out, let light shine wherever it

## Relevant people

**Lou Dobbs** @LouDobbs Follow
Lou Dobbs Tonight, Fox Business Network, 5, 7 & 10 PM/ET

## What's happening

In memoriam · 1 hour ago
**Wednesday marks International Holocaust Remembrance Day**
Trending with #HolocaustRemembranceDa...

**#BehindTheScreens**
Join us Wednesdays at 10 PM ET.
Promoted by XPS

Pop · Trending
**HALSEY**
68.6K Tweets

Trending in United States
**TO THE MOON**
53.9K Tweets

The Ne... · 1 hour ago
**Why is Wall Street obsessed with GameStop?**
Trending with Game Stop

Show more

Terms of Service Privacy Policy Cookie Policy Ads info More ···
© 2021 Twitter, Inc.

**Tweet**

**Relevant people**

**Greg Buford** @gbuford111 · Dec 15, 2020
Replying to @LouDobbs and @SidneyPowell1
Lou, Sidney thank you for your strength and determination...we all pray for your safety and work. The truth must win out...let light shine wherever it leads!

**Lou Dobbs** ✔
@LouDobbs
Lou Dobbs Tonight, Fox Business Network, 5, 7 & 10 PM/ET

[Follow]

**catwoman** @catwoma06015719 · Dec 15, 2020
Replying to @LouDobbs and @SidneyPowell1
As hard as it is to believe, the demon rats have done it again!

**What's happening**

In memoriam · 1 hour ago
**Wednesday marks International Holocaust Remembrance Day**
Trending with #HolocaustRemembranceDa...

**Martha Curry** @MarthaC74283025 · Dec 15, 2020
Replying to @LouDobbs and @SidneyPowell1
Thank you Sidney for being a true American ‼️ Thank you for being "OUR" - We the People - voice....

**#BehindTheScreens** 🎬
Join us Wednesdays at 10 PM ET.
📷 Promoted by XPS

**Andrea Rendón** @AndreaRendonTx · Dec 15, 2020
Replying to @LouDobbs and @SidneyPowell1
Get on with it already!

Pop · Trending
**HALSEY**
68.6K Tweets

**FourWideOnes** @FourWideOnes · Dec 15, 2020
Replying to @LouDobbs and @SidneyPowell1
Her first four attempts have been laughed out of court and dismissed, but I'm sure THIS time she'll be presenting the really good stuff.

Meanwhile, boycott those Georgia elections!

Trending in United States
**TO THE MOON**
53.9K Tweets

The Ne... ✔ · 1 hour ago
**Why is Wall Street obsessed with GameStop?**
Trending with Game Stop

**Hertha** @Hertha40900433 · Dec 16, 2020
Replying to @LouDobbs and @SidneyPowell1
The fun has just begun!!! Let the criminals suffer

Show more

**Daran** 🏳️ @innisfailmaxi · Dec 16, 2020
Replying to @LouDobbs and @SidneyPowell1
Hallelyah! The warrior woman strides forth!

Terms of Service   Privacy Policy
Cookie Policy   Ads info   More ···
© 2021 Twitter, Inc.

**cheryl blosch** @BloschCheryl · Dec 18, 2020
Replying to @LouDobbs and @SidneyPowell1
The problem with our security it's only patch work programs some using the old DOS and we don't keep a contract with the same company. I'm glad n a lot of ways not surprised

**BS adrianna** @adriannamariet · Dec 10, 2020
Replying to @LouDobbs and @SidneyPowell1
Two great americans. Thank you for all you are doing!



Tweet

Search Twitter

**BS adrianna** @adriannamariet · Dec 10, 2020
Replying to @LouDobbs and @SidneyPowell1
Two great americans. Thank you for all you are doing!

**Angella Cotton** 🎀🎀 @Angie40660906 · Dec 10, 2020
Replying to @LouDobbs and @SidneyPowell1
I love this KRAKEN, bring on the EO 💥💥💥

**Brandon** @deathnoteb · Dec 10, 2020
Replying to @LouDobbs and @SidneyPowell1

Proof Votes can Changed Georgia House Hearing!
Join this channel to help support REAL NEWS, either by hitting the join button, or copying and pasting th...
youtube.com

**Lorien1973** @Lorien19731 · Dec 10, 2020
Replying to @LouDobbs and @SidneyPowell1
Evidence: Soon(tm) never: Now

**RBon12** @Bon12R · Dec 10, 2020
Replying to @LouDobbs and @SidneyPowell1
She has quite the Lioness look going on. We are in control.

**ConservativeGoodness** @TheCGModerator · Dec 10, 2020
Replying to @LouDobbs and @SidneyPowell1
This is MEGA HUGE!!!!!!!!
Que mala onda estes venezolanos bien corrrrrruptos!! Me encanta a Venezuela, pero me chocan estos corruptos!

**Donald Dondero** @DonaldDonjd50 · Dec 10, 2020
Replying to @LouDobbs and @SidneyPowell1
Great Work @LouDobbs and @SidneyPowell1 We can't let are country fall into the enemy's hands !
9

**Joseph Palomares** @joep1776 · Dec 10, 2020
Replying to @LouDobbs and @SidneyPowell1
Atta boy Lou!!! Keep up the good work. Don't let us Deplorables down.
1

**Tom Dorsey** @TomJDorsey · Dec 10, 2020
Replying to @LouDobbs and @SidneyPowell1
Great job @SidneyPowell1. Love hearing this!!

## Relevant people

**Lou Dobbs** @LouDobbs
Follow
Lou Dobbs Tonight, Fox Business Network, 5, 7 & 10 PM/ET

## What's happening

In memoriam · 1 hour ago
**Wednesday marks International Holocaust Remembrance Day**

Trending with #HolocaustRemembranceDa...

**#BehindTheScreens**
Join us Wednesdays at 10 PM ET.
Promoted by XPS

Pop · Trending
**HALSEY**
68.6K Tweets

Trending in United States
**TO THE MOON**
53.9K Tweets

The Ne... · 1 hour ago
**Why is Wall Street obsessed with GameStop?**

Trending with Game Stop

Show more

Terms of Service Privacy Policy Cookie Policy Ads info More ···
© 2021 Twitter, Inc.



And boy again keep up the good work DON! Not as Deplorables down...

💬          ⟲          ♡ 1          ⬆️

**Tom Dorsey** @TomJDorsey · Dec 10, 2020
Replying to @LouDobbs and @SidneyPowell1
Great job @SidneyPowell1.  Love hearing this!!

💬          ⟲          ♡ 1          ⬆️

**Mary Kennedy** @Tigerlil1941 · Dec 11, 2020
Replying to @LouDobbs and @SidneyPowell1
Watch this!

💬          ⟲          ♡          ⬆️

**Elizabeth伊丽莎白** @elizabethshen6 · Dec 11, 2020
Replying to @LouDobbs and @SidneyPowell1
Thank you!

💬          ⟲          ♡ 2          ⬆️

## Relevant people

**Lou Dobbs** ✓
@LouDobbs                              Follow
Lou Dobbs Tonight, Fox
Business Network, 5, 7 & 10
PM/ET

## What's happening

In memoriam · 1 hour ago
**Wednesday marks
International Holocaust
Remembrance Day**
Trending with
#HolocaustRemembranceDa...

**#BehindTheScreens** 🎬
Join us Wednesdays at 10 PM ET.
🔗 Promoted by XPS

Pop · Trending
**HALSEY**
68.6K Tweets

Trending in United States
**TO THE MOON**
53.9K Tweets

⑧ The Ne... ✓ · 1 hour ago
**Why is Wall Street
obsessed with
GameStop?**
Trending with  Game Stop

Show more

Terms of Service   Privacy Policy
Cookie Policy   Ads info   More ···
© 2021 Twitter, Inc.

Tweet

Search Twitter

Elizabeth伊丽莎白 @elizabethshen6 · Dec 11, 2020
Replying to @LouDobbs and @SidneyPowell1
Thank you!

2

## Relevant people

**Lou Dobbs** @LouDobbs
Follow
Lou Dobbs Tonight, Fox Business Network, 5, 7 & 10 PM/ET

## What's happening

In memoriam · 1 hour ago
**Wednesday marks International Holocaust Remembrance Day**
Trending with #HolocaustRemembranceDa...

**#BehindTheScreens**
Join us Wednesdays at 10 PM ET.
Promoted by XPS

Pop · Trending
**HALSEY**
68.6K Tweets

Trending in United States
**TO THE MOON**
53.9K Tweets

The Ne... · 1 hour ago
**Why is Wall Street obsessed with GameStop?**
Trending with Game Stop

Show more

Terms of Service Privacy Policy
Cookie Policy Ads info More ...
© 2021 Twitter, Inc.

