# Exhibit 42



Tweet

**Lou Dobbs** ✓
@LouDobbs

Evidence of Fraud: @SidneyPowell1 says the FBI and law enforcement aren't interested in electoral fraud witnesses and offers to make public evidence of a cyber-attack on the US election system. #MAGA #AmericaFirst #Dobbs

THE BATTLE FOR THE WHITE HOUSE
POWELL: 2020 ELECTION IS A CYBER PEARL HARBOR
LOU DOBBS TONIGHT @LouDobbs

7:00   362.6K views

10:52 PM · Dec 10, 2020 · Twitter Media Studio

**6.1K** Retweets   **1.1K** Quote Tweets   **15.1K** Likes

**Ryan** @ryrob97 · Dec 10, 2020
Replying to @LouDobbs and @SidneyPowell1
We already can read her rejected garbage

💬 3          ♡ 1

**VinylFan** @Vinylfan3 · Dec 10, 2020
Replying to @LouDobbs and @SidneyPowell1
Hasn't this evidence already been made public in court proceedings and been rejected?

💬 17       ⟳ 1      ♡ 7

**Amy Bu** @AmyBu2 · Dec 10, 2020
Replying to @LouDobbs and @SidneyPowell1
Di Dongsheng : We Have People at the Top of America's Circle-2020 |

Di Dongsheng 1: We Have People at the Top of Ame...
Di dongsheng (Di Dong Sheng, Zhai Dongsheng, Zhai Dong Sheng),A Chinese man has recently come unde...
🔗 youtube.com

## Relevant people

**Lou Dobbs** ✓          **Follow**
@LouDobbs

Lou Dobbs Tonight, Fox Business Network, 5, 7 & 10 PM/ET

## What's happening

In memoriam · 1 hour ago
**Wednesday marks International Holocaust Remembrance Day**
Trending with #HolocaustRemembranceDa...

**#BehindTheScreens**
Join us Wednesdays at 10 PM ET.
↗ Promoted by XPS

Pop · Trending                    •••
**HALSEY**
87.4K Tweets

Trending in United States          •••
**TO THE MOON**
54.7K Tweets

**Ⓔ The Ne...** ✓ · 1 hour ago
**Why is Wall Street obsessed with GameStop?**
Trending with Game Stop

Show more

Terms of Service   Privacy Policy
Cookie Policy   Ads info   More ···
© 2021 Twitter, Inc.

Document title: (2) Lou Dobbs on Twitter: &quot;Evidence of Fraud: @SidneyPowell1 says the FBI and law enforcement aren't interested in electoral fraud witnesses and…
Capture URL: https://twitter.com/LouDobbs/status/1337168397398921217
Capture timestamp (UTC): Wed, 27 Jan 2021 17:38:53 GMT



**Twitter** ← Tweet                                         Search Twitter

Di Dongsheng 1: We Have People at the Top of Ame...
Di dongsheng (Di Dong Sheng, Zhai Dongsheng, Zhai Dong Sheng),A Chinese man has recently come unde...
🔗 youtube.com

💬 2      🔁 14      ♡ 16      ⬆️

This Tweet is from an account that no longer exists. Learn more

**Marilyn Bethell** ❌⭐✨⭐🙏 @BethellMarilyn · Dec 11, 2020
Ga voter here and I agree 100%. @GovKemp fix this mess. We the 🇺🇸 people deserve our choice, @realDonaldTrump. Otherwise kiss my Ga vote goodbye. 4 ever!

💬      🔁      ♡      ⬆️

**Gareth Martin** @garethEmartin · Dec 11, 2020
Replying to @LouDobbs and @SidneyPowell1
Legends! Jeepers, the world needs more people like you guys 🙌

💬 1      🔁      ♡ 1      ⬆️

🇨🇦 **Ultra Don** 🇨🇦 @604streetlegal · Dec 11, 2020
Much much more!!

💬      🔁      ♡      ⬆️

**Sonlight** 🇺🇸 @BillyBoysDaddy · Dec 11, 2020
Replying to @LouDobbs and @SidneyPowell1
Are they trying to create a ....

💬 1      🔁 5      ♡ 9      ⬆️

Show replies

**glenn** @glenn11507538 · Dec 10, 2020
Replying to @LouDobbs and @SidneyPowell1
Can our military take over???

💬 6      🔁      ♡ 25      ⬆️

**Adam Smith** @AsmithChicago · Dec 11, 2020
Military wont be necessary as weak Dems will soon enough be ratting one another out. Jail time for so many coming.

---

## Relevant people

**Lou Dobbs** ✔
@LouDobbs                    Follow

Lou Dobbs Tonight, Fox Business Network, 5, 7 & 10 PM/ET

## What's happening

In memoriam · 1 hour ago
**Wednesday marks International Holocaust Remembrance Day**

Trending with #HolocaustRemembranceDa...

**#BehindTheScreens**
Join us Wednesdays at 10 PM ET.
📷 Promoted by XPS

Pop · Trending                 ···
**HALSEY**
87.4K Tweets

Trending in United States        ···
**TO THE MOON**
54.7K Tweets

🌐 The Ne... ✔ · 1 hour ago
**Why is Wall Street obsessed with GameStop?**
Trending with Game Stop

Show more

Terms of Service   Privacy Policy
Cookie Policy   Ads info   More ···
© 2021 Twitter, Inc.



💬 6                    🔁                    ♡ 25                    ⬆️

**Adam Smith** @AsmithChicago · Dec 11, 2020
Military wont be necessary as weak Dems will soon enough be ratting one
another out. Jail time for so many coming.

💬                    🔁                    ♡                    ⬆️

**Jimmy Page** @JimmyPage37 · Dec 10, 2020
Replying to @LouDobbs and @SidneyPowell1
If you want a better understanding of why this is true, watch The Plot Against
the President.

💬 1                    🔁 1                    ♡ 43                    ⬆️

**Mike** @met_mj · Dec 10, 2020
Replying to @LouDobbs and @SidneyPowell1
Dear @TheJusticeDept I'd like you to investigate the following for acts of
sedition:
@realDonaldTrump
@SenTedCruz
@LouDobbs
@GOPLeader
@senatemajldr
@KenPaxtonTX

You're welcome.

💬 3                    🔁 1                    ♡ 4                    ⬆️

**Stu** @opinionatedStu · Dec 11, 2020
Replying to @LouDobbs and @SidneyPowell1
If she's got evidence then she should reveal it. (And you know that she
doesn't have anything because she hasn't presented it in court yet.)

💬 1                    🔁                    ♡ 1                    ⬆️

**GARY ANDZEL** @garboy4 · Dec 14, 2020
Replying to @LouDobbs and @SidneyPowell1
Donald Trump confused. First telling his followers the coronavirus is not real.
Inject bleach and allow the sunlight to come in. He had to be airlifted to
Walter Reed Hospital for an imaginary illness the coronavirus now there's an
injection that he's taking for the coronavirus.

💬 1                    🔁 1                    ♡                    ⬆️

**Mark Feinberg** @MarkLFeinberg · Dec 10, 2020
Replying to @LouDobbs and @SidneyPowell1
Hi I'm @SidneyPowell1 and I'm a total loser.

💬 5                    🔁                    ♡                    ⬆️

This Tweet is from an account that no longer exists. Learn more

**Jean Gueyad King** @Jeangueyad · Dec 13, 2020
She have yet to put out nor prove anything tho 😂😂😂

💬                    🔁                    ♡                    ⬆️

**birdsofparadise@usa** @MoMo1cat · Dec 10, 2020
Replying to @LouDobbs and @SidneyPowell1

---

**Relevant people**

**Lou Dobbs** ✔
@LouDobbs                    [Follow]
Lou Dobbs Tonight, Fox
Business Network, 5, 7 & 10
PM/ET

**What's happening**

In memoriam · 1 hour ago
**Wednesday marks
International Holocaust
Remembrance Day**
Trending with
#HolocaustRemembranceDa...

**#BehindTheScreens** 📺
Join us Wednesdays at 10 PM ET.
🔗 Promoted by XPS

Pop · Trending                    ···
**HALSEY**
87.4K Tweets

Trending in United States                    ···
**TO THE MOON**
54.7K Tweets

Ⓔ The Ne... ✔ · 1 hour ago
**Why is Wall Street
obsessed with
GameStop?**
Trending with Game Stop

Show more

Terms of Service   Privacy Policy
Cookie Policy   Ads info   More ···
© 2021 Twitter, Inc.



Twitter

← Tweet

**Jean Gueyad King** @Jeangueyad · Dec 13, 2020
She have yet to put out nor prove anything tho 😂😂😂

💬          ⟲          ♡          ⬆

**birdsofparadise@usa** @MoMo1cat · Dec 10, 2020
Replying to @LouDobbs and @SidneyPowell1
Thank you Lou Dobbs for standing up for the US and having the gonads to deliver the evidence to the American people!!!

💬 2        ⟲ 1        ♡ 14        ⬆

**Hedge it** @TraderPat · Dec 11, 2020
Replying to @LouDobbs and @SidneyPowell1
Mr. Dobbs, you and Maria are the only ones in the top media outlets who are showing this. It is so incredibly frustrating.  We are losing our country!

💬 4        ⟲ 5        ♡ 107        ⬆

This Tweet was deleted by the Tweet author. Learn more

**PHYS 878* (Parler and Gab: @PHYS878)** @PHYS878 · Dec 11, 2020
The FBI has been a thorn, thorn, thorn since the days of J. Edgar Hoover. It collects the dirty laundry on Americans (background checks, etc.) and provides it to politicians for their nefarious purposes.

💬          ⟲          ♡ 1        ⬆

**D C DUB** @DavidCWilder · Dec 10, 2020
Replying to @LouDobbs and @SidneyPowell1
The fact it almost always takes Lou a minute or 90 seconds to frame a question for his guest (in this case almost 2 minutes) is INSANE. Needs discipline.

💬 2        ⟲ 2        ♡ 12        ⬆

**Charles Oakland** @CharterOakie · Dec 10, 2020
I agree.  He should be able to articulate his questions and points much more quickly and succinctly.  It's maddening at times.

That said, he's a rare patriot in that business, and we need  and appreciate him.

💬          ⟲          ♡          ⬆

This Tweet is from an account that no longer exists. Learn more

**pops** @vrba_vrba · Dec 11, 2020
It's more like 0.000009%

💬          ⟲ 1        ♡ 2        ⬆

This Tweet is from an account that no longer exists. Learn more

**Yeliw** @Yeliw6 · Dec 11, 2020
Silenced?

💬          ⟲          ♡ 2        ⬆

**Truth_Be_Told** @H8_Evil · Dec 10, 2020

Search Twitter

### Relevant people

**Lou Dobbs** ✓
@LouDobbs                    Follow
Lou Dobbs Tonight, Fox Business Network, 5, 7 & 10 PM/ET

### What's happening

In memoriam · 1 hour ago
**Wednesday marks International Holocaust Remembrance Day**
Trending with
#HolocaustRemembranceDa...

**#BehindTheScreens**
Join us Wednesdays at 10 PM ET.
📷 Promoted by XPS

Pop · Trending
**HALSEY**
87.4K Tweets

Trending in United States
**TO THE MOON**
54.7K Tweets

🅔 The Ne... ✓ · 1 hour ago
**Why is Wall Street obsessed with GameStop?**
Trending with  Game Stop

Show more

Terms of Service   Privacy Policy
Cookie Policy   Ads info   More •••
© 2021 Twitter, Inc.





Tweet

Search Twitter

**Yeliw** @Yeliw6 · Dec 11, 2020
Silenced?
2

**Truth_Be_Told** @H8_Evil · Dec 10, 2020
Replying to @LouDobbs and @SidneyPowell1
Why would they be? "They" work for the home team!

**Jessica Collett** @JCollettSturg · Dec 10, 2020
Replying to @LouDobbs and @SidneyPowell1
#StopItGeorgia
1

**Rob From LI** @Rob_From_LI · Dec 10, 2020
Replying to @LouDobbs and @SidneyPowell1
Weird not dispoooted?

**Chris Dark** @cd1m · Dec 10, 2020
Replying to @LouDobbs and @SidneyPowell1
Keep fighting for a Fair and Legal Election 🇺🇸🇺🇸🇺🇸

**Mr. Jake McBride** @ExpatJake · Dec 10, 2020
Replying to @LouDobbs and @SidneyPowell1
Odd ..

**Tisa Fobar** @FobarTisa · Dec 10, 2020
Replying to @LouDobbs and @SidneyPowell1
Take them down Sydney!👏👏👏👏❤️🇺🇸🇺🇸🇺🇸🇺🇸
8

**Dave Hunt** @dhunt710 · Dec 10, 2020
Replying to @LouDobbs and @SidneyPowell1
No. They aren't interested in you. Stooges.

**Climetree** @climetree · Dec 10, 2020
Replying to @LouDobbs and @SidneyPowell1
that's because they're all flakes

**Laurie** @lauriekk158 · Dec 10, 2020
Replying to @LouDobbs and @SidneyPowell1
Corrupt

**yossarian** @DreedleGeneral · Dec 11, 2020
Replying to @LouDobbs and @SidneyPowell1
Two batshit crazy people yelling at the clouds and each other

## Relevant people

**Lou Dobbs** @LouDobbs
Follow
Lou Dobbs Tonight, Fox Business Network, 5, 7 & 10 PM/ET

## What's happening

In memoriam · 1 hour ago
**Wednesday marks International Holocaust Remembrance Day**
Trending with #HolocaustRemembranceDa...

**#BehindTheScreens**
Join us Wednesdays at 10 PM ET.
Promoted by XPS

Pop · Trending
**HALSEY**
87.4K Tweets

Trending in United States
**TO THE MOON**
54.7K Tweets

The Ne... · 1 hour ago
**Why is Wall Street obsessed with GameStop?**
Trending with Game Stop

Show more

Terms of Service Privacy Policy
Cookie Policy Ads info More ···
© 2021 Twitter, Inc.

**yossarian** @DreedleGeneral · Dec 11, 2020
Replying to @LouDobbs and @SidneyPowell1
Two batshit crazy people yelling at the clouds and each other

**morad nejad** @morad_nejad · Dec 11, 2020
Replying to @LouDobbs and @SidneyPowell1
Unfortunately Americans are tasting what we Iranian  were expecting for last 40 years , sad

1          1          2

**WriteinROCK** @WriteinRock · Dec 11, 2020
Replying to @LouDobbs and @SidneyPowell1
The lady is nuts

**Diane Hernandez** @stweettweets · Dec 11, 2020
Replying to @LouDobbs and @SidneyPowell1
👍👍👍👍👍🇺🇸
Lou Dobbs, you're the best!

**Jim Barrett** @jimbarrett_06 · Dec 11, 2020
Replying to @LouDobbs and @SidneyPowell1
So much for the kraken

**Monster Face** @MonsterFace9 · Dec 11, 2020
Replying to @LouDobbs and @SidneyPowell1
If we are under attack we must fight while we can. That means Trump has to start it.

**sherry mcqueen** @sherrymcqueen17 · Dec 11, 2020
Replying to @LouDobbs and @SidneyPowell1
Hmm

**tcb** @TCBnole · Dec 11, 2020
Replying to @LouDobbs @TheRealSweetT and @SidneyPowell1
not shocked.

**JoyJoytheDestroyer** @Jgibsonskp · Dec 11, 2020
Replying to @LouDobbs and @SidneyPowell1
Dude got paid for sure then

**Rick Jewett** @Cowboyrickster · Dec 12, 2020
Replying to @LouDobbs @chairmanLS and @SidneyPowell1
You, @loudobbs should be ashamed.

### Relevant people

**Lou Dobbs** ✔
@LouDobbs                    Follow
Lou Dobbs Tonight, Fox Business Network, 5, 7 & 10 PM/ET

### What's happening

In memoriam · 1 hour ago
**Wednesday marks International Holocaust Remembrance Day**
Trending with #HolocaustRemembranceDa…

**#BehindTheScreens**
Join us Wednesdays at 10 PM ET.
🔲 Promoted by XPS

Pop · Trending
**HALSEY**
87.4K Tweets

Trending in United States
**TO THE MOON**
54.7K Tweets

🅔 The Ne... ✔ · 1 hour ago
**Why is Wall Street obsessed with GameStop?**
Trending with Game Stop

Show more

Terms of Service   Privacy Policy
Cookie Policy   Ads info   More ⋯
© 2021 Twitter, Inc.



Dude got paid for sure then

**Rick Jewett** @Cowboyrickster · Dec 12, 2020
Replying to @LouDobbs @chairmanLS and @SidneyPowell1
You, @loudobbs should be ashamed.

**Deputy** @SheriffDan4 · Dec 11, 2020
Replying to @LouDobbs @KelemenCari and @SidneyPowell1
2A

**Keith Lauerman** @KeithLauerman · Dec 11, 2020
Replying to @LouDobbs and @SidneyPowell1
LOL. Q Dobbs

**OPTHOMASMPRIME** @opthomasmprime · Dec 11, 2020
Replying to @LouDobbs and @SidneyPowell1
#ReleaseTheQuacken! 🦆👑

**MD** @TexasMD83 · Dec 11, 2020
Replying to @LouDobbs and @SidneyPowell1
This is where two crazy F's met!!!

روبن 😁 روهان @R86175697 · Dec 11, 2020
Replying to @LouDobbs and @SidneyPowell1
💯💯💯💯💯 I follow him instantly, please, I don't need to like and retwite me, I follow me, I follow him, don't think too much, try to do it, 💯💯💯💯💯💯 I guarantee to increase your 1 followers @ Rohan86175697
#Rohanfollowback ❤️ ❤️❤️🌹💯💯 😻😻😻😻😻😻😍😍😍😍😍
😊

**Dan Linn** @dmlinn · Dec 11, 2020
Replying to @LouDobbs and @SidneyPowell1
Biggest fraud in American History!!!
♡ 1

**JAC VC RT** 🏴 @jcalvojr · Dec 11, 2020
Replying to @LouDobbs and @SidneyPowell1
I am from another country, what I see regrettably is you justice system is not working anymore !
♡ 1

**Snookie** @Snookie531971 · Dec 11, 2020
Replying to @LouDobbs and @SidneyPowell1
Trump fire Barr. Replace him now.

**rebecca** @thequietpeace · Dec 11, 2020

---

**Relevant people**

**Lou Dobbs** ✓
@LouDobbs                    [Follow]
Lou Dobbs Tonight, Fox
Business Network, 5, 7 & 10
PM/ET

**What's happening**

In memoriam · 1 hour ago
**Wednesday marks
International Holocaust
Remembrance Day**
Trending with
#HolocaustRemembranceDa...

**#BehindTheScreens** 👨🏽
Join us Wednesdays at 10 PM ET.
🅰 Promoted by XPS

Pop · Trending                    •••
**HALSEY**
87.4K Tweets

Trending in United States          •••
**TO THE MOON**
54.7K Tweets

🅰 The Ne... ✓ · 1 hour ago
**Why is Wall Street
obsessed with
GameStop?**
Trending with  Game Stop

Show more

Terms of Service   Privacy Policy
Cookie Policy   Ads info   More •••
© 2021 Twitter, Inc.





Tweet

Search Twitter

**Snookie** @Snookie531971 · Dec 11, 2020
Replying to @LouDobbs and @SidneyPowell1
Trump fire Barr. Replace him now.

**rebecca** @thequietpeace · Dec 11, 2020
Replying to @LouDobbs and @SidneyPowell1
Odd that she wouldn't include the evidence in her court filings.

**Michael Rey Perez** @Reyreyp1 · Dec 11, 2020
Replying to @LouDobbs and @SidneyPowell1
Mr. Lou said "It is the Lord's Work" Keep the faith
1

**mac** @mac10928616 · Dec 11, 2020
Replying to @LouDobbs and @SidneyPowell1
Sydney wants "a whole new team across the board Lou!" Hey, good news for you two knuckleheads, the whole new team is coming, starting on January 20th!

**Tim Alvarez** @timmy012084 · Dec 12, 2020
Replying to @LouDobbs and @SidneyPowell1
@MichaelRapaport

**NeverStopFighting** @TheUnitedWhirld · Dec 12, 2020
Replying to @LouDobbs and @SidneyPowell1
What a bunch of baloney.

**Gerhard Viljoen** @gervil · Dec 12, 2020
Replying to @LouDobbs and @SidneyPowell1
Whats the usebif no court wants to hear it.

**lee** @yorkbeach21 · Dec 12, 2020
Replying to @LouDobbs @mercywarren76 and @SidneyPowell1
Is that a man. ??

**Bob Jones** @BobJone16530370 · Dec 13, 2020
Replying to @LouDobbs and @SidneyPowell1
Cuckoo!!!!

**rodney bogan** @Rgbogan · Dec 13, 2020
Replying to @LouDobbs and @SidneyPowell1
Can you give me the link to the evidence she promised to have to you on the night of Dec 10th? I would love to see it.

## Relevant people

**Lou Dobbs** @LouDobbs
Follow
Lou Dobbs Tonight, Fox Business Network, 5, 7 & 10 PM/ET

## What's happening

In memoriam · 1 hour ago
**Wednesday marks International Holocaust Remembrance Day**
Trending with #HolocaustRemembranceDa...

**#BehindTheScreens**
Join us Wednesdays at 10 PM ET.
Promoted by XPS

Pop · Trending
**HALSEY**
87.4K Tweets

Trending in United States
**TO THE MOON**
54.7K Tweets

The Ne... · 1 hour ago
**Why is Wall Street obsessed with GameStop?**
Trending with Game Stop

Show more

Terms of Service Privacy Policy
Cookie Policy Ads info More ...
© 2021 Twitter, Inc.

Replying to @LouDobbs and @SidneyPowell1

Can you give me the link to the evidence she promised to have to you on the night of Dec 10th? I would love to see it.

**GARY ANDZEL** @garboy4 · Dec 14, 2020
Replying to @LouDobbs and @SidneyPowell1
Donald Trump lost the election. January 20th 2021 he gets the boot the American people gave him the boot. Donald Trump has the amid the coronavirus is real and he made a mistake. Just like the election he lies he has to admit that he lost the election. Bye-bye baby bye-bye.

GIF

💬    ♻ 1          ♡          ⬆

**Curtis wright** @WrightSbgdelray · Jan 7
Replying to @LouDobbs @lukewal95336118 and @SidneyPowell1
Sad

💬    ♻          ♡          ⬆

**Sharon** @sharonlwhite25 · Dec 10, 2020
Replying to @LouDobbs and @SidneyPowell1
Do it

💬    ♻          ♡          ⬆

**Zac Sawyer** @ZacSawyer4 · Dec 10, 2020
Replying to @LouDobbs and @SidneyPowell1
Lou, who's playin'(or payin') who here. One of you two is a mark. 🤔

💬    ♻ 1          ♡ 1          ⬆

**Lawrence Simpson** @Lawrenc67811629 · Dec 10, 2020
Replying to @LouDobbs and @SidneyPowell1
treason. act of war. insurrection. military tribunals.

💬    ♻          ♡          ⬆

**Pedro Smith** @JCrewDrugRug · Dec 10, 2020
Replying to @LouDobbs and @SidneyPowell1

**Relevant people**

**Lou Dobbs** ✓
@LouDobbs          Follow
Lou Dobbs Tonight, Fox Business Network, 5, 7 & 10 PM/ET

**What's happening**

In memoriam · 1 hour ago
**Wednesday marks International Holocaust Remembrance Day**
Trending with
#HolocaustRemembranceDa...

**#BehindTheScreens** 📰
Join us Wednesdays at 10 PM ET.
📌 Promoted by XPS

Pop · Trending          ···
**HALSEY**
87.4K Tweets

Trending in United States          ···
**TO THE MOON**
54.7K Tweets

🎮 The Ne... ✓ · 1 hour ago
**Why is Wall Street obsessed with GameStop?**
Trending with  Game Stop

Show more

Terms of Service  Privacy Policy
Cookie Policy  Ads info  More ···
© 2021 Twitter, Inc.



Replying to @LouDobbs and @SidneyPowell1

treason. act of war. insurrection. military tribunals.

Pedro Smith @JCrewDrugRug · Dec 10, 2020
Replying to @LouDobbs and @SidneyPowell1
You look great Sidney!!! #Kraken #WeThePeople #MAGA #FourMoreYears

Lou Dobbs @LouDobbs · 11m
Cyber Pearl Harbor: @SidneyPowell1 reveals groundbreaking new evidence indicating our Presidential election came under massive cyber-attack orchestrated with the help of Dominion, Smartmatic, and foreign adversaries. #MAGA #AmericaFirst #Dobbs

💬 1      ↻ 3      ♡ 3      ⬆️

LorS @LorSpy · Dec 10, 2020
Replying to @LouDobbs and @SidneyPowell1
Do it. The people have the right to know.

💬        ↻        ♡ 2      ⬆️

MM1974 @MM19746 · Dec 10, 2020
Replying to @LouDobbs and @SidneyPowell1
Offers to make public? Just do it IF you have it...

💬        ↻        ♡        ⬆️

Debora @debjhaag · Dec 10, 2020
Replying to @LouDobbs and @SidneyPowell1
Keep fighting for us Lou!!!

💬 1      ↻        ♡        ⬆️

Debora @debjhaag · Dec 10, 2020
And Sidney Powell!!!

💬        ↻        ♡        ⬆️

Alison @AliSorr1973 · Dec 10, 2020
Replying to @LouDobbs and @SidneyPowell1
Lou Dobbs is a Patriot! Thank you Lou

💬        ↻        ♡ 3      ⬆️

Judson @SouthJud · Dec 10, 2020
Replying to @LouDobbs and @SidneyPowell1
Just do it. What the hell.

💬        ↻        ♡        ⬆️

lhpanthermom @lhpanthermom · Dec 10, 2020
Replying to @LouDobbs and @SidneyPowell1

**Relevant people**

Lou Dobbs ✔
@LouDobbs                    [Follow]
Lou Dobbs Tonight, Fox Business Network, 5, 7 & 10 PM/ET

**What's happening**

In memoriam · 1 hour ago
**Wednesday marks International Holocaust Remembrance Day**
Trending with
#HolocaustRemembranceDa...

**#BehindTheScreens**
Join us Wednesdays at 10 PM ET.
📣 Promoted by XPS

Pop · Trending
**HALSEY**
87.4K Tweets

Trending in United States
**TO THE MOON**
54.7K Tweets

The Ne... ✔ · 1 hour ago
**Why is Wall Street obsessed with GameStop?**
Trending with  Game Stop

Show more

Terms of Service   Privacy Policy
Cookie Policy   Ads info   More ···
© 2021 Twitter, Inc.



← **Tweet**

Just do it. What the hell.

**Relevant people**

Lou Dobbs ✓
@LouDobbs
Lou Dobbs Tonight, Fox Business Network, 5, 7 & 10 PM/ET

**Ihpanthermom** @Ihpanthermom · Dec 10, 2020
Replying to @LouDobbs and @SidneyPowell1
Thank you Lou & Sidney! 👏
♥ 1

**Love Winning** 🍿💯🙌🏻❤️ @armenian999 · Dec 10, 2020
Replying to @LouDobbs @GoJackFlynn and @SidneyPowell1
Let her talk Lou

**Suri** @susanalily88 · Dec 10, 2020
Replying to @LouDobbs and @SidneyPowell1
They should resign if they don't what do their job.

**Dr. Bill Gates, Eugenicist** @robertpgill · Dec 10, 2020
Replying to @LouDobbs and @SidneyPowell1
Thank you Lou for all you're doing.🇺🇸
♥ 3

**San Francisco for Trump** @Only1inS · Dec 10, 2020
Replying to @LouDobbs and @SidneyPowell1
Much love and respect @LouDobbs . Thank you for showing your strength.
♥ 1

**Laurie** @lauriekk158 · Dec 10, 2020
Replying to @LouDobbs and @SidneyPowell1
Do it

**afryvan** @afryvan1 · Dec 10, 2020
Replying to @LouDobbs and @SidneyPowell1
@realDonaldTrump

**Gerald Castillo** @GeraldCCR · Dec 10, 2020
Replying to @LouDobbs and @SidneyPowell1
Please continue the good work Lou, Sidney. The train of corruption will eventually wreck

**Dr. PRESIDENT-ELECT love,China** @ChinaBFF · Dec 10, 2020
Replying to @LouDobbs and @SidneyPowell1
Love Lou Dobbs!!

**Leonel Munoz** @LeonelMunoz · Dec 11, 2020
Replying to @LouDobbs and @SidneyPowell1
Great work Mr. Dobbs. Thank you

**What's happening**

In memoriam · 1 hour ago
**Wednesday marks International Holocaust Remembrance Day**
Trending with
#HolocaustRemembranceDa...

**#BehindTheScreens**
Join us Wednesdays at 10 PM ET.
🔗 Promoted by XPS

Pop · Trending
**HALSEY**
87.4K Tweets

Trending in United States
**TO THE MOON**
54.7K Tweets

Ⓔ The Ne... ✓ · 1 hour ago
**Why is Wall Street obsessed with GameStop?**
Trending with Game Stop

Show more

Terms of Service   Privacy Policy
Cookie Policy   Ads info   More ···
© 2021 Twitter, Inc.

Love Lou Dobbs...

**Leonel Munoz** @LeonelMunoz · Dec 11, 2020
Replying to @LouDobbs and @SidneyPowell1
Great work Mr. Dobbs. Thank you

♡ 2

**Kathleenballou** @Kathleenballou4 · Dec 11, 2020
Replying to @LouDobbs and @SidneyPowell1



GIF

**zw** @zw74434551 · Dec 11, 2020
Replying to @LouDobbs and @SidneyPowell1
故事的第一个小高潮看来要到了....

**Your LIVE noon & CBP** @1438p · Dec 11, 2020
Replying to @LouDobbs and @SidneyPowell1
THANK YOU👑THE LORD👑BLESS YOU BOTH REAL GOOD

**310** @VeniceCA · Dec 11, 2020
Replying to @LouDobbs and @SidneyPowell1
Sidney Bowel Movement is crazy.

**dreama howell** @HowellDreama · Dec 11, 2020
Replying to @LouDobbs and @SidneyPowell1
Make it public

**Robert1963** @Robert196313 · Dec 11, 2020
Replying to @LouDobbs @ShaddamQ and @SidneyPowell1
Time to retire my friend...democracy will prevail... reps are on yhe way out...
for good

**Cindy Watkins** @CwatkinsCindy · Dec 11, 2020
Replying to @LouDobbs and @SidneyPowell1

---

**Relevant people**

**Lou Dobbs** ✔
@LouDobbs                    [Follow]
Lou Dobbs Tonight, Fox
Business Network, 5, 7 & 10
PM/ET

**What's happening**

In memoriam · 1 hour ago
**Wednesday marks
International Holocaust
Remembrance Day**
Trending with
#HolocaustRemembranceDa...

**#BehindTheScreens** 🎬
Join us Wednesdays at 10 PM ET.
⬈ Promoted by XPS

Pop · Trending                    ···
**HALSEY**
87.4K Tweets

Trending in United States          ···
**TO THE MOON**
54.7K Tweets

Ⓔ The Ne... ✔ · 1 hour ago
**Why is Wall Street
obsessed with
GameStop?**
Trending with  Game Stop

Show more

Terms of Service   Privacy Policy
Cookie Policy   Ads info   More ···
© 2021 Twitter, Inc.

← **Tweet**



Time to retire my friend...democracy will prevail... reps are on yhe way out... for good

**Cindy Watkins** @CwatkinsCindy · Dec 11, 2020
Replying to @LouDobbs and @SidneyPowell1
Thank you Lou!!!

**Roberto Cuen Meza** @CuenMeza · Dec 11, 2020
Replying to @LouDobbs and @SidneyPowell1
Great Sidney : STOP THE FRAUD REGARDS FROM MEXICO
♡ 3

**Boiler44Life** @LarrySe67214446 · Dec 11, 2020
Replying to @LouDobbs and @SidneyPowell1
Keep up the good fight. We need your help. 👍👍🇺🇸
♡ 3

**Melissa Wittke** @MelissaWittke · Dec 11, 2020
Replying to @LouDobbs and @SidneyPowell1
Thank you Lou and Sidney. We are with you. God help us all.
♡ 3

**George Ward** @pinszah · Dec 11, 2020
Replying to @LouDobbs and @SidneyPowell1
Lou Dobbs means business #maga
♡ 1

**Carolyn** @Carolyn53128989 · Dec 11, 2020
Replying to @LouDobbs and @SidneyPowell1
Go for it!

**TAB** @dillydobby · Dec 11, 2020
Replying to @LouDobbs and @SidneyPowell1
What else can those of us that live in Georgia do lou? No one is listening to us!

**AbigailA** @MLinMcLean · Dec 11, 2020
Replying to @LouDobbs and @SidneyPowell1
Dinosaurs yawnnnnn #byefox

**gc** 🇺🇸 @gc35137005 · Dec 11, 2020
Replying to @LouDobbs and @SidneyPowell1
Nothing ever seems to happen but talk. Tired of it.

**cruisersyachts_96** @Cruisersyachts9 · Dec 11, 2020
Replying to @LouDobbs and @SidneyPowell1
Let it rip, No prisoners.

---

**Relevant people**

**Lou Dobbs** ✓
@LouDobbs     [Follow]
Lou Dobbs Tonight, Fox Business Network, 5, 7 & 10 PM/ET

**What's happening**

In memoriam · 1 hour ago
**Wednesday marks International Holocaust Remembrance Day**
Trending with
#HolocaustRemembranceDa...

**#BehindTheScreens**
Join us Wednesdays at 10 PM ET.
📷 Promoted by XPS

Pop · Trending
**HALSEY**
87.4K Tweets

Trending in United States
**TO THE MOON**
54.7K Tweets

🅑 The Ne... ✓ · 1 hour ago
**Why is Wall Street obsessed with GameStop?**
Trending with Game Stop

Show more

Terms of Service   Privacy Policy
Cookie Policy   Ads info   More ···
© 2021 Twitter, Inc.



Tweet

**cruisersyachts_96** @Cruisersyachts9 · Dec 11, 2020
Replying to @LouDobbs and @SidneyPowell1
Let it rip, No prisoners.

**Gail Darling** @GailDarling8 · Dec 11, 2020
Replying to @LouDobbs and @SidneyPowell1
Loving Lou!! Preach ❤️🙏🇺🇸❤️

**Pat** @Pat58543304 · Dec 11, 2020
Replying to @LouDobbs and @SidneyPowell1
Sidney people aren't out because there overwhelmed by inaction from the
DOJ and Media!
So many are dirty they find it hard to believe! Use Lou's Show as an
informercial!
Brief  explanations of easier to grasp things first!
That is a great opportunity!
Thanks Lou, Patriot!
♡ 1

**Peter Brown** @pbrown76 · Dec 11, 2020
Replying to @LouDobbs and @SidneyPowell1
Evidence belongs in court not on Fox Business but your @newsmax audition
is going great.

**Lynnette** @__Lynnette___ · Dec 11, 2020
Replying to @LouDobbs and @SidneyPowell1
THANK YOU LOU DOBBS! Thank you so much for speaking the truth! I am
going to write my State's leaders tonight!

**April J. Lopez** @topo1944 · Dec 11, 2020
Replying to @LouDobbs and @SidneyPowell1
Thank you, LOU DIBBS AND SIDNEYPOWELL!

**BillH2** @BillH212 · Dec 11, 2020
Replying to @LouDobbs and @SidneyPowell1
This says it all c-span.org/amp/video/?c49... as Kevin Shipp posted, start at 4
min

**Francis Jeffrey** @FrancisJeffrey7 · Dec 11, 2020
Replying to @LouDobbs and @SidneyPowell1
twitter.com/FrancisJeffrey... xx oo <3 <3 <3

> **Francis Jeffrey** @FrancisJeffrey7 · May 30, 2017
> [FrancisJeffrey7/status/611261325071679488]
> 5June2015, "Gov & Corps colluded for decades to create a vulnerable,
> costly mess" s/w&net #VULNS

### Relevant people

**Lou Dobbs** ✓
@LouDobbs                     Follow
Lou Dobbs Tonight, Fox
Business Network, 5, 7 & 10
PM/ET

### What's happening

In memoriam · 1 hour ago
**Wednesday marks
International Holocaust
Remembrance Day**
Trending with
#HolocaustRemembranceDa...

**#BehindTheScreens**
Join us Wednesdays at 10 PM ET.
⊞ Promoted by XPS

Pop · Trending
**HALSEY**
87.4K Tweets

Trending in United States
**TO THE MOON**
54.7K Tweets

Ⓔ The Ne... ✓ · 1 hour ago
**Why is Wall Street
obsessed with
GameStop?**
Trending with Game Stop

Show more

Terms of Service  Privacy Policy
Cookie Policy  Ads info  More ⋯
© 2021 Twitter, Inc.



**Tweet**

twitter.com/FrancisJeffrey... xx oo <3 <3 <3

**Francis Jeffrey** @FrancisJeffrey7 · May 30, 2017
[FrancisJeffrey7/status/611261325071679488]
5June2015, "Gov & Corps colluded for decades to create a vulnerable, costly mess" s/w&net #VULNS
Show this thread

**Michelle** @Michell89344681 · Dec 11, 2020
Replying to @LouDobbs and @SidneyPowell1
FBI is probably still investigating some crime from 3 years ago.

**Elia** @em201601 · Dec 11, 2020
Replying to @LouDobbs and @SidneyPowell1
Thank you @LouDobbs for your thoughts, and for offering to publish the S Powel's evidences

" .... [The officials] in GA have to find the fear in the people ..." ! damn right! @LouDobbs !

THe people has to show what will do to stop another steal on Jan 5th

♡ 3

**Zaphod** @43less1 · Dec 11, 2020
Replying to @LouDobbs and @SidneyPowell1
#Dobby

**Roberto Cuen Meza** @CuenMeza · Dec 11, 2020
Replying to @LouDobbs and @SidneyPowell1
Great Sidney and Lou Best Regards From Mexico

**Rockwell Hewett** @HewettRockwell · Dec 11, 2020
Replying to @LouDobbs and @SidneyPowell1
I ❤️💕❤️💕❤️ @SidneyPowell1

**Lopmar** @Lopmar20 · Dec 11, 2020
Replying to @LouDobbs and @SidneyPowell1
A los democratas y a los traidores republicanos no les importan las consecuencias del fraude cometido, jamas asumiran el mismo, seria reconocer que son apatridas, sin amor alguno por su pais y pueblo, solo desean su bien personal. Llegado el momento oportuno desvelalo todo sidney

♡2   ♡ 6

**Matheus Bandeira** 🇧🇷🇺🇸 @Bandeira_Sccp · Dec 11, 2020
Replying to @LouDobbs and @SidneyPowell1
@lordivan22

♡ 1

**Relevant people**

**Lou Dobbs** ✓
@LouDobbs      [Follow]
Lou Dobbs Tonight, Fox Business Network, 5, 7 & 10 PM/ET

**What's happening**

In memoriam · 1 hour ago
**Wednesday marks International Holocaust Remembrance Day**
Trending with
#HolocaustRemembranceDa...

**#BehindTheScreens**
Join us Wednesdays at 10 PM ET.
📅 Promoted by XPS

Pop · Trending
**HALSEY**
87.4K Tweets

Trending in United States
**TO THE MOON**
54.7K Tweets

📰 The Ne... ✓ · 1 hour ago
**Why is Wall Street obsessed with GameStop?**
Trending with Game Stop

Show more

Terms of Service   Privacy Policy
Cookie Policy   Ads info   More ···
© 2021 Twitter, Inc.





Tweet

Search Twitter

**Matheus Bandeira** 🇧🇷🇺🇸 @Bandeira_Sccp · Dec 11, 2020
Replying to @LouDobbs and @SidneyPowell1
@lordivan22
1

**I'm Going Home To TX** @imgoinghometotx · Dec 11, 2020
Replying to @LouDobbs and @SidneyPowell1
Put everything you know out there right now! Everyday that goes by is justice delayed.

**Rick** 🇺🇸🇺🇸 @Cellulrman · Dec 11, 2020
Replying to @LouDobbs and @SidneyPowell1
She offered to make public evidence weeks ago. Still waiting @LouDobbs and @SidneyPowell1 , still waiting.

**President Elect 🟤 Negrito Bembom** @LazaroAAvila1 · Dec 11, 2020
Replying to @LouDobbs and @SidneyPowell1
🇺🇸🇺🇸🇺🇸🇺🇸🗽❗

**Erin G Rettig** @rettig_g · Dec 11, 2020
Replying to @LouDobbs and @SidneyPowell1
Oh just wait!!

**Jen Lacey** @jenforTrump2020 · Dec 11, 2020
Replying to @LouDobbs and @SidneyPowell1
Love you guys!

**Kathy Winters** @wintkat · Dec 11, 2020
Replying to @LouDobbs
#CyberPearlHarbor
@SidneyPowell1 on
@LouDobbs last night
segment 2/2
#MAGA #AmericaFirst 🇺🇸

> **Lou Dobbs** @LouDobbs · Dec 10, 2020
> Evidence of Fraud: @SidneyPowell1 says the FBI and law enforcement aren't interested in electoral fraud witnesses and offers to make public evidence of a cyber-attack on the US election system. #MAGA #AmericaFirst #Dobbs

## Relevant people

**Lou Dobbs** @LouDobbs
Follow
Lou Dobbs Tonight, Fox Business Network, 5, 7 & 10 PM/ET

## What's happening

In memoriam · 1 hour ago
**Wednesday marks International Holocaust Remembrance Day**
Trending with #HolocaustRemembranceDa...

**#BehindTheScreens**
Join us Wednesdays at 10 PM ET.
Promoted by XPS

Pop · Trending
**HALSEY**
87.4K Tweets

Trending in United States
**TO THE MOON**
54.7K Tweets

The Ne... · 1 hour ago
**Why is Wall Street obsessed with GameStop?**
Trending with Game Stop

Show more

Terms of Service Privacy Policy
Cookie Policy Ads info More ···
© 2021 Twitter, Inc.

THE BATTLE FOR THE WHITE HOUSE
POWELL: 2020 ELECTION IS A CYBER PEARL HARBOR

7:00 | 362.6K views

**Richard Stone** @Richard93945545 · Dec 11, 2020
Replying to @LouDobbs and @SidneyPowell1
Thank you Lou and Sidney / love you both !

**Tamara Gorman** @gormantamara · Dec 11, 2020
Replying to @LouDobbs and @SidneyPowell1
You are a national treasure, Mr. Dobbs! Keep it going. We love you!

**Goose Jones** @jmjones2207 · Dec 11, 2020
Replying to @LouDobbs and @SidneyPowell1
@SidneyPowell1 is my spirit animal

**Arelya J Mitchell** @ArelyaJMitchell · Dec 11, 2020
Replying to @LouDobbs and @SidneyPowell1
Great interview with the venerable Sidney Powell. More power to you and Sidney on your courage to cover the Great Steal of the Century. Keep fighting. We're behind you.

**Brian G. Powell,M.S.** @BrianGPowell · Dec 11, 2020
Replying to @LouDobbs and @SidneyPowell1
https://kraken-wood .com/

**captain Avery** @captainAvery2 · Dec 12, 2020
Replying to @LouDobbs and @SidneyPowell1
awesome

**Sharon Woodham** @SharonWoodham2 · Dec 12, 2020
Replying to @LouDobbs and @SidneyPowell1
Where are the documents

**GlengarryGerg - 💀🍺🌴** @GrebnetaurGerg · Dec 12, 2020
Replying to @LouDobbs and @SidneyPowell1

---

**Relevant people**

**Lou Dobbs** ✓  @LouDobbs    [Follow]
Lou Dobbs Tonight, Fox Business Network, 5, 7 & 10 PM/ET

**What's happening**

In memoriam · 1 hour ago
**Wednesday marks International Holocaust Remembrance Day**
Trending with
#HolocaustRemembranceDa...

**#BehindTheScreens**
Join us Wednesdays at 10 PM ET.
🔗 Promoted by XPS

Pop · Trending
**HALSEY**
87.4K Tweets

Trending in United States
**TO THE MOON**
54.7K Tweets

Ⓔ **The Ne...** ✓ · 1 hour ago
**Why is Wall Street obsessed with GameStop?**
Trending with  Game Stop

Show more

Terms of Service   Privacy Policy
Cookie Policy   Ads info   More ⋯
© 2021 Twitter, Inc.

GlengarryGerg - 💀🏝️ @GrebnetaurGerg · Dec 12, 2020
Replying to @LouDobbs and @SidneyPowell1



Julie gerkens @GerkensJulie · Dec 14, 2020
Replying to @LouDobbs and @SidneyPowell1
Omg I love you both, you to truly rock, an Sidney you rock!!!❤️❤️

PARZIVAL @PARZIVAL · Dec 10, 2020
Replying to @LouDobbs and @SidneyPowell1
Yes, but their "findings" will fall far short of any intrusion or vote
manipulation. Let's not expand our expectations.

mike halphen @mhalphen · Dec 10, 2020
Replying to @LouDobbs and @SidneyPowell1
God bless you both.  Lou, thank you for giving Sydney a avenue to reach the
American people
💬     🔁 5     ❤️ 74     ↑

Mr. Bates63 🇺🇸 @MrBates63 · Dec 10, 2020
Replying to @LouDobbs and @SidneyPowell1
Lou! Thank you! for your GREAT reporting and your journalistic integrity!
God please bless Lou Dobbs and SidneyPowell!

Ron 🇺🇸 @ronrude65 · Dec 10, 2020
Replying to @LouDobbs and @SidneyPowell1
Thank You Sidney and Lou!! 🙏🇺🇸🇺🇸
💬     🔁 1     ❤️ 3     ↑

Matty Matt Matt Matt @MindOverMatt71 · Dec 10, 2020
Replying to @LouDobbs and @SidneyPowell1
I am amazed by the poise and dignity that @sidneypowell1 displays in the
midst of all of this evil!  She is the epitome of greatness! I think one sentence
sums up this amazing brilliant woman and her prowess. When you can see
the lioness approaching it is already to late to run!

## Relevant people

**Lou Dobbs** ✔️
@LouDobbs                                    Follow
Lou Dobbs Tonight, Fox
Business Network, 5, 7 & 10
PM/ET

## What's happening

In memoriam · 1 hour ago
**Wednesday marks
International Holocaust
Remembrance Day**
Trending with
#HolocaustRemembranceDa…

**#BehindTheScreens**
Join us Wednesdays at 10 PM ET.
⤢ Promoted by XPS

Pop · Trending                              •••
**HALSEY**
87.4K Tweets

Trending in United States                   •••
**TO THE MOON**
54.7K Tweets

Ⓔ The Ne… ✔️ · 1 hour ago
**Why is Wall Street
obsessed with
GameStop?**
Trending with  Game Stop

Show more

Terms of Service   Privacy Policy
Cookie Policy   Ads info   More ···
© 2021 Twitter, Inc.



**Tweet**

**Matty Matt Matt Matt** @MindOverMatt71 · Dec 10, 2020
Replying to @LouDobbs and @SidneyPowell1
I am amazed by the poise and dignity that @sidneypowell1 displays in the midst of all of this evil! She is the epitome of greatness! I think one sentence sums up this amazing brilliant woman and her prowess. When you can see the lioness approaching it is already to late to run!

**Steve Jelinek** @SteveJelinek2 · Dec 10, 2020
Replying to @LouDobbs and @SidneyPowell1
Thanks Lou and Sidney

**Sarah For Truth** 🏳️‍🌈🇺🇸🦅 @Sarahfortruth8 · Dec 10, 2020
Replying to @LouDobbs and @SidneyPowell1
Thank you, Lou! A true Patriot! God bless you!

**Rod Mullins** @RodMullins2 · Dec 10, 2020
Replying to @LouDobbs and @SidneyPowell1
Lou Dobbs, what a great patriot! And one of the few from FOX that still continues to report the facts!
♥ 5

**Beverly Black** @BeverlyBlack66 · Dec 10, 2020
Replying to @LouDobbs and @SidneyPowell1
Thank you Lou for standing up!! God Bless you

**Donna Ivey** @rustyhead2 · Dec 11, 2020
Replying to @LouDobbs and @SidneyPowell1
Thank you @LouDobbs

**LyndaCinderella** ⭐⭐⭐🇺🇸🇺🇸 @LyndaRymer · Dec 11, 2020
Replying to @LouDobbs @AmyBlondell and @SidneyPowell1
Awesome!!
♥ 1

**phebert** @libgurl2 · Dec 11, 2020
Replying to @LouDobbs and @SidneyPowell1
Thank you Lou. Now pray that Fox will let it happen.

**Mark O. Van Wagoner** @VanWagoner · Dec 11, 2020
Replying to @LouDobbs @GeneralDefense and @SidneyPowell1
Do it. Don't wait.
♥ 2

**CLOUD 9** @almiragulch · Dec 11, 2020
Replying to @LouDobbs and @SidneyPowell1
Thank you both patriots.

---

**Relevant people**

**Lou Dobbs** ✓
@LouDobbs                      [ Follow ]
Lou Dobbs Tonight, Fox Business Network, 5, 7 & 10 PM/ET

**What's happening**

In memoriam · 1 hour ago
**Wednesday marks International Holocaust Remembrance Day**
Trending with #HolocaustRemembranceDa...

**#BehindTheScreens**
Join us Wednesdays at 10 PM ET.
⬈ Promoted by XPS

Pop · Trending                    ···
**HALSEY**
87.4K Tweets

Trending in United States          ···
**TO THE MOON**
54.7K Tweets

Ⓔ The Ne... ✓ · 1 hour ago
**Why is Wall Street obsessed with GameStop?**
Trending with Game Stop

Show more

Terms of Service   Privacy Policy
Cookie Policy   Ads info   More ···
© 2021 Twitter, Inc.



Tweet

Search Twitter

**CLOUD 9** @almiragulch · Dec 11, 2020
Replying to @LouDobbs and @SidneyPowell1
Thank you both patriots.

**chris** @secure20155 · Dec 11, 2020
Replying to @LouDobbs and @SidneyPowell1
Wake up Patriots!! We need to get off our Asses!!
5

**Proud CA Deplorable** @KristaKair · Dec 11, 2020
Replying to @LouDobbs and @SidneyPowell1
Lord how I love this man! He hasn't waivered since day one. Bless you, Lou and Sidney!
4 37

**Constitumerican** @yacklebrosracin · Dec 11, 2020
Replying to @LouDobbs and @SidneyPowell1
Fix the damn problem, the Vote

**The Thinker** @AK01541871 · Dec 11, 2020
Replying to @LouDobbs @docdhj and @SidneyPowell1
@LouDobbs is the greatest news person America has. A fantastic interviewer. A true patriot.
1

## Relevant people

**Lou Dobbs** @LouDobbs Follow
Lou Dobbs Tonight, Fox Business Network, 5, 7 & 10 PM/ET

## What's happening

In memoriam · 1 hour ago
**Wednesday marks International Holocaust Remembrance Day**
Trending with #HolocaustRemembranceDa...

**#BehindTheScreens**
Join us Wednesdays at 10 PM ET.
Promoted by XPS

Pop · Trending
**HALSEY**
87.4K Tweets

Trending in United States
**TO THE MOON**
54.7K Tweets

The Ne... · 1 hour ago
**Why is Wall Street obsessed with GameStop?**
Trending with Game Stop

Show more

Terms of Service Privacy Policy Cookie Policy Ads info More ···
© 2021 Twitter, Inc.



Tweet

Search Twitter

**The Thinker** @AK01541871 · Dec 11, 2020
Replying to @LouDobbs @docdhj and @SidneyPowell1
@LouDobbs is the greatest news person America has. A fantastic interviewer. A true patriot.

1

**Relevant people**

**Lou Dobbs** @LouDobbs Follow
Lou Dobbs Tonight, Fox Business Network, 5, 7 & 10 PM/ET

**What's happening**

In memoriam · 1 hour ago
**Wednesday marks International Holocaust Remembrance Day**
Trending with #HolocaustRemembranceDa...

**#BehindTheScreens**
Join us Wednesdays at 10 PM ET.
Promoted by XPS

Pop · Trending
**HALSEY**
87.4K Tweets

Trending in United States
**TO THE MOON**
54.7K Tweets

The Ne... · 1 hour ago
**Why is Wall Street obsessed with GameStop?**
Trending with Game Stop

Show more

Terms of Service Privacy Policy
Cookie Policy Ads info More ···
© 2021 Twitter, Inc.