# Exhibit 43



## Watch



🔍 Search videos

🏠 Home

▶ Shows

📹 Live

🎵 Music

📼 Saved videos

**Your watchlist**

▶ Latest videos



Lou Dobbs · Follow
12 December 2020 · 🌐

### Sidney Powell

Cyber Pearl Harbor: Sidney Powell reveals groundbreaking new evidence indicating our Presidential election came under massive cyber-attack orchestrated with the help of Dominion, Smartmatic, and foreign adversaries. #MAGA #AmericaFirst #Dobbs See less

👍 Like      💬 Comment      ↪ Share

👍❤️😮 6.4K · 1K comments

All comments ▼

**Kelly Collucci**
It's great to have evidence, but the courts of the US have totally failed the American people, they do not care about OUR freedoms! Just their own.....
Like · Reply · 5 w                    😆😡👍 78

⌃ Hide 27 replies

**Billy Orbach**
Kelly Collucci we have to have confidence in the American public there are people that do care about this country God bless you
Like · Reply · 5 w                    👍❤️ 9

**Kelly Collucci**
Billy Orbach I totally agree that the American people care about this country, I however am not confident in our court system or 90% of our government!
Like · Reply · 5 w                    💬 8

**Kelly Collucci**
Billy Orbach I couldn't agree more, I didn't post because I believe President Trump is going to lose the election, I believe strongly that he will prevail, I just am sick of the court system that is destroying OUR constitution because they can't be bothered! We pay THEM and when half the country wants answers they sweep it under the rug on a technicality!
Like · Reply · 5 w                    👍❤️😡 12

**Billy Orbach**
Kelly Collucci God bless you I think things are to come to the surface and Donald Trump is wedding eventually going to win this election they cheated like crazy God bless you keep the faith. keep our heads up and be positive that's the best thing we can do peace and love be with you always.
Like · Reply · 5 w                    👍❤️ 7

**Wen Soto**
Billy Orbach PLEASE DON'T GIVE UP...GOD IS WITH US AND PRES. TRUMP KNOWS WHAT HE'S DOING...
Like · Reply · 5 w                    👍❤️ 7

**Robyn Darling**
Kelly Collucci I didn't want to believe that the court systems are all crooked or just don't want to get involved. I pray everyday that somebody will do the right thing I'm tired of feeling sick to my stomach that the United States of America will be compromised
Like · Reply · 5 w                    💬 5

**Gillian Dunnachie**
Kelly Collucci that about sums it uo
Like · Reply · 5 w                    💬 2

**Bruce Chim**
Agree                                               💬 1
Like · Reply · 5 w

**Justin Sebakijje**
Kelly Collucci SCOTUS.



**Watch**

Search videos

Home

Shows

Live

Music

Saved videos

Your watchlist

Latest videos



**Bruce Chim**
Agree
Like · Reply · 5 w

**Justin Sebakijje**
**Kelly Collucci** SCOTUS.

**Nora Anders**
**Kelly Collucci** but theirs will be if the democrats are in power. They will either get full agreement with the Supreme Court or dissolve them somehow to take over fully. They need to take the Republican side or they will be no more.
Like · Reply · 5 w

**Kelly Collucci**
**Nora Anders** I could agree more, but just remember they are rich and can just pick up and move to another country at anytime, just look at Tom Hanks
Like · Reply · 5 w

**Kelly Collucci**
**Robyn Darling** every day we see more and more how the Democratic Party is trying to take our freedoms and every time there is a glimpse of hope that the corruption will be exposed OUR court system simply says Denied! I am with you in this fight and pray that when the corruption is finally and completely exposed that it not too late! Trump is still my PRESIDENT!
Like · Reply · 5 w

**Thomas Palmeri**
**Kelly Collucci** what evidence they never provided anything even a stacked trump court or judge could accept. Trump hand picked judges said NO
Like · Reply · 5 w

**Kelly Collucci**
**Thomas Palmeri** exactly, NO court has aloud the evidence to be heard, and they continue to sweep it under the rug, maybe if one judge would allow them a chance, then we would all know just what kind f evidence they have! You would think that the SCOTUS would be somewhat impartial but again all they have done is let us down!
Like · Reply · 5 w

**Thomas Palmeri**
**Kelly Collucci** the problem was the trump attorneys never provided evidence. Rudy said it was not about fraud in court. The Trump appointed judges listened and ruled. Geez Trump appointed judges said No what more do you want.
Like · Reply · 5 w

**Kelly Collucci**
**Thomas Palmeri** it funny how they have allow Wisconsin's voting systems to be analyzed but will not allow any evidence from the outcome to be exposed, the corruption goes way deeper than we know, but GOD will tell all, just wait and see, you have a Merry Christmas and watch how deep the corruption goes!
Like · Reply · 5 w

**Tristan Lockhart**
**Kelly Collucci** where is the evidence?
Like · Reply · 5 w

**Kevin McIlhinney**
**Billy Orbach** yes Joe Biden cares!
Like · Reply · 5 w

**Billy Orbach**
**Tristan Lockhart** Union City evidence in Georgia where they were sent. Everybody home and all the Republican poll Watchers in they were pulling ballots out from under a table and Counting them 4/3 hours after the polls are closed you didn't see that evidence
Like · Reply · 5 w

**Billy Orbach**
Order flat fact that Donald Trump was winning Pennsylvania by a landslide and I switched it around to buy then I guess that's not evidence you didn't see it I saw it
Like · Reply · 5 w

**Billy Orbach**
**Tristan Lockhart** and the computer system that they use that China owns there was given by me more of a percentage and not Trump Union City evidence maybe you should open your eyes my friend God bless you

Document title: (12) Watch | Facebook
Capture URL: https://www.facebook.com/watch/?v=682275302489698
Capture timestamp (UTC): Thu, 21 Jan 2021 06:11:49 GMT



**Watch**

Search videos

🏠 Home

▶ Shows

📡 Live

🎵 Music

💾 Saved videos

Your watchlist

▶ Latest videos



to buy then I guess that's not evidence you didn't see it I saw it

Like · Reply · 5 w

**Billy Orbach**
Tristan Lockhart and the computer system that they use that China owns there was given by me more of a percentage and not Trump Union City evidence maybe you should open your eyes my friend God bless you

Like · Reply · 5 w

**Billy Orbach**
Kevin Mcilhinney you taught about Joe Biden and his son that are being investigated for tax fraud turn on vault with a corrupt a corruptor company in China marisma is that the Joe Biden you talking about Chinese puppy for China he cares about this country really okay. Donald Trump cares about this country that's why he's fighting for it so we don't go to a socialist country that's who cares about this country not Joe Biden he's been in politics for 40-50 years and he's a compulsive liar in China's pocket so there's your puppy

Like · Reply · 5 w                                                    ❤ 1

**Billy Orbach**
Kevin Mcilhinney you didn't listen to Sidney Powell it'll come out my friend

Like · Reply · 5 w

**Joshua Pappalardo**
dobbs recanted on all of this, it was a lie. did you catch that segment of his?

Like · Reply · 4 w

**Joshua Pappalardo**
Billy Orbach did you catch the lou dobbs show on 12/18 where he had to recant all these lies he told you?

Like · Reply · 4 w

**Gina Gamble**
Billy Orbach I pray you are right.

Like · Reply · 1 d

**Don Stack**
That pesky " evidence" that doesnt exist. Morons

Like · Reply · 5 w

😊 🖼 🔗 Write a reply...

Press Enter to post.

**Billy Sanchez**
If the DOJ, isn't doing anything, we're screwed   😮😂😡 36

Like · Reply · 5 w

∧ Hide 28 replies

**Thomas Palmeri**
Billy Sanchez Trumps hand picked SCOTUS all said No to the bogus lawsuits. Never was fraud, never proved fraud. Just enough hot air to fill a blimp. She should be debarred and Trump is Fired   😂😡😡 9

Like · Reply · 5 w

**Rain H. Ward**
Billy Sanchez don't worry...we just need a day in front of Supreme Court Justices to get the job done. If not...president knows what to do. Pray and have faith in DOD.   👍 8

Like · Reply · 5 w

**Justin Sebakijje**
Billy Sanchez This might help...

😂❤ 6

Like · Reply · 5 w

**Linda Smith**
Billy Sanchez it looks as if they all sold us out everyone is getting rich except the American people we the losers   👍 5

Like · Reply · 5 w

**Rain H. Ward**
Billy Sanchez DOJ and CIA have limited intell now. CIA in particular has been de-fanged and cannot use military personnel at all.   👍❤ 3

Like · Reply · 5 w

**Rain H. Ward**
Jim Pantner absolutely. We know who's intell to listen to. It's none of the traditional agencies. 305





Rain H. Ward
**Billy Sanchez** DOJ and CIA have limited intell now. CIA in particular has been de-fanged and cannot use military personnel at all.
Like · Reply · 5 w 3

Rain H. Ward
**Jim Pantner** absolutely. We know who's intell to listen to. It's none of the traditional agencies. 305 white hats and Space Force.
Like · Reply · 5 w 2

Rain H. Ward
**Thomas Palmeri** you understand people are being threatened and possibly killed? Kill teams are out there....js
Like · Reply · 5 w 3

Paul Ghormley
**Thomas Palmeri** keep watching. Hope you enjoyed FREEDOM. you will one day in the near future say WHAT HAPPENED?
Like · Reply · 5 w 2

Rain H. Ward
**Paul Ghormley** we'll see
Like · Reply · 5 w

Rain H. Ward
Paul Ghormley would it help you to know...who can kill power grid now? Satellites? Byw...China is buying oil in record sales.
Like · Reply · 5 w · Edited 1

Garry Snyder
**Billy Sanchez** I think we are screwed anyway.
Like · Reply · 5 w

Rain H. Ward
Wish I could post screen shots here but cannot
Like · Reply · 5 w

Sherry Dusky
**Billy Sanchez** God is in charge 🙏🇺🇸
Like · Reply · 5 w 2

Barb Stone
**Rain H. Ward** Exactly why the courts are being un willing to be seen as unfair ..the truth will be told
Like · Reply · 5 w 2

Genevieve Huntington
**Billy Sanchez** The DOJ isn't stepping in because it is over. The highest court shut down Trump and there is no other alternative. GAME OVER!
Like · Reply · 5 w 2

Genevieve Huntington
**Linda Smith** https://youtu.be/Roh78qJpHzY?t=3

YOUTUBE.COM
Velshi: American Capitalism Exploits The Poor To Enrich The Wealthy | MSNBC
Like · Reply · 5 w

Shauna Scanlon Perkins
**Billy Sanchez** Trump card coming
Like · Reply · 5 w 2

Thomas Palmeri
**Billy Sanchez** Trump appointed judges ruled Fair election. Deal with it Trump judges couldn't go along with the wild conspiracy theories as there was no proof
Like · Reply · 5 w 1

Carolyn Warren
**Billy Sanchez**

Barr can't lie for Trump ANYMORE, he's already in trouble once trumps out of office, may loose his license.

This whole fraud thing is another reality show...no validity or merit to ANY cases filed by the Trump campaign.

https://www.businessinsider.com/wisconsin-trump-election...

BUSINESSINSIDER.COM
Trump's legal attempt to throw out votes in Wisconsin's most diverse counties 'smacks of racism,' judge says
Like · Reply · 5 w

Justin Sebakijje
**Rain H. Ward** No one cares about your "screenshots".

## Watch

🔍 Search videos

🏠 Home

▶ Shows

📹 Live

🎵 Music

📁 Saved videos

**Your watchlist**

▶ Latest videos

---

Justin Sebakijje
Rain H. Ward No one cares about your "screenshots".



media1.tenor.co

Like · Reply · 5 w

David Carelli
Rain H. Ward i agree with you, but at this point i dont think the SCOTUS will look at any case involving the election. They are going to let each state handle it. I knew it... I hate to say it but this race is over. The SCOTUS dismissed the case on a technicality. Wisconsin Supreme Court just dismissed the case as well. And the other states will follow. Do you think a state that has broken the US and States Constitution is going to change their mind now? ABOLUTELY NOT ! The saddest thing is the US Constitution was disregarded for the election of the leader of country. And no one is going to stop it from happening. This has just VOIDED the US Constitution claiming special circumstances. Each state tested the outcome. It will not be long before states begin to, due to special circumstances, remove your firearms, and stop free speech. THIS IS A VERY SAD DAY FOR OUR COUNTRY !. The question is, at what point will the American citizen stop the tyranny by overthrowing its government ! If i was Trump, i would declare "Marshal Law" and let our military hold those accountable for treason in a military trial. Each active member and veteran will back him as they also took the oath to defend the Constitution of the United States against all enemies, foreign and DOMESTIC..

Like · Reply · 5 w                                                                    👍 1

Melissa Brown
Thomas Palmeri YOU'RE sounding very uneducated!!
Do you live under a rock?!?!
Like · Reply · 5 w                          💬 1

Gina Gamble
Justin Sebakijje you got experience with that, do ya???
Like · Reply · 1 d

Gina Gamble
Thomas Palmeri says the one living in a fantasy land. Keep your head in the sand and see what that dies for you.
Like · Reply · 1 d

Gina Gamble
Rain H. Ward yes we certainly will.
Like · Reply · 1 d

Justin Sebakijje
Gina Gamble Get on board Biden Train!!!



MAKE GIFS AT GIFSOUP.COM

Like · Reply · 1 d

Gina Gamble
Genevieve Huntington BS. The highest court in the country FAILED! The didn't do their job. If you want to believe your own BS, then power to ya but I will not!
Like · Reply · 1 d

Genevieve Huntington
Gina Gamble Speaking of believing your own BS. Yes, SCOTUS and everyone else is in on the conspiracy. Ignorance is your strong point?
Like · Reply · 1 d

Write a reply...
Press Enter to post.

Barbe Helena
Top fan
So what, no judge or court will listen. We now live in a socialist country with the demo 🐂🦌🐐 in charge! Buckle up folks, gonna be a rough ride!!!!!! democrats we can agree to disagree, it is still America (for a few more weeks). Oh and trolls, blocked and reported.
Like · Reply · 5 w · Edited                                         😆😆😡 81

---





Barbe Helena
So what, no judge or court will listen. We now live in a socialist country with the demo 🐴🐴🐴 in charge! Buckle up folks, gonna be a rough ride!!!!!! democrats we can agree to disagree, it is still America (for a few more weeks). Oh and trolls, blocked and reported.

Like · Reply · 5 w · Edited          😮😂😥😠 81

∧ Hide 48 replies

Darby Hart
Barbe Helena

Soros should have been held in court somehow. i don't know how much money (millions) this Anti-American has. But, he is is a common denomination to all. Kilary included.

Like · Reply · 5 w · Edited          😊😥 7

Noah Luft-Weissberg
Barbe Helena or the more logical alternative, their cases are flimsy pieces of trash that can't hold up for ten minutes and aren't designed to win but to rally support from diehard loyalists

Like · Reply · 5 w          😊😥 5

John Quinn
Barbe Helena nope corruption. Mainstream media spits in our faces and brags about it.

Like · Reply · 5 w

Luis C Maldonado
get ready Biden is gonna sold us to China and China is gonna take over the whole USA hail Biden and China I can't wait until Biden destroy this Country once in for all China are gonna Control us I can't wait I want this Country to be socialist yay

Like · Reply · 5 w          😥 4

Sharon Stahl
Luis C Maldonado China already owns Biden

Like · Reply · 5 w          😊😂 13

Richard Goldstein
Barbe Helena By "listen" do you mean "agree"?

Like · Reply · 5 w          😊 2

Thomas Palmeri
Barbe Helena Trumps hand picked SCOTUS all said No to the bogus lawsuits. Never was fraud, never proved fraud. Just enough hot air to fill a blimp. She should be debarred and Trump is Fired

😠 3

Pamela Smith
Noah Luft-Weissberg coming from a sheep

Like · Reply · 5 w          😊😂 7

Jay Mills
Thomas Palmeri actually you need to be enlightened. SCOTUS turned Texas lawsuit away because it wanted Texas to refile in different language to be heard.

Texas is refiling and Lin Woods Georgia case already has the proper language.

Like · Reply · 5 w          😊😠 9

Barbe Helena
Richard Goldstein I stated "listen", DID NOT say agree.
🏆 Top fan

Like · Reply · 5 w          😊 4

Barbe Helena
Thomas Palmeri we agree to disagree.
🏆 Top fan

Like · Reply · 5 w

Barbe Helena
Noah Luft-Weissberg we agree to disagree
🏆 Top fan

Like · Reply · 5 w

Darby Hart
Thomas Palmeri

Our President Trump won on November 3rd and no doubt to over 75 million. Law abiding voters ‼️ with massive proof. But, these men have no ba—s to stand up and show all their proof. Too many legal men and woman protecting their agenda and are bought mad paid for. Sad but fact.
If you voted for JB, you are a sucker and you were used.

❤️🙏❤️🙏

Like · Reply · 5 w · Edited          😊 3

Anton Hardie
Barbe Helena All these claims have already been to court and been proved FALSE, these "theories" have been debunked repeatedly by the state, the FBI and the DOJ, The companies and the State supreme courts.... so good luck

Like · Reply · 5 w          😠 1

Cheryl Samson
Anton Hardie You're unaware, obviously; that our FBI, DOJ, state courts are biased, corrupt, deep state. Our vote—legal USA citizens, should be correctly counted and matter, to US supreme court too.

Like · Reply · 5 w          😊 4

Document title: (12) Watch | Facebook
Capture URL: https://www.facebook.com/watch/?v=682275302489698
Capture timestamp (UTC): Thu, 21 Jan 2021 06:11:49 GMT



# Watch

Search videos

- Home
- Shows
- Live
- Music
- Saved videos

**Your watchlist**

- Latest videos



**Cheryl Samson**

**Anton Hardie** You're unaware, obviously; that our FBI, DOJ, state courts are biased, corrupt, deep state. Our vote...legal US citizens, should be correctly counted and matter, to US supreme court too.

Like · Reply · 5 w                                                        4

**Anton Hardie**

**Cheryl Samson** Really, so TRUMP a proven LIAR says one thing and is believed, but Institutions of LAW like DOJ and FBI, and courts all with 100s of thousands of employees are all lying?? And "deepstate"?? !!!!! And NOBODY THERE WOULD SPEAK UP IF THEY SAW YOUR "TRUTH" !!! ....Seriously... too much trump cool aid, or America had officially gone mad

Like · Reply · 5 w                                                        2

**Cheryl Samson**

**Anton Hardie** Bye, fake.😆

Like · Reply · 5 w                                                        1

**Darby Hart**
**Jay Mills**

Exactly...the left are idiots. They really have no clue about what JB the con man and many did to this country.

None.

Like · Reply · 5 w                                                        3

**Leah Buonauto**

**Barbe Helena** : That's the problem.

Like · Reply · 5 w                                                        1

**Paul Ghormley**

**Barbe Helena** it is looking like they are all part of the COMMUNIST TAKEOVER. What happened to the Durham Report? Were is BILL BARR? You are correct in your assessment.

Like · Reply · 5 w                                                        3

**Paul Ghormley**

**Sharon Stahl** They own the Government. COMMUNIST PARTY of Democrats.

Like · Reply · 5 w                                                        2

**Kimber Ashcraft**

**Barbe Helena** we are a Communist country now

Like · Reply · 5 w

**Paul Ghormley**

**Kimber Ashcraft** not yet. THE AMERICAN CITIZENS MILITIA IS HEAVILY ARMED. I pray it doesn't come to that, FREEDOM WAS BOUGHT WITH A PRICE.

Like · Reply · 5 w                                                        3

**Darby Hart**
**Thomas Palmeri**

All will be proven within time. Where is GH? She has not been seen I a while. Where is CW? He has not been seen a while.

I'm sure you know.

❤️🙏❤️

Like · Reply · 5 w                                                        1

**Kimber Ashcraft**

Paul Ghormley my thoughts. Trump has the evidence of a coup against him and our country . China is involved. Trump has said "a storm is coming" What does Trump control? The military with its massive intelligence and power. Trump will not just hand over an election with the massive fraud and voting machines ... Sidney Powell has evidence of a 400 million transaction by China to the voting machine execs days before our election.

Like · Reply · 5 w · Edited                                               3

**Barb Stone**
**Darby Hart** True !!!! 😎✊

Like · Reply · 5 w

**Barb Stone**
**Luis C Maldonado** WHY ?!?

Like · Reply · 5 w

**Tim Clark Sr.**

**Darby Hart** I have been seeing many planes flying in and out of Gitmo.

Like · Reply · 5 w

**Tim Clark Sr.**

**Anton Hardie** You are clueless.

Like · Reply · 5 w

**Darby Hart**
**Anton Hardie**

Left created the madness over 4 years ago.

The left gone mad, crazy, and bought and paid for‼️

Like · Reply · 5 w

**Lisa Williams**

Document title: (12) Watch | Facebook
Capture URL: https://www.facebook.com/watch/?v=682275302489698
Capture timestamp (UTC): Thu, 21 Jan 2021 06:11:49 GMT



**Watch**

🔍 Search videos

🏠 Home

📺 Shows

📹 Live

🎵 Music

📑 Saved videos

**Your watchlist**

▶️ Latest videos

Anton Hardie

Left created the madness over 4 years ago.

The left gone mad, crazy, and bought and paid for ‼️

Like · Reply · 5 w

Lisa Williams

**Barb Stone** because he's a "patriot" 🥹

Like · Reply · 5 w

Lisa Williams

**Darby Hart** charge or kill anyone u don't like ... Sounds about right for American values .. I'm sure future generations will hold u in high esteem

Like · Reply · 5 w

Darby Hart

**Anton Hardie**

You know very well sir the TRUTH. So, you must not care about this country and the freedoms many fought for you to have. Be prepared as the silent majority will no longer be after 4 years from the evil and radical Marxist and loons.

💪❤️

Like · Reply · 5 w

Thomas Palmeri

**Barbe Helena** the trump judges listened and said NO

Like · Reply · 5 w

Toni Spicer

**Barbe Helena** I said that about trump and look what happened. He refused to believe about the pandemic that happened(hoax) and he stated that the election was going to be fixed before everyone even started voting,because he wanted to be fixed in his favor, everyone was suppose to vote for him, nope didnt happen

Like · Reply · 5 w

Sherry Jackson

**Luis C Maldonado** your a lunatic you need to be committed to an asylum you are a danger to this country and yourself because if you say something like that to the wrong person it wouldn't be good for you. Just saying you need to watch what you say and who you say it to there's too many people out here that love our America just as it is and will fight to keep it this way it's our AMERICA, obviously not yours. If you don't like it here go where it's already the kind of country you want there's definitely some out there you won't have a hard time finding one.

Like · Reply · 5 w · Edited

Carolyn Warren

**Barbe Helena**

https://www.businessinsider.com/wisconsin-trump-election...

| | |
|---|---|
| 🖼️ | **BUSINESSINSIDER.COM** ⓘ<br>Trump's legal attempt to throw out votes in Wisconsin's most diverse counties 'smacks of racism,' judge says |

Like · Reply · 5 w

Jason Pang

**Barbe Helena** suck it up buttercup

Like · Reply · 5 w

Jason Pang

**Sharon Stahl** really? Do you know this personally? Do you work for the CIA? Do you have the actual receipt from China's purchase of Biden?



Like · Reply · 5 w

Jason Pang

**Paul Ghormley** if they did? How did trump win in the first place?

Document title: (12) Watch | Facebook
Capture URL: https://www.facebook.com/watch/?v=682275302489698
Capture timestamp (UTC): Thu, 21 Jan 2021 06:11:49 GMT

# Watch



🔍 Search videos

🏠 Home

📺 Shows

📹 Live

🎵 Music

📁 Saved videos

**Your watchlist**

▶️ Latest videos

Jason Pang
Paul Ghormley if they did? How did trump win in the first place?



Like · Reply · 5 w

Sharon Stahl
Paul Ghormley seems so

Like · Reply · 5 w

Renee Marie
Thomas Palmeri sounds like a typical liberal know nothing pretending to know it all. You honestly are clueless. Stop wasting OUR time here on a page full of people smarter than you. There are many others who are as brainwashed as you on other pages. Go find them so that you can stumble around in the dark together while the real Americans root out the evil.

Like · Reply · 5 w · Edited                                          👍 1

Renee Marie
Anton Hardie stop listening to CNN. Search for the truth and not the propaganda. You may actually learn something.

Like · Reply · 5 w

David Carelli
Barbe Helena AGREED ! But I Knew it... I hate to say it but this race is over. The SCOTUS dismissed the case on a technicality. Wisconsin Supreme Court just dismissed the case as well. And the other states will follow. Do you think a state that has broken the US and States Constitution is going to change their mind now? ABOLUTELY NOT ! The saddest thing is the US Constitution was disregarded for the election of the leader of country. And no one is going to stop it from happening. This has just VOIDED the US Constitution claiming special circumstances. Each state tested the outcome. It will not be long before states begin to, due to special circumstances, remove your firearms, and stop free speech. THIS IS A VERY SAD DAY FOR OUR COUNTRY !. The question is, at what point will the American citizen stop the tyranny by overthrowing its government ! If i was Trump, i would declare "Marshal Law" and let our military hold those accountable for treason in a military trial. Each active member and veteran as they also took the oath to defend the Constitution of the United States against all enemies, foreign and DOMESTIC..

Like · Reply · 5 w

Don Stack
Barbe Helena poor baby. Panties in a bunch?

Like · Reply · 5 w

Don Stack
Barbe Helena courts did listen and heard nothing but whining

Like · Reply · 5 w                                          😆 1

Darby Hart
Thomas Palmeri
Disagree
🙏❤️

Like · Reply · 5 w

Darby Hart
Lots going on behind the scenes....Where is Gina H the CIA lady?🤔🤔🤔

Like · Reply · 4 w

Write a reply...                                          😊 📷 😀

Press Enter to post.

Sandy Brooks
So hard to believe no one believes the witnesses. Go Sidney!!!

Like · Reply · 5 w                                          👍😆😠 81

Justin Sebakijje
Sandy Brooks Release the Cracken!

Sandy Brooks Release the Cracken!



Like · Reply · 5 w    3

Beverly Anderson
Justin Sebakijje what's the Kraken, really?
Did you know that the 2020 election was closely monitored by the DOD, National Guard and NSA?
It has been their #1 priority for years and they are prepared. Did you know Kraken is a DOD cyber
warfare program? It tracks Systems and acquires evidence of nefarious activities and crimes
committed by the Deep State. This is what Sidney Powell said was released.
Did you know that the CIA, FBI and DOJ is full of Swamp Rats intent on stealing the Presidential seat
for their global reset in order to usher in the U.N. Agenda 21?
Acting Secretary of Defense said, "Should any maligned actors underestimate our resolve or
attempt to undermine our efforts, we will not hesitate to restore deterrents and defeat any and all
threats."
Did you know that certain sectors of Special Forces Operations now report directly to Acting
Secretary of Defense Chris Miller?
They are aligned with President Trump, the Constitution and sworn to defending America against all
enemies, both foreign and domestic.
Fear not for the Kraken has been released and it has everything. Special Forces assets are now being
deployed to take down America's domestic enemies and traitors.
The National Guard was deployed in 12 states prior to November 3rd. One of their missions has
been assisting with cyber defense in those 12 states. Bad Actors haven't escaped scrutiny.
Remember Executive Order on Imposing Certain Sanctions in the Event of Foreign Interference in
U.S. Elections issued September 12, 2018. The criterion of National Emergency has been met.

Like · Reply · 5 w    9

Maria Bartolomeo
Sandy Brooks UNEDUCATED

Like · Reply · 5 w

Sandy Brooks
Don't care what you 🤔 think.

Like · Reply · 5 w    1

Jack King
Beverly Anderson But we are dealing with democrat corruption in every branch of our government.
Democrats are world famous for getting away with commiting crimes Laws were made for
Republicans.

Like · Reply · 5 w    1

Justin Sebakijje
Beverly Anderson Totally, I want to pee-lieve!



Like · Reply · 5 w    1

Thomas Palmeri
Sandy Brooks what is so hard try listening to them they are crackpots. Only complete mental cases
with low IQs like Donnie could believe the likes of Rudy saying martians voted

Like · Reply · 5 w

Neil Bednarick
Sandy Brooks There are no oath taking "witnesses"

Like · Reply · 5 w

Jason Pang
Sandy Brooks because Sidney and her witnesses are fake news.

Like · Reply · 5 w

Jason Pang
Sandy Brooks trump lost

Like · Reply · 5 w

Write a reply...



# Watch

🔍 Search videos

🏠 Home

▶ Shows

📹 Live

🎵 Music

🗂 Saved videos

**Your watchlist**

🔵 Latest videos



Jason Pang
**Sandy Brooks** trump lost
Like · Reply · 5 w

Write a reply...
Press Enter to post.

Bob Andrews
But if no court well hear the case then it never happened; like a tree falling in a forest. How awful that our leaders, MSM and courts are turning a blind eye to this travesty of justice. I served 24 yrs in the military because I'm patriotic and was raised believing that America was the greatest country in the world. I am trying to keep the faith but am now learning that much of what I believed was a facade. God Bless President Trump for his love of America and it's history. I will continue to support him to the day he dies and will celebrate his legacy until I do. Thank you also true patriots for supporting the true dream of our founding fathers.
Like · Reply · 5 w                                                                                        😍😮 19

Kiddo Love
**Bob Andrews** they are listening to citizens and now they have the proof, God bless President Trump
Like · Reply · 5 w                                                                                        😮 2

David Carelli
**Bob Andrews** AGREED ! But I knew it... I hate to say it but this race is over. The SCOTUS dismissed the case on a technicality. Wisconsin Supreme Court just dismissed the case as well. And the other states will follow. Do you think a state that has broken the US and States Constitution is going to change their mind now? ABOLUTELY NOT ! The saddest thing is the US Constitution was disregarded for the election of the leader of country. And no one is going to stop it from happening. This has just VOIDED the US Constitution claiming special circumstances. Each state tested the outcome. It will not be long before states begin to, due to special circumstances, remove your firearms, and stop free speech. THIS IS A VERY SAD DAY FOR OUR COUNTRY !. The question is, at what point will the American citizen stop the tyranny by overthrowing its government ! ! if i was Trump, i would declare "Marshal Law" and let our military hold those accountable for treason in a military trial. Each active member and veteran will back him as they also took the oath to defend the Constitution of the United States against all enemies, foreign and DOMESTIC..
Like · Reply · 5 w

Kevin Mcilhinney
**David Carelli** No it's a great day for democracy ...Trump is gone!! I think all you Trumper's who disgrace the United States of America should move to Russia since a dictator is what you crave and worship!
Like · Reply · 5 w

Joshua Pappalardo
dont be too sad, on 12/18 lou dobbs will recant this whole make believe story. he was lying to you, i hope you didnt lose too much sleep over it!
Like · Reply · 4 w

Write a reply...
Press Enter to post.

Richard Nunez
It is appalling that the FBI, NSA or any of the other agencies aren't all over this issue. It seems like all they do is spend taxpayers money and don't work at their obligated functions.
Like · Reply · 5 w                                                                                        😮👍 21

Nancy Broda
What good does it really do for us to know what we already knew... The powers that be are not in control and we can do nothing to stop what's happening😠 even the supreme court is letting us and him down 😠
Like · Reply · 5 w · Edited                                                                        😮👍 4

Rhonda Stevens Caleca
Why aren't the courts doing their job to represent us !,,,????
Like · Reply · 5 w                                                                                        😮😍👍 66

∧ Hide 60 replies

Aaron Thomas Hero
**Rhonda Stevens Caleca** They did, they rejected a ridiculous lawsuit
Like · Reply · 5 w                                                                                        😮😡👍 10

Jamin Esraeil
**Rhonda Stevens Caleca**
Because they are bunch of coward. All the witnesses came and testified put their life, family and job in risk to talk about truth and justice.
But look at all of these Politicians, Governors and Judges. The either denial or step in the last days. Name me one of them to really wanted justice except the Rep Vernon Jones. I don't trust Cruz, Graham, Rubio..... and on and on.
Trump Administration got stab from his personal 1st, look at Barr,FBI and HLS
Like · Reply · 5 w                                                                                        👍 9

Amanda Belcher
**Rhonda Stevens Caleca** the courts do not represent the people, but they uphold the law and the constitution. Also, a lot of these judges were Trump appointments, even in the lower courts.
Like · Reply · 5 w · Edited                                                                        👍 6

---

Document title: (12) Watch | Facebook
Capture URL: https://www.facebook.com/watch/?v=682275302489698
Capture timestamp (UTC): Thu, 21 Jan 2021 06:11:49 GMT



**Amanda Belcher**
Rhonda Stevens Caleca the courts do not represent the people, but they uphold the law and the constitution. Also, a lot of these judges were Trump appointments, even in the lower courts.

Like · Reply · 5 w · Edited                                                                                   6

**Greg Zeglen**
Jamin Esraeil Justices Thomas and Alito...both would have heard the Texas case and said so....

Like · Reply · 5 w                                                                                              5

**Cheryl Samson**
Rhonda Stevens Caleca Sadly, most are liberals.

Like · Reply · 5 w                                                                                              4

**James Bkr**
Rhonda Stevens Caleca they are. They are throwing out cases for being frivolous and lacking any evidence. It's easy to spout lies on TV, entirely different in a court of law. And I think you will find most of the judges were republican appointees. What's your excuse now?

Like · Reply · 5 w                                                                                              3

**Theda Saffo**
Amanda Belcher You're trying to persuade people with reason who insist every vote that wasn't cast for Trump is fraudulent. There's no piercing that kind of entitlement with logic.

Like · Reply · 5 w                                                                                              2

**Cassie Maloney**
James Bkr well why is the AG in Michigan blocking the release of the Dominion machines, why are these states against forensic audits. Georgia has a ton of evidence on video, eyewitnesses, etc.. and they still are not doing anything. This is a coordinated effort to make the USA into communist China. Do you live in a democratic ran state because I do and it's horrible? They are making people lose their businesses by not allowing them to.open and earn a living wage. They are not offering a good public education for the children. It's disgusting and un-American too.do this to people.

Like · Reply · 5 w                                                                                              7

**Janice Jr Hawk**
Lord You are sooo needed to intervene in all this corruption. All those working and trying to keep a cap on all the destruction,lying, stealing and all the things you can see that we can not see,please do what you see is best,Through the Blood You Shed on That Cross help our Officials to do what You Lord is best to do about what is going on In Jesus Christ Holy Name AMEN.

Like · Reply · 5 w                                                                                              4

**Steven E Jackson**
Rhonda Stevens Caleca amen

Like · Reply · 5 w

**Kevin Mcilhinney**
Janice Jr Hawk what's the big deal we are getting Rid of a lying thug that did nothing in 4 years.....be happy

Like · Reply · 5 w                                                                                              3

**Larry Langedahl**

😡  1

Like · Reply · 5 w

**Larry Langedahl**
Trump 2020 yes justice

Like · Reply · 5 w                                                                                              ❤ 1

**Larry Langedahl**
Cival war stop china demacrates call out the army or what ever

😡  1

Like · Reply · 5 w

**Larry Langedahl**

👍  1

Like · Reply · 5 w

**Paul Ghormley**
Kevin Mcilhinney you SMOKE WAY TOO MUCH CNN CRACK.

Like · Reply · 5 w                                                                                              1

**Rhonda Stevens Caleca**
James Bkr I think you live under a rock                                                                         😆

Like · Reply · 5 w

**James Cassidy**
Cheryl Samson most of them Republicans

Like · Reply · 5 w                                                                                              2



James Bkr I think you live under a rock
Like · Reply · 5 w

James Cassidy
Cheryl Samson most of them Republicans
Like · Reply · 5 w

James Cassidy
Jamin Esraeil they really had no proof
Like · Reply · 5 w

Kevin Mcilhinney
Paul Ghormley The election is over trump lost grow up!
Like · Reply · 5 w

Jamin Esraeil
Greg Zeglen this is symbolic act. Maybe you think I'm crazy but look how they protect Biden and
how they attacked when DT became president. They are fooling us to buy time and change the world
Like · Reply · 5 w

Shorty West
Kevin Mcilhinney We may be getting rid of one, but the one that is taking his place is gonna be
much, much worse.
Like · Reply · 5 w

Barb Stone
Rhonda Stevens Caleca Because of threats of destroying 💥.
Like · Reply · 5 w

Rudy N Brenda Salazar
Rhonda Stevens Caleca look up the judges 7 out of 9 come from the east coast democratic nation.
Like · Reply · 5 w

Cassie Maloney
Jayde Ramos I also know people in GA and they don't buy the debunked crap that your corrupt
Govenor and others are trying to say. Those votes were not properly done. There wasn't a
Republican and Democratic person there to oversee the process. It's fraud anyway they want to spin
it.
Like · Reply · 5 w

Kenny Kruser
Cassie Maloney I just moved my business out of Illinois to a Republican state!
Like · Reply · 5 w

Martha Findley
Rhonda Stevens Caleca pAyed off or scared
Like · Reply · 5 w

Martha Findley
Aaron Thomas Hero bull
Like · Reply · 5 w

Martha Findley
They are paid off or scared
Like · Reply · 5 w

Aaron Thomas Hero
Martha Findley Nope, just throwing out obviously ridiculous cases.
Like · Reply · 5 w

Kevin Mcilhinney
Paul Ghormley and you have a crack in your head!
Like · Reply · 5 w

Thomas Palmeri
Rhonda Stevens Caleca they did, many Trump appointed judges including three Supreme Court
judges all ruled to uphold the fair election we had.
Like · Reply · 5 w

Neil Bednarick
Rhonda Stevens Caleca What you really mean is why are they not kissing Trump butt
Like · Reply · 5 w

Donald Johnson
Rhonda Stevens Caleca some real smart people showed me whats really taking place in the last day.
Friend me and I'll be most happy to share the information. it restored my hope. Trump is darn near
genius
Like · Reply · 5 w

Deborah Gail Hill
Rhonda Stevens Caleca my thought is fear of not being relected possibly scared or just don't want
to do their jobs.its sad what this is doing to America patirots did I spell that wrong ?
Like · Reply · 5 w

Gunnel Jonsson
Rhonda Stevens Caleca HAVE YOU BEEN SLEEPING? THEY HAVEN'T ANY EVIDENC....JUST
CLAMING....YOU HAVE TO HAVE PROW AND SHOW THESE. ...AND IT'S NOTHING😂😂😂😂
Like · Reply · 5 w

Genevieve Huntington



**Watch**

🔍 Search videos

🔵 Home

📺 Shows

📹 Live

🎵 Music

💾 Saved videos

**Your watchlist**

🔵 Latest videos



**Gunnel Jonsson**
Rhonda Stevens Caleca HAVE YOU BEEN SLEEPING? THEY HAVEN'T ANY EVIDENC....JUST CLAMING....YOU HAVE TO HAVE PROW AND SHOW THESE. ...AND IT'S NOTHING😂😂😂😂
Like · Reply · 5 w

**Genevieve Huntington**
Larry Langedahl Maybe Trump should call upon his spiritual advisor. LOL!!!
https://youtu.be/I4daeEaclVI?t=5

YOUTUBE.COM
Donald Trump's Faith Advisor Leads Viral Sermon After Election Day | NowThis

Like · Reply · 5 w

**Mike RO US**
Courts don't represent us, they interpret the law, settle disputes and make judgments about Constitutionality .
Like · Reply · 5 w

**Phil Porter**
Aaron Thomas Hero The United States Constitution clearly states that only State Legislators can change and emend election laws but in Georgia Michigan Pennsylvania and Wisconsin either Governors or Attorney Generals changed the election laws which is unconstitutional. However the Supreme Court is apparently afraid that throwing out all the illegal votes would swing the election back to Trump and then the country would erupt in riots.
Like · Reply · 5 w                                                                    😆 1

**Martha Hammock**
Rhonda Stevens Caleca Judges don't do 'favours' for parties ... they follow the law. When you stop drinking the Trump juice, you'll see clearly..
Like · Reply · 5 w

**Martha Hammock**
Cheryl Samson Republicans put in by Trump 😂😂😂.
Like · Reply · 5 w

**Martha Hammock**
Amanda Belcher I'm exhausted!!! Thank you for the advice.
Like · Reply · 5 w

**Martha Hammock**
Jamin Esraeil What you watched was a republican pow-wow. Not a court proceedings. #stayinschool
Like · Reply · 5 w

**Naomi Fines Estes**
Because they are scared of the Democrats
Like · Reply · 5 w                                🔵 1

**Judith Schieffer**
They are! Stop the madness and stop the unproven accusations! Ms. Powell is a nut job! Also, Greg Zeglen ... the justices said they would not be able to provide resolve to the case making it senseless to hear the case.
Like · Reply · 5 w

**Judy Closson-Prior**
Cheryl Samson this will come out on a Special broadcast with proof of manipulation and forensic proof shortly! The Dominion in Colorado have fled the state!
Like · Reply · 5 w

**Alana Maria**
Rhonda Stevens Caleca because they are all in bed with communist China as well, this has been a slow takeover of America for many years.
Like · Reply · 5 w

**Alana Maria**
Rhonda Stevens Caleca

"We'll know our disinformation program is complete when everything the American public believes is false" — William Casey Director of the C.I.A. at an early February 1981 meeting of the newly elected President Reagan in the Roosevelt Room of the WH with his new cabinet secretaries.
Like · Reply · 5 w

**Michelle Clark**
James Bkr pics have been released of Many (Rep & Dem) with Chinese High up officials-Get a Clue —All of You
Like · Reply · 5 w                                                                    😍 1

**James Bkr**
Michelle Clark they have pics of Trump too with officials from foreign countries. Does that make him complicit? You do realize that as a public servant, part of your job is to actually work with foreign countries and officials? 😂😂😂😂😂
Like · Reply · 5 w

**Tristan Lockhart**
Rhonda Stevens Caleca protect you from what?
Like · Reply · 5 w



**Watch**

🔍 Search videos

🏠 Home

📺 Shows

📹 Live

🎵 Music

🗂 Saved videos

**Your watchlist**

▶ Latest videos



foreign countries and officials? 😂😂😂😂😂

Like · Reply · 5 w

**Tristan Lockhart**
Rhonda Stevens Caleca protect you from what?

Like · Reply · 5 w

**Michelle Clark**
A month or so ago I'd shrug off your laugh to ignorance because of Big Tech & MSM-but information has been out there for So long-and even now MSM is recognizing it-they think they've got Joe in....now they've got to get him out for Kommie-I mean Kammie, wait-Kammallia. Pictures are only 1 part-bundling money, another, large sums of money to sitting Reps-quite another. If you choose not to be suspicious and want to investigate, that would be your choice. But remember, when they's evidence that our former VP & his entire family is caught up in money laundering, National Security—it would be my choice-&and many others to investigate. Not to mention crimes against children—which is A WHOLE OTHER STORY....but, do carry on in your little fantasy land

Like · Reply · 5 w · Edited

**James Bkr**
Michelle Clark tell you what. I will worry when your cult leader releases his tax return 😁 Does that sound like a fair deal??? Oh, and I'm not a democrat. I'm just not a follower of ridiculous conspiracy theories. But you keep sending Trump your money to pay off his debts. I mean legal fees 😂😂😂😂

Like · Reply · 5 w

**David Carelli**
Phil Porter i AGREE 100%, but I Knew it... I hate to say it but this race is over. The SCOTUS dismissed the case on a technicality. Wisconsin Supreme Court just dismissed the case as well. And the other states will follow. Do you think a state that has broken the US and States Constitution is going to change their mind now? ABOLUTELY NOT ! The saddest thing is the US Constitution was disregarded for the election of the leader of country. And no one is going to stop it from happening. This has just VOIDED the US Constitution claiming special circumstances. Each state tested the outcome. It will not be long before states begin to, due to special circumstances, remove your firearms, and stop free speech. THIS IS A VERY SAD DAY FOR OUR COUNTRY !. The question is, at what point will the American citizen stop the tyranny by overthrowing its government ! If i was Trump, i would declare "Marshal Law" and let our military hold those accountable for treason in a military trial. Each active member and veteran will back him as they also took the oath to defend the Constitution of the United States against all enemies, foreign and DOMESTIC...

Like · Reply · 5 w                                                                                    👍 1

**Ken Stonehouse**
Rhonda Stevens Caleca makes you wonder how far up the China payroll goes.

Like · Reply · 5 w

**Judith Stevens**
Alana Maria Who are all? Republicans? Trump made deals with them. We lost.

Like · Reply · 5 w

**Judith Stevens**
Greg Zeglen But they also said it had no standing or merit. No case or proof.

Like · Reply · 5 w

**Thea J Masters**
Kevin Mcilhinney I think you've been living at CNN. Believe fake news much?

Like · Reply · 5 w

**Oliver Phippen**
The COURTS are complicit - recall Sullivan in the Flynn case ????? and they cant be impeached unless congress votes them out

Like · Reply · 4 w                                                                                    😮 1

**Melissa Brown**
Rhonda Stevens Caleca. There part of the SWAMP

Like · Reply · 1 d

Write a reply...                                                                    😊 🎁 GIF

Press Enter to post.

**Toni Hubbard**
And look where all the obvious evidence gets us ... nowhere. The Republicans have not had the gumption to prosecute past Democrat criminal activities (perhaps because they are afraid of what might come out about them) so now the SCOTUS has turned a blind eye .. I love our President but I've lost hope

Like · Reply · 5 w                                                                                    👍😢❤ 22

**Connie S VanScyoc**
Toni Hubbard They are following the law.
They didn't vote on the merit of the case. They voted on the WORDING of the filing. Alito even GIFTED them the wording to RE-file. This was strictly procedural. A lot more to come.

IT MUST BE DONE RIGHT OR ELSE WE WON'T WIN IT ALL.

Patience
Faith
HOLD THE LINE.

Like · Reply · 5 w                                                                                    👍❤ 7

**Amanda Belcher**
Toni Hubbard





Watch

Search videos

Home

Shows

Live

Music

Saved videos

Your watchlist

Latest videos

Patience
Faith
HOLD THE LINE.

Like · Reply · 5 w 7

Amanda Belcher
Toni Hubbard

Like · Reply · 5 w

Paul Ghormley
Toni Hubbard we will now see if WE THE PEOPLE will stand up?

Like · Reply · 5 w 3

Grantham Perry
Paul Ghormley and do what?

Like · Reply · 5 w

Sherry Youngs Fout
Toni Hubbard no Toni, God is in control, I don't know if you know him, but now more then ever we need to trust Jesus, he will not forsake us, Satan wants you to give up hope, don't be defeated, Jesus is our hope

Like · Reply · 5 w 2

Donald Johnson
Toni Hubbard don't loose hope. I have information to restore your hope. Some things have to play out first. Trump2020

Like · Reply · 5 w 1

Write a reply...

Press Enter to post.

Jouy A. L. Thompson
Patriots we need this information. Counties that are fighting corruption need our support and eyes and fight. We must take back piece by piece, county by county, state by state. Thank you Sidney and I'm at your service.

Like · Reply · 5 w 33

Gale Johnston Emmons
Yes, but the supreme court doesn't care. All her work and bravery they will just ignore.

Like · Reply · 5 w 13

Linda Stegner
This election was not about electing a dementia minded clone but a plan to unseat a current president. To get the supreme Court to look at this the constitution has to be the main argument with a unique entrance or as a coach I would say needs a great inbounds play.

Like · Reply · 5 w 16

Judith Knight
Why was nothing done before this election? I have reviewed negative critiques of Dominion published long before the 2020 elections. & even some Dems' were concerned. What is going on! Were we just too attacked by all sides & distracted to protect our election process? I am praying that your work is going to secure American's right to fair voting.

Like · Reply · 5 w 13

Paul Ghormley
Judith Knight it called CHINA VIRUS. The COMMUNIST TAKEOVER WAS PLANNED.

Like · Reply · 5 w 3

Gus P. Haritos
THIS CRISI COULD HAVE BEEN AVOIDED. We HAVE SEEN ELECTIONS STOLEN AGAIN AND AGAIN AND NO ONE IS WILLING TO CLEAN UP THE MESS TO ASSURE HONEST ELECTIONS.

Like · Reply · 5 w

Write a reply...

Press Enter to post.

## Watch

🔍 Search videos

🏠 Home

▶ Shows

📹 Live

🎵 Music

💾 Saved videos

**Your watchlist**

▶ Latest videos

THIS CRISI COULD HAVE BEEN AVOIDED. WE HAVE SEEN ELECTIONS STOLEN AGAIN AND AGAIN AND NO ONE IS WILLING TO CLEAN UP THE MESS TO ASSURE HONEST ELECTIONS.

Like · Reply · 5 w

Write a reply...

Press Enter to post.

**Carolyn Elrod**
I can't find out how to report evidence. The election office in Georgia isn't interested and I don't know how to reach anyone on the legal team.

Like · Reply · 5 w                                    11

⌃ Hide 14 replies

**Rosemarie Morsch McDaniel**
Carolyn Elrod send an email to the whitehouse

Like · Reply · 5 w

**Justin Sebakijje**
Carolyn Elrod



Like · Reply · 5 w                                    2

**Darby Hart**
Carolyn Elrod Kemp....Follow his money thru an investigation. Swiss bank? Soros? Hire a R investigator and you can find the truth...

Like · Reply · 5 w

**Sara Kelly**
Carolyn Elrod also send to Charlie Kirk and ask he forward. Make it stand out, everyone is inundated with information

Like · Reply · 5 w

**Diane Covell**
Justin Sebakijje all sellouts to the Chinese communist government......now communist terrorists....democrats....

Like · Reply · 5 w                                    1

**Justin Sebakijje**
Diane Covell









Watch

Search videos

Home

Shows

Live

Music

Saved videos

Your watchlist

Latest videos

Like · Reply · 5 w 1

Diane Covell
Only trolls post crap like yours

Like · Reply · 5 w

Justin Sebakijje
Diane Covell "Conservative Tear Collector"...

Like · Reply · 5 w

John Lowe
Justin Sebakijje. Not happening.

Like · Reply · 5 w

Christie Earl
Carolyn Elrod https://truethevote.org/detail/georgia/

TRUETHEVOTE.ORG
Georgia - True The Vote

Like · Reply · 5 w

Jayme Shane
Carolyn
You can report directly to the white house

Like · Reply · 5 w

Cynthia Mayer
Carolyn Elrod report it at everylegalvote.com

EVERYLEGALVOTE.COM
Every Legal Vote

Like · Reply · 5 w

Joshua Pappalardo
just write a check for all you have to trump PAC embezzlement fund.

Like · Reply · 4 w

Barba Negra
Post it on your FB timeline. Im sure if you post such evidence it would go viral.

Like · Reply · 3 w

Write a reply...

Press Enter to post.

Mark Burk
Hang up the cleats Lou & you gave it your all. Santa Clause may not be real. Democracy is better than Trumpians and so are you sir! Your better than this!

Like · Reply · 5 w 9

Jerry Sims
Mark Burk we'll never let this rest. Get that through your thick head. President Trump is a National Hero, and we'll never let communist traitors take control of this country again.

Like · Reply · 5 w 9

Justin Sebakijje
Mark Burk Lou Dobbs.

Document title: (12) Watch | Facebook
Capture URL: https://www.facebook.com/watch/?v=682275302489698
Capture timestamp (UTC): Thu, 21 Jan 2021 06:11:49 GMT

Watch

Search videos

Home

Shows

Live

Music

Saved videos

Your watchlist

Latest videos

Mark Burk we'll never let this rest. Get that through your thick head. President Trump is a National Hero, and we'll never let communist traitors take control of this country again.
9
Like · Reply · 5 w

Justin Sebakijje
Mark Burk Lou Dobbs.

1
Like · Reply · 5 w

Darlene Tarbox Sheehan
Mark Burk never stop fighting for the truth to prevail
1
Like · Reply · 5 w

Carol Hauser
WHAT DEMOCRACY????? All TRAITORS!!
You're not the brightest bulb in the package. What r u doing in AMERICA??
3
Like · Reply · 5 w

Mark Burk
Jerry Sims at what point does he become a National Hero? Define that moment- you can't. Good luck. 🍀
2
Like · Reply · 5 w

Sean O'Mahony
Jerry Sims get over yourself you'r e and diaper donnie is a loser!!!🤣🤣🤣🤣🤣🤣
1
Like · Reply · 5 w

Write a reply...
Press Enter to post.

Peet Roets
Who all are involved in this criminality? There must be a lot more involved. It is absolutely mind boggling to think that no court is willing to at least just listen to the evidence before rejecting it. There are people willing to go to jail if the evidence given is fals does that not stand for anything?
7
Like · Reply · 5 w · Edited

Justin Sebakijje
Peet Roets

1
Like · Reply · 5 w

Write a reply...
Press Enter to post.

Rich Leatham
The Supreme Court tossed out her case because there wasn't any evidence. But this is standard Powell, always promising something coming out big "tomorow," and yet it never comes.
11
Like · Reply · 5 w · Edited

Hide 34 replies

Tonya Norcott
Rich Leatham that is simply not true.
4
Like · Reply · 5 w

Tonya Norcott
Rich Leatham was not tossed for lack of evidence. The paperwork was worded wrong. They were told to fix it and refile!
4
Like · Reply · 5 w

Rich Leatham
Tonya Norcott I'm afraid so. https://www.foxnews.com/.../scotus-denied-election-texas...

**Tonya Norcott**
Rich Leatham was not tossed for lack of evidence. The paperwork was worded wrong. They were told to fix it and refile!
Like · Reply · 5 w                                                                                    4

**Rich Leatham**
Tonya Norcott I'm afraid so. https://www.foxnews.com/.../scotus-denied-election-texas...

> FOXNEWS.COM
> Supreme Court declines to hear Trump-supported Texas case over election results in four other states

Like · Reply · 5 w                                                                                    1

**Mary Hannah Bates**
Tonya Norcott and why can't a top attorney file the paperwork correctly the first time?
Like · Reply · 5 w                                                                                    2

**Rich Leatham**
Tonya Norcott Incorrect. Unless you are referring to lack of evidence as bad paperwork. In the courts own words: "Texas has not demonstrated a judicially cognizable interest in the manner in which another State conducts its elections." Meaning they couldn't show any evidence that would persuade the court that Texas has the right to stick its nose into other state's business. Not to mention, can you hear the drum roll, Texas didn't sue any of the states that did the exact same thing, but Trump won. They only sued states where Trump lost.
Like · Reply · 5 w · Edited                                                                          2

**Anton Hardie**
Rich Leatham Of course she will say it's not over because she gets a 25% cut of trumps "legal fund" the longer she drags her fake dog and pony show around the more she makes, and then will lose her license from the legal BAR and retire.
Like · Reply · 5 w                                                                                    3

**Alice Grass**
Rich Leatham you 'll see. Just be patient
Like · Reply · 5 w

**Alice Grass**
Anton Hardie what a nonsense
Like · Reply · 5 w                                                                                    1

**Rich Leatham**
Alice Grass I'm sure the translation from Russian was the problem there Alice.
Like · Reply · 5 w                                                                                    1

**Anton Hardie**
Alice Grass Sorry Alice, all these claims have already been through the courts and proved false, claims re machines have been investigated by DOJ, FBI, STates and all prove her "stories" ... are just that ... stories. Over 50 cases taken to courts re "voter fraud" ALL proved no widespread voter fraud, the Supreme court does not hear testimony from witnesses, but reviews cases and disputes, and looks at evidence submitted. So now Republicans, desperate try sueing at Supreme court... using state to state claim with same claims, and additional claims "like the one listed in the supreme court filing, example = "Harris cannot be VP as her parents were immigrants" ??? Really!!! ??? Supreme court denied the claim unanimously because the constitution was not ignored by any state .... so case denied to be heard ... and case had No merit or factual proof
Like · Reply · 5 w                                                                                    2

**Alice Grass**
Anton Hardie just wait
Like · Reply · 5 w

**Rich Leatham**
Alice Grass LOL, that is what Sydney Powell says on every visit with Lou Dobbs. She never brings it, though. Fox must pay her "per visit."
Like · Reply · 5 w                                                                                    2

**Anton Hardie**
Alice Grass For what?? More lies? More attempted treason? More attempts at a coup? MORE trying to overthrow an election with no VALID OR LEGAL proof of wrongdoing? More hate and division in the country? More people to believe the lies and disinformation spewed by Trump and Co??? RESPECT THE COUNTRY, RESPECT THE VOTERS, RESPECT THE PEOPLE, RESPECT THE LAW AND RESPECT THE CONSTITUTION!!! All of which have beaten Trump, while he ignores people dying in a pandemic.... oh what a great leader???? "lets all inject bleach like he says we should" and you still want to follow him??? Amazing
Like · Reply · 5 w                                                                                    2

**Amy L. Robles**
Rich Leatham this wasn't Sidneys case. She hasn't even gone to the Supreme Court yet.
Like · Reply · 5 w                                                                                    3

**Rich Leatham**
Amy L. Robles No, not in the strictest sense. But she has all the same arguments. Her conspiracy is even getting wilder and less believable as time goes on. Tucker Carlson admitted on air that Powell either couldn't or wouldn't share any evidence with him. As all the other lawyers have found out in the 50 cases, 51 counting the one from Texas, screaming voter fraud doesn't convince a single court. You need evidence. I couldn't even find who is paying her, other than Fox when she appears as a guest.
Like · Reply · 5 w                                                                                    1



**Watch**

🔍 Search videos

- ▶ Home
- 🎬 Shows
- 📷 Live
- 🎵 Music
- 📁 Saved videos

Your watchlist

- ▶ Latest videos



even getting wilder and less believable as time goes on. Tucker Carlson admitted on air that Powell either couldn't or wouldn't share any evidence with him. As all the other lawyers have found out in the 50 cases, 51 counting the one from Texas, screaming voter fraud doesn't convince a single court. You need evidence. I couldn't even find who is paying her, other than Fox when she appears as a guest.

Like · Reply · 5 w

**Paul Ghormley**
Rich Leatham their ruling had nothing to do with EVIDENCE. It was never introduced. They didn't hear the case. You are SMOKING WAY TO MUCH CNN CRACK.

Like · Reply · 5 w

**Rich Leatham**
Paul Ghormley Actually you can read the courts words yourself. No middleman necessary. And yes, they provided evidence in the briefs they filed. Did you think all their briefs said was "please hear our case because Trump is yelling at us?" To quote the court: "Texas has not demonstrated a judicially cognizable interest in the manner in which another State conducts its elections. All other pending motions are dismissed as moot." Without any evidence of voter fraud, Texas has no say in how another state holds its election.

Like · Reply · 5 w

**Georgina Haseldine**
Mary Hannah Bates because se the judges are being twats....

Like · Reply · 5 w

**Paul Ghormley**
Anton Hardie You should SMOKE WAY MORE CNN CNBC CRACK.

Like · Reply · 5 w

**Anton Hardie**
Paul Ghormley 😂😂😂😂 Nope, just prefer truth to lies .... good luck

Like · Reply · 5 w

**Amy L. Robles** bingo! People repeat the same BS over and over again ., not the facts but the propaganda.Totally brainwashed by our media

Like · Reply · 5 w

**Ilona Wojtowicz**
Rich Leatham don't worry , Trump 2020 !

Like · Reply · 5 w

**Ilona Wojtowicz**
Rich Leatham this was Tx case not Powell's
So get your info straight, don't spread more fake news and stop being annoying

Like · Reply · 5 w

**Rich Leatham**
Ilona Wojtowicz Its all one case using the same conspiracy theories. The different lawyers have presented it again and again in different courts hoping to get a different outcome. They have all lost. Sydney Powell has now upped her conspiracy claim throwing in voting machine software and a Venezuelan plot that is so crazy she might as well have added lizard people and the Illuminati.

Like · Reply · 5 w

**Ilona Wojtowicz**
Rich Leatham if you don't trust this amazing lawyer, just leave it . You acting like it's really bothering you and won't accept Trump 2020
We all know that he will be the winner .

Like · Reply · 5 w

**Ilona Wojtowicz**
Rich Leatham I am proud American ! Became one over 20 years ago and will fight for the truth since I understand regime and communism ( grew up in Eastern Europe) so don't argue about how wonderful democracy we have here because this whole system is so corrupted . Open your eyes ! It isn't anymore about Trump ( who is amazing anyway) but about our rights , dignity, constitution and integrity. We can't allow pseudo-Democrats change our system !
Please educate yourself what's communism ( nothing is free in life)
Don't ever call me a troll bc you have no rights to call me name !

Like · Reply · 5 w

**Rich Leatham**
Ilona Wojtowicz It is certainly possible. But your diatribe sounds exactly like the Russian propaganda being put out because they like authoritarian leaders, and Trump doesn't challenge Putin.

Like · Reply · 5 w

**Ilona Wojtowicz**
Rich Leatham let's stop arguing bc we have very different opinions. I see do much corruption and you don't .I don't follow anyone ( in my private life too ) , don't watch tv because I like yo have my opinion. In my life I experienced more then you since I can compare two different systems. Let's stay civilized and stop this conversation which won't take us nowhere.
Btw you still own me an apology for calling me troll -lol

Like · Reply · 5 w

**Rich Leatham**
Ilona Wojtowicz No, you are a troll. I doubt you are even in America. Fortunately I can just block you. I would watch Russian tv if I wanted fluffy generic pro-Trump propaganda pieces.

Like · Reply · 5 w



# Watch

Search videos

- Home
- Shows
- Live
- Music
- Saved videos

**Your watchlist**

- Latest videos



Ilona Wojtowicz No, you are a troll. I doubt you are even in America. Fortunately I can just block you. I would watch Russian tv if I wanted fluffy generic pro-Trump propaganda pieces.

Like · Reply · 5 w

**Rich Leatham**
Rich Leatham Like Trumps"in 2 weeks"

Like · Reply · 5 w

**Neil Bednarick**
Tonya Norcott Like Trumps,its coming in 2 weeks

Like · Reply · 5 w

**Michelle Vanness**
Anton Hardie none of the evidence has been presented in a court. Please educate yourself and stop being a sheep.

Like · Reply · 5 w

**Anton Hardie**
Michelle Vanness Actually it has in the form of all the "affidavids" and explanation of claims made in the briefs have been affixed to court filings at the state courts and state supreme courts, who have reviewed the "evidence" submitted and said it was Not valid, as did not prove fraud, or stand as factual evidence or has previously been debunked and proven fake. Check the state filings....

Like · Reply · 5 w

**Rich Leatham**
Ilona Wojtowicz OMG, you must be one those foreign influencers. Or a troll. Nobody talks about Sydney Powell being an amazing lawyer. And only the Russian trolls these days actually believes Trump won.

Like · Reply · 5 w

Write a reply...
Press Enter to post.

**Yvonne Moore-Lynch**
With this very important election runoff for the Senate coming up on January 5th in Georgia I find it suspicious that the Georgia SoS is asking the election Commissioners in Coffee, Floyd and Spalding County's to step down or resign which are all county's that Trump won in large numbers!?!

Like · Reply · 5 w · Edited

**Justin Sebakijje**
Yvonne Moore-Lynch Republicans shouldn't vote...it's all rigged!

Like · Reply · 5 w

**Paul Ghormley**
Yvonne Moore-Lynch Oh be assured the voting will be close with the Same outcome. The MACHINES will make sure of that. IF THE AMERICAN CITIZENS MILITIA DON'T PREVENT IT AMERICA WILL BE COMMUNIST IN 2 YEARS.

Like · Reply · 5 w

Write a reply...
Press Enter to post.

**Bruce Normand**
Apparently the Supreme Court has blatantly told WE THE PEOPLE that we are on our OWN. They do not want to act on anything from Fraud, sex trafficking, drugs ,election fraud everything that has happened in the last 4 years including the Bias of the Media, and fake impeachment. So we are now a lawless country. Will we stand for it when we do what is right and just ALL THE TIME.... HELL NO

Like · Reply · 5 w

Document title: (12) Watch | Facebook
Capture URL: https://www.facebook.com/watch/?v=682275302489698
Capture timestamp (UTC): Thu, 21 Jan 2021 06:11:49 GMT



Bruce Normand
Apparently the Supreme Court has blatantly told WE THE PEOPLE that we are on our OWN. They do not want to act on anything from Fraud, sex trafficking, drugs ,election fraud everything that has happened in the last 4 years including the Bias of the Media, andf fake impeachment. So we are now a lawless country. Will we stand for it when we do what is right and just ALL THE TIME.... HELL NO

Like · Reply · 5 w                                                                                                          24

Bruce Chim
Bruce Normand US will be the next Venezuela at this rate.
Like · Reply · 5 w · Edited                                         3

Justin Sebakijje
Bruce Normand Totally! And why are we not talking more about the gamma rays emanating from Nebulon 9?



Like · Reply · 5 w                                                3

Paul Ghormley
Bruce Normand I think we are there. The AMERICAN CITIZENS MILITIA IS HEAVILY ARMED. President Trump said STAND READY.
Like · Reply · 5 w                                                               1

Cami Nagel
Bruce Normand The Supreme Court said the lawsuit wasn't appropriate for their venue. All of the suits submitted to the correct courts have already been thrown out! C'mon guys! Grow up!
Like · Reply · 5 w

Kevin Mcilhinney
Paul Ghormley those people should go to jail for 20 years.....or move to Russia
Like · Reply · 5 w

Write a reply...
Press Enter to post.

Ed Hartman
Dose anyone in are government care,how are we going to get the DOJ and FBI to do something with the information she has ?The swamp is deep.
Like · Reply · 5 w · Edited                                         25

Chuck Sweringen
Ed Hartman the entrenched government is now totally in control.
We no longer matter.
Try to buy ammunition,
for example.
There are no coincidences.
Like · Reply · 5 w

Nathan Zeringue
Ed Hartman nope they mostly LI involed in some way
Like · Reply · 5 w

Write a reply...
Press Enter to post.

Stephanie Nielson
I think you could have a two hour video with people being heard changing votes and acknowledging the fact that the election was rigged. It wouldn't change anything, there's only one thing left to do.
Like · Reply · 5 w                                                               9

Bruce Chim
Stephanie Nielson Our highest Justice System and Law Enforcement agencies won't do anything because they're afraid of the left. This is the beginning of the new America. It's sad but we see it happening right infront of our eyes.
Like · Reply · 5 w

Justin Sebakijje
Stephanie Nielson Found the Video...



**Watch**

Search videos

- Home
- Shows
- Live
- Music
- Saved videos

Your watchlist

- Latest videos



Justin Sebakijje
**Stephanie Nielson** Found the Video...

Like · Reply · 5 w

Karlo Concha
**Stephanie Nielson** with people being heard changing votes?? Explain plz... So all the left has to do now to is get 2hrs of video and people being heard changing votes then acknowledging no fraud and you guys will be at a stalemate then...

Like · Reply · 5 w

Marie Corsentino
**Stephanie Nielson** I Agree it will be the only one.

Like · Reply · 5 w

Write a reply...
Press Enter to post.

Deborah Hill
It doesn't make any difference how much evidence you bring, America is corrupted. China has taken your freedoms away and you welcomed them in. Lol. Trump was your only hope!

Like · Reply · 5 w                                                                          5

Kevin Mcilhinney
**Deborah Hill** well then it was under trumps watch!!

Like · Reply · 5 w

Deborah Hill
**Kevin Mcilhinney** too funny! So who are you and why are you bothering me. I don't need nor did I ask for your two cents.

Like · Reply · 5 w

Kevin Mcilhinney
**Deborah Hill** then don't post on here!!

Like · Reply · 5 w

Deborah Hill
**Kevin Mcilhinney** I didn't comment on your post so don't comment on mine. Get a life!

Like · Reply · 5 w

Write a reply...
Press Enter to post.

Dianne Tippett - Capps
while still in the Obama administration, it was announced that voting system would go outside the country. We were suspectful of fraud. But were assured by vote integrity people in states that the vote was sound. I am not surprised, and have been waiting for them to happen. The supreme court is holding out to allow for more concrete factual proof on how done it, and grass roots effort. This is not over from the supreme court level.

Like · Reply · 5 w                                                                          3

Dianne Tippett - Capps
**Dianne Tippett - Capps** john Jonas, site says he is a Trump hater. Marxist!

Like · Reply · 5 w · Edited

Write a reply...
Press Enter to post.

Barry Garris
Stay on them, the deep state can't stop proof they can deny it kick out of court, but if the American people know and they keep silencing us keep denying us keep taking our rights.

Like · Reply · 5 w                                                                          4

Matthew Florio
Dominion in Latin translates to imperium : In ancient Rome, imperium was a form of authority held by a citizen to control a military or governmental entity. It is distinct from auctoritas and potestas, different

Document title: (12) Watch | Facebook
Capture URL: https://www.facebook.com/watch/?v=682275302489698
Capture timestamp (UTC): Thu, 21 Jan 2021 06:11:49 GMT



# Watch

🔍 Search videos

🏠 Home
📺 Shows
🅾 Live
🎵 Music
📼 Saved videos

**Your watchlist**
▶ Latest videos

people know and they keep silencing us keep denying us keep taking our rights.

Like · Reply · 5 w

**Matthew Florio**
Dominion in Latin translates to imperium : In ancient Rome, imperium was a form of authority held by a citizen to control a military or governmental entity. It is distinct from auctoritas and potestas, different and generally inferior types of power in the Roman Republic and Empire. One's imperium could be over a specific military unit, or it could be over a province or territory. Individuals given such power were referred to as curule magistrates or promagistrates. These included the curule aedile, the praetor, the consul, the magister equitum, and the dictator. In a general sense, imperium was the scope of someone's power, and could include anything, such as public office, commerce, political influence, or wealth. Dominion was an interesting name choice of a system to assure control of a society. The ones who are referred to as the deep state especially relish in their ability of deception to deceive people right in front of their faces.
Source: wikipedia

Like · Reply · 5 w    3

**Greta Sexton**
Now they need to be put in jail or sent to China forever Justice has to be served We the people cannot let this happen or there will never be justice in the USA again Amen

Like · Reply · 5 w    4

**Justin Sebakijje**
Greta Sexton Tastes like justice to me.



Like · Reply · 5 w    1

**Darby Hart**
Justin Sebakijje
Not a sausage eater or fan. Ugh...

Like · Reply · 5 w

Write a reply...
Press Enter to post.

**Billie Smith-Morrison**
I have to believe this brilliant woman has something more up her sleeve. I think she is dropping these names like crumbs to lull people into thinking they can get away with everything they did. After the surprising and disappointing response from the Supreme Court I am hanging on to that hope. Praying for a Kraken miracle! 🙏🙏🙏🙏🙏🙏

Like · Reply · 5 w    17

**Noah Luft-Weissberg**
Billie Smith-Morrison it wasn't surprising. Give up hope, this is all a sham to line Trump's pockets with your donations that will go to paying off his debts. The thing is you don't have to hint and name drop crumbs for people to follow, you present it in a court of law, which has been done a few dozen times already with no success, because there is no tangible evidence.

Like · Reply · 5 w    3

**Justin Sebakijje**
Billie Smith-Morrison The Cracken..

Like · Reply · 5 w    1

**Mary Hannah Bates**
Noah Luft-Weissberg You can have hope without donating money. You are trolling

Like · Reply · 5 w    1



# Watch

🔍 Search videos

🏠 Home

▶ Shows

📹 Live

🎵 Music

📁 Saved videos

**Your watchlist**

▶ Latest videos



Like · Reply · 5 w                    1

**Mary Hannah Bates**
**Noah Luft-Weissberg** You can have hope without donating money. You are trolling
Like · Reply · 5 w                    1

**Noah Luft-Weissberg**
**Mary Hannah Bates** so? Isn't trolling the basis of Trump agenda? Also happy holidays!
Like · Reply · 5 w                    2

**Billie Smith-Morrison**
**Noah Luft-Weissberg** Trump relied on his supporters to raise money for his legitimate campaign not to line his pockets. His pockets are very deep without anyone's help, unlike China lining pockets of the Biden family and his campaign! It's sad that so many "woke" folks, like yourself, fell for the blue koolaid the MSM was serving on a daily basis!
Like · Reply · 5 w                    3

**Noah Luft-Weissberg**
**Billie Smith-Morrison** I guess you know about Trump's finances because of his tax returns showing massive income? Whoops https://www.nytimes.com/.../09/27/us/donald-trump-taxes.html

NYTIMES.COM
Trump's Taxes Show Chronic Losses and Years of Income Tax Avoidance
Like · Reply · 5 w

**Paul Ghormley**
**Billie Smith-Morrison** we all are. America will either stand up or become COMMUNIST. It's as real as the sun rise.
Like · Reply · 5 w                    1

**Paul Ghormley**
**Billie Smith-Morrison** the comments from the CNN ZOMBIES show their COMMUNIST PROPAGANDA MADNESS. President Trump is a billionaire and never took a paycheck. Those COWARDS that hide behind their ignorance will see. Keep watching.
Like · Reply · 5 w                    2

**Joyce Bollinger**
**Billie Smith-Morrison** I believe you are correct! Something big is coming ! Don't give up folks !!! 😊
Like · Reply · 5 w

**Ilona Wojtowicz**
**Billie Smith-Morrison** bingo! Me too bc she gained her reputation for doing something right. Most above comment are so stupid ,irrelevant and without any sense. The funny thing is that they think they know more then Sidney Powell
Thank you for comment
Like · Reply · 5 w

Write a reply...                    😊 📷 😀
Press Enter to post.

**Phyllis Ann**
But hey Biden and Harris got "Person of the Year" award and a cover on Time Mag. Why and what have they done together to deserve it even over our true hero's??? I'm so scared for our country today. I grew up seeing Time Magazines everywhere. I'll never touch one again as thats just just plain hatred and spite! When Biden and Harris got the news they won this honor I can't understand how or on what merit they accepted it?
Like · Reply · 5 w · Edited                    2

**Patti Skees**
The problem is nobody in power cares. The Left owns them.
Like · Reply · 5 w                    24

∧ Hide 14 replies

**Chuck Sweringen**
**Patti Skees** they are all in on it.
Time to take our country back.
Like · Reply · 5 w                    4

**Noah Luft-Weissberg**
**Patti Skees** except that Trump appointed many of these judges himself. So either he is an awful judge of character and can't be trusted to appoint anyone good because clearly none of his appointees are worthy, or Trump is the only truthful and honest person in America (maybe in addition to his family and Rudy until Rudy gets the axe for doing something wrong in the future, in which case you better believe he was NEVER good).
Like · Reply · 5 w                    2

**Justin Sebakijje**
**Patti Skees** We care! Join the Dems!

MSNBC



# Watch

🔍 Search videos

📺 Home

🎬 Shows

📹 Live

🎵 Music

📁 Saved videos

**Your watchlist**

▶ Latest videos

Patti Skees We care! Join the Dems!

MSNBC

💬 1

Like · Reply · 5 w

**Patti Skees**
Justin Sebakijje I left the Dems. To much victim mindset, government control issues, and plain old hypocrisy. They are destroying America and family.

Like · Reply · 5 w    💬 2

**Paul Ghormley**
Patti Skees The billionaire society is almost complete in the ONE WORLD ORDER. There may be one big Fight Left. The American citizens MILITIA is heavily armed.

Like · Reply · 5 w

**Paul Ghormley**
Patti Skees they are not Demoncrats they are COMMUNIST.

Like · Reply · 5 w

**Larry Langedahl**

😡

Like · Reply · 5 w

**Larry Langedahl**

Good Grief!

Like · Reply · 5 w

**Larry Langedahl**

😡

Like · Reply · 5 w

**Larry Langedahl**

Good Grief!

Like · Reply · 5 w

**Larry Langedahl**

OUT!

Like · Reply · 5 w

**Larry Langedahl**
May it never happen

Like · Reply · 5 w

**Larry Langedahl**

😡

Like · Reply · 5 w

**Becky Berning**
Patti Skees yes that's what I've been saying .. then you got these dumber than dirt puppets just saying oh this was all fair n square !!! Uneducated fools !!

Like · Reply · 5 w

Write a reply...

Press Enter to post.





Watch

Search videos

Home

Shows

Live

Music

Saved videos

Your watchlist

Latest videos

saying oh this was all fair n square !!! Uneducated fools !!

Like · Reply · 5 w

Write a reply...

Press Enter to post.

Julie Sassetti
What court is going to even bother to listen to the Evidence? I can't believe what is happening in the USA.
56

Like · Reply · 5 w

Nathan Zeringue
Julie Sassetti true
2

Like · Reply · 5 w

Joan Trombley
Julie Sassetti this is very sad. The election was interferences from China , Venezuela. That's treason.
2

Like · Reply · 5 w

Robyn Darling
Julie Sassetti I'm totally disgusted with the court systems in the United States of America. I'm disgusted with the people hasn't anybody ever looked up history of socialism and countries and seeing what was done to their people.
1

Like · Reply · 5 w

Pam Stefanak
Scary that you have tons of proof, evidence and that's not enough! Kind of like the Hillary deal, Biden deal... What tier comes after PROOF?! Nobody wants to touch it cuz it's too messy?! YOU SHOULDNT BE IN YOUR POSITION! NOT ENOUGH FRAUD TO NOT LET BIDEN BECOME PRESIDENT?! WE'RE IN A WORLD OF HURT!!! ALL OF THIS BEING DONE RIGHT BEFIRE OUR VERY EYES! ALL OF IT!!! 💩
1

Like · Reply · 5 w

Kevin Mcilhinney
Julie Sassetti what evidence??? PROOVE IT SHOW US!

Like · Reply · 5 w

Write a reply...

Press Enter to post.

Lorri Rouse
Thank you Lou and Sidney. Nice to see someone recognizes the extensive fraud perpetrated against us. Until those people are held responsible for this election crime, I will no longer bother to cast my vote.
10

Like · Reply · 5 w

Justin Sebakijje
Lorri Rouse

Like · Reply · 5 w

Karlo Concha
Lorri Rouse thank you and never vote again 😂

Like · Reply · 5 w

Lorri Rouse
Karlo Concha #BuildTheWall
1

Like · Reply · 5 w

Karlo Concha
Lorri Rouse

# Watch

🔍 Search videos

- ▶ Home
- Shows
- ◷ Live
- 🎵 Music
- 🔖 Saved videos

**Your watchlist**

- ▶ Latest videos

Like · Reply · 5 w

Karlo Concha
**Lorri Rouse**

Like · Reply · 5 w

Paul Ghormley
**Lorri Rouse** that is what they want. We voted they cheated. Don't make it easy for them. It's still not over.

Like · Reply · 5 w                                                           2

Write a reply...

Press Enter to post.

Ellie Whitley
I think only memes will pass the newest censorship coming....thank you Miss Sidney for all you are doing for me and mine...btw you look fantastic not stressed a woman of confidence ...bet the cia had a hand in all this...double down on that bet...Miss Sidney I hope you see the video of thousands of us true Americans in dc today singing the national Anthem ....gave me goosebumps...the love is amazing...that same love is with you...you got this I'm so proud of you Miss Sidney....trust the plan

Like · Reply · 5 w                                                           5

Tanya White
Sydney Powell has more guts, more back bone , more morals than all the judges put together. Thank you Sydney Powell for bringing truth!

Like · Reply · 5 w                                                           32

Justin Sebakijje
**Tanya White**

media1.tenor.co

Like · Reply · 5 w                                                           2

Write a reply...

Press Enter to post.

Tanya Garner Floyd
GOD Himself has held this country together even to this time. THOUSANDS of original texts available through Wallbuilders etc. Catherine Millard is a great place to start with school-age AND above!! A well known Jewish man became a conservative after his invaluable "digging" in our history. AMAZING BOOK!! THE AMERICAN MIRACLE by Michael Medved. I have recommended this TONS of times and all love it!!

Like · Reply · 5 w · Edited                                                  3

Dennis Hall
Lou take a look at the sweeping power that the Executive Order dated September 12th 2018 provides. We need to utilize it as quickly as possible. GOD BLESS AMERICA

Document title: (12) Watch | Facebook
Capture URL: https://www.facebook.com/watch/?v=682275302489698
Capture timestamp (UTC): Thu, 21 Jan 2021 06:11:49 GMT

BOOK!! THE AMERICAN MIRACLE by Michael Medved. I have recommended this TONS of times and all love it!!

Like · Reply · 5 w · Edited

Dennis Hall
Lou take a look at the sweeping power that the Executive Order dated September 12th 2018 provides. We need to utilize it as quickly as possible. GOD BLESS AMERICA

Like · Reply · 5 w

Donald Johnson
Martial Law and have new election. Let her lay out the fraud to the people

Like · Reply · 5 w

Noah Luft-Weissberg
Donald Johnson no thanks, this is America. We don't have Martial Law like China. If you want that so bad you can leave. She doesn't have to lay out the evidence for the American people, she has to do it in court. Which has been doing dozens of times already and lost because there is no solid evidence at all.

Like · Reply · 5 w

Justin Sebakijje
Donald Johnson



Like · Reply · 5 w

Neil Bednarick
Donald Johnson Because she has squat for the courts

Like · Reply · 5 w

Write a reply...
Press Enter to post.

Rodney Pehle
How do they know.. if they don't look deeply into it... some fraud but not enough to make a difference . Fraud, chain of custody broken, ballots suddenly found, ballots transported across state lines, card board over windows at ballot counting offices, Republicans not allowed to see the counting. Seeds of deception like dandelions, they are everywhere

Like · Reply · 5 w

Gillian Dunnachie
Rodney Pehle they have no intention of looking for something they already knows exists. They planted the machines.

Like · Reply · 5 w

Rodney Pehle
I'm willing to bet many Americans are preparing to pick this up personally

Like · Reply · 5 w

Justin Sebakijje
Rodney Pehle

#DEAL WITH IT

Like · Reply · 5 w

Karlo Concha
Rodney Pehle anything besides a signed affidavit to prove your point

Like · Reply · 5 w

Write a reply...





Watch

Search videos

Home
Shows
Live
Music
Saved videos

Your watchlist

Latest videos

Like · Reply · 5 w

Karlo Concha
**Rodney Pehle** anything besides a signed affidavit to prove your point
Like · Reply · 5 w

Write a reply...
Press Enter to post.

Rhona Collins
This is all and good but when is anything going to happen so the people know we will see justice
Like · Reply · 5 w 6

Joshua Pappalardo
it did happen, dobbs had to recant this whole make believe story after the makers of voting machines threatened to sue him for libel. he was lying to you.
Like · Reply · 4 w

Write a reply...
Press Enter to post.

Shannon Steele
What does all the evidence do if no one will uphold the law and see it this is heartbreaking it's very clear the lawmakers in the country are all cowards
Like · Reply · 5 w 7

Paul Ghormley
**Shannon Steele** I prefer the word TRAITOR. The COMMUNIST MONEY BOUGHT THEM ALL.
Like · Reply · 5 w

Ken Stonehouse
**Shannon Steele** been on the take for so long , now there running scared!! And Joe Biden, he's nothing but a communist puppit .!!
Like · Reply · 5 w

Write a reply...
Press Enter to post.

Jerry Richardson
Why is this not considered a military assault
Like · Reply · 5 w 3

Teresa Peel Conn
**Jerry Richardson** because the democratic voter base is too stupid to see what it is
Like · Reply · 5 w 1

Write a reply...
Press Enter to post.

Thomas Palmeri
Trumps hand picked SCOTUS all said No to the bogus lawsuits. Never was fraud, never proved fraud. Just enough hot air to fill a blimp. She should be debarred and Trump is Fired
Like · Reply · 5 w 5

Sabah Aisen
**Thomas Palmeri** you, wear your 😷😷😷😷stay @into lockdown, they gonna take all you have even your wife. Any idea what you wish for?
Doooooomed cheap crap- life. 😢
Like · Reply · 5 w

Thomas Palmeri
Work on makeup way to much rouge
Like · Reply · 5 w

Write a reply...
Press Enter to post.

Beverly Gordon
We need military involvement this is an America take over! Why are China's troops really going to Canada? Why are other borders being closed off? Bill Barr owns some of Dominion? Who is bought at the Supream Court? HELP!!!!!
Like · Reply · 5 w 8

Carole Hildebrandt Sarno
**Beverly Gordon** I agree with everything that you're saying Beverly, but Barr owns part of Dominion Energy, a different company than Dominion voting systems... that is little but some comfort
Like · Reply · 5 w

Beverly Gordon
That is not correct he owns part in the Dominion Voting machines but hides behind the name Dominion Electric. That is how a true snake operates!
Like · Reply · 5 w

Justin Sebakijje
**Beverly Gordon** We is ready fo the "Supream" court!

# Watch

Search videos

- 🏠 Home
- 📺 Shows
- 📹 Live
- 🎵 Music
- 📑 Saved videos

**Your watchlist**

- ▶ Latest videos

---

**Justin Sebakijje**
Beverly Gordon We is ready fo the "Supream" court!

Like · Reply · 5 w

**Beverly Gordon**
The Supreme Court is bought out by the Chinese! We have no justice to run too! We need to claim our system back and kick these paid for Chinese Democrats out of our Government!

Like · Reply · 5 w · Edited

**Frank J. Amoruso**
Beverly Gordon all good questions

Like · Reply · 5 w

**Archie Henderson**
Beverly Gordon No Chinese troops going to Canada you bonehead.

Like · Reply · 5 w

Write a reply...
Press Enter to post.

**Shawn Hansen**
Keep 8p the good fight..... Stop the Steal !

Like · Reply · 5 w                    👍❤️ 12

**James Hatfield**
Soros, China and Dominion what more can you ask for? Let's put them in prison.

Like · Reply · 5 w                    👍❤️ 14

**Keith Christopher**
If you have all the proof that you are saying then why won't the Supreme Court take the case and stop Biden from taking office?

Like · Reply · 5 w                    👍❤️ 6

**Sabah Aisen**
Keith Christopher they took money the corrupts so they did, Biden style is chief thiefF.🏆🏆🏆🏆🏆 🏆🏆🏆🏆

Like · Reply · 5 w

Write a reply...
Press Enter to post.

**Sam Mathew**
The Lawyers doing their part. The best yet to come. Please be patiently. These respected Lawer playing a winning game. At the end of the tunnel we'll see the perfect LIGHT.

Like · Reply · 5 w                    👍 9

**Justin Sebakijje**
Sam Mathew Biden Train.

Like · Reply · 5 w

**Karen Mayborg Scherpenberg**
Asking each and everyone of us to Pray .. I believe in the Power of Prayer and. Our Country is in dire need

---

Document title: (12) Watch | Facebook
Capture URL: https://www.facebook.com/watch/?v=682275302489698
Capture timestamp (UTC): Thu, 21 Jan 2021 06:11:49 GMT

# Watch

🔍 Search videos

▶ Home

📺 Shows

📹 Live

🎵 Music

💾 Saved videos

**Your watchlist**

▶ Latest videos



Write a reply...
Press Enter to post.

**Karen Mayborg Scherpenberg**
Asking each and everyone of us to Pray .. I believe in the Power of Prayer and.. Our Country is in dire need ASAP 🙏🙏🙏🙏🙏🇺🇸‼️
Like · Reply · 5 w                                                                                  14

**Angelina Gigi Ignacio Bender**
Karen Mayborg Scherpenberg Amen.. keep the Faith... I know it's hard with all the DEMON🤬crats against us.. but in the end.. God is the KING! In God we Trust! 🙏🙏🙏🇺🇸❤️
Like · Reply · 5 w                                                                                  1

**Justin Sebakijje**
Karen Mayborg Scherpenberg "Biden won fair and square my child..and eat your vegetables"

Like · Reply · 5 w

**John Jonas**
Karen Mayborg Scherpenberg RELIGION SUCKS
Like · Reply · 5 w

Write a reply...
Press Enter to post.

**Paul Greenhill**
This is hilarious. Desperate desperate people following a madman clinging to power and making up a shitload of falsehoods.
Like · Reply · 5 w                                                                                  5

**Justin Sebakijje**
Paul Greenhill



Cassie

Watch

Search videos

Home

Shows

Live

Music

Saved videos

Your watchlist

Latest videos

Like · Reply · 5 w

Frank J. Amoruso
**Paul Greenhill** go away Troll
2
Like · Reply · 5 w

Paul Greenhill
**Frank J. Amoruso** 😂😂😂😂 no troll just a fascinated foreigner watching a country implode. Trumpys a trumpet
Like · Reply · 5 w

Write a reply...
Press Enter to post.

Top fan
Janice Marie
People are getting tired of all of this talk. Is anyone going to do anything about it before its too late?
38
Like · Reply · 5 w

Petra Janine Dröscher
„I can understand why Trump is upset. He and his family have been slandered and investigated for 4 years. There was no leaks on this. Now we have a president elect who may be a criminal and also have dementia. His vice president elect also has rumors she may be involved also with China. All this should have been investigated before the election. Barr has to go by law but the investigation should have been a priority. This has been known since 2018. This shows bias in the news outlets, media, FBI, CIA, DOJ and it is a disgrace! If I couldn't be honest, it's time to walk away!!!

STOP **#Biden**, **#Harris** & **#Pelosi!** 😡😡😡

... Don't waste to much time by talking!
Go immediately FORWARD!"

**#SydneyPowell #StopTheFraud #Trump2020Landslide** ❤️😎🇺🇸
9
Like · Reply · 5 w

Sharon Harvey
**Janice Marie** wondering the same thing. If nothing else they know these voting machines affected the outcome
5
Like · Reply · 5 w

Top fan
Janice Marie
**Sharon Harvey** Anyone can see that Trump won. The democrats know it, too. Voter fraud in a ton of different ways. A man who sat in his basement, no campaigning, etc..gets more votes than Obama? Wins only a handful of counties in the entire country and beats Trump? The guy raking people into his rallies by the thousands? The proof is out there. it has been out there since the election..yet, nobody does anything..including the supreme court...another bunch of sissies. I am done with this. I am hanging in for just a bit more, than all politics gets turned off..by me..lol I have had enough.
6
Like · Reply · 5 w

Brenda White
**Janice Marie** January 20th is coming fast
1
Like · Reply · 5 w

Jd Dunkin
**Petra Janine Dröscher** It seems no court or individuals want to be responsible for the upheavel an overturned election would cause. Wish they would.
1
Like · Reply · 5 w

Edward Gibson
**Janice Marie** true. Direct your anger and disgust at the people judges courts politicians who arent stepping up to do their jobs
1
Like · Reply · 5 w

Nathan Zeringue
**Janice Marie** probly not . I would just like to know the truth .
Like · Reply · 5 w

Pamela Barrale
**Janice Marie** unbelievable
Like · Reply · 5 w

Kathy Chenevert
**Janice Marie** unfortunately the SCOTUS has failed America.
1
Like · Reply · 5 w

Justin Sebakijje
**Janice Marie**



Cassie

Watch

Search videos

Home

Shows

Live

Music

Saved videos

Your watchlist

Latest videos

Justin Sebakijje
Janice Marie

Like · Reply · 5 w

Write a reply...

Press Enter to post.

Kathy Kloos
Thank you, Lou, for bringing Attorney Powell back on. With all the other denials for the Trump Team and the Texas and 18 other states(!!!?) Going to the Supreme Court, I've still had hope with Attorney Powell's investigation! 🙏🙏🙏🇺🇸🇺🇸🇺🇸🙏🙏🙏 God Bless her and God Bless America!

Like · Reply · 5 w 145

Hide 30 replies

Thomas Palmeri
**Kathy Kloos** Trumps hand picked SCOTUS all said No to the bogus lawsuits. Never was fraud, never proved fraud. Just enough hot air to fill a blimp. She should be debarred and Trump is Fired

Like · Reply · 5 w 9

Kathy Kloos
**Thomas Palmeri** Go back to drinking your kool aid. They did not dismiss on it's merits just technical legalities on the "forum".

Like · Reply · 5 w 9

Justin Sebakijje
**Kathy Kloos** Biden Train.

Like · Reply · 5 w 8

Richard Goldstein
Kathy Kloos you're missing the point. The reason it wasn't on the merits, is because there are no merits. The fraud claims were debunked by 38 courts and many recounts already. And the AG knew it.

Like · Reply · 5 w · Edited 3

Kathy Kloos
**Richard Goldstein** I'm not missing a thing. I have worked for attorneys, a judge and held office for filing offices for a court of common pleas.

Like · Reply · 5 w 1

Joshua Clark
**Thomas Palmeri** I guess that shows you how much you're really paying attention the SCOTUS case isn't about the fraud it's self it's about the violations of state and Us Constitution that lead to mass fraud

Like · Reply · 5 w 3

Amanda Belcher
None of you know how to read a legal brief. It's over and yes, I'm an attorney.

Like · Reply · 5 w 2

Aaron Thomas Hero
**Kathy Kloos** Trump lost

Like · Reply · 5 w 1

Tanya Burt
**Kathy Kloos**



**Watch**

🔍 Search videos

▶️ Home

▢ Shows

◉ Live

🎵 Music

▣ Saved videos

Your watchlist

🔵 Latest videos



Aaron Thomas Hero
Kathy Kloos Trump lost
Like · Reply · 5 w  👍 1

Tanya Burt
Kathy Kloos

[Image: "I LOVE THE POORLY EDUCATED"]

Like · Reply · 5 w

Genevieve Huntington
Kathy Kloos https://news.yahoo.com/most-us-voters-dont-want-102221114...

ⓘ

NEWS.YAHOO.COM
Most US voters don't want Trump to run in 2024 and 42% say he is 'one of
the worst presidents' ever, Fox News poll finds

😆 2

Like · Reply · 5 w

Kathy Kloos
Genevieve Huntington Absolutely not true. Watch something besides msm.
Like · Reply · 5 w  👍😠 4

Genevieve Huntington
Kathy Kloos Watch something besides Fox
Like · Reply · 5 w

James Cassidy
Kathy Kloos each state has its own election laws. No fraud has been found
Like · Reply · 5 w

Kathy Kloos
James Cassidy It most certainly has been found. Just because the courts are looking for a proper
venue does not mean that all these people who have come forward, putting themselves at risk let
alone possibly loss if jobs,and signed affidavits etc should be ignored.
Like · Reply · 5 w  👍 3

David Needham
Thomas Palmeri You are going to be shocked when this gets overturned. The MSM has been wrong
on everything Trump. Count on them to be wrong again!
Like · Reply · 5 w · Edited

Maria T'af
Thomas Palmeri ~ https://www.youtube.com/watch?v=aqaYVV_xTiQ ~ The World watches as Lou
Snobbs melts down as tRump ignores him and he No-Longer has Ratings!! 😂😂😂 ~ Ratings for
these "entertainers' is their Oxygen!! 😂😂 ~ Lou Bobbs is running on EMPTY!! 😂😂

ⓘ

YOUTUBE.COM
Lou Dobbs CRACKS As Trump's Loss Finally Sets In

Like · Reply · 5 w

Genevieve Huntington
Kathy Kloos https://thehill.com/.../529830-german-magazine-der...

ⓘ

THEHILL.COM
German magazine Der Spiegel names Trump 'Loser of the Year'

Like · Reply · 5 w

Kathy Kloos
Genevieve Huntington Actually, I do: Newsmax, OAN. In addition, I watch various podcasts besides
news media.
Like · Reply · 5 w

Barb Stone
Amanda Belcher no..just wait..what is meant to be will be !
Like · Reply · 5 w

Judith Stevens
Kathy Kloos She had no proof to present to any court. Just lies. Judges want standing and evidence.
Like · Reply · 5 w

Judith Stevens
Kathy Kloos Try some foreign news and CNN, Wall Street Journal, MSNBC. Those sources of yours
lie.
Like · Reply · 5 w  👍 1

Genevieve Huntington
Judith Stevens Yes, they are all right wing white supremist outlets
Like · Reply · 5 w

Document title: (12) Watch | Facebook
Capture URL: https://www.facebook.com/watch/?v=682275302489698
Capture timestamp (UTC): Thu, 21 Jan 2021 06:11:49 GMT



Genevieve Huntington
Judith Stevens Yes, they are all right wing white supremsit outlets
Like · Reply · 5 w

Martha Findley
Kathy Kloos you draw your pay and go home
Like · Reply · 5 w

Martha Findley
Thomas Palmeri draw your pay and go home
Like · Reply · 5 w

Martha Findley
Justin Sebakijje no sense at all
Like · Reply · 5 w

Martha Findley
Richard Goldstein wrong like all democrates you're lying
Like · Reply · 5 w

Martha Findley
James Cassidy you're full of crap
Like · Reply · 5 w

Ilona Wojtowicz
Genevieve Huntington the best joke ever ! Yahoo news ! Are you real? 😂
Like · Reply · 5 w

Ilona Wojtowicz
Genevieve Huntington Germany are looser and they betrayed own country . Do you have any idea what's going on over there? Educate yourself and then start talking...
Like · Reply · 5 w

Ilona Wojtowicz
Judith Stevens Sidney Powell is one of the best attorneys in our country . Don't pretend you're smarter then her
Like · Reply · 5 w

Write a reply...
Press Enter to post.

Lyn McCaughin
For all you think this is fiction. Look to the CISA board. It is full of election computer makers. Of course their report on the election being secure would say that. But when you look at the circular grouping of leftist donors and companies being on the board of this agency, you can't help but wonder? CISA is the Cybersecurity & Infrastructure Security Agency. Charters and board members are: Amazon Web Svcs.; Dominion Voting Systems; Election Systems & Software; Hart Intercivic; Microsoft; Scotland; Smartmatic. HMMM ..... nothing to see here! Corrupt companies who interfered with our elections! Keep doing the research ...... American's are sick and tired of the lies, corruption, and falsehoods spewed by the Leftists in this country trying to take hold of all of our lives AND never being held accountable!
Like · Reply · 5 w    😊😠 3

Joshua Pappalardo
dobbs recanted all of this a few days ago. he was lying to you.
Like · Reply · 4 w

Write a reply...
Press Enter to post.

Leonel Montenegro
The radical left is up to anything and nobody stop this menace. Only the patriots and President Trump are the ones that can stop this menace. Trump 2020
Like · Reply · 5 w    👍 3

Paul Ghormley
If this EVIDENCE is nit Investigated and prosecuted by the FBI DOJ AND BILL BARR then we the people will know THEY ARE ALL PART OF THE COMMUNIST TAKEOVER.
Like · Reply · 5 w    😡 1

Tanya Gardiner
Lou and Sydney I appreciate both of you so much but I believe nothing will ever come of this in fact with creepy Joe running this country expect more lies and unraveling of America 😢😢😢
Like · Reply · 5 w

Lynne Haines Hartford
We the people need to file a class action suit against the 4 states and present it to scotus!
Like · Reply · 5 w

Write a reply...
Press Enter to post.

Eric Bakken
How is it possible that with all of the so called "facts" this lady claims to have, that she hasn't won one single case in court?
50 cases tossed out of 51 cases rejected for lack of evidence.... ???



# Watch

Search videos

Home

Shows

Live

Music

Saved videos

**Your watchlist**

Latest videos



Press Enter to post.

**Eric Bakken**
How is it possible that with all of the so called "facts" this lady claims to have, that she hasn't won one single case in court?
50 cases tossed out of 51 cases rejected for lack of evidence.... ???

Like · Reply · 5 w

**James Pegram**
Why will the courts not look at the evidence? It should be against the law that the judges will not look at it!!!

Like · Reply · 5 w

Top fan
**Rebecca Kasten**
Here's the beginning of the release of the Sidney Powell Kraken...

Bottom line... Smartmatic was busy selling its "fraudware" around the world to whatever politician or campaign would buy it.

In other words a politician or candidate could win their race by buying ballot counting machines for their district that would STEAL votes away from the opponent and flip the votes electronically to the one paying the fraudsters who were hired to sit in the shadows operating the machines remotely in real time.

That's THE STEAL.
That's the FRAUD against Donald Trump.

Like · Reply · 5 w · Edited

**Kenny Kruser**
I understand what in the hell we are doing voting with machines in the first place because the only real count is a hand count, being verified at the same time by a couple of people from each party! Anything that's not agreed on should be put aside until the end of the vote! How hard is that? Anything else means somebody wants fraud or steal an election and there's no excuse for anything else and who cares if it takes an extra two or three days I mean this is our life and we deserve to be counted no matter who you are!

Like · Reply · 5 w · Edited

**Ruth Elaine Caywood Nutter**
There's a clip online of a cnn piece revealing smart magic and dominion in2006!

Like · Reply · 5 w

**David Gindis**
Why can't she get a hearing in any court ?

Like · Reply · 5 w

**N.J. LePore**
I suppose this is not shocking but just that should blow the whole election sky-high!!!!

Like · Reply · 5 w

**Carol Calhoun**
Keep moving forward the Truth always Wins!!!

Like · Reply · 5 w

**Carol Minniear Mithoefer**
It's not MSM, it's state run media. And you won't find this there.

Like · Reply · 5 w

**Ronna Lee Jay**
so when are they going to do something about this?

Like · Reply · 5 w

**Kay Aldridge**
This should concern all of us. I am scared how this will end.

Like · Reply · 5 w

**Billy Johnson**
Thank you both so much for your patriotic support of our nation

Like · Reply · 5 w

**Maurice DeLoof**
Sweep the nation of every anti American on US Soil immediately.

Like · Reply · 5 w

**Jay Kopp**
There is no evidence. Wake up sheeple. If she has it present it when you have the chance. Trump lost and will go down as worst president ever!

Like · Reply · 5 w

∧ Hide 11 replies

**Danny Greasley**
Jay Kopp your just a democrat liar who is blind to the truth and probably that dim you can't think for yourself

Like · Reply · 5 w

**Marco Favilli**
Jay Kopp certo i morti che si recano alle urne mi sembra già una discreta prova altrimenti mi spieghi come hanno fatto i morti a recarsi alle urne

Like · Reply · See translation · 5 w

**Jay Kopp**



**Watch**

- Home
- Shows
- Live
- Music
- Saved videos

Your watchlist

- Latest videos



Marco Favilli
Jay Kopp certo i morti che si recano alle urne mi sembra già una discreta prova altrimenti mi spieghi come hanno fatto i morti a recarsi alle urne
Like · Reply · See translation · 5 w · 1

Jay Kopp
Danny Greasley what is the truth? How many times have lawsuits been dismissed due to no evidence presented?
Like · Reply · 5 w · 2

Jay Kopp
Funny about dead people. How many voted? Why are Republicans only challenging states Trump lost in. Why not challenge all states? They go to court with zero evidence and expect a different outcome. Definition of insanity.
Like · Reply · 5 w · 1

Gary Downing
Jay Kopp tell us this in 4 years after gas goes back up to 4 dollars a gallon and your eating rice. Trump did more for this country then any other president in history with out democrats help.
Like · Reply · 5 w · 3

Garry Snyder
Jay Kopp go back to your SpongeBob SquarePants show!
Like · Reply · 5 w

Jay Kopp
Garry Snyder what a great comeback. If you want to discuss the merits of the argument presnted please do so.
Like · Reply · 5 w

Jay Kopp
Gary Downing examples of what he did please. No replacement health care plan. No border wall. If he is such a great businessman how in the hell did he go bankrupt so many times? He is nothing more than a con man and a grifter.
Like · Reply · 5 w · 1

Gary Downing
What has democrats achieved in the last 4 years besides tearing this country apart?
Like · Reply · 5 w

Larry Langedahl
We in canada pay 5 $ a gal canadian + 40 cents dif 1dollar +6cents a litre
Like · Reply · 5 w

Larry Langedahl
Alberta
Like · Reply · 5 w

Write a reply...
Press Enter to post.

Cindy Hoover
what's going on now
Like · Reply · 5 w

Stuart Cooper
Supremes decision just gave the nod to Georgia to rig the Senate election in favor of the Dems . They actually okayed cheating .
Like · Reply · 5 w · 2

Margary Perry
Pin head there out of their minds 😂😂😂😂😂😂😂 😂😂😂😂😂😂😂
Like · Reply · 5 w

Aaron Haught
Hey Sydney when are you gonna prove this crap in court or are you just gonna keep talking about it you're just a media hog
Like · Reply · 5 w

Rebecca Jackson
Theis evidence needs heard!!
Like · Reply · 5 w

Diana Baggett
Gettem Sydney Powell
Like · Reply · 5 w

Debbie Cardoza
Sidney should not be practicing law, needs to be disbarred.
Like · Reply · 5 w

Scott Schmidl
so now what ? SCOTUS is scared to defend
Like · Reply · 5 w

Loren Franklin
Fight Sydney fight !
Like · Reply · 5 w



**Watch**

Search videos

Home

Shows

Live

Music

Saved videos

Your watchlist

Latest videos



so now what ? SCOTUS is scared to defend

Like · Reply · 5 w

Loren Franklin
Fight Sydney fight !

Like · Reply · 5 w

Kelli Brethour
"The fact that so many Republicans are going along with this authoritarian and undemocratic charade is clarifying, if depressing. Through four years of Trump, there were two main theories of Republican acquiescence: either Republicans really were supportive of the president, in all of his cruelty and incompetence and authoritarianism, or Republicans were simply scared of him and his hold over the Republican base, but secretly loathed the man and were anxious for a return to normal.

Now, we're seeing which theory was correct.

It turns out that Trump wasn't an aberration. He was the result of long-building extremism and reality-denialism on the right. And when he came to power, far too many in the Republican party didn't see a cruel, incurious, dictatorial madman, but a kindred spirit – and the kind of leader who would happily override inconvenient democratic norms, basic standards of human decency, and even the rule of law. That became increasingly clear the longer Trump was in office; yet, out of naivety or perhaps just misplaced trust in other human beings, too many Democrats, pundits, and average citizens chose to believe that Republicans were simply caught between a rock and a hard place, and that Trumpism would end with Trump."

https://www.theguardian.com/.../republicans-supreme-court-...

THEGUARDIAN.COM
Republicans are trying to get the supreme court to overturn democracy itself | Jill Filipovic

Like · Reply · 5 w

Stuart Cooper
Trading Trump for Biden is like trading a brand news Rolls Royce for a 10 year old broken down Jalopy . Makes no sense unless massive fraud took place

Like · Reply · 5 w                                                                    3

Mary W Wiggins
She needs to find this out ASAP!

Like · Reply · 5 w

Brenda Gayle Tucker
What is sad their is more people kill in one day from Covid then in WW2 and you don't report on this horrible Pandemic sad.

Like · Reply · 5 w

Ann Lacy Brands
Brenda Gayle Tucker that's just not true. Please read a history book and maybe stop watching your TV for news.

Like · Reply · 5 w

Write a reply...

Press Enter to post.

Bradley Miles
Shawn R Eckstrom

Like · Reply · 5 w                    1

Karol Kolm Mayer
Katie Kolm

Like · Reply · 5 w

Poli Chen
President-elect Trump of the United States must issue an executive order (the United States implements the strict laws of rebel groups to arrest mobs who have rebelled against the constitution of the American people?) The American people call on the president of the United States, Chuanpu, and senior officials of the ruling party must ask the military to intervene in the arrest. Arrest the insurgents and bring them to justice? The integrity, openness, fairness, fairness and justice of the American people, various political parties can participate in the election of members of Congress, U.S. senators, the election of the president, the election of the president, the election of the president of the senator, the election of the president of the United States, and the nomination of various US government agencies The election must be passed on in accordance with the constitutional provisions?

Like · Reply · 5 w

Brigitte Mercier
Diane Gossen

Like · Reply · 5 w

Janice Vig Arends

Document title: (12) Watch | Facebook
Capture URL: https://www.facebook.com/watch/?v=682275302489698
Capture timestamp (UTC): Thu, 21 Jan 2021 06:11:49 GMT



**Watch**

- Home
- Shows
- Live
- Music
- Saved videos

**Your watchlist**

- Latest videos

Eva Perez
God Bless America Democrats Are evil and Corrupt Thank You for Draining the Swamp
Like · Reply · 5 w

David Charles Garland
SENSATIONAL
Like · Reply · 5 w

Emmett Mathews
Get em! Trump2020!
Like · Reply · 5 w

Kyle Gage Green
Joshua Essary
Like · Reply · 5 w

Patricia Vogelsong
Marshall law now
Like · Reply · 5 w

Write a comment...
Press Enter to post.

Tasty Plus · Follow
14 October 2020 · 🌐
Yummy Dessert Ideas You Need To Try Today!

👍 Like    💬 Comment    ➤ Share        61K · 2.2K comments

5-Minute Crafts · Follow
6 September 2019 · 🌐
Fantastic makeup secrets you should know 💄