# Exhibit 44



# Watch

⚙

🔍 Search videos

🏠 Home

▶ Shows

📹 Live

🎵 Music

📑 Saved videos

**Your watchlist**

▶ Latest videos



Lou Dobbs · Follow
10 December 2020 · ⊘

## Sidney Powell

Evidence of Fraud: Sidney Powell says the FBI and law enforcement aren't interested in electoral fraud witnesses and offers to make public evidence of a cyber-attack on the US election system. #MAGA #AmericaFirst #Dobbs See less



👍 Like    💬 Comment    ➤ Share

💙😍❤ 16K · 2.2K comments

All comments ▾

**Robert Davis**
I wish more judges and elected officials would talk like this! Dittos and kudos to Lou Dobbs!
Like · Reply · 5 w    😮😆❤ 147

˄ Hide 34 replies

**Matt Taylor**
WHITE NATIONALISM TO DISENFRANCHISE MILLIONS OF MINORITY VOTERS IN LARGE CITIES CLAIMING FALSE ALLEGATIONS OF FRAUD.

Conservative Trumpism and Conspiracy Theories , Lies and Deception of the truth has divided our country and threaten the core value of our fragile democracy . These similarities have been noted in history and have lead to dier consequences and how society turns on there own fellow citizens. The American Civil War is just one example but during the 1930s The Nazis Party came to rise out of one leader spreading fears and blaming others for Germanys economic collapse and failure as Joseph Goebbels did for Hitler. Unfortunately Donald Trump is doing the same thing fooling and stoking fears and falsehoods amongst his supporters and followers and trying to hold onto power no matter how much damage he inflicts on our American democracy as we once knew it. Its up to us to stand up against these lies and fear mongering and reprogram the minds of the disbelievers before irrepressible harm is done. Even some of our Republican Law makers are falling for this false narrative and just adding to the damage Trump has inflicted upon this nation.

THEY DON'T WANT US TO VOTE

BALLOT BOX

Like · Reply · 5 w    😆❤ 10

**Cheryl Puckett**
Matt Taylor Trump is not saying this Its America citizens that have witness this. Black and White

Document title: (12) Watch | Facebook
Capture URL: https://www.facebook.com/watch/?v=2830449313898343
Capture timestamp (UTC): Thu, 21 Jan 2021 11:37:46 GMT



## Watch

🔍 Search videos

🏠 Home

📺 Shows

📹 Live

🎵 Music

🗂 Saved videos

**Your watchlist**

▶ Latest videos

GIPHY · BALLOT BOX

Like · Reply · 5 w · 🔟 10

**Cheryl Puckett**
Matt Taylor Trump is not saying this Its America citizens that have witness this. Black and White. Democrats are enslaving all Americans.Taking away our vote

Like · Reply · 5 w · 🔟 10

**Cheryl Byrnes**
Matt Taylor This isn't about race not everything is racist or not. This is about a fair election for all American 🇺🇸 Citizens regardless of race .If you are so ignorant to think there's no people of color who support President Trump you are clearly not awake.Some Americans know when this division started and who started it . That's why we got a President Trump. This for you is about Trump not about the election so keep on blaming everything on Trump and fail to see this isn't a false narrative. Millions and millions of Americans agree with us we are awake and aware demanding to hear the truth. We are demanding to end the lies and misinformation coming from people like you who believe everything the Msmockingbirdmedia tries to shove down your throat.

Like · Reply · 5 w · 💬 6

**Madalen le Roux**
Matt Taylor DENIAL OF FACTS FACE THE TRUTH . · 💬 4

Like · Reply · 5 w

**Matt Taylor**
RACIST MINORITY EXECUTIONS BY THE TRUMP ADMINISTRATION FOR HIS ANGER AT THE MINORITY COMMUNITY FOR OUT VOTING HIS WHITE CONSERVATIVES AND GIVING BIDEN THE PRESIDENCY IN 40 DAYS.

Trumps anger at the Minority community for his loss in the election, now takes his anger out on minority death row inmates in his Lam Duck period of his Presidency ordering expedited executions.



Like · Reply · 5 w · 💬 1

**Henrik Jarltoft**
Robert Davis World Class Entertainment 😀
The whole world is laughing at the clown and Psychopath Donald Trump and his stupid lawyers.

Like · Reply · 5 w · 🔟 3

**Gordon Reiselt**
Robert Davis Most Republicans do think and sound like Dobbs and they are all idiots.

Like · Reply · 5 w · 😆 3

**Alonelahi Veatufunga**
God bless America great again President Trump Commander in Chief save Nation Liberty In God we trust

Like · Reply · 5 w · 💬 3

**Vitus Yu**
Robert Davis military tribunal needed !

Like · Reply · 5 w · 💬 1

**Matt Taylor**
You speak of facts. ?Thats a joke as Trumpsy was rejected twice in one week by his appointed Supreme Court.

Like · Reply · 5 w

**Donna Morgan Guthrie**
Matt Taylor who on earth said amything about race?

Document title: (12) Watch | Facebook
Capture URL: https://www.facebook.com/watch/?v=2830449313898343
Capture timestamp (UTC): Thu, 21 Jan 2021 11:37:46 GMT



**Watch**

- Search videos
- Home
- Shows
- Live
- Music
- Saved videos

Your watchlist

- Latest videos



GIPHY

Like · Reply · 5 w

**Donna Morgan Guthrie**
Matt Taylor who on earth said anything about race?

Like · Reply · 5 w · Edited

**Candi Bethea**
Matt Taylor Not Trump Nor Biden divide this country The News media has divided it

Like · Reply · 5 w

**Vicki Magruder**
Robert Davis its been voter fraud for 10 years. Demand ID and adhere to voter registration rolls

Like · Reply · 5 w

**Matt Taylor**
THE RISE OF THE KNUCKLEHEAD TRUMPLICAN.

Red Hat Dummies Shaved Headed Tattoos , Foul Language with Loud Trump Mega Horns , showing their Illiteraratreacy and Lack of Common Sense. They tot around in Their Loud Pick Up Trucks ,flashing there Trump Signs and Flags , making unnecessary noise and crying there Messiah had his election stolen from him and is no longer going to be there fearless leader. If Donald can scare and hold House Republicans to go along with his baseless conspiracies , he easily misleads his illiterate followers as well.

Like · Reply · 5 w

**Judith Stevens**
Robert Davis He'd be disbarred since his evidence is all talk. There is none.

Like · Reply · 5 w

**Evan Jackson**
Cheryl Byrnes seriously I've just read your response but are you suggesting Trump is honest?

Like · Reply · 5 w

**Rudy Pan Y Agua**
Robert Davis who is low doubts!

Like · Reply · 5 w

**Rudy Pan Y Agua**
Matt Taylor ignorance× roughly 65% ÷ by the other % = a democratic decision...result, denial!



# Watch

Search videos

- Home
- Shows
- Live
- Music
- Saved videos

Your watchlist

- Latest videos

Like · Reply · 5 w

**Rudy Pan Y Agua**
Robert Davis who lou doubts! Was he a porno movie producer! Please tell me and inform me.



Like · Reply · 5 w

**Ilona Wojtowicz**
Matt Taylor please ... stop with the race card ... it's so boring and irrelevant

Like · Reply · 5 w 👍 1

**Ilona Wojtowicz**
Cheryl Byrnes they play the same game especially when they loosing and don't have anymore arguments

Like · Reply · 5 w

**Ilona Wojtowicz**
Matt Taylor is this your answer and facts? Then you must have an IQ like that frog !

Like · Reply · 5 w 👍 1

**Madalen le Roux**
Matt Taylor Good - learning from the Dems!

Like · Reply · 5 w

**Ian Walter**
Matt Taylor so you would like China to rule your country with their puppet Joe Biden , wake up before America becomes a country owned by China

Like · Reply · 5 w

**Addie Moore**
Cheryl Puckett where in hell are Democrats enslaving Americans? You, Trump and his minions will say something and right away each of you preach it like it's true. You people sound like Germany under Hitler. Look and listen to yourselves!!!

Like · Reply · 5 w

**Cheryl Puckett**
Matt Taylor why did they take away the safety features out of the voting system. Because of voter fraud. Fake ballots.dead voters, changing names, use markers not pens, recyling ballots, Not allowing inspection. So curupt media and Politians, on both sides. We will be China

Like · Reply · 5 w

**Judith Stevens**
Robert Davis Show your evidence Dobbs. None are there?

Like · Reply · 5 w

**Jason Pang**
Cheryl Puckett



Like · Reply · 4 w

**Jason Pang**
Madalen le Roux yes you do that. The truth is smacking you in the face. No fraud

Document title: (12) Watch | Facebook
Capture URL: https://www.facebook.com/watch/?v=2830449313898343
Capture timestamp (UTC): Thu, 21 Jan 2021 11:37:46 GMT



Watch

Search videos

Home

Shows

Live

Music

Saved videos

Your watchlist

Latest videos



Like · Reply · 4 w

**Jason Pang**
**Madalen le Roux** yes you do that. The truth is smacking you in the face. No fraud.

Like · Reply · 4 w

**Madalen le Roux**
Matt Taylor
Don't vote ten times . Cheats.

Like · Reply · 4 w

**Madalen le Roux**
Trump is right. Trump won.
Go thru UTUBE it is rolling with testimonies about his
triumph. UTUBE is full of videos confirming what Reds know. No question that republicans are
speaking the truth. Republicans have to fight for their stolen rights.
Republicans are being treated rudely by other unethical voters.
Republicans spirit is way up because their cause is honest,
they are stronger together than weak judges and dems who are willing minions of China.

Like · Reply · 4 w

**Jason Pang**
**Madalen le Roux** you do know that both Sidney Powell and lying Lou Dobbs had to walk back their
statements of fraud at the threat of being sued and the both did. You do know that dont you? He
had to do it in his own show. No fAke fraud

Like · Reply · 4 w

**Dario Alphonse**
Cheryl Puckett Trump false claims for US 2020 Presidential voter fraud masquerade has been
rejected in court rooms and by the SCOTUS. Mike Pence does not approve and support Trump's
delirium and his coup to steal a democratic elections that he lost through fanatics severely infected
by the trump stupidity virus. This is no fiction. America and all people having common sense knows
that Trump's ignominious presidency is over. America doesn't belong to Trump and his fanatics and
not subjected to their whims. May be Trump's finds it very difficult to accept defeat from a man he
downtrodden and called Sleepy Joe but this is reality. Welcome to the losers club Mr. America isn't
Trump's, Trump's family and brainwashed credulous fan club playingground that's all.

Like · Reply · 2 w · Edited

**Madalen le Roux**
Jason Pang
FRAUD GALORE .
Lawyers, Hearings, Videos, Affidavits and Interviews.
DOMINION machines, dems and polling staff cheaters.
No brainer!!

Like · Reply · 4 w

Write a reply...

Press Enter to post.

**Jeremy Scyoc**
Forget the governor and Secretary of State of Georgia doing the right thing. They are corrupt. The main
problem is corruption doesn't know what party it's in. Both parties are crooked.

Like · Reply · 5 w                                                               57

**Edward Cox**
**Jeremy Scyoc** finally someone who's got it fricken right!!! Amen!

Like · Reply · 5 w                               3

**Tom Cummings**
**Jeremy Scyoc** exactly,

Like · Reply · 5 w            1

**Timothy Riley**
**Jeremy Scyoc** oh gosh and now that the Supreme Court refused to hear the case........well they must
be corrupt tooo!!! Maybe thier socialists? Maybe they are plotting against America and trafficking
children out of a pizza joint in Adams Morgan!!!

Like · Reply · 5 w                               2

**Tim Goodman**
**Timothy Riley** I guess Amy Comey Barrett, Kavanaugh, and Gorsuch are corrupt now in their
delusional minds

Like · Reply · 5 w                               1

**Timothy Riley**
**Tim Goodman** of course, classic Trumpthink              1

Like · Reply · 5 w

**Paul Bennett**
**Jeremy Scyoc** Trump is the most crooked of them all... He's the main swamp dweller

Like · Reply · 5 w                               3

**Brendan Coonan**
**Jeremy Scyoc** you





Cassie

**Watch**

Search videos

- Home
- Shows
- Live
- Music
- Saved videos

Your watchlist

- Latest videos

Like · Reply · 5 w 3

**Brendan Coonan**
**Jeremy Scyoc** you

Like · Reply · 5 w

Write a reply...

Press Enter to post.

**Roger D. Miller**
I am ready to see this information get out! We have been attacked, we need to fight! We knew it wasn't right but now we see it was orchestrated and from foreign players. This should be cause for military action!

Like · Reply · 5 w 181

Hide 25 replies

**Molly Casas**
**Roger D. Miller** The Storm is coming, buckle up 12

Like · Reply · 5 w

**Denise Clough**
**Roger D. Miller** our own judicial system doesn't seem to want to do anything about this blatant take over. My stomach is sick every day.

Like · Reply · 5 w 7

**Denise Clough**
**Marge Halligan** Georgia Governor Brian Kemp's daughter's boyfriend, Harrison Deal, was killed when his car exploded in a car "accident" Dec. 4, the day after Kemp called for an election audit. So, yes, I think all the politicians and judges are scared.

Like · Reply · 5 w 5

**Tim Goodman**
**Molly Casas** I'll bet you $100 the Storm never comes.

Like · Reply · 5 w 5

**Denise Clough**
**Keith Henderson** you can believe what you want. I believe we are dealing with a deadly left wing mafia.

Like · Reply · 5 w 4

**Kathy Morgan**
**Denise Clough** mine too.

Like · Reply · 5 w 1

**Marge Halligan**
**Denise Clough** prolly their family and loved ones life being threatened. The Luciferians will stop at nothing to regain power. But.... the battle belongs to the Lord!

Like · Reply · 5 w 3

**Keith Henderson**
**Denise Clough** It burst into flames, not exploded. Not unusual in impacts, particularly where large vehicles involved cause fuel lines and tanks to rupture.

Like · Reply · 5 w 1

**Denise Clough**
**Keith Henderson** still, very unusual timing. And his body ended up in the Georgia crime lab and they said it will be under investigation for a long time.

Like · Reply · 5 w 2

**Keith Henderson**
**Denise Clough** If you look for conspiracies, you'll find them. Crashes happen all the time. Famous (and not so famous) folk are just as likely to be killed as you and I.

Like · Reply · 5 w 1

**Tim Goodman**
**Denise Clough** Take hydroxychloroquine as a preventative

Like · Reply · 5 w 1

**Denise Clough**
**Tim Goodman** the crooked libs get away with anything they want. No rioting, no looting by the right.

Like · Reply · 5 w 1

**Paul Bennett**
**Roger D. Miller** Russia did it in 2016 and I bet you didn't even care. As a matter of fact you probably denied it. So why are you angered now, is it because your boy Trump is on the losing end..

Like · Reply · 5 w 2

**Carlo Sigismondi**
**Roger D. Miller** Supreme Court ruling against Trump. RULING AGAINST WHOM? where are the

Roger D. Miller Russia did it in 2016 and I bet you didn't even care. As a matter of fact you probably denied it. So why are you angered now, is it because your boy Trump is on the losing end..

Like · Reply · 5 w          👍 2

Carlo Sigismondi
Roger D. Miller Supreme Court ruling against Trump. RULING AGAINST WHOM? where are the pieces of evidence? Federal judge rejects Trump ally's bid to block election certification in Georgia The judge, who was appointed by the president, delivered a withering assessment of the suit filed by a prominent attorney. The game is OVER!!!!! The Supreme Court there declared BIDEN the winner.
Do please mention at least one single name. So far Trump and Giuliani have not shown evidence to the police. The police so far have not arrested anybody. So far no judge has had the possibility to proceed against anybody for the luck of REAL evidence. Here is what happened to Giuliani "Pennsylvania Supreme Court rejects complaints about Philadelphia election observations" Here is the link https://www.politico.com/.../pennsylvania-supreme-court But the funniest thing is this (do ask Giuliani to clarify the matter) " THERE ARE NO EVIDENCE OF FRAUD IN PENNSYLVANIA. In short: Giuliani in Public: It's a Fraud.' Giuliani in Court: 'This Is Not a Fraud Case.'
https://www.facebook.com/watch/?v=478117166343492 If than you are really curious here is the story of the dead people who voted. Enjoy it .
https://www.facebook.com/meetindy100/posts/3351732051606064

POLITICO.COM
We're sorry, but that page cannot be found                                    i        💬 1

Like · Reply · 5 w

Tim Goodman
Denise Clough Oh yeah, like the attempted kidnapping, fake trial, and presumed execution by some militia bros of the Michigan governor, or the armed protestors outside the home of the Michigan official

Like · Reply · 5 w

Kathleen Foster Thompson
Denise Clough this is just exposing them.

Like · Reply · 5 w

Brendan Coonan
Roger D. Miller



BLAH BLAH

Like · Reply · 5 w

David Edwards
Roger D. Miller great idea! Let's take on China's impressively armed and trained 150 million strong army, shall we? You go first, I'll be right behind you.
Or perhaps you'dprefer to just nuke a billion or so civilians from a distance? THAT should give you the moral high ground!

Like · Reply · 5 w

David Edwards
Denise Clough odd – because the only one in this case with proven links to the mafia is Rudy Giuliani. Maybe he only dealt with the NICE mafia, eh?

Like · Reply · 5 w

Denise Clough
David Edwards you'll be the first one learning Chinese, not because you want to, because you have to. With Biden, Kommie Kamala, and Pelosi in charge, it will really be China in Charge. Have fun with that. You'll be saying the pledge to the Communist States of America.
And I will accept all of it if Kamala won legally, but she did not and the Democrat politicians are quite aware of that.

Like · Reply · 5 w

David Edwards
Denise Clough I already speak Putonghua, thanks. Is your attitude a genuine concern that China will be the world's most powerful nation, or sour grapes because the US isn't?

Like · Reply · 5 w

Denise Clough
David Edwards get real, David. I don't care what China does as long as they don't inflict their controlling dictatorship regime on us through their Biden minions. If you have to ask that question, you are not focused on our/your freedom. And I speak Arabic. BFD.

Like · Reply · 5 w

Diane Ells
Paul Bennett They had every opportunity to prove it was Russia. Why not give these questions the same opportunity?







Watch

Search videos

Home

Shows

Live

Music

Saved videos

Your watchlist

Latest videos

you are not focused on our/your freedom. And I speak Arabic. BFD.

Like · Reply · 5 w

Diane Ells
**Paul Bennett** They had every opportunity to prove it was Russia. Why not give these questions the same opportunity?

Like · Reply · 5 w

Elizabeth Jan Poole
**Roger D. Miller** Joe Biden confession to election fraud!
https://www.facebook.com/1581489569/posts/10221823355164682/?d=n

1

Like · Reply · 5 w

Jennifer Roy Booth
**Elizabeth Jan Poole** yep fox and facebook. Your reliable source.😂😂😂😂😂😂😂

Like · Reply · 5 w

Write a reply...

Press Enter to post.

Rosie Cirillo
God bless you Lou Dobb's for helping Sydney Powell get this information out no court had even took the time and just dismissed for fear or political reason they are cowards!

43

Like · Reply · 5 w

Kristen Rector
**Rosie Cirillo** who is the author of fear??? The enemy of our souls. The Lord speaks "Fear not for I am with you." The enemy has unleashed a spirit of fear over the world in attempt to kill steal and destroy..... we must stand our ground with armor on the fight going on in the spirit world not flesh and blood.

Like · Reply · 5 w

Rudy Pan Y Agua
**Rosie Cirillo** who is low doubts! Car salesman, national enquirer reporter, preacher,medicine man or freak man in a 💩!

Like · Reply · 5 w

Write a reply...

Press Enter to post.

Melissa Visto Palmer
If there's anything being held back by Sidney & her team for whatever reason, now is the time to bring it out into the light. If the courts won't listen, then take it to the court of public opinion. As much as we all want the evidence to be a red hot smoking gun, show us whatcha got. Pressure by the public is a powerful thing. Time to put up or shut up.

166

Like · Reply · 5 w

Hide 70 replies

Ron Fillmore
**Melissa Visto Palmer** What you are missing is that most of the public does not hear about this, and won't, they get their information from the Left's propagandist arm, the MSM!

21

Like · Reply · 5 w

Donna Reardon
**Melissa Visto Palmer** no this is not the time to bring out the evidence. The time to bring it out is in court. That way it's safe

19

Like · Reply · 5 w

Donna Reardon
I refuse to believe that Trump will lose. He has God on his side. Try to tell God that he will lose. And let me know how that works for you

21

Like · Reply · 5 w

Rodney Graham
**Donna Reardon** ma'am you are praying to a false idol.

12

Like · Reply · 5 w

Melissa Visto Palmer
**Derek Holtman** the original state court filings for Georgia & Michigan are there. Receipts, audio/video, machine audit tape results, any smoking gun info are NOT. Check it out: www.defendingtherepublic.org

ding the

DEFENDINGTHEREPUBLIC.ORG
Defending the Republic – Sidney Powell's Legal Defense Fund

Watch

Search videos

Home

Shows

Live

Music

Saved videos

Your watchlist

Latest videos

audio/video, machine audit tape results, any smoking gun info are NOT. Check it out: www.defendingtherepublic.org

ling the

DEFENDINGTHEREPUBLIC.ORG
Defending the Republic – Sidney Powell's Legal Defense Fund

9
Like · Reply · 5 w · Edited

**Ron Fillmore**
**Donna Reardon** Don't be too sure about the courts. The marxist/demo-rat party has in large part taken those over too.
8
Like · Reply · 5 w

**Gaylon Williams**
**Melissa Visto Palmer** they are going to put it on ghe air as early as tonight.
5
Like · Reply · 5 w

**Jerry Wallis**
Eventually the mainstream media will have to show it, that's what's good about watching corruption happen in front of your face for four to five to ten years now period or 53 years of my life!!! And I don't think I'm crazy!!!!
5
Like · Reply · 5 w

**Jake Jivanmukta**
Jerry Wallis I'm 52 and seen it alot also, treason and gun runming, most wanted ppl that were CIA assets and fake deaths like osama and whole special forces units wiped out for coverup. Etc etc etc it's almost to much to handle for the common person if they new.
5
Like · Reply · 5 w · Edited

**Michael Jennings**
**Melissa Visto Palmer** Time for Trump to stop lying.
4
Like · Reply · 5 w

**Allen K Rice**
**Melissa Visto Palmer** Donnie J Drumpf

3
Like · Reply · 5 w

**Jake Jivanmukta**
**Allen K Rice** lost by a cheatslide
4
Like · Reply · 5 w

**Zoe Burns**
**Jerry Wallis** been cheating since Carter...even in the Republicans primaries...we didn't vote for McCain or Romney...they are NWO puppets do why would we vote for them...
1
Like · Reply · 5 w

**Allen K Rice**
**Jake Jivanmukta**
How did they cheat???
Trump was saying months before the election that they were going to cheat, so how did they not get caught before hand???
4
Like · Reply · 5 w

**Jake Jivanmukta**
**Allen K Rice** soon we will all know. This is bigger than me like Ruby said I don't wanna have to lawyer up.

get caught before hand???

😆😂 4

**Jake Jivanmukta**
Allen K Rice soon we will all know. This is bigger than me like Ruby said I don't wanna have to lawyer up.

Like · Reply · 5 w

😡 1

**Melissa Visto Palmer**
Ron Fillmore Ron Fillmore no, I do get it. But right now, it's huffing and puffing and no (or little) documents or receipts or audio/video evidence. If those details are put out there to us, the public, we can disseminate far and wide. I could care less about the left US public seeing it now (all in good time) – I do care about the groups who will put the screws to the right people who will fix this. We don't need no stinkin' MSM to get international interest in this story if there are juicy documents attached. MSM keeps telling foreign allies that there's nothing to see here. Pressure from that front to pay attention will (should) make our political and judicial leaders squirm a bit.

Like · Reply · 5 w

💬 3

**Melissa Visto Palmer**
Donna Reardon I kept saying that weeks ago too. Now, I'm not sure she'll get to share her evidence in court. 😢

Like · Reply · 5 w · Edited

😡 1

**Shawn Hayes**
Melissa Visto Palmer but it is probably not in the best interest for them to spew all the evidence!?

Like · Reply · 5 w

💬 2

**Jake Jivanmukta**
Shawn Hayes it's bigger than count vote rooms they are reporting.

Like · Reply · 5 w

💬 1

**Melissa Visto Palmer**
Shawn Hayes I sure hope you're right. 🙏😊 Just fearful they're sitting on something big waiting for the right time and it never comes.

Like · Reply · 5 w

👍😡 2

**Donna Reardon**
Pray that she does. Prayers are very powerful.

Like · Reply · 5 w

👍😮 2

**Timothy Hodges**
Melissa Visto Palmer Sidney been on since the election talking about this case about Dominion, HAMMER and SCORECARD, and where these flipped votes came from, but nobody does anything but laugh and mock her, so you want to know what has happen, go to Newsmax on YouTube and do your research, if you want the truth. Do some digging. Otherwise....put a sock in it yourself!!! Too much unrest!

Like · Reply · 5 w

😡 1

**Kim Doc**
Melissa Visto Palmer Trump and his allies just hit a new record: 50 losses in court in 35 days. Here's where things stand:

🦑The Kraken is more like calamari
❌They've FAILED at decertifying
❌They've FAILED at tossing ballots
❌Their conspiracy theories FAILED

And we're not done yet! 😜

Now 55 cases lost

Like · Reply · 5 w

👍😡 2

**Liane Palmateer**
Donna Reardon AMEN

Like · Reply · 5 w

**Melissa Visto Palmer**
Timothy Hodges I've watched every legislature hearing with Rudy/Jenna and most of the follow-up hearings. I've followed every step of Sidney's mission and read both briefs. Seen and heard it all. Huge amount of respect for what she's doing and up against. Running out of time is all I'm saying...

Like · Reply · 5 w

😡 1

**Eddie Wilkes**
Donna Reardon There is not going to be a Court hearing. The F.B.I.--law enforcement and not even the Supreme court has the guts to do what is right--fair and honest. They do not want their future political career marred in any way by speaking up for President Trump. Just stick their worthless heads in the sand until it go's away. They want nothing to interfere with their paid time to sleep during the day as they bleed our tax dollars to do nothing.

Like · Reply · 5 w · Edited

💬 2

**Sharon Cole**
Allen K Rice zyou can't catch someone for something , until they do it.

Like · Reply · 5 w

👍😡 3

**Allen K Rice**
Sharon Cole
And EXACTLY what was that???

Disputing Trump, Barr says no widespread election fraud
-APNews
By MICHAEL BALSAMO



**Watch**

- Home
- Shows
- Live
- Music
- Saved videos

**Your watchlist**

- Latest videos



Allen K Rice
**Sharon Cole** And EXACTLY what was that???

Disputing Trump, Barr says no widespread election fraud
-APNews
By MICHAEL BALSAMO
https://apnews.com/.../barr-no-widespread-election-fraud...

APNEWS.COM
Disputing Trump, Barr says no widespread election fraud

Like · Reply · 5 w

Jerry Spannagel
**Melissa Visto Palmer** she won't until the Supreme Court makes a decision
Like · Reply · 5 w

Wendy Reiser
**Rodney Graham** and what makes you say that?
Like · Reply · 5 w

Wendy Reiser
**Allen K Rice** oh so funny - NOT!! The losers are those who think that they can trust the democrats and their buddies to help America win!!
Like · Reply · 5 w

Carol Pue Kitchens
**Melissa Visto Palmer** 👍👍👍👍👍 yes!
Like · Reply · 5 w

Beth True
**Melissa Visto Palmer** I'd love to play cards with you, if you think tipping your hand prior to going to court would be a good idea!!
Like · Reply · 5 w

Beth True
**Kim Doc** CNN sound bites!
Like · Reply · 5 w

Maria Catania
**Melissa Visto Palmer** There's a reason why she's not showing her evidence right now, she'll show it at the right time, And she's got more than a smoking gun
Like · Reply · 5 w

Elizeo Rodriguez
**Melissa Visto Palmer** if the court won't listen? We are a nation of laws and the courts are the law !!
Like · Reply · 5 w

Joseph N Petrina Martin
**Melissa Visto Palmer** I know she's the professional and we all need to wait😢
Like · Reply · 5 w

Alan Walton
**Donna Reardon** how can you mention god and this antichrist in the same sentence
Like · Reply · 5 w

Tha King Cappavelli
**Melissa Visto Palmer** shut up...lol
Like · Reply · 5 w

Tha King Cappavelli
**Donna Reardon** God doesn't change votes to favor someone else...lol
Like · Reply · 5 w

Tha King Cappavelli
**Melissa Visto Palmer** It's funny how people that aren't here in GA think they know more than us Georgians...The MAJORITY of us didn't vote for Trump...The majority of us won't vote for Loeffler or Perdue either...lol...We didn't vote for Brian Kemp to become Governor either, he just so happened to be Secretary of State and was allowed to oversee his own election
Like · Reply · 5 w · Edited

Angie Vandorn
**Donna Reardon** yeah. He has Alah
Like · Reply · 5 w

Mark Williams
**Melissa Visto Palmer** the public has spoken on the election. It's done. Just a sad loser that can't accept his defeat and a group of people and pretend journalist like these two, QAnon type peddling conspiracy theories trying to help a wanna be dictator overthrow our great countries election. Humiliating to all of America.
Like · Reply · 5 w

Roberta Burt
**Ron Fillmore** I fear you are right!
Like · Reply · 5 w

Murray Ion

Document title: (12) Watch | Facebook
Capture URL: https://www.facebook.com/watch/?v=2830449313898343
Capture timestamp (UTC): Thu, 21 Jan 2021 11:37:46 GMT



## Watch

🔍 Search videos

▶ Home

▢ Shows

📹 Live

🎵 Music

▢ Saved videos

**Your watchlist**

▶ Latest videos



Roberta Burt
**Ron Fillmore** I fear you are right!
Like · Reply · 5 w

Murray Ion
**Melissa Visto Palmer** the most important info needs only to be held back for the Supreme Court !!! She's a good back up in case by some weird occurrence , the multiple states law suit headed by Texas , doesn't quite go to script !!! You don't throw all your eggs in one basket when your dealing with corrupt democrats , corrupt MSM , corrupt state governors & state attorneys...
Like · Reply · 5 w

Nils Bendik Munthe-Kaas
**Melissa Visto Palmer** Probably the second option is best for the Kraken; to shut up 😄
Like · Reply · 5 w

Rae Barnett
**Melissa Visto Palmer** Thank you going there now.
Like · Reply · 5 w · Edited

Kim Doc
**Beth True** since you came for me, but clearly I didn't send for you. Facts over feelings nawwww its the actual lawyers who's kicking Trump butt sound bite. I don't watch tv. I read books. 😂😂
Like · Reply · 5 w

Patty Gilbert Hardtke
**Melissa Visto Palmer** you don't have to be rude
Like · Reply · 5 w

Rodney Graham
**Timothy Hodges** sir the problem is you guys are digging in the trash. There is no evidence, but feel free to keep lying to yourself.
Like · Reply · 5 w

Michael Notzon
**Melissa Visto Palmer**
Shut up
It's over.
Fair and square
Like · Reply · 5 w

Cynthia Wilson Fallon
**Allen K Rice** SO MUCH CHEATING, VOTER FRAUD ON THE GROUND BY ANY MEANS POSSIBLE...truckloads of mail in ballots filled out and dropped off, ballots run through tabulators over and over, underage people voting, dead people voting, etc...that was the ground game!

On top of that, DOMINION VOTE STEALING MACHINES SOFTWARE AND TABULATORS dropped Trump votes, rolled them to Biden, and created votes!

This was coordinated and planned over 6 states with large, Democrat run big cities and used cyber warfare! These people involved are trying to overthrow our COUNTRY AND IT IS TREASONOUS!!
deepcapture.com

DEEPCAPTURE.COM
Deep Capture – Investigating naked short selling, economic warfare, and the financial crisis
Like · Reply · 5 w

Cynthia Wilson Fallon
**Jake Jivanmukta** yes, it can be very discouraging...I have to take time to focus on God in the morning and throughout the day or I would just give up. I am praying for a Jehoshaphat deliverance for our nation!
Like · Reply · 5 w

Cynthia Wilson Fallon
**Jake Jivanmukta** 2 Chronicles 20 Bible story is what I'm praying for!
Like · Reply · 5 w

Rain H. Ward
**Melissa Visto Palmer** I agree but we're dealing with high level people and she's got to be extremely careful. I'm getting weary myself but when we can't trust FBI, CIA, DOJ...no wonder Trump is relying on DOD. From what I've hear he's cut CIA, FBI, DOJ out his inner circle of trust.
Like · Reply · 5 w

Allen K Rice
**Cynthia Wilson Fallon**
HEADLINE:
My party is destroying itself on the altar of Trump.
-Ben Ginsburg Republican Election Lawyer
https://www.washingtonpost.com/.../ben-ginsberg-voter-/...

WASHINGTONPOST.COM
Opinion | My party is destroying itself on the altar of Trump
Like · Reply · 5 w



**Watch**

🔍 Search videos

🏠 Home

▶ Shows

🔴 Live

🎵 Music

🔖 Saved videos

**Your watchlist**

▶ Latest videos

WASHINGTONPOST.COM
Opinion | My party is destroying itself on the altar of Trump

Like · Reply · 5 w

**Allen K Rice**
**Cynthia Wilson Fallon**
Trump/GOP started this week 1-54 in court.
Trump/GOP ended the week 1-56 in court.
Happy Friday

Like · Reply · 5 w

**Chita Steylen**
**Melissa Visto Palmer** waiting the TIMER"

Like · Reply · 5 w

**Stephen Fowler**
**Eddie Wilkes** "The F.B.I.--law enforcement and not even the Supreme court has the guts to do what is right--fair and honest."

The courts are saying there isn't a case worth hearing in the briefcases brought by Trump's legal team.
These are often Republican and Trump appointed courtrooms that you are talking about. Why would they wrongfully find against the President?
That argument doesn't make sense.

Like · Reply · 5 w

**Eddie Wilkes**
**Stephen Fowler** I honestly believe the entire crowd is afraid of the Democratic Party. They know their past history of crimes against those who refuse to comply with their demands. Also the giant loads of under-the-table cash they can fill their pockets full of helps a lot too.. Very few morally correct people with decent values in the Democratic Party. I guess when you know that no matter what you do illegal that no criminal charges will stick it makes it easy to steal--cheat and lie.

Like · Reply · 5 w

**Donna Reardon**
**Tha King Cappavelli** And you know this how? God works mircles.

Like · Reply · 5 w                    😂 1

**Tha King Cappavelli**
**Donna Reardon**

Like · Reply · 5 w

**Guy Wolkosky**
**Melissa Visto Palmer** This just in. Public opinion is Trump and his supporters are uneducated idiots

Like · Reply · 5 w

**Guy Wolkosky**
**Donna Reardon** he lost. God just high fived me

Like · Reply · 5 w

**Randy Tucker**
**Melissa Visto Palmer** think we need to let her do the job as she sees fit.

Like · Reply · 5 w

**Ermelinda Corchado**
**Melissa Visto Palmer** amen I voted for trump but this lawyers if they got the smoking gun they

Document title: (12) Watch | Facebook
Capture URL: https://www.facebook.com/watch/?v=2830449313898343
Capture timestamp (UTC): Thu, 21 Jan 2021 11:37:46 GMT



Watch

Search videos

Home

Shows

Live

Music

Saved videos

Your watchlist

Latest videos



**Randy Tucker**
Melissa Visto Palmer think we need to let her do the job as she sees fit.
Like · Reply · 5 w

**Ermelinda Corchado**
Melissa Visto Palmer amen I voted for trump but this lawyers if they got the smoking gun they better put up now or let the dems destroy
Like · Reply · 5 w

**Ilona Wojtowicz**
Melissa Visto Palmer trust them , they're professional
Like · Reply · 5 w

**Michael DeMayo**
Melissa Visto Palmer but the problem is that there isn't anything that nut job has, no smoking gun, no gun, in fact no evidence of any kind to support her fact free allegations. That's what makes her Crazy. She doesn't know that she's crazy !!! It's getting everyone else on this fantasy voyage to get back on the facts train that's going to take work. Lou Dobbs is being evaluated for dementia. Hummm , seems like the perfect dynamic duo to get facts.
Like · Reply · 5 w

**Teresa Howell**
Melissa Visto Palmer there is a video news that breaks down the bomb. Biden helped set up the dominion candle over seas in 2012. There are divisions of the company which include. Obama, Clinton foundation, Soros, and Biden's. So when Trump executes the 2018 law all their assets will be frozen and they will be arrested for treason. Read all the things that are happening. 1. Trump just got rid of 11 I thing defense committee. Madeleine Albright Kissinger etc. miller is replacing them. The new guy Barr replaced is adding attorneys. He put all special forces under the new dept of intelligence I believe it's called. Things are fixing to get crazy this week. Much proved dominion machines have issues. Wisconsin says all those who Claimed corona as a stay at home disability can't do it. There was a whole lot of things in that report,
Like · Reply · 5 w

**Teresa Howell**
Melissa Visto Palmer look up front page in utube they break it down. Very revealing and yep bomb shell
Like · Reply · 5 w

Write a reply...
Press Enter to post.

**Judy Lee**
So how much evidence do you have to have to prove fraud? How many more brave people have to come forward ? Any politician that denies fraud and irregularities and election laws being broken is a traitor to the US 🙏🇺🇸
Like · Reply · 5 w          124

∧ Hide 16 replies

**Shane Silke**
Judy Liebner you can have a world of evidence but it is useless if the people tasked with informing the public ignore it.
Like · Reply · 5 w          7

**Michael Waterman**
Judy Liebner - they have no evidence- 40 courts rejected their claims. They are just brainwashing everyone in an absurd attempt to overthrow an election Trump lost. They even have you fooled.
Like · Reply · 5 w          6

**Cheryl Florence**
Michael Waterman It's a fact that 6,000 votes were flipped from President Trump to Biden in Michigan. There's no dispute about that. The "human error" was discovered and corrected. So we know it can happen. The question is how many times did it happen and no one caught it.
Like · Reply · 5 w          8

**Alison Kent Sheaffer**
Michael Waterman are you a US citizen?
Like · Reply · 5 w          4

**Sharon Mason**
Judy Liebner that's a fact
Like · Reply · 5 w          2

**Abby Rode**
Doreen Hager is that true? Where did you hear this
Like · Reply · 5 w          1

**Amin Kafer**
Cheryl Florence as an Independent, you want me to blame the opposition party for fraud when a sitting president could not tell his appointees in department of Homeland Security and Department of Justice to do an investigation into voter fraud but they can investigate Hunter Biden dead computer? How pathetic do Trumplicans sound
Like · Reply · 5 w          2

**Michael Waterman**
Cheryl Florence - that's not fraud. That's an error. Recounts have matched machine counts and the idea of a rigged election is not credible
          1



**Watch**

Search videos

Home

Shows

Live

Music

Saved videos

Your watchlist

Latest videos

computer? How pathetic do Trumplicans sound

Like · Reply · 5 w

**Michael Waterman**
**Cheryl Florence** - that's not fraud. That's an error. Recounts have matched machine counts and the idea of a rigged election is not credible

Like · Reply · 5 w

**Molly Casas**
**Michael Waterman** Why would President Trump put all the cards on the table, that said, Utube, Twitter, Instagram are taking down videos of the court hearings, so you can think the way your thinking now. The Storm is coming, buckle up

Like · Reply · 5 w

**Cheryl Florence**
**Michael Waterman** Voting Machines should not have a vote flipping feature.

Like · Reply · 5 w

**Candace Cole Emde**
**Judy Liebner** exactly this government judicial system is so corrupt

Like · Reply · 5 w

**James Cook**
**Michael Waterman** Stop embarrassing the British with your crazy remarks, Sorry Americans for my little sheep from Bristol do ignore him he's clearly uneducated

Like · Reply · 5 w

**Shirley Orf**
**Judy Liebner**, my sentiments exactly. I am so POd at SCOTUS for not even hearing the case brought by Texas and signed on by 18 or more states. So, how can we not have 'standing' ? Vote Fraud in a national election affects EVERY American.

Smh.

Like · Reply · 5 w · Edited

**Rudy Pan Y Agua**
**Judy Liebner** IT IS OVA SISTA ! I KNOW YOU MAD BUT IS OVA!

Like · Reply · 5 w

**Rudy Pan Y Agua**
**Judy Liebner** most of these people were intoxicated when they testified including Ruliany with some s$#&t running all ova his empty head!

Like · Reply · 5 w

**Steve Rice**
**Judy Liebner** one, just one piece of evidence would be enough.
But, nothing has been forthcoming.
Nowt, zip, bugger all.
Liars with post it notes are not evidence.

Like · Reply · 5 w

Write a reply...

Press Enter to post.

**Karen Bertino**
The American citizens need to know that now is the time to not just honor the soldiers who died for this country and our rights but to secure the same rights for generations to follow us

Like · Reply · 5 w · Edited

# Watch

🔍 Search videos

🏠 Home

📺 Shows

🔴 Live

🎵 Music

📑 Saved videos

**Your watchlist**

▶ Latest videos

---

**Karen Bertino**
The American citizens need to know that now is the time to not just honor the soldiers who died for this country and our rights but to secure the same rights for generations to follow us

Like · Reply · 5 w · Edited          😍❤️😮 66

**Paddy Sayer**
**Karen Bertino** The kraken is CRAZY!

Like · Reply · 5 w

**Maria Bartolomeo**
**Karen Bertino** You mean the soldiers that Trump called suckers and losers is that what you mean?

Like · Reply · 5 w

**Alonelahi Veatufunga**
God bless America great again President Trump Commander in Chief Liberty In God we trust save Nation

Like · Reply · 5 w          2

Write a reply...          😊 💬 🎁

Press Enter to post.

**Roy Cook**
So appears the Deep State refuses too stop the steal !
So they can continuously rob elections & continue to control any investigation that may lead too their arrest...!

Like · Reply · 5 w          😍😂😡 29

**Rudy Pan Y Agua**
**Roy Cook** please help me understand 🙏 this whole deep state thing! Is it a state deep under some mountain ⛰️!



Like · Reply · 5 w

Write a reply...          😊 💬 🎁

Press Enter to post.

**Denise Johnson**
I'm so glad you are looking into this. As a long time citizen of Washington state I have grown weary of feeling that my votes were for nothing. You have given me hope

Like · Reply · 5 w          😍 23

**Steven Mckinney**
**Denise Johnson** yes they need a recount here in Washington state, there is no way king enslee won fair..

Like · Reply · 5 w          5

**Marilyn Smith**
**Denise Johnson** I agree. But it will take more than a recount in Washington State. We have had fraud here for a very long time.

Like · Reply · 5 w          3

**Rudy Pan Y Agua**
**Denise Johnson** no,no, 🏆 what it means pumpkin is that the fella you voted for was not the winner just like the lottery! He was not the WINNER!

Like · Reply · 5 w

Write a reply...          😊 💬 🎁

Press Enter to post.

**Kimberly Lynn Bohac-Phipps**
May God be with you and shine a light to lead you with all the evidence to Justice and Truth for our county. Thank you Sidney Powell & thank you. Thank you Lou Dobbs for helping get the truths out.

Like · Reply · 5 w · Edited          😍😂 22

**Hillary Bakari**
**Kimberly Lynn Bohac-Phipps** hey you've got an amazing profile and I'd love to be your friend can

---

Document title: (12) Watch | Facebook
Capture URL: https://www.facebook.com/watch/?v=2830449313898343
Capture timestamp (UTC): Thu, 21 Jan 2021 11:37:46 GMT

Kimberly Lynn Bohac-Phipps
May God be with you and shine a light to lead you with all the evidence to Justice and Truth for our county. Thank you Sidney Powell & thank you. Thank you Lou Dobbs for helping get the truths out.
Like · Reply · 5 w · Edited                                                                    22

Hillary Bakari
Kimberly Lynn Bohac-Phipps hey you've got an amazing profile and I'd love to be your friend can you send me a friend request if you don't mind
Like · Reply · 5 w                                                                            1

Rudy Pan Y Agua
Kimberly Lynn Bohac-Phipps presents Jesus, praise Barr,praise putting, praise all = loss 🙏



Like · Reply · 5 w

Write a reply...
Press Enter to post.

Joye Sammons
Someone should buy the abc, cbd, and nbc and throw all their people and broadcast what is happening to the whole country in not half. Millions of people have no idea.
Like · Reply · 5 w                                                                            61

Dzsindzser Jeles
Joye Sammons https://www.facebook.com/TheVictoryChannel/videos/811972742707302/
Like · Reply · 5 w                                                                            1

Emily Price Britt
Joye Sammons maybe Trump?!!
Like · Reply · 5 w                                                                            1

Tony Dupree
Joye Sammons I think the honest folks in the military should arrest all the propaganda pusher that call them the media
Like · Reply · 5 w                                                                            2

Top fan
Amy Higgins Heinritz
Joye Sammons I agree
Like · Reply · 5 w

Therese Maynard
Joye Sammons propaganda..in cahoots with Big Tech n Gov.Elites!! 😣
Like · Reply · 5 w

Write a reply...
Press Enter to post.

Barbara Schatz
Thank you Lou Dobbs you are a blessing for helping Sidney Powell get the Truth out to the American people .
God Bless us all if we can't be Honest and transparent. The Democrats are EVIL and Biden has made a deal with the Devil
Like · Reply · 5 w                                                                           172

↑ Hide 27 replies

Matt Taylor
Trumpty Dumpty Never Finished His Wall,
Trumpty Dumpty Lost The Election This Fall,

All The Shady Lawyers And All The Yes Men,
Couldn't Get Trumpty Elected Again
https://scontent-lga3-1.xx.fbcdn.net/.../128578306...



Document title: (12) Watch | Facebook
Capture URL: https://www.facebook.com/watch/?v=2830449313898343
Capture timestamp (UTC): Thu, 21 Jan 2021 11:37:46 GMT



**Watch**

- Home
- Shows
- Live
- Music
- Saved videos

**Your watchlist**

- Latest videos

**Raymond Langdon**
Lou Dobbs is a delusional individual

Like · Reply · 5 w

**Nick Boberek**
Barbara Schatz sidney powell is a whack job

Like · Reply · 5 w

**Nick Boberek**
Brad Murray the whack job was dropped from trump's legal team and that is pretty pathetic considering giuliani is leading the charge.

Like · Reply · 5 w

**Henrik Jarltoft**
Barbara Schatz World Class Entertainment 😄

The whole world is laughing at the clown and Psychopath Donald Trump and his stupid lawyers.

Like · Reply · 5 w

**Gordon Reiselt**
Brad Murray If you don't know then you are more of a wackjob

Like · Reply · 5 w

**Hillary Bakari**
Barbara Schatz hey you've got an amazing profile and I'd love to be your friend can you send me a friend request if you don't mind

Like · Reply · 5 w

**Nick Boberek**
Brad Murray

Like · Reply · 5 w

**Gerard Tremblay**
Barbara Schatz omg Barbara you overdosed on trump's disinfectant cocktail your brain is all bleached and religion has nothing to do with politics and trump is an atheist

Like · Reply · 5 w

**Peg Carry Fredlund**
Barbara Schatz you're a titwad

Like · Reply · 5 w

**Charles Wallin**
Raymond Langdon no... he is extremely accurate . You can't see 5 minutes in front of your face. Biden didn't win cause everybody can think for themselves when you see him touching children in all the pics. I bet Epstein has proof that he went to the island.

Like · Reply · 5 w

**Charles Wallin**
Nick Boberek truth...not party...truth

Like · Reply · 5 w

**Kimberley Ann Jones**
Reprogramming and education for YOU!

Like · Reply · 5 w

**Alonelahi Veatufunga**
God bless America great again President Trump Commander in Chief Liberty In God we trust new





## Watch

- Home
- Shows
- Live
- Music
- Saved videos

**Your watchlist**

- Latest videos

Kimberley Ann Jones
Reprogramming and education for YOU!

Alonelahi Veatufunga
God bless America great again President Trump Commander in Chief Liberty In God we trust new members across the board

Stephen Fowler
Charles Wallin um, Epstein, Trump's friend, is dead.

Betty Yawn
Matt Taylor sad!

Tim Goodman
Brad Murray Based on everything she says

Rachel Zieber-Platt
Nick Boberek hey guess what? She was NEVER working FOR TRUMP to begin with. Get your facts straight. She is, and has been, working for the American People since the election.

Laurie Jones
Matt Taylor nope you are wrong!! You guys cheated and it's very obvious to Americans!! TDS IS REAL SEEK HELP!!
Like · Reply · 5 w

Laurie Jones
Stephen Fowler that's to Killary
Like · Reply · 5 w

Laurie Jones
Nick Boberek that a lie!! Dems are famous for lying!!! We see how y'all work!!! Thieves!!
Like · Reply · 5 w

Nick Boberek
Rachel Zieber-Platt the so called kraken is a failure just sidney powell & dotard donald trump
Like · Reply · 5 w

Carlo Sigismondi
Barbara Schatz Supreme Court ruling against Trump. RULING AGAINST WHOM? where are the pieces of evidence? Federal judge rejects Trump ally's bid to block election certification in Georgia The judge, who was appointed by the president, delivered a withering assessment of the suit filed by a prominent attorney. The game is OVER!!!!! The Supreme Court there declared BIDEN the winner.
Do please mention at least one single name. So far Trump and Giuliani have not shown evidence to the police. The police so far have not arrested anybody. So far no judge had the possibility to proceed against anybody for the luck of REAL evidence. Here is what happened to Giuliani "Pennsylvania Supreme Court rejects complaints about Philadelphia election observations" Here is the link https://www.politico.com/.../pennsylvania-supreme-court But the funniest thing is this (do ask Giuliani to clarify the matter) " THERE ARE NO EVIDENCE OF FRAUD IN PENNSYLVANIA. In short: Giuliani in Public: 'It's a Fraud.' Giuliani in Court: 'This Is Not a Fraud Case.'
https://www.facebook.com/watch/?v=478117166343492 If than you are really curious here is the story of the dead people who voted. Enjoy it .
https://www.facebook.com/meetIndy100/posts/3351732051606064

POLITICO.COM
We're sorry, but that page cannot be found

Like · Reply · 5 w

Stephen Fowler
Laurie Jones still with the childish nicknames? That was four years ago and like everything Trump projects he has no proof - but his sheep just lap it up.
Like · Reply · 5 w

Stephen Fowler
Charles Wallin Biden didn't win because he touches children? Wow, your evidence is off-topic and unsubstantiated. Trump was defeated fair and square by Biden; there really is no shame in that. The shame comes with the number of dead end alleys and cul de sacs you desperately enter in hopes of overturning a legitimate result.
Sorry, not sorry, your team lost; try again in four years.
Like · Reply · 5 w

Stephen Fowler
Laurie Jones the laugh emoji translates as I've got nothing ... maybe this will make that opinion go away. It won't.
Your delusion matches your shepherd's - I guess being one of his flock has some kind of positive feeling?
Like · Reply · 5 w

Bev Alvarez
Laurie Jones America and constitution 9- trumps 0
GET OVER IT TOU LOST!



**Watch**

Search videos

- Home
- Shows
- Live
- Music
- Saved videos

Your watchlist

- Latest videos

Bev Alvarez
Laurie Jones America and constitution 9- trumps 0
GET OVER IT TOU LOST!
Like · Reply · 5 w

Write a reply...
Press Enter to post.

Vickie Dukatnik Bundick
Thank you Sidney and Mr. Dobbs for your work on the truth and concern for our country.
Like · Reply · 5 w                    29

Matt Taylor
RACIST MINORITY EXECUTIONS BY THE TRUMP ADMINISTRATION FOR HIS ANGER AT THE MINORITY COMMUNITY FOR OUT VOTING HIS WHITE CONSERVATIVES AND GIVING BIDEN THE PRESIDENCY IN 40 DAYS.
Trumps anger at the Minority community for his loss in the election, now takes his anger out on minority death row inmates in his Lam Duck period of his Presidency ordering expedited executions.



Like · Reply · 5 w

Write a reply...
Press Enter to post.

Jennifer Sprecco
Thank you both for all you are doing! We are calling our representative but do not seem to be getting anywhere. I also called DOJ and legislator.
Like · Reply · 5 w                    74

∧ Hide 20 replies

Karen Lynn Asay
Jennifer Sprecco great idea , keep trying
Like · Reply · 5 w                    1

Carolyn Rushing
It appears Barr is part of the problem.
Like · Reply · 5 w                    6

Loretta Bush
Jennifer Sprecco It is prophesied how what is right will be called wrong, and what is wrong will be called right. People will believe what their itchy ears want to hear. Evil is so vivid/crystal clear, but is being worshipped, and deemed good . . . presently residing in the WH! Heaven help us. 🙏😔
Like · Reply · 5 w                    2

Jennifer Sprecco
Loretta Bush yes heaven help us!
Like · Reply · 5 w                    1

Alonelahi Veatufunga
God bless America great again President Trump Commander in Chief Liberty In God we trust truth
Like · Reply · 5 w                    2

Mark Thomas
Jennifer Sprecco it's a waste of time they don't give a frick what we think
Like · Reply · 5 w

Tiffany King Jones
Jennifer Sprecco Both of them are insane. Lou spitting the same ridiculous accusations and Sidney losing case after case - with the same result.
Like · Reply · 5 w

Jennifer Sprecco
Tiffany King Jones we have nobody on our side...you have no idea what that feels like ...
Like · Reply · 5 w

Jennifer Sprecco
Tiffany King Jones or maybe you do.. they don't care about half of Americans right now. The deep State is so deep... And TDS runs strong. They never wanted Trump even before he was president. He came to change the swamp and they do not want it changed!





Watch

Search videos

Home

Shows

Live

Music

Saved videos

Your watchlist

Latest videos

**Tiffany King Jones** we have nobody on our side...you have no idea what that feels like ...

Like · Reply · 5 w

Jennifer Sprecco
**Tiffany King Jones** or maybe you do.. they don't care about half of Americans right now. The deep State is so deep... And TDS runs strong. They never wanted Trump even before he was president. He came to change the swamp and they do not want it changed!

Like · Reply · 5 w 2

Jennifer Sprecco
**Tiffany King Jones** oh please... Are you trying to tell me that Biden is not swamp???

Like · Reply · 5 w 1

Tiffany King Jones
**Jennifer Sprecco** Deflection. I know it's a go to. But you can't sugarcoat the facts about Trump.

Like · Reply · 5 w

Jennifer Sprecco
**Tiffany King Jones** I will say Trump is in anyway perfect by no means, but you might want to do some research on why he ran in the first place. He knew the swamp well. That is why he ran... To drain the deep state! And Biden is Deep!!!

Like · Reply · 5 w 1

Tiffany King Jones
**Jennifer Sprecco** The fact you say he knew the swamp well 😕 .. But to date no one he has ever called to be arrested has been. His people on the other hand..

Like · Reply · 5 w

Jennifer Sprecco
Trust me Biden could care less about you or me! And you will soon see that. We are the pesants and they need us to run their kingdom.

Like · Reply · 5 w 1

Tiffany King Jones
**Jennifer Sprecco** The only person trying to have authoritarian rule is Trump, but, carry on.

Like · Reply · 5 w

Jennifer Sprecco
**Tiffany King Jones** lol... Do you honestly believe that? Look at what Democrats have been able to get away with!!!

Like · Reply · 5 w

Tiffany King Jones
**Jennifer Sprecco** Look at his actions. He is desperately trying to hold onto power. He placed Coney Barrett on the bench to attempt to solidify a decision for him regarding this election. It backfired. He has yet to concede. Even AFTER "the big one" got shot down yesterday. So, yes.

Like · Reply · 5 w

Jennifer Sprecco
**Tiffany King Jones** over half of Americans know this election has a very high degree of fraud. And it should be looked into yet it's overlooked! Because they are afraid of tyranny in the streets. He knew what they were up to! We all did and they succeeded. So all I have to say for the ones who believe they won fair and square is GOOD LUCK! You get what you ask for!

Like · Reply · 5 w 1

Tiffany King Jones
**Jennifer Sprecco** Still can't prove that. You guys are just a bitter bunch believing what you want. 81 million voted him out. To quote Trump "it is what it is." Stay safe! 😊 ✌

Like · Reply · 5 w

Jennifer Sprecco
**Tiffany King Jones** you too girl. Peace ✌

Like · Reply · 5 w

Write a reply...

Press Enter to post.

Pete Mitchell
With the corruption so deep and entrenched if Biden was to become president there is no return. If the powers that be allow Biden to take office the USA is gone. Is this evidence enough to overturn the election or is this just a waste of time. Surely Biden can not be president if this is proven fact. How patriotic is the USA I guess we will see.

Like · Reply · 5 w 17

Heidi Osga
**Pete Mitchell** Biden will never be my president he's going to jail

Like · Reply · 5 w 7

Philip Skepper
**Pete Mitchell** it was fraud but not on trump states wins tho

Like · Reply · 5 w

Abby Rode
**Philip Skepper** we would love nothing more than to investigate all 50 state elections. The states and courts would never allow that. So focus on the ones that matter

Like · Reply · 5 w

Amin Kafer
As an Independent. vou want me to blame the opposition partv for voter fraud when a sitting

Abby Rode
Philip Skepper we would love nothing more than to investigate all 50 state elections. The states and courts would never allow that. So focus on the ones that matter
Like · Reply · 5 w

Amin Kafer
As an Independent, you want me to blame the opposition party for voter fraud when a sitting president could not tell his appointees in department of Homeland Security and Department of Justice to do an investigation into voter fraud but they can investigate Hunter Biden dead computer? How pathetic do Trumplicans sound
Like · Reply · 5 w                                                                      👍 2

Pete Mitchell
Heidi Osga let's hope so. It's time persecutions started because it always seems everyone talks tough but never any action taken. The swamp not only needs to be drained it needs to be persecuted.
Like · Reply · 5 w · Edited                                                        👍👎 2

Donna Mathias-Hoffmann
We will see exactly what Rush Limbaugh suggested, states will secede. I just want to know where to move to enjoy justice!!!!
Like · Reply · 5 w

Rudy Pan Y Agua
Pete Mitchell yes he is! And you don't like it's top wasting energy on this true fact focus on paying your bills on time,take ❤️ of your family and be happy! It is what it is...eat apple pie with ice cream.

Like · Reply · 5 w

Write a reply...
Press Enter to post.

Branislav Brano Kozina
THE REASON WHY FBI AND DOJ IS DISMISSING TONS OF EVIDENCE IS BECAUSE GEORGE SOROS IS BANKROLLING FBI AND DOJ. MY GOD LITTLE DO THEY KNOW WHATS COMING THEIR WAY VERY FAST.
Like · Reply · 5 w                                                                      😯😥😡 35

Carol Anne Lester
Branislav Brano Kozina, you are #SpotOn. Exactly. 👍🅾️
Like · Reply · 5 w                                                            👍 2

Tom Bailey
Follow the money alway. Rothchilds usually end up on top when they need or want a regime change. Specially if your rich enough to put money on both sides.
Like · Reply · 5 w                                                                  👍 1

Write a reply...
Press Enter to post.

David Neumann
It's time we remove these machines from all voting places and charge the builder for selling us crap that was hacked.We need to go back to paper only...
Like · Reply · 5 w                                                              👍😯 27

Donna Mathias-Hoffmann
Totally agree!!!
Like · Reply · 5 w

Write a reply...
Press Enter to post.



**Watch**

Search videos

- Home
- Shows
- Live
- Music
- Saved videos

**Your watchlist**

- Latest videos

---

Totally agree!!!

Like · Reply · 5 w

Write a reply...

Press Enter to post.

**Bonnie O'Brien**
Sidney you are a true patriot and all Americans should be so grateful for all your hard work. The Kraken has been released! Thank you Sidney Powell!!!

Like · Reply · 5 w · Edited          22

**Tyra Clark Fowler**
I wish people would quit talking and get acting. Get something done now.

Like · Reply · 5 w          13

**GeorgeYandell Williamson**
Tyra Clark Fowler One thing among others that got us into this mess; the secret ballot. Those days should be over. Election officials need to be able to trace ballots all the way back to the sources. Another thing; require all states to use the same method when electing a president of all. None of this back dating of ballots. None of this accepting ballots after closure time, unless all states allow same.

Like · Reply · 5 w · Edited          1

Tyra Clark Fowler
GeorgeYandell Williamson, Absolutely

Like · Reply · 5 w          1

Kathy Morgan
GeorgeYandell Williamson I think military should be sent to Georgia to confiscate all voter machines now!

Like · Reply · 5 w          1

Write a reply...

Press Enter to post.

**Monica Simmons**
We are mad as hell and we're not gonna take it anymore! These tech companies better get a grip soon because we fight first with our money and our presence...we will walk away and go elsewhere. The second fight, should it come to that, not a singe Democrat is ready for...they better hope they play on the right side in the fight...I'm so sick of being monitored and mothered by fact checkers and sheer nonsense!

Like · Reply · 5 w · Edited          19

Hillary Bakari
Monica Simmons hey you've got an amazing profile and I'd love to be your friend can you send me a friend request if you don't mind

Like · Reply · 5 w

Helen Boucher Thibeault
Monica Simmons there won't any where to run to if President Trump doesn't get in!

Like · Reply · 5 w          2

Farrell Gibbons
Monica Simmons r

Like · Reply · 5 w

Write a reply...

Press Enter to post.

**Robert Gori**
Thank you Lou Dobbs-a true American! Put all this out there, if it's not significant- so be it. But give America the assurance of free and fair elections. Treason and fraud should not continue to be ignored!

Like · Reply · 5 w · Edited          52

Carlo Sigismondi
Robert Gori Supreme Court ruling against Trump. RULING AGAINST WHOM? where are the pieces of evidence? Federal judge rejects Trump ally's bid to block election certification in Georgia
The judge, who was appointed by the president, delivered a withering assessment of the suit filed by a prominent attorney. The game is OVER!!!!! The Supreme Court there declared BIDEN the winner.
Do please mention at least one single name. So far Trump and Giuliani have not shown evidence to the police. The police so far have not arrested anybody. So far no judge has had the possibility to proceed against anybody for the luck of REAL evidence. Here is what happened to Giuliani "Pennsylvania Supreme Court rejects complaints about Philadelphia election observations" Here is the link https://www.politico.com/.../pennsylvania-supreme-court But the funniest thing is this (do ask Giuliani to clarify the matter) " THERE ARE NO EVIDENCE OF FRAUD IN PENNSYLVANIA. In short: Giuliani in Public: 'It's a Fraud.' Giuliani in Court: 'This Is Not a Fraud Case.'
https://www.facebook.com/watch/?v=478117166343492 If than you are really curious here is the story of the dead people who voted. Enjoy it .
https://www.facebook.com/meetIndy100/posts/3351732051606064

POLITICO.COM
We're sorry, but that page cannot be found

Like · Reply · 5 w

Rudy Pan Y Agua
Robert Gori low doubts,low doubts! Was he a news reporta for the national enquiya! Just axin.

---

Document title: (12) Watch | Facebook
Capture URL: https://www.facebook.com/watch/?v=2830449313898343
Capture timestamp (UTC): Thu, 21 Jan 2021 11:37:46 GMT

## Watch

🔍 Search videos

- ▶ Home
- 🎬 Shows
- 📹 Live
- 🎵 Music
- 🔖 Saved videos

**Your watchlist**

- ▶ Latest videos



We're sorry, but that page cannot be found

Like · Reply · 5 w

**Rudy Pan Y Agua**
Robert Gori low doubts,low doubts! Was he a news reporta for the national enquiya! Just axin.

**Rudy Pan Y Agua**
Carlo Sigismondi it is OVA!

Like · Reply · 5 w

**Rudy Pan Y Agua**

MEDIA1.TENOR.CO
media1.tenor.co

Like · Reply · 5 w

**Robert Gori**
Carlo Sigismondi Listen up Paisaino— without a forensic audit half of America believes there was massive fraud in this election. That might be ok where your at but American liberty should never be compromised. A simple forensic audit will prove or disprove malfeasance and allow all Americans to put this election to rest with confidence

Like · Reply · 5 w

Write a reply...

Press Enter to post.

**Claire Morgan**
I'm amazed and horrified what is actually being played out before our eyes. What the hell is going on? This needs to be stopped now.
Like · Reply · 5 w                                                                    53

**Tina Thurman**
Love Sidney Powell! At least she's trying to fight for justice!
Like · Reply · 5 w                                                                    19

**Mary Prahl**
From what I've been hearing the testimonies of the people who came forward, putting their futures and lives on the line as well as what I heard just now, we are in a war! If my friends and family are distressed about all of this where are the rest of the quiet Republicans!
Like · Reply · 5 w                                                                    7

**William Sartini**
So if dominion and others outside the us rigged the election who hired them in the us. No one has said those names
Like · Reply · 5 w                                                                    106

∧ Hide 78 replies

**Lynn Favre**
William Sartini what do you want to bet. Obama. Hillary, Kerry, Pelosi, Schumer, Schiff Harris. Harris is pretty quiet.
Like · Reply · 5 w                                                                    51

**Paige Cox**
William Sartini Biden said he had the largest voter fraud organization in the country. Turns out he was right
Like · Reply · 5 w                                                                    50

**June Cushing Snyder**
Lynn Favre Soros owns the Company! 😁
Like · Reply · 5 w                                                                    44

**Paige Cox**
William Sartini Sydney said George Soros is our domestic terrorist.



# Watch

Search videos

- Home
- Shows
- Live
- Music
- Saved videos

**Your watchlist**

- Latest videos



**June Cushing Snyder**
Lynn Favre Soros owns the Company! 😅
Like · Reply · 5 w · 44

**Paige Cox**
William Sartini Sydney said George Soros is our domestic terrorist.
Like · Reply · 5 w · 30

**Timothy Reed**
William Sartini Clinton's. Soros and parts of the democrat party.
Like · Reply · 5 w · 25

**Dawn Gennaro-Johnson**
William Sartini they may not say it yet, but as more & more evidence is being exposed, we know China is a huge connection to the fraud being done within our Government! Other's I hear are Russia, Germany & Venezuela. I'm sure more will be disclosed over the coming months.
Like · Reply · 5 w · 18

**Wayne Atkins**
William Sartini you can trace it all back to china. China hates Trump, he's to tough for them, they couldn't buy him off like most politicians.
Like · Reply · 5 w · 14

**Gaylon Williams**
William Sartini China owns dominion now
Like · Reply · 5 w · 13

**Cissy Reid**
William Sartini the Democrats and Republicans
Like · Reply · 5 w · 10

**Bto Garcia**
😂😂😂 you people are insane, let's just say the whole world plotted to steal the election for Trump 😂😂😂
Like · Reply · 5 w · 8

**Richard Whiteman**
Bto Garcia no just the crooks on our country!
Like · Reply · 5 w · 16

**Molly Casas**
Bto Garcia You ain't going to be laughing in a few days, the storm is coming, buckle up
Like · Reply · 5 w · Edited · 12

**Tom Bailey**
Bto Garcia. Maybe not the whole world but when he shunned the UN in January and didnt and wouldnt get on board the decision was made to remove him. Big obstacle to the global plan.
Like · Reply · 5 w · 10

**Wayne Atkins**
Bto Garcia no, you are the one insane if you can't see and understand what's happening right in front of your nose
Like · Reply · 5 w · 8

**Heidi Osga**
William Sartini Most likely the Democrats
Like · Reply · 5 w · 7

**Dawn Gennaro-Johnson**
Lynn Favre absolutely 100%!!
Like · Reply · 5 w · 8

**Dawn Gennaro-Johnson**
Heidi Osga along with the Rhinos!! All will be disclosed & all corruption will be brought to justice!!
Like · Reply · 5 w · 8

**Molly Casas**
Bto Garcia Trump will be President for 4 more years, you are blinded and deceived. Do you really think Biden can run the country with dementia, the socialists and commies had it planned, use Biden as a puppet, then take over, but Trump ain't letting that happen
Like · Reply · 5 w · 9

**Molly Casas**
Dawn Gennaro-Johnson You mean coming days, buckle up, the Storm is around the corner
Like · Reply · 5 w · 7

**Julianne Buzick LaFuria**
Timothy Reed a whole bunch of peeps mayors , governors and many many more. GITMO IT SHALL BE
Like · Reply · 5 w · 7

**Wendy Thompson Jensen**
Do none of you know about the United Nation's Agenda 2021, Agenda 2030 and The Great Reset? If not, time to play catch up. Do some research. Yes, our elections are being rigged by people in other countries to ensure that these plans are implemented. Do not watch the mainstream media. You must research for yourself.
Like · Reply · 5 w · 7

**Charlene Daly**



If not, time to play catch up. Do some research. Yes, our elections are being rigged by people in other countries to ensure that these plans are implemented. Do not watch the mainstream media. You must research for yourself.

Like · Reply · 5 w

**Charlene Daly**
**Lynn Favre** dito!! Soros!!

Like · Reply · 5 w

**Heidi Osga**
**Molly Casas** Trump 2020 will prevail the truth will come out Biden cheated

Like · Reply · 5 w

**Bto Garcia**
**Molly Casas** 😂😂😂 this is fun, I only comment here you to see the how delusional Trump supporters are. Nothing has happened so far, one simple reason there is no proof, I mean how many times do you have to hear it to start believing Trump is full of crap? Jesus people wake up.

Like · Reply · 5 w

**Bto Garcia**
**Dawn Gennaro-Johnson** yes. Once Trump is out of office he will go to prison justice will be served. I agree.

Like · Reply · 5 w

**Cherie Teismann**
**Bto Garcia** for what???...taking $ from China..Ukraine...laundering $....

Like · Reply · 5 w

**Sonia Murdock**
**Bto Garcia** no, only the ones that the Democrats are in league with. And you can say all the nasty things you want to me...I don't give a f***. I won't even read them.

Like · Reply · 5 w · Edited

**Donnie Gibbons**
**Paige Cox** I shared the exact video of him saying exactly this and got Fact Checked by 5 different entities. Hell I think they even flew in one from mainland China 😂

Like · Reply · 5 w

**Marge Halligan**
**Bto Garcia** 80+ million American patriots voted for President Elect Donald John Trump. Watch he won again by a landslide!

Like · Reply · 5 w

**Dawn Gennaro-Johnson**
**Paige Cox** absolutely 100%!!

Like · Reply · 5 w

**William Sartini**
**Dawn Gennaro-Johnson** thank you

Like · Reply · 5 w

**Larry Russo**
**William Sartini** China

Like · Reply · 5 w

**Charlene Daly**
**Paige Cox** he has been. He has already taken down a few countries. An makes no bone about taking the U.S.

Like · Reply · 5 w

**Kathi Parker Roberts**
There are sooooooo many on both sides!!!!!!!!!!

Like · Reply · 5 w

**Angus MacPherson**
**William Sartini** give trump time.hell blame obama

Like · Reply · 5 w

**BanksSue Perdue**
**Bto Garcia** what is he going to prison for ?

Like · Reply · 5 w

**Terry Churches**
My money is on the Chinese

Like · Reply · 5 w

**Anniet Hubka**
**William Sartini** no one knows....right? Release is imperative.

Like · Reply · 5 w

**Mari Knight**
China!

Like · Reply · 5 w

**Mari Knight**
**Gaylon Williams** yep!

Like · Reply · 5 w

**Heidi Osga**
**BanksSue Perdue** Many things but start off with cheating in the election which is against the law

Document title: (12) Watch | Facebook
Capture URL: https://www.facebook.com/watch/?v=2830449313898343
Capture timestamp (UTC): Thu, 21 Jan 2021 11:37:46 GMT





Watch

Search videos

Home
Shows
Live
Music
Saved videos

Your watchlist

Latest videos

Mari Knight
Gaylon Williams yep!
Like · Reply · 5 w

Heidi Osga
BanksSue Perdue Many things but start off with cheating in the election which is against the law
2
Like · Reply · 5 w

BanksSue Perdue
Heidi Osga the only ones that they have found proof of cheating has been with the democrats so try again
1
Like · Reply · 5 w

Bruno Diaz
Timothy Reed don't forget hugo chavez
Like · Reply · 5 w

Vy Nguyen
William Sartini I think it was Obama, there are some clues that he had ordered Vietnam to back door with dominion voting fraud
1
Like · Reply · 5 w

Bto Garcia
Sonia Murdock you poor thing, hope you find peace so sad all the hatred Trump has woken up in you. I wish you the best God bless 🙏
2
Like · Reply · 5 w

Jack Paxton
June Cushing Snyder Well Said June!
Like · Reply · 5 w

Jack Paxton
Molly Casas That's right Molly! It's a coming! Proud to be an American.
Like · Reply · 5 w

June Cushing Snyder
Bto Garcia you are loco!
1
Like · Reply · 5 w

Sharon Cole
William Sartini you haven't been listening
Like · Reply · 5 w

Marcie S. Cortez
June Cushing Snyder yep
Like · Reply · 5 w

Wayne Atkins
Bto Garcia welcome to my blocked list. I block all fruits
1
Like · Reply · 5 w

T Rene' Bachus Bowers
Soros, for one.
3
Like · Reply · 5 w

Heidi Osga
BanksSue Perdue That's right the Democrats are Joe Biden
Like · Reply · 5 w

Sandra Moynan-Longworth
William Sartini They came from Canada
Like · Reply · 5 w

Thục Nhã Nguyễn
Bto Garcia "Trump is full of crap" and "Jesus" shouldn't be in one paragraph.
2
Like · Reply · 5 w

Nina Pagano
The Demorats hired them
2
Like · Reply · 5 w

Brenda L Nolan
William Sartini not hard to figure out
Like · Reply · 5 w

Pam Gauthier
William Sartini first and foremost is George Soros, Democrats and yes some Republicans! Do your research.
2
Like · Reply · 5 w

Willie Peed
William Sartini democrats
1
Like · Reply · 5 w

Maria Rose
Hold them accountable!!!
1
Like · Reply · 5 w

Carlos Caro

# Watch

🔍 Search videos

▶ Home

▷ Shows

◼ Live

🎵 Music

🔳 Saved videos

## Your watchlist

▷ Latest videos



Maria Rose
Hold them accountable!!!
Like · Reply · 5 w

Carlos Caro
William Sartini corrupt democratic elected officials for a cut on buying their software...
Like · Reply · 5 w

Melissa Fontana Nearing
Bto Garcia Not too far fetched
Like · Reply · 5 w

Jim F Keenan
June Cushing Snyder Add the Silicon Valley Consortium.
Like · Reply · 5 w

Donna Mathias-Hoffmann
The Chinese supported by the Biden family and apparently three letter groups according to conservative reports!
Like · Reply · 5 w

Charles Wallin
Bto Garcia nah we arnt delusional....we just know the difference between quality leadership and a corrupt goose steppin clown Biden.
Like · Reply · 5 w

Wayne Butchko
William Sartini our military is rounding them up now!! Rigging the election is treason!! So when VACINNE'S ARE BEING GIVEN, By our military personal ,SOME TRAITORS WILL GO TO SLEEP, Like a DOG BEING PUT DOWN AT THE VET'S ??
Like · Reply · 5 w

Lisa Smith
William Sartini Nazi Pelosi
Like · Reply · 5 w

Lisa Smith
William Sartini Chinese President?
Like · Reply · 5 w

Tim Goodman
June Cushing Snyder Sounds anti Semitic
Like · Reply · 5 w

Tim Goodman
Donnie Gibbons Don't forget all the global elites, Hollywood celebrities and Democrats that are trafficking children in Wayfair boxes to sacrifice them in Satanic rituals for the purpose of extracting adrenochrome which is used in their anti aging treatments 🤣
Like · Reply · 5 w

Tim Goodman
Dawn Gennaro-Johnson I'll bet you $100 no evidence comes, and you can use this comment as proof in court should evidence show up
Like · Reply · 5 w

Jocelyn Barker
Bto Garcia really, rip van winkIWinklere.oh he is going to prison because you hate him right Bro Garcia lol
Like · Reply · 5 w

Darrell Lambert
William Sartini i would put sorrows up...
Like · Reply · 5 w

Candi Bethea
Paige Cox yes he also said " I Don't need your votes I wii need you afterwards" and in a civil rights meeting " the republicans beat us all over this country bc of defunding the police statements" and where are all the billions that were poured into his nonexistent Champaign ??
Like · Reply · 5 w

Kristy Funkley
Paige Cox it blows my mind when I hear people say it was a fare and clean election. It just shows they are sheep to the MSM. Because as we know the video proof is out there from Biden saying that!!
Like · Reply · 5 w

Darrell Lambert
William Sartini obviius who they working with... Its Big! Ever been to a drug treatment conference..... College Campus?
Like · Reply · 5 w · Edited

Mary Lou Derflinger
Lynn Favre start w Soros
Like · Reply · 5 w

Frank Ebbesen
Lisa Smith Vladimir Trump??
Like · Reply · 5 w

Document title: (12) Watch | Facebook
Capture URL: https://www.facebook.com/watch/?v=2830449313898343
Capture timestamp (UTC): Thu, 21 Jan 2021 11:37:46 GMT





Watch

Search videos

Home

Shows

Live

Music

Saved videos

Your watchlist

Latest videos

Mary Lou Derflinger
**Lynn Favre** start w Soros
Like · Reply · 5 w

Frank Ebbesen
**Lisa Smith** Vladimir Trump??
Like · Reply · 5 w

Write a reply...
Press Enter to post.

Rebecca Raines Usher
Thank you Lou Dobbs for giving Sydney Powell a platform and Sydney Powell for your work and your Patriotism!!!! You are one smart, courageous Patriot!!!!
118
Like · Reply · 5 w

Dzsindzser Jeles
**Rebecca Raines Usher** https://www.facebook.com/TheVictoryChannel/videos/811972742707302/
1
Like · Reply · 5 w

Webb Jenkins
**Rebecca Raines Usher** I agree. Thank God for an honest news report
1
Like · Reply · 5 w

David Payne
God Bless factual, detail oriented news reporting.....
Like · Reply · 5 w

Roger Lewis
**David Payne** because that what you want to hear? Only positive and deny anything to the contrary?
Like · Reply · 5 w

Write a reply...
Press Enter to post.

Sharon Mason
This election must be made right before we can even consider any future elections... The American people must demand it or we will never have a Republic
40
Like · Reply · 5 w

Hillary Bakari
**Sharon Mason** hey you've got an amazing profile and I'd love to be your friend can you send me a friend request if you don't mind
Like · Reply · 5 w

Tim Goodman
**Hilla Bakari** Hey. Your profile is so cool. You should send everyone friend requests.
Like · Reply · 5 w

Dawn Larson
**Sharon Mason** if they don't get rid of all the fraud and corruption that the demonic demonrats used in this last election, there will never be another Republican President or Congress or Senate elected ever!
Like · Reply · 5 w

Write a reply...
Press Enter to post.

Darrell Winger
You should be taken off the air for your baseless accusations about our security departments. She lost all of her suits v
Because they have no merit. Even Trump backed away from her lies and conspiracy theories.
44
Like · Reply · 5 w

Hide 43 replies

Candy Hayes Powell
**Darrell Winger** that's a lie Darrell u know nothing of what u are speaking about
21
Like · Reply · 5 w

Tim Flowers
**Darrell Winger** wow theres affidavits plenty of proof of wrong doin are you that ignorant its people like you that is the problem its not abt the president anymore its abt our country an china wake the fu.. up
18
Like · Reply · 5 w

Rosemarie Morsch McDaniel
**Darrell Winger** you must not have watched the Georgia hearings. Plenty of evidence!!
14
Like · Reply · 5 w

Darrell Winger
Tim Flowers no, it is about he lied to his minions and has promised retribution on anybody who doesn't kiss his butt regardless what nonsense he spews. It's really fighting for democracy in america instead of the neo nazi style regime trump has been pushing since his campaign in 2016. The things he does and hitler did are so eerily similar it's creepy.
11
Like · Reply · 5 w · Edited

Darrell Winger

**Watch**

Search videos

Home

Shows

Live

Music

Saved videos

Your watchlist

Latest videos

---

doesn't kiss his butt regardless what nonsense he spews. It's really fighting for democracy in america instead of the neo nazi style regime trump has been pushing since his campaign in 2016. The things he does and hitler did are so eerily similar it's creepy.

Like · Reply · 5 w · Edited                                                          11

**Darrell Winger** Candy Hayes Powell I know she's nuts and has provided no evidence whatsoever. I know Trump said she isn't part of his legal team. I know outside of her, no trump lawyer has claimed fraud in a courtroom. Even Rudy admitted there was no fraud while standing in front of a judge where lying would cost him his license. Read what they file in court not what they say outside of it.

Like · Reply · 5 w                                                                      9

**Nancy Crawford Grant**
**Darrell Winger** that's not true. You wait.
Like · Reply · 5 w                           9

**Darrell Winger**
Rosemarie Morsch McDaniel it was all a replay of evidence that has already been dismissed by judges across the several states. It always interesting how in every state none of this evidence is given to the courts where lying has consequences, but in these made for tv specials they grandstand and say all sorts of wild things. I felt Rudy saying they were passing out drugs while cheating counting ballots was an especially nice touch.

Like · Reply · 5 w · Edited                                                            2

**Cedric Lakey**
**Darrell Winger** true daa
Like · Reply · 5 w                1

**Cedric Lakey**
**Tim Flowers** hahaha take it to court. Oh yes they did olready
Like · Reply · 5 w                2

**Barbara Oglesby**
**Darrell Winger** you, as an American (if you are an American) should want to be sure of the integrity of our sacred elections.
Like · Reply · 5 w

**Barbara Oglesby**
**Darrell Winger** if that was true, President Trump would have gone in, irregardless of your Feckless Democrat Governors and Mayors, and stopped these obscene five months of your Democrat mobs beating, burning, rioting, looting, maiming, murdering, and destroying through America! All while your, out of their minds, Liberal Far Left Democrat politicians that run these cities allowed this billions of dollars worth of unholy carnage!
Like · Reply · 5 w                                                                       2

**Darrell Winger**
Barbara Oglesby I am an american and I do want the election secured. As soon as Trump stops his coup attempt we will be fine. He has planted the seeds of this hoax on 2016 when he said that election was rigged cause he lost the popular vote. Been a downhill slide ever since.
Like · Reply · 5 w                                                                       1

**Barbara Oglesby**
**Darrell Winger** , spoken from a man in the Party that said for four years, Trump won because Russia interfered in the 2016 election. We had to put up with investigations, and Democrats and Hillary screaming "Russia Russia Russia for four years! Please! The hypocrisy and double standards of Democrats is pathetically sad.
Like · Reply · 5 w                                                                       3

**Dotti Maddox**
**Darrell Winger** SHE IS TELLING THE TRUTH!!!
Like · Reply · 5 w                2

**Thor K Grindhaug**
**Darrell Winger** member of «million morons» maybe?
Like · Reply · 5 w

**Laura Beth Trantina**
**Darrell Winger** do you research anything? Obviously not. You must just be another Trump hater.
Like · Reply · 5 w                                                                       1

**Darrell Winger**
Laura Beth Trantina everything I post I check into. Read what is actually filed in court not what they say in front of the cameras.
Like · Reply · 5 w                                                                       1

**Darrell Winger**
Barbara Oglesby I'm a registered republican. I just saw through Trump's lies from day one. He has way too many parallels to Hitler style leadership tactics for my taste. I also have lost a lot of faith in this party when they have gone after Hillary over ten time and can't find a single thing to indict her on. That is a travesty, either because if their reckless attacks on her or their total incompetence in trying to prosecute her.
Like · Reply · 5 w                                                                       1

**Laura Beth Trantina**
**Darrell Winger** of course. Your so smart 😊 . Maybe you should dig a little deeper into your Joey boy
Like · Reply · 5 w

**Denny Barger**

---



**Watch**

🔍 Search videos

▶️ Home

🎬 Shows

Live

🎵 Music

📼 Saved videos

**Your watchlist**

▶️ Latest videos

**Laura Beth Trantina**
Darrell Winger of course. Your so smart 😊 . Maybe you should dig a little deeper into your Joey boy

Like · Reply · 5 w

**Denny Barger**
Darrell Winger and I bet your one of the retards that believed in the russian collusion hoax for 3 plus yrs?

Like · Reply · 5 w

**Fred Robertson**
Poul Down look who's talking about people being brainwashed. LOL!

Like · Reply · 5 w

**Fred Robertson**
Dotti Maddox no she is not telling the truth. That's the problem. Trump appointed judges are dismissing these cases due to lack of evidence.

Like · Reply · 5 w

**Fred Robertson**
Laura Beth Trantina lol. You are so full of hate because you have been listening to lies. That is funny as crap.

Like · Reply · 5 w

**Darrell Winger**
Thor K Grindhaug no, I'm not a member of trump buttkissers of america.

Like · Reply · 5 w

**Darrell Winger**
Laura Beth Trantina Biden isn't the topic of discussion so your point is not relevant. Powell losing her suits, failing to show fraud, and Trump not supporting her was my point. Lou going off in trump appointed leaders who did their jobs and stood up for the truth, not Trump's lies do not deserve his ire.

Like · Reply · 5 w

**Darrell Winger**
Dotti Maddox she won't supply any evidence to her claims so I don't see her as credible. So far judges in every state she has filed suits in agree with me. Even judges appointed by Trump.

Like · Reply · 5 w

**Laura Beth Trantina**
Fred Robertson hahahaha...the opposite is true and everyone knows it. LOL Me and my fellow Patriots have been listening to the HATE from you people FAR too long.

Like · Reply · 5 w

**Darrell Winger**
Laura Beth Trantina hate goes both ways, as these posts show. Both sides are patriots, they have some different visions for America moving forward but both sides have america at the heart of their beliefs.

Like · Reply · 5 w

**Fred Robertson**
Laura Beth Trantina you people? You and I have had a conversation before? I don't remember me or my people ever giving you hate. As a matter of fact I didn't give you any hate today either.

Regardless, you feeling hate from people doesn't make the lies you are listening to true. President Trump's own appointees are saying none of this fraud stuff is real.

You and your fellow "patriots" need to stop believing what you are hearing from President Trump and start believing what you are seeing from sworn officials of our courts. Our Constitution is not something you can just brush aside when it suits you. Biden will be president for 4 years then we will vote for another one. It won't be as bad as the fear mongers are telling you.

Like · Reply · 5 w

**Barbara Oglesby**
Darrell Winger you are misinformed. Sidney Powell's case was always separate from the President's campaign legal team headed by Mayor Giuliani.

The public became confused when they shared a news conference together, and Giuliani tried to define that when the public became confused.

Her's has always been a separate case requiring much more time to present, and with different aspects. President Trump is very much in support of Sidney Powell's research and suit.

You are a warehouse of misinformation, which is, unfortunately, typical of the low information Democrat voter.

Like · Reply · 5 w · Edited

**Laura Beth Trantina**
Fred Robertson typical response , you don't impress me. Lol

Like · Reply · 5 w

**Darrell Winger**
Barbara Oglesby https://thehill.com/.../527105-giuliani-distances-trump...



THEHILL.COM
Giuliani distances Trump campaign from attorney Sidney Powell

Like · Reply · 5 w



Search videos

Home

Shows

Live

Music

Saved videos

Your watchlist

Latest videos



**THEHILL.COM**
Giuliani distances Trump campaign from attorney Sidney Powell

Like · Reply · 5 w

**Thor K Grindhaug**
Darrell Winger No you are a member of «kidsniffer» «Big guy» Joe...🤮
Like · Reply · 5 w                                          1

**Darrell Winger**
Denny Barger I believe the finding of mueller and the Senate that said russia meddled in the 2016 election to help Trump. I believe the reports that said Trump didn't seek help but his campaign didn't turn it down and didn't report it. I believe mueller and his multiple examples of obstruction of justice. I believe all the courts who have tossed every suit but the one allowing viewers closer, that shows Trump is and his followers are fraud. I won't insult you as you did me, just present things that made it into the news and have been verified.
Like · Reply · 5 w

**Sharon Juenemann**
Darrell Winger You obviously have not watched the cases in the swing states. Sidney Powell does have evidence and she never was Trumps lawyer.
Like · Reply · 5 w

**Frank Ebbesen**
Rosemarie Morsch McDaniel and all that "proof" just go away when in court??? Wake up.
Like · Reply · 5 w

**Darrell Winger**
Thor K Grindhaug nice, another single digit IQ joining the conversation. What country are you from? Your page has several post in a foreign language. I just want to know why you are involved in this discussion unless you are a russian bot.
Like · Reply · 5 w

**Sharon Juenemann**
Tim Flowers They have the servers. They know exactly what happened and who did it.
Like · Reply · 5 w

**Fred Robertson**
Laura Beth Trantina like wise typical Trumper. LOL!
Like · Reply · 5 w

**Laurie Dutko Goy**
Darrell Winger not true. There is evidence.
Trump is not the problem.
He wants a fair election.
He paid to have a fair recount, which he did not get.

Forensic audits need to be done to every voting system in the country using Dominion Voting systems.

Media needs to come clean and stop their blackballing slander of the president.

And guess what, there is evidence.

Read this. Released this morning.....

https://www.depernolaw.com/.../antrim_michigan_forensics...
Like · Reply · 5 w

**Dennis Green**
Darrell Winger thanks Darrell, I see you can read.
Like · Reply · 5 w

**Larry Bryde**
Darrell Winger you should watch some real news the right side media one America news max Greg kelly then make your judgement ignorance no excuse for just plain stupidity.keep watching cnn and you'll be live in China sa.not usa
Like · Reply · 1 d

**Darrell Winger**
David Brown wow, you add so little to this discussion it must be showing your single digit IQ points working to their full capacity. What am I wrong about? Even whatever right wing extreme media you follow must be saying she lost her suits, although I'm sure they have a unique spin as to why she lost. Trump did walk away from her publicly.
Like · Reply · 5 w · Edited                                          1

Write a reply...
Press Enter to post.

**Larry Horning**
Comey has ruined the reputation of the FBI! Wray needs to be dumped for failure to investigate this and having Hunter's info for over a year!!
Like · Reply · 5 w                                          8

**Ashley Clark Scanlon**
Totally agree with Sidney...Time for a whole new team across the board
Like · Reply · 5 w                                          15

**Connie Ellzey**



**Ashley Clark Scanlon**
Totally agree with Sidney...Time for a whole new team across the board
Like · Reply · 5 w

**Connie Ellzey**
I truly believe with all the lies coming out & all the covering up by the FBI, CIA & DOJ & the media we have seen that the democrats knew China was sending this virus over here & releasing to the world & kept it a secret from all of us! Biden was also seen on a video threatening a prosecutor that he would not get the money if he didn't fire him that was investigating his son Hunter!!!
Like · Reply · 5 w

**Hillary Bakari**
Connie Ellzey hey you've got an amazing profile and I'd love to be your friend can you send me a friend request if you don't mind
Like · Reply · 5 w

**Miriam Honosky**
Connie Ellzey agreed
Like · Reply · 5 w

Write a reply...
Press Enter to post.

**Nicky Badwal**
Democrat leaders are a shame in the name of humanity
Like · Reply · 5 w

**La Juano Strozier**
Nicky Badwal Really
Like · Reply · 5 w

Write a reply...
Press Enter to post.

**Jonda Caraway Via**
Definitely time for a whole new team across the board. Just not the presidency. We need the same president for the next four years to clean the rest of the swamp. If only he could get rid of Pelosi unfortunately that's beyond his capabilities.
Like · Reply · 5 w

**Hillary Bakari**
Jonda Caraway Via hey you've got an amazing profile and I'd love to be your friend can you send me a friend request if you don't mind
Like · Reply · 5 w

**Julie Wheat**
Jonda Caraway Via They should demand an audit of her district. She may have been voted out, but fraud kept her in.
Like · Reply · 5 w

**Jonda Caraway Via**
Julie Wheat I wouldn't be surprised if California went red for the first time in a long time. I highly suspect fraud there also but most people just expect it to be blue.
Like · Reply · 5 w

**Bev Alvarez**
Jonda Caraway Via well that's not going to happen. CA is blue and we'll stay blue.
Like · Reply · 5 w

Write a reply...
Press Enter to post.

**Johnny Mankins**
There is too much evidence to swipe it under the carpet everybody wake up.
Like · Reply · 5 w

**Joan Robison**
This was rigged and we are not going to give up!
Like · Reply · 5 w

**Randy Spurlock**
Don't let them Shanghai the Trump train and America Beijing bidan IS not our president but he IS a crook trying to Shanghai the election. Thank you greatly for your service.
Like · Reply · 5 w

**Nancy Stone**
Oh i hate Bill Barr is a swamp monster !! Just proves how deep and conniving they are !!
Like · Reply · 5 w

**Fred Robertson**
Nancy Stone you do know President Trump appointed Bill Barr right?
Like · Reply · 5 w

Write a reply...
Press Enter to post.



**Nancy Stone** you do know President Trump appointed Bill Barr right?

Like · Reply · 5 w

Write a reply...

Press Enter to post.

**David Olden**
Could Sidney Powell be an option for head of DOJ after all this?

Like · Reply · 5 w                                                                                    19

**Chester Palma Haduca**
I am confused... There was a report saying all 50 states already certified their results, and Sydney was saying there is one county in GA that refused to certify their results due to votes flipped. How is that a State can certify the result if one county in that State refused to certify theirs?

Like · Reply · 5 w · Edited                                                                    11

> **Elizabeth McBride**
> **Chester Palma Haduca** sweetheart watch real news. China already said they're on track for bringing America to her knees. With biden and currupted politicians paid by currupted millionaires.
>
> Like · Reply · 5 w                                                                4

> **Joye Sammons**
> **Chester Palma Haduca** hang in there it will all come together on very shortly.
>
> Like · Reply · 5 w                                                              2

> **Penny Marie**
> **Chester Palma Haduca** They are lying.
>
> Like · Reply · 5 w                                                              1

> **Elizabeth McBride**
> God is here!!
>
> Like · Reply · 5 w                                                              1

> **Chester Palma Haduca**
> **Penny Marie** Who is lying?
>
> Like · Reply · 5 w                                                              1

> **Chester Palma Haduca**
> **Elizabeth McBride** You mean not all states are certified yet?
>
> Like · Reply · 5 w

> **Elizabeth McBride**
> Nope. Read the constitution.
>
> Like · Reply · 5 w

> **Elizabeth McBride**
> **Chester Palma Haduca** the democratic party
>
> Like · Reply · 5 w                                                              1

> **Chester Palma Haduca**
> **Elizabeth McBride** I was talking about the news saying all 50 states are certified
>
> Like · Reply · 5 w                                                              1

> **Beth True**
> **Chester Palma Haduca** it doesn't matter whether the states have certified or not when there is pending litigation. They can be "de-certified". Do you recall Bush/Gore?
>
> Like · Reply · 5 w                                                              3

> Write a reply...
>
> Press Enter to post.

**Rudelle Mcneill**
Saw this and just hope the finding can make a difference and in time.

Like · Reply · 5 w                                                                    5

**Neville Frisby**
Corruption must not win this election Trump must call for Marshall law and arrest all these people if the courts wont sort it out or go to the house,Senate

Like · Reply · 5 w                                                                    51

> **Gerard Tremblay**
> **Neville Frisby** how come the Republicans have no problem accepting the results of the Senate and the House but not of the President same election isn't it
>
> Like · Reply · 5 w                                                              1

> **Daniel Wright**
> **Neville Frisby** do you really know how stupid you sound?
>
> Like · Reply · 5 w                                                              1

> **Carlo Sigismondi**
> **Neville Frisby** Supreme Court ruling against Trump. RULING AGAINST WHOM? where are the pieces of evidence? Federal judge rejects Trump ally's bid to block election certification in Georgia
> The judge, who was appointed by the president, delivered a withering assessment of the suit filed by a prominent attorney. The game is OVER!!!!! The Supreme Court there declared BIDEN the winner.
> Do please mention at least one single name. So far Trump and Giuliani have not shown evidence to the police. The police so far have not arrested anybody. So far no judge has had the possibility to proceed against anybody for the luck of REAL evidence. Here is what happened to Giuliani

Document title: (12) Watch | Facebook
Capture URL: https://www.facebook.com/watch/?v=2830449313898343
Capture timestamp (UTC): Thu, 21 Jan 2021 11:37:46 GMT



The judge, who was appointed by the president, delivered a withering assessment of the suit filed by a prominent attorney. The game is OVER!!!! The Supreme Court there declared BIDEN the winner.

Do please mention at least one single name. So far Trump and Giuliani have not shown evidence to the police. The police so far have not arrested anybody. So far no judge has had the possibility to proceed against anybody for the luck of REAL evidence. Here is what happened to Giuliani "Pennsylvania Supreme Court rejects complaints about Philadelphia election observations" Here is the link https://www.politico.com/.../pennsylvania-supreme-court But the funniest thing is this (do ask Giuliani to clarify the matter) " THERE ARE NO EVIDENCE OF FRAUD IN PENNSYLVANIA. In short: Giuliani in Public: 'It's a Fraud.' Giuliani in Court: 'This is Not a Fraud Case.' https://www.facebook.com/watch/?v=478117166343492 If than you are really curious here is the story of the dead people who voted. Enjoy it . https://www.facebook.com/meetIndy100/posts/3351732051606064

POLITICO.COM
We're sorry, but that page cannot be found

Like · Reply · 5 w

Write a reply...
Press Enter to post.

Stephie Pie Irvin
Patriots....we the people have a right under our consitution to take our government back. We can no longer sit and watch and pray someone will fix it. The time has come to rise up and take action! Our government is compromised and our country is under attack. We are now a nation in crisis.

Like · Reply · 5 w                                                                              55

˄ Hide 11 replies

Marilyn Austin
Stephie Pie Irvin we sure are
Like · Reply · 5 w                                                                          1

Ande PerezGarza
Stephie Pie Irvin
"Once more into the FRAY into the last good fight I'll ever know"!!!! ✗ ✗ ✗ ✗
Like · Reply · 5 w

Teresa Waga
Stephie Pie Irvin , we did it from the country where I came from, Philippines. People Power overthrow evil, criminal dictator Ferdinand Marcos with his entire family and cronies. Everything is possible if the people uprises
Like · Reply · 5 w                                                                          1

Terry Churches
Teresa Waga how long did it take before things settled down?
Like · Reply · 5 w

Kimberly Turner
Stephie Pie Irvin i am with you what can we do?
Like · Reply · 5 w

Stephie Pie Irvin
Kimberly Turner we can do anything! The consitution was written that way for a reason. Our government is corrupt...it is time we raise up and take it back. They forget they work for us not whom ever they want. War is coming....sadly it is coming fast and it is just what China wanted.
Like · Reply · 5 w                                                                          1

RuthnCasey Fritz
Stephie Pie Irvin any idea's Im with you but who will take the lead. We need another George Washington to lead the country
Like · Reply · 5 w

Eric Bakken
Stephie Pie Irvin it worked great in Syria.....
Like · Reply · 5 w

Frank Ebbesen
Kimberly Turner you can accept that Biden won, and move on... he got 306 Trump 232 and Biden + 7 millions more votes...
So said We the People
Like · Reply · 5 w

Sharon Juenemann
Frank Ebbesen The servers in Germany say Trump got 410. Biden maybe 120.
Like · Reply · 5 w

Perla Ocson Bangeles
Teresa Waga I remember marcos regime had a Marshal Law
Like · Reply · 5 w

Write a reply...
Press Enter to post.

Gretta Twyford
Dismiss the FBI and the DOJ,,all ofbthem , bring in a new team why is that hard ,,,,,they are not doing their job ,,??????



Watch

Search videos

🏠 Home

📺 Shows

🔴 Live

🎵 Music

📁 Saved videos

Your watchlist

🔵 Latest videos



Write a reply...

Press Enter to post.

**Gretta Twyford**
Dismiss the FBI and the DOJ,,all ofbthem , bring in a new team why is that hard ,,,,,they are not doing their job ,,?????
Like · Reply · 5 w                                    😀😮 7

**The Patriot Party**
We Will Win!
Nothing Can Stop What is Coming!
Like · Reply · 5 w                                    🔥 24

**Tim Schroeder**
So, conclusion is either everyone, every agency, every judicial court is wrong or Sydney is a political hack job.
Thank god for Sydney, what would we do with out her.
Buying this for more than it is, a PR smear campaign on our election, you are who this message is for...don't be proud of that.
Like · Reply · 5 w                                    😆😮🔥 23

∧ Hide 16 replies

**Candy Hayes Powell**
Tim Schroeder tom what the heck are u saying . Sidney is an American hero if u don't say something nice about her shut your mouth
Like · Reply · 5 w                                    😀🔥 16

**Anton Hardie**
Candy Hayes Powell so.... you are saying that she is right and
1) The courts whi have disproved all her claims
2) The DOJ who investigated and found no actual proof other than stories told to the public
3) The FBI who have investigated and found no valid proof
4) The state supreme courts who have looked at the cases and thrown them out
5) The US supreme court currently asked to review the current case ... which does not allege VOTER FRAUD
6) The constitutional lawyers around the country who have been watching this all closely, and wont touch the cases with a barge pole as they say it's all bogus PR and grandstanding
7) local government including Republican states who ran elections investigated and found no actual evidence (other than 1 case where a republican used his dead mothers ballot and was arrested)
8) State governers have investigated and guess what????
9) The media have investigated foubd nothing that stands as FACTUAL EVIDENCE, however social media and Right wing TV claims it is!!! and it's amazing that only the ones that support TRUMP show and air these claims?

Isnt it amazing that all these stories originate in one place, and are aired via social media or right wing TV BEFORE BEING VERIFIED, OR PROVEN IN A COURT OF LAW???
Isnt that like branding a person a traitor, rapist, murderer etc before being tried by law or the evidence viewed? THAT IS CALLED A KANGAROO COURT..... Usually found in tin pot dictator countries.

And yet the stories continue and continue ALL from the same place, TRUMP and CO?

Please open your eyes, ears and mind to what is going on around you.... as you are being played for cash and or Trump is trying to stage a Coup to take over a country by declaring that the peoples Votes do not count ... only his word does.
Like · Reply · 5 w                                    😀🔥 17

**Tim Schroeder**
Candy Hayes Powell You can't see the truth. Her efforts are a political campaign not a legal one.
She does not want to bring this to court. She intentionally filed in the wring jurisdiction becuase there was so much demand by both left and right that she shut up or file a case. So, she filed either intentionally in the wrong jurisdiction so it would be rejected and wouldn't have to present a case or she is so incompetent that she didn't know where to file (doesn't lend much credibility if that the case). Moreover, she should have filed immediately in the right jurisdiction the next day and hasn't.

Claim she is a hero while not asking her the hard question; why is she spending 95% of her time convincing you of something and 5% toying around with legal process.
Like · Reply · 5 w                                    😀🔥 8

**Kim Sniffin**
Tim Schroeder the democrats where involved in fraud why is it so hard to accept
Like · Reply · 5 w                                    😀🔥 7

**Anton Hardie**
Janine Lauryssen yep seen them, and also the FBI REPORTS DEBUNKING THEM AND THE STATE ELECTORS DEBUNKING THEM. Those recording also proven to be fake by DOJ and FBI
And yep seen the chinese dude too.. dont you think China would spread disinformation to cause more chaos in America?? I wish you all good luck and hope the REAL TRUTH COMES OUT IN THE END.. Have a great xmas
Like · Reply · 5 w                                    🔵 6

**Gaylon Williams**
Tim Schroeder are you in a mental institute
Like · Reply · 5 w                                    😀🔥 2

**Tim Schroeder**
Gaylon Williams good one, intelligent argument. You are a genius! 😂😂😂
                                                    😀🔥 4

Document title: (12) Watch | Facebook
Capture URL: https://www.facebook.com/watch/?v=2830449313898343
Capture timestamp (UTC): Thu, 21 Jan 2021 11:37:46 GMT

# Watch

🔍 Search videos

🏠 Home

📺 Shows

🔴 Live

🎵 Music

💾 Saved videos

**Your watchlist**

🔵 Latest videos



**Gaylon Williams**
Tim Schroeder are you in a mental institute
😆😆 2
Like · Reply · 5 w

**Tim Schroeder**
Gaylon Williams good one, intelligent argument. You are a genius! 😆😆😆
😆 4
Like · Reply · 5 w

**Tim Schroeder**
Janine Lauryssen I have seem the videos.and testimony; along with both sides narrative. I want the truth. You see the truth in your spoon fed narrative. I demand the truth through the riggers of a court of law. Instead I get echo chamber legislative hearing and press conferences.

The fact you do not demand more to prove this too you says more about your ease to be minipulated than anythjng else.

The cadence and process of what Sydney is doing gives me pause. And it should you too.

Remember, it's not about who wins. It's about America and who we are.
❤️ 1
Like · Reply · 5 w · Edited

**Wendy Pucovski**
Anton Hardie 👆 it's so hard to believe what is going on over there.
Like · Reply · 5 w

**Tim Schroeder**
Janine Lauryssen This is what you really wrote. I did my own research (but the conspiratorial rant afterwords give suspect that your "research" was more likely to be an attempt to backfill a conclusion as opposed to determine an outcome.)

Further, with your assurtion the court don't want to hear the evidence, the filings have been either incompetent in their premise or intentionally filed with the intent to be thrown out so the so called evidence never has to be challanged.

And if there is so much evidence, why is it you on a practically worthless fb chat that has all the answers and not the DOJ or the many other legal and criminal justice apparatuses?

The whole Biden in his basement argument makes me laugh the most of all. Trump and his campaign style has the ability to both garner ardent suoport amd conversely an equal or more hate for him. As I told my brother leading up to the election, Biden can only do himself harm by going out and campaigning; Trump is doing a fine job for both himself amd Biden.

Finally, the deep state. What a continent talking points. Undefined as to what and who it really is and can be used wholesale to compound the conspiracies as necessary as logic and fact dismantle the claims of fraud. You will be always one conspiracy theory away from seeing your heart felt convictions proven in court or in any other format the reqiuires more than assurtion and narrated optics.
Like · Reply · 5 w · Edited

**Eric Bakken**
Tim Schroeder it's a fund raising event and a gathering of the loyal around the king.
Like · Reply · 5 w

**Tim Schroeder**
Eric Bakken like I've said, this is a campagn; not a legitimate legal challenge.

Problem is, a lot of people can't tell the difference.
👍 1
Like · Reply · 5 w

**Eric Bakken**
Tim Schroeder lot of people calling for a revolution. I suppose they see how great that's working in Syria?
Like · Reply · 5 w

**Linda Hartwell**
Anton Hardie democratic bull s-it... The democrats did voter fraud... And the so called DOJ, FBI and judges lost credibility and have not gotten it back since the Russian collusion crap. All the info they gathered should have been released before the election. People are not going to state under oath fraudulent activities if there weren't any, and chance going to jail. Only the corrupt democrats get away with crime in our justice system
Like · Reply · 5 w

**Tim Schroeder**
Linda Hartwell alway one more conspiracy theory away. I feel sorry for you and how little it takes for you to believe a thing and no matter what information comes to light, you just as easily believe the next conspiracy that keeps the narritive moving along. Let's see, the Dems, then China, then Hugo, then Dominion, then GOP state representatives, then the DOJ, then the FBI, now the Supreme Court, all comprised.

Goodness, I am waiting for God to be accused of part of the conspiracy.

But hey, you are probably right 😆😆😆😄
Like · Reply · 5 w

**Michael DeMayo**
Linda Hartwell and your evidence for this is what exactly ? You and mental institution escapee Sydney (I'm about to get disbarred because of all of the frivolous lawsuits I've filed with no shred of evidence) Powell don't have any because ..... drum roll please....
NONE EXISTS!!! That's what's she's been told by every judge , TUCKER Carlson and wait for it ... the Trump team who fired her !!!!

Time to gently ease yourself back on the fact and reality train.
Like · Reply · 5 w · Edited



NONE EXISTS!!! That's what's she's been told by every judge, TUCKER CARLSON and wait for it ... the Trump team who fired her !!!!

Time to gently ease yourself back on the fact and reality train.

Like · Reply · 5 w · Edited

Write a reply...

Press Enter to post.

**Nancy Slusher**
Thank you both Lou Dobbs and Sidney Powell

Like · Reply · 5 w · 16

**Steve Adams**
MASSIVE DEMOCRAT VOTER FRAUD NATIONWIDE in the 2020 PRESIDENTIAL ELECTION BY CRIMINAL LYING TRAITOR JOE BIDEN AND HIS COMMUNIST CONSPIRITORS!

Like · Reply · 5 w · 32

**Jeanette Pombo Marcucci**
You're amazing, Lou Dobbs! The only one trying to get the TRUTH out!! Thank you!! This is truly outrageous!!

Like · Reply · 5 w · 7

**Michelle Gulatto**
THANK YOU LOU FOR YOUR PASSION FOR THE TRUTH AND INTEGRITY!!! We the people need to stand up and fight!!! What can we do?? They are ignoring the law and doing whatever they want. This has to STOP!!! NOW ! ITS GOING TO BE TOO LATE AND WE MAY NOT BE ABLE TO REVERSED IT!

Like · Reply · 5 w · Edited · 5

> **Hillary Bakari**
> **Michelle Gulatto** hey you've got an amazing profile and I'd love to be your friend can you send me a friend request if you don't mind
>
> Like · Reply · 5 w · 1

> **Larry Bryde**
> **Michelle Gulatto** you e so right I just saw how bad it really is I will try to post watch the right side it's wounerfull
>
> Like · Reply · 1 d

> Write a reply...
>
> Press Enter to post.

**Winefredo B. Sañosa**
Why always investigation?declare martial law now vefore its too late!!!enough talking?allof u knows already what happened

Like · Reply · 5 w · 3

**Vicki Magruder**
Amen! Marshall law. Root out the communist before they do any more damage

Like · Reply · 5 w · 2

**Mark Lawson**
Tell me Lou , what can the average citizen do? I mean it! Most of us are willing to arm ourselves and march on the capital and demand that they check the signatures of all those ballots. We know Trump won we know that Kemp should stand up and demand these signatures be checked. But the average citizen doesn't know what he or she can do about it! Give us some direction.

Like · Reply · 5 w · 2

**Dawn Gennaro-Johnson**
Amen!! Well said & Gov. Kemp needs to be deeply investigated!! We must have Forensic audits in every state & prove the people who are in office were actually voted in legally!! Since the SW has been corrupt-We cannot ensure all seats within our Government have gotten in legally!! Since we know there has been "glitches" in the voting systems, who knows how far back all these officials have been in Government legally? We need to return to paper ballots with Voter ID REQUIRED from here on out!! This will STOP any further deceit from being performed.

Like · Reply · 5 w · 3

**Pam Babcock**
Pray for the Democratic justices that are not truthful to the facts of all these election crimes but instead focus on the politics of it all.
Lord God penetrate their hearts with your spirit of truth justice and honor for our nation.
What good are they to justice if they are one sided politically in their decisions.
God do what it takes to make them honest and to protect our country
In Jesus
Name
AMEN 🙏

Like · Reply · 5 w

**Peter Abbruzzi**
Thank God lou dobbs is only on for an hour because that's all anyone can stomach his show is filled with nothing but Republicans no democrats everyone on show spewing false allegations about voter fraud on fox fake news channel it's pathetic bias Republican news and all these affidavits mean didly squit till someone gets into court and swears on bible and testifies that's not happening texas lawsuit is a joke to all the Republicans out to there y is it the trump clown car legal teams only looking into voter fraud in states trump lost if election was rigged let's go check every state Republicans not just states that got flipped and u lost I've never seen such bias journalism as fox news and one american news only time it's real news is wenn cnn msnbc nbc abc associated press reports it



fox fake news channel it's pathetic bias Republican news and all these affidavits mean didly squat till someone gets into court and swears on bible and testifies that's not happening texas lawsuit is a joke to all the Republicans out to there's a it the trump clown car legal teams only looking into voter fraud in states trump lost if election was rigged let's go check every state Republicans not just states that got flipped and a lost I've never seen such bias journalism as fox news and one american news only time it's real news is wen cnn msnbc nbc abc associated press reports it

Like · Reply · 5 w

**Yvette Selbin Latta**
I appreciate Lou Dobbs For being willing to share Sidney Powell's evidence of fraud for the American people to be made even more aware of all the corruption in OUR 2020 election.

Like · Reply · 5 w

**Joan Fackler**
Thank you each and every day for helping and keeping us posted on what is really going on! We owe you a huge debt of gratitude! Thank you for your bravery and dedication to the people of the United States and the truth!

Like · Reply · 5 w

**Dawn Larson**
Thank you for giving us a glimmer of hope to help us save this nation and it's citizens! Praying that there's a miracle that can turn this around so we can get rid of all the fraud and corruption! Thank you thank you thank you!

Like · Reply · 5 w

**Dusty Arnold**
The courts have just kill our country by giving it to the Democrats who are crooks liars CHEATERS what as our country come too to put SWAMP TRASH Democrats to run our country we the PEOPLE have no rights WHY DO WE EVEN NEED LAWS OR A FUCKUP GOVERNMENT

Like · Reply · 5 w

**Susan Bolen**
I'm proud of this strong woman. God keep protective guardian angels encamped all around her. Lou thank you for being the God fearing man I knew you were.

Like · Reply · 5 w

**John Ungvary**
When a network interviews someone who aligns herself with conspiracies that are championed by nutcases, you have to laugh!

Like · Reply · 5 w

**George Stevenson**
I nominate Lou Dobbs to head up a committee to determine which journalists have enough integrity to be allowed to remain having access to air time on the major network stations approved by the FCC to Disseminate the truth not disinformation. Those major networks owned by the global conglomerates who have participated with the coup shall have all of their assets seized just like the drug cartels do when caught trying to destroy the fabric of America.

Like · Reply · 5 w

**Peter Vrugteveen**
Give us all the info not only does the United states depend on it but the whole world

Like · Reply · 5 w

**Chuck Susan Wood**
I recorded your show so I could hear updates from Sidney. And all I heard was Lou Dobbs talking. You wouldn't even let her talk. Waste of my time. Let your guests talk.

Like · Reply · 5 w · Edited

**Robert Henderson**
Think 4 drone strikes is responsible response. We are on a budget.

Like · Reply · 5 w

**Sonia Martin**
I love this man and woman...they know the truth, and what has been going on with the disgusting democrat criminals...it completely beats me how any one person could even contemplate voting for that mob with all the evidence of their fraud, and the fact Biden did nothing for America in 47 years in office, except pander to the chinese, and take their fraud money, and this is all because they can take over America if Biden is elected. Seems as though half the judges, lawyers, and the FBI are criminals as well world wide, not just in America...

Like · Reply · 5 w · Edited

**Stef Riedhart**
All the names Sidney Powell mentions, the ones Lou Dobbs mentioned are all connected to this wide scale fraud. Their problem is: They got caught and now they're in denial. Denial is the first response when busted red-handed.

Like · Reply · 5 w

**Tony Falchi**
"All that is necessary for evil to succeed is that good men do nothing " That seems pretty appropriate at this moment in our history 🇺🇸😡

Like · Reply · 5 w

**Judith Zoda**
& thanks, Lou, for
being the only news-show to let us know about our-YouTube's most-recent censorship-decision.
about-how:
"as of Wednesday, there will be no more discussion about voter-fraud allowed on YouTube."
🌱 https://m.facebook.com/story.php?story_fbid=3378987348896619&id=100003561627239







Watch

Search videos

Home

Shows

Live

Music

Saved videos

Your watchlist

Latest videos

Judith Zoda
& thanks, Lou, for
being the only news-show to let us know about our-YouTube's most-recent censorship-decision.
about-how:
"as of Wednesday, there will be no more discussion about voter-fraud allowed on YouTube."
https://m.facebook.com/story.php?story_fbid=3378987348896619&id=100003561627239
Like · Reply · 5 w

Top fan
Brenda Lea DeGraw
Yes, Lou...right on. To do the same thing over and expect different results is insanity!!!
Like · Reply · 5 w

Rochelle Foster
Sydney Powell is the modern day Wonder Woman!
Like · Reply · 5 w

Ksg Sherley
The people of GA are small business owners (many, anyway,) who are scared of the gov.'t" machine" that's not much different than the mafia.
Like · Reply · 5 w

Teri Sloan
who brought Dominion machines into the USA?
Like · Reply · 5 w

Debra Deering Strieter
Is she one of the aliens?
Like · Reply · 5 w 1

Bee Rinehart
YES SO TRUE WEATHER YOUR A DEMOCRAT OR REPUBLICAN STAND UP FOR YOUR NATION THE GREATEST NATION IN THE WORLD THE ONLY FREE NATION ON EARTH ..VOTE FOR YOU NATION AND FREEDOM...
Like · Reply · 5 w

Sharman Hedges
Thank you Lou and Sydney for getting the truth out here!
Like · Reply · 5 w

Michael Waterman
Buddha said to become enlightened - and I hope that you will seek the same. Trump is fighting to stay out of jail not to serve another 4 years.
Like · Reply · 5 w

Cathy Fischer Evans
We are standing up with you! We do not accept this fraudulent election!!!
Like · Reply · 5 w 1

Theresa Kunkle
Paper ballots with ID ! Another Trump promise kept !!
Like · Reply · 5 w 2

Jane Mike Hulley Kretzinger
Buffer buffer..... These lefties are taking ur lives away each passing minute... This is disgusting msm and fb u tube Google and Twitter should be dismantled as corrupt demon take over...
Like · Reply · 5 w

David Hake
DECLARE MARTIAL LAW NOW THE FIX IS IN MAN OMG
Like · Reply · 5 w 2

Micki Stanhope
And a lot of Americans will be crushed. I won't stop loving this country—but my heart will be broken and scared of the next 4 years
Like · Reply · 5 w

Arlene Dorr
The FBI is down right corrupt and is why all this corruption continues to happen.
Like · Reply · 5 w 1

Paul Owens
How did Lou Dobbs become a conspiracy theorist? Is he just plain dumb or what?
Like · Reply · 5 w

Thomas E Kimbrough Jr.
EXPOSE THE CORRUPTION AND FRAUD THEN LOCK THEM UP!!
JUSTICE IS COMING!!
Mrs Powell is a Super Hero for JUSTICE !!
TICK TOCK
Like · Reply · 5 w

Robert Hudson
Wow..! She is so intelligent and articulate..! A credit to the Republican cause...
Like · Reply · 5 w

Scharee Hines Lisby
I can believe so so much corruption on all these levels
Like · Reply · 5 w 1

Cassie 12

## Watch

Search videos

- Home
- Shows
- Live
- Music
- Saved videos

Your watchlist

- Latest videos

Robert Hudson
Wow..! She is so intelligent and articulate..! A credit to the Republican cause...
Like · Reply · 5 w

Scharee Hines Lisby
I can believe so so much corruption on all these levels
Like · Reply · 5 w 1

Chels Lynn
Agree. Boycotting the GA Runoff. I'd rather a enemy win than a traitor.
Like · Reply · 5 w

Calvin Spangler
The FBI is crooked . I call on President to inforc Marshall law
Like · Reply · 5 w

Michael Daly
Thank you Lou for continuing the fight when I know you are trying to do the right thing when you are in a swamp of your own.
God Bless you
Like · Reply · 5 w 1

Jj Dunlap
We can only hope that she can make this work nothing else has.😢
Like · Reply · 5 w 1

George Heberling
Keep Fighting For AMERICA She's Worth It.
Like · Reply · 5 w

Suncita M. Ferrer
Jorge Rodriguez is a truly evil man.
Like · Reply · 5 w

Renee Williams
This is wonderful. Go get them Sidney.
Like · Reply · 5 w 1

Judith Smith
Speaking of fraud Biden and Kamala were named person of the year"!
Like · Reply · 5 w 1

Evan Jackson
This presenter and his nutty guest should try for a gig on SNL!
Like · Reply · 5 w · Edited 1

Gary Lane
It doesn't matter who win
Like · Reply · 5 w 1

Beverly Shelton
Finally somebody called out all the idiots!! You go Lou Dobbs! You are the man!
Like · Reply · 5 w

Rosalie Laughton
Awesome!Thank you Lou for your honest offer.
Like · Reply · 5 w

Laura Concannon Ovelman
I went to her website . It's just asking for donations
Like · Reply · 5 w

Donna Greiner
Stop throttling video. Discussion.
Like · Reply · 5 w

Thomas Zaikowski
Lol!!!! It all started when? Jimmy(the original Globalist bought Potus) You know from Georgia! Well it was his Administration that started the Dept of Education! Well there you have it! The destruction of the educational system by the Federal government! Irony is that today! The last stand as a Republic is and will be decided who wins the Senate Seats in GEORGIA? The Globalist are very Cunning! Irony at it's BEST! Where is Ray Charles when you need him MOST!!!!
Like · Reply · 5 w

Phil Gay
powell is a wing nut
Like · Reply · 5 w

Erica L McAfee
Lou, your a beast 💪 go get em tiger!
Like · Reply · 5 w

Julie Lucia
Is Louis Dobbs ok? Seems like he's having a hard time speaking
Like · Reply · 5 w

Karen Jones
Sidney...prayers for you strength, wisdom & protection!
Like · Reply · 5 w

Betty J Almond

# Watch

🔍 Search videos

⏵ Home

▷ Shows

📹 Live

🎵 Music

🎬 Saved videos

**Your watchlist**

⏵ Latest videos

Karen Jones
Sidney...prayers for you strength, wisdom & protection!
Like · Reply · 5 w

Betty J Almond
By hook or by crook We can't allow bid*n to bury the USA
Like · Reply · 5 w

Ike Sharp
She has the goods!
Like · Reply · 5 w

Henry Twin
BUT THANK YOU TOO LOU FOR ALL THE WORK YOU'RE DOING..... YOU'RE A REAL MENCH...
Like · Reply · 5 w

Kimberly Wood
Fire barr get Grenell
Like · Reply · 5 w

Kimberley Ann Jones
Stick a fork in her, she's done!
Like · Reply · 5 w

Dan Rosato
When does Lou ever give these people time to talk
Like · Reply · 5 w

Gerard Tremblay
Omg Lou you overdosed on trump's disinfectant cocktail your brain is all bleached go to bed 🛌
Like · Reply · 5 w

Brett Sherrod
We all need to fight for this republic!!!
Like · Reply · 5 w

Karmen Zaval Murphy
Names names names Sydney ‼️
Like · Reply · 5 w

Cathy Zetzmann
New team! Me too! They are afraid or on the Chinese payroll
Like · Reply · 5 w

Penny Marie
Sydney for Department of Justice. Cause we could use some justice!!
Like · Reply · 5 w

Carsten Berner
https://www.nytimes.com/.../supreme-court-election-texas...



NYTIMES.COM
Supreme Court Rejects Texas Suit Seeking to Subvert Election
Like · Reply · 5 w

Judith Stevens
Lies, lies, lies...Sydney Powell is a crazy lady. Trump team kicked her off for lack of evidence of fraud. She has none. Dobbs begged for it since he has nothing either.
Like · Reply · 5 w

Michael Urteaga
Here's video evidence of what she was talking about
https://m.facebook.com/story.php?story_fbid=3894191507279316&id=100000655149495

Jim Findley
The electoral votes were fixed as well that's why Biden decided to send in antifa to storm the storm the White House and blame it on Trump because he knew the people would freak out and trash Trump.
Like · Reply · 1 w

Stephen Kirya
https://nypost.com/.../joe-biden-once-joked-about-china.../

NYPOST.COM
Joe Biden once joked about China helping him become president
Like · Reply · 5 w

Albert Howell
Was Sidney born a man? That would explain so much... 😮 1
Like · Reply · 5 w

Tomy Elder
The Kraken has cracked to pieces haha! Sidney Powell is a sideshow freak

Document title: (12) Watch | Facebook
Capture URL: https://www.facebook.com/watch/?v=2830449313898343
Capture timestamp (UTC): Thu, 21 Jan 2021 11:37:46 GMT



Watch

Search videos

Home

Shows

Live

Music

Saved videos

Your watchlist

Latest videos

Albert Howell
Was Sidney born a man? That would explain so much....
Like · Reply · 5 w 1

Tomy Elder
The Kraken has cracked to pieces haha! Sidney Powell is a sideshow freak.
Like · Reply · 5 w 1

David Heck
Release the Kraken so it could swallow her up and I won't have to ever see her again cuz she is horrible looking she's the most terrible thing I've ever seen in my life she's horrible inside and horrible outside don't want to see her anymore can't wait until Donald Trump out of the office so I don't have to see your ugly face anymore
Like · Reply · 5 w

Gaylon Williams
Harris her husband is with smartmatic voting soft ware
Like · Reply · 5 w

Shirley Kasee
So tell me what ever happened to this? Did she now back down?
Like · Reply · 1 w

Rhonda Lambert Graves
Lou is a liar and had to tell everyone that😂😂😂🤡🤡🤡🤡🤡
Like · Reply · 3 w

Suli Sakalia Latiume
https://m.facebook.com/story.php?story_fbid=1027234394448439&id=100014856647169

Chinese Americans were out in force today!
Like · Reply · 5 w

Tina Halfmoon
Please send this to trump or his lawyers
Like · Reply · 2 w

Tina Halfmoon
https://www.facebook.com/10000140.../posts/3755612484495409/
Like · Reply · 2 w

Tina Halfmoon
Can't anyone get thishttps://www.facebook.com/100001400821237/posts/3755612484495409/ trump or his lawyers ,
Like · Reply · 2 w

Alison J Foster
Robert Allen
Like · Reply · 5 w

Alison J Foster
D. Gabrielle LeCompte
Like · Reply · 5 w

Alison J Foster
Sue L. Huber
Like · Reply · 5 w

Carol L Few
Robbin Few Crow Doddie Mehring
Like · Reply · 5 w

Robbin Few Crow
Carol L Few this is one I tried to share and it wouldn't let me
Like · Reply · 5 w 1

Write a reply...

Press Enter to post.

Jim Harvey
https://www.ajc.com/.../live.../MCYDKE7DQFGERJFDFYGG3VGZYQ/

AJC.COM
UPDATES: 90,000 ballots still uncounted in Georgia
Like · Reply · 5 w

Top fan
Glenn Packard
Thank You, Lou Dobbs and Sidney Powell, for being Warriors for The Truth!! God Bless You Both!!👍🙏🇺🇸❣️
Like · Reply · 5 w 1

Sara Ann Garza Olivares
George are you stupid
Like · Reply · 5 w

# Watch

🔍 Search videos

▶ Home

Shows

Live

🎵 Music

Saved videos

**Your watchlist**

Latest videos



Sara Ann Garza Olivares
George are you stupid
Like · Reply · 5 w

Richard Earl
Trump2020 Four More Years
Like · Reply · 5 w

Rudy Pan Y Agua
Low doubts who is this creature!

Like · Reply · 5 w

Rudy Pan Y Agua
Don't know who low doubts is! Please tell me how important this creature is !

Like · Reply · 5 w

Write a reply...
Press Enter to post.

Bob Warren
Two morons yapping
Like · Reply · 5 w

Further Away
Martial law
Like · Reply · 5 w

Michael K. Miner
She is a Liar and a Moron.
Like · Reply · 5 w

Robert Dapolito
Yea Sydney!!
Like · Reply · 5 w

Tom Ayd
Good bye trump loser
Like · Reply · 5 w

Judi Galemmo
Thank you for your courage!!!
Like · Reply · 5 w

Candice Moe
"The Court is ready for your case."
•Isaiah 41:1 NLT
https://www.facebook.com/156397425122187/posts/839084120186844/?d=n

In November Daddy God, Jesus Christ and Holy Spirit gave me three dates ! (If you haven't heard the Prophetic Word Holy Spirit gave me that I did via audio recording but you would like to, just let me know and I'll forward it to you.)

On December 3rd - the video showing fraud in Georgia was exposed !
https://www.facebook.com/156397425122187/posts/861175604644362/?d=n

December 8th this happens, 💃 https://www.breitbart.com/.../texas-sues-georgia.../ (among many other things).

Next date up is December 18th !!!

JESUS CHRIST IS LORD !!!!!!!!!!!!!!!!!!!!
Like · Reply · 5 w

Jody Perkins Cantrall
Agreed!!!
Like · Reply · 5 w

Edward Warren Sr.
The Kraken!
Like · Reply · 5 w

Document title: (12) Watch | Facebook
Capture URL: https://www.facebook.com/watch/?v=2830449313898343
Capture timestamp (UTC): Thu, 21 Jan 2021 11:37:46 GMT



Cassie 12

Watch

Search videos

Home

Shows

Live

Music

Saved videos

Your watchlist

Latest videos

Jody Perkins Cantrall
Agreed!!!
Like · Reply · 5 w 1

Edward Warren Sr.
The Kraken!
Like · Reply · 5 w 1

Shirley Clay-Hunt
THANK YOU BOTH, GOD BLESS YOU!
Like · Reply · 5 w

Kimberly Beason Adkins
Amen. Wake up America!!
Like · Reply · 5 w 1

Jennifer Kim Joubert
Lou Dobbs you are just fantastic - thank you for your help !
Like · Reply · 5 w

Nikola Krajnovic Ličkov
Arrest someone
Like · Reply · 5 w

Paul Pozniak
Public Bumper Dragging Matters 🇺🇸❤️
Like · Reply · 5 w

Berry Gennari
**Anne Newcomb**
Like · Reply · 5 w

David Fritsch
I'm in.
Like · Reply · 5 w

Leanne Murray
Good man Lou dobbs ❤️
Like · Reply · 5 w

Tom Tenbrunsel
DOD Trumps DOJ
Like · Reply · 5 w

Michael Jennings
Dumb & Dumber 🤬
Like · Reply · 5 w

Tammy Lowrey Griffin
❤️🙌🙏🇺🇸
Like · Reply · 5 w

Susan Nickerson Piwetz
Great I love it
Like · Reply · 5 w

Chris Wind
Trump lied - 300'000 died
Like · Reply · 5 w

Jim Light
I think the world of lou
Like · Reply · 5 w

Anna Amador-Trujillo
Whole New Team!
Like · Reply · 5 w

Anna Amador-Trujillo
Speak the truth Lou!
Like · Reply · 5 w

Alfred Grech
vox populi vox dei
Like · Reply · 5 w

Syconda Mullinax
Language😮
Like · Reply · 5 w

Brenda L Nolan
Canvention of states!
Like · Reply · 5 w

Gary Cherry
GO Sidney
Like · Reply · 5 w

Amber Egan
God Bless Sidney Powell!!!🇺🇸🇺🇸🇺🇸



Cassie 12

# Watch

Search videos

- Home
- Shows
- Live
- Music
- Saved videos

Your watchlist

- Latest videos

Gary Cherry
GO Sidney
Like · Reply · 5 w

Amber Egan
God Bless Sidney Powell!!!🇺🇸🇺🇸🇺🇸
Like · Reply · 5 w

Paula Patton
I love you lou
Like · Reply · 5 w

Larry Bowen
Biden. Will. Never. Have that. Ok
Like · Reply · 5 w

Larry Bowen
Yes. The. Big. Boys. Will. Come. Home. An. We. At. Ga. Deal. Is. Tbe. Cnn. Will. Cause. Millions. Dead
Like · Reply · 5 w

Larry Bowen
In. South. We. Know
Like · Reply · 5 w

Write a reply...
Press Enter to post.

Jackie Do Flo
Thank you Lou!!!!!
Like · Reply · 5 w 1

Hillary Bakari
**Jackie Do Flo** hey you've got an amazing profile and I'd love to be your friend can you send me a friend request if you don't mind
Like · Reply · 5 w

Jackie Do Flo
No, thanks. I only friend people I know personally.
Like · Reply · 5 w

Write a reply...
Press Enter to post.

Ronald Walker
Looooouuuuu you are a piece Of ........just like the REST of them
Like · Reply · 5 w

Martha Abell
😂🤮😂 If BARR would Get-OF His Big AZZ & EARN his Tax Paid $$$$$$ 😂 He might find a few of these things out!! 😈😈😈 WORTHLESS 😡😈😡
💯🇺🇸💯 Once Again; Ty Lou!! 💯👏👏
Like · Reply · 5 w · Edited 1

Sally Lenentine
Thank-you Ms Powell and Mr. Dobbs! Praying for you and our country 1
Like · Reply · 5 w

James Fraizer
Simply Treasonous Fraud at the highest levels. 5
Like · Reply · 5 w

Sandy Arnone
WOW!!!!!
Like · Reply · 5 w

Christopher Call
Lou Dobbs is one of the best ever 19
Like · Reply · 5 w

Dani Bolton Morriss
**Christopher Call** my Fave! he and Bannon are brave as Hell! 1
Like · Reply · 5 w

Write a reply...
Press Enter to post.

Pam Yoches
Bless her heart! Super patriot! 8
Like · Reply · 5 w

Sylvia Sabo
Thank you Sidney Powell 5
Like · Reply · 5 w

Write a comment...
Press Enter to post.

Cassie 12

**Watch**

Search videos

- Home
- Shows
- Live
- Music
- Saved videos

Your watchlist

- Latest videos

Sylvia Sabo
Thank you Sidney Powell
Like · Reply · 5 w 5

Write a comment...
Press Enter to post.

Tasty Plus · Follow
21 January 2020 ·

4 Best Quick and Easy Recipes with the main ingredients: Oreo, Kitkat, Marshmallow, and Sampa

Like Comment Share 237K · 4.1K comments

TikTok · Follow
13 June 2020 ·

Some touching love stories

Like Comment Share 226K · 8.7K comments

ThesaurusPG · Follow
Today at 07:44 ·

Best Plays in PUBG Mobile!

PUBG Mobile Live. Season 16 Conqueror 🥇 Support the stream here: https://www.facebook.... See more

