# Exhibit 45

TRANSCRIPT OF THE AUDIO RECORDING OF:

FOX BUSINESS, LOU DOBBS TONIGHT

DECEMBER 18, 2020

TRANSCRIBED BY: THOMPSON COURT REPORTERS INC

Page 2

1         LOU DOBBS: There are lots of opinions about
2 the integrity of the election, the irregularities of
3 mail-in voting, of election voting machines and voting
4 software. One of the companies is Smartmatic, and we
5 reached out to one of the leading authorities on open
6 source software for elections, Eddie Perez for his
7 insight and views. Eddie is the global director of
8 tech development at the Open Source Election Technology
9 Institute. We ask him for his assessment of Smartmatic
10 and recent claims about the company.
11         SPEAKER :Have you seen any evidence that
12 Smartmatic software wasused to flip votes anywhere in
13 the U.S. in this election?
14         EDDIE PEREZ: I have not seen any evidence
15 that Smartmatic software was used to delete, change,
16 alter -- anything related to vote tabulation.
17         SPEAKER : Smartmatic says its software was
18 never used outside of LA County in 2020. Do you know
19 whether or not that's true?
20         EDDIE PEREZ: That is my understanding.
21 Smartmatic functioned as the contract manufacturer for
22 the Los Angeles County voting system, and that was a
23 customized system that was effectively built to the
24 county's order. I am not aware of them having any

Page 3

1  other direct customers relationships with election
2  officials in the United States.
3              SPEAKER :  What about Smartmatic and
4  Dominion?  Do you know if they're related -- whether
5  one owns the other?  Whether Dominion uses Smartmatic
6  software?
7              EDDIE PEREZ:  Both Dominion and Smartmatic
8  have individually and respectively put out very clear
9  statements from their corporate headquarters, each of
10 them indicating they are independent companies, they
11 are not related to each other.  It is my understanding
12 that neither one of them has an ownership stake in the
13 other or anything like that.  They are, again, for all
14 intensive purposes, two completely separate companies.
15             SPEAKER :  Have you seen any evidence of a
16 connection between George Soros and Smartmatic?
17             EDDIE PEREZ:  I'm not aware of any direct
18 connection between George Soros and Smartmatic.  It is
19 my understanding that an executive at Smartmatic has
20 some sort of relationship with one of Soros'
21 foundations.  That's the extent of my knowledge.
22             SPEAKER :  Have you seen any evidence of
23 Smartmatic sending U.S. votes to be tabulated in foreign
24 countries?

1    EDDIE PEREZ: No. I'm not aware of any
2 evidence that Smartmatic is sending U.S. votes to be
3 tabulated in foreign countries. Again, I'm not aware
4 -- outside of Los Angeles County, of Smartmatic
5 tabulating any votes in the United States because I'm
6 not aware of them having any customer relationships in
7 the U.S. And secondly, as others have pointed out,
8 irrespective of which voting technology vendor we're
9 talking about, in the United States the ballots that
10 are cast in the United States are tabulated in the
11 United States.
12    SPEAKER : Are you aware of any instances in
13 which Smartmatic's technology was banned in the U.S. in
14 2020 due to security weaknesses or wrongdoing?
15    EDDIE PEREZ: I am not. I'm not aware of any
16 instances where Smartmatic's technology was banned in
17 the U.S. Again, it is my understanding that outside of
18 one customer in Los Angeles County, Smartmatic has no
19 presence in the voting technology marketplace in the
20 United States.
21
22
23
24

Page 5

1                 CERTIFICATE OF TRANSCRIPTIONIST

2

3

4     I certify that the foregoing is a true and accurate

5 transcript of the digitally-recorded proceedings provided

6 to me in this matter.

7

8

9     I do further certify that I am neither a relative, nor

10 employee, nor attorney of any of the parties to this

11 action, and that I am not financially interested in the

12 action.

13

14

15

16

17

18

19

20                   _____

                          NATHAN KAYLO

21                      Production Manager

                  THOMPSON COURT REPORTERS INC.

22

23

24

**A**
a 2:22 3:15 5:4,9
about 2:1,10 3:3 4:9
accurate 5:4
action 5:11,12
again 3:13 4:3,17
all 3:13
alter 2:16
am 2:24 4:15 5:9,11
an 3:12,19
and 2:3,4,7,10,22 3:3,7,8,16,18 4:7 5:4,11
Angeles 2:22 4:4,18
any 2:11,14,24 3:15 3:17,22 4:1,5,6,12 4:15 5:10
anything 2:16 3:13
anywhere 2:12
are 2:1 3:10,11,13 4:10,10,12
as 2:21 4:7
ask 2:9
assessment 2:9
at 2:8 3:19
attorney 5:10
AUDIO 1:1
authorities 2:5
aware 2:24 3:17 4:1 4:3,6,12,15

**B**
ballots 4:9
banned 4:13,16
be 3:23 4:2
because 4:5
between 3:16,18
Both 3:7
built 2:23
BUSINESS 1:4
BY 1:24

**C**
cast 4:10
CERTIFICATE 5:1
certify 5:4,9
change 2:15
claims 2:10
clear 3:8
companies 2:4 3:10 3:14
company 2:10
completely 3:14
connection 3:16,18
contract 2:21
corporate 3:9
countries 3:24 4:3
County 2:18,22 4:4 4:18
county's 2:24
COURT 1:24
customer 4:6,18
customers 3:1
customized 2:23

**D**
DECEMBER 1:5
delete 2:15
development 2:8
digitally-recorded 5:5
direct 3:1,17
director 2:7
do 2:18 3:4 5:9
DOBBS 1:4 2:1
Dominion 3:4,5,7
due 4:14

**E**
each 3:9,11
Eddie 2:6,7,14,20 3:7,17 4:1,15
effectively 2:23
election 2:2,3,8,13 3:1
elections 2:6
employee 5:10
evidence 2:11,14 3:15,22 4:2
executive 3:19
extent 3:21

**F**
financially 5:11
flip 2:12
for 2:6,6,9,21 3:13
foregoing 5:4
foreign 3:23 4:3
foundations 3:21
FOX 1:4
from 3:9
functioned 2:21
further 5:9

**G**
George 3:16,18
global 2:7

**H**
has 3:12,19 4:18
have 2:11,14 3:8,15
3:22 4:7
having 2:24 4:6
headquarters 3:9
him 2:9
his 2:6,9

**I**
I 2:14,24 4:15 5:4,9 5:9,11
I'm 3:17 4:1,3,5,15
if 3:4
in 2:12,13,18 3:2,12 3:23 4:3,5,6,9,10 4:10,12,13,13,16 4:18,19,19 5:6,11
INC 1:24
independent 3:10
indicating 3:10
individually 3:8
insight 2:7
instances 4:12,16
Institute 2:9
integrity 2:2
intensive 3:14
interested 5:11
irregularities 2:2
irrespective 4:8
is 2:4,7,20 3:11,18 4:2,17 5:4
it 3:11,18 4:17
its 2:17

**J**

**K**
know 2:18 3:4
knowledge 3:21

**L**
LA 2:18
leading 2:5
like 3:13
Los 2:22 4:4,18
lots 2:1
LOU 1:4 2:1

**M**
machines 2:3
mail-in 2:3
manufacturer 2:21
marketplace 4:19
matter 5:6
me 5:6
my 2:20 3:11,19,21 4:17

**N**
neither 3:12 5:9
never 2:18
no 4:1,18
nor 5:9,10
not 2:14,19,24 3:11 3:17 4:1,3,6,15,15 5:11

**O**
of 1:1,1 2:1,2,2,3,4,5 2:7,9,18,24 3:9,12 3:15,17,20,20,21 3:22 4:1,4,4,6,8 4:12,15,17 5:1,5 5:10,10
officials 3:2
on 2:5
one 2:4,5 3:5,12,20 4:18
open 2:5,8
opinions 2:1
or 2:19 3:13 4:14
order 2:24
other 3:1,5,11,13
others 4:7
out 2:5 3:8 4:7
outside 2:18 4:4,17
ownership 3:12
owns 3:5

**P**
parties 5:10
Perez 2:6,14,20 3:7 3:17 4:1,15
pointed 4:7
presence 4:19
proceedings 5:5
provided 5:5
purposes 3:14
put 3:8

**Q**

**R**
reached 2:5
recent 2:10
RECORDING 1:1
related 2:16 3:4,11
relationship 3:20
relationships 3:1 4:6
relative 5:9
REPORTERS 1:24
respectively 3:8

**S**
says 2:17
secondly 4:7
security 4:14
seen 2:11,14 3:15,22
sending 3:23 4:2
separate 3:14
Smartmatic 2:4,9 2:12,15,17,21 3:3 3:5,7,16,18,19,23 4:2,4,18
Smartmatic's 4:13 4:16
software 2:4,6,12,15 2:17 3:6
some 3:20
Soros 3:16,18
Soros' 3:20
sort 3:20
source 2:6,8
SPEAKER 2:11,17 3:3,15,22 4:12
stake 3:12
statements 3:9
States 3:2 4:5,9,10 4:11,20
system 2:22,23

**T**
tabulated 3:23 4:3 4:10
tabulating 4:5
tabulation 2:16
talking 4:9
tech 2:8
technology 2:8 4:8 4:13,16,19
that 2:11,15,20,22 2:23 3:12,13,19 4:2,9,17 5:4,9,11
that's 2:19 3:21
the 1:1 2:2,2,2,4,5,7 2:8,10,13,21,22 2:23 3:2,5,12,21 4:5,7,9,9,10,10,13 4:17,19,19 5:4,5 5:10,11
their 3:9
them 2:24 3:10,12 4:6
There 2:1
they 3:10,10,13
they're 3:4
this 2:13 5:6,10
THOMPSON 1:24
to 2:5,12,15,16,23

3:11,23 4:2,14 5:6
  5:10
**TONIGHT** 1:4
**TRANSCRIBED**
  1:24
transcript 1:1 5:5
**TRANSCRIPTIO...**
  5:1
true 2:19 5:4
two 3:14

---
**U**
---
**U.S** 2:13 3:23 4:2,7
  4:13,17
understanding 2:20
  3:11,19 4:17
United 3:2 4:5,9,10
  4:11,20
used 2:15,18
uses 3:5

---
**V**
---
vendor 4:8
very 3:8
views 2:7
vote 2:16
votes 2:12 3:23 4:2
  4:5
voting 2:3,3,3,22
  4:8,19

---
**W**
---
was 2:15,17,22,23
  4:13,16
wasused 2:12
we 2:4,9
we're 4:8
weaknesses 4:14
What 3:3
where 4:16
whether 2:19 3:4,5
which 4:8,13
with 3:1,20
wrongdoing 4:14

---
**X**
---

---
**Y**
---
you 2:11,18 3:4,15
  3:22 4:12

---
**Z**
---

---
**0**
---

---
**1**
---

**18** 1:5

---
**2**
---
**2020** 1:5 2:18 4:14