# Exhibit 47

Page 1

TRANSCRIPT OF THE AUDIO RECORDING OF:

FOX NEWS, JUSTICE WITH JUDGE JEANINE,

DECEMBER 20, 2020

TRANSCRIBED BY: THOMPSON COURT REPORTERS INC.

Page 2

1       LISA BOOTHE: Welcome back to Justice. In our
2 week's long look into election integrity, we've heard
3 concerns about both voting machines and voting
4 software, specifically a company called Smartmatic.
5 This week we reached out to Eddie Perez for his
6 insight. He is the Global Director of tech development
7 at the Open Source Election Technology Institute. His
8 team develops Open Source Software for elections, and
9 we asked him what he knew about Smartmatic and the
10 claims some have made about that company.
11       MALE 1: Have you seen any evidence that
12 Smartmatic software was used to flip votes anywhere in
13 the U.S. in this election?
14       EDDIE PEREZ: I have not seen any evidence
15 that Smartmatic software was used to delete, change,
16 alter, anything related to vote tabulation.
17       MALE 1: Smartmatic says its software was
18 never used outside of LA County in 2020. Do you know
19 whether or not that's true?
20       EDDIE PEREZ: That is my understanding. I am
21 not aware of them having any other direct customer's
22 relationships with election officials in the United
23 States.
24       MALE 1: What about Smartmatic and Dominion?

Page 3

1  Do you know if they're related? Whether one owns the
2  other? Whether Dominion uses Smartmatic software?
3          EDDIE PEREZ: Both Dominion and Smartmatic
4  have individually and respectively put out very clear
5  statements from their corporate headquarters. Each of
6  them indicating they are independent companies, they are
7  not related to each other.
8          MALE 1: Have you seen any evidence of a
9  connection between George Soros and Smartmatic?
10         EDDIE PEREZ: I'm not aware of any direct
11 connection between George Soros and Smartmatic. It is
12 my understanding that an executive at Smartmatic has
13 some sort of relationship with one of Soros's
14 foundations. That's the extent of my knowledge.
15         MALE 1: Have you seen any evidence of
16 Smartmatic sending US votes to be tabulated in foreign
17 countries?
18         EDDIE PEREZ: No. I'm not aware of any
19 evidence that Smartmatic is sending US votes to be
20 tabulated in foreign countries. As others have pointed
21 out, irrespective of which voting technology vendor
22 we're talking about, in the United States, the ballots
23 that are cast in the United States are tabulated in the
24 United States.

Page 4

1     MALE 1:  Are you aware of any instances in
2 which Smartmatic's technology was banned in the US in
3 2020 due to security weaknesses or wrongdoing?
4     EDDIE PEREZ:  I am not.  I'm not aware of any
5 instances where Smartmatic's technology was banned in
6 the US.  Again, it is my understanding that outside of
7 one customer in Los Angeles County, Smartmatic has no
8 presence in the voting technology marketplace in the
9 United States.
10
11             CERTIFICATE OF TRANSCRIPTIONIST
12
13    I certify that the foregoing is a true and accurate
14    transcript of the digitally-recorded proceedings provided
15    to me in this matter.
16
17    I do further certify that I am neither a relative, nor
18    employee, nor attorney of any of the parties to this
19    action, and that I am not financially interested in the
20    action.
21
22
23
24

_____
NATHAN KAYLO
Production Manager
THOMPSON COURT REPORTERS INC.

**A**
a 2:4 3:8 4:13,17
about 2:3,9,10,24 3:22
accurate 4:13
action 4:19,20
Again 4:6
alter 2:16
am 2:20 4:4,17,19
an 3:12
and 2:3,8,9,24 3:3,4 3:9,11 4:13,19
Angeles 4:7
any 2:11,14,21 3:8 3:10,15,18 4:1,4 4:18
anything 2:16
anywhere 2:12
are 3:6,6,23,23 4:1
As 3:20
asked 2:9
at 2:7 3:12
attorney 4:18
AUDIO 1:1
aware 2:21 3:10,18 4:1,4

**B**
back 2:1
ballots 3:22
banned 4:2,5
be 3:16,19
between 3:9,11
BOOTHE 2:1
both 2:3 3:3
BY 1:24

**C**
called 2:4
cast 3:23
CERTIFICATE 4:11
certify 4:13,17
change 2:15
claims 2:10
clear 3:4
companies 3:6
company 2:4,10
concerns 2:3
connection 3:9,11
corporate 3:5
countries 3:17,20
County 2:18 4:7
COURT 1:24
customer 4:7
customer's 2:21

**D**
DECEMBER 1:6
delete 2:15
development 2:6
develops 2:8
digitally-recorded 4:14
direct 2:21 3:10
Director 2:6
do 2:18 3:1 4:17
Dominion 2:24 3:2 3:3
due 4:3

**E**
each 3:5,7
Eddie 2:5,14,20 3:3 3:10,18 4:4
election 2:2,7,13,22
elections 2:8
employee 4:18
evidence 2:11,14 3:8,15,19
executive 3:12
extent 3:14

**F**
financially 4:19
flip 2:12
for 2:5,8
foregoing 4:13
foreign 3:16,20
foundations 3:14
FOX 1:4
from 3:5
further 4:17

**G**
George 3:9,11
Global 2:6

**H**
has 3:12 4:7
have 2:10,11,14 3:4 3:8,15,20
having 2:21
he 2:6,9
headquarters 3:5
heard 2:2
him 2:9
his 2:5,7

**I**
I 2:14,20 4:4,13,17 4:17,19
I'm 3:10,18 4:4

if 3:1
in 2:1,12,13,18,22 3:16,20,22,23,23 4:1,2,2,5,7,8,8,15 4:19
INC 1:24
independent 3:6
indicating 3:6
individually 3:4
insight 2:6
instances 4:1,5
Institute 2:7
integrity 2:2
interested 4:19
into 2:2
irrespective 3:21
is 2:6,20 3:11,19 4:6 4:13
it 3:11 4:6
its 2:17

**J**
JEANINE 1:4
JUDGE 1:4
Justice 1:4 2:1

**K**
knew 2:9
know 2:18 3:1
knowledge 3:14

**L**
LA 2:18
LISA 2:1
long 2:2
look 2:2
Los 4:7

**M**
machines 2:3
made 2:10
MALE 2:11,17,24 3:8,15 4:1
marketplace 4:8
matter 4:15
me 4:15
my 2:20 3:12,14 4:6

**N**
neither 4:17
never 2:18
NEWS 1:4
no 3:18 4:7
nor 4:17,18
not 2:14,19,21 3:7 3:10,18 4:4,4,19

**O**
of 1:1,1 2:6,18,21 3:5,8,10,13,13,14 3:15,18,21 4:1,4,6 4:11,14,18,18
officials 2:22
one 3:1,13 4:7
Open 2:7,8
or 2:19 4:3
other 2:21 3:2,7
others 3:20
our 2:1
out 2:5 3:4,21
outside 2:18 4:6
owns 3:1

**P**
parties 4:18
Perez 2:5,14,20 3:3 3:10,18 4:4
pointed 3:20
presence 4:8
proceedings 4:14
provided 4:14
put 3:4

**Q**

**R**
reached 2:5
RECORDING 1:1
related 2:16 3:1,7
relationship 3:13
relationships 2:22
relative 4:17
REPORTERS 1:24
respectively 3:4

**S**
says 2:17
security 4:3
seen 2:11,14 3:8,15
sending 3:16,19
Smartmatic 2:4,9 2:12,15,17,24 3:2 3:3,9,11,12,16,19 4:7
Smartmatic's 4:2,5
software 2:4,8,12,15 2:17 3:2
some 2:10 3:13
Soros 3:9,11
Soros's 3:13
sort 3:13
Source 2:7,8
specifically 2:4

statements 3:5
States 2:23 3:22,23 3:24 4:9

**T**
tabulated 3:16,20 3:23
tabulation 2:16
talking 3:22
team 2:8
tech 2:6
technology 2:7 3:21 4:2,5,8
that 2:10,11,15,20 3:12,19,23 4:6,13 4:17,19
that's 2:19 3:14
the 1:1 2:6,7,9,13,22 3:1,14,22,22,23 3:23 4:2,6,8,8,13 4:14,18,19
their 3:5
them 2:21 3:6
they 3:6,6
they're 3:1
this 2:5,13 4:15,18
THOMPSON 1:24
to 2:1,5,12,15,16 3:7 3:16,19 4:3,15,18
TRANSCRIBED 1:24
transcript 1:1 4:14
TRANSCRIPTIO... 4:11
true 2:19 4:13

**U**
U.S 2:13
understanding 2:20 3:12 4:6
United 2:22 3:22,23 3:24 4:9
US 3:16,19 4:2,6
used 2:12,15,18
uses 3:2

**V**
vendor 3:21
very 3:4
vote 2:16
votes 2:12 3:16,19
voting 2:3,3 3:21 4:8

**W**
was 2:12,15,17 4:2,5

**we** 2:5,9
**we're** 3:22
**we've** 2:2
**weaknesses** 4:3
**week** 2:5
**week's** 2:2
**Welcome** 2:1
**what** 2:9,24
**where** 4:5
**whether** 2:19 3:1,2
**which** 3:21 4:2
**with** 1:4 2:22 3:13
**wrongdoing** 4:3

**X**

**Y**
**you** 2:11,18 3:1,8,15
   4:1

**Z**

**0**

**1**
**1** 2:11,17,24 3:8,15
   4:1

**2**
**20** 1:6
**2020** 1:6 2:18 4:3