# Exhibit 49

Contact Us | Newsletter Signup |



**EXPLORE** ∨    **MEET** ∨    **DISCOVER** ∨      **NEWSROOM**   **BLOG**   **CONNECT**   **SOLICITATIONS** ∨



## Registrar-Recorder/County Clerk signs contract with Smartmatic USA

**02 JUL 2018**

By Michael Sanchez   |   No comments yet   |   Uncategorized

STANDARD POST

On June 13, 2018, Los Angeles County Registrar-Recorder/County Clerk Dean Logan officially signed the contract with Smartmatic USA making them the Voting Solutions for All People's (VSAP) Prime Contractor and Systems Integrator. Smartmatic USA will assist the Registrar-Recorder/County Clerk (RR/CC) in manufacturing and implementing components of a new voting experience for Los Angeles County scheduled for introduction in the March 2020 California Presidential Primary election.

Following an extensive 9-month bidding and evaluation process, Smartmatic USA was selected after being scored by technical, legal and financial evaluators in accordance with Los Angeles County's competitive procurement policies. The Los Angeles County Board of Supervisors unanimously approved the contract during on June 12, 2018.

Smartmatic USA and its team will be responsible for systems integration, engineering and manufacturing of the system components that were designed by and for Los Angeles County voters with a focus on security, accessibility and usability.

The revolutionary new voting experience will make it easier for all Los Angeles County voters, including voters with disabilities and multilingual voters.

### RECENT POSTS


**VSAP BALLOT MARKING DEVICES ARE IN THE HOUSE**
July 5, 2019
READ MORE


**VSAP MILESTONE: FIRST LOOK AT LA COUNTY'S NEW VOTING EQUIPMENT**
March 13, 2019
READ MORE


**L.A. COUNTY COMMUNITIES PROVIDE INPUT ON 2020 VOTE CENTER LOCATIONS**
February 12, 2019
READ MORE

### SEARCH

### ARCHIVES

July 2019
March 2019
February 2019
July 2018
June 2018
April 2018

components that were designed by and for Los Angeles County voters with a focus on security, accessibility and usability.

The revolutionary new voting experience will make it easier for all Los Angeles County voters, including voters with disabilities and multilingual voters.

FACEBOOK TWITTER LINKEDIN PINTEREST

MICHAEL SANCHEZ

March 2019
February 2019
July 2018
June 2018
April 2018
February 2018
January 2018
December 2017
November 2017
October 2017
September 2017
May 2017
March 2017
February 2017
January 2017
November 2016
October 2016
September 2016
August 2016
July 2016
June 2016



