# Exhibit 52

**VOTING TECHNOLOGIES IN USE BY COUNTY**

*As of October 15, 2020 - Subject to change*

*NOTE: Voters and media representatives are urged to contact counties to confirm the use of a specific voting technology for the November 3, 2020, primary election. The following information is the most current information provided by the counties to the Secretary of State's office.*

| County | Tabulation System | Vote Center/Polling Place Tabulator | Accessibility Support | Ballot on Demand Elections Office | Ballot on Demand VoteCenter/Polling Place | Remote Accessible Vote by Mail System | Electronic Pollbook |
|---|---|---|---|---|---|---|---|
| Alameda | Dominion ImageCast Central 5.10A | Same as Vote-by-Mail (Central Tabulation) | Dominion ImageCast X 5.10A | Dominion MBP 5.10A | Dominion MBP 5.10A | Democracy Live SecureSelect | KNOWiNK PollPad V.2.5.2.01b |
| Alpine | ES&S EVS 6.0.4.2 DS200 | Same as Vote-by-Mail (Central Tabulation) | ES&S ExpressVote | ES&S Balotar | ES&S Balotar 3.0.5.1 | Democracy Live SecureSelect | Do not use |
| Amador | ES&S EVS 6.0.4.2 DS450 | ES&S EVS 6.0.4.2 DS200 | ES&S ExpressVote | ES&S Balotar | ES&S Balotar 3.0.5.1 | Democracy Live SecureSelect | DFM |
| Butte | Dominion ImageCast Central 5.10A | Same as Vote-by-Mail (Central Tabulation) | Dominion ImageCast X 5.10A | Dominion MBP 5.10A | Do not use | Dominion ImageCast Remote 5.10A | DFM |
| Calaveras | Hart Verity 3.1 Central/Count | Hart Verity Voting 3.1 Scan | Hart Verity 3.1 TouchWriter/Reader | Hart Verity 3.1 Print | Do not use | Democracy Live SecureSelect | DFM |
| Colusa | Dominion ImageCast Central 5.10A | Same as Vote-by-Mail (Central Tabulation) | Dominion ImageCast X 5.10A | Dominion MBP 5.10A | Do not use | Dominion ImageCast Remote 5.10A | Do not use |
| Contra Costa | Dominion ImageCast Central 5.10A | Dominion ImageCast Evolution 5.10A | Dominion ImageCast X 5.10A | Dominion MBP 5.10A | Do not use | Dominion ImageCast Remote 5.10A | KNOWiNK PollPad V.2.5.2.01b |
| Del Norte | Dominion ImageCast Central 5.10A | Dominion ImageCast Precinct 2 | Dominion ImageCast X 5.10A | Do not use | Do not use | Democracy Live SecureSelect | Do not use |
| El Dorado | Dominion ImageCast Central 5.10A | Dominion ImageCast Evolution 5.10A | Dominion ImageCast X 5.10A | Dominion MBP 5.10A | Dominion MBP 5.10A | Democracy Live SecureSelect | DFM |
| Fresno | Dominion ImageCast Central 5.10A | Dominion ImageCast Evolution 5.10A | Dominion ImageCast X 5.10A | Dominion MBP 5.10A | Dominion MBP 5.10A | Democracy Live SecureSelect | DFM |
| Glenn | Dominion ImageCast Central 5.10A | Dominion ImageCast Evolution 5.10A | Dominion ImageCast X 5.10A | Dominion MBP 5.10A | Dominion MBP 5.10A | Dominion ImageCast Remote 5.10A | Do not use |
| Humboldt | Hart Verity 3.1 Central/Count | Hart Verity Voting 3.1 Scan | Hart Verity 3.1 TouchWriter/Reader | Hart Verity 3.1 Print | Do not use | Democracy Live SecureSelect | KNOWiNK PollPad V.2.5.2.01b |
| Imperial | Dominion ImageCast Central 5.10A | Dominion ImageCast Evolution 5.10A | Dominion ImageCast Evolution 5.10A | Do not use | Do not use | Democracy Live SecureSelect | Do not use |
| Inyo | Dominion ImageCast Central 5.10A | Same as Vote-by-Mail (Central Tabulation) | Dominion ImageCast X 5.10A | Do not use | Do not use | Democracy Live SecureSelect | Do not use |
| Kern | Dominion ImageCast Central 5.10A | Same as Vote-by-Mail (Central Tabulation) | Dominion ImageCast X 5.10A | Dominion MBP 5.10A | Dominion MBP 5.10A | Dominion ImageCast Remote 5.10A | Tenex Precinct Central V. 4.1 |
| Kings | Dominion ImageCast Central 5.10A | Same as Vote-by-Mail (Central Tabulation) | Dominion ImageCast X 5.10A | Dominion MBP 5.10A | Do not use | Dominion ImageCast Remote 5.10A | KNOWiNK PollPad V.2.5.2.01b |
| Lake | Hart Verity 3.1 Central/Count | Hart Verity Voting 3.1 Scan | Hart Verity 3.1 TouchWriter/Reader | Do not use | Do not use | Democracy Live SecureSelect | Do not use |
| Lassen | ES&S EVS 6.0.4.2 DS450 | ES&S EVS 6.0.4.2 DS200 | ES&S ExpressVote | ES&S Balotar | ES&S Balotar | Democracy Live SecureSelect | Do not use |
| Los Angeles | VSAP Tally 2.2 | Same as Vote-by-Mail (Central Tabulation) | VSAP Ballot Marking Device 1.6.3 | RunBeck Sentio Lite | Do not use | Interactive Sample Ballot 2.5.1 | KNOWiNK PollPad V.2.5.2.01b |
| Madera | Dominion ImageCast Central 5.10A | Same as Vote-by-Mail (Central Tabulation) | Dominion ImageCast X 5.10A | Dominion MBP 5.10A | Dominion MBP 5.10A | Dominion ImageCast Remote 5.10A | DFM |
| Marin | Dominion ImageCast Central 5.10A | Same as Vote-by-Mail (Central Tabulation) | Dominion ImageCast X 5.10A | Dominion MBP 5.10A | Do not use | Dominion ImageCast Remote 5.10A | DFM |
| Mariposa | Dominion ImageCast Central 5.10A | Same as Vote-by-Mail (Central Tabulation) | Dominion ImageCast X 5.10A | Dominion MBP 5.10A | Dominion MBP 5.10A | Dominion ImageCast Remote 5.10A | DFM |
| Mendocino | Hart Verity 3.1 Central/Count | Hart Verity Voting 3.1 Scan | Hart Verity 3.1 TouchWriter/Reader | Do not use | Do not use | Democracy Live SecureSelect | Do not use |
| Merced | ES&S EVS 6.0.4.2 DS850 | ES&S EVS 6.0.4.2 DS200 | ES&S ExpressVote | ES&S Balotar 3.0.5.1 | ES&S Balotar 3.0.5.1 | Democracy Live SecureSelect | KNOWiNK PollPad V.2.5.2.01b |
| Modoc | ES&S EVS 6.0.4.2 DS450 | ES&S EVS 6.0.4.2 DS200 | ES&S ExpressVote | Do not use | Do not use | Democracy Live SecureSelect | KNOWiNK PollPad V.2.5.2.01b |
| Mono | Dominion ImageCast Central 5.10A | Dominion ImageCast Evolution 5.10A | Dominion ImageCast X 5.10A | Do not use | Do not use | Dominion ImageCast Remote 5.10A | KNOWiNK PollPad V.2.5.2.01b |
| Monterey | Dominion ImageCast Central 5.10A | Same as Vote-by-Mail (Central Tabulation) | Dominion ImageCast X 5.10A | Do not use | Do not use | Democracy Live SecureSelect | Do not use |
| Napa | Dominion ImageCast Central 5.10A | Same as Vote-by-Mail (Central Tabulation) | Dominion ImageCast X 5.10A | Dominion MBP 5.10A | Dominion MBP 5.10A | Dominion ImageCast Remote 5.10A | DFM |
| Nevada | Hart Verity 3.1 Central/Count | Hart Verity Voting 3.1 Scan | Hart Verity 3.1 TouchWriter/Reader | Hart Verity 3.1 Print | Hart Verity 3.1 Print | Democracy Live SecureSelect | DIMS/Runbeck |
| Orange | Hart Verity 3.1 Central/Count | Hart Verity Voting 3.1 Scan | Hart Verity 3.1 TouchWriter/Reader | Hart Verity 3.1 Print | Hart Verity 3.1 Print | Democracy Live SecureSelect | Tenex Precinct Central V. 4.1 |
| Placer | Dominion ImageCast Central 5.10A | Dominion ImageCast Evolution 5.10A | Dominion ImageCast X 5.10A | RunBeck Sentio | Do not use | Democracy Live SecureSelect | Do not use |
| Plumas | Dominion ImageCast Central 5.10A | All mail ballot precincts (Central Tabulation) | Dominion ImageCast X 5.10A | Dominion MBP 5.10A | Do not use | Dominion ImageCast Remote 5.10A | Do not use |
| Riverside | Dominion ImageCast Central 5.10A | Same as Vote-by-Mail (Central Tabulation) | Dominion ImageCast X 5.10A | Do not use | Do not use | Democracy Live SecureSelect | Do not use |
| Sacramento | Dominion ImageCast Central 5.10A | Same as Vote-by-Mail (Central Tabulation) | Dominion ImageCast X 5.10A | RunBeck Sentio | Dominion MBP 5.10A | Democracy Live SecureSelect | DFM |
| San Benito | Dominion ImageCast Central 5.10A | Same as Vote-by-Mail (Central Tabulation) | Dominion ImageCast X 5.10A | Dominion MBP 5.10A | Do not use | Dominion ImageCast Remote 5.10A | Tenex Precinct Central V. 4.1 |
| San Bernardino | Dominion ImageCast Central 5.10A | Same as Vote-by-Mail (Central Tabulation) | Dominion ImageCast X 5.10A | RunBeck Sentio | RunBeck Sentio | Dominion ImageCast Remote 5.10A | KNOWiNK PollPad V.2.5.2.01b |
| San Diego | Dominion ImageCast Central 5.10A | Same as Vote-by-Mail (Central Tabulation) | Dominion ImageCast X 5.10A | Dominion MBP 5.10A | Do not use | Dominion ImageCast Remote 5.10A | Tenex Precinct Central V. 4.1 |
| San Francisco | Dominion ImageCast Central 5.10A | Dominion ImageCast Evolution 5.10A | Dominion ImageCast X 5.10A | Dominion MBP 5.10 | Do not use | Democracy Live SecureSelect | DFM |
| San Joaquin | Hart Verity 3.1 Central/Count | Hart Verity Voting 3.1 Scan | Hart Verity 3.1 TouchWriter/Reader | ES&S Balotar 3.0.5.1 | Do not use | Democracy Live SecureSelect | KNOWiNK PollPad V.2.5.2.01b |
| San Luis Obispo | Dominion ImageCast Central 5.10A | Same as Vote-by-Mail (Central Tabulation) | Dominion ImageCast X 5.10A | Dominion MBP 5.10A | Dominion MBP 5.10A | Dominion ImageCast Remote 5.10A | Do not use |
| San Mateo | Dominion ImageCast Central 5.10A | Same as Vote-by-Mail (Central Tabulation) | Dominion ImageCast X 5.10A | Dominion MBP 5.10A | Dominion MBP 5.10A | Democracy Live SecureSelect | Tenex Precinct Central V. 4.1 |
| Santa Barbara | Dominion ImageCast Central 5.10A | Same as Vote-by-Mail (Central Tabulation) | Dominion ImageCast X 5.10A | RunBeck Sentio | Do not use | Dominion ImageCast Remote 5.10A | Do not use |
| Santa Clara | Dominion ImageCast Central 5.10A | Dominion ImageCast Precinct 2 | Dominion ImageCast X 5.10A | Dominion MBP 5.10A | Dominion MBP 5.10A | Democracy Live SecureSelect | KNOWiNK PollPad V.2.5.2.01b |
| Santa Cruz | Dominion ImageCast Central 5.10A | Same as Vote-by-Mail (Central Tabulation) | Dominion ImageCast X 5.10A | RunBeck Sentio | Dominion MBP 5.10A | Dominion ImageCast Remote 5.10A | Do not use |
| Shasta | Dominion ImageCast Central 5.10A | Dominion ImageCast Evolution 5.10A | Dominion ImageCast Evolution 5.10A | Dominion MBP 5.10A | Dominion MBP 5.10A | Dominion ImageCast Remote 5.10A | Do not use |
| Sierra | Hart Verity 3.1 Central/Count | Hart Verity Voting 3.1 Scan | Hart Verity 3.1 TouchWriter/Reader | Do not use | Do not use | Democracy Live SecureSelect | Do not use |
| Siskiyou | Dominion ImageCast Central 5.10A | Dominion ImageCast Evolution 5.10A | Dominion ImageCast Evolution 5.10A | Do not use | Do not use | Democracy Live SecureSelect | Do not use |
| Solano | Hart Verity 3.1 Central/Count | Hart Verity Voting 3.1 Scan | Hart Verity 3.1 TouchWriter/Reader | Hart Verity 3.1 Print | Hart Verity 3.1 Print | Democracy Live SecureSelect | KNOWiNK PollPad V.2.5.2.01b |
| Sonoma | Dominion ImageCast Central 5.10A | Same as Vote-by-Mail (Central Tabulation) | Dominion ImageCast X 5.10A | Dominion MBP 5.10A | Do not use | Dominion ImageCast Remote 5.10A | Do not use |
| Stanislaus | Hart Verity 3.1 Central/Count | Hart Verity Voting 3.1 Scan | Hart Verity 3.1 TouchWriter/Reader | Hart Verity 3.1 Print | Do not use | Democracy Live SecureSelect | DIMS/Runbeck |
| Sutter | Dominion ImageCast Central 5.10A | Same as Vote-by-Mail (Central Tabulation) | Dominion ImageCast Evolution 5.10A | Do not use | Do not use | Dominion ImageCast Remote 5.10A | Do not use |
| Tehama | Dominion ImageCast Central 5.10A | Dominion ImageCast Evolution 5.10A | Dominion ImageCast Evolution 5.10A | Do not use | Do not use | Dominion ImageCast Remote 5.10A | Do not use |
| Trinity | Hart Verity 3.1 Central/Count | Hart Verity Voting 3.1 Scan | Hart Verity 3.1 TouchWriter/Reader | Hart Verity 3.1 Print | Do not use | Democracy Live SecureSelect | Do not use |
| Tulare | Dominion ImageCast Central 5.10A | Dominion ImageCast Evolution 5.10A | Dominion ImageCast X 5.10A | Dominion MBP 5.10A | Do not use | Dominion ImageCast Remote 5.10A | KNOWiNK PollPad V.2.5.2.01b |
| Tuolumne | Dominion ImageCast Central 5.10A | Dominion ImageCast Evolution 5.10A | Dominion ImageCast X 5.10A | Do not use | Do not use | Dominion ImageCast Remote 5.10A | KNOWiNK PollPad V.2.5.2.01b |
| Ventura | Dominion ImageCast Central 5.10A | Same as Vote-by-Mail (Central Tabulation) | Dominion ImageCast X 5.10A | Dominion MBP 5.10A | Do not use | Dominion ImageCast Remote 5.10A | DFM |
| Yolo | Hart Verity 3.1 Central/Count | Hart Verity Voting 3.1 Scan | Hart Verity 3.1 TouchWriter/Reader | Hart Verity 3.1 Print | Do not use | Democracy Live SecureSelect | Tenex Precinct Central V. 4.1 |
| Yuba | Dominion ImageCast Central 5.10A | Same as Vote-by-Mail (Central Tabulation) | Dominion ImageCast X 5.10A | Dominion MBP 5.10A | Do not use | Dominion ImageCast Remote 5.10A | Do not use |

DFM is the lite version of the client for the voter registration data base.