# Exhibit 53

Voting Technologies Approved for Use in California (as of December 15, 2020)

| Company | Type of System | System Name | Approval Date | Software and Other Components | Scanner Components | Accessibility Components |
|---|---|---|---|---|---|---|
| **Hart InterCivic** 15500 Wells Port Drive, Austin, Texas, 78728 | Voting System | Verity Voting | **Approved** December 15, 2020 | Verity Voting 3.1.1, Verity Data 3.1.1, Verity Build 3.1.1, Verity Count 3.1.1, Verity Election Management version 3.1.1, Verity Desktop 3.1.1, Verity User Manager 3.1.1, Verity Print version 3.1.1. | Verity Scan 3.1.1, Verity Central 3.1.1. | Verity Touch Writer 3.1.1, Verity Reader 3.1.1. |
| **Tenex Software Solutions** 5402 W. Laurel Street Suite 207, Tampa, FL 33607 | ePollBook | Precinct Central | **Approved** October 3, 2020 | Precinct Central 4.2 | | |
| **KNOWiNK, LLC** 2111 Olive Street Saint Louis, MO 63103 | ePollBook | Poll Pad | **Approved** October 2, 2020 | Poll Pad 2.5.2.01b | | |
| **Los Angeles County** 12400 Imperial Hwy, Norwalk, CA 90650 | Voting System | Voting Solution for All People | **Approved** October 1, 2020 | VSAP 2.1 | Tally 2.2.2.31, IBML ImageTrac 6400. | Ballot Marking Device 1.6, BMD Manager 1.5. |
| **Los Angeles County** 12400 Imperial Hwy, Norwalk, CA 90650 | RAVBM | Voting Solution for All People - ISB | **Approved** September 4, 2020 | | | Interactive Sample Ballot 2.5. |
| **Dominion Voting Systems** 1201 18th street Suite 210, Denver, Colorado 80202 | RAVBM | ImageCast Remote 5.10A | **Approved** September 4, 2020 | | | ImageCast Remote 5.10A. |
| **Dominion Voting Systems** 1201 18th Street Suite 210, Denver, Colorado 80202 | Voting System | Democracy Suite 5.10A | **Approved** July 9, 2020 | Democracy Suite 5.10A Election Management System, ImageCast Voter Activation, Mobile Ballot Printing. | ImageCast Evolution, ImageCast Central, ImageCast Precinct2. | ImageCast Evolution, ImageCast ICX. |
| **KNOWiNK, LLC** 2111 Olive Street Saint Louis, MO 63103 | ePollBook | Poll Pad | **Approved** February 13, 2020 | Poll Pad 2.5.0.2 | | |
| **KNOWiNK, LLC** 2111 Olive Street Saint Louis, MO 63103 | ePollBook | Poll Pad | **Approved** January 31, 2020 | Poll Pad 2.5.0. | | |
| **Los Angeles County** 12400 Imperial Hwy, Norwalk, CA 90650 | RAVBM | Voting Solution for All People - ISB | **Approved** January 29, 2020 | | | Interactive Sample Ballot 1.2. |
| **Los Angeles County** 12400 Imperial Hwy, Norwalk, CA 90650 | Voting System | Voting Solution for All People | **Approved** January 24, 2020 | VSAP 2.0. | Tally 2.1.2.27, IBML ImageTrac 6400. | Ballot Marking Device A0.2, BMD Manager 0.19.0. |
| **Dominion Voting Systems** 1201 18th Street Suite 210, Denver, Colorado 80202 | Voting System | Democracy Suite | **Approved** January 16, 2020 | | Democracy Suite 5.10: Imprinters for Canon G2140, Canon G1130, and IntraScan HiPro scanners. | |
| **Dominion Voting Systems** 1201 18th street Suite 210, Denver, Colorado 80202 | RAVBM | ImageCast Remote | **Approved** January 7, 2020 | | | ImageCast Remote 5.10. |

| Vendor | Type | System | Status | Component 1 | Component 2 | Component 3 |
|---|---|---|---|---|---|---|
| **Hart InterCivic** 15500 Wells Port Drive, Austin, Texas, 78728 | Voting System | Verity Voting | **Approved** December 27, 2019 | Verity Voting 3.1, Verity Data 3.1, Verity Build 3.1, Verity Count 3.1, Verity Election Management version 3.1, Verity Desktop 3.1, Verity User Manager 3.1, Verity Print version 3.1. | Verity Scan 3.1, Verity Central 3.1. | Verity Touch Writer 3.1, Verity Reader 3.1. |
| **Tenex Software Solutions** 5402 W. Laurel Street Suite 207, Tampa, FL 33607 | ePollBook | Precinct Central | **Approved** December 16, 2019 | Precinct Central 4.1. | | |
| **Five Cedars Group** 1500 NW Bethany Blvd, Suite 200 Beaverton, OR 97006 | RAVBM | Alternate Format Ballot | **Approved** November 26, 2019 | | | GEMS Ballot Generator for Alternate Format Ballot 5.2.1. |
| **Dominion Voting Systems** 1201 18th street, Suite 210, Denver, Colorado 80202 | Voting System | Democracy Suite | **Approved** October 18, 2019 | Democracy Suite 5.10 Election Management System 5.10.11.24, ImageCast Voter Activation 5.10.11.24, Mobile Ballot Printing 5.10.11.24. | ImageCast Evolution, ImageCast Central 5.10.0.1002, ImageCast Precinct 2 5.10.3.6. | ImageCast Evolution 5.10.9.3, ImageCast ICX 5.10.11.11. |
| **Election Systems and Software** 11208 John Galt Blvd, Omaha, Nebraska, 68137 | Voting System | ElectionWare | **Approved** October 18, 2019 | EVS 6.0.4.2. | DS200 1.3, DS450 1.0, DS850 1.0. | ExpresssVote 2.1, ExpressVote XL 1.0. |
| **Democracy Live** 2900 NE Blakeley Street, Suite B Seattle, WA 98105 | RAVBM | Secure Select | **Approved** August 13, 2019 | | | Democracy Live Secure Select 1.2.2. |
| **Five Cedars Group** 1500 NW Bethany Blvd, Suite 200 Beaverton, OR 97006 | RAVBM | Alternate Format Ballot | **Approved** June 13, 2019 | | | Alternate Format Ballot 5.2.1. |
| **Hart InterCivic** 15500 Wells Port Drive, Austin Texas 78728 | Voting System | Verity Voting | **Approved** November 16, 2018 | Verity Voting 3.0.1, Verity Data 3.0.1, Verity Build 3.0.1, Verity Count 3.0.1, Verity Election Management 3.0.1, Verity Desktop 3.0.1, Verity User Manager 3.0.1, Verity Print 3.0.1. | Verity Scan 3.0.1, Verity Central 3.0.1. | Verity Touch Writer 3.0.1, Verity Reader 3.0.1. |
| **Robis Elections Inc.** 1751 S. Naperville Road, Suite 104, Wheaton, IL 60189 | ePollBook | AskED | **Approved** November 15, 2018 | AskED ePollbook with On-Demand Ballot Printing 3.4. | | |
| **Tenex Software Solutions** 5402 W. Laurel Street Suite 207, Tampa, FL 33607 | ePollBook | Precinct Central | **Approved** May 22, 2018 | Precinct Central e-Pollbook System 4.0. | | |
| **Los Angeles County** 12400 Imperial Hwy Norwalk, CA 90650 | Voting System | Voting Solution for All People | **Approved** August 21, 2018 | VSAP Tally 1.1.2.2. | IBML ImageTrac 6400. | |
| **Dominion Voting Systems** 1201 18th street Suite 210, Denver, Colorado 80202 | RAVBM | ImageCast Remote | **Approved** May 8, 2018 | | | ImageCast Remote 5.2. |

| | | | | | | |
|---|---|---|---|---|---|---|
| **Dominion Voting Systems** 1201 18th street Suite 210, Denver, Colorado 80202 | Voting System | Democracy Suite | **Approved** October 16, 2017 | Democracy Suite 5.2 Election Management System 5.2.17.1, Mobile Ballot Printing 5.2.18.2, Adjudication 5.2.1.16703. | ImageCast Evolution, ImageCast Central. | ImageCast Evolution, ImageCast ICX. |
| **Five Cedars Group** 1500 NW Bethany Blvd, Suite 200 Beaverton, OR 97006 | RAVBM | Alternate Format Ballot | **Approved** October 11, 2017 | | | Alternate Format Ballot 4.3, Alternate Format Ballot Generator 1.5. |
| **Democracy Live** 2900 NE Blakeley Street, Suite B Seattle, WA 98105 | RAVBM | Secure Select | **Approved** October 11, 2017 | | | Secure Select 1.0. |