# Exhibit 70







Thread

Search Twitter

**Doug Ducey**
@dougducey

I've been pretty outspoken about Arizona's election system, and bragged about it quite a bit, including in the Oval Office. And for good reason. 1/

2:48 AM · Dec 1, 2020 · Twitter Web App

**4K** Retweets **3.3K** Quote Tweets **34.5K** Likes

**Doug Ducey** @dougducey · Dec 1, 2020
Replying to @dougducey
We've been doing early voting since 1992. Arizona didn't explore or experiment this year. We didn't cancel election day voting as some pushed for — we weren't going to disenfranchise any voter. 2/
908 654 10.5K

**Doug Ducey** @dougducey · Dec 1, 2020
In Arizona, we have some of the strongest election laws in the country, laws that prioritize accountability and clearly lay out procedures for conducting, canvassing, and even contesting the results of an election. 3/
670 552 9.4K

**Doug Ducey** @dougducey · Dec 1, 2020
We've got ID at the polls. We review EVERY signature (every single one) on early ballots — by hand — unlike other states that use computers. Prohibitions on ballot harvesting. Bipartisan poll observers. Clear deadlines, including no ballots allowed after Election Day. 4/
1.5K 735 9.2K

**Doug Ducey** @dougducey · Dec 1, 2020
The problems that exist in other states simply don't apply here. I've also said all along, I'm going to follow the law. So here's what the law says... 5/
801 490 8.4K

**Doug Ducey** @dougducey · Dec 1, 2020
It requires the Secretary of State, in the presence of the Governor and the Attorney General, to canvass the election on the fourth Monday following the general election. That was today. 6/

16-648. Canvass for state offices, amendments and measures; postponement

A. On the fourth Monday following a general election, the secretary of state, in the presence of the governor and the attorney general, shall canvass all offices for which the nominees filed nominating petitions and papers with the secretary of state pursuant to section 16-311, subsection E.

361 419 7.9K

**Doug Ducey** @dougducey · Dec 1, 2020
This can ONLY be delayed if counties DECLINE to certify their results. ALL 15 counties in Arizona — counties run by both parties — certified their results. 7/

## Relevant people

**Doug Ducey** @dougducey Follow
Governor of Arizona

## What's happening

Weather · 5 hours ago
**First nor'easter of 2021 is expected to bring up to two feet of snow to New York City and parts of the Northeast**

Trending with #SnowStorm2021

**#FreeDiGiornoPi**
Here's your chance to win free DiGiorno Pizza on Sunday!
Promoted by DiGiorno

Politics · Trending
**Vindictive**
Senator Ted Cruz receives pushback for his characterization of Donald Trump's second impeachment trial as a 'vindictive' act by Democrats
6,816 Tweets

Trending in United States
**Windows 98**
3,612 Tweets

COVID-19 · LIVE
**COVID-19: News and updates for Illinois**

Show more

Terms of Service Privacy Policy
Cookie Policy Ads info More ···
© 2021 Twitter, Inc.

Thread

Search Twitter

361 419 7.9K

**Doug Ducey** @dougducey · Dec 1, 2020
This can ONLY be delayed if counties DECLINE to certify their results. ALL 15 counties in Arizona — counties run by both parties — certified their results. 7/
435 480 9.4K

**Doug Ducey** @dougducey · Dec 1, 2020
The canvass of the election triggers a 5-day window for any elector to bring a credible challenge to the election results in court. If you want to contest the results, now is the time. Bring your challenges. 8/
1.1K 722 8.2K

**Doug Ducey** @dougducey · Dec 1, 2020
That's the law. I've sworn an oath to uphold it, and I take my responsibility seriously. 9/9
5K 1.6K 24.7K

**Daniel angelo** @Danthemanang · Dec 4, 2020
Replying to @dougducey
Do your job
1 7

**Dr. Judgmental Shoelace, PhD.** 🇺🇸 🇮🇪 🇭🇰 🇹🇼 @DocK... · Dec 1, 2020
Replying to @dougducey
Why do you have Dominion in Maricopa?
15 22 304

**SMac** @OnwardTTF · Dec 1, 2020
Replying to @dougducey
It's time. Enough BS, rip off the bandaid. Rise to the moment.
6 21 460

**Chris Carrico** @ChrisCclas0928 · Dec 1, 2020
Replying to @dougducey
What about the testimony today regarding the extensive irregularities with Dominion Voting system? Why was it hooked up to the internet? Why use a foreign voting system for a US election?
827 413 3.1K

**My humbleopinion**💛 @schmevil · Dec 1, 2020
Replying to @dougducey
You should not have to defend. The voters made their choice. It is ridiculous that POTUS is angry at you for listening to the will of the people and executing your job legally. Maybe, now you see how Americans have felt while POTUS has bullied citizens.
43 16 619

**Ajay Venkatesan** @ajayv80 · Dec 1, 2020
Replying to @dougducey
Don't worry the legislature will decide this Election. They will send the

## Relevant people

**Doug Ducey** @dougducey
Follow
Governor of Arizona

## What's happening

Weather · 5 hours ago
**First nor'easter of 2021 is expected to bring up to two feet of snow to New York City and parts of the Northeast**
Trending with #SnowStorm2021

**#FreeDiGiornoPi**
Here's your chance to win free DiGiorno Pizza on Sunday!
Promoted by DiGiorno

Politics · Trending
**Vindictive**
Senator Ted Cruz receives pushback for his characterization of Donald Trump's second impeachment trial as a 'vindictive' act by Democrats
6,816 Tweets

Trending in United States
**Windows 98**
3,612 Tweets

COVID-19 · LIVE
**COVID-19: News and updates for Illinois**

Show more

Terms of Service Privacy Policy Cookie Policy Ads info More ···
© 2021 Twitter, Inc.

Thread

Search Twitter

43 16 619

**Ajay Venkatesan** @ajayv80 · Dec 1, 2020
Replying to @dougducey
Don't worry the legislature will decide this Election. They will send the electors who will support Trump! All it takes is Political will. The evidence is there for everyone to see.
112 6 103

**RockyRoadPatriot** @RockyRd_Patriot · Dec 1, 2020
Replying to @dougducey
I watched all 10 hours yesterday. How could you have allowed so much corruption in your state? How much did you get paid to use Dominion Software?
62 31 279

**Health is Wealth** @CaroleDillard · Dec 1, 2020
Replying to @dougducey
So you're saying all of the testimony yesterday about voter fraud were lies?? 🤦‍♀️🤦‍♀️🤦‍♀️
24 1 100

**Rebecca** @RebeccaINFJ11 · Dec 1, 2020
Replying to @dougducey
I love to see the Right eating themselves alive after catering to conspiracy theories for 4 years. Priceless.

14 4 45

**RLatimer** @RLatimer6 · Dec 1, 2020
Replying to @dougducey
Covid19 is exploding
Over 260,000 have died
Hospitals & Doctors are pleading for America to listen.
Our economy is on the edge of a shutdown.
Republicans say the economy & lives are important but what are they doing to help?
What they have always done-- Nothing
35 6 72

## Relevant people

**Doug Ducey** @dougducey Follow
Governor of Arizona

## What's happening

Weather · 5 hours ago
**First nor'easter of 2021 is expected to bring up to two feet of snow to New York City and parts of the Northeast**
Trending with #SnowStorm2021

**#FreeDiGiornoPi**
Here's your chance to win free DiGiorno Pizza on Sunday!
Promoted by DiGiorno

Politics · Trending
**Vindictive**
Senator Ted Cruz receives pushback for his characterization of Donald Trump's second impeachment trial as a 'vindictive' act by Democrats
6,816 Tweets

Trending in United States
**Windows 98**
3,612 Tweets

COVID-19 · LIVE
**COVID-19: News and updates for Illinois**

Show more

Terms of Service Privacy Policy Cookie Policy Ads info More ···
© 2021 Twitter, Inc.

Hospitals & Doctors are pleading for America to listen.
Our economy is on the edge of a shutdown.
Republicans say the economy & lives are important but what are they doing to help?
What they have always done-- Nothing

💬 35   🔁 6   ♡ 72

**Howard Jow** @HowardJow · Dec 2, 2020
Replying to @dougducey
The Trump campaign had a hotline to report voter fraud. They had no evidence of it in Arizona. Republican voters and state representatives had their chance to show evidence or fraud in court. They will make claims of irregularities all day long with no evidence.

💬 9   🔁   ♡ 8

**Jeff (a.k.a..teach)** @whsauto12 · Dec 1, 2020
Replying to @dougducey
Swing States have hand counted their ballots, some for a THIRD time. Not a shred of evidence of voter fraud.

💬 71   🔁 3   ♡ 215

**𝒞𝓁𝒶𝒾𝓇𝑒 "𝐵𝑒𝒶𝓇" is a happy Bear** @clairermassey · Dec 2, 2020
Replying to @dougducey
Thank you, Governor Ducey. I still don't trust you or any other Republican but I respect that you defended our democracy and stood up for Arizona voters. And dissing the call from the WH as you were certifying the election was the icing on the cake.



💬 4   🔁 1   ♡ 9

**Catherine Kennedy** @lifesfunny18 · Dec 1, 2020
Replying to @dougducey
Well done, Arizona! Show everyone how it's done right!

### Relevant people

**Doug Ducey** ✓  Follow
@dougducey
Governor of Arizona

### What's happening

Weather · 5 hours ago
**First nor'easter of 2021 is expected to bring up to two feet of snow to New York City and parts of the Northeast**
Trending with
#SnowStorm2021

**#FreeDiGiornoPi**
Here's your chance to win free DiGiorno Pizza on Sunday!
Promoted by DiGiorno

Politics · Trending
**Vindictive**
Senator Ted Cruz receives pushback for his characterization of Donald Trump's second impeachment trial as a 'vindictive' act by Democrats
6,816 Tweets

Trending in United States
**Windows 98**
3,612 Tweets

COVID-19 · LIVE
**COVID-19: News and updates for Illinois**

Show more

Terms of Service   Privacy Policy
Cookie Policy   Ads info   More...
© 2021 Twitter, Inc.





Thread

Search Twitter

20+

6 2 120

Show replies

**Ron Coleman** @RonColeman · Dec 1, 2020
Replying to @dougducey
Being a drunk isn't a "good reason" actually
46 224 2.9K

**Li** @LiTheKing · Dec 2, 2020
Replying to @dougducey
I'm not even a big fan of Ducey- but I have much respect for any elected official who listens to the voice of the people. I used those sharpies, but I checked online- my vote was verified and counted. My only criticism is I think there weren't enough signs the day I went to vote.
13 8

**Nancy Mahony** 😷 @nancy_mahony · Dec 1, 2020
Replying to @dougducey and @SpiroAgnewGhost
I'm no fan of yours, Governor, but credit given where credit due. I'm appalled and horrified by the abuse and threats heaped on you and any other election officials who followed the LAW, and ethically performed their sworn duties. Never thought I'd see such behavior in America.
32 55 853

**SusieQ M.Ed.** 🇺🇸 @SPNHresident · Dec 1, 2020
Replying to @dougducey
How does it feel to be on the other side of Trumpism? Now you can understand how many people feel when 45 attacks you! Hopefully you haven't experienced death threats like many others!
16 1 48

**The Edge of Occam's Razor** @Risethroughfire · Dec 1, 2020
Replying to @dougducey
I appreciate that you have followed the law. Please do doctors and your people a needed service and issue a mask mandate and save people's lives. It's very dangerous to be sick right now, with anything. Hospitals won't be able to address basic things soon.

## Relevant people

**Doug Ducey** @dougducey
Governor of Arizona
Follow

## What's happening

Weather · 5 hours ago
**First nor'easter of 2021 is expected to bring up to two feet of snow to New York City and parts of the Northeast**
Trending with #SnowStorm2021

**#FreeDiGiornoPi**
Here's your chance to win free DiGiorno Pizza on Sunday!
Promoted by DiGiorno

Politics · Trending
**Vindictive**
Senator Ted Cruz receives pushback for his characterization of Donald Trump's second impeachment trial as a 'vindictive' act by Democrats
6,816 Tweets

Trending in United States
**Windows 98**
3,612 Tweets

COVID-19 · LIVE
**COVID-19: News and updates for Illinois**

Show more

Terms of Service Privacy Policy
Cookie Policy Ads info More ···
© 2021 Twitter, Inc.

Thread

Search Twitter

20+

**The Edge of Occam's Razor** @Risethroughfire · Dec 1, 2020

Replying to @dougducey

I appreciate that you have followed the law. Please do doctors and your people a needed service and issue a mask mandate and save people's lives. It's very dangerous to be sick right now, with anything. Hospitals won't be able to address basic things soon.

34 4 90

**Dean Buxton** @DeanEBuxton · Dec 1, 2020

Replying to @dougducey

This doesn't seem like one of the reasons for bragging. Domain for Dominion owned by China and China purchased Dominion for 400M in October. "dnslytics.com/domain/dominio..." @RudyGiuliani @SidneyPowell1 @realDonaldTrump

| NS Record | IP Address | Provider | ASN |
|---|---|---|---|
| ns2.dns.com used by 2,970,439 domains | 183.253.57.193 (CN) | China Mobile (CN) | AS9808 |
| | 211.99.99.33 (CN) | CHINANET Guangdong province network (CN) | AS134763 |
| | 240e:ff:9000:1100::19f (CN) | CHINANET Guangdong province network (CN) | AS134763 |
| ns1.dns.com used by 2,970,497 domains | 119.167.180.131 (CN) | CHINA UNICOM China169 Backbone (CN) | AS4837 |
| | 218.98.111.202 (DE) | Zenlayer Inc (US) | AS21859 |
| | 2404:da80::1:19f (HK) | SonderCloud Limited (HK) | AS133199 |

8 1 13

**Kim Fortney** @KimFortney4 · Dec 2, 2020

Replying to @dougducey

Thank you for doing the right thing. I am sorry for the wrath you will be receiving now for doing your job. Regardless how one voted the integrity of the system needs to be upheld

5 5

**Van Baughman** @van_baughman · Dec 2, 2020

Replying to @dougducey

I haven't said this very often lately. You, Governor Ducey, are an American patriot. Thank you.

2 1

**Sir C. Wayne Stokes** @throw_the_curve · Dec 4, 2020

Replying to @dougducey

@dougducey as a former resident of AZ for 7 years, I know first hand that you are a good Governor and I believe in the integrity of the AZ election, even though the result was not what I hoped for. Keep up the good work

2

**Dana** @DanaSan68018976 · Dec 4, 2020

Replying to @dougducey

Thank you Governor Ducey!! It always should be Country over party. You are on the right side of history. 🙏❤️🌵

2 1

**Relevant people**

**Doug Ducey** @dougducey Follow

Governor of Arizona

**What's happening**

Weather · 5 hours ago

**First nor'easter of 2021 is expected to bring up to two feet of snow to New York City and parts of the Northeast**

Trending with #SnowStorm2021

**#FreeDiGiornoPi**

Here's your chance to win free DiGiorno Pizza on Sunday!

Promoted by DiGiorno

Politics · Trending

**Vindictive**

Senator Ted Cruz receives pushback for his characterization of Donald Trump's second impeachment trial as a 'vindictive' act by Democrats

6,816 Tweets

Trending in United States

**Windows 98**

3,612 Tweets

COVID-19 · LIVE

**COVID-19: News and updates for Illinois**

Show more

Terms of Service Privacy Policy Cookie Policy Ads info More ···

© 2021 Twitter, Inc.

Thread

Search Twitter

**Dana** @DanaSan68018976 · Dec 4, 2020
Replying to @dougducey
Thank you Governor Ducey!! It always should be Country over party. You are on the right side of history. 🙏❤️🌵
2 · 1

**collinsmama** @collinsmama8 · Dec 1, 2020
Replying to @dougducey
Too bad you didn't do the right thing......I'm actually ashamed of you!!!! I'm sure you'll be out soon enough!
66 · 14 · 348

**Antifa Chief Human Resources Officer** @AbridgedThe · Dec 1, 2020

1 · 31

This Tweet is from an account that no longer exists. Learn more

**howard klion** @hklion2 · Dec 1, 2020
Aside from following the law, what pisses you off so much about what he did?
6 · 1 · 396

Show replies

**Thomas Hussman** @THussman · Dec 1, 2020
Replying to @dougducey
No politician has anything to brag about at this point. Politics have failed miserably.
13 · 13 · 356

**🇺🇸🇺🇸MARGARET CHAVEZ MUSIC🇺🇸🇺🇸** @strangebu... · Dec 8, 2020
Trump lost. Period.

**larmanius** @larmanius · Dec 1, 2020
Replying to @dougducey

## Relevant people

**Doug Ducey** @dougducey Follow
Governor of Arizona

## What's happening

Weather · 5 hours ago
**First nor'easter of 2021 is expected to bring up to two feet of snow to New York City and parts of the Northeast**
Trending with #SnowStorm2021

**#FreeDiGiornoPi**
Here's your chance to win free DiGiorno Pizza on Sunday!
Promoted by DiGiorno

Politics · Trending
**Vindictive**
Senator Ted Cruz receives pushback for his characterization of Donald Trump's second impeachment trial as a 'vindictive' act by Democrats
6,816 Tweets

Trending in United States
**Windows 98**
3,612 Tweets

COVID-19 · LIVE
**COVID-19: News and updates for Illinois**

Show more

Terms of Service Privacy Policy Cookie Policy Ads info More ···
© 2021 Twitter, Inc.

