# Exhibit 77

## Intentionally Omitted