# Exhibit 78

## Intentionally Omitted