# Exhibit 80

## Intentionally Omitted