# Exhibit 81

| | |
|---|---|
| **From:** | Samira Saba |
| **To:** | Hooper, Alexander |
| **Subject:** | RE: Press Contact from smartmatic.com |
| **Date:** | Monday, November 16, 2020 2:55:00 PM |
| **Attachments:** | image001.png |

Dear Alex,

Thank you for contacting us.

During the 2020 US Presidential Election, we provided technology and software only to Los Angeles County ballot marking devices. We had no involvement, direct or indirect, in any other county or state in the United States.

We do not provide any software to tabulate, tally or count votes in any county or state.

Best,

--

**Samira Saba**
Integrated Communications Director



www.smartmatic.com

**From:** Hooper, Alexander <Alexander.Hooper@FOXNEWS.COM>
**Sent:** Monday, November 16, 2020 2:13 PM
**To:** Communications Smartmatic <communications@smartmatic.com>
**Subject:** Press Contact from smartmatic.com

Good afternoon,

Alex Hooper with Fox Business in New York.

I'm looking for information regarding what states and/or counties smartmatic technologies were used in during the 2020 US general election.

I see you have provided fact-checking information online. That has been helpful – in identifying what states you say you were not in – I just would like to know which ones you were in.

Thanks,
Alexander Hooper
Fox Business Network
1211 Ave of the Americas | New York, NY
E: alexander.hooper@foxnews.com
W: (212) 301-5039 | C: (929) 271-0666

Fact check pages I'm referencing:
https://www.smartmatic.com/us/smartmatic-fact-checked/
https://www.smartmatic.com/us/media/article/smartmatic-s-response-to-misinformation/

This message and its attachments may contain legally privileged or confidential information. It is intended solely for the named addressee. If you are not the addressee indicated in this message (or responsible for delivery of the message to the addressee), you may not copy or deliver this message or its attachments to anyone. Rather, you should permanently delete this message and its attachments and kindly notify the sender by reply e-mail. Any content of this message and its attachments that does not relate to the official business of Fox News or Fox Business must not be taken to have been sent or endorsed by either of them. No representation is made that this email or its attachments are without defect.