# Exhibit 82

| | |
|---|---|
| **From:** | Samira Saba |
| **To:** | Hooper, Alexander |
| **Subject:** | RE: FBN inquiry 11/17 |
| **Date:** | Tuesday, November 17, 2020 4:23:00 PM |
| **Attachments:** | image001.png |

Dear Mr. Hooper,

Per your inquiry, no, Smartmatic did not have input to the CISA statement to which you are referring. Only members of the CISA Executive Committee (EC) would have been eligible to give input to its drafting. Those EC members are the signatories on the document.

Members of the Executive Committee serve one-year terms. Smartmatic's Edwin Smith was a member of the committee in 2019. He is not a member of the EC in 2020.

I hope this helps answer your question.

Best,

--

**Samira Saba**
Integrated Communications Director



www.smartmatic.com

**From:** Hooper, Alexander <Alexander.Hooper@FOXNEWS.COM>
**Sent:** Tuesday, November 17, 2020 2:31 PM
**To:** Communications Smartmatic <communications@smartmatic.com>
**Subject:** FBN inquiry 11/17

Good afternoon,

Alex Hooper with Fox Business in New York again.

I'm looking to see if SmartMatic – as part of CISA's election infrastructure sector coordinating council - had any input, into CISA's November 12 statement disputing allegations of election fraud.

Thanks,
Alexander Hooper
Fox Business Network
1211 Ave of the Americas | New York, NY
E: alexander.hooper@foxnews.com
W: (212) 301-5039 | C: (929) 271-0666


This message and its attachments may contain legally privileged or confidential information. It is

