# Exhibit 84

https://www.smartmatic.com/us/smartmatic-fact-checked/ Case 1:21-cv-02995-CJN Document 1-85 Filed 11/12/21 Page 2 of 3
69 captures
13 May 2020 - 29 Jan 2021

SEP NOV DEC
◀ 16 ▶
2019 2020 2021
About this capture

HOME (/WEB/20201116064324/HTTPS://WWW.SMARTMATIC.COM/US/) > SMARTMATIC FACT-CHECKED (/WEB/20201116064324/HTTPS://WWW.SMARTMATIC.COM/US/SMARTMATIC-FACT-CHECKED/)

# Smartmatic Fact-checked

**Who owns Smartmatic?**
Smartmatic was founded in Boca Raton, Florida in 2000. Two of the founders, Antonio Mugica and Roger Piñate, continue to run the company as CEO and President, respectively. The majority of shares (83%) are held by SGO, a company owned by the Mugica and Piñate families. The remaining shares are held by employees (10%) and angel investors (7%).

**Is Smartmatic a Venezuelan company?**
No. Smartmatic was founded and incorporated in the US. It is now headquartered in London, UK.

**Does Smartmatic own any other voting machine company?**
No.

**Has Smartmatic owned any voting machine company in the USA?**
Smartmatic owned Sequoia Voting systems and sold it in 2007.

**Does Smartmatic have any ties to Indra Sistemas?**
No.

**Is Smartmatic's software used in other company's voting machines?**
No. Smartmatic's software is not licensed or otherwise used by other companies.

**Were Smartmatic voting machines used in Pennsylvania, Georgia, Arizona, Nevada, Michigan, or North Carolina?**
No. None of these states used Smartmatic technology.

**Is Smartmatic allied with any political parties?**
No. Smartmatic has no ties to political parties or groups in any country. Smartmatic's employees are required to adhere to a strict ethics code that, among other things, prohibits them from making political donations.

**Does George Soros have any involvement in Smartmatic?**
No. George Soros has never had any ownership stake in, or involvement with, Smartmatic. This fact was confirmed again by The New York Times (https://web.archive.org/web/20201116064324/https://www.nytimes.com/live/2020/2020-election-misinformation-distortions) on November 3, 2020.

**Does Mark Malloch-Brown work for George Soros?**
No. Lord Mark Malloch-Brown sits on the Board of Directors of more than a dozen organizations, including SGO, the parent company of Smartmatic. Malloch-Brown is also on the board of Open Society Foundations, a philanthropic organization founded by Soros that supports democracy and human rights in more than 100 countries.

https://www.smartmatic.com/us/smartmatic-fact-checked/

69 captures
13 May 2020 - 29 Jan 2021

SEP NOV DEC
2019 **16** 2021
      **2020**

About this capture

 **(HTTPS://WEB.ARCHIVE.ORG/WEB/20201116064324/HTTPS://WWW.TWITTER.COM/SMARTMATIC)**

 **(HTTPS://WEB.ARCHIVE.ORG/WEB/20201116064324/HTTPS://WWW.LINKEDIN.COM/COMPANY/SMARTMATIC)**

 **(HTTPS://WEB.ARCHIVE.ORG/WEB/20201116064324/HTTPS://WWW.YOUTUBE.COM/USER/SMARTMATICGROUP)**

 **(HTTPS://WEB.ARCHIVE.ORG/WEB/20201116064324/HTTPS://WWW.INSTAGRAM.COM/SMARTMATICTECHNOLOGY/)**

ENGLISH (/WEB/20201116064324/HTTPS://WWW.SMARTMATIC.COM/SMARTMATIC-FACTCHECKED/)
ESPAÑOL (/WEB/20201116064324/HTTPS://WWW.SMARTMATIC.COM/ES/SMARTMATIC-FACTCHECKED/)
FRANÇAIS (/WEB/20201116064324/HTTPS://WWW.SMARTMATIC.COM/FR/SMARTMATIC-FACTCHECKED/)
PORTUGUÊS (/WEB/20201116064324/HTTPS://WWW.SMARTMATIC.COM/PT/SMARTMATIC-FACTCHECKED/)

© 2020 Smartmatic

Sitemap (/web/20201116064324/https://www.smartmatic.com/us/sitemap/)
Terms of use (/web/20201116064324/https://www.smartmatic.com/us/terms-of-use/)
Cookie policy (/web/20201116064324/https://www.smartmatic.com/us/cookie-policy/)
Privacy policy (/web/20201116064324/https://www.smartmatic.com/us/privacy-policy/)
Modern Slavery Act Statement (https://web.archive.org/web/20201116064324/https://www.smartmatic.com/uploads/Slavery_and_Human_Trafficking_Statement_-_Smartmatic_and_SGO.pdf)

