# Exhibit 88



1201 18TH STREET, SUITE 210
DENVER, CO 80202

**FOR IMMEDIATE RELEASE**
November 7, 2020

## Statement on Viral Claims/Rumors About Dominion Voting Systems

- There are no credible reports or evidence of any system software errors in Georgia or Michigan, including erroneous reporting of unofficial results from Antrim County, Michigan:
    - o Michigan Secretary of State statement
    - o The Georgia Secretary of State's office continues to publicly affirm that there are no widespread issues

- Claims about software updates being done the night before Election Day are 100% false.

- There are no issues with the use of Sharpie pens related to hand-marked paper ballots. Any reporting to the contrary is completely false.
    - o Dominion company statement
    - o Maricopa County, Arizona statement

- All U.S. voting systems must provide assurance that they work accurately and reliably as intended under federal U.S. Election Assistance Commission and state certification and testing requirements.

Please visit the U.S. Department of Homeland Security's Cybersecurity Infrastructure Security Agency Rumor Control Page for More:  https://www.cisa.gov/rumorcontrol.

**###**