# Exhibit 89

## Intentionally Omitted