# Exhibit 105

2/1/2021
Carter: "The electoral system in Venezuela is the best in the world." | Smartmatic
Case 1:21-cv-02995-CJN   Document 1-106   Filed 11/12/21   Page 2 of 5



HOME    PEOPLE OF SMARTMATIC    VISIT OUR WEBSITE ⌄                    ESPAÑOL 

## Carter: "The electoral system in Venezuela is the best in the world"



Source: The Carter Center

Last week, during the Annual Conversations held at the Carter Center, former US President Jimmy Carter said that "the voting system in Venezuela is the best in the world".

Carter commended Smartmatic's e-voting technology for allowing an easy verification of the results, basing his opinion on the 92 elections the institution has observed around the world.

According to Mr. Carter, besides using touch-screen voting machines that store votes electronically, Smartmatic´s technology implements a printed paper receipt for each vote, which gives the system a great added value and makes the verification of results an uncomplicated task.

Source

### Look on for previous posts

Search

### Safe Elections Illustrations. Free to Use.

Click image, then right-click to "Save as"

  
  
  

## Related Posts



### A Thanksgiving Story



### Why Efficient Election Results Reporting Matters



### What is Electronic Voting and its Advantages?



### Best way to celebrate Democracy Day? Promote tech…



### Aggressively Act Now to Modernize Voting Technolog…

Tagged on:  e-voting    electronic voting    electronic voting system    jimmy carter    smartmatic    technology    venezuela    voting technologies

 📅 09/26/2012

 E-voting news, Electronic voting, Smartmatic          💬 No Comments

Older                                                                                                                                   Newer

## Leave a Reply

Your email address will not be published. Required fields are marked *

Comment

## Our Experience @ Youtube



California Is Trying t…

## Stay updated

    


smartmatictechnology

   
   

📷 Síguenos en Instagram

## Smartmatic on Twitter!



Name *

Email *

Website

Save my name, email, and website in this browser for the next time I comment.

Post Comment

Tweets by @smartmatic

Smartmatic
@smartmatic
Voters & politicians trust #elections when their party wins and distrust them when they lose. It's a phenomenon called "winner-loser gaps in perceived institutional legitimacy." The only way to minimize its impact is with unimpeachable election integrity bit.ly/3pnS8cg

7h

Smartmatic
@smartmatic
Restoring trust in #elections will require education, not just on technological enhancements, but on how our system of technology certifications & vote tally checks-and-balances provide valid outcomes.

Embed View on Twitter

## Archive

Select Month

## Our vision & mission

**Our vision**
The future of democracy is digital.

## Smartmatic Case Studies

Los Angeles County—Voting Solutions for All People

## Latest articles

Steady Funding Essential for Election Integrity

The Drumbeat of Facts

## Stay updated

Our mission

Smartmatic's mission is to increase integrity in the democratic process.

We increase citizen engagement and trust, enabling better societies and better governments.

Belgian elections 2012 - 2019: Customized voting solution for a pioneer in electronic voting

Estonian elections 2014 -2019: Solution for the world's leader in online voting

7 US Election Facts You Probably Don't Know

Copyright © 2021 Smartmatic. Powered by WordPress. Theme: Spacious by ThemeGrill.