# Exhibit 107

**Intentionally Omitted**