# Exhibit 109





# Smartmatic Announces Cease of Operations in Venezuela

March 06, 2018 07:00 AM Eastern Standard Time

LONDON--(BUSINESS WIRE)--After 15 years of service and 14 elections assisted providing a secure and auditable voting system, Smartmatic closed its offices and ceased operations in Venezuela.

## .@Smartmatic announces cease of operations in Venezuela

 Tweet this

The reasons for the closure are widely known. In August of 2017, after the elections to the National Constituency Assembly, Smartmatic publicly stated that the National Elections Council had announced results that were different from those reflected by the voting system. This episode led to an immediate rupture of the client-provider relationship.

Smartmatic did not participate in the last two elections (Regional Elections of October 15, 2017 and Municipal Elections of December 10, 2017), a fact that was timely informed. Since the company was not involved in these processes, and given the fact that the company's products are not under warranty and were not certified for those elections, Smartmatic cannot guarantee the integrity of the system, nor can it attest to the accuracy of the results.

Smartmatic is currently operating in some 40 countries around the world, partnering with governments, election commissions and citizens seeking to conduct secure, clean and transparent elections.

**About Smartmatic**

Smartmatic is the world's leading elections and voting technology company. Since forming in 2000, it has developed and implemented technology solutions that help authorities run efficient and transparent elections.

Today, Smartmatic offers a comprehensive portfolio of unique and innovative technologies and services to improve every stage of the electoral process. Its technology has processed over 3.7 billion votes in election projects on five continents.

Smartmatic is headquartered in the UK and serves its customers through an organisation of more than 600 employees working in 16 offices around the world.

www.smartmatic.com

## Contacts

Smartmatic
Mrs. Samira Saba, +1-561-862-0707
Integrated Communications Director
Communications@smartmatic.com

SMARTMATIC





Integrated Communications Director
Communications@smartmatic.com

SMARTMATIC

## Tweets by @smartmatic 


**Smartmatic**
@smartmatic

Voters & politicians trust #elections when their party wins and distrust them when they lose. It's a phenomenon called "winner-loser gaps in perceived institutional legitimacy." The only way to minimize its impact is with unimpeachable election integrity bit.ly/3pnS8cg

9h

**Smartmatic**
@smartmatic

Restoring trust in #elections will require education, not just on technological enhancements, but on how our system of technology certifications & vote tally checks-and-balances provide valid outcomes. Read our new blog post bit.ly/3pnS8cg



Jan 27, 2021

**Smartmatic**
@smartmatic

Read the interview with #election expert @ElectionBabe



Document title: Smartmatic Announces Cease of Operations in Venezuela | Business Wire
Capture URL: https://www.businesswire.com/news/home/20180306005537/en/Smartmatic-Announces-Cease-of-Operations-in-Venezuela
Capture timestamp (UTC): Mon, 01 Feb 2021 23:37:43 GMT

Page 2 of 3



**Smartmatic**
@smartmatic

Restoring trust in #elections will require education, not just on technological enhancements, but on how our system of technology certifications & vote tally checks-and-balances provide valid outcomes. Read our new blog post bit.ly/3pnS8cg



Jan 27, 2021



**Smartmatic**
@smartmatic

Read the interview with #election expert @ElectionBabe in the new issue of the Election Insight newsletter. And don't forget to subscribe while you're there bit.ly/3qmzbqd

Jan 25, 2021

## Release Versions

English    Spanish    Italian (Summary)    Portuguese    German    Dutch (Summary)    French    Chinese Simplified    Chinese Traditional    Japanese

› More News 🔊



Document title: Smartmatic Announces Cease of Operations in Venezuela | Business Wire
Capture URL: https://www.businesswire.com/news/home/20180306005537/en/Smartmatic-Announces-Cease-of-Operations-in-Venezuela
Capture timestamp (UTC): Mon, 01 Feb 2021 23:37:43 GMT