# Exhibit 129

## Intentionally Omitted