# Exhibit 131



Company | Partners | News | Careers | US Site    English

WHAT WE DO ▾    ONLINE VOTING ▾    ELECTION SOLUTIONS ▾    ELECTION TYPES ▾    CUSTOMERS    RESEARCH ▾    ABOU

# KEEPING UP WITH THE LATEST ELECTIONS INDUSTRY NEWS



## Latest News

- UNED Holds Representative Elections with Scytl Onl...
- Civiciti's Meeting Manager Utilized Around the G...
- Scytl Provides Online Voting Technology to Univers...

## Categories

- Conferences & Events (152)
- Corporate (143)
- General (201)
- Projects & Customers (250)
- Technology (24)

## Archives

- ▸ 2021
- ▸ 2020
- ▸ 2019
- ▸ 2018
- ▸ 2017
- ▸ 2016
- ▸ 2015
- ▸ 2014

## Scytl strongly denies the false information related to the U.S. elections

November 13, 2020 | General

In view of the information published by some sources about Scytl's involvement in alleged electoral fraud in United States, the company would like to clarify that:

### 1) Scytl has NO presence in Frankfurt, Germany

- The U.S. military has not seized anything related to Scytl in Frankfurt, Barcelona or anywhere else. The company does not even have offices in Frankfurt and does not have servers or computers in the German city.
- Servers in Frankfurt were used for a specific project for the European Parliament in 2019. These back-up servers were closed in September 2019.
- The technologies implemented by Scytl in the United States are hosted and managed within the United States by our local subsidiary, SOE Software, based in Tampa, Florida.
- The company currently has offices in: Spain, France, Greece, the US, Canada, and Australia.
- Associated Press published on November 14 an article debunking the fake news.

### 2) Scytl did NOT provide any electronic voting machines to US jurisdictions and does NOT tabulate, tally or c votes in US public elections.

These are the products Scytl provided to city, county, and state clients across the United States:

- **Election Night Reporting (ENR)**: ENR is a platform that provides visual representation of votes that have been tabulated by state and local elections officials.
- **Online Election Worker Training**: Scytl works with election offices to take their already-created training

- 2018
- 2017
- 2016
- 2015
- 2014
- 2013
- 2012
- 2011
- 2010
- 2009
- 2008
- 2007
- 2006
- 2005
- 2004
- 2003
- 2002
- 2001

These are the products Scytl provided to city, county, and state clients across the United States:

- **Election Night Reporting (ENR)**: ENR is a platform that provides visual representation of votes that have been tabulated by state and local elections officials.
- **Online Election Worker Training**: Scytl works with election offices to take their already-created training content and put it into an online learning management system. All of the content for this training is pro and fully approved by each individual client.
- **Online Voter Education**: A website for election officials to provide important election information to vot before, during, and after an election. All content on these websites is provided and approved by each individual client.
- **Electronic Ballot Delivery (eBD)**: A platform that allows state election offices to securely deliver ballots UOCAVA voters. Each state has different laws and regulations regarding who can request a ballot throu this system, and how that ballot can be returned. eBD does NOT allow voters to vote online and does N tabulate, tally, or count votes.

### 3) Scytl has NO political affiliation

- Scytl has no political affiliations of any kind. Scytl has corporate policies prohibiting direct or indirect financial contributions by the company or its employees to candidates, political parties or PACs (politic action committees).
- George Soros has no stake in the company and has never been connected to it.
- Scytl has no relationship with Smartmatic, SGO, Dominion or Indra.
- Scytl is not connected in any way with the Russian Government.

### 4) US Elections are safe and secure:

Scytl has not reported any incidents during the election. In addition, the Cybersecurity & Infrastructure Secu Agency (CISA) of the U.S. Department of Homeland Security have revealed that:

- The tabulation processes are protected by various safeguards that help ensure the accuracy of election results.
- The November 3rd elections was the most secure election in the history of the United States.

« Go back

**WHAT WE DO**
We Power Democracy
Election Solutions

**ELECTION TYPES**
Political Elections
Political Party Elections
Referendums & Consultations
Professional Association Elections

**ONLINE VOTING**
Benefits
Expertise
Technology and Security
Resources

**ELECTION SOLUTIONS**
Pre-Election
Election Training

**COMPANY**
Company Overview
Management Team
Awards
Quality Policy
Shareholders Meetings and Other Announceme

**CUSTOMERS**

Document title: Scytl strongly denies the false information related to the U.S. elections - Scytl
Capture URL: https://www.scytl.com/en/fact-checking-regarding-us-elections-debunking-fake-news/#
Capture timestamp (UTC): Mon, 01 Feb 2021 23:00:49 GMT
Page 2 of 3

- 2005
- 2004
- 2003
- 2002
- 2001

### 3) Scytl has NO political affiliation

- Scytl has no political affiliations of any kind. Scytl has corporate policies prohibiting direct or indirect financial contributions by the company or its employees to candidates, political parties or PACs (political action committees).
- George Soros has no stake in the company and has never been connected to it.
- Scytl has no relationship with Smartmatic, SGO, Dominion or Indra.
- Scytl is not connected in any way with the Russian Government.

### 4) US Elections are safe and secure:

Scytl has not reported any incidents during the election. In addition, the Cybersecurity & Infrastructure Security Agency (CISA) of the U.S. Department of Homeland Security have revealed that:

- The tabulation processes are protected by various safeguards that help ensure the accuracy of election results.
- The November 3rd elections was the most secure election in the history of the United States.

« Go back

---

**WHAT WE DO**
We Power Democracy
Election Solutions

**ELECTION TYPES**
Political Elections
Political Party Elections
Referendums & Consultations
Professional Association Elections
Labour Union Elections
University Elections
Parliament & Assembly Elections
Shareholder Meetings

**RESEARCH**
Articles and Publications
Research and Development Team
Collaboration Agreements
Projects & Reports
Scientific Advisory Board

**ONLINE VOTING**
Benefits
Expertise
Technology and Security
Resources

**ELECTION SOLUTIONS**
Pre-Election
Election Training
Online Voter Registration
Candidate Management

Election Day
Online Voting
Electronic Ballot Delivery

Post-Election
Results Consolidation
Election Night Reporting

**COMPANY**
Company Overview
Management Team
Awards
Quality Policy
Shareholders Meetings and Other Announcements

**CUSTOMERS**

**NEWS**

**PARTNERS**

**CONTACT**

**CAREERS**

**FOL**

©2020 Scytl Election Technologies S.L.   |   Legal Notice   |   Privacy Policy   |   Sitemap   |