# Exhibit 132

## Intentionally Omitted