# Exhibit 136

## Intentionally Omitted