# Exhibit 139

## Intentionally Omitted