# Exhibit 140

## Intentionally Omitted