# Exhibit 143

## Intentionally Omitted