# Exhibit 148



🇺🇸 An official website of the United States government    Here's how you know ⌄



# GOVERNMENT FACILITIES SECTOR - ELECTION INFRASTRUCTURE SUBSECTOR: CHARTERS AND MEMBERSHIP

Below is the membership list for the Government Facilities Sector - Election Infrastructure Subsector

Collapse All Sections

## Charters

- Election Infrastructure Subsector Government Coordinating Council Charter - 2017
- Election Infrastructure Subsector Coordinating Council Charter - 2018

## Membership

### Government Coordinating Council

- Clay County, Florida
- Clayton County, Georgia
- Colorado Springs, Colorado
- Colorado, Office of the Secretary of State
- Commonwealth of Massachusetts, Office of the Secretary of the Commonwealth
- Crow Wing County, Minnesota
- Escambia County, Florida
- Harris County, Texas
- Indiana, Office of the Secretary of State
- Iowa, Office of the Secretary of State
- Jackson County, Oregon
- Louisiana, Office of the Secretary of State
- Minnesota, Office of the Secretary of State
- New Mexico, Office of the Secretary of State
- Ohio Emergency Management Agency
- Orange County, California
- Pennsylvania, Office of the Secretary of State



TLP:WHITE

- State Board of Elections, Maryland
- State Election Commission, South Carolina
- Tennessee, Office of the Secretary of State
- Texas, Office of the Secretary of State
- U.S. Department of Commerce
  - National Institute of Standards and Technology
- U.S. Department of Defense
  - Federal Voting Assistance Program
- U.S. Department of Homeland Security
  - Cybersecurity and Infrastructure Security Agency
- U.S. Department of Justice
  - Federal Bureau of Investigation
- U.S. Election Assistance Commission
- Vermont, Office of the Secretary of State
- Washington, Office of the Secretary of State
- Weber County, Utah
- West Virginia, Office of the Secretary of State

## Sector Coordinating Council

- Amazon Web Services (AWS)
- Arrikan, Inc./Chaves Consulting, Inc.
- Associated Press (AP) Elections
- Ballottrax (i3logix, Inc.)
- BlueCrest
- BPro, Inc.
- Civix
- Clear Ballot Group
- CyberDefenses, Inc.
- Democracy Live
- Democracy Works
- DemTech Voting Solutions
- DMF Associates
- Dominion Voting Systems
- ElectionIQ
- Election Systems & Software (ES&S)
- Electronic Registration Information Center (ERIC)
- Freeman, Craft, McGregor Group
- Hart InterCivic
- KNOWInk
- K&H Election Services
- Microsoft
- Microvote General Corp.

TLP:WHITE

2/3/2021 Case 1:21-cv-02995-CJN Document 1-140 Filed 11/12/21 Page 4 of 4
Government Facilities - Election Infrastructure Charters and Membership | CISA

TLP:WHITE

- NTS Data Services
- Pro V&V
- Runbeck Election Services
- Ryder Election Services
- SCYTL
- Sea Change
- SLI Compliance
- Smartmatic
- Tenex Software Solutions
- The Canton Group
- Unisyn Voting Solutions
- Victor Envelope Company
- Voatz
- VOTEC
- Votem
- Voting Works
- VR Systems