IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SMARTMATIC USA CORP., SMARTMATIC INTERNATIONAL HOLDING B.V., and SGO CORPORATION LIMITED,<br><br>            Plaintiffs,<br><br>v.<br><br>SIDNEY POWELL,<br><br>            Defendant. | Case No. _____ |

### NOTICE OF FILING VIDEO EXHIBITS

Plaintiffs hereby give notice of filing exhibits listed below, which were exhibits to the Complaint filed on November 12, 2021 [ECF 1]. Due to their nature, they are unable to be filed electronically through the Court's ECF System. Therefore, a transcribed copy of each exhibit has been electronically filed through the Court's ECF System with the corresponding Exhibit Numbers identified below.

| Video Exhibit Number | Transcript Exhibit Number | Description | Location |
|---|---|---|---|
| Exhibit 1A | Exhibit 1 | November 12, 2020<br>*Lou Dobbs Tonight* | This exhibit is maintained by counsel and is available upon request. As it is a video, the exhibit is not in a format that readily permits electronic filing. |
| Exhibit 3A | Exhibit 3 | November 14, 2020<br>*Justice with Judge Jeanine* | This exhibit is maintained by counsel and is available upon request. As it is a video, the exhibit is not in a format that readily permits electronic filing. |

| Video Exhibit Number | Transcript Exhibit Number | Description | Location |
|---|---|---|---|
| Exhibit 5A | Exhibit 5 | November 15, 2020 *Sunday Morning Futures with Maria Bartiromo* | This exhibit is maintained by counsel and is available upon request. As it is a video, the exhibit is not in a format that readily permits electronic filing. |
| Exhibit 6A | Exhibit 6 | November 15, 2020 *Sunday Morning Futures with Maria Bartiromo* (Second Video) | This exhibit is maintained by counsel and is available upon request. As it is a video, the exhibit is not in a format that readily permits electronic filing. |
| Exhibit 14A | Exhibit 14 | November 16, 2020 *Lou Dobbs Tonight* | This exhibit is maintained by counsel and is available upon request. As it is a video, the exhibit is not in a format that readily permits electronic filing. |
| Exhibit 15A | Exhibit 15 | November 16, 2020 *Lou Dobbs Tonight* (Second Video) | This exhibit is maintained by counsel and is available upon request. As it is a video, the exhibit is not in a format that readily permits electronic filing. |
| Exhibit 20A | Exhibit 20 | November 17, 2020 *Mornings with Maria* | This exhibit is maintained by counsel and is available upon request. As it is a video, the exhibit is not in a format that readily permits electronic filing. |
| Exhibit 23A | Exhibit 23 | November 18, 2020 *Lou Dobbs Tonight* | This exhibit is maintained by counsel and is available upon request. As it is a video, the exhibit is not in a format that readily permits electronic filing. |
| Exhibit 25A | Exhibit 25 | November 19, 2020 *Lou Dobbs Tonight* | This exhibit is maintained by counsel and is available upon request. As it is a video, the exhibit is not in a format that readily permits electronic filing. |
| Exhibit 28A | Exhibit 28 | November 21, 2020 *Justice with Judge Jeanine* | This exhibit is maintained by counsel and is available upon request. As it is a video, the exhibit is not in a format that readily permits electronic filing. |

| Video Exhibit Number | Transcript Exhibit Number | Description | Location |
|---|---|---|---|
| Exhibit 30A | Exhibit 30 | November 21, 2020<br>*Watters' World* | This exhibit is maintained by counsel and is available upon request. As it is a video, the exhibit is not in a format that readily permits electronic filing. |
| Exhibit 33A | Exhibit 33 | November 22, 2020<br>*Sunday Morning Futures with Maria Bartiromo* | This exhibit is maintained by counsel and is available upon request. As it is a video, the exhibit is not in a format that readily permits electronic filing. |
| Exhibit 36A | Exhibit 36 | November 26, 2020<br>*Lou Dobbs Tonight* | This exhibit is maintained by counsel and is available upon request. As it is a video, the exhibit is not in a format that readily permits electronic filing. |
| Exhibit 38A | Exhibit 38 | December 10, 2020<br>*Lou Dobbs Tonight* | This exhibit is maintained by counsel and is available upon request. As it is a video, the exhibit is not in a format that readily permits electronic filing. |
| Exhibit 39A | Exhibit 39 | December 10, 2020<br>*Lou Dobbs Tonight*<br>(Second Video) | This exhibit is maintained by counsel and is available upon request. As it is a video, the exhibit is not in a format that readily permits electronic filing. |
| Exhibit 45A | Exhibit 45 | December 18, 2020<br>*Lou Dobbs Tonight* | This exhibit is maintained by counsel and is available upon request. As it is a video, the exhibit is not in a format that readily permits electronic filing. |
| Exhibit 46A | Exhibit 46 | December 20, 2020<br>*Sunday Morning Futures with Maria Bartiromo* | This exhibit is maintained by counsel and is available upon request. As it is a video, the exhibit is not in a format that readily permits electronic filing. |
| Exhibit 47A | Exhibit 47 | December 20, 2020<br>*Justice with Judge Jeanine* | This exhibit is maintained by counsel and is available upon request. As it is a video, the exhibit is not in a format that readily permits electronic filing. |

| | |
|---|---|
| Dated: November 12, 2021 | /s/ *Emily Newhouse Dillingham* <br> Emily Newhouse Dillingham <br> DC Bar No. IL0043 <br> Email: edillingham@beneschlaw.com <br><br> BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP <br> 71 South Wacker Drive, Suite 1600 <br> Chicago, IL 60606 <br> Telephone: 312.212.4949 <br><br> *Attorney for Plaintiffs Smartmatic USA Corp., Smartmatic International Holding B.V., and SGO Corporation Limited* |