IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SMARTMATIC USA CORP., SMARTMATIC INTERNATIONAL HOLDING B.V., and SGO CORPORATION LIMITED,<br><br>Plaintiffs,<br><br>v.<br><br>SIDNEY POWELL,<br><br>Defendant. | Case No. 21-cv-02995-CJN |

**PLAINTIFFS' MOTION FOR
<u>ADMISSION PRO HAC VICE OF ATTORNEY J. ERIK CONNOLLY</u>**

Pursuant to Local Civil Rule 83.2(d) of the United States District Court for the District of Columbia, Plaintiffs Smartmatic USA Corp., Smartmatic International Holding B.V. and SGO Corporation Limited ("Smartmatic") move for the admission and appearance of attorney J. Erik Connolly *pro hac vice* in the above-entitled action. This motion is supported by the Declaration of J. Erik Connolly, filed herewith. As set forth in Mr. Connolly's declaration, he is admitted and in good standing with the Bar of the State of Illinois. Mr. Connolly is also admitted to practice in the United States District Court for the Northern District of Illinois, the Illinois Supreme Court, the United States Court of Appeals for the Seventh Circuit, the United States District Court for the Eastern District of Michigan, and the United States District Court for the Western District of New York.

This motion is supported and signed by Emily Newhouse Dillingham, an active and sponsoring member of the Bar of this Court.

Dated: November 22, 2021

Respectfully submitted,

<u>*/s/ Emily Newhouse Dillingham*</u>
Emily Newhouse Dillingham
   DC Bar No. IL0043
   Email: edillingham@beneschlaw.com

BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP
71 South Wacker Drive, Suite 1600
Chicago, IL 60606
Telephone: 312.212.4949

*Attorneys for Plaintiffs Smartmatic USA Corp., Smartmatic International Holding B.V., and SGO Corporation Limited*

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that a true and correct copy of the foregoing document will be filed with the Clerk of Court using the CM/ECF system on November 22, 2021, which will send notification of such filing to the following:

*/s/ Emily Newhouse Dillingham*
Emily Newhouse Dillingham
