# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SMARTMATIC USA CORP., SMARTMATIC INTERNATIONAL HOLDING B.V., and SGO CORPORATION LIMITED,<br><br>Plaintiffs,<br><br>v.<br><br>SIDNEY POWELL,<br><br>Defendant. | Case No. 21-cv-02995-CJN |

## [PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR ADMISSION *PRO HAC VICE* OF ATTORNEY NICOLE E. WRIGLEY

Upon consideration of Plaintiffs' Motion for Admission *Pro Hac Vice* of Attorney Nicole E. Wrigley in the above-captioned matter and the Declaration of Nicole E. Wrigley in support thereof, and it appearing that there is good cause to grant the motion, it is hereby

**ORDERED** that Plaintiffs' Motion for Admission *Pro Hac Vice* of Attorney Nicole E. Wrigley is, **GRANTED**; and

**FURTHER ORDERED**, that Nicole E. Wrigley be allowed to appear *pro hac vice* in court proceedings in the above-captioned matter.

**SO ORDERED** this _____ day of _____ 2021.

Dated: _____

_____
CARL J. NICHOLS
United States District Judge