IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SMARTMATIC USA CORP., SMARTMATIC INTERNATIONAL HOLDING B.V., and SGO CORPORATION LIMITED,<br><br>Plaintiffs,<br><br>v.<br><br>SIDNEY POWELL,<br><br>Defendant. | Case No. 21-cv-02995-CJN |

**[PROPOSED] ORDER**

Having considered the *Motion to Stay Proceedings* filed by Plaintiffs Smartmatic USA Corp., Smartmatic International Holding B.V., and SGO Corporation Limited ("Smartmatic"), it is hereby ORDERED that the motion is GRANTED. The case will remain stayed pending until the New York State Court in *Smartmatic USA Corp., et al. v. Fox Corporation, et al.*, No. 151136/2021 (filed Feb. 4, 2021), decides Defendant Sidney Powell's presently pending motion to dismiss, which claims that the New York Court lacks personal jurisdiction over her ("Ms. Powell's Motion to Dismiss"). It is FURTHER ORDERED that within 14 days after the New York State Court issues its decision on Ms. Powell's Motion to Dismiss this Court will hold a status conference to determine if the stay of this action should continue.

Signed this _____ day of _____ 2021.

_____
HONORABLE CARL J. NICHOLS
United States District Judge