# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| SMARTMATIC USA CORP., SMARTMATIC INTERNATIONAL HOLDING B.V., and SGO CORPORATION LIMITED,<br><br>    Plaintiffs,<br><br>    v.<br><br>SIDNEY POWELL,<br><br>    Defendant. | Case No. 21-cv-02995-CJN |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of **SMARTMATIC'S MOTION TO STAY PROCEEDINGS** and **PROPOSED ORDER** were served via mail on November 24, 2021 to the following:

Sidney Powell
3831 Turtle Creek Boulevard, Apartment 5B
Dallas, Texas 75219-4495

Howard Kleinhendler, Esq.
369 Lexington Ave., 12th Floor
New York, New York 10017
howard@kleinhendler.com

I further certify that courtesy copies of the above listed documents were emailed to Mr. Kleinhendler the same day at the above email address.

/s/ Lauren C. Tortorella
Lauren C. Tortorella (*pro hac vice*)
Benesch, Friedlander, Coplan & Aronoff LLP
71 South Wacker Drive, Suite 1600
Chicago, IL 60606
Telephone: 312.212.4949
Email: ltortorella@beneschlaw.com