AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

| | | |
|---|---|---|
| Smartmatic USA Corp., et al., | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   21-cv-02995-CJN |
| Sidney Powell, | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Sidney Powell                                                                                                    .

Date:     12/09/2021

/s/ Lawrence J. Joseph
*Attorney's signature*

Lawrence J. Joseph, D.C. Bar No. 464777
*Printed name and bar number*

Law Office of Lawrence J. Joseph
1250 Connecticut Ave., NW, Suite 700-1A
Washington, DC 20036
*Address*

ljoseph@larryjoseph.com
*E-mail address*

(202) 355-9452
*Telephone number*

(202) 318-2254
*FAX number*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 9th day of December 2021, I electronically filed the foregoing notice with the Clerk of the Court using the CM/ECF system, which I understand to have caused the service of counsel for the parties.

/s/ Lawrence J. Joseph
_____
Lawrence J. Joseph