IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Smartmatic USA Corp., *et al.*, )<br>   Plaintiffs, )<br>       v. )<br>Sidney Powell, )<br>   Defendant. )<br>) | No. 1: 21-cv-02995-CJN |

### DEFENDANT'S MOTION FOR ADMISSION *PRO HAC VICE* OF HOWARD KLEINHENDLER

Pursuant to Civil Local Rule 83.2(d), defendant Sidney Powell moves for the admission and appearance of attorney Howard Kleinhendler *pro hac vice* in the above-captioned action. This motion is supported by Mr. Kleinhendler's accompanying declaration. As set forth in his declaration, he is admitted and an active member in good standing the following courts and bars: the state bars of New York and New Jersey and the bars for the United States District Courts for the Southern District of New York, the Eastern District of New York, the District of New Jersey, the District of Colorado, and the Eastern District of Wisconsin, the United States Tax Court, the United States Court of Claims, the United States Courts of Appeal for the Second, Third, Sixth, Seventh, Eighth, Ninth and Tenth Circuits, and the United States Supreme Court. This motion is supported and signed below by Lawrence J. Joseph, who will serve as local counsel and is an active member of the Bar of this Court.

Dated: December 9, 2021                    Respectfully submitted,

/s/ Lawrence J. Joseph

Lawrence J. Joseph, D.C. Bar No. 464777

1250 Connecticut Ave., NW, Suite 700-1A
Washington, DC 20036
Tel: (202) 355-9452
Fax: (202) 318-2254
Email: ljoseph@larryjoseph.com

*Counsel for Defendant*

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 9th day of December 2021, I electronically filed the foregoing motion, together with its exhibit and proposed order, with the Clerk of the Court using the CM/ECF system, which I understand to have caused the service of counsel for the parties.

      /s/ Lawrence J. Joseph
      Lawrence J. Joseph