# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

Smartmatic USA Corp., *et al.,*      )

    Plaintiffs,                )

    v.                      )     No. 1: 21-cv-02995-CJN

Sidney Powell,             )

    Defendant.            )

                           )

## DECLARATION OF HOWARD KLEINHENDLER

I, Howard Kleinhendler, do state as follows:

1.     I have a prior attorney-client relationship with defendant Sidney Powell and seek admission *pro hac vice* to participate as her counsel in this litigation.

2.     My full name and office address and contact information are as follows:

Howard Kleinhendler
HOWARD KLEINHENDLER ESQUIRE
369 Lexington Ave., 12th Floor
New York, New York 10017
Tel: (917) 793-1188
Fax: (732) 901-0832
Email: howard@kleinhendler.com

3.     I am admitted to the following bars:

New York State Bar
New Jersey State Bar
United States District Court for the Southern District of New York
United States District Court for the Eastern District of New York
United States District Court for the District of New Jersey
United States District Court for the Eastern District of Wisconsin
United States District Court for the District of Colorado
United States Tax Court
United States Court of Claims
United States Court of Appeals for the Second Circuit
United States Court of Appeals for the Third Circuit
United States Court of Appeals for the Sixth Circuit
United States Court of Appeals for the Seventh Circuit
United States Court of Appeals for the Eighth Circuit
United States Court of Appeals for the Ninth Circuit

United States Court of Appeals for the Tenth Circuit
United States Supreme Court

4.       I am currently in good standing with all bars in which I am admitted and have not

been disciplined by any bar.

5.       I was admitted *pro hac vice* in this Court in the related case of *US Dominion, Inc.*

*v. Powell*, No. 1:21-cv-0040-CJN (D.D.C.) by Minute Order dated February 10, 2020, but have

not been admitted *pro hac vice* in any other cases in this Court in the prior two years.

6.       I do not have an office located within the District of Columbia, am not a member

of the District of Columbia Bar, and do not have an application for membership pending with the

District of Columbia Bar.

7.       I have personal knowledge of the foregoing and am competent to testify to it.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 9th day

of December, 2021.

_____
Howard Kleinhendler