IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Smartmatic USA Corp., *et al.*,  )<br>  Plaintiffs,  )<br>  )<br>v.  )<br>  )<br>Sidney Powell,  )<br>  Defendant.  )<br>  )<br>  ) | No. 1: 21-cv-02995-CJN |

**[PROPOSED] ORDER**

On considering Defendant's Motion for Admission *pro Hac Vice* of Howard Kleinhendler, the lack of any stated opposition thereto, and the entire record herein, the Court finds that plaintiffs' motion is well taken. For the foregoing reasons, it is hereby

**ORDERED** that plaintiff's motion is granted; and it is

**FURTHER ORDERED** that Howard Kleinhendler is admitted to practice before this Court in this case pursuant to Civil Local Rule 83.2(d);

**SO ORDERED**.

Dated: _____

_____
**UNITED STATES DISTRICT JUDGE**