AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| Smartmatic USA Corp., et al. | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 21-cv-02995-CJN |
| Sidney Powell | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Sidney Powell.

Date:   12/13/2021

/s/ Howard Kleinhendler
*Attorney's signature*

Howard Kleinhendler (NY 2657120)
*Printed name and bar number*

Howard Kleinhendler Esquire
369 Lexington Avenue, 12th Floor
New York, New York 10017
*Address*

howard@kleinhendler.com
*E-mail address*

(917) 793-1188
*Telephone number*

(732) 901-0832
*FAX number*