IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SMARTMATIC USA CORP., SMARTMATIC INTERNATIONAL HOLDING B.V., and SGO CORPORATION LIMITED,<br><br>Plaintiffs,<br><br>v.<br><br>SIDNEY POWELL,<br><br>Defendant. | Case No. 21-cv-02995-CJN |

**STATUS REPORT**

As ordered by this Court on November 30, 2021, Plaintiffs Smartmatic USA Corp., Smartmatic International Holding B.V., and SGO Corporation Limited ("Smartmatic") and defendant Sidney Powell respectfully submit the following status report to provide the Court with the status of related litigation pending in New York state court in *Smartmatic USA Corp., et al. v. Fox Corporation, et al.*, No. 151136/2021 (the "New York Action").

On February 4, 2021, Smartmatic commenced the New York Action against Ms. Powell, Fox Corporation, Fox News Network LLC, Lou Dobbs, Maria Bartiromo, Jeanine Pirro, and Rudolph Giuliani because of false and defamatory statements they made about Smartmatic in connection with, among other things, the 2020 U.S. election, Smartmatic's role in the 2020 U.S. election, and Smartmatic's history. In the New York Action, Smartmatic pled seven defamation claims and five disparagement claims against Ms. Powell. (*Id.*) On April 8, 2021, Ms. Powell moved to dismiss Smartmatic's Complaint, in part alleging a lack of personal jurisdiction. (New York Action, NYSCEF 289.)

On November 12, 2021, Smartmatic filed a complaint before this Court. As this Court is aware, Smartmatic commenced the instant action, in an abundance of caution, to guard against any statute of limitations issues should the court in the New York Action find that it lacked jurisdiction over Ms. Powell. (*See* Complaint, Dkt. 1 at p. 1.)

On March 8, 2022, the court in the New York Action granted Ms. Powell's motion to dismiss for lack of personal jurisdiction. (*See* Decision and Order on Motion, attached hereto, at 47-54.) Plaintiffs do not intend to pursue an appeal of Powell's dismissal from the New York Action for lack of personal jurisdiction.

The parties respectfully recommend that this Court set a schedule for Ms. Powell to answer or otherwise plead to the complaint in this matter. Ms. Powell proposes that she file her response to the complaint on or before May 6, 2022. Smartmatic has no opposition to this schedule.

Respectfully Submitted,

Dated: March 22, 2022

J. Erik Connolly
   DC Bar No. IL0099
   Email: econnolly@beneschlaw.com
Nicole E. Wrigley
   DC Bar No. IL0101
   Email: nwrigley@beneschlaw.com
Lauren C. Tortorella
   DC Bar No. IL0102
   Email: ltortorella@beneschlaw.com

*-and-*

*[signature]*

Emily Newhouse Dillingham
   DC Bar No. IL0043
   Email: edillingham@beneschlaw.com

BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP
71 South Wacker Drive, Suite 1600
Chicago, IL 60606
Telephone: 312.212.4949

*Attorneys for the Plaintiffs Smartmatic USA Corp., Smartmatic International Holding B.V., and SGO Corporation Limited*

/s/ Howard Kleinhendler
Howard Kleinhendler
N.Y. Bar No. 2657120, admitted pro hac vice
HOWARD KLEINHENDLER ESQUIRE
369 Lexington Ave. 12th Floor
New York, New York 10017
Tel: (917) 793-1188
Email: howard@kleinhendler.com

*and*

Lawrence J. Joseph
D.C. Bar No. 464777
LAW OFFICE OF LAWRENCE J. JOSEPH
1250 Connecticut Av NW Suite 700-1A
Washington, DC 20036
Tel: (202) 355-9452
Fax: (202) 318-2254
ljoseph@larryjoseph.com

*Counsel for Defendant Sidney Powell*

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document will be filed with the Clerk of Court using the CM/ECF system on March 22, 2022, which will send notification of such filing to all counsel of record.

*/s/ Emily Newhouse Dillingham*
Emily Newhouse Dillingham