IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Smartmatic USA Corp., *et al.*, ) <br>    Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> Sidney Powell, ) <br>    Defendant. ) <br> ) <br> ) | No. 1: 21-cv-02995-CJN |

**DEFENDANT'S CONSENT MOTION TO ENLARGE TIME TO ANSWER
OR MOVE IN RESPONSE TO THE COMPLAINT**

Pursuant to Local Rule 7 and FED. R. CIV. P. 6(b), defendant Sidney Powell respectfully moves to enlarge the time within which to answer or move in response to the complaint filed by plaintiffs Smartmatic USA Corp., Smartmatic International Holding B.V., and SGO Corporation Limited (collectively, "Smartmatic") by 28 days to June 3, 2022. Currently, under the Court's Minute Order dated March 28, 2022, Ms. Powell's answer or responsive motion is due May 6, 2022. Pursuant to Local Rule 7(m), the parties' counsel conferred about the proposed extension on April 29, 2022, and on the evening of May 2, 2022, Smartmatic's counsel notified Ms. Powell's counsel that Smartmatic consents to this motion.

In support of this motion, Defendant aver as follows:

1.  Pursuant to Paragraph 9(b)(i)-(ii) of this Court's standing order (ECF #6), Ms. Powell represents that her answer or motion is currently due May 6, 2022, pursuant to this Court's Minute Order dated March 28, 2022. In response to the dismissal of Smartmatic's action in New York, the parties submitted a Joint Status Report on March 22, 2022 (ECF #19), in which they proposed that Ms. Powell's deadline to answer or move in response to the complaint after the lifting of the stay imposed by this Court's Minute Order dated March 28, 2022, be set at May 6, 2022.

2. Pursuant to Paragraph 9(b)(iv)-(v) of this Court's standing order, Ms. Powell represents that the requested relief would not affect any other deadlines (*i.e.*, no hearings are set, and the requested relief provides a complete briefing schedule for the motion to dismiss).

3. Pursuant to Paragraph 9(b)(vi) of this Court's standing order, Smartmatic consents to the requested extension.

4. Pursuant to Paragraph 9(b)(iii) of this Court's standing order, Ms. Powell seeks the requested extension for the following good cause:

- Ms. Powell is in the process of bringing in counsel from a larger firm—primarily Marc Casarino and Michael J. Tricarico of the Kennedys firm—with expanded capacities to handle the anticipated discovery in this matter, and those counsel are still familiarizing themselves with the issues involved here.

- Given the length of the complaint—namely, 198 pages, excluding the prefatory pages—and the various issues of damages and technical issues, Ms. Powell's new counsel need additional time to familiarize themselves with the complaint and Ms. Powell's response to the complaint.

- Ms. Powell's new counsel—primarily Messrs. Casarino and Tricarico—are in the process of reviewing the materials and discovery in this action and the related case, *US Dominion, Inc. v. Powell*, No. 1:21-cv-0040-CJN (D.D.C.).

- Ms. Powell's local counsel—Mr. Joseph—is working on several time-sensitive matters triggered by recent court actions, including: an appellate *amicus* brief in No. 21-954 (U.S.) due within 7 days of the Court's order dated May 2, 2022; an answer or demurer in California Superior Court and potentially a petition for review to the California Supreme Court due within 10 days of the denial of a petition for a writ of mandate dated April 25,

2022, in No. A163647 (Cal. Ct. App.); and a petition for rehearing in Nos. 19-2405, 2406, 2583 (3d Cir.) due within 14 days of a decision dated April 28, 2022.

In sum, Ms. Powell seeks this enlargement of time to enable her counsel to analyze the factual and legal issues connected to a lengthy complaint while engaged in the press of other business.

5.   Ms. Powell respectfully submits that the foregoing constitutes good cause for an extension under FED. R. CIV. P. 6(b)(1) ("[w]hen an act may or must be done within a specified time, the court may, for good cause, extend the time"), that she does not seek this enlargement for purpose of delay or frustration of the progress of this matter, and that the enlargement would not unduly burden the opposite parties.

WHEREFORE, Defendant respectfully ask this Court to extend until June 3, 2022, Ms. Powell's time within which to answer or move in response to the complaint.

Dated: May 3, 2022

Respectfully submitted,

/s/ Lawrence J. Joseph
Lawrence J. Joseph, D.C. Bar No. 464777

1250 Connecticut Ave., NW, Suite 700-1A
Washington, DC 20036
Telephone: (202) 355-9452
Telecopier: (202) 318-2254
Email: ljoseph@larryjoseph.com

*Local Counsel for Defendant*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Smartmatic USA Corp., *et al.*,<br>　　Plaintiffs,<br>　　v.<br>Sidney Powell,<br>　　Defendant. | )<br>)<br>)<br>)　No. 1: 21-cv-02995-CJN<br>)<br>)<br>)<br>) |

**[PROPOSED] ORDER**

On considering Defendant's Consent Motion to Enlarge Time to Answer or Move in Response to the Complaint, the lack of any opposition thereto, and the entire record herein, the Court finds that defendant's motion is well taken. For the foregoing reasons, it is hereby

**ORDERED** that defendant's motion is granted; and it is

**FURTHER ORDERED** that defendant's time to answer or move in response to the complaint is extended by 28 days to June 3, 2022;

**SO ORDERED**.

Dated: _____, 2022

_____
**UNITED STATES DISTRICT JUDGE**

## CERTIFICATE OF SERVICE

    I hereby certify that on this 3rd day of May 2022, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which I understand to have served counsel for the parties.

                                                   /s/ Lawrence J. Joseph
                                                   Lawrence J. Joseph