**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| Smartmatic USA Corp., *et al.*,       ) <br>     Plaintiffs,       ) <br>                                ) <br> v.       ) <br>                                ) <br> Sidney Powell,       ) <br>     Defendant.       ) <br>                                ) | No. 1: 21-cv-02995-CJN |

### **DECLARATION OF MARC CASARINO**

I, Marc Casarino, do state as follows:

1. I have a prior attorney-client relationship with defendant Sidney Powell and seek admission *pro hac vice* to participate as her counsel in this litigation.

2. My full name and office address and contact information are as follows:

   Marc Casarino
   Kennedys CMK LLP
   919 N. Market Street, Suite 1550
   Wilmington, DE 19801
   Tel: (302) 308-6647
   Email: marc.casarino@kennedyslaw.com

3. I am admitted to the following bars:

   Delaware State Bar
   United States District Court for the District of Delaware
   United States Court of Appeals for the Third Circuit

4. I am currently in good standing with all bars in which I am admitted and have not been disciplined by any bar.

5. I have not been admitted *pro hac vice* in any other cases in this Court in the prior two years. I am simultaneously seeking admission to represent Ms. Powell in a related case before this Court by other plaintiffs against Ms. Powell.

6. I do not have an office located within the District of Columbia, am not a member

of the District of Columbia Bar, and do not have an application for membership pending with the District of Columbia Bar.

7. I have personal knowledge of the foregoing and am competent to testify to it. I declare under penalty of perjury that the foregoing is true and correct. Executed on this 25th day of April 2022.

                                                                                    _____
                                                                                    Marc Casarino