IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Smartmatic USA Corp., *et al.,* )<br>　　Plaintiffs, )<br>　　　　v. )<br>Sidney Powell, )<br>　　Defendant. )<br>　　　　　　　　　　　　) | )<br>)<br>)　No. 1: 21-cv-02995-CJN<br>)<br>) |

### DEFENDANT'S MOTION FOR ADMISSION *PRO HAC VICE* OF MICHAEL J. TRICARICO

Pursuant to Civil Local Rule 83.2(d), defendant Sidney Powell moves for the admission and appearance of attorney Michael J. Tricarico *pro hac vice* in the above-captioned action. This motion is supported by Mr. Tricarico's accompanying declaration. As set forth in his declaration, he is admitted and an active member in good standing in the bars of the States of New York, Connecticut, and New Jersey, the U.S. Supreme Court, the U.S. Court of Appeals for the First, Second, Fourth, Eleventh, and Federal Circuits, the U.S. Courts of Appeals for the Armed Forces, the U.S. Court of Federal Claims, the U.S. District Courts for the Southern, Eastern, and Western Districts of New York, and the U.S. District Courts for the Districts of New Jersey and Connecticut. This motion is supported and signed below by Lawrence J. Joseph, who will serve as local counsel and is an active member of the Bar of this Court. The parties' counsel conferred pursuant to Local Civil Rule 7(m), and the plaintiffs do not oppose this motion.

　　A proposed order is attached.

Dated: May 5, 2022                                    Respectfully submitted,

/s/ Lawrence J. Joseph
Lawrence J. Joseph, D.C. Bar No. 464777

1250 Connecticut Ave., NW, Suite 700-1A
Washington, DC 20036
Tel: (202) 355-9452
Fax: (202) 318-2254
Email: ljoseph@larryjoseph.com

*Counsel for Defendant*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 5th day of May 2022, I electronically filed the foregoing motion, together with its exhibit and proposed order, with the Clerk of the Court using the CM/ECF system, which I understand to have caused the service of counsel for the parties.

/s/ Lawrence J. Joseph
Lawrence J. Joseph

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Smartmatic USA Corp., *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>Sidney Powell,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)   No. 1: 21-cv-02995-CJN<br>)<br>)<br>)<br>)<br>) |

**[PROPOSED] ORDER**

On considering Defendant's Motion for Admission *pro Hac Vice* of Michael J. Tricarico, the lack of any opposition thereto, and the entire record herein, the Court finds that defendant's motion is well taken. For the foregoing reasons, it is hereby

**ORDERED** that defendant's motion is granted; and it is

**FURTHER ORDERED** that Michael J. Tricarico is admitted to practice before this Court in this case pursuant to Civil Local Rule 83.2(d);

**SO ORDERED**.

Dated: _____

_____
**UNITED STATES DISTRICT JUDGE**