**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| Smartmatic USA Corp., *et al.*, ) <br>     Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> Sidney Powell, ) <br>     Defendant. ) <br> ) | No. 1: 21-cv-02995-CJN |

## **DECLARATION OF MICHAEL J. TRICARICO**

I, Michael J. Tricarico, do state as follows:

1. I have a prior attorney-client relationship with defendant Sidney Powell and seek admission *pro hac vice* to participate as her counsel in this litigation.

2. My full name and office address and contact information are as follows:

> Michael J. Tricarico
> Kennedys CMK LLP
> 570 Lexington Avenue, 8th Floor
> New York, New York 10022
> Tel: (646) 625-3952
> Email: Michael.tricarico@kennedyslaw.com

3. The bars to which I am admitted are listed in the attached Exhibit 1.

4. I am currently in good standing with all bars in which I am admitted and have not been disciplined by any bar.

5. I have not been admitted *pro hac vice* in any other cases in this Court in the prior two years. I am simultaneously seeking admission to represent Ms. Powell in a related case before this Court by other plaintiffs against Ms. Powell.

6. I do not have an office located within the District of Columbia, am not a member of the District of Columbia Bar, and do not have an application for membership pending with the District of Columbia Bar.

7. I have personal knowledge of the foregoing and am competent to testify to it. I declare under penalty of perjury that the foregoing is true and correct. Executed on this 25th day of April 2022.

*[signature]*

Michael J. Tricarico

## **EXHIBIT 1**

## LIST OF BAR MEMEBERSHIPS RIDER
## MICHAEL J. TRICARICO

| Name of State or Federal Bar or Court | Bar Number (if any) | Date Admitted | Status with Bar or Court |
|---|---|---|---|
| State of New York | 2466878 | 5/20/1992 | Active |
| State of Connecticut | 405278 | 1/31/1992 | Active |
| State of New Jersey | 010281994 | 6/6/94 | Active |
| U.S. Supreme Court | | 6/1/2004 | Active |
| U.S. Court of Appeals for the Second Circuit | | 4/14/2004 | Active |
| U.S. Court of Appeals for the Fourth Circuit | | 5/14/1996 | Active |
| U.S. Court of Appeals for the Federal Circuit | | 6/1/2004 | Active |
| U.S. Court of Appeals for the Armed Forces | | 6/1/2004 | Active |
| U.S. Court of Federal Claims | | 6/1/2004 | Active |
| U.S. District Court for the Southern District of NY | MT5332 | 4/13/1993 | Active |
| U.S. District Court for the Eastern District of NY | | 4/13/1993 | Active |
| U.S. District Court for the District of NJ | | 7/1/1994 | Active |
| U.S. Court of Appeals for the Eleventh Circuit | | 11/14/2013 | Active |

2

| Name of State or Federal Bar or Court | Bar Number (if any) | Date Admitted | Status with Bar or Court |
|---|---|---|---|
| U.S. District Court for the Western District of NY | | 2/9/2015 | Active |
| U.S. District Court for the District of Connecticut | | 3/9/2018 | Active |
| U.S. Court of Appeals for the First Circuit | 1195512 | 8/5/2020 | Active |