IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SMARTMATIC USA CORP., SMARTMATIC INTERNATIONAL HOLDING B.V., and SGO CORPORATION LIMITED <br><br> Plaintiffs, <br><br> v. <br><br> SIDNEY POWELL, <br><br> Defendant. | No. 1: 21-cv-02995-CJN |

**[PROPOSED] ORDER**

On considering the defendant Sidney Powell's Motion to Dismiss, the response and reply thereto, and the entire record herein, the Court finds that the motion is well taken, and it is hereby

**ORDERED** that the motion to dismiss is GRANTED; and it is

**FURTHER ORDERED** that, pursuant to FED. R. CIV. P. 12(b)(1), the claims of plaintiffs Smartmatic International Holdings B.V. and SGO Corporation Ltd are DISMISSED for lack of standing, which dismissal is *without prejudice* as to the merits but *with prejudice* as to repleading against the defendant in this Court; and it is

**FURTHER ORDERED** that, pursuant to FED. R. CIV. P. 12(b)(2), the action is DISMISSED for lack of personal jurisdiction, which dismissal is *without prejudice* as to the merits but *with prejudice* as to repleading against the defendant in this Court; and it is

**FURTHER ORDERED** that, pursuant to FED. R. CIV. P. 12(b)(3) and 28 U.S.C. § 1406(a), the action is DISMISSED for improper venue, which dismissal is *without prejudice* as to the merits but *with prejudice* as to repleading against the defendant in this Court; and it is

**FURTHER ORDERED** that, pursuant to FED. R. CIV. P. 12(b)(6), Counts II, III, IV, V, VII, VIII, and X are DISMISSED for failure to state a claim on which relief can be granted;

**SO ORDERED**.

73297242.1

Dated: _____, 2022

                                                           _____
                                                           **UNITED STATES DISTRICT JUDGE**

73297242.1