IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SMARTMATIC USA CORP., SMARTMATIC INTERNATIONAL HOLDING B.V., and SGO CORPORATION LIMITED,<br><br>　　　　　Plaintiffs,<br>　v.<br><br>SIDNEY POWELL,<br><br>　　　　　Defendant. | No. 1:21-cv-02995-CJN<br><br><br><br><br>Judge Carl J. Nichols |

**SMARTMATIC'S UNOPPOSED MOTION TO EXTEND**
**TIME TO RESPOND TO MOTION TO DISMISS**

Plaintiffs SGO Corporation Limited, Smartmatic International Holding B.V., and Smartmatic USA Corp. (collectively, "Smartmatic"), by and through their attorneys, respectfully move to extend the deadline to respond to Defendant's Motion to Dismiss dated June 3, 2022 (ECF No. 23) by 21 days, until July 8, 2022.

In support of this Motion and pursuant to Paragraph 9(b) of this Court's Standing Orders, Smartmatic states as follows.

1.　Pursuant to Local Rule 7(b), Smartmatic's current deadline to respond to the Motion is June 17, 2021.

2.　This is Smartmatic's first request for an extension of time in this matter. Ms. Powell sought and was granted an extension to respond to the Complaint (ECF No. 22, May 13, 2022 Minute Order).

3.　Pursuant to Local Rule 7(m), the parties conferred about the proposed extension and Defendant does not oppose this motion.

4.　Smartmatic seeks the requested extension for the following good cause:

    a.    Ms. Powell's Memorandum in Support of her Motion to Dismiss (ECF No. 23-2) is 43 pages long. The requested extension would allow Smartmatic to appropriately respond to Ms. Powell's arguments.

    b.    This case and the related cases involving Smartmatic and Dominion Voting Systems, Inc. ("Dominion"), involve complex legal issues. This Court granted Dominion a total of four additional weeks to respond to Ms. Powell's Motion to Dismiss its Complaint. *See US Dominion, Inc. v. Powell*, No. 1:21-cv-00040-CJN, Minute Order of June 7, 2021.

    c.    Smartmatic is currently briefing an appeal by several defendants of an order denying in substantial part their motions to dismiss in *Smartmatic USA Corp. v. Fox Corporation*, Appellate Case No. 2022-01291, in New York Supreme Court Appellate Division, First Department.

    d.    Smartmatic's lead counsel is also simultaneously preparing for trial in another case.

5.    Smartmatic has not requested an extension of time for purposes of unjustified delay. Smartmatic's request for an extension of time has no effect on any other deadlines as no briefing schedule or hearings are set.

6.    WHEREFORE, for the foregoing reasons, the Smartmatic Plaintiffs respectfully request that this Court enter an order granting them leave to file their Opposition to Sidney Powell's Motion to Dismiss until July 8, 2022.

Date: June 10, 2022

Respectfully submitted,
*s/ J. Erik Connolly*
J. Erik Connolly (D.C. Bar No. IL0099)
Nicole E. Wrigley (D.C. Bar No. IL0101)
Lauren C. Tortorella (D.C. Bar No. IL0102)

BENESCH, FRIEDLANDER, COPLAN &
ARONOFF LLP
71 South Wacker Drive, Suite 1600
Chicago, IL 60606
Telephone: 312.212.4949
econnolly@beneschlaw.com
nwrigley@beneschlaw.com
ltortorella@beneschlaw.com

*Attorneys for the Plaintiffs Smartmatic USA Corp., Smartmatic International Holding B.V., and SGO Corporation Limited*

## CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of June, 2022, the foregoing Smartmatic Plaintiffs' Motion to Extend Time to Respond to Motion to Dismiss was served on all parties through the Court's ECF system.

Date:  June 10, 2022

Respectfully submitted,

<u>s/ J. Erik Connolly</u>
J. Erik Connolly (D.C. Bar No. IL0099)
Nicole E. Wrigley (D.C. Bar No. IL0101)
Lauren C. Tortorella (D.C. Bar No. IL0102)
BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP
71 South Wacker Drive, Suite 1600
Chicago, IL 60606
Telephone: 312.212.4949
econnolly@beneschlaw.com
nwrigley@beneschlaw.com
ltortorella@beneschlaw.com

*Attorneys for the Plaintiffs Smartmatic USA Corp., Smartmatic International Holding B.V., and SGO Corporation Limited*