IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SMARTMATIC USA CORP., SMARTMATIC INTERNATIONAL HOLDING B.V., and SGO CORPORATION LIMITED,<br><br>    Plaintiffs,<br>  v.<br><br>SIDNEY POWELL,<br><br>    Defendant. | No. 1:21-cv-02995-CJN<br><br>Judge Carl J. Nichols |

### [PROPOSED] ORDER

Currently before the Court is a motion for extension of time (ECF No. __) ("Motion for Extension") to respond to Sidney Powell's Motion to Dismiss filed by Plaintiffs Smartmatic USA Corporation, Smartmatic International Holding B.V., and SGO Corporation Limited (collectively, "Smartmatic"). Smartmatic's Motion for Extension is **GRANTED**, and Smartmatic shall file its brief in opposition to Ms. Powell's Motion to dismiss on or before **July 8, 2022**.

**SO ORDERED** this ___ day of _____, 2022.

_____
CARL J. NICHOLS
United States District Judge