IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SMARTMATIC USA CORP., SMARTMATIC INTERNATIONAL HOLDING B.V., and SGO CORPORATION LIMITED,<br><br>Plaintiffs,<br><br>v.<br><br>SIDNEY POWELL,<br><br>Defendant. | Case No. 21-cv-02995-CJN |

**PLAINTIFFS' MOTION FOR**
**ADMISSION PRO HAC VICE OF ATTORNEY KATE WATSON MOSS**

Pursuant to Local Civil Rule 83.2(d) of the United States District Court for the District of Columbia, Plaintiffs Smartmatic USA Corp., Smartmatic International Holding B.V. and SGO Corporation Limited ("Smartmatic") move for the admission and appearance of attorney Kate Watson Moss *pro hac vice* in the above-entitled action. This motion is supported by the Declaration of Kate Watson Moss, filed herewith. As set forth in Ms. Watson Moss's declaration, she is admitted and in good standing with the Bar of the State of Illinois. Ms. Watson Moss is also admitted to practice in the United States District Court for the Northern District of Illinois.

This motion is supported and signed by Lauren C. Tortorella, an active and sponsoring member of the Bar of this Court.

Dated: July 5, 2022

Respectfully submitted,

*/s/ Lauren C. Tortorella*
Lauren C. Tortorella
   DC Bar No. IL0102
   Email: ltortorella@beneschlaw.com

BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP
71 South Wacker Drive, Suite 1600
Chicago, IL 60606
Telephone: 312.212.4949

*Attorneys for Plaintiffs Smartmatic USA Corp., Smartmatic International Holding B.V., and SGO Corporation Limited*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 5th day of July, 2022, the foregoing Smartmatic Plaintiffs' Motion for Admission *Pro Hac Vice* of Attorney Kate Watson Moss was served on all parties through the Court's ECF system.

Date: July 5, 2022

Respectfully submitted,

<u>*/s/ Lauren C. Tortorella*</u>
Lauren C. Tortorella (D.C. Bar No. IL0102)
BENESCH, FRIEDLANDER, COPLAN &
ARONOFF LLP
71 South Wacker Drive, Suite 1600
Chicago, IL 60606
Telephone: 312.212.4949
ltortorella@beneschlaw.com

*Attorneys for the Plaintiffs Smartmatic USA Corp., Smartmatic International Holding B.V., and SGO Corporation Limited*