IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SMARTMATIC USA CORP., *et al.*, | |
| Plaintiffs, | No. 1:21-cv-02995-CJN |
| v. | |
| SIDNEY POWELL, | Judge Carl J. Nichols |
| Defendant. | |

**[PROPOSED] ORDER**

Having considered Defendant's Motion to Dismiss (ECF No. 23) it is hereby ORDERED that the motion is DENIED.

Signed this _____ day of _____, 2022.

_____
HONORABLE CARL J. NICHOLS
United States District Judge