IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SMARTMATIC USA CORP., *et al.*, <br><br> Plaintiffs, <br> v. <br><br> SIDNEY POWELL, <br><br> Defendant. | No. 1:21-cv-02995-CJN <br><br> Judge Carl J. Nichols |

### DECLARATION OF LAUREN C. TORTORELLA IN SUPPORT OF SMARTMATIC'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS

I, Lauren C. Tortorella, make this declaration pursuant to 28 U.S.C. § 1746. I hereby declare under penalty of perjury that the following is true and correct:

1. I am an attorney at Benesch, Friedlander, Coplan & Aronoff LLP and counsel for Plaintiffs Smartmatic USA Corp., Smartmatic International Holding B.V., and SGO Corporation (collectively, "Smartmatic") in this action.

2. Attached as **Exhibit A** is a true and correct highlighted copy of Sidney Powell's Memorandum of Law, filed in *Smartmatic USA Corp., et al. v. Fox Corp., et al.*, No. 151136/2021, NYSCEF 290, dated April 8, 2021. Pursuant to the Court's Standing Order § 8(b), highlighting has been added to direct the Court's attention to the most relevant material.

3. Attached as **Exhibit B** is a true and correct highlighted copy of the Complaint and Demand for Jury Trial, filed in *US Dominion, Inc., et al. v. Sidney Powell, et al.*, Case No. CV 1:21-cv-00040-CJN (D.D.C.), at ECF No. 1, dated January 8, 2021.

4. Attached as **Exhibit C** is a true and correct highlighted copy of Sidney Powell's Memorandum of Law in Support of Motion to Dismiss filed in *US Dominion, Inc., et al. v. Sidney Powell, et al.*, Case No. CV 1:21-cv-00040-CJN (D.D.C.), at ECF No. 22-2. Pursuant to the

1

Court's Standing Order § 8(b), highlighting has been added to direct the Court's attention to the most relevant material.

5. Attached as **Exhibit D** is a true and correct highlighted copy of the court's Decision & Order on Motion to Dismiss in *Smartmatic USA Corp., et al. v. Fox Corp., et al.*, No. 151136/2021, NYSCEF 860, dated March 8, 2021. Pursuant to the Court's Standing Order § 8(b), highlighting has been added to direct the Court's attention to the most relevant material.

6. Attached as **Exhibit E** is a true and correct highlighted copy of the Complaint and Demand for Jury Trial, filed in *Smartmatic USA Corp., et al. v. Fox Corp., et al.*, No. 151136/2021, NYSCEF 1, dated February 4, 2021. Pursuant to the Court's Standing Order § 8(b), highlighting has been added to direct the Court's attention to the most relevant material.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: July 8, 2022  
Executed at Chicago, Illinois

Respectfully submitted,

*Lauren C. Tortorella*

Lauren C. Tortorella

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 8th day of July 2022, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system.

*/s/ Lauren C. Tortorella*
Lauren C. Tortorella