IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SMARTMATIC USA CORP., *et al.*,<br><br>            Plaintiffs,<br>     v.<br><br>SIDNEY POWELL,<br><br>            Defendant. | No. 1:21-cv-02995-CJN<br><br>Judge Carl J. Nichols |

## INDEX OF EXHIBITS

The following exhibits in support of Smartmatic's Opposition to Defendant's Motion to Dismiss are attached to the supporting declaration of Michael E. Bloom:

    A.    Powell Memorandum of Law filed in *Smartmatic USA Corp., et al. v. Fox Corp.*, et al., No. 151136/2021, NYSCEF 290 (filed Apr. 8, 2021).

    B.    Complaint filed in *U.S. Dominion, Inc., et al. v. Powell, et al.*, No. 21-cv-00040 (D.D.C.) (filed Jan. 8, 2021)

    C.    Memorandum of Law in Support of Motion To Dismiss in *U.S. Dominion, Inc., et al. v. Powell*, et al., No. 21-cv-00040 (D.D.C.) (filed Mar. 22, 2021), ECF No. 22-2 .

    D.    Decision & Order on Motion To Dismiss in *Smartmatic USA Corp., et al. v. Fox Corp., et al.*, No. 151136/2021, NYSCEF No. 856 (filed Mar. 8, 2022).

    E.    Complaint filed in *Smartmatic USA Corp., et al. v. Fox Corp., et al.*, No. 151136/2021, NYSCEF No. 1 (filed Feb. 4, 2021).