IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

**SMARTMATIC USA CORP.,**
**SMARTMATIC INTERNATIONAL**
**HOLDING B.V. and**
**SGO CORPORATION LIMITED,**

**Plaintiffs,**

v.                                              Civil Case No. 1:21-cv-02995-CJN

SIDNEY POWELL,

Defendant.

NOTICE OF WITHDRAWAL AS COUNSEL FOR SIDNEY POWELL

Pursuant to Local Rule 83.6(b), Howard Kleinhendler notices his withdrawal as counsel for Defendant Sidney Powell. Ms. Powell will remain represented in this matter.

Dated: July 11, 2022                         Respectfully submitted,

                                             /s/ *Howard Kleinhendler*
                                             Howard Kleinhendler
                                             *Admitted Pro Hac Vice*
                                             Howard Kleinhendler Esquire
                                             369 Lexington Avenue, 12th Fl.
                                             New York, New York 10017
                                             (917) 793-1188
                                             howard@kleinhendler.com

*[signature]*
Sidney Powell
2911 Turtle Creek Blvd., Ste 300
Dallas, Texas 75219
(214) 707-1775
Sidney@federalappeals.com