IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Smartmatic USA Corp., *et al.*, )<br>  *Plaintiffs*, )<br> )<br> v. )<br> )<br>Sidney Powell, )<br>  *Defendant*. )<br> )<br> ) | No. 1: 21-cv-02995-CJN |

**DEFENDANT'S CONSENT MOTION TO ENLARGE TIME TO FILE
REPLY IN SUPPORT OF MOTION TO DISMISS**

Pursuant to Local Rule 7 and Fed. R. Civ. P. 6(b), defendant Sidney Powell respectfully moves to enlarge by 14 days the time within which to file her reply to the opposition (ECF #27) by plaintiffs Smartmatic USA Corp., Smartmatic International Holding B.V., and SGO Corporation Limited (collectively, "Smartmatic") to her motion to dismiss (ECF #23). Currently, under Local Rule 7(d), Ms. Powell's reply is due by July 18, 2022. Pursuant to Local Rule 7(m), the parties' counsel conferred about the extension, and Smartmatic consents to this motion.

In support of this motion, Ms. Powell aver as follows:

1.      Pursuant to Paragraph 9(b)(i)-(ii) of this Court's standing order (ECF #6), Ms. Powell represents that her reply is currently due July 18, 2022, pursuant to Local Rule 7(d). Each party received an extension of their prior filings with respect to the motion to dismiss.

2.      Pursuant to Paragraph 9(b)(iv)-(v) of this Court's standing order, Ms. Powell represents that the requested relief would not affect any other deadlines (*i.e.*, no hearings are set, and the requested relief provides a complete briefing schedule for the motion to dismiss).

3.      Pursuant to Paragraph 9(b)(vi) of this Court's standing order, Smartmatic consents to the requested extension.

4. Pursuant to Paragraph 9(b)(iii) of this Court's standing order, Ms. Powell seeks the requested extension for the good cause that Smartmatic's 43-page motion raises significant factual and legal issues that will require her counsel more than seven days to analyze and respond and that her counsel all are engaged in litigation practice with near-term court-ordered deadlines within the same 7-day period that Local Rule 7(d) provides for her reply:

- Ms. Powell's lead counsel—Messrs. Casarino, Tricarico and Mooney—are working on a number of time-sensitive matters within other cases involving Ms. Powell as well as their other case load commitments.

- Ms. Powell's local counsel—Mr. Joseph—is working on several time-sensitive matters triggered by recent court actions, including: an appellate *amicus* brief in No. 22A17 (U.S.) due as soon as possible and ideally by July 13, 2022; a reply in support of a dispositive motion due July 18, 2022, in No. 1:16-cv-00236-RJL (D.D.C.); and work on two extensive documents to be filed in confidential matters in the next two weeks.

In sum, Ms. Powell seeks this enlargement of time to enable her counsel to analyze the factual and legal issues connected to a lengthy complaint while engaged in the press of other business.

5. Ms. Powell respectfully submits that the foregoing constitutes good cause for an extension under FED. R. CIV. P. 6(b)(1)  ("[w]hen an act may or must be done within a specified time, the court may, for good cause, extend the time"), that she does not seek this enlargement for purpose of delay or frustration of the progress of this matter, and that the enlargement would not unduly burden the opposite parties.

WHEREFORE, defendant Sidney Powell respectfully ask this Court to extend until August 1, 2022, the time within which to reply in support of her motion to dismiss.

| | |
|---|---|
| Dated: July 13, 2022 | Respectfully submitted, |

/s/ Lawrence J. Joseph
Lawrence J. Joseph, D.C. Bar No. 464777

1250 Connecticut Ave., NW, Suite 700-1A
Washington, DC 20036
Telephone: (202) 355-9452
Telecopier: (202) 318-2254
Email: ljoseph@larryjoseph.com

*Local Counsel for Defendant*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Smartmatic USA Corp., *et al.,* )<br>  Plaintiffs, )<br> )<br> v. )<br> )<br>Sidney Powell, )<br>  Defendant. )<br> )<br> ) | No. 1: 21-cv-02995-CJN |

**[PROPOSED] ORDER**

On considering Defendant's Consent Motion to Enlarge Time to File Reply in Support of Motion to Dismiss, the lack of any opposition thereto, and the entire record herein, the Court finds that defendant's motion is well taken. For the foregoing reasons, it is hereby

**ORDERED** that defendant's motion is granted; and it is

**FURTHER ORDERED** that defendant's time to reply in support of her motion to dismiss is extended by 14 days to August 1, 2022;

**SO ORDERED**.

Dated: _____, 2022

_____
**UNITED STATES DISTRICT JUDGE**

**CERTIFICATE OF SERVICE**

I hereby certify that on this 13th day of July 2022, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which I understand to have served counsel for the parties.

/s/ Lawrence J. Joseph
Lawrence J. Joseph