AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| Smartmatic USA Corp., et al. | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 21-cv-02995-CJN |
| Sidney Powell | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Smartmatic USA Corp., Smartmatic International Holding B.V., and SGO Corporation Limited.

Date: 07/14/2022

/s/ Kate Watson Moss
*Attorney's signature*

Kate Watson Moss (Illinois)
*Printed name and bar number*

Benesch, Friedlander, Coplan & Aronoff LLP
71 S. Wacker Drive, Suite 1600
Chicago, Illinois 60606
*Address*

kwatsonmoss@beneschlaw.com
*E-mail address*

(312) 212-4949
*Telephone number*

(312) 767-9192
*FAX number*