IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SMARTMATIC USA CORP., SMARTMATIC INTERNATIONAL HOLDING B.V., and SGO CORPORATION LIMITED,<br><br>Plaintiffs,<br><br>v.<br><br>SIDNEY POWELL,<br><br>Defendant. | Case No. 21-cv-02995-CJN |

**PLAINTIFFS' MOTION FOR**
**ADMISSION PRO HAC VICE OF ATTORNEY LEE B. MUENCH**

Pursuant to Local Civil Rule 83.2(d) of the United States District Court for the District of Columbia, Plaintiffs Smartmatic USA Corp., Smartmatic International Holding B.V. and SGO Corporation Limited ("Smartmatic") move for the admission and appearance of attorney Lee B. Muench *pro hac vice* in the above-entitled action. This motion is supported by the Declaration of Lee B. Muench, filed herewith. As set forth in Mr. Muench declaration, he is admitted and in good standing with the Bar of the State of Illinois. Mr. Muench is also admitted to practice in the United States District Court for the Northern District of Illinois.

This motion is supported and signed by Lauren C. Tortorella, an active and sponsoring member of the Bar of this Court.

Dated: April 3, 2023 　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　*/s/ Lauren C. Tortorella*
　　　　　　　　　　　　　　　　　　　Lauren C. Tortorella
　　　　　　　　　　　　　　　　　　　　DC Bar No. IL0102
　　　　　　　　　　　　　　　　　　　　Email: ltortorella@beneschlaw.com

　　　　　　　　　　　　　　　　　　　BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP
　　　　　　　　　　　　　　　　　　　71 South Wacker Drive, Suite 1600
　　　　　　　　　　　　　　　　　　　Chicago, IL 60606
　　　　　　　　　　　　　　　　　　　Telephone: 312.212.4949

　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiffs Smartmatic USA Corp., Smartmatic International Holding B.V., and SGO Corporation Limited*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 3rd day of April, 2023, the foregoing Smartmatic Plaintiffs' Motion for Admission *Pro Hac Vice* of Attorney Lee B. Muench was served on all parties through the Court's ECF system.

Date: April 3, 2023

Respectfully submitted,

*/s/ Lauren C. Tortorella*
Lauren C. Tortorella (D.C. Bar No. IL0102)
BENESCH, FRIEDLANDER, COPLAN &
ARONOFF LLP
71 South Wacker Drive, Suite 1600
Chicago, IL 60606
Telephone: 312.212.4949
ltortorella@beneschlaw.com

*Attorneys for the Plaintiffs Smartmatic USA Corp., Smartmatic International Holding B.V., and SGO Corporation Limited*