IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| SMARTMATIC USA CORP., SMARTMATIC INTERNATIONAL HOLDING B.V., and SGO CORPORATION LIMITED,<br><br>Plaintiffs,<br><br>v.<br><br>SIDNEY POWELL,<br><br>Defendant. | Case No. 21-cv-02995-CJN |

**DECLARATION OF LEE B. MUENCH
IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE**

Pursuant to Local Civil Rule 83.2(d) of the United Sates District for the District of Columbia, I, Lee B. Muench, hereby declare:

1. My full name is Lee B. Muench. I serve as counsel for Plaintiffs Smartmatic USA Corp., Smartmatic International Holding B.V., and SGO Corporation Limited.

2. I am an attorney practicing with the law firm of Benesch, Friedlander, Coplan & Aronoff LLP located at 71 S. Wacker Drive, 16th Floor, Chicago, IL 60606. My telephone number is (312) 624-6405.

3. I am admitted to and am a member in good standing with the State Bar of Illinois (Ex A. Certificate of Admission to the Bar of Illinois). I am also admitted to practice before the United States District Court for the Northern District of Illinois.

4. I certify that there are no pending disciplinary proceedings against me before any bar, and I have not been disciplined by any bar in the past.

5. I have not previously been admitted *pro hac vice* in this Court.

6. I do not practice law from an office located in the District of Columbia.

I declare under penalty of perjury that the foregoing is true and correct. Executed on April 3, 2023.

_____
Lee B. Muench