UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SMARTMATIC USA CORP., *et al.*

*Plaintiffs,*

v.

SIDNEY POWELL,

*Defendant.*

Civil Action No. 1:21-cv-02995 (CJN)

### ORDER

For the reasons given in the accompanying Memorandum Opinion, it is

**ORDERED** that Smartmatic shall, within two weeks of this Order, file notice of whether it intends to amend its complaint or take jurisdictional discovery on the question of Powell's contacts with the District with respect to her allegedly defamatory statements; and it is further

**ORDERED** that the case is **STAYED** pending the filing of an amended complaint or the completion of jurisdictional discovery.

DATE:  May 24, 2023

*[signature]*
CARL J. NICHOLS
United States District Judge

1