**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| SMARTMATIC USA CORP., SMARTMATIC INTERNATIONAL HOLDING B.V., and SGO CORPORATION LIMITED, | ) ) ) ) ) | Case No. 21-cv-02995-CJN |
| Plaintiffs, | ) ) |  |
| v. | ) ) |  |
| SIDNEY POWELL, | ) ) |  |
| Defendant. | ) ) |  |

<u>**SMARTMATIC'S NOTICE OF INTENT TO TAKE JURISDICTIONAL DISCOVERY**</u>

Pursuant to the Court's May 24, 2023 Order [ECF No. 37] and accompanying Memorandum Opinion [ECF No. 38], Plaintiffs Smartmatic USA Corp., Smartmatic International Holding B.V., and SGO Corporation Limited (collectively, "Smartmatic") hereby submit this notice of their intent to "take jurisdictional discovery on the question of Powell's contacts with the District with respect to her allegedly defamatory statements."

Dated:  June 6, 2023

Respectfully submitted,

*s/ J. Erik Connolly*

J. Erik Connolly
   D.C. Bar No. IL0099
   Email: econnolly@beneschlaw.com
Nicole E. Wrigley
   D.C. Bar No. IL0101
   Email: nwrigley@beneschlaw.com
Lee B. Muench (*admitted pro hac vice*)
   Illinois ARDC No. 6305846
   Email: lmuench@beneschlaw.com

BENESCH, FRIEDLANDER, COPLAN &
ARONOFF LLP
71 South Wacker Drive, Suite 1600
Chicago, IL 60606
Telephone: 312.212.4949

*Attorneys for the Plaintiffs Smartmatic USA*
*Corp., Smartmatic International Holding*
*B.V., and SGO Corporation Limited*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 6th day of June, 2023, Plaintiffs' Notice of Intent to Take Jurisdictional Discovery was filed with the Clerk of the Court using the CM/ECF filing system, which I understand to have served counsel for the parties.


Dated:  June 6, 2023                                   *s/ J. Erik Connolly*
                                                        J. Erik Connolly