IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SMARTMATIC USA CORP., SMARTMATIC INTERNATIONAL HOLDING B.V., and SGO CORPORATION LIMITED,<br><br>        Plaintiffs,<br>v.<br><br>SIDNEY POWELL,<br><br>        Defendant. | No. 1:21-cv-02995-CJN<br><br>Judge Carl J. Nichols |

## JOINT STATUS REPORT

Plaintiffs Smartmatic USA Corp., Smartmatic International Holding B.V., SGO Corporation Limited (collectively, "Smartmatic") and Defendant Sidney Powell (collectively, "the Parties") jointly submit this report pursuant to the Court's June 16, 2023 Order requiring the Parties to "updat[e] the Court on the status of discovery and propos[e] appropriate next steps." Since the Court issued that Order, Smartmatic has served written discovery requests (interrogatories and document requests) upon Powell. Powell's objections and responses will become due on July 27, 2023. Accordingly, it is unclear at this time whether the Parties will have any disputes arising from Powell's responses to Smartmatic's requests.

As for next steps, Smartmatic seeks to depose Powell after the Parties resolve any differences that may arise in connection with her discovery responses and document production. Smartmatic believes that a deposition is a necessary and appropriate means for jurisdictional discovery in this case, and if Powell refuses, Smartmatic will move to compel. Smartmatic should not have to take Ms. Powell's word-for-it when it comes to jurisdictionally relevant contacts. Smartmatic also respectfully requests a status conference next month to monitor discovery and accelerate the disposition of this action.

Ms. Powell objects to Smartmatic's request for a deposition as unnecessary in light of the pending interrogatories, document requests, and the sworn declaration already filed by Powell regarding personal jurisdiction, and given that, per the Court's Order, discovery is proceeding for personal jurisdiction. Powell also believes that setting a status conference at this time is premature given that Powell is in the midst of responding to the written discovery served and that her motion to dismiss remains pending.

Dated: July 14, 2023

Respectfully submitted,

| | |
|---|---|
| /s/ J. Erik Connolly | /s/ Joshua A. Mooney |
| J. Erik Connolly | Joshua A. Mooney DC Bar No. 471866 |
|   D.C. Bar No. IL0099 | Kennedys CMK LLP |
|   econnolly@beneschlaw.com | 1600 Market Street, Suite 1410 |
| Nicole E. Wrigley | Philadelphia, PA 19103 |
|   D.C. Bar No. IL0101 | Tel: 267-479-6700 |
|   nwrigley@beneschlaw.com | Email: Joshua.Mooney@kennedyslaw.com |
| Lee B. Muench (*admitted pro hac vice*) | |
|   IL ARDC No. 6305846 | Michael J. Tricarico, *pro hac vice* |
|   lmuench@beneschlaw.com | Kennedys CMK LLP |
| | 570 Lexington Avenue, 8th Floor |
| BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP | New York, New York 10022 |
| 71 South Wacker Drive, Suite 1600 | Tel: (646) 625-3952 |
| Chicago, IL 60606 | Email: Michael.tricarico@kennedyslaw.com |
| Telephone: 312.212.4949 | |
| | Marc Casarino, *pro hac vice* |
| ***Attorneys for the Plaintiffs Smartmatic USA Corp., Smartmatic International Holding B.V., and SGO Corporation Limited*** | Kennedys CMK LLP |
| | 919 N. Market Street, Suite 1550 |
| | Wilmington, DE 19801 |
| | Tel: 302-308-6647 |
| | Email: marc.casarino@kennedyslaw.com |
| | |
| | Lawrence J. Joseph, DC Bar No. 464777 |
| | Law Office of Lawrence J. Joseph |
| | 1250 Connecticut Ave, NW, Suite 700-1A |
| | Washington, DC 20036 |
| | Tel: 202-355-9452 |
| | Fax: 202-318-2254 |
| | Email: ljoseph@larryjoseph.com |
| | |
| | ***Attorneys for Defendant Sidney Powell*** |