IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SMARTMATIC USA CORP., et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | No. 1: 21-cv-02995-CJN |
| v. ) | |
| ) | |
| SIDNEY POWELL, ) | |
| ) | |
| Defendant. ) | |

**MOITON FOR STAY OF DEFENDANT SIDNEY POWELL**

Under Fed. Civ. Pro. Rule 7(b), Defendant Sidney Powell moves for a **90-day stay** of this litigation. On August 14, 2023, Ms. Powell was indicted on multiple charges in *State of Georgia v. Donald J. Trump, et al*, Case No. 23-SC-188947 (Super. Ct., Fulton County). One week ago, Ms. Powell demanded a speedy trial. Accordingly, the criminal trial against Ms. Powell should be set for on or about October 23, but no later than November 3, 2023.

To avoid being placed in the "significant dilemma" of having to defend both lawsuits simultaneously and whether to assert or waive rights under the Fifth Amendment of the United States Constitution here, Ms. Powell requests the stay. The United States Court of Appeals for the D.C. Circuit has identified four factors to consider, all of which favor Ms. Powell's request.

Those factors are: (a) Both actions are based on many of the same underlying events, legal theories, and other allegations to form a close relationship; (b) A momentary stay would prevent unnecessary litigation and promote better judicial efficiency; (c) Any hardship would be minimal for Smartmatic if a stay were granted and far greater for Ms. Powell if the stay were denied; and (d) Ms. Powell's request is for only 90 days is "relatively insignificant."

For the reasons explained in greater detail below, Ms. Powell respectfully requests the Court to grant her motion.

Dated: September 1, 2023　　　　　　　　　**KENNEDYS CMK LLP**

　　　　　　　　　　　　　　　　　　　　　By: /s Joshua A. Mooney

　　　　　　　　　　　　　　　　　　　　　Joshua A. Mooney DC Bar No. 471866
　　　　　　　　　　　　　　　　　　　　　1600 Market Street, Suite 1410
　　　　　　　　　　　　　　　　　　　　　Philadelphia, PA 19103
　　　　　　　　　　　　　　　　　　　　　Tel: 267-479-6700
　　　　　　　　　　　　　　　　　　　　　Joshua.Mooney@kennedyslaw.com

　　　　　　　　　　　　　　　　　　　　　Marc Casarino, pro hac vice
　　　　　　　　　　　　　　　　　　　　　919 N. Market Street, Suite 1550
　　　　　　　　　　　　　　　　　　　　　Wilmington, DE 19801
　　　　　　　　　　　　　　　　　　　　　Tel: 302-308-6647
　　　　　　　　　　　　　　　　　　　　　Email: marc.casarino@kennedyslaw.com

　　　　　　　　　　　　　　　　　　　　　Michael J. Tricarico, pro hac vice
　　　　　　　　　　　　　　　　　　　　　570 Lexington Avenue, 8th Floor
　　　　　　　　　　　　　　　　　　　　　New York, New York 10022
　　　　　　　　　　　　　　　　　　　　　Tel: (646) 625-3952
　　　　　　　　　　　　　　　　　　　　　Email: Michael.tricarico@kennedyslaw.com

　　　　　　　　　　　　　　　　　　　　　*Attorneys for Defendant Sidney Powell*