**EXHIBIT A**

IN THE SUPERIOR COURT OF FULTON COUNTY
STATE OF GEORGIA

| | |
|---|---|
| STATE OF GEORGIA, | INDICTMENT NO.: |
| v. | 23SC188947 |
| SIDNEY KATHERINE POWELL *ET AL.*, | JUDGE MCAFEE |
| Defendants. | |

**DEMAND FOR SPEEDY TRIAL**

COMES NOW, SIDNEY KATHERINE POWELL ("Defendant"), by and through undersigned counsel, and hereby demands a speedy trial for indictment number 23SC188947, pursuant to O.C.G.A. § 17-7-170(a). Defendant shows this Court the following:

1.

"Any defendant against whom a true bill of indictment…is filed with the clerk for an offense not affecting the defendant's life may enter a demand for speedy trial at the court term at which the indictment. . .is filed or at the next succeeding regular court term thereafter." O.C.G.A. § 17-7-170(a).

2.

An indictment against Defendant was filed on August 14, 2023. The indictment was filed within Fulton County's term of court for July 2023; therefore, Defendant is timely filing his speedy trial demand within the term of court the indictment was filed (e.g. first Monday in January, March, May, July, September, and November). *See* O.C.G.A. § 15-6-3 (3).

3.

Defendant's demand for speedy trial comports with the statutory requirements of O.C.G.A. § 17-7-170(a). This demand for speedy trial will be filed with the clerk of court via the Fulton County e-filing system and hand served upon the prosecutor and upon Judge Scott

McAfee to whom the case is assigned. *Id*. Lastly, there are juries empaneled and qualified in the July 2023 term of court. O.C.G.A. § 17-7-170(b).

Wherefore**,** Defendant demands a speedy trial.

Respectfully submitted this 25th day of August, 2023.

      */s/ Brian T. Rafferty*
BRIAN T. RAFFERTY
Georgia Bar No. 311903
Counsel for Defendant

RAFFERTY LAW, LLC
1575 Johnson Road NE
Atlanta, Georgia 30306
(912)658-0912
brian@raffertylawfirm.com

IN THE SUPERIOR COURT OF FULTON COUNTY
STATE OF GEORGIA

| | |
|---|---|
| STATE OF GEORGIA, | INDICTMENT NO.: 23SC188947 |
| v. | |
| SIDNEY KATHERINE POWELL ET AL., | JUDGE MCAFEE |
| Defendants. | |

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served a copy of the within and foregoing *Demand for Speedy Trial* upon all counsel via the Fulton County e-filing system:

Fani Willis, Esq.  
District Attorney  
Fulton County District Office  
136 Pryor St, SW  
Atlanta, GA 30303

Judge Scott McAfee  
Fulton County Superior Court  
185 Central Avenue, SW  
Chambers 5655  
Atlanta, GA 30303

This the 25th day of August, 2023.

*/s/ Brian T. Rafferty*  
BRIAN T. RAFFERTY  
Georgia Bar No. 311903  
Counsel for Defendant

RAFFERTY LAW, LLC  
1575 Johnson Road NE  
Atlanta, Georgia 30306  
(912) 658-0912  
brian@raffertylawfirm.com