IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SMARTMATIC USA CORP., et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>SIDNEY POWELL, )<br>)<br>Defendant. ) | No. 1: 21-cv-02995-CJN |

**[PROPOSED] ORDER**

On considering the Defendant Sidney Powell's Motion for Stay, the motion in opposition, to compel, and the entire record herein, the Court finds that the motion is well taken, and it is hereby

**ORDERED** that the motion is GRANTED; and it is

**FURTHER ORDERED** that, pursuant to Fed. Civ. Pro. Rule 7(b), this action is stayed until November 29, 2023, 90 days from the date this motion was filed, September 1, 2023;

**SO ORDERED**.

Dated: _____, 2023

_____
**UNITED STATES DISTRICT JUDGE**