# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SMARTMATIC USA CORP., SMARTMATIC INTERNATIONAL HOLDING B.V., and SGO CORPORATION LIMITED, <br><br> Plaintiffs, <br><br> v. <br><br> SIDNEY POWELL, <br><br> Defendant. | Case No. 21-cv-02995-CJN |

### SMARTMATIC'S MOTION TO COMPEL JURISDICTIONAL DISCOVERY

Defendants SGO Corporation Limited, Smartmatic International Holding B.V., and Smartmatic USA Corp. (collectively, "Smartmatic"), by their attorneys, hereby move this Court to compel Defendant Sidney Powell to:

1. Produce all responsive, non-privileged documents to Smartmatic's First Set of Document Requests.

2. Provide complete, accurate interrogatory responses in response to Smartmatic's First Set of Interrogatories.

3. Provide a privilege log—with a specific privilege objection that explains the underlying reasons for any objection—for any responsive documents that Powell is withholding on the basis of privilege.

4. Appear for a deposition within one month of producing the aforementioned discovery in accordance with Fed. R. Civ. P. 30.

The grounds for this motion are more fully set forth in the accompanying Memorandum of Law and exhibits attached hereto. For the reasons stated therein, Smartmatic's Motion to Compel Jurisdictional Discovery should be granted.

Dated: September 1, 2023                    Respectfully submitted,

/s/ *J. Erik Connolly*

J. Erik Connolly
   D.C. Bar No. IL0099
   Email: econnolly@beneschlaw.com
Nicole E. Wrigley
   D.C. Bar No. IL0101
   Email: nwrigley@beneschlaw.com
Lee B. Muench (*admitted pro hac vice*)
   Illinois ARDC No. 6305846
   Email: lmuench@beneschlaw.com

BENESCH, FRIEDLANDER, COPLAN &
ARONOFF LLP
71 South Wacker Drive, Suite 1600
Chicago, IL 60606
Telephone: 312.212.4949

*Attorneys for the Plaintiffs Smartmatic USA Corp., Smartmatic International Holding B.V., and SGO Corporation Limited*

## CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of September, 2023, Smartmatic's Motion to Compel Jurisdictional Discovery was filed with the Clerk of the Court using the CM/ECF filing system, which I understand to have served counsel for the parties.

Dated:  September 1, 2023                                      /s/  Lee B. Muench
                                                                                    Lee B. Muench

15215980 v2