**INDEX OF EXHIBITS**

| Ex. No. | Date | Description |
| --- | --- | --- |
| 1 | May 7, 2022 | Transcript of Deposition of Sidney Powell before the Select Committee to Investigate the January 6th Attack on the U.S. Capitol, U.S. House of Representatives, Washington, D.C. |
| 2 | July 26, 2023 | Defendant Sidney Powell's Answers and Objections to Plaintiffs' First Set of Requests for Production |
| 3 | July 26, 2023 | Defendant Sidney Powell's Answers and Objections to Plaintiffs' First Set of Interrogatories |
| 4 | August 15, 2023 | Joint Email Summary of Discovery Dispute - *Smartmatic USA Corp. v. Powell*, 21-cv-02995-CJN (D.D.C.) |
| 5 | November 20, 2020 | SP_Smartmatic000072 |
| 6 | December 9, 2020 | SP_Smartmatic_000093 |
| 7 | December 8, 2020 | SP_Smartmatic000088 |
| 8 | November 20, 2020 | SP_Smartmatic000073 |