# EXHIBIT 5

| Participants | *[REDACTED] 1807<br>Owner |
|---|---|
| Number of messages | 9 |

**\*[REDACTED] 1807**   November 20, 2020 09:15:22

Hi Sidney it's Nicole, I saw your text about a van for today. Is there any other info for it?

**Owner**   November 20, 2020 12:04:53

Westin hotel Arlington 801 N Glebe

**Owner**   November 20, 2020 12:04:58

What time?

**REDACTED 1807**   November 20, 2020 12:08:02

Yes have it all set. Starting at 3:15

**Owner**   November 20, 2020 12:16:40

Ok.

**\*[REDACTED] 1807**   November 20, 2020 13:29:00

You'll be our first guest so we'll need you ready at the top!

* REDACTED



**Owner**  November 20, 2020 14:27:36

Now can't do today

**Owner**  November 20, 2020 14:27:45

Have to go to WH

*▇▇▇1807  November 20, 2020 14:33:02

Okay