# EXHIBIT 6

| | |
|---|---|
| **Subject:** | 1pm Trump Hotel |
| **Location:** | DC |
| **Status:** | CONFIRMED |
| **Start:** | Wednesday, December 9, 2020 1:00 PM EST |
| **End:** | Tuesday, December 15, 2020 12:00 PM EST |
| **Duration:** | 5.23:00:00 |
| **UID:** | 040000008200E00074C5B7101A82E0080000000060A9FD5904CCD60100000000000000000100000003003836963304547B625A8E545E71F91 |
| **Organizer:** | tricia@federalappeals.com |
| **Attendees:** | Sidney Powell |

Hotel room will be available at 1pm to freshen up, dress and breathe for a minute.

2:15 meet Robert Z in the Trump hotel lobby to grab car service to White House.

2:30 is your gate check in time.

3pm, Hannukah Reception


Awaiting response from Jodi for dress code off of invitation.