# EXHIBIT 7

| | |
|---|---|
| **From:** | Sidney Powell |
| **Sent:** | Tuesday, December 8, 2020 7:45 PM EST |
| **To:** | Regan, Robert |
| **Subject:** | Re: [EXTERNAL] Re: LOU DOBBS FOLLOWUP |

Sounds good, thanks! will be in DC next several days--confidential

**Sidney Powell**

Texas Attorney & Author of *Licensed to Lie: Exposing Corruption in the Department of Justice*, available on Amazon or at www.LicensedtoLie.com + Senior Policy Advisor @AmericaFirstPol and Senior Fellow at the London Center for Policy Research

www.FederalAppeals.com

On Tue, Dec 8, 2020 at 5:21 PM Regan, Robert <Robert.Regan@foxnews.com> wrote:
  Understood won't promote but we'll reach out to you tomorrow

  Sent from my iPhone

   On Dec 8, 2020, at 4:57 PM, Sidney Powell <sidney@federalappeals.com> wrote:

   Actually, I'd better not.  Will be at WH.  Better do Thursday night.  Sidney

   **Sidney Powell**

   Texas Attorney & Author of *Licensed to Lie: Exposing Corruption in the Department of Justice*, available on Amazon or at www.LicensedtoLie.com + Senior Policy Advisor @AmericaFirstPol and Senior Fellow at the London Center for Policy Research

   www.FederalAppeals.com

   On Tue, Dec 8, 2020 at 4:51 PM Regan, Robert <Robert.Regan@foxnews.com> wrote:

   Can you commit for tomorrow = would like to promote your appearance in our show tonight

   This message and its attachments may contain legally privileged or confidential information. It is intended solely for the named addressee. If you are not the addressee indicated in this message (or responsible for delivery of the message to the addressee), you may not copy or deliver this message or its attachments to anyone. Rather, you should permanently delete this message and its attachments and kindly notify the sender by reply e-mail. Any content of this message and its attachments that does not relate to the official business of Fox News or Fox Business must not be taken to have been sent or endorsed by either of them. No representation is made that this email or its attachments are without defect.