# EXHIBIT 8

| | |
|---|---|
| **From:** | Sidney Powell |
| **Sent:** | Friday, November 20, 2020 12:00 PM EST |
| **To:** | Tom Craddock |
| **Subject:** | Re: Codicil |

No idea

Sidney Powell
www.SidneyPowell.com
Federal appellate attorney and author of LICENSED TO LIE & co-author of CONVICTION MACHINE

On Mon, Nov 9, 2020, 10:56 AM Tom Craddock <tcraddock@mcslaw.com> wrote:

Keep at it. Let me know when you return to Dallas.

Regards,

Tom

*PLEASE NOTE OUR NEW ADDRESS*

Thomas W. Craddock

McGuire, Craddock & Strother, P.C.

500 N. Akard Street, Suite 2200

Dallas, Texas  75201

Phone:  214-954-6834

Fax:  214-954-6868

Email:  tcraddock@mcslaw.com


**From:** Sidney Powell <sidney@federalappeals.com>
**Sent:** Monday, November 9, 2020 9:46 AM

**To:** Tom Craddock <tcraddock@mcslaw.com>
**Subject:** Re: Codicil

I'm in DC nonstop. Not sure when I will get back. Working 24-7

On Mon, Nov 9, 2020, 10:37 AM Tom Craddock <tcraddock@mcslaw.com> wrote:

Sidney:

What an election mess. Do you have 30 minutes today, tomorrow or Wednesday to run by the office and to sign the Codicil?  Let me know. Thanks.

Regards,

Tom

*PLEASE NOTE OUR NEW ADDRESS*

Thomas W. Craddock

McGuire, Craddock & Strother, P.C.

500 N. Akard Street, Suite 2200

Dallas, Texas  75201

Phone:  214-954-6834

Fax:  214-954-6868

Email:  tcraddock@mcslaw.com