IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| SMARTMATIC USA CORP., SMARTMATIC INTERNATIONAL HOLDING B.V., and SGO CORPORATION LIMITED,<br><br>Plaintiffs,<br><br>v.<br><br>SIDNEY POWELL,<br><br>Defendant. | Case No. 21-cv-02995-CJN |

### [PROPOSED] ORDER

WHEREAS, having considered the Motion to Compel Jurisdictional Discovery by Plaintiffs Smartmatic USA Corp., Smartmatic International Holding B.V., and SGO Corporation Limited (collectively "Smartmatic") submitted on September 1, 2023, as well as the Defendant Sidney Powell's responses thereto, IT IS HEREBY ORDERED that Smartmatic's Motion to Compel Jurisdictional Discovery is GRANTED and Defendant is ordered as follows:

1. Produce all responsive, non-privileged documents to Smartmatic's First Set of Document Requests within one week of entry of this Order.

2. Provide complete, accurate interrogatory responses in response to Smartmatic's First Set of Interrogatories within one week of entry of this Order.

3. Provide a privilege log—with a specific privilege objection that explains the underlying reasons for any objection—for any responsive documents that Defendant is withholding on the basis of privilege.

4. Appear for a deposition within one month of producing the aforementioned discovery in accordance with Fed. R. Civ. P. 30.

Dated: _____

                                        **Hon. Carl J. Nichols**
                                **UNITED STATES DISTRICT JUDGE**