**Certificate of Service**

I hereby certify on this 15th day of September 2023, I caused to have electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which I understand to have served counsel of record for the parties.

/s/ Joshua A. Mooney
Joshua A. Mooney