**<u>Certificate of Service</u>**

       I hereby certify on this 22nd day of September 2023, I caused to have electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which I understand to have served counsel of record for the parties.

/s/ Joshua A. Mooney_____

Joshua A. Mooney
