AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| Smartmatic USA Corp., et al. | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 21-cv-02995-CJN |
| Sidney Powell | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Smartmatic USA Corp., Smartmatic International Holding B.V., and SGO Corporation Limited.

Date: 10/11/2023

/s/ Michael A. Vatis
*Attorney's signature*

Michael A. Vatis (DC Bar No. 422141)
*Printed name and bar number*

Benesch, Friedlander, Coplan & Aronoff LLP
1155 Avenue of the Americas, Floor 26
New York, New York 10036
*Address*

mvatis@beneschlaw.com
*E-mail address*

(646) 328-0494
*Telephone number*

*FAX number*