# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SMARTMATIC USA CORP., SMARTMATIC INTERNATIONAL HOLDING B.V., and SGO CORPORATION LIMITED,<br><br>   *Plaintiffs,*<br><br>    v.<br><br>SIDNEY POWELL,<br><br>   *Defendant.* | No. 21-cv-02995 (CJN) |

## MOTION TO WITHDRAW DEFENDANT'S MOTION FOR STAY

Defendant Sidney Powell respectfully withdraws her motion for stay of discovery (ECF-41) as the motion is moot.

Dated: October 24, 2023          **KENNEDYS CMK LLP**

By: */s Joshua A. Mooney*_____

Joshua A. Mooney DC Bar No. 471866
1600 Market Street, Suite 1410
Philadelphia, PA 19103
Tel: 267-479-6700
Joshua.Mooney@kennedyslaw.com

Marc Casarino, pro hac vice
919 N. Market Street, Suite 1550
Wilmington, DE 19801
Tel: 302-308-6647
Email: marc.casarino@kennedyslaw.com

Michael J. Tricarico, pro hac vice
570 Lexington Avenue, 8th Floor
New York, New York 10022
Tel: (646) 625-3952
Email: Michael.tricarico@kennedyslaw.com

*Attorneys for Defendant Sidney Powell*