## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SMARTMATIC USA CORP., SMARTMATIC INTERNATIONAL HOLDING B.V., and SGO CORPORATION LIMITED,<br><br>*Plaintiffs,*<br><br>v.<br><br>SIDNEY POWELL,<br><br>*Defendants.* | )<br>)<br>)<br>)<br>)  No. 1:21-cv-00040 (CJN)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### **[PROPOSED] ORDER**

**UPON CONSIDERATION** of the Defendant Powell's motion to withdraw her motion for a stay, and for good cause shown, it is hereby:

**ORDERED** that Defendant's motion is **GRANTED**; and it is further

**SO ORDERED**.

SIGNED:

_____      _____
Date                                                     Hon. Carl J. Nichols
                                                              United States District Judge