IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SMARTMATIC USA CORP., SMARTMATIC INTERNATIONAL HOLDING B.V., and SGO CORPORATION LIMITED,<br><br>      Plaintiffs,<br>  v.<br>SIDNEY POWELL,<br><br>      Defendant. | Case No. 21-cv-02995-CJN |

## NOTICE OF WITHDRAWAL

TO: The Clerk of the Above-Named Court and to All Parties and Counsel of Record:

**PLEASE TAKE NOTICE** that attorney Michael E. Bloom (admitted *pro hac vice*) (IL Bar No. 6302422), hereby withdraws as counsel of record herein for Plaintiffs Smartmatic USA Corp., Smartmatic International Holding B.V., and SGO Corporation Limited, pursuant to Local Civil Rule 83.6(b). All other counsel of record for Plaintiffs Smartmatic USA Corp., Smartmatic International Holding B.V., and SGO Corporation Limited remain.

Dated: April 15, 2024      Respectfully submitted,

               /s/ *Michael E. Bloom*

               Michael E. Bloom (admitted pro hac vice)
               BENESCH, FRIEDLANDER, COPLAN
                & ARONOFF LLP
               71 South Wacker Drive, Suite 1600
               Chicago, IL 60606
               Telephone: 312.212.4949
               mbloom@beneschlaw.com

               *Attorney for the Plaintiffs Smartmatic USA Corp., Smartmatic International Holding B.V., and SGO Corporation Limited*

## CERTIFICATE OF SERVICE

I hereby certify that on this date, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which automatically sends e-mail notification of such filing to all attorneys of record.

April 15, 2024

/s/ Michael E. Bloom