IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| SMARTMATIC USA CORP., SMARTMATIC INTERNATIONAL HOLDING B.V., and SGO CORPORATION LIMITED,<br><br>    Plaintiffs,<br><br>v.<br><br>SIDNEY POWELL,<br><br>    Defendant. | Case No. 21-cv-02995-CJN |

**SMARTMATIC'S MOTION FOR A STATUS CONFERENCE**

Plaintiffs Smartmatic USA Corp., Smartmatic International Holding B.V., and SGO Corporation Limited (collectively, "Smartmatic"), through undersigned counsel, respectfully move the Court to convene a status conference within the next thirty days to address the status of Smartmatic's jurisdictional discovery. In support of this motion, Smartmatic states as follows:

1. On November 12, 2021, Smartmatic filed its Complaint with this Court against Sidney Powell ("Powell") alleging that Powell defamed Smartmatic. (Dkt. 1).

2. On November 24, 2021, Smartmatic filed a Motion to Stay Proceedings until the New York State Court decided Powell's Motion to Dismiss in *Smartmatic USA Corp., et al. v. Fox Corporation, et al.*, Index No. 151136/2021, New York Supreme Court, New York County (the "New York Action"). (Dkt. 11).

3. On November 30, 2021, the Court entered a Minute Order granting Smartmatic's Motion to Stay Proceedings.

1

4. On March 22, 2022, the parties informed the Court, in a Joint Status Report, that the New York State Court granted Powell's motion to dismiss the New York Action and that Smartmatic did not plan to appeal the New York State Court's ruling. (Dkt. 19). The parties also asked the Court to set a schedule that allowed Powell to respond to the complaint in this action by May 6, 2022. (*Id.*)

5. On May 6, 2022, Powell filed a Consent Motion to Enlarge Time to Answer or Move in Response to the Complaint. (Dkt. 20). In this motion, Powell asked the Court to extend the deadline to respond to the complaint until June 3, 2022. (*Id.*)

6. On June 3, 2022, Powell filed a Motion to Dismiss, arguing, *inter alia*, that the Complaint should be dismissed for lack of personal jurisdiction. (Dkt. 23). Smartmatic filed its opposition to Powell's Motion to Dismiss on July 11, 2023. (Dkt. 27). Powell filed her reply on August 1, 2022. (Dkt. 34).

7. On May 24, 2023, the Court ruled on Powell's Motion to Dismiss. (Dkt. 38). Although the Court found that Smartmatic did not "adequately show that the Court has personal jurisdiction over [Powell] as to some of Smartmatic's claims", rather than dismissing those claims, the Court granted Smartmatic leave to file an amended complaint or take jurisdictional discovery on Powell's contacts with the District of Columbia. (*Id.*) The Court also stayed the action pending the filing of an amended complaint or completion of jurisdictional discovery. (*Id.*)

8. On June 6, 2023, as ordered by the Court, Smartmatic filed a notice of its intent to take jurisdictional discovery. (Dkt. 39).

9. On September 1, 2023, Smartmatic filed a Motion to Compel Jurisdictional Discovery. (Dkt. 42). On September 15, 2023, Powell filed her response to Smartmatic's Motion to Compel Jurisdictional Discovery. (Dkt. 43).

10. Since that time, the parties have remained at an impasse awaiting a ruling by this Court on Smartmatic's Motion to Compel Jurisdictional Discovery. Smartmatic respectfully moves the Court for to set a status conference and enter the proposed order attached as **Exhibit A**.

Dated:  August 27, 2023                                  Respectfully submitted,


                                       */s/  J. Erik Connolly*

                                       J. Erik Connolly
                                           D.C. Bar No. IL0099
                                           Email: econnolly@beneschlaw.com
                                       Nicole E. Wrigley
                                           D.C. Bar No. IL0101
                                           Email: nwrigley@beneschlaw.com
                                       Lee B. Muench (*admitted pro hac vice*)
                                           Illinois ARDC No. 6305846
                                           Email: lmuench@beneschlaw.com

                                       BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP
                                       71 South Wacker Drive, Suite 1600
                                       Chicago, IL 60606
                                       Telephone: 312.212.4949

                                       *Attorneys for the Plaintiffs Smartmatic USA Corp., Smartmatic International Holding B.V., and SGO Corporation Limited*

## CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of August, 2024, Smartmatic's Motion a Status Conference was filed with the Clerk of the Court using the CM/ECF filing system, which I understand to have served counsel for the parties.

Dated:  August 27, 2024                                        /s/  Lee B. Muench                          

                                                                                    Lee B. Muench