IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SMARTMATIC USA CORP., et al., | ) |
| Plaintiffs, | ) ) ) |
| v. | ) ) ) No. 1: 21-cv-02995-CJN |
| SIDNEY POWELL, | ) ) |
| Defendant. | ) ) |

**RESPONSE TO SMARTMATIC'S MOTION FOR A STATUS CONFERENCE**

Defendant Sidney Powell takes no position on the request for a status conference by Plaintiffs Smartmatic USA Corp., Smartmatic International Holding B.V., and SGO Corporation Limited, and respectfully will await consideration of motions pending in this case as the Court deems appropriate.

Dated: September 3, 2024           **KENNEDYS CMK LLP**

By: */s/ Joshua A. Mooney*_____

Joshua A. Mooney DC Bar No. 471866
1600 Market Street, Suite 1410
Philadelphia, PA 19103
Tel: 267-479-6700
Joshua.Mooney@kennedyslaw.com

Marc Casarino, pro hac vice
222 Delaware Avenue, Suite 710
Wilmington, DE 19801
Tel: 302-308-6645
Email: marc.casarino@kennedyslaw.com

Michael J. Tricarico, pro hac vice
570 Lexington Avenue, 8th Floor
New York, New York 10022
Tel: (646) 625-3952
Email:
Michael.tricarico@kennedyslaw.com

*Attorneys for Defendant Sidney Powell*