IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SMARTMATIC USA CORP., SMARTMATIC INTERNATIONAL HOLDING B.V., and SGO CORPORATION LIMITED,<br><br>      Plaintiffs,<br>v.<br><br>SIDNEY POWELL,<br><br>      Defendant. | No. 1:21-cv-02995-CJN<br><br>Judge Carl J. Nichols |

**JOINT STATUS REPORT**

Plaintiffs Smartmatic USA Corp., Smartmatic International Holding B.V., SGO Corporation Limited (collectively, "Smartmatic") and Defendant Sidney Powell (collectively, "the Parties") jointly submit this report pursuant to the Court's January 24, 2025 Order.  It requires the parties to file "a joint status report proposing next steps in this case, including whether the Court should decide the remaining issues presented by the motion to dismiss and whether the case is ready for merits discovery." *See* Order, ECF No. 55 at 3.  The parties have since met and conferred and agree that the Court should decide the remaining issues presented by the motion to dismiss, with the exception of the challenge to venue which Ms. Powell is withdrawing, before merits discovery starts.  Smartmatic, however, requests that the parties exchange Rule 26(a) disclosures by February 14, 2024 pursuant to Local Rule 26.2(a), so that discovery is more streamlined when it commences.  Ms. Powell objects to that request as premature because pursuant to Local Rule 16.3(b) such discovery shall not occur until she has answered the complaint. The parties also propose that the Court hold a status conference within two weeks of ruling on the remaining issues presented by the motion to dismiss.

Dated: January 31, 2025

Respectfully submitted,

| | |
|---|---|
| /s/ J. Erik Connolly | /s/ Joshua A. Mooney |
| J. Erik Connolly | Joshua A. Mooney DC Bar No. 471866 |
|   D.C. Bar No. IL0099 | Kennedys CMK LLP |
|   econnolly@beneschlaw.com | 1600 Market Street, Suite 1410 |
| Nicole E. Wrigley | Philadelphia, PA 19103 |
|   D.C. Bar No. IL0101 | Tel: 267-479-6700 |
|   nwrigley@beneschlaw.com | Email: Joshua.Mooney@kennedyslaw.com |
| Lee B. Muench (*admitted pro hac vice*) | |
|   IL ARDC No. 6305846 | Michael J. Tricarico, *pro hac vice* |
|   lmuench@beneschlaw.com | Kennedys CMK LLP |
| | 570 Lexington Avenue, 8th Floor |
| BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP | New York, New York 10022 |
| 71 South Wacker Drive, Suite 1600 | Tel: (646) 625-3952 |
| Chicago, IL 60606 | Email: Michael.tricarico@kennedyslaw.com |
| Telephone: 312.212.4949 | |
| | Marc Casarino, *pro hac vice* |
| ***Attorneys for the Plaintiffs Smartmatic USA Corp., Smartmatic International Holding B.V., and SGO Corporation Limited*** | Kennedys CMK LLP |
| | 222 Delaware Avenue, Suite 710 |
| | Wilmington, DE 19801 |
| | Tel: 302-308-6647 |
| | Email: marc.casarino@kennedyslaw.com |
| | |
| | ***Attorneys for Defendant Sidney Powell*** |