UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SMARTMATIC USA CORP., *et al*.

    *Plaintiffs*,

v.

SIDNEY POWELL,

    *Defendant*.

Civil Action No. 1:21-cv-02995 (CJN)

## ORDER

For the reasons given in the accompanying Memorandum Opinion, it is

**ORDERED** that Powell's motion to dismiss, ECF 23, is **DENIED**; and it is further

**ORDERED** that the Parties shall appear for a telephonic status conference on February 24, 2026, at 10:00 AM.

DATE: February 9, 2026

CARL J. NICHOLS
United States District Judge