# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SMARTMATIC USA CORP., ) <br> SMARTMATIC INT'L HOLDING ) <br> B.V., and SGO CORP. LTD., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> SIDNEY POWELL, ) <br> ) <br> Defendant. ) | CIVIL ACTION FILE <br> NO.: 21-CV-02995-CJN |

### DEFENDANT SIDNEY POWELL'S CONSENT MOTION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFFS' COMPLAINT

Defendant Sidney Powell ("Ms. Powell" or "Defendant"), by and through her undersigned counsel and pursuant to Local Rule 7 and FED. R. CIV. P. 6(b), respectfully moves this Court for a two-week extension of time, from February 23, 2026 to March 9, 2026, to answer or otherwise respond to Plaintiffs' Complaint. In support of this motion, Ms. Powell states as follows:

1. Plaintiffs filed their Complaint on November 12, 2021. Thereafter, on June 3, 2022, Ms. Powell filed a Motion to Dismiss.

2. On February 9, 2026, this Court entered an Order denying Ms. Powell's Motion to Dismiss making her deadline to answer the Complaint February 23, 2026.

3. Good cause exists for the requested extension. The additional time will allow Ms. Powell's new counsel to complete their evaluation of the allegations and to prepare an appropriate responsive pleading.

4. The undersigned counsel filed her Notice of Appearance on February 17, 2026.

171710311.1

5. Motions for Leave to Appear Pro Hac Vice for Teresa M. Cinnamond and Bryan P. Sugar were filed on February 17, 2026 and February 19, 2026, respectively, and remain pending before this Court.

6. Plaintiffs' counsel has consented to the relief requested herein.

7. This is Ms. Powell's first request for an extension of this deadline. Granting this motion will not prejudice any party and will not unduly delay the proceedings.

8. A proposed order is submitted herewith.

WHEREFORE, Defendant Sidney Powell respectfully requests that the Court grant this Consent Motion and extend her deadline to answer or otherwise respond to the Complaint from February 23, 2026 to March 9, 2026, and grant such other and further relief as the Court deems just and proper.

Date: February 19, 2026

       /s/ Rebecca Wiley
Rebecca Stoddard Wiley
DC Bar No. 1780019
Lewis Brisbois Bisgaard & Smith LLP
2112 Pennsylvania Avenue NW, Suite 500
Washington, DC 20037
202.558.0663
Rebecca.Wiley@lewisbrisbois.com

171710311.1

**Certificate of Service**

I hereby certify that on this 19th day of February 2026, I electronically filed the foregoing document via CM/ECF on all parties and counsel of record.

                                                   */s/ Rebecca Wiley*
                                                   Rebecca Stoddard Wiley

171710311.1