**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

SMARTMATIC USA CORP., *et al*.

   *Plaintiffs*,

  v.

SIDNEY POWELL,

   *Defendant*.

Civil Action No. 1:21-cv-02995 (CJN)

## SCHEDULING ORDER

Upon consideration of the Meet-and-Confer Statement, ECF 67, it is hereby **ORDERED**

that the following schedule shall govern this case:

1. Deadline to Exchange Initial Disclosures under Fed. R. Civ. P. 26(a)(1):  **April 20, 2026**

2. Deadline to Serve Document Requests, Interrogatories, and Requests for Admission:

**October 19, 2026**

3. Deadline for Completion of Fact Discovery:  **April 19, 2027**

4. Deadline for Proponents to Designate Expert Witnesses and Produce Expert Reports

under Fed. R. Civ. P. 26(a)(2):  **May 24, 2027**

5. Deadline for Opponents to Designate Expert Witnesses and Produce Expert Reports

under Fed. R. Civ. P. 26(a)(2):  **July 1, 2027**

6. Deadline for Proponents to Produce Responsive Expert Reports:  **August 8, 2027**

7. Deadline for Expert Depositions / Close of Expert Discovery:  **October 14, 2027**

8. Status Conference (In Person):  **November 3, 2027, at 10:00 AM in Courtroom 17**

9. Deadline to File Dispositive Motions and *Daubert* Motions:  **December 2, 2027**

1

2

10. Deadline to File Oppositions to Dispositive Motions and *Daubert* Motions:  **January 16, 2028**

11. Deadline to File Replies in Support of Dispositive Motions and *Daubert* Motions: **February 15, 2028**

So **ORDERED**.

DATE:  April 1, 2026

CARL J. NICHOLS
United States District Judge