IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SMARTMATIC USA CORP.,            )
SMARTMATIC INT'L HOLDING         )
B.V., and SGO CORP. LTD.,        )
                                 )
        Plaintiffs,              )
                                 )        CIVIL ACTION FILE
v.                               )        NO.: 21-CV-02995-CJN
                                 )
SIDNEY POWELL,                   )
                                 )
        Defendant.               )

**DEFENDANT SIDNEY POWELL'S MOTION FOR JUDGMENT ON THE PLEADINGS**

COMES NOW, Defendant Sidney Powell, by and through her attorneys, Lewis Brisbois Bisgaard & Smith LLP, and pursuant to Fed. R. Civ. P. 12(c), hereby files this Motion for Judgment on the Pleadings, requesting that this Court dismiss Plaintiffs' Complaint with prejudice.

This Motion is based upon Fed. R. Civ. P. 12(c); the Memorandum of Points and Authorities, Exhibits, Declaration, and Appendix attached hereto; the papers and pleadings on file herein; and any other further argument and evidence as may be presented to this Court at the hearing on this Motion.

Dated: April 17, 2026

                        Respectfully submitted,
                        LEWIS BRISBOIS BISGAARD
                        & SMITH LLP
                        By: */s/ Teresa M. Cinnamond*
                        Teresa M. Cinnamond (*pro hac vice*)
                        Bryan Sugar (*pro hac vice*)
                        Rebecca Stoddard Wiley (DC Bar No. 1780019)
                        *Attorneys for Defendant Sidney Powell*

174878415.1

## CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of April 2026, I electronically filed the foregoing

**MOTION FOR JUDGMENT ON THE PLEADINGS** via CM/ECF on all parties and counsel

of record.

*/s/ Teresa M. Cinnamond*

Teresa M. Cinnamond

Lewis Brisbois Bisgaard & Smith LLP

174878415.1