# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| SMARTMATIC USA CORP., *et al.,* | ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | No. 21-cv-02995-CJN |
| SIDNEY POWELL, | ) ) ) | |
| Defendant. | ) | |

## NOTICE OF WITHDRAWAL

Pursuant to Local Civil Rule 83.6(b), Lawrence J. Joseph hereby gives notice of his withdrawal as counsel for defendant Sidney Powell. No trial date has been set in this matter, and Ms. Powell will continue to be represented by Teresa M. Cinnamond, Bryan Sugar, and Rebecca Stoddard Wiley (DC Bar No. 1780019) of Lewis Brisbois Bisgaard & Smith LLP.

## CONSENT OF CLIENT

I hereby consent to the withdrawal of Lawrence J. Joseph as a defense counsel.

Sidney Powell
_____
Sidney Powell

Dated: April 27, 2026

Respectfully submitted,

/s/ Lawrence J. Joseph
_____
Lawrence J. Joseph

1250 Connecticut Ave., NW, Suite 700
Washington, DC 20036
Tel: (202) 899-2987
Fax: (202) 318-2254
Email: ljoseph@larryjoseph.com

*Counsel for Defendant*

1

### CERTIFICATE OF SERVICE

I hereby certify that on April 27, 2026, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which I understand to have caused the service of counsel for the parties.

/s/ Lawrence J. Joseph

Lawrence J. Joseph